## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHENG, XIU X. ZHU,<br><br>　　　　　　　　　　　Plaintiffs<br><br>-against-<br><br>GREATCARE, INC., CENTERLIGHT HEALTHCARE, INC, and DOE MANAGED LONG-TERM CARE PLANS 1-14,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:24-cv-07401<br><br>STIPULATION |

It is hereby stipulated and agreed, by and between the undersigned attorneys for Plaintiffs and Defendant CenterLight Healthcare, Inc. ("CenterLight") that the time by which the Plaintiffs shall file the Response to Defendant CenterLight, Inc.'s Motion to Dismiss is extended to Tuesday, February 18, 2025.

| | |
|---|---|
| Dated: January 7, 2025 | Janaury 7, 2025 |
| Kingston, New York | New York, New York |
| */s/ Karen Kithan Yau* <br> Karen Kithan Yau, Esq. | /s/ George F. Brenlla <br> George F. Brenlla, Esq. |
| GETMAN, SWEENEY & DUNN, PLLC <br> 260 Fair Street <br> Kingston, NY 12401 <br> Tel: (845) 255-9370 <br> Email: kyau@getmansweeney.com | Brenlla, LLC <br> 250 Park Avenue, 7th floor <br> New York, New York 10177 <br> Tel: (212) 364-5173 <br> Email: gfbrenlla@brenllalaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant CenterLight* |