UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEI LI, et al.,<br><br>         Plaintiffs,<br><br>      -v.-<br><br>GREATCARE, INC., et al.,<br><br>         Defendants. | 24 Civ. 7401 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  On January 3, 2025, Defendant CenterLight Health System, Inc. ("Defendant") moved to dismiss the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. On January 7, 2025, Plaintiffs and Defendant stipulated to extend Plaintiffs' deadline to respond to the motion to February 18, 2025. *See* ECF No. 26.

  Pursuant to Rule 15(a)(1)(B), a plaintiff has 21 days after service of a Rule 12(b) motion to amend the complaint once as of right. It is hereby ORDERED that Plaintiffs shall file any amended complaint by **February 18, 2025**. In accordance with Rule 1.D of the Court's Individual Rules and Practices in Civil Cases, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiffs will not be given any further opportunity to amend the Complaint to address issues raised by the motion to dismiss.

  If Plaintiffs amend, then the Court will deny the previously filed motion to dismiss as moot. By three weeks after the amended complaint is filed, Defendant shall file an answer or a new motion to dismiss. If Defendant files a new motion to dismiss, any opposition shall be filed within 14 days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, then Plaintiffs shall file any opposition to the motion to dismiss by **February 18, 2025**. Defendant's reply, if any, shall be filed by **February 25, 2025**.

SO ORDERED.

Dated: January 9, 2025
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge