**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK** x

HEI LI, et al.,                                          Case No. 1:24-cv-07401
                        Plaintiffs,

                                                        **VERIFIED ANSWER**

            -against-


GREATCARE, INC., et al.,



                        Defendants.

_____x

        **Defendant, Greatcare**, through their attorney, Jose A. Muniz,  answer to the complaint, as follows:

        1.  Defendant, Greatcare (hereinafter, defendant) deny the allegations set forth in

paragraphs 1-3, 11-15, 36-39, 48-50, 52-60, 61-62, 77, 80-83, 87-91, 93-98, 100-104, 107, 108,

111,112, 115,126-128, 131 of the Plaintiff's complaint.

        2.  Defendant denies having sufficient knowledge or information to form a response to

the  allegations set forth in paragraphs 4-10, 16-32, 34, 35, 44, 45, 49, 51, 57, 63-79, 84, 85,

92, 99, 105, 106, 109-111, 114, 117-125, 129-134, 139, 158, 159, 163-167, 171, 173,

188-195, 202, 204-208, 210-235, 237-241, 245-251, 253-260, 263-268, 270-283, 286,

288-289, 291-294, 297-300, 302-304, 307-310, 314, 316, 317, 319, 321,  and 322 of the

Plaintiff's complaint.

## AS AND FOR A FIRST DEFENSE

3. The complaint fails to set forth a cause of action against the defendants upon which relief can be granted.

## AS AND FOR A SECOND DEFENSE

4. Lack of subject matter jurisdiction.

## AS AND FOR A THIRD DEFENSE

5. Lack of personal jurisdiction.

## AS AND FOR A FOURTH DEFENSE

6. Plaintiff lacks standing or capacity to bring the instant action against the answering Defendant, or to maintain the instant action.

## AS AND FOR A FIFTH DEFENSE

7. Waiver by plaintiff in its action against defendant.

Petitioner has waived and acquiesced in the alleged condition precedent, which it he claims defendant failed to act upon.

## AS AND FOR A SIX DEFENSE

8. Laches.

## AS AND FOR A SEVENTH DEFENSE

9. Doctrine of Unclean Hands.

**WHEREFORE,** Defendant respectfully requests that the plaintiff take nothing by this action; that the complaint be dismissed in its entirety with prejudice; that defendant be awarded the costs and disbursements of this action and reasonable attorney's fees; and, that this Court grant such other and additional relief as may be just and proper.

*José A. Muñiz*

José A. Muñiz
39-15 Main Street, Suite 318
Flushing, N.Y. 11354
O: (718) 880-0475
C: (646) 750-2185
jamlaw305@gmail.com

## VERIFICATION

**BARBARA WANG**, being duly sworn, deposes and says:

I have read the forgoing Verified Answer and know the contents are true to my own knowledge except as to those matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

_____
**BARBARA WANG**

Sworn to before me this
**31st** day of December 2024

_____
**NOTARY**

FEILI ZHENG
Notary Public - State of New York
No. 01ZH6235782
Qualified in Queens County
My Commission Expires 04/06/2027