UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HEI LI, et al.,

                                                   Plaintiffs,

                      -against-

GREATCARE, INC., et al.,

                                                  Defendants.
-----------------------------------------------------------------X

**24-CV-7401 (JHR) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 19, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

The parties shall complete all discovery **by September 30, 2025**.

**By April 21, 2025**, Greatcare, Inc. shall provide to Plaintiffs the information needed to identify the managed long-term care entities implicated by the Plaintiffs in this case.

**By April 21, 2025**, CenterLight Healthcare, Inc. shall provide to Plaintiffs the information needed to establish for which Plaintiff(s) it is implicated.

The parties shall serve initial disclosures and exchange initial document requests and interrogatories **by March 12, 2025**.

Amendments to the pleadings and joinder of parties shall be made **by May 19, 2025**. After that date, amendments to the pleadings and joinder of parties may only be made upon a showing of good cause.

**By March 19, 2025**, the parties shall file a Joint Status Letter, updating the Court on the status of discovery and any settlement negotiations.

**The Clerk of Court is respectfully directed to vacate the Certificate of Default at ECF No. 25.**

    **SO ORDERED.**

DATED:    New York, New York
              February 19, 2025

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge