USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HEI LI, et al.,

                        Plaintiffs,

        -against-

GREATCARE, INC., et al.,

                        Defendants.
-----------------------------------------------------------------X

24-CV-7401 (JHR) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 30, 2025, the parties (except for counsel for GreatCare, Inc. ("GreatCare")) appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Plaintiffs and Defendant GreatCare shall meet and confer in an attempt to reach a resolution regarding responses to Plaintiffs' discovery requests **by May 30, 2025**. In the event the parties are unable to reach a compromise, Plaintiffs shall file any Motion to Compel and/or for Sanctions **by May 30, 2025**. Together with said motion, Plaintiffs shall file a copy of the discovery requests at issue (e.g., documents requests, interrogatories, etc.). Defendant GreatCare shall file its response **by June 13, 2025**. Plaintiffs shall file their reply **by June 20, 2025**.

The parties shall file a joint status letter, updating the Court on the status of discovery and any significant case developments **by May 30, 2025**.

      **SO ORDERED.**

DATED:   April 30, 2025
         New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge