# LAW OFFICE OF JOSÉ A. MUÑIZ
## *Attorney and Counselor at Law*
_____
39-15 MAIN STREET, Ste 318
FLUSHING, NEW YORK 11354
Tel. (718) 880-0475 Fax. (718) 939-8881
Jamlaw305@gmail.com

July 10, 2025

**VIA ECF**
July 10, 2025
Hon. Katharine Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       **Re:**Li, et al v. Greatcare,  Inc., CenterLight Health System., et al
        Civil Action No: 24 Civ. 7401 (JHR)(KHP)


Dear Judge Parker:

  I represent the Defendant, Greatcare, Inc. ("Greatcare, Inc.") in the above-referenced matter. I respectfully submit  this letter as Greatcare's opposition to Plaintiffs' Motion to Compel the Production of Documents.

  Defendant Greatcare Inc. has submitted documents to plaintiffs' counsel, Ms. Huang, on multiple occasions; totaling approximately **3,132 pages**.


  Plaintiffs' lawyer 1st requested documents sent in March, 2025 totaled **777 pages**, including all of plaintiff's information as follows:  live-in agreements; paystubs; patient declaration letters; consent forms; DOL forms; contracts; authorizations; live in timesheets. Plaintiffs' lawyer, Ms. Huang,  received these documents in March, 2025. The attached April 28, 2025 correspondence so indicate such communication.

  Plaintiff lawyer's 2nd request of documents were sent on March 22 and March 23 , 2025, respectively, in three separate emails; totaling  **1,685  pages;** answering  the April 28, 2025 questions, including documents listed below:

  1) billing vs payroll ;  2) nursing supervisor file; 3) job descriptions; 4) plaintiffs' applications; 5) paystub; 6) authorizations;  7) contracts; 8) Coordinator file; 9) letter to answer April 28,2025 all questions.  Attached to show proof that plaintiffs' attorney received the emails with all documents attached, evidencing the discovery sent.

Plaintiff lawyer's 3rd request for documents were sent by my office on May 29, 2025; totaling **161 pages**; including 1) insurance company contracts; 2) one of plaintiffs' pay stubs. Please see attached letter evidencing defendants' response.

Plaintiff lawyer's 4th request for documents. We emailed these documents on 6/28/2025; totaling **509 pages**. This included: 1) patients' authorizations from insurance companies; 2) RN visiting patients; 3) blank timesheets.

It is respectfully submitted, that defendant Greatcare has substantially complied with all the discovery requests, it had available, in it's possession.

Under such circumstances Defendant Greatcare respectfully requests that Plaintiffs' Motion to Compel and for Sanctions be denied.

**Respectfully Submitted,**

José A. Muñiz, Esq.

cc. George F. Brenlla, Esq. (via ECF)
    Carmela Huang, Esq. (via ECF)