```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  HEI LI, et al.,

                                          Plaintiffs,

              -against-

GREATCARE, INC., et al.,

                                          Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2025

24-CV-7401 (JHR) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 23, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Plaintiffs' deadline to file any amended complaint or join parties is extended to **August 25, 2025**. Thereafter, any amendment to the pleadings or joinder of parties shall be made only upon a showing of good cause.

The deadline to complete all discovery is extended to **November 30, 2025**.

**By August 6, 2025**, the parties shall meet and confer in an attempt to reach a resolution on any outstanding discovery issues, as discussed during the conference. **By August 13, 2025**, Plaintiffs shall file a letter with the Court providing an update on the outcome of their meet and confer meetings with Defendants GreatCare and CenterLight.

**By August 6, 2025**, Defendant GreatCare shall produce payroll records for the relevant period from 2015 to the present for each Plaintiff.

**By August 6, 2025**, Plaintiffs shall provide Defendants GreatCare and CenterLight with a detailed breakdown of their estimated damages calculation for each Plaintiff.

The parties shall notice their anticipated depositions **by August 29, 2025**.

A settlement conference is hereby scheduled for **Friday, September 26, 2025 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007.

Plaintiffs' Motions to Compel at ECF Nos. 56 and 67 are hereby DENIED without prejudice as premature for the reasons discussed in greater detail at the conference.

The parties are directed to review the transcript of this proceeding for further details on the issues discussed during the conference and instructions provided by the Court.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 56 and 67.**

**SO ORDERED.**

DATED: July 24, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2