

**National Center for Law and Economic Justice**
50 Broadway, Suite 1500 New York, NY 10004 Phone: (212) 633-6967
Email: info@nclej.org

September 5, 2025

Honorable Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312





*Submitted via ECF*

    Re:    *Hei Li, et al. v. GreatCare, Inc., et al.,*
              No. 24-CV-7401 (JHR) (KHP)

Dear Judge Parker:

    Plaintiffs and Defendant GreatCare respectfully submit this letter to request an adjournment of the settlement conference scheduled for September 26, 2025. Defendant CenterLight does not object to this request.

    Plaintiffs and GreatCare seek an adjournment because GreatCare's counsel, Mr. José Muñiz, has been suffering from ill health and medical conditions that preclude him from appearing in public. An adjournment of the settlement conference will also permit newly added Defendant Senior Whole Health of New York, Inc. ("Senior Whole Health") to participate in the conference in a more meaningful manner.[1]

Respectfully,
*/s/ Carmela Huang*
Carmela Huang
Claudia Wilner
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE

Karen Kithan Yau
GETMAN, SWEENEY & DUNN, PLLC

*Counsel for Plaintiffs*

---

[1] Plaintiffs filed an Amended Complaint adding Senior Whole Health as a defendant on August 18, 2025. Service on Senior Whole Health was made on September 3, 2025 through the New York State Secretary of State. Plaintiffs also sent a courtesy copy directly to Senior Whole Health via certified mail.

**APPLICATION GRANTED:** The settlement conference in this matter currently scheduled for Friday, September 26, 2025 at 10:00 a.m. is rescheduled to <u>Monday, December 1, 2025 at 10:00 a.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>November 24, 2025 by 5:00 p.m.</u>

APPLICATION GRANTED

*[Signature]*

Hon. Katharine H. Parker, U.S.M.J.

09/08/2025