**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHANG, XIU X. ZHU, <br><br> PlaintiffS, <br><br> v. <br><br> GREATCARE, INC., CENTERLIGHT HEALTHCARE, INC., and SENIOR WHOLE HEALTH OF NEW YORK, INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : Case No. 24-cv-7401-LTS-KHP <br> : <br> : **NOTICE OF APPEARANCE** <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Ethan Scapellati of Stradley Ronon Stevens & Young, LLP, represents Defendant, Senior Whole Health of New York, Inc., in the above-captioned matter.

*/s/ Ethan Scapellati*
Ethan M. Scapellati, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 564-8000
*Attorneys for Defendant,*
*Senior Whole Health of New York, Inc.*

September 22, 2025

7859671v.1

## CERTIFICATE OF SERVICE

I, Ethan Scapellati, hereby certify that on September 22, 2025, I caused a true and correct copy of the foregoing Notice of Appearance to be filed with the court which constitutes service upon all counsel of record.

/s/ Ethan Scapellati
Ethan Scapellati

7859671v.1