UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI
F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X.
RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG,
BI Y. ZHENG, and XIU X ZHU,

Civil Action No:
24 Civ. 07401 (JHR)

Plaintiffs,

-against-

GREAT CARE, INC., CENTERLIGHT HEALTHCARE,
INC., AND SENIOR WHOLE HEALTH OF NEW
YORK, INC.

Defendants.
-----------------------------------------------------------------------x

## ANSWER TO AMENDED COMPLAINT

Defendant, CenterLight Healthcare, Inc. ("CenterLight"), by and through its attorneys, Brenlla, LLC, answers the Amended Complaint as follows:

## PRELIMINARY STATEMMENT

1.    Deny knowledge or information sufficient to form a belief  as to who Plaintiffs provided care to, and deny the remaining allegations contained in paragraph 1 of the Amended Complaint.

2.    Deny the allegations contained in paragraph 2 of the Amended Complaint.

3.    Deny the allegations contained in paragraph 3 of the Amended Complaint.

4.    Admit CenterLight was a managed long term care plan, but except as so admitted, deny the remaining allegations contained in paragraph 4 of the Amended Complaint.

5.    Deny the allegations contained in paragraph 5 of the Amended Complaint.

6.    Deny the allegations contained in paragraph 6 of the Amended Complaint.

7.    Deny the allegations contained in paragraph 7 of the Amended Complaint.

1

8.     Deny the allegations contained in paragraph 8 of the Amended Complaint.

9.     Deny the allegations contained in paragraph 9 of the Amended Complaint.

10.     Admit that CenterLight complied with all wage and hour laws, but except as so admitted, deny the remaining allegations contained in paragraph 10 of the Amended Complaint.

11.     Deny the allegations contained in paragraph 11 of the Amended Complaint.

12.     Deny the allegations contained in paragraph 12 of the Amended Complaint.

13.     Deny the allegations contained in paragraph 13 of the Amended Complaint.

14.     Deny the allegations contained in paragraph 14 of the Amended Complaint.

15.     Deny the allegations contained in paragraph 15 of the Amended Complaint.

## VENUE AND JURISDICTION

16.     Deny that this Court has jurisdiction over any claim as said claims are barred by the statute of limitations under federal law.

17.     Deny the allegations contained in paragraph 17 of the Amended Complaint.

18.     Admit the allegations contained in paragraph 18 of the Amended Complaint.

## PARTIES

19.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Amended Complaint.

20.     Deny the allegations contained in paragraph 20 of the Amended Complaint.

21.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Amended Complaint.

22.     Deny the allegations contained in paragraph 22 of the Amended Complaint.

23. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Amended Complaint.

24. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Amended Complaint.

25. Deny the allegations contained in paragraph 25 of the Amended Complaint.

26. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Amended Complaint.

27. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Amended Complaint.

28. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Amended Complaint.

29. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Amended Complaint.

30. Deny the allegations contained in paragraph 30 of the Amended Complaint.

31. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Amended Complaint.

32. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Amended Complaint.

33. Deny the allegations contained in paragraph 33 of the Amended Complaint.

34. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Amended Complaint.

35. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Amended Complaint.

36.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Amended Complaint.

37.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Amended Complaint.

38.     Deny the allegations contained in paragraph 38 of the Amended Complaint.

39.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Amended Complaint.

40.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Amended Complaint.

41.     Deny the allegations contained in paragraph 41 of the Amended Complaint.

42.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Amended Complaint.

43.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Amended Complaint.

44.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Amended Complaint.

45.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Amended Complaint.

46.     Deny the allegations contained in paragraph 46 of the Amended Complaint.

47.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Amended Complaint.

48.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Amended Complaint.

49.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Amended Complaint.

50.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Amended Complaint.

51.    Admit that CenterLight is a New York corporation authorized to enroll Medicaid recipients, but except as so admitted, deny the remaining allegations contained in paragraph 51 of the Amended Complaint.

52.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Amended Complaint.

53.    Deny the allegations contained in paragraph 53 of the Amended Complaint.

54.    Admit the allegations contained in paragraph 54 of the Amended Complaint.

55.    Admit the allegations contained in paragraph 55 of the Amended Complaint.

56.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Amended Complaint.

## STATEMENT OF FACTS

57.    Admit that CenterLight's recipients receive Medicaid, but except as so admitted, deny the remaining allegations contained in paragraph 57 of the Amended Complaint.

58.    Admit that CenterLight recipients receive service depending on their needs, but except as so admitted, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 58 of the Amended Complaint.

59.     Admit that CenterLight evaluate their recipients' needs, but except as so admitted deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Amended Complaint.

60.     Admit that certain recipients have authorized 24 hour care, but except as so admitted, deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Amended Complaint.

61.     No responsive pleading is required.

62.     No responsive pleading is required.

63.     Admit that CenterLight evaluates recipients' needs, but except as so admitted, deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Amended Complaint.

64.     No responsive pleading is required.

65.     Deny the allegations contained in paragraph 65 of the Amended Complaint.

66.     Admit that CenterLight evaluates recipients' needs, but except as so admitted, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 66 of the Amended Complaint.

67.     Deny the allegations contained in paragraph 67 of the Amended Complaint.

68.     No responsive pleading is required.

69.     Admit that CenterLight evaluates recipients' needs and authorizes services in accordance with those needs, but except as so admitted, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 69 of the Amended Complaint.

70.     Deny the allegations contained in paragraph 70 of the Amended Complaint.

71.  Deny the allegations contained in paragraph 71 of the Amended Complaint.

72.  Deny the allegations contained in paragraph 72 of the Amended Complaint.

73.  Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Amended Complaint.

74.  Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Amended Complaint.

75.  Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Amended Complaint.

76.  Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Amended Complaint.

77.  Deny the allegations contained in paragraph 77 of the Amended Complaint.

78.  Deny that Plaintiff Hei Li worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 78 of the Amended Complaint.

79.  Deny that Plaintiff Hei Li worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 79 of the Amended Complaint.

80.  Deny that Plaintiff Hei Li worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 80 of the Amended Complaint.

81.  Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Amended Complaint.

82.  Deny the allegations contained in paragraph 82 of the Amended Complaint.

83.     Deny the allegations contained in paragraph 83 of the Amended Complaint.

84.     Deny the allegations contained in paragraph 84 of the Amended Complaint.

85.     Deny the allegations contained in paragraph 85 of the Amended Complaint.

86.     Deny the allegations contained in paragraph 86 of the Amended Complaint.

87.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the Amended Complaint.

88.     Deny the allegations contained in paragraph 88 of the Amended Complaint.

89.     Deny the allegations contained in paragraph 89 of the Amended Complaint.

90.     Deny the allegations contained in paragraph 90 of the Amended Complaint.

91.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of the Amended Complaint.

92.     Deny the allegations contained in paragraph 92 of the Amended Complaint.

93.     Deny the allegations contained in paragraph 93 of the Amended Complaint.

94.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the Amended Complaint.

95.     Deny the allegations contained in paragraph 95 of the Amended Complaint.

96.     Deny the allegations contained in paragraph 96 of the Amended Complaint.

97.     Deny the allegations contained in paragraph 97 of the Amended Complaint.

98.     Deny the allegations contained in paragraph 98 of the Amended Complaint.

99.     Deny the allegations contained in paragraph 99 of the Amended Complaint.

100.    Deny the allegations contained in paragraph 100 of the Amended Complaint.

101. Admit that CenterLight evaluates recipients' needs, but except as so admitted, deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the Amended Complaint.

102. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of the Amended Complaint.

103. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of the Amended Complaint.

104. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of the Amended Complaint.

105. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 105 of the Amended Complaint.

106. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of the Amended Complaint.

107. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the Amended Complaint.

108. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of the Amended Complaint.

109. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of the Amended Complaint.

110. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 110 of the Amended Complaint.

111. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 111 of the Amended Complaint.

112.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 112 of the Amended Complaint.

113.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 113 of the Amended Complaint.

114.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 114 of the Amended Complaint.

115.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 115 of the Amended Complaint.

116.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 116 of the Amended Complaint.

117.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 117 of the Amended Complaint.

118.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 118 of the Amended Complaint.

119.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the Amended Complaint.

120.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of the Amended Complaint.

121.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of the Amended Complaint.

122.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 122 of the Amended Complaint.

123.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 123 of the Amended Complaint.

124.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the Amended Complaint.

125.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of the Amended Complaint.

126.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 126 of the Amended Complaint.

127.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 127 of the Amended Complaint.

128.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 128 of the Amended Complaint.

129.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 129 of the Amended Complaint.

130.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 130 of the Amended Complaint.

131.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 131 of the Amended Complaint.

132.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 132 of the Amended Complaint.

133.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 133 of the Amended Complaint.

11

134.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 134 of the Amended Complaint.

135.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 135 of the Amended Complaint.

136.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 136 of the Amended Complaint.

137.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 137 of the Amended Complaint.

138.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 138 of the Amended Complaint.

139.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 139 of the Amended Complaint.

140.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 140 of the Amended Complaint.

141.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 141 of the Amended Complaint.

142.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 142 of the Amended Complaint.

143.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 143 of the Amended Complaint.

144.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 144 of the Amended Complaint.

145. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 145 of the Amended Complaint.

146. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 146 of the Amended Complaint.

147. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 147 of the Amended Complaint.

148. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 148 of the Amended Complaint.

149. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 149 of the Amended Complaint.

150. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 150 of the Amended Complaint.

151. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 151 of the Amended Complaint.

152. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 152 of the Amended Complaint.

153. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 153 of the Amended Complaint.

154. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 154 of the Amended Complaint.

155. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 155 of the Amended Complaint.

156.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 156 of the Amended Complaint.

157.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 157 of the Amended Complaint.

158.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 158 of the Amended Complaint.

159.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 159 of the Amended Complaint.

160.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 160 of the Amended Complaint.

161.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 161 of the Amended Complaint.

162.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 162 of the Amended Complaint.

163.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 163 of the Amended Complaint.

164.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 164 of the Amended Complaint.

165.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 165 of the Amended Complaint.

166.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 166 of the Amended Complaint.

167. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 167 of the Amended Complaint.

168. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 168 of the Amended Complaint.

169. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 169 of the Amended Complaint.

170. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 170 of the Amended Complaint.

171. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 171 of the Amended Complaint.

172. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 172 of the Amended Complaint.

173. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 173 of the Amended Complaint.

174. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 174 of the Amended Complaint.

175. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 175 of the Amended Complaint.

176. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 176 of the Amended Complaint.

177. Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 177 of the Amended Complaint.

15

178.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 178 of the Amended Complaint.

179.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 179 of the Amended Complaint.

180.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 180 of the Amended Complaint.

181.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 181 of the Amended Complaint.

182.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 182 of the Amended Complaint.

183.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 183 of the Amended Complaint.

184.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 184 of the Amended Complaint.

185.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 185 of the Amended Complaint.

186.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 186 of the Amended Complaint.

187.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 187 of the Amended Complaint.

188.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 188 of the Amended Complaint.

189.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 189 of the Amended Complaint.

190.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 190 of the Amended Complaint.

191.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 191 of the Amended Complaint.

192.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 192 of the Amended Complaint.

193.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 193 of the Amended Complaint.

194.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 194 of the Amended Complaint.

195.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 195 of the Amended Complaint.

196.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 196 of the Amended Complaint.

197.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 197 of the Amended Complaint.

198.    Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 198 of the Amended Complaint.

199. Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 199 of the Amended Complaint.

200. Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 200 of the Amended Complaint.

201. Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 201 of the Amended Complaint.

202. Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 202 of the Amended Complaint.

203. Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 203 of the Amended Complaint.

204. Deny that Hui He worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 204 of the Amended Complaint.

205. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 205 of the Amended Complaint.

206. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 206 of the Amended Complaint.

207. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 207 of the Amended Complaint.

208. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 208 of the Amended Complaint.

209. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 209 of the Amended Complaint.

210. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 210 of the Amended Complaint.

211. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 211 of the Amended Complaint.

212. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 212 of the Amended Complaint.

213. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 213 of the Amended Complaint.

214. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 214 of the Amended Complaint.

215. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 215 of the Amended Complaint.

216. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 216 of the Amended Complaint.

217. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 217 of the Amended Complaint.

218.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 218 of the Amended Complaint.

219.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 219 of the Amended Complaint.

220.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 220 of the Amended Complaint.

221.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 221 of the Amended Complaint.

222.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 222 of the Amended Complaint.

223.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 223 of the Amended Complaint.

224.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 224 of the Amended Complaint.

225.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 225 of the Amended Complaint.

226.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 226 of the Amended Complaint.

227.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 227 of the Amended Complaint.

228.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 228 of the Amended Complaint.

229.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 229 of the Amended Complaint.

230.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 230 of the Amended Complaint.

231.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 231 of the Amended Complaint.

232.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 232 of the Amended Complaint.

233.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 233 of the Amended Complaint.

234.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 234 of the Amended Complaint.

235.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 235 of the Amended Complaint.

236. Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 236 of the Amended Complaint.

237. Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 237 of the Amended Complaint.

238. Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 238 of the Amended Complaint.

239. Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 239 of the Amended Complaint.

240. Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 240 of the Amended Complaint.

241. Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 241 of the Amended Complaint.

242. Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 242 of the Amended Complaint.

243.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 243 of the Amended Complaint.

244.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 244 of the Amended Complaint.

245.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 245 of the Amended Complaint.

246.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 246 of the Amended Complaint.

247.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 247 of the Amended Complaint.

248.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 248 of the Amended Complaint.

249.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 249 of the Amended Complaint.

250.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 250 of the Amended Complaint.

251.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 251 of the Amended Complaint.

252.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 252 of the Amended Complaint.

253.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 253 of the Amended Complaint.

254.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 254 of the Amended Complaint.

255.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 255 of the Amended Complaint.

256.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 256 of the Amended Complaint.

257.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 257 of the Amended Complaint.

258.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 258 of the Amended Complaint.

259.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 259 of the Amended Complaint.

260.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 260 of the Amended Complaint.

261.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 261 of the Amended Complaint.

262.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 262 of the Amended Complaint.

263.    Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 263 of the Amended Complaint.

264. Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 264 of the Amended Complaint.

265. Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 265 of the Amended Complaint.

266. Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 266 of the Amended Complaint.

267. Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 267 of the Amended Complaint.

268. Deny that Hui X. Ruan worked for CenterLight, but except as so denied, deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 268 of the Amended Complaint.

269. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 269 of the Amended Complaint.

270. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 270 of the Amended Complaint.

271. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 271 of the Amended Complaint.

272. Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 272 of the Amended Complaint.

273.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 273 of the Amended Complaint.

274.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 274 of the Amended Complaint.

275.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 275 of the Amended Complaint.

276.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 276 of the Amended Complaint.

277.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 277 of the Amended Complaint.

278.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 278 of the Amended Complaint.

279.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 279 of the Amended Complaint.

280.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 280 of the Amended Complaint.

281.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 281 of the Amended Complaint.

282.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 282 of the Amended Complaint.

283.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 283 of the Amended Complaint.

284.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 284 of the Amended Complaint.

285.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 285 of the Amended Complaint.

286.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 286 of the Amended Complaint.

287.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 287 of the Amended Complaint.

288.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 288 of the Amended Complaint.

289.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 289 of the Amended Complaint.

290.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 290 of the Amended Complaint.

291.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 291 of the Amended Complaint.

292.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 292 of the Amended Complaint.

293.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 293 of the Amended Complaint.

294.    Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 294 of the Amended Complaint.

295.     Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 295 of the Amended Complaint.

296.     Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 296 of the Amended Complaint.

297.     Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 297 of the Amended Complaint.

298.     Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 298 of the Amended Complaint.

299.     Deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 299 of the Amended Complaint.

## FIRST CAUSE OF ACTION

300.     Defendant repeats and realleges each and every  answer as if fully set forth herein.

301.     Deny the allegations contained in paragraph 301 of the Amended Complaint.

302.     Deny the allegations contained in paragraph 302 of the Amended Complaint.

303.     Deny the allegations contained in paragraph 303 of the Amended Complaint.

304.     Deny the allegations contained in paragraph 304 of the Amended Complaint.

305.     Deny the allegations contained in paragraph 305 of the Amended Complaint.

30

## SECOND CAUSE OF ACTION

306.    Defendant repeats and realleges each and every answer as if fully set forth herein.

307.    Deny the allegations contained in paragraph 307 of the Amended Complaint.

308.    Deny the allegations contained in paragraph 308 of the Amended Complaint.

309.    Deny the allegations contained in paragraph 309 of the Amended Complaint.

310.    Deny the allegations contained in paragraph 310 of the Amended Complaint.

## THIRD CAUSE OF ACTION

311.    Defendant repeats and realleges each and every answer as if fully set forth herein.

312.    Deny the allegations contained in paragraph 312 of the Amended Complaint.

313.    Deny the allegations contained in paragraph 313 of the Amended Complaint.

314.    Deny the allegations contained in paragraph 314 of the Amended Complaint.

315.    Deny the allegations contained in paragraph 315 of the Amended Complaint.

316.    Deny the allegations contained in paragraph 316 of the Amended Complaint.

## FOURTH CAUSE OF ACTION

317.    Defendant repeats and realleges each and every answer as if fully set forth herein.

318.    Deny the allegations contained in paragraph 318 of the Amended Complaint.

319.    Deny the allegations contained in paragraph 319 of the Amended Complaint.

320.    Deny the allegations contained in paragraph 320 of the Amended Complaint.

321.    Deny the allegations contained in paragraph 321 of the Amended Complaint.

## FIFTH CAUSE OF ACTION

322.    Defendant repeats and realleges each and every answer as if fully set forth herein.

323.    Deny the allegations contained in paragraph 323 of the Amended Complaint.

324.    Deny the allegations contained in paragraph 324 of the Amended Complaint.

325.    Deny the allegations contained in paragraph 325 of the Amended Complaint.

326. Deny the allegations contained in paragraph 326 of the Amended Complaint.

## SIXTH CAUSE OF ACTION

327. Defendant repeats and realleges each and every answer as if fully set forth herein.

328. Deny the allegations contained in paragraph 328 of the Amended Complaint.

329. Deny the allegations contained in paragraph 329 of the Amended Complaint.

330. Deny the allegations contained in paragraph 330 of the Amended Complaint.

## SEVENTH CAUSE OF ACTION

331. Defendant repeats and realleges each and every answer as if fully set forth herein.

332. Deny the allegations contained in paragraph 332 of the Amended Complaint.

333. Deny the allegations contained in paragraph 333 of the Amended Complaint.

## EIGHTH CAUSE OF ACTION

334. Defendant repeats and realleges each and every answer as if fully set forth herein.

335. Deny the allegations contained in paragraph 335 of the Amended Complaint.

336.    Deny the allegations contained in paragraph 336 of the Amended Complaint.

337.    Deny the allegations contained in paragraph 337 of the Amended Complaint.

338.    Deny the allegations contained in paragraph 338 of the Amended Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim for which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims, in whole or in part, are barred by the applicable statute of limitations.

## AS AND FOR A THIRD AFFIRAMTIVE DEFENSE

Plaintiffs are barred from maintaining this action by virtue of their own unclean hands.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred on the basis of factual and equitable estoppel.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Plaintiffs received all compensation owed and due them in a timely fashion and there is no evidence of willful conduct by the Defendants that would entitle Plaintiffs to liquidated damages.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to any relief, liquidated damages or any other damages due to their fraudulent conduct.

34

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs have waived any claim for compensation owed due to their actions.

## AS AND FOR AN EIGHTH AFFIRAMTIVE DEFENSE

Plaintiffs are not entitled to any damages or relief under the doctrine of frustration of purpose.

## AS AND FOR AN EIGHTH AFFIRAMTIVE DEFENSE

At all times, Defendant acted in good faith and had reasonable grounds for believing their actions were in compliance with the Fair Labor Standards Act and/or New York Labor Law.

## AS AND FOR A NINTH AFFIRAMTIVE DEFENSE

Plaintiffs' claims are barred to the extent they seek recovery for time that is not compensable time under the Fair Labor Standards Act and/or New York Labor Law.

## AS AND FOR A TENTH AFFIRAMTIVE DEFENSE

In the alternative, Defendant is entitled to offset monies or other consideration paid or provided Plaintiffs by Defendant for period of time in which Plaintiffs were not engaged in work.

## AS AND FOR AN ELEVENTH AFFIRAMTIVE DEFENSE

Plaintiffs' claims are estopped by the submission of their own time and medical records, for which Defendant compensated them for all time worked, overtime worked and claimed.

## AS AND FOR A TWELFTH AFFIRAMTIVE DEFENSE

Plaintiffs' claims are barred by the doctrines of waiver, estoppel and/or laches.

35

## JURY DEMAND

Defendant respectfully request a jury trial on all issues.


Dated:  October 7, 2025
New York, New York

Respectfully submitted,

*Attorneys for Defendant CenterLight Health System*
BRENLLA, LLC

By:

George F. Brenlla, Esq. (GB-9612)
250 Park Avenue, 7th floor
New York, New York 10177
(212) 364-5173

36