```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  HEI LI, et al.,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2025

                              Plaintiffs,                          **24-CV-7401 (LTS) (KHP)**

          -against-

                                                                        **ORDER**

GREATCARE, INC., et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       On November 20, 2025, Plaintiffs filed a Letter requesting that the Settlement Conference scheduled for **December 1, 2025 at 10:00 am** be converted to a Status Conference. That request is GRANTED. Ahead of the Status Conference, the parties are instructed to submit an Agenda Letter of no more than six-pages by **November 26, 2025** informing the Court of the current status of discovery, the potential for settlement, and about any discovery disputes. At the upcoming Status Conference the parties should also be prepared to discuss a Rule 37 briefing schedule.

       The parties are further reminded that the discovery deadlines in this matter are as follows: The deadline to complete fact discovery is **January 30, 2026**. The deadline to complete Expert Discovery is **March 30, 2026.**

       **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 110.**

       SO ORDERED.

DATED:    November 21, 2025
              New York, New York

*Katharine H Parker* (signature)

_____
KATHARINE H. PARKER
United States Magistrate Judge