# LAW OFFICE OF JOSE MUNIZ, ESQ

## Attorney and Counselor at Law

39-15 Main Street - Suite 318

Flushing, New York 11354

Tel. (718) 880-0475

Fax. (718) 939-8881

jamlaw305@gmail.com

November 30, 2025

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Li et al. v. Greatcare, Inc.**
Docket No.: 24-cv-07401-LTS-KHP
**Status Letter Regarding Discovery**

Dear Magistrate Judge Parker:

I represent Defendant Greatcare, Inc. and write to update the Court on the current status of discovery, the potential for settlement, and any existing or anticipated discovery disputes, in advance of the upcoming Status Conference.

**Status of Discovery**
Defendant Greatcare has provided Plaintiffs' counsel with a proposed deposition schedule for the Plaintiffs for the months of December 2025 and January 2026. In addition, Greatcare has supplied Plaintiffs' counsel with available dates for the depositions of Defendants Greatcare and Ms. Wang. Defendant remains prepared to proceed with all depositions and continues to cooperate in moving fact discovery forward.

**Settlement**
Plaintiffs have indicated that they are not yet prepared to make a settlement demand. Defendant

remains open to discussing settlement should Plaintiffs advance a demand.

**Discovery Disputes**

At this time, there are no outstanding discovery disputes requiring the Court's intervention. If any issues arise prior to the conference, Defendant will promptly notify the Court.

**Rule 37 Briefing Schedule**

Defendant is prepared to address, at the upcoming Status Conference, a proposed Rule 37 briefing schedule should the need for such briefing arise.

Thank you for the Court's continued attention to this matter.

**Respectfully Submitted,**

 /s/ José A. Muñiz
José A. Muñiz, Esq.
Attorney for Defendant Greatcare, Inc.

cc:

SKaren Kithan Yau
Caroline Friedman
260 Fair Street
Kingston, NY 12401
(845) 2559370
kyau@getmansweeney.com
cfriedman@getmansweeney.com

**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
Carmela Huang
Claudia Wilner
50 Broadway, 15th Floor
New York, NY 10004-3821
(646) 393-3048
huang@nclej.org
wilner@nclej.org
Counsel for Plaintiffs