UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

HEI LI, et al.,

                                           Plaintiffs,

                              -against-

GREATCARE, INC., et al.,

                                     Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #:_____          │
│ DATE FILED:___12/1/2025___       │
└─────────────────────────────────┘
```

**24-CV-7401 (JHR) (KHP)**

**<u>POST-CONFERENCE ORDER</u>**

On December 1, 2025, the parties appeared before the undersigned for a case management conference.  As discussed at the conference and set forth below:

By way of reminder, fact discovery will be due on **January 30, 2026**.  Expert discovery will be due on **March 30, 2026**.  No further extensions except upon a showing of good cause.

As discussed on the record, Plaintiffs have subpoenaed records from several non-defendant entities that possess information that Defendant, GreatCare does not have or has not submitted.  As Plaintiffs have not yet received responses to those subpoenas, Plaintiffs may file a third-party motion to compel on those parties by **December 15, 2025**.  Any opposition to that motion will be due by **December 29, 2025**.  There will be no reply.  Those parties should note that any documents produced in response to the subpoena are subject to the operative Protective Order in this matter.  (ECF No. 109)

To the extent that further depositions need to be scheduled by both Plaintiffs and Defendants, all depositions in this matter must be scheduled by **December 15, 2025**.

As to Defendant CenterLight's subpoena of TrueCare, if applicable, CenterLight may file a motion to compel production of the requested documents by **December 15, 2025**.  Any

opposition to that motion will be due by **December 29, 2025**.  There will be no reply.  Likewise TrueCare should note that any documents produced in response to the subpoena are subject to the operative Protective Order in this matter.  (ECF No. 109)

The Briefing Schedule for Defendants' Motion for Summary Judgement, if applicable, is as follows: Defendants' motion will be due on **March 2, 2026**.  Plaintiffs' Opposition will be due on **April 2, 2026**.  Defendants' Reply, if any, will be due on **April 16, 2026**.

Plaintiffs indicated that they intend to file a cross motion for summary judgment.  If Plaintiffs do file a cross-motion, the briefing schedule above will be modified as follows: Plaintiffs' opposition and cross-motion will be due on **March 2, 2026**.  Defendants' Opposition and Reply will be due on **April 2, 2026**.  Plaintiffs' Reply, if any, will be due on **April 16, 2026.**

Plaintiffs and CenterLight shall serve a copy of this Order on their third-party subpoena recipients who have not yet complied with their subpoenas within 3 business days of this Order.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 114.**

**SO ORDERED.**

DATED:     December 1, 2025
           New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2