DocuSign Envelope ID: 74E41539-5FA3-4C9A-B3AE-0D9AC3DB5FE8

# AMENDMENT TO THE PROVIDER AGREEMENT

## BETWEEN

## SENIOR WHOLE HEALTH OF NEW YORK, INC.

## AND

## GREATCARE, INC

This Amendment (the "Amendment") to the Agreement, dated 2/1/2012 (the "Agreement") between Senior Whole Health of New York, Inc. ("Plan") and GREATCARE, INC ("Provider") is effective as of April 1, 2017 (the "Effective Date").

### WITNESSETH

WHEREAS, effective January 1, 2017, New York Labor Law § 652 (establishing minimum wage requirements) and New York Public Health Law §3614-c (establishing home care worker wage parity) (collectively the "Statutory Wage Requirements") require Provider to increase wages for most or all of Provider's direct care employees; and

WHEREAS, effective January 1, 2017, the New York Department of Health ("DOH") intends to increase the amount of the monthly premium paid to managed care organizations ("MCOs") to enable MCOs to fund payment of the increased Statutory Wage Requirements; and

WHEREAS, Plan seeks to amend the Agreement to increase the amounts paid to Provider for the sole purpose of enabling Provider to comply with Statutory Wage Requirements; and

WHEREAS, Provider agrees to use such increase for the sole purpose of complying with Statutory Wage Requirements and will maintain compliance with the Statutory Wage Requirements.

NOW, THEREFORE, the parties, in consideration of the mutual covenants contained herein, agree that the Agreement is hereby amended as follows:

1.  Increased Rates. The rates for payment of direct care services set forth in Attachment C are hereby increased, as described in the chart, below, to include the amount determined by DOH necessary for Provider to comply with Statutory Wage Requirements.

| REV Code | HCPCS Code | HCPCS Description | Rate |
|---|---|---|---|
| 0581 | T1019 | Personal care services, per 15 minutes; use this code to bill for split-shifts (1 unit = 15 mins) Examples: 1 hour = 4 units; 12 hours = 48 units (Code may not be used for services provided by home health aide or certified nurse assistant) | $ Per 15min/ unit |
| 0581 | T1020 | Personal care services, per diem; per diem is standardized to 13 hours of service (1 unit = 13 hours) Maximum 1 unit/24 hours; 1 week = 7 units (91hrs) Use this code to bill for live-in services (Code may not be used for services provided by home health aide or certified nurse assistant) | $ |

1

ALB 1982487v1

GC03.01.2025-000002

DocuSign Envelope ID: 74E41539-5FA3-4C9A-B3AE-0D9AC3DB5FE8

The increased amount, which represents the current estimated hourly increase necessary to comply with Statutory Wage Requirements, is subject to change as additional data and DOH guidance becomes available. Additionally, all rate increases are contingent upon Plan's receipt of applicable funds from DOH.

2.    Purpose. Provider represents and warrants that all rate increases shall be used solely for the purpose of complying with Statutory Wage Requirements and agrees that it will maintain compliance with Statutory Wage Requirements.

3.    Term of Amendment. The Term of this Amendment shall be for a period of thirty (30) days following the Effective Date.

Capitalized terms not otherwise defined herein shall have the meaning given such terms in the Agreement. All other terms and provisions of the Agreement not amended hereby shall remain in full force and effect, without modification. In the event of any inconsistency between the terms of this Amendment and the Agreement, the terms of this Amendment shall govern and control.

ALB 1982487v1

2

GC03.01.2025-000003

DocuSign Envelope ID: 74E41539-5FA3-4C9A-B3AE-0D9AC3DB5FE8

IN WITNESS WHEREOF, the parties hereto have executed this Amendment to be effective as the Effective Date, above.

PLAN

By: Thurman R. Justice

Title: Chief Financial Officer

Signature: 

Date: 4/10/2017

GREATCARE, INC

By: Barbara Wang

Title: Administrator

Signature: 

Date: 3/27/2017

ALB 1982487v1

3

GC03.01.2025-000004