

**NEW YORK** STATE OF OPPORTUNITY. | **Department of Labor**

Division of Labor Standards

## Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: _5/25/22_

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one):  ☐ Employer    ☒ Complainant/Claimant

Client/Member Name: _Zhu Huan L Lin_

Client Business Name: _____

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

UNPAID WAGES, HOME HEALTH AIDE(24-HOUR SHIFT)

### Representative Information (all fields must be completed)

Name: _Yueheng Zhang_

Organization/Firm Name: _Chinese Staff and Workers Association_

Signature: _____

Title: _ORGANIZER_

Choose One: ☐ Attorney  ☒ Advocate  ☐ Accountant  ☐ Other: _____

Address: 345 GRAND ST, NEW YORK, NY 10002

Telephone: 212-334-2333        Fax: 212-334-1974

Email: zhangyueheng@gmail.com

Are you being compensated by the claimant?  ☐ Yes    ☒ No

**Client/Member Authorization:** I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature: _✗ Zhu Huan Lin_

LS 11 (10/16)

GSD - 000946

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240

**WE ARE YOUR DOL**

NEW YORK STATE | Department of Labor

www.labor.ny.gov

| Office Use Only: |
| --- |
| LS ID _____ |
| LCM _____ |
| PV ☐ Priority _____ |
| Taken by _____ |
| Date _____ |

## Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:** This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

**We cannot accept the following wage or supplement claims:**

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

### Part 1. Person Filing Claim (Employee/Complainant Information)

1.  Name:(first) Zhu Huan _____ (middle) _____ (last) Li Lin _____
2.  Another name known by at work: _____
3.  Mailing address: redacted
    City/town: redacted
4.  Phone: redacted          5. Other phone:( _____ ) _____
6.  Email: _____ 7. Your primary/preferred language: Cantonese

### Part 2. Claim Filed Against (Business/Business Owner Information)

8a.  Business name: Great Care Inc. _____
8b.  Legal name (if different): _____
8c.  Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☑ Corporation ☐ Other: _____
8d.  Mailing address: No.: 110 _____ Street: West 34th St. _____ Fl/Rm/Suite#: # 1207 _____
     City/town: NY. _____ County: New York _____ State: NY _____ Zip code: 10001
8e.  Business phone: ( 212 ) 564-7192 _____ 8f. Email: _____

GSD - 000947

9a.   Owner(s) name(s) and title(s): _____

9b.   Mailing address: No.: _____ Street: _____ Apt. #: _____

City/town: _____ County: _____ State: _____ Zip code: _____

9c.   Owner phone: ( _____ ) _____ 9d. Email: _____

10.   Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☐ other: **Home health**

11.   Business hours of operation: _____ 12. Total # of employees: _____

13a.  Is the company still in business? ☑ Yes ☐ No  13b. If "No," when did business close? _____

14.   Employer's bank name and location (attach copy of check or check stub): _____

15.   Has the employer filed for bankruptcy? ☐ Yes ■ No ☐Unknown

## Part 3.  Person Filing Claim (Employment Information)

16.   Your job title: **Home attendant**  17. Type of work you performed: **Caring for sick and infirmed in their homes**

18.   Date hired: **3/1/2015**  19. Name and title of person who hired you: _____

20.   Name/s of your manager/supervisor/foreman: **Ms. Zhu or Chu** _____

21.   Name of person who paid your wages: _____

22.   Worksite address: No.: _____ Street: **(Patient's home, see Part 11)** Fl/Rm/Suite#: _____

City/town: _____ County: _____ State: _____ Zip code: _____

23.   Did you regularly travel outside New York State for work? ☐ Yes ■ No

24.   Your relationship with business: ☐ Still employed ☐ Discharged ☐ Quit ☑ Temporarily laid-off

25a.  Last day worked: **3/8/2021**  25b. Reason for leaving: *Infected With Covid-19*

26a.  Were you a member of a union? ☐ Yes ■ No  26b. If "Yes," union name and Local no.: _____

27a.  Your rate of pay: $ **14 to $17** per ☐ Day ☐ Week ■ Hour ■ Other **Before 2018, $143 per diem**

27b.  Your overtime rate of pay: $ _____

28a.  Did you earn tips on a regular basis?   ☐ Yes ■ No  28b. If "Yes," how much on average per hour? _____

28c.  Has your employer kept your or any other employee's tips? ☐ No ☐ Yes – yours ☐ Yes – others'

28d.  If "Yes," how much? Please Explain: _____

29a.  What was your payday? ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ■ Fri ☐ Sat ☐ Sun

29b.  What period did this cover? (e.g. Sat through Fri) **Saturday to Friday**

30.   How often were you paid? ☐ Daily ■ Weekly ☐ Every two weeks ☐ Other _____

31.   How were your wages paid? ☐ Cash ☐ Check ■ Direct Deposit ☐ Pay Card

☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a.   Were you required to wear a uniform?   ☐ Yes ■ No  32b. If "Yes," describe the uniform: _____

32c.  Were uniforms free of charge? ☐ Yes ☐ No  32d. If "No," how were uniforms purchased and how much did they cost?

GSD - 000948

## Part 4. Unpaid Wages Claim

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay).** Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A. Payroll Week Ending Date | B. Number of Days Worked in the Week | C. Hours Worked in the Week | D. Rate of Pay (Earned or Promised) | E. Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F. Gross Wages Owed for the Week | G. Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H. Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **I. Total** | |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check: _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: _____3/15/16_____ to: _____3/8/21_____

## Part 5. Unpaid Paid Sick Leave

**Fill in this section for Paid Sick Leave you are owed.** Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A. Time Period Paid Sick Leave Accrued | B. Amount of Paid Sick Leave Accrued | C. Date(s) when Paid Sick Leave used | D. Amount of Benefit Time Owed | E. Regular Rate of Pay | F. Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **G. Total** | |

GSD - 000949

## Part 6.  Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed.** Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.   Explain the benefits promised or attach a copy of the written policy/handbook: _____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | **G. Total** | |

## Part 7.  Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.   Are you paid the minimum wage for each hour worked? ☐ Yes ☑ No

35b.   Are you paid time and ½ for the hours worked over 40? ☐ Yes ☑ No

35c.   Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No    35d.   If "Yes," how much per hour?_____

35e.   Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

   ☐ Yes ☑ No

35f.   If "No" to any of the above, please explain and fill in the schedule of your work week below: _____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : | | |
| Monday | : | : | | |
| Tuesday | : | : | | |
| Wednesday | : | : | | |
| Thursday | : | : | | |
| Friday | : | : | | |
| Saturday | : | : | | |
| | | | **F. Weekly Total** | |

GSD - 000950

36a.  Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b.  If "No," please provide your estimate of average number of hours worked per week: _____

36c.  Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d.  Claim Range: What time-period does your minimum wage or overtime claim cover?
      Date from: _____ 3/15/16 _____ to: _____ 3/8/21 _____

36e.  Provide information on your regular and overtime rates of pay during the above claim range.
      Date from: _____    to: _____
      Regular: $ _____ per _____    Overtime: $ _____ per _____
      Date from: _____    to: _____
      Regular: $ _____ per _____    Overtime: $ _____ per _____
      Date from: _____    to: _____
      Regular: $ _____ per _____    Overtime: $ _____ per _____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a.  ☐ Provide a 30-minute meal period _____

      Were you paid for the time worked when the employer failed to provide the meal period? ☐ Yes ☐ No

37b.  ☐ Provide a wage statement (pay stub) _____

37c.  ☐ Provide a day of rest _____

37d.  ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/
      Direct Deposit/Payroll Debit Card (Pay Card) _____

37e.  ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

      _____

37f.  ☐ Provide a termination notice _____

37g.  ☐ Provide a notice of pay rate with all required information _____

37h.  ☐ Pay wages on time _____

37i.  ☐ Pay wages "on the books" _____

37j.  ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k.  ☐ Post required notices/Minimum Wage Poster _____

37l.  ☐ Follow rules for employment of minors (under 18) _____

37m. ☐ Other _____

## Part 9.  Claim Background

38a.  Did you ask for your wages?  ☐ Yes ■ No

38b.  If "Yes," please explain. Who and when did you ask, and what happened?

_____

_____

GSD - 000951

38c.  Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes  ☑ No

38d.  If "Yes," please explain: _____

## Part 10.  Retaliatory Action

39a.  Did you complain to your employer about this or another labor law violation?  ☐ Yes  ☑ No

39b.  If "Yes," what happened?  _____

39c.  Do you now want to file a retaliation claim against this employer?  ☐ Yes  ☑ No

## Part 11.  Claim Assistance

40a.  Do you have a representative (e.g. private attorney, advocacy group)?  ☑ Yes  ☐ No

40b.  If "Yes," provide name of person or group:  Chinese Staff and Workers Association _____

40c.  Has this representative assisted you in filing this claim?  ☑ Yes  ☐ No

40d.  Have you paid, or do you plan to pay, this representative?  ☐ Yes  ☑ No

40e.  Do you want us to speak with this representative about your claim?  ☑ Yes  ☐ No
If so, representatives must submit a Letter of Representation (LS 11).

40f.  Did anyone, other than the representative, help you fill out this form?  ☐ Yes  ☑ No

40g.  If "Yes." who helped you and why did they help you? _____


**Additional Comments/Useful Information:**
See attached.

_____
_____
_____
_____
_____
_____
_____


**I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.**

_____
Claimant Signature

_____5/25/22_____
Date

Return your completed form to the address on Page 1.

GSD - 000952