纽约州劳工部
凯西·霍楚尔，戈维莫尔
罗伯塔·里尔登，专员

日期:2024年10月22日

黑利
达希尔路146号
第1月
布鲁克林，纽约11218

案件编号:LS11 2022004439
RE: Greatcare Inc.

亲爱的黑莉:

我们正在写信给你，关于你对Greatcare Inc的未支付工资索赔。我们已经彻底审查了你和雇主的回复。

我们了解到，一起针对该雇主的集体诉讼已提交至美国纽约南区联邦地区法院。本案原告为：Hei Li、Zhu H.L. Lin、Li Chen、Xiu F. Chen、Mei F. Chen、Hui He、Hui Li、Zha Li、Hui X. Ruan、JianR. Xiao、Mei Z. Xiao、Mu Z. Zhang、Bi Y. Zheng和Xiu X. Zhu，被告为：Great care Centerlight Healthcare, Inc和Doe Managed Long–Term Care Plans 1–14。

该诉讼于2024年10月3日向法院提起，你的索赔和索赔期限均包括在本诉讼中。
请联系代表原告的律师，以帮助追回您在和解协议中所占的份额。联系方式是：

邱建超
格特曼，斯威尼和邓恩，有限责任公司
费尔街260号
金斯顿，纽约          12401
电话 (845) –255–9370
邮箱:yau@getmansweeney.com

《纽约州劳动法》第196.2节授予劳工专员调查或处理工资索赔的酌情决定权。根据本案的事实，我们决定不再追究您的投诉。我们将不再采取进一步行动，您的案件已结案。

真诚地，

约瑟夫·瑞安
高级劳工标准调查员

CC:

中国职工代表大会
联系人：岳恒章
345 大街
约克，纽约          10002

国家办公大楼 校园12号楼，185室/

劳工.州.纽约.美国

GSD - 000009