**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. : CHEN, MEI F. CHEN, HUI HE, HUI LI, : Case No.: 1:24-CV-7401 (LTS)(KHP) ZHAN J. LI, HUI X. RUAN, JIAN R. XIAO, : MEI Z. XIAO, MU Z. ZHANG, BI Y. : ZHENG, XIU X. ZHU, :

        Plaintiffs,      : **DECLARATION OF KAITLYN GRAJEK**

        v.       :

GREATCARE, INC., CENTERLIGHT : HEALTHCARE, INC., and SENIOR WHOLE : HEALTH OF NEW YORK, INC., :

        Defendants.    :

   :

---

KAITLYN GRAJEK, an attorney duly admitted to practice law in the State of New York and in the Southern District of New York, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner with the firm of Stradley Ronon Stevens & Young, LLP, attorneys for Defendant Senior Whole Health of New York, Inc. ("SWHNY") in the above-captioned action. I submit this declaration in further support of SWHNY's motion to dismiss the Amended Complaint filed in this matter on August 18, 2025 (ECF No. 77) (the "Motion").

2. Plaintiffs rely upon United States Department of Labor ("USDOL") Administrator Interpretation FLSA 2016-1 in support of their Opposition to the Motion.

1

3.      A true and accurate copy of the USDOL webpage demonstrating that FLSA 2016-1 was withdrawn effective June 7, 2016 is annexed hereto as Exhibit A.[1]

Dated: December 12, 2025          Respectfully submitted,
New York, New York

By: */s/ Kaitlyn Grajek*
Kaitlyn Grajek, Esq.
**STRADLEY RONON**
**STEVENS & YOUNG, LLP**
100 Park Avenue, Suite 200
New York, NY 10017
kgrajek@stradley.com
(862) 682-7255

*Attorneys for Defendant,*
*Senior Whole Health of New York, Inc.*

---

[1] This webpage is also available at:
https://www.dol.gov/agencies/whd/opinion-letters/administrator-interpretation/flsa#foot