# EXHIBIT A

U.S. DEPARTMENT OF LABOR

**Wage and Hour Division**

# Administrator Interpretations Letter – Fair Labor Standards Act

**Quick Index:** <u>2010</u> | <u>2014</u> | <u>2015</u> | <u>2016</u>

| Number | 2016<br>Letter Subject | Date/Format |
|---|---|---|
| FLSA 2016-2 | Administrator's Interpretation 2016-2: Effect of state laws prohibiting the payment of subminimum wages to workers with disabilities on the enforcement of section 14(c) of the Fair Labor Standards Act | November 17, 2016<br>( <u>PDF</u> , <u>TEXT</u> ) |
| FLSA 2016-1 | Joint employment under the Fair Labor Standards Act and Migrant and Seasonal Agricultural Worker Protection Act | January 20, 2016<br>( <u>*</u> ) |

| Number | 2015<br>Letter Subject | Date/Format |
|---|---|---|
| FLSA 2015-1 | The Application of the Fair Labor Standards Act's "Suffer or Permit" Standard in the Identification of Employees Who Are Misclassified as Independent Contractors | July 15, 2015<br>( <u>*</u> ) |

| Number | 2014<br>Letter Subject | Date/Format |
|---|---|---|
| FLSA 2014-1 | The application of the Fair Labor Standards Act to home care services provided through shared living arrangements, including adult foster care and paid roommate situations. | March 27, 2014<br>( <u>PDF</u> , <u>TEXT</u> ) |
| FLSA 2014-2 | Joint employment of home care workers in consumer-directed, Medicaid-funded programs by public entities under the Fair Labor Standards Act. | June 19, 2014<br>( <u>**</u> ) |

| Number | 2010<br>Letter Subject | Date/Format |
|---|---|---|
| FLSA 2010-2 | Section 3(o) of the Fair Labor Standards Act, 29 U.S.C. § 203(o), and the definition of "clothes." | June 16, 2010<br>( <u>PDF</u> , <u>TEXT</u> ) |
| FLSA 2010-1 | Application of the Administrative Exemption under Section 13(a)(1) of the Fair Labor Standards Act, 29 U.S.C. § 213(a)(1), to Employees who Perform the Typical Job Duties of a Mortgage Loan Officer. | March 24, 2010<br>( <u>PDF</u> , <u>TEXT</u> ) |

\* The Department of Labor's 2015 and 2016 informal guidance on joint employment and independent contractors were withdrawn effective June 7, 2017. Removal of the two administrator interpretations does not change the legal responsibilities of employers under the Fair Labor Standards Act or Migrant and Seasonal Agricultural Worker Protection Act, as reflected in the Department's long-standing regulations and case law. The Department will continue to fully and fairly enforce all laws within its jurisdiction including the Fair Labor Standards Act and the Migrant and Seasonal Agricultural Worker Protection Act.

\*\* The Department of Labor's 2014 informal guidance on joint employment and home care workers is withdrawn effective March 10, 2020. Removal of this administrator interpretation does not change any legal responsibilities under the Fair Labor Standards Act or any of the Department's long-standing regulations and associated case law. The Department will continue to fully and fairly enforce all laws within its jurisdiction.

Scroll to Top ⊕

**Topics**    **Worker Rights**    **For Employers**    **Resources**    **Interpretive Guidance**    **State Laws**



**Wage and Hour Division**

An agency within the U.S. Department of Labor

200 Constitution Ave NW
Washington, DC 20210
1-866-4-US-WAGE
1-866-487-9243
www.dol.gov

**FEDERAL GOVERNMENT**⊞

White House

Disaster Recovery Assistance

DisasterAssistance.gov

USA.gov

No Fear Act Data

U.S. Office of Special Counsel

**LABOR DEPARTMENT**⊞

About DOL

Guidance Search

Español

Office of Inspector General

A to Z Index

**WHD PORTALS**⊞

YouthRules!

Wage Determinations

Accessibility Statement

Connect With DOL

    

Important Website Notices | Privacy & Security Statement