# LAW OFFICE OF JOSÉ A. MUÑIZ

*Attorney and Counselor at Law*

---

40-18 80TH STREET
ELMHURST, NEW YORK 11354
Tel. (646) 750-2185 Fax. (718) 424-4015
jmunizlaw@jmunizlaw.com

Hon. Katherine H. Parker
United States Magistrate Judge
Southern district of New York
500 Pearl Street
New York, New York, 1007-1312

RE:    HEI LI, et al v. GREATCARE INC.,
et al
Case No.: 24-CV-7401 (JHR)
(KHP)

Dear Magistrate Judge Parker,

My office represents Greatcare Inc. and we respectfully request the Court to extend the completion of the discovery period from January 30, 2026 to March 31, 2026.

Counsel for Centerlight Healthcare, Brenlla, LLC, by George F. Brenlla and Senior Whole Health of New York, Inc., by Stradley, Ronon, Stevens, & Young, LLP, by Kaitlyn Grajek, have no objection to this request and agreed to join me in this application.

I spoke with opposing counsel, Carmela Huang and Karen Kithan Yau, who agreed only to an extension to February 27, 2026, to complete the depositions of 14 plaintiffs and the defendant Barbara Wang. To date, four (4) plaintiffs have been deposed. Plaintiffs' counsel initiated deposing defendant Barbara Wang. Defendant Greatcare makes this reasonable request for an extension because the deposition of the remaining 10 plaintiffs, we believe, cannot be completed by January 30, 2026; nor, by February 27, 2026. All the plaintiffs require a Chinese interpreter. Additionally, 7 or 8 of the plaintiffs require an interpreter for 3 different dialects; further delaying competition of discovery by January 30, 2026.

Furthermore, there are three (3) defense attorneys who will be questioning most, if not all, the remaining plaintiffs not yet deposed. This further takes up time and complicates completion of discovery by the Court's imposed deadline.

**Respectfully Submitted,**

JOSE A. MUNIZ, ESQ.

cc. Karen Kithan Yau, Esq.
    Carmela Huang, Esq.
    George F. Brenlla, Esq.
    Kaitlyn Grajek, Esq.