# LAW OFFICE OF JOSÉ A. MUÑIZ
## *Attorney and Counselor at Law*
_____

39-15 MAIN STREET, SUITE 318
FLUSHING, NEW YORK 11354
Tel. (347) 594-4077 Fax (718) 424-4015
jamlaw305@gmail.com

January 9, 2026

**BY ECF**
Honorable Katherine H. Parker
United States District Court
Southerner 2 District of New York
500 Pearl Street
New York, N.Y. 10007-1312

**Re:** HEI Long Island, et al v. Greatcare, Inc., et al.,
Case No. 1:24-cv-07401(JHR)

Dear Justice Parker:

I provide this letter in response to Ms. Karen Kithan Yau, Esq. unilateral decision to cancel a previously agreed-upon deposition, of a witness, scheduled for January 9, 2026, at 10 AM. Ms. Yau failed or failed refused to notify me ahead of time and make a request for such a postponement. My office was informed this morning, by the interpreter agency, that Ms. Yau called yesterday afternoon to inquire who the interpreter would be. Based upon that information, that Mr. Moy would be the interpreter, she decided not to have her client show or notify defense counsel of her intention, not to appear.

Her contacting co-counsel, Kaitlyn Grajek, Esq., to get her consent for a postponement, is improper, since she is not the attorney who noticed the deposition of the witness.

Therefore, I respectfully ask the Court to sanction plaintiff's counsel and/or Order them to pay defendants' Greatcare and Ms. Barbara Wang's expenses, including attorney fees, or in the alternative, hold a conference.

I thank your Honor for your attention to this matter.

RESPECTFULLY SUBMITTED,


_____*José A. Muñiz*_____

JOSÉ A. MUÑIZ, ESQ.

cc. Carmela Huang, Esq. (via email)
George F. Brenlla, Esq. (via email)   Kaitlyn
Grajek, Esq. (via email)