# LAW OFFICE OF JOSÉ A. MUÑIZ
## ATTORNEY AND COUNSELOR AT LAW

39-15 MAIN STREET, Ste 18
FLUSHING, NEW YORK, 11354
TEL: (347) 594-4077
FAX: (718) 424-4015
Jamlaw305@gmail.com

January 9, 2026

**BY ECF**
Honorable Katherine H. Parker
United States District Court
Southerner 2 District of New York
500 Pearl Street
New York, N.Y. 10007-1312

       **Re: Re:** Hei Li, et al v. Greatcare, Inc, et al.,
       1:24 cv 07401(JHR)

Dear Justice Parker,

  An e-mail to all counsel revealed that Ms. Yau unilaterally cancelled the deposition without notifying the defense. The court reporter, interpreter, defendant and defense counsel were left waiting.

  In her e-mail Ms. Yau claims that co-defendant Grajek (Senior Whole Health) objected to the interpreter, Mr. Way Moy, because he had previously worked for plaintiffs' counsel and therefore presented a conflict of interest. We immediately contacted the interpreting agency and spoke with Daniel, at the agency, who confirmed that on January 8, 2026 at 2:00 p.m. Ms. Yau, Esq. called to ask who had been assigned as interpreter? When advised it was Mr. Moy she replied: "He's very good." At no time did she voice a conflict of interest concern to us or to the agency. Ms. Grajek, Esq was never informed of the interpreter's identity and therefore could not have raised any objection, prior to Greatcare contracting for an interpreter. Lastly, Mr. had a telephone conversation with Ms, Yua,m and the topic of a potential conflict of interest was never raised.

  The cancellation was effected solely by plaintiff's counsel without notice to any other party, nor advising Greatcare counsel of this conflict. Greatcare counsel became aware of this purported conflict, in a telephone discussion with co-counsel Ms. Grajek, this evening.

Therefore, I respectfully ask the Court to sanction plaintiff's counsel and/or Order them to pay defendants' Greatcare and Ms. Barbara Wang's expenses, including attorney fees, or in the alternative, hold a conference.

I thank your Honor for your attention to this matter.

RESPECTFULLY SUBMITTED,

Jose A. Muniz, Esq.

cc.
George Brenlla, Esq.
Kaitlyn Grajek, Esq.
Camila Huang, Esq.