UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

HEI LI, et al.,

                           Plaintiffs,

              -against-

GREATCARE, INC., et al.,

                         Defendants.
-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:_____**
**DATE FILED:** 1/12/2026

**24-CV-7401 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Defendant Centerlight Healthcare Inc. ("Centerlight") has moved for reconsideration of this Court's January 2, 2026 Order (the "Order") (ECF No. 131) which denied Centerlight's request for extension of time to respond to Plaintiffs' requests for admission ("RFAs). Upon review of Centerlight's motion and Plaintiffs' opposition, the underlying reasoning of the Order remains unchanged. Centerlight has not articulated why it could not have requested the extension before its responses were due, does not explain how the application of Rule 36 would conflict with the presentation of the merits in this matter, or how this extension would not prejudice Plaintiffs. Insofar as Centerlight now categorizes Plaintiffs' RFAs as overly broad or vague, such objections should have been made well before the response deadline. Accordingly, Centerlight's motion for reconsideration is DENIED and per the Court's Order, Plaintiffs' requests are deemed admitted.

**SO ORDERED.**

DATED:    January 12, 2026
            New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge