UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HEI LI, et al.,

                                        Plaintiffs,

                 -against-

GREATCARE, INC., et al.,

                                        Defendants.
----------------------------------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2026

**24-CV-7401 (JHR) (KHP)**

**ORDER**

The Court is in receipt of the submissions by the parties at ECF Nos. 134-44 discussing, *inter alia*, (1) Defendant Centerlight Health System Inc.'s ("Centerlight") request to preclude certain Plaintiffs from relying on documentary evidence at trial and Plaintiffs' opposition and motion for sanctions/fees, (2) GreatCare Inc.'s ("GreatCare") request for sanctions/attorneys fees in connection with the cancellation of the January 9, 2026 deposition, (3) Defendants' request for an extension to the discovery schedule, and (4) Plaintiffs' motion to compel Senior Whole Health of New York Inc. ("SWHNY") to respond to Plaintiffs' requests for production ("RFPs").

The parties have failed to comply with the Court's Individual Practices and Rules, as well as Local Civil Rule 37.2 which require counsel to request and participate in a pre-motion conference before filing a motion of any kind. These requirements are not optional. They are consistent with – and reinforced by – the Federal Rules of Civil Procedure, which direct that the Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1. To that end, the Court directs the parties to meet and confer in good faith in advance of the upcoming Case

Management Conference to attempt to resolve or narrow discovery disputes before seeking judicial intervention.  *See* Fed. R. Civ. P. 26(f).  Because the parties failed to receive leave from the Court before moving to preclude Plaintiffs from relying on documentary evidence, for fees, for sanctions, and to compel, those requests are DENIED without prejudice.

As to the request for an extension to the discovery deadline, the parties shall be prepared to discuss that issue, along with any other outstanding discovery dispute at the Case Management conference scheduled for January 22, 2026 at 3:00 pm.

**The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 144.**

**SO ORDERED.**

DATED:    January 12, 2026
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2