# LAW OFFICE OF JOSÉ A. MUÑIZ

*Attorney and Counselor at Law*

_____

40-18 80TH STREET
ELMHURST, NEW YORK 11354
Tel. (646) 750-2185 Fax. (718) 424-4015
jmunizlaw@jmunizlaw.com

Hon. Magistrate Judge Katherine H. Parker
SDNY
500 Pearl Street
New York, New York, 1007-1312

RE:    HEI LI, et al v. GREATCARE INC., et al
Case No.: 24-CV-7401 (JHR)(KHP)

Dear Justice Parker,

My office represents Greatcare Inc, and I wish to advise the Court that I started a trial, in Kings County Supreme Court, Criminal term, Part 14, on the case of People v. Felipe Gomez, Indictment No. 71486-25. The trial is expected to last a week. I ask the Court to excuse my appearance and adjourn the matter into February 2026 or a date convenient to the Court.

I thank the Court for its indulgence.

Respectfully Submitted,

Jose A. Muniz, Esq.

cc. George Brenlla, Esq. (gfbrenlla@brenllalaw.com)
    Carmela Huang, Esq. (huang@nclej.org)
    Karen Kithan Yau, Esq. (kyau@getmansweeney.com)