UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HEI LI, et al.,

                              Plaintiffs,

              -against-

GREATCARE, INC., et al.,

                              Defendants.
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2026
```

**24-CV-7401 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On January 20, 2026, Defendant Greatcare Inc.'s ("Greatcare") counsel of record filed a letter request to adjourn the case management conference scheduled for January 22, 2026. (ECF No. 151)  In submitting this request, counsel has failed to comply with Rule I.C. of the Court's Individual Rules.  Indeed, counsel's request for an adjournment comes less than 48-hours before the scheduled conference.  Counsel has represented that he has a criminal trial scheduled this week, however has not provided the Court with any reason for his delay in making the instant request.  Insofar as he was aware of a scheduled trial in New York state court, he should have provided the Court and opposing counsel with notice well in advance of the scheduled conference.  Further, due to the magnitude of discovery disputes and submissions to the Court, a prompt conference in this matter is necessary to effectuate a comprehensive and civil discovery process.  Nevertheless, Greatcare's request for an adjournment is GRANTED.  The Case Management Conference in this matter scheduled for Thursday, January 22, 2026, at 3:00 p.m. is hereby rescheduled to **Monday, February 2, 2026, at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

DATED:    January 21, 2026
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge