UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI
F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X.
RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG,
BI Y. ZHENG, and XIU X ZHU,

**MEMO ENDORSED**

Civil Action No:
24 Civ. 07401 (LTS)(KHP)

Plaintiffs,

-against-

GREAT CARE, INC., CENTERLIGHT HEALTHCARE,
INC., AND SENIOR WHOLE HEALTH OF NEW
YORK, INC.

Defendants.
-----------------------------------------------------------------------x

### PROPOSED STIPULATION AND ORDER REGARDING CERTAIN CLAIMS BY PLAINTIFF HEI LI

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Hei Li and Defendant, CenterLight Healthcare Inc. ("CenterLight"), and Defendants GreatCare Inc. and Senior Whole Health of New York, through their respective undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person who is not a party has interest in the subject matter of the action, the following:

1.      Plaintiff Hei Li is not claiming any damages for unpaid overtime under either the Fair Labor Standards Act, 29 U.S.C. Sec 201, *et seq* ("FLSA") and/or the New York Labor Law against any Defendant in the above referenced caption.

2.      Plaintiff Hei Li is not claiming any damages for or alleging any violations under the FLSA and/or New York Labor Law against any Defendant in above-referenced caption for any days that she worked for *Astra Home Care Inc., d/ba/ True Care Home Health Care*.

Dated:  January 23, 2026

1

Getman Sweeney & Dunn, LLC
Attorneys for Plaintiffs

Brenlla, LLC
Attorneys for CenterLight Healthcare

By:____/s/ Karen Yau_____

By:__ _____

Karen Kithan Yau, Esq.
260 Fair Street
Kingston, NY 12401
(845) 255-9370

George F. Brenlla
250 Park Avenue, 7th Floor
New York, New York 10177
(212) 364-5173

By:_____/s/ Carmela Huang_____
Carmela Huang, Esq.
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 6

STRADLEY RONON STEVENS & YOUNG, LLP
*Attorneys for Defendant,*
*Senior Whole Health of New York, Inc*

By:

__/s/ Kaitlyn Grajek_____
Kaitlyn Grajek
100 Park Avenue, Suite 2000
New York, New York 10017
T: (862) 682-7255
kgrajek@stradley.com

LAW OFFICE OF JOSE A. MUNIZ
*Attorney for Defendant,*
*GreatCare, Inc.*

By:    ___/s/ Jose Muniz_____
Jose A. Muniz, Esq.
4018 80th Street
Elmhurst, New York 11373
T: (646) 750-2185
jamlaw305@gmail.com

SO ORDERED:_____

The foregoing is denied.  Because Plaintiff Hei Li is listed under Counts 1 and 3 of the Amended Complaint, which assert FLSA claims (Docket entry no. 77 ¶¶ 300-05, 311-16), the parties are hereby directed to file: the proposed settlement agreement underlying the dismissal for Court approval of the agreement as fair and reasonable along with a declaration and any other evidence necessary to support the requested determination; or a stipulation explaining why Plaintiff Hei Li's asserted FLSA claims are not viable and renewing the request for approval of the disclaimer of the cause of action.  (See DE # 145 (making similar directive in similar circumstances).)
SO ORDERED.
1/27/2026
/s/ Laura Taylor Swain, Chief USDJ

2