UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI
F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X.
RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG,
BI Y. ZHENG, and XIU X ZHU,

                                                      Civil Action No:
                                                      24 Civ. 07401 (LTS)(KHP)

                                               Plaintiffs,

                      -against-
GREAT CARE, INC., CENTERLIGHT HEALTHCARE,
INC., AND SENIOR WHOLE HEALTH OF NEW
YORK, INC.

                                             Defendants.
------------------------------------------------------------------------x

## PROPOSED STIPULATION AND ORDER REGARDING CERTAIN CLAIMS BY PLAINTIFF HEI LI

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Hei Li and Defendant, CenterLight Healthcare Inc. ("CenterLight"), and Defendants GreatCare Inc. ("GreatCare") and Senior Whole Health of New York, through their respective undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person who is not a party has interest in the subject matter of the action, the following:

       1.      Plaintiff Hei Li is not claiming any damages for or alleging any violations under the FLSA and/or New York Labor Law against any Defendant in above-referenced caption for any days that she worked for *Astra Home Care Inc., d/ba/ True Care Home Health Care*.

       2.      During the relevant period of time, Plaintiff Hei Li alleges that she worked one day per week for Defendant GreatCare. Plaintiff Hei Li alleges that CenterLight was a joint employer when she worked for GreatCare.

       3.      CenterLight denies the allegation of being a joint employer.

1

4.      Plaintiff Hei Li never worked more than forty hours per week while jointly employed by GreatCare and CenterLight in a manner that would entitle her to overtime under either the Fair Labor Standards Act or the New York Labor Law.

5.      Plaintiff Hei Li is not claiming any damages for unpaid overtime under either the Fair Labor Standards Act, 29 U.S.C. Sec 201, *et seq* ("FLSA") and/or the New York Labor Law against any Defendant in the above referenced caption.

6.      Plaintiff Hei Li maintains all other claims under the FLSA and/or New York Labor Law and/or New York State Home Care Worker Wage Parity Law (N.Y. Pub. Health Law § 3614-c).

Dated:  February 2, 2026

GETMAN, SWEENEY & DUNN, PLLC

Brenlla, LLC
Attorneys for CenterLight Healthcare

By:___/s/ Karen Yau_____          By:__ _____

     Karen Kithan Yau, Esq.          George F. Brenlla
     260 Fair Street          250 Park Avenue, 7th Floor
     Kingston, NY 12401          New York, New York 10177
     (845) 255-9370          (212) 364-5173

By:____/s/ Carmela Huang_____
     Carmela Huang, Esq.
     NATIONAL CENTER FOR LAW
     AND ECONOMIC JUSTICE
     50 Broadway, Suite 1500
     New York, NY 10004
     (212) 633-6967

*Attorneys for Plaintiffs*

STRADLEY RONON STEVENS & YOUNG, LLP
*Attorneys for Defendant,*

2

*Senior Whole Health of New York, Inc*

By:

__/s/ Kaitlyn Grajek_____
Kaitlyn Grajek
100 Park Avenue, Suite 2000
New York, New York 10017
T: (862) 682-7255
kgrajek@stradley.com

LAW OFFICE OF JOSE A. MUNIZ
*Attorney for Defendant,*
*GreatCare, Inc.*

By:      ___/s/ Jose Muniz_____
Jose A. Muniz, Esq.
4018 80th Street
Elmhurst, New York 11373
T: (646) 750-2185
jamlaw305@gmail.com

           SO ORDERED:_____

3