# LAW OFFICE OF JOSE MUNIZ, ESQ

**Attorney at Law**
39-15 Main Street - Suite 318
Flushing, New York 11354
Office: (718) 939-8880
Cell: (646) 750-2185
jamlaw305@gmail.com

---

**Via Email**                                                                      February 8, 2026

Ms. Karen Kithan Yau, Esq.
Getman, Sweeney & Dunn, PLLC
260 Fair Street
Kingston, New York 12401

Ms. Camila Huang, Esq.
NCLEJ
50 Broadway, Suite 1500
New York, New York 10004-3821

> **Re:** *Hei Li, et al. v. Greatcare INC. et al,*
> **Case No.** 1:24-cv-07401-LTS-KHP

Dear Ms. Yau and Huang,

Pursuant to Magistrate Judge Katherine H. Parker's Order dated February 2, 2026, enclosed please find the following:

1. Proposed Search Terms used by Ms. Wang

2. The results of the search terms, six (6) pages; which includes the search for

    a. Centerlight.org (June 2021–January 2026)

    b. Senior Whole Health to Barbara Wang's email (January 2020–March 2025)

There were no results found. Please note that prior years were deleted after three (3) years as per the law, Title 10, Department of Health Chapter IV, Part 766 licensed Home Care Service Agency: Section 766.12 Records and Reports. Such reports must be kept for three (3) years, pursuant to Section 766.12(a)(3)(i).

Ms. Wang complied with such regulations, by keeping records for a minimum of three (3) years. Such records were previously provided to Plaintiff's counsel.

3.  Name & employees are as follows:

    a.  Barbara Wang (barbarawang88yahoo.com/bwang@greatcareny.com)

    b.  Vivian Zhu (yzhu@greatcareny.com)

    c.  Ouyang Peizhen (pouyang@greatcareny.com)

    d.  Zhao MeiMei (meizhao@greatcareny.com)

    e.  Chen Tzi Wei (Tchen@greatcareny.com)

4.  Fax cover sheets were not saved, but were destroyed upon receipt of authorization. All that was preserved were the authorizations, which were previously provided to Plaintiffs' counsel;

    All email repositories were searched; and the results were, there were no communications with insurance companies.

    Plaintiff's lawyer was provided with a memory stick, which included the following:

    Live-in agreement; live-in declaration letter: language consent form; patient declaration letter; RN visit patients; Plaintiff application; background check & home care registry; Department of Labor form; certificate and in service training; patient authorizations; evaluation for Plaintiff; I-9 forms; clinical supervision; payroll registration; paystub; physical examination; pay check list for 2015; billing vs payroll; live in timesheets; communication with insurance company; clock in and out with plan of care.

Please advise if there is any other information to date that you believe has not been provided.

I thank you for your continued cooperation in this matter.

Cordially,

LAW OFFICE OF JOSE MUNIZ, ESQ.
*Attorney for Plaintiffs*

  /s/  Jose A. Muniz
Jose Muniz, Esq.
39-15 Main Street – Suite 318
Flushing, NY 11354
(646) 750-2185
jamlaw305@gmail.com

cc. George Brenella, Esq.
    Kaitlyn Grajek, Esq.

Proposed Search Terms for GreatCare Email Search

1. Assessment
2. Attestation
3. Audit
4. availity.com
5. CenterLight
6. Centerlight.com
7. CenterLight Healthcare
8. Compliance
9. Credentialing
10. Grievances
11. HHAeXchange
12. HHAX
13. LS300
14. Magellanhealth.com
15. MLTC
16. Molina
17. Molina Healthcare
18. molinahealthcare.com
19. provider network
20. Senior Whole Health
21. Seniorwholehealthny.com
22. SWH
23. SWHNY
24. swhproviders.com
25. Train
26. Trained
27. Training
28. UAS
29. Visit progress notes
30. Wage parity

Instructions for the easiest way to search through emails:

https://www.microsoft.com/en-us/microsoft-365/blog/2014/04/16/outlook-com-customers-can-now-import-their-email-from-yahoo-mail/

Due to the conference meeting with the plaintiff lawyer on Feb 2, 2026, Greatcare Barbara Wang is now providing all emails sent by Centerlight & Senior Whole Health to Greatcare with the requested key words:

## Email from Centerlight.org to Barbara Yahoo.com & bwang@greatcareny.com

- June 15,2021  providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: centerlight pace in hhaexchange; Public notice
  - Attached Exhibit 1
- Sept 9,2021   providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: citipace assignment letter; Public notice
  - Attached Exhibit 2
- Feb 10,2022  providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: service degermation request; Public notice
  - Attached Exhibit 3
- Mar 31,2022  providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: newsletter; Public notice
  - Attached Exhibit  4
- Nov 23,2022 providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: Ls 300; Request info
  - **This email & document was already submitted to plaintiff attorney on Jan 7, 2026**
- May 23,2023  providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: cdpap program; public notice
  - Attached Exhibit  5
- Feb 27,2024   providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: Cybersecurity incident; public notice
  - Attached Exhibit  6
- April 18,2024  providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: attestation; public notice
  - Attached Exhibit  7
- May 2, 2024  providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: Pace program assessment information; public notice
  - Attached Exhibit  8
- July 11,2024  providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: cdpap billing information; public notice
  - Attached Exhibit 9

- July 24,2024   providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: cdpap payment information; public notice
  - Attached Exhibit 10
- Aug 1,2024   providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: cdpap payment information; Public notice
  - Attached Exhibit 11
- Aug 6,2024  providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: emergency preparedness notice; Public notice
  - Attached Exhibit 12
- Jan 6,2025   providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: cdpap transition information; Public notice
  - Attached Exhibit 13
- Jan 14,2025  providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: need transfer cdpap to PPL; Public notice
  - Attached Exhibit 14
- Jan 15,2025  providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: need transfer cdpap to PPL; Public notice
  - Attached Exhibit 15
- Oct 2,2025   providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: ls 300; request info
  - Attached Exhibit 16
- Oct 3,2025   providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re: ls 300  replied; request info
  - Attached Exhibit 17
- Dec22,2025   providerrelationsrequest@centerlight.org to barbarawang88@yahoo.com
  - Re : Annual training; public notice
  - **This email was already submitted to plaintiff attorney on Jan 7, 2026**
- March 12,2025  providerrelationsrequest@centerlight.org to bwang@greatcareny.com
  - Re: cdpap transition to ppl; public notice
  - Attached Exhibit 18
- March 26,2025  providerrelationsrequest@centerlight.org to bwang@greatcareny.com
  - Re: cdpap transition to ppl; public notice
  - Attached Exhibit 19
- Nov 6,2025      providerrelationsrequest@centerlight.org to bwang@greatcareny.com
  - Re: benefit for Palliative care program; public notice
  - Attached Exhibit 20

- Nov 19,2025     providerrelationsrequest@centerlight.org to bwang@greatcareny.com

- - Re: centerlight portal information; public notice
  - Attached Exhibit 21
- Nov 24,2025     providerrelationsrequest@centerlight.org to bwang@greatcareny.com
  - Re: Thanksgiving notice; public notice
  - Attached Exhibit 22
- Nov 25,2025     providerrelationsrequest@centerlight.org to bwang@greatcareny.com
  - Re: pace program training; public notice
  - Attached Exhibit 23
- Dec 4,2025     providerrelationsrequest@centerlight.org to bwang@greatcareny.com
  - Re: imfluenza need to be prevalent; public notice
  - Attached Exhibit 24
- Dec  15,2025   providerrelationsrequest@centerlight.org to bwang@greatcareny.com
  - Re: pace program training; Public notice
  - Attached Exhibit 25
- Dec 17,2025   providerrelationsrequest@centerlight.org to bwang@greatcareny.com
  - Re: holiday notice; Public notice
  - Attached Exhibit 26
- Dec  22,2025   providerrelationsrequest@centerlight.org to bwang@greatcareny.com
  - Re: pace program training; Public notice
  - Attached Exhibit 27
- Jan 23,2026   providerrelationsrequest@centerlight.org to bwang@greatcareny.com
  - Re: Emergency Preparedness; Public notice
  - Attached Exhibit 28

### Email from Senior Whole Health to Barbara yahoo.com

- Jan 31,2020     sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re:for all homecare agency regarding Coronavirus information; Public notice
  - Attached Exhibit29
- March 9,2020     sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: for all homecare agency regarding cdpap program; Public notice
  - Attached Exhibit 30
- April 14,2020     sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: for all homecare agency regarding COVID 19; Public notice
  - Attached Exhibit 31

- Nov 6,2020        sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: for hhaexchange software information; Public notice
  - Attached Exhibit 32
- Nov 12,2020      sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: hhexchange EVV training register; Public notice
  - Attached Exhibit 33
- Nov 24,2020      sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: "happy thanksgiven" to all homecare agency; hello message
  - Attached Exhibit 34
- Nov 30,2020      sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: hhaexchange support email information; General message
  - Attached Exhibit 35
- Dec 10,2020      sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: all home care agency Attestation requirement; public notice
  - Attached Exhibit 36
- Jan 11,2021      sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: Vaccine guidance; public notice
  - Attached Exhibit 37
- Feb 15,2011      sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: Covid 19 Vaccine; Public notice
  - Attached Exhibit 38
- Mar 4,2021       sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: Covid 19 Vaccine; public notice
  - Attached Exhibit 39
- March 19,2021    sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: Swh billing ID; Public notice
  - Attached Exhibit 40
- March 23,2021   sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: SWH  new billing ID changed; public notice
  - Attached Exhibit 41
- March 24,2021   sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: hhaexchange training; public notice
  - Attached Exhibit 42
- March 26,2021   sylvesterd@magellanhealth.com to barbarawang88@yahoo.com
  - Re: hhaexchange training; Public notice
  - Attached Exhibit 43

- May 12,2021 Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: Diagnosis code information; Public notice
  - Attached Exhibit 44
- Aug 30,2021 Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: Covid immunization regulation; Public notice
  - Attached Exhibit 45
- Sept 24,2021 Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: Covid 19 Vaccine; Public notice
  - Attached Exhibit 46
- Oct 22,2021  Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: Covid 19 safety information; Public notice
  - Attached Exhibit 47
- Oct 29,2021  Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: Covid 19 safety information; Public notice
  - Attached Exhibit 48
- Nov 5,2021    Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: Covid 19 safety information; public notice
  - Attached Exhibit 49
- Nov 12,2021 Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: regarding Medicare billing; Public notice
  - Attached Exhibit 50
- Dec 23,2021 Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: merry christmas and a happy holiday; Hello message
  - Attached Exhibit 51
- Dec 28,2021 Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: regarding Medicare billing; Public notice
  - Attached Exhibit 52
- Mar 28,2022 Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: Availity training; Public notice
  - Attached Exhibit 53
- Mar 29,2022  Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: Vision Benefits; Public notice
  - Attached Exhibit 54
- Aug 8, 2022  Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: Portal Outage issue; Public notice
  - Attached Exhibit 55

- Sept 12,2022 Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: for Electronic remittance Training; Public notice
  - Attached Exhibit 56
- Jan 11,2023  Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: Availity training; Public notice
  - Attached Exhibit 57
- Nov 3, 2023 Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: LS 300; request notice
  - Attached Exhibit 58
- Dec 28,2023 Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: submitted; request notice
  - Attached Exhibit 59
- Aug 13,2024 Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: cdpap program billing; public notice
  - Attached Exhibit 60
- Dec 31,2024 Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: cdpap transition; Public notice
  - Attached Exhibit 61
- Jan 30,2025  Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: cdpap transition notice; Public notice
  - Attached Exhibit 62
- Mar 18,2025 Deborah.sylvester@molinahealthcare.com to barbarawang88@yahoo.com
  - Re: Depression training; Public notice
  - Attached Exhibit 63

## Next Steps: CenterlightPACE ENT Providers

From: HHAeXchange (centerlightpaceintegration@hhaexchange.com)

To: barbarawang88@yahoo.com

Date: Tuesday, June 15, 2021 at 09:14 AM EDT

View this email in your browser

# Friendly Reminder for your Centerlight PACE Implementation

Please review the details below and complete the survey

As a friendly reminder, to "OPT IN" for this one time migration, please complete the registration by June 21st, 2021 to be included. Centerlight PACE Phase 2 Providers and HHAeXchange implementation is slated to **go live on July 12th, 2021**

The survey is crucial in ensuring you are consenting to having us move the members in your current internal contract to the new payer linked contract which will be added to your HHAeXchange Provider

*Exhibit 1*

*3 pages*

Case 1:24-cv-07401-LTS-KHP Document 165 Filed 02/08/26 Page 11 of 166

Portal end of June. Once you are linked the data will be migrated over to the linked contract and HHAeXchange will send communications to let you know when we will be moving the data and when we have completed the migration.

### Please Complete Survey by Clicking Here:

Centerlight PACE: Opt-in for Member Migration

Also, HHAeXchange is offering Linked Contract Training Webinars for Phase 2 Providers starting Tuesday, June 15th, 2021. We will cover in detail the next steps you will need to take as the provider to prepare for your CenterlightPACE Go-Live Date and this webinar will give you the opportunity to ask questions through a Q/A of our team of Panelists.

### Please Register by Clicking Here:

Linked Contract System User Training

## Have Other Questions?

Visit the Centerlight PACE Provider Info Center for helpful resources and training materials or contact us through Support@hhaexchange.com.

Copyright © 2020 HHAeXchange. All rights reserved.

**HHAeXchange** 130 West 42nd Street  2nd Floor
New York  NY  10036  USA

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

Case 1:24-cv-07401-LTS-KHP    Document 165    Filed 02/08/26    Page 13 of 166

## URGENT: CenterLight - CitiPace Assignment Letter _Great Care Inc.

From: Guale, Delia (dguale@centerlight.org)

To: barbarawang88@yahoo.com

Date: Thursday, September 9, 2021 at 09:14 AM EDT

**Good Morning**

I hope all is well. I would like to inform you that CenterLight is in the process of being acquired by CitiPace and it's a requirement that all participating Providers be assigned to CitiPace as part of its approval process with the state. Attached please find the assignment letter regarding CenterLight's transition to CitiPace. Contractually, prior consent is not required for the LHCSA or CDPAP, so the contracts will be auto assigned. No action necessary.

**Thank you,**



**CenterLight**
Health System

**PACE**
**Program of All-Inclusive**
**Care for the Elderly**

1733 Eastchester Road
2nd Floor
Bronx, NY 10461

**Delia Guale**
**Network Development Specialist**

e: DGuale@centerlight.org
w: centerlightteamcare.org
p: 718-688-7091  ext. 1267

e-fax: 315-750-3130



NOTICE: The information in this e-mail and its attachments may contain confidential information and/or protected health information. If you are not the intended recipient, please be advised that any review, dissemination, or use of this information is prohibited. Please advise the sender immediately, either by reply e-mail or call the sender, whichever is applicable, and delete this transmission and any attachments without retaining a copy. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the

*Exhibit 2*

recipient to ensure that it is virus free and no responsibility is accepted by CenterLight Health System or its affiliates for any loss or damage arising in any way from its use.

 Friendly Home Care Inc. .pdf
174.1 KB

## SDR Knowledge Check - CenterLight Healthcare

From:   CenterLight Teamcare (communications@centerlight.org)

To:       barbarawang88@yahoo.com

Date:    Thursday, February 10, 2022 at 10:59 AM EST

View this email in your browser

 

# Service Determination Request (SDR)
# Knowledge Check

Dear Provider,

As a contracted provider, you must be familiar with a Service Determination Request and how they are communicated. This knowledge check is intended to strengthen your understanding of the Service Determination Request process. If you have not yet reviewed and attested to the training, please visit our website to ensure that you are compliant with this regulation.

Knowledge Check Question - Click Here

Should you have any questions, please reach out to ProviderRelationsRequest@centerlight.org and a member of our team will be happy to assist you.

Sincerely,

Erin Liberti

Director, Network Compliance and Provider Communications

Atta. Exhibit 3

*CenterLight Healthcare*

    

**Our mailing address is:**
CenterLight Health Sytstem
17333 Eastchester Road, 2nd Floor
Bronx, NY 10461

You are receiving this email because you signed up for CenterLight Teamcare emails.
Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

## CenterLight Healthcare April 2022 Provider Newsletter

From:    CenterLight Teamcare (communications@centerlight.org)

To:    barbarawang88@yahoo.com

Date:    Thursday, March 31, 2022 at 12:00 PM EDT

View this email in your browser

 



### Stay Informed and Up-to-Date

We thank you for being a part of the CenterLight network of providers. We are pleased to share our April 2022 newsletter with you. At CenterLight our goal is to ensure that you are always kept informed and up-to-date on relevant information that will assist you in caring for your patients.

April 2022 Newsletter

**IN THIS ISSUE:**

Service Determination Requests

Medical Note Retrieval

*Exhibit 4*

*2 pages*

**Electronic Funds Transfer**

**Recent Events**

**HHA Exchange**

**Claims Submissions**

**Prior Authorization Update**

**How to Make a Referral**

Should you have any questions, please reach out to
ProviderRelationsRequest@centerlight.org and a member of our team will be happy to
assist you.

    

**Our mailing address is:**
CenterLight Health Sytstem
17333 Eastchester Road, 2nd Floor
Bronx, NY 10461

You are receiving this email because you signed up for CenterLight Teamcare emails.
Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

## Action Required: LS300 Annual Compliance Statement of Wage Parity

From: CenterLight Healthcare (providerrelationsrequest@centerlight.org)

To: barbarawang88@yahoo.com

Date: Wednesday, November 23, 2022 at 09:08 AM EST

View this email in your browser



### Program of All-Inclusive Care for Adults 55+

### Keeping Up with the **PACE** of Aging

## **Action Required: Annual Compliance Statement of Wage Parity**

Good morning,

The **LS300 Annual Compliance Statement of Wage Parity, Hours, and Expenses Form** must be provided annually by Licensed Home Care Services Agencies (LHCSAs) and Fiscal Intermediaries to their contracted Plans.

The LS300 form for the calendar year 2021 is due **by Dec. 1, 2022**. The LS300 form differs from the Annual Wage Parity Certification form submitted via the eMedNY portal. Please submit your completed forms to ProviderRelationsRequest@centerlight.org prior to the deadline.

Thank you for your cooperation, and Happy Thanksgiving!

Sincerely,

The CenterLight Healthcare PACE Team

Exhibit 5
2 pages

    

**Our mailing address is:**

CenterLight Health Sytstem

136-65 37th Avenue | Flushing, NY 11354

You are receiving this email because you signed up for CenterLight Teamcare emails.

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.

appreciate your continued partnership and cooperation while we await rate information from DOH.

**As a reminder, please submit your agencies Annual Compliance Statement of Wage Parity, Hours, and Expenses form (LS300) as soon as possible.**

If there has been any change to your contact information, please click on the button below and complete the form. This will help us ensure that you're receiving important updates from us and that our departments are contacting the appropriate areas.

Update Your Contact Information

If you have any questions, please reach out to providerrelationsrequest@centerlight.org.

Thank you,

The CenterLight Healthcare Team

    

**Our mailing address is:**
CenterLight Health Sytstem
136-65 37th Avenue | Flushing, NY 11354

You are receiving this email because you signed up for CenterLight Teamcare emails.
Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

## New Update: Minimum Wage Requirement

From: CenterLight Healthcare (providerrelationsrequest@centerlight.org)

To: barbarawang88@yahoo.com

Date: Monday, November 14, 2022 at 11:01 AM EST

View this email in your browser

 

## Program of All-Inclusive Care for the Elderly (PACE)

Good Morning,

The Department of Health (DOH) met with plans and providers in September to discuss information about the **new minimum wage requirements effective October 1st**. They also informed everyone that although Managed Long Term Care (MLTC) and Medicaid Advantage Plus (MAP) Plans received their rate schedules supporting the October 1st requirements in time, other plans did not. As a reminder, PACE Plans (as well as Mainstream, HARP, and FFS) will not receive their rates until November and, therefore, are unable to send out contracts before then. We are working as fast as we can and with DOH who has heard our collective concern regarding the sense of urgency.

**The good news is once we do receive our rates and are able to pass through what we receive, any applicable adjustments to your rates will be retro to October 1st.**

CenterLight intends to work with its network to ensure rates for our partner agencies are adequate for them to meet statutory wage requirements. We

## Consumer Directed Personal Assistance Services

From: CenterLight Healthcare (providerrelationsrequest@centerlight.org)

To: barbarawang88@yahoo.com

Date: Tuesday, May 23, 2023 at 12:59 PM EDT

View this email in your browser



Program of All-Inclusive Care for Adults 55+

Keeping Up with the **PACE** of Aging

## **Consumer Directed Personal Assistance Services (CDPAS)**

Dear provider,

Although CenterLight PACE is like other models of care, it varies in many ways. We understand that you have multiple managed care contracts and would like to clarify some differences. PACE plans may offer the option of CDPAS along with an explanation of the steps that a CenterLight PACE participant must agree to follow to participate in the CDPAS program.

As a PACE plan, CenterLight PACE is required by **MLTC Policy 14.03** to conduct a criminal history background check on any proposed Personal Assistant (PA). As such, CenterLight PACE partners with you, our network Fiscal Intermediary (FI), to ensure that all PAs are appropriately registered. This is important to protect our participants from any potential harm that may come from hiring a PA who has not been properly vetted, and to ensure that all PAs have the necessary training to provide high quality care for our participants.

*Exhibit 5*

*2 pages*

The PA will be subject to PACE orientation, member specific plan of care, and ongoing supervision and competencies conducted by the PACE plan. CenterLight PACE is responsible, consistent with federal PACE regulations, for ensuring the competency of any individual rendering care to a participant.

Additionally, CenterLight PACE must be informed when a PA for one of our participants is changed. All PAs need to be registered with your FI. They also need a criminal history background check verification and PACE orientation completed by CenterLight PACE. This is quick and easy and our CDPAS team can assist with this. Please ensure all your PAs have this completed or claims will be recouped upon auditing.

We thank you for your continued partnership. If you have questions or would like a member of our Business Development team to visit your office, do not hesitate to contact us at **1-833-252-2737 (TTY 711)**, 8AM-8PM Monday-Friday, or email cdpas@centerlight.org.

Sincerely,

The CenterLight PACE Team

Please click on the links below to view CDPAS Policies and Documents.

MLTC Policy 14.03: Consumer Directed Personal Assistance Services (CDPAS) and Program of All-Inclusive Care for the Elderly (PACE)

CenterLight PACE CDPAS Enrollment Packet

    

**Our mailing address is:**
CenterLight Health Sytstem
136-65 37th Avenue | Flushing, NY 11354

You are receiving this email because you signed up for CenterLight Teamcare emails.

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.

## Change Healthcare Cybersecurity Incident

From:   CenterLight Healthcare PACE (providerrelationsrequest@centerlight.org)

To:     barbarawang88@yahoo.com

Date:   Tuesday, February 27, 2024 at 05:29 PM EST



Dear Valued Provider,

Please note that as of February 22, 2024, the New York Department of Health is actively monitoring a cybersecurity incident impacting Change Healthcare, one of our Claims clearinghouses.

We are working with our vendor to monitor this incident on our end.

**Recommended Actions:**

1. Please submit claims through an alternative method. Paper claims can be submitted to:

   CenterLight Healthcare
   P.O. Box 21546
   Eagan, MN 55121

2. CenterLight's third party administrator, PPi, has a contract with SDS and inbound SDS 837 files are not impacted by the Change Healthcare incident. Providers may contact SDS at stream.support@sdata.us or 855-297-4436 to register if you're unable to submit through your current clearinghouse (other than Change Healthcare).

3. Providers can download 835 remit files directly from our Provider Portal.

Thank you,

The CenterLight Healthcare PACE Team

_Exhibit 6_

    

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

## Reminder: First Tier, Downstream and Related Entity Compliance Attestation

From:  CenterLight Healthcare PACE (providerrelationsrequest@centerlight.org)

To:  barbarawang88@yahoo.com

Date:  Thursday, April 18, 2024 at 11:00 AM EDT



Good morning,

As part of CenterLight's commitment to compliance, we must ensure that our vendors are following applicable state and federal regulations. As such, you are required to complete the attached *First Tier, Downstream and Related Entity Compliance Attestation.* This will be an annual requirement.

CenterLight Healthcare has an obligation to share this information to Centers for Medicare & Medicaid Services (CMS) as there may be participants' personal health information involved.

**If you have not yet already done so, please review the document, complete, sign (verified electronically or wet signature) and return <u>by EOB today, Thursday, April 18, 2024</u>.**

If you have any issues or concerns, feel free to reach out to me or at compliancedepartment@centerlight.org

Thank you for your cooperation with this matter.

First Tier, Downstream and Related Entity
Compliance Attestation

*Exhibit 7*

This email was sent to barbarawang88@yahoo.com
*why did I get this?*    unsubscribe from this list    update subscription preferences
CenterLight Health System · 1733 Eastchester Rd, 2nd Floor · CenterLight HQ · Bronx, Ny 10461 · USA

## PACE Direct Eligibility Assessment Option

From: CenterLight Healthcare PACE (providerrelationsrequest@centerlight.org)

To: barbarawang88@yahoo.com

Date: Thursday, May 2, 2024 at 10:59 AM EDT



Dear Provider,

New York State Department of Health's (NYSDOH) <u>MLTC Policy 23.01</u> states that CenterLight PACE is able to offer Direct Eligibility to potential enrollees who are new to long-term care services.

The PACE Direct Eligibility Option is available to individuals 55+ who would like to enroll in a specific PACE plan and meet the following qualifications:

- Have active, straight Medicaid and are dually eligible.
- Are new to needing Community-Based Long-Term Care Services and Supports (CBLTCSS).
- Are not currently enrolled in a mainstream Medicaid Managed Care (MMC) plan such as HIV Special Needs Plan (HIV SNP) or Health and Recovery Plan (HARP).
- Have not been assessed by the New York Independent Assessor Program (NYIAP) within the last 12 months and determined eligible for MLTC.

**Assessment Options:**

1. **Direct Eligibility Assessment by Centerlight PACE** which allows PACE plans to conduct an initial assessment to determine if an individual meets eligibility requirements. If they meet the qualifications, our Intake Team will provide a PACE Direct Eligibility Disclosure Letter. Potential enrollees should review the letter carefully before they make a decision between the two assessment options of Direct Eligibility or an NYIAP Assessment by a New York State Registered Nurse (RN).

*Exhibit 8*

2. **NYIAP assessment by New York State RN.** If an NYIAP Assessment takes place, the CenterLight Healthcare PACE RN will conduct a review of the NYIAP Community Health Assessment completed by the state and together with the potential enrollee or legal representative.

The potential enrollees have the right to choose the option that best meets their needs. Regardless of the type of assessment, the CenterLight Healthcare PACE Team will develop an Initial Service Plan (ISP) and review the program requirements as well as Medicare and Medicaid covered services with the potential enrollee and/or legal representatives. We look forward to working with you in educating those who want to enroll in PACE. We hope the NYSDOH policy will make enrollment seamless and easy. For questions or to schedule a visit with our business development team, call the intake and enrollment department at 1-833-252-2737 or visit www.CenterLightHealthcare.org. Send referrals by email to referrals@centerlight.org or fax to 1-877-520-PACE (7223).

Sincerely,

The CenterLight PACE Team

This email was sent to barbarawang88@yahoo.com
*why did I get this?* unsubscribe from this list update subscription preferences
CenterLight Health System · 1733 Eastchester Rd, 2nd Floor · CenterLight HQ · Bronx, Ny 10461 · USA

Case 1:24-cv-07401-LTS-KHP    Document 165    Filed 02/08/26    Page 32 of 166

## PACE Exempted from Fiscal Intermediary (FI) Tiered Pricing Payment Method

From:   CenterLight Healthcare PACE (providerrelationsrequest@centerlight.org)

To:     barbarawang88@yahoo.com

Date:   Thursday, July 11, 2024 at 02:59 PM EDT



Dear Provider,

As you know, **effective August 1, 2024**, Fiscal Intermediary (FI) administration payments will move to a non-risk distribution methodology. It should be noted that this requirement **does not apply to Programs of All-Inclusive Care for the Elderly (PACE) such as CenterLight Healthcare.**

According to this new payment method, FIs performing administrative services under the Consumer Directed Personal Assistance Program (CDPAP) will have a three-tier Per Member Per Month rate structure for reimbursement of the administrative services component for CDPAP. This effective date has been delayed one month from the prior communication. **However, due to the PACE exemption, you will not be required to make any changes to the way in which you submit claims for covered services to CenterLight Healthcare.**

Thank you for your continued partnership. If you have any questions or updates, please contact providerrelationsrequest@centerlight.org.

Sincerely,

The CenterLight PACE Team

*Exhibit 9*

If you have not already completed our Provider Contact Form, please <u>click on this</u> <u>link</u> so that we can update your information in our system.

This email was sent to barbarawang88@yahoo.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Health System · 1733 Eastchester Rd, 2nd Floor · CenterLight HQ · Bronx, Ny 10461 · USA

Case 1:24-cv-07401-LTS-KHP   Document 165   Filed 02/08/26   Page 34 of 166

## Reminder: PACE Exempted from Fiscal Intermediary (FI) Tiered Pricing Payment Method

From: CenterLight Healthcare PACE (providerrelationsrequest@centerlight.org)

To: barbarawang88@yahoo.com

Date: Wednesday, July 24, 2024 at 12:59 PM EDT



Dear Provider,

As you know, **effective August 1, 2024**, Fiscal Intermediary (FI) administration payments will move to a non-risk distribution methodology. It should be noted that this requirement **does not apply to Programs of All-Inclusive Care for the Elderly (PACE) such as CenterLight Healthcare.**

According to this new payment method, FIs performing administrative services under the Consumer Directed Personal Assistance Program (CDPAP) will have a three-tier Per Member Per Month rate structure for reimbursement of the administrative services component for CDPAP. This effective date has been delayed one month from the prior communication. **However, due to the PACE exemption, you will not be required to make any changes to the way in which you submit claims for covered services to CenterLight Healthcare.**

Thank you for your continued partnership. If you have any questions or updates, please contact providerrelationsrequest@centerlight.org.

Sincerely,

The CenterLight PACE Team

*Exhibit 10*

If you have not already completed our Provider Contact Form, please <u>click on this</u> <u>link</u> so that we can update your information in our system.

.

This email was sent to barbarawang88@yahoo.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Health System · 1733 Eastchester Rd, 2nd Floor · CenterLight HQ · Bronx, Ny 10461 · USA

## Reminder: PACE Exempted from Fiscal Intermediary (FI) Tiered Pricing Payment Method

From:  CenterLight Healthcare PACE (providerrelationsrequest@centerlight.org)

To:    barbarawang88@yahoo.com

Date:  Thursday, August 1, 2024 at 02:29 PM EDT



Dear Provider,

As you know, **effective today, August 1, 2024,** Fiscal Intermediary (FI) administration payments will move to a non-risk distribution methodology. It should be noted that this requirement **does not apply to Programs of All-Inclusive Care for the Elderly (PACE) such as CenterLight Healthcare.**

According to this new payment method, FIs performing administrative services under the Consumer Directed Personal Assistance Program (CDPAP) will have a three-tier Per Member Per Month rate structure for reimbursement of the administrative services component for CDPAP. This effective date has been delayed one month from the prior communication. **However, due to the PACE exemption, you will not be required to make any changes to the way in which you submit claims for covered services to CenterLight Healthcare.**

Thank you for your continued partnership. If you have any questions or updates, please contact providerrelationsrequest@centerlight.org.

Sincerely,

The CenterLight PACE Team

*Exhibit 11*

If you have not already completed our Provider Contact Form, please <u>click on this</u> <u>link</u> so that we can update your information in our system.

This email was sent to barbarawang88@yahoo.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Health System · 1733 Eastchester Rd, 2nd Floor · CenterLight HQ · Bronx, Ny 10461 · USA

Case 1:24-cv-07401-LTS-KHP   Document 165   Filed 02/08/26   Page 38 of 166

## Important Weather Alert and Emergency Preparedness Notice

From:   CenterLight Healthcare (providerrelationsrequest@centerlight.org)

To:     barbarawang88@yahoo.com

Date:   Tuesday, August 6, 2024 at 05:02 PM EDT



### Program of All-Inclusive Care for the Elderly, serving adults 55+

Dear Provider,

Please be aware that the National Hurricane Center forecast cone for *Debby* includes the southeastern half of New York State and the storm is expected to arrive this Saturday, August 10. Flood watches are already in effect with a moderate risk of excessive rainfall. Given the uncertainty surrounding Debby's track, it is important to be vigilant and monitor local weather forecasts and alerts from the National Weather Service.

**Potential impacts:**

- **Flash flooding:** Heavy rainfall may cause flash flooding, particularly in urban, low-lying or poor-drainage areas.
- **River flooding:** There is also potential for river flooding.

**As a network provider, please enact any pertinent safety protocols and please call us at 1-833-252-2737 to report any issues pertaining to our participants.**

To view the NYS Dept. of Health Multi-Hazard Severe Weather Alert, click here.

Lastly, please take care of yourself and your family and stay safe, as everyone can be affected by this week's conditions. Thank you for your continuous dedication to helping our participants remain living safely and independently in their own homes and communities.

Sincerely,

The CenterLight PACE Healthcare Team

Copyright © 2023, CenterLight Health System. All rights reserved.

Exhibit 12

**Our mailing address is:**

136-65 37th Ave., Flushing, NY 11354

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

If you have questions, ideas or suggestions. please email info@centerlight.org.

This email was sent to barbarawang88@yahoo.com
*why did I get this?*    unsubscribe from this list    update subscription preferences
CenterLight Health System · 1733 Eastchester Rd, 2nd Floor · CenterLight HQ · Bronx, Ny 10461 · USA

## Reminder: Statewide Fiscal Intermediary Transition Action Items

From:   CenterLight Healthcare PACE (providerrelationsrequest@centerlight.org)

To:     barbarawang88@yahoo.com

Date:   Monday, January 6, 2025 at 09:29 AM EST



Dear Partner in Healthcare,

Happy New Year! This is a reminder that the State Fiscal Year 2024-25 Enacted Budget amended Social Services Law Section 365-f(4-a), requiring the Commissioner of Health to contract with a single statewide fiscal intermediary (SFI) to provide fiscal intermediary services to Consumer Directed Personal Assistance Program (CDPAP) consumers. In response to this legislative requirement, Public Partnerships LLC (PPL) was selected as the SFI vendor and **effective April 1, 2025, will be the only entity authorized to provide fiscal intermediary services for the CDPAP** per Social Services Law section 365-f. See the announcement here.

IMMEDIATE ACTION ITEMS:

**As a current FI, you must transfer data related to the CDPAP consumers you serve and their PAs to CenterLight Healthcare PACE no later than January 15, 2025 if you have not already done so.**

If you have not submitted your data, please use this template and follow the instructions listed below as soon as possible:

1. Access our secure portal by clicking here.
2. Enter your first name, last name, and email address.
3. Check your email for a verification link.
4. Click on the verification link and enter the password: **Centerlight123**
5. Upload the completed file by using the "upload" button or dragging and dropping the file onto the folder.

**Current FIs must provide written notice to the affected CDPAP consumers or their designated representatives at least forty-five (45) calendar days before March 31, 2025, when they must discontinue fiscal intermediary services.**

*Exhibit B*

about:blank

Notices must also be sent to the CDPAP Consumers' personal assistants (PAs), the Local District of Social Services (LDSS), Managed Care Plans with which the Current FI contacts, and the New York State Department of Health (NYSDOH). Current FIs must use the templates below to provide the written notices mentioned above. Copies of all notifications must be sent securely to the NYSDOH via HIPAA-compliant email to StatewideFI@health.ny.gov.

- FI Discontinue Services Template FI to Consumer
- FI Discontinue Services Template FI to LDD or Managed Care Plan
- FI Discontinue Services Template FI to PAs

To view the CDPAP SFI Transition Policy for FIs, click here.

Thank you for your cooperation on this matter, and many thanks to those who have already sent their data to CenterLight. We are looking forward to receiving all required files prior to the deadline. If you have questions, please email us at providerrelationsrequest@centerlight.org.

Sincerely,

The CenterLight Healthcare PACE Team

This email was sent to barbarawang88@yahoo.com
why did I get this?    unsubscribe from this list    update subscription preferences
CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

## DUE TOMORROW, 1/15: Statewide Fiscal Intermediary Transition Data

From: CenterLight Healthcare PACE (providerrelationsrequest@centerlight.org)

To: barbarawang88@yahoo.com

Date: Tuesday, January 14, 2025 at 09:29 AM EST



Dear Partner in Healthcare,

This is a reminder that the State Fiscal Year 2024-25 Enacted Budget amended Social Services Law Section 365-f(4-a), requiring the Commissioner of Health to contract with a single statewide fiscal intermediary (SFI) to provide fiscal intermediary services to Consumer Directed Personal Assistance Program (CDPAP) consumers. In response to this legislative requirement, Public Partnerships LLC (PPL) was selected as the SFI vendor and **effective April 1, 2025, will be the only entity authorized to provide fiscal intermediary services for the CDPAP** per Social Services Law section 365-f. See the announcement here.

IMMEDIATE ACTION ITEMS:

**As a current FI, you must transfer data related to the CDPAP consumers you serve and their PAs to CenterLight Healthcare PACE by tomorrow, Wednesday, January 15, 2025 if you have not already done so.**

If you have not submitted your data, please use this template **and follow the instructions listed below as soon as possible:**

1. Access our secure portal by clicking here.
2. Enter your first name, last name, and email address.
3. Check your email for a verification link.
4. Click on the verification link and enter the password: **Centerlight123**
5. Upload the completed file by using the "upload" button or dragging and dropping the file onto the folder.

**Current FIs must provide written notice to the affected CDPAP consumers or their designated representatives at least forty-five (45) calendar days before March 31, 2025, when they must discontinue fiscal intermediary services.**

*Exhibit 14*

Notices must also be sent to the CDPAP Consumers' personal assistants (PAs), the Local District of Social Services (LDSS), Managed Care Plans with which the Current FI contacts, and the New York State Department of Health (NYSDOH). Current FIs must use the templates below to provide the written notices mentioned above. Copies of all notifications must be sent securely to the NYSDOH via HIPAA-compliant email to StatewideFI@health.ny.gov.

- FI Discontinue Services Template FI to Consumer
- FI Discontinue Services Template FI to LDD or Managed Care Plan
- FI Discontinue Services Template FI to PAs

To view the CDPAP SFI Transition Policy for FIs, click here.

**Thank you for your cooperation on this matter, and many thanks to those who have already sent their data to CenterLight.** We are looking forward to receiving all required files prior to the deadline. If you have questions, please email us at providerrelationsrequest@centerlight.org.

Sincerely,

The CenterLight Healthcare PACE Team

This email was sent to barbarawang88@yahoo.com<br/>*why did I get this?*   unsubscribe from this list   update subscription preferences<br/>CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

## DUE TODAY, 1/15: Statewide Fiscal Intermediary Transition Data

From:   CenterLight Healthcare PACE (providerrelationsrequest@centerlight.org)

To:     barbarawang88@yahoo.com

Date:   Wednesday, January 15, 2025 at 09:29 AM EST



Dear Partner in Healthcare,

This is a reminder that the State Fiscal Year 2024-25 Enacted Budget amended Social Services Law Section 365-f(4-a), requiring the Commissioner of Health to contract with a single statewide fiscal intermediary (SFI) to provide fiscal intermediary services to Consumer Directed Personal Assistance Program (CDPAP) consumers. In response to this legislative requirement, Public Partnerships LLC (PPL) was selected as the SFI vendor and **effective April 1, 2025, will be the only entity authorized to provide fiscal intermediary services for the CDPAP** per Social Services Law section 365-f. See the announcement here.

IMMEDIATE ACTION ITEMS:

**As a current FI, you must transfer data related to the CDPAP consumers you serve and their PAs to CenterLight Healthcare PACE** by close of business TODAY, Wednesday, January 15, 2025, **if you have not already done so.**

If you have not submitted your data, please use this template **and follow the instructions listed below as soon as possible:**

1. Access our secure portal by clicking here.
2. Enter your first name, last name, and email address.
3. Check your email for a verification link.
4. Click on the verification link and enter the password: **Centerlight123**
5. Upload the completed file by using the "upload" button or dragging and dropping the file onto the folder.

**Current FIs must provide written notice to the affected CDPAP consumers or their designated representatives at least forty-five (45) calendar days before March 31, 2025, when they must discontinue fiscal intermediary services.**

*Exhibit 15*

Notices must also be sent to the CDPAP Consumers' personal assistants (PAs), the Local District of Social Services (LDSS), Managed Care Plans with which the Current FI contacts, and the New York State Department of Health (NYSDOH). Current FIs must use the templates below to provide the written notices mentioned above. Copies of all notifications must be sent securely to the NYSDOH via HIPAA-compliant email to StatewideFI@health.ny.gov.

- FI Discontinue Services Template FI to Consumer
- FI Discontinue Services Template FI to LDD or Managed Care Plan
- FI Discontinue Services Template FI to PAs

To view the CDPAP SFI Transition Policy for FIs, click here.

**Thank you for your cooperation on this matter, and many thanks to those who have already sent their data to CenterLight.** We are looking forward to receiving all required files prior to the deadline. If you have questions, please email us at providerrelationsrequest@centerlight.org.

Sincerely,

The CenterLight Healthcare PACE Team

This email was sent to barbarawang88@yahoo.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

**Our Partners:**        **CENTERLIGHT** Healthcare PACE        Matter of Care        **TeamCare** medical

**From:** LOPEZ, EMILY
**Sent:** Thursday, October 2, 2025 11:59 AM
**To:** Barbara <barbarawang88@yahoo.com>
**Cc:** LAVIGAT, ANGIE <alavigat@centerlight.org>; FIGUEROA, BRANDI <bfigueroa@centerlight.org>; Provider Relations Request <ProviderRelationsRequest@centerlight.org>
**Subject:** [URGENT] Annual Compliance Statement of Wage Parity, Hours, and Expenses (Form LS300)
**Importance:** High

Dear Valued Provider,

**Please be advised, this is an urgent matter. We did not receive your Annual Compliance Statement of Wage Parity, Hours, and Expenses (Form LS300) for the year of 2023 or 2024.**

This is a reminder to submit your completed **2023** and **2024 Annual Compliance Statement of Wage Parity, Hours, and Expenses (Form LS300).** All completed forms must be saved with the LHCSA/FI as file name for better and more efficient tracking.

Please send these documents by email to ProviderRelationsRequest@centerlight.org or fax to 718-688-7080. If you have already submitted your completed form, please disregard this communication.

Thank you for helping us remain compliant with applicable laws and regulations while continuing to help us provide high quality care to our participants.

The form also needs to be signed.

*Exhibit 16*

Sincerely,

The CenterLight Healthcare PACE Team

**Emily Lopez**
Provider Network Liaison


**CENTERLIGHT**
Health System

**Powered by:**



**c:** 718-688-7080

**e:** emlopez@centerlight.org

**w:** CenterLight.org

**a:** 136-65 37th Ave.

     Flushing, NY 11354

🅾 🅵 🅻 ▶

---

**Our Partners:**    **CENTERLIGHT** Healthcare PACE    Matter of Care    **TeamCare** medical

## RE: [URGENT] Annual Compliance Statement of Wage Parity, Hours, and Expenses (Form LS300)

From: Provider Relations Request (providerrelationsrequest@centerlight.org)

To: barbarawang88@yahoo.com

Cc: alavigat@centerlight.org; bfigueroa@centerlight.org; ProviderRelationsRequest@centerlight.org

Date: Friday, October 3, 2025 at 01:35 PM EDT

Hi Barbara,

I hope this message finds you well.

We are confirming receipt of the LS300 form for the year 2023. However, it appears that the second document attached pertains to the year 2022.

We kindly request that you provide the LS300 form for the year 2024.

Thank you,



**Emily Lopez**
Provider Network Liaison

w: CenterLight.org
a: 136-65 37th Ave.
   Flushing, NY 11354





**Our Partners:**

*This email has been scanned by Inbound Shield and released according to admin's rule.*

---

**From:** wei wang <barbarawang88@yahoo.com>
**Sent:** Friday, October 3, 2025 12:35 PM

*Exhibit 17*

2/4/26, 8:15 PM
Yahoo Mail - [RE: [URGENT] Annual Compliance Statement of Wage Parity, Hours, and Expenses (Form LS300)
Case 1:24-cv-07401-LTS-KHP Document 135 Filed 02/06/26 Page 49 of 166

**To:** LOPEZ, EMILY <emlopez@centerlight.org>

**Cc:** LAVIGAT, ANGIE <alavigat@centerlight.org>; FIGUEROA, BRANDI <bfigueroa@centerlight.org>; Provider Relations Request <ProviderRelationsRequest@centerlight.org>

**Subject:** Re: [URGENT] Annual Compliance Statement of Wage Parity, Hours, and Expenses (Form LS300)

Hi ,

Would you please check attached L-300. Thanks!

Barbara Wang

Greatcare Inc.

646-267-5677

On Friday, October 3, 2025 at 09:49:07 AM EDT, LOPEZ, EMILY <emlopez@centerlight.org> wrote:

Hi Barbara,

I would like to follow up on request below.

Please be advised, this is an urgent matter.

Thank you,

**Emily Lopez**
Provider Network Liaison

**CENTERLIGHT**
Health System

**Powered by:**

C2Q Health Solutions

**w:** CenterLight.org

**a:** 136-65 37th Ave.

Flushing, NY 11354

## Barbara Wang

| | |
|---|---|
| **From:** | CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org> |
| **Sent:** | Wednesday, March 12, 2025 11:30 AM |
| **To:** | Barbara Wang |
| **Subject:** | Important Update: Transitioning to PPL |

Dear Partner in Healthcare,

The State Fiscal Year 2024-25 Enacted Budget amended Social Services Law Section 365-f(4-a) to require the Commissioner of Health to contract with a single statewide fiscal intermediary (SFI) to provide fiscal intermediary services to Consumer Directed Personal Assistance Program (CDPAP) consumers. In response to this legislative requirement, **Public Partnerships LLC (PPL)** was selected as the SFI vendor and **effective April 1, 2025, will be the only entity authorized to provide fiscal intermediary services for the CDPAP** per Social Services Law section 365-f. See the announcement <u>here</u>.

To avoid an interruption in services all Consumers and personal assistants in the CDPAP must change to PPL by **March 28, 2025.**

We understand that these changes might create confusion, but rest assured, we are committed to supporting both you and our participants during this transition.

CenterLight PACE participants have the option to change to a Personal Care Assistant (PCA), who is
certified and trained to provide personal care services. However, please inform them of the following restrictions:

- The PCA cannot be an immediate family member (such as a son, son-in-law, daughter, or daughter-in-law).
- The PCA cannot live in the same household as the member.
- The PCA is not permitted to administer medications.

If participants wish to explore this option, please advise them to speak with their CenterLight PACE Interdisciplinary Team (IDT) or contact us directly at **1-833-CL-CARES (TTY 711), available from 8 AM to 8 PM, Monday through Friday.**

**We are also holding informational sessions at our CenterLight PACE centers to provide necessary guidance and support to our participants. Multilingual staff will be available to assist them. Please encourage them to attend.**

27

Exhibit 18

**All sessions will be held from 10 AM to 12 PM.**

☒

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

Sincerely,

The CenterLight Healthcare PACE Team



This email was sent to bwang@greatcareny.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

Dear Partner in Healthcare,

As you know, effective **April 1, 2025,** PPL will be the new statewide fiscal intermediary for New York's Consumer Directed Personal Assistance Program (CDPAP). Due to this state-mandated change, PACE participants who are currently receiving CDPAP services and want to continue to do so must switch to PPL now.

To aid in this effort, PPL is hosting large-scale in-person registration events to assist participants (known as consumers in CDPAP) and personal assistants (PAs) who have not yet started or completed their registration. We ask that you please spread the word to your patients about these events.

Details of the events are as follows:

**Friday, March 28**
9 a.m. to 7 p.m.
New York, NY (Midtown)

**Saturday, March 29**
9 a.m. to 7 p.m.
Flushing, NY

To register and get location details, consumers and PAs will need fill out a short form on PPL's website with basic details and their preference for a morning or afternoon session. PPL will then reach out to provide the location and their appointment time. Please see the flyer below for details.

We would appreciate your support helping to spread the word about these events, as we work with PPL to ensure all consumers and PAs who wish to continue in CDPAP have every opportunity to do so.

Thank you for your continued partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us.

Sincerely,

The CenterLight Healthcare PACE Team



**1-833-CL-CARES/1-833-252-2737 (TTY 711), Monday-Friday, 8AM-8PM**



This email was sent to bwang@greatcareny.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

## Barbara Wang

| | |
|---|---|
| **From:** | CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org> |
| **Sent:** | Wednesday, March 26, 2025 8:52 AM |
| **To:** | Barbara Wang |
| **Subject:** | All-Day CDPAP Registration Events in NYC |

## IMPORTANT MESSAGE — TIME SENSITIVE

24

Exhibit 19



Copyright © 2025, CenterLight Health System, All rights reserved.

**Our mailing address is:**
136-65 37th Ave., Flushing, NY 11354

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

If you have questions, ideas or suggestions, please email info@centerlight.org.

This email was sent to bwang@greatcareny.com
*why did I get this?*   unsubscribe from this list   update subscription preferences
CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

23

- A Team on Your Side: collaboration with the CenterLight Interdisciplinary Team (IDT) to help improve the quality of care for participants with complex conditions.
- Reducing provider burnout through a collaborative and supportive approach.

**Additional Palliative Care services that can be provided as part of CenterLight participants' plan of care may include, but are not limited to:**

- Increased social work support/visits.
- Increased community nursing support/visits.
- Regular visits with a Palliative Care specialist.
- Increased psycho-social/spiritual support.
- Medications needed to control any unexpected distressing symptoms as my disease progresses.

**We're Here to help! Please send referrals and information requests to palliativecareteam@centerlight.org.** The following team members may also reach out to you to align on goals of care, provide and receive status updates, and discuss other matters pertaining to our participants' care.

**Your main Palliative Care Contact:**

Nicole Pena, LMSW, CCM
Palliative Care Social Worker
Phone: 607-246-4280   Email: nramos@centerlight.org

**Meet the rest of the CenterLight Palliative Care Team:**

Ziad Farah, MD, MBA
Chief Medical Officer and board-certified geriatrician
Phone: 919-816-4443   Email: zfarah@centerlight.org

21



**Heather Ogando, DO, MBA, CMD**
Vice President of Clinical Operations
Phone: 646-565-1834   Email: hogando@centerlight.org

**Weiyi Pan, NP**
Palliative Care Nurse Practitioner Supervisor
Phone: 929-919-2793   Email: wpan@centerlight.org

**Juliette Ruvinov, NP**
Nurse Practitioner Supervisor
Phone: 929-692-9527   Email: jruvinov@centerlight.org

## Refer your patients now!

If you are taking care of a CenterLight Healthcare PACE participant who can benefit from Palliative Care or if you have questions about this program, please email us at palliativecareteam@centerlight.org.

To aid you in with introducing and discussing our Palliative Care program with your patient and/or their caregiver, we created an informational flyer. Please click on the button below to download.

Thank you for your continued partnership.

Sincerely,
The CenterLight Healthcare PACE Team

**Click here to download our Palliative Care flyer**

22

## Barbara Wang

**From:** CenterLight Healthcare <providerrelationsrequest@centerlight.org>
**Sent:** Thursday, November 6, 2025 2:00 PM
**To:** Barbara Wang
**Subject:** CenterLight Healthcare PACE's Palliative Care Program



# Can your patient benefit from
# CenterLight Healthcare PACE's Palliative Care Program?

Dear Provider,

As we continue to work together in providing high quality care to CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants, we would like to remind you about the availability of our Palliative Care Program.

As you know, it is important to begin Palliative Care early. Longitudinal palliative care is simultaneous to curative care. It is complementary to our PACE services and represents an addition, not an attenuation, to our participant's care plan.

If any of our mutual patients is a candidate for this program, please let us know right away.

### How we can help you manage our participant's condition:

- Peer to Peer collaboration with CenterLight Healthcare PACE Palliative Care Nurse Practitioners.
- Assistance with medication management for deprescribing and/or prescribing for symptom management.
- Facilitating efficient and effective patient-provider communication.
- Supportive advance care planning/goals of care discussions.

Exhibit 20

20

CenterLight Healthcare PACE

Provider Relations Team

Copyright © 2025, CenterLight Health System, All rights reserved.

**Our mailing address is:**
136-65 37th Ave., Flushing, NY 11354

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

If you have questions, ideas or suggestions, please email info@centerlight.org.

This email was sent to bwang@greatcareny.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

19

## Barbara Wang

| | |
|---|---|
| **From:** | CenterLight Healthcare <providerrelationsrequest@centerlight.org> |
| **Sent:** | Wednesday, November 19, 2025 9:21 AM |
| **To:** | Barbara Wang |
| **Subject:** | Updated Provider Resources Now Available on CenterLight's Website |

[×]

Dear Valued Provider,

At CenterLight Healthcare, we value the strong partnerships we share with our provider network. Your collaboration helps us deliver high-quality, coordinated care to our participants/your patients.

We are pleased to announce that the Provider Manual has been updated and is now available on our website at CenterLightHealthcare.org under the For Providers section.

Through quick links on our website, you can access a range of important tools and information, including:

- **Directories**
- **Forms and documents**
- **Quick Reference Guide**
- **Instructions on *How to Submit a Claim***
- **Annual Enrollment Period information**
- **Formulary Resources**
- **Provider Bulletins**

A reminder that in-network providers may also register for access to our secure electronic portal, which offers real-time information on claims, authorization status, participant eligibility, and other key data to support your practice.

Thank you for your continued partnership and commitment to serving our participants. We encourage you to explore these updated resources and reach out if you need further assistance.

Sincerely,

Exhibit 21

18



Copyright © 2025, CenterLight Health System, All rights reserved.

**Our mailing address is:**
136-65 37th Ave., Flushing, NY 11354

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

If you have questions, ideas or suggestions, please email info@centerlight.org.

This email was sent to bwang@greatcareny.com
*why did I get this?*    unsubscribe from this list    update subscription preferences
CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

17

## Barbara Wang

| | |
|---|---|
| **From:** | CenterLight Healthcare <providerrelationsrequest@centerlight.org> |
| **Sent:** | Monday, November 24, 2025 9:30 AM |
| **To:** | Barbara Wang |
| **Subject:** | Grateful to our Network Providers This Thanksgiving! |

Dear Valued Provider,

As we get ready to celebrate Thanksgiving, we want to take a moment to express our sincere appreciation for your partnership and the vital role you play in providing high quality care to CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants throughout the year.

Your commitment to working with our care team to provide whole person care helps ensure that our participants receive the attention, compassion, and expertise they deserve. Together, we're improving lives and strengthening our communities — and that's something to truly be thankful for.

We are grateful for your ongoing collaboration, professionalism, dedication, and partnership as we work to fulfill our mission of enriching the lives of our participants and providing complete care that helps them continue to live safely and independently in their own homes.

On behalf of the CenterLight team, I wish you and your loved ones a joyful Thanksgiving surrounded by loved ones and filled with gratitude.

Sincerely,

*Tara Buonocore-Rut*
President and CEO

16

Exhibit 22

quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

Sincerely,

The CenterLight Healthcare PACE Team



15

## Barbara Wang

| | |
|---|---|
| **From:** | CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org> |
| **Sent:** | Tuesday, November 25, 2025 10:06 AM |
| **To:** | Barbara Wang |
| **Subject:** | CenterLight Healthcare PACE Annual LHCSA Training |

Dear Valued Provider,

As part of Program of All-Inclusive Care for the Elderly (PACE) requirements from the Centers for Medicare and Medicaid Services (CMS) and New York State Department of Health (NYSDOH), all Home Health Aides (HHAs), and Personal Care Aides (PCAs) have to be trained on the following topics:

- PACE Overview
- Service Determination Requests (SDRs)
- Grievances (Complaints)
- Appeals
- Annual Compliance Statement of Wage Parity
- Claim Appeals
- Credentialing and Re-Credentialing
- Electronic Funds Transfer (EFT)
- Visit Progress Notes
- Other relevant policies and procedures

Please view our CenterLight Healthcare PACE training by clicking here. We ask that you review the information carefully and use this deck to train your HHAs and PCAs. There is also an option to attend a live training on December 2 at 2 PM — click here for the Teams meeting link.

**Upon completion of the training, please submit your attestation by** completing this form **no later than December 23, 2025.**

Thank you for your continued support and partnership as we work together to provide high

14

Attach Exhibit 23



This email was sent to bwang@greatcareny.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

13

## Barbara Wang

| | |
|---|---|
| **From:** | CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org> |
| **Sent:** | Thursday, December 4, 2025 9:15 AM |
| **To:** | Barbara Wang |
| **Subject:** | Influenza Declared Prevalent by New York State Department of Health |

Dear Partner in Healthcare,

As of December 2, 2025, New York State Department of Health Commissioner Dr. James McDonald has declared influenza to be prevalent in New York State for the 2025-26 season.

It is our shared responsibility to ensure the health and safety of those we serve. Effective immediately, we ask that unvaccinated home health aides and personal care aides be required to **wear a surgical mask when providing care** to CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants.

This is a very important requirement, and we appreciate your cooperation on this matter. Together, we can take precautions to help minimize the spread of influenza.

Thank you,

The CenterLight Healthcare PACE Team

Exhibit 24

12

free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

Sincerely,

The CenterLight Healthcare PACE Team



This email was sent to bwang@greatcareny.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

11

## Barbara Wang

| | |
|---|---|
| **From:** | CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org> |
| **Sent:** | Monday, December 15, 2025 9:30 AM |
| **To:** | Barbara Wang |
| **Subject:** | Reminder: CenterLight Healthcare PACE Annual LHCSA Training |

Dear Valued Provider,

This is a reminder that as part of Program of All-Inclusive Care for the Elderly (PACE) requirements from the Centers for Medicare and Medicaid Services (CMS) and New York State Department of Health (NYSDOH), all Home Health Aides (HHAs), and Personal Care Aides (PCAs) have to be trained on the following topics:

- PACE Overview
- Service Determination Requests (SDRs)
- Grievances (Complaints)
- Appeals
- Annual Compliance Statement of Wage Parity
- Claim Appeals
- Credentialing and Re-Credentialing
- Electronic Funds Transfer (EFT)
- Visit Progress Notes
- Other relevant policies and procedures

**If you have not yet done so, please view our CenterLight Healthcare PACE training by** clicking here. We ask that you review the information carefully and use this deck to train your HHAs and PCAs.

**Upon completion of the training, please submit your attestation by** completing this form **no later than December 23, 2025.**

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel

10

Exhibit 25

This email was sent to bwang@greatcareny.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

9

July 1, 2022. For the past three years, Angel has been attending the Flushing Day Health Center, where he has rediscovered joy and purpose in life through CenterLight PACE.

View Angel's video by **clicking here**.

If you have questions or need assistance, we can help! Please speak with your account manager or reach out to us at providerrelationsrequest@centerlight.org.

*The minimum needs criteria applies to individuals initially seeking Personal Care Services (PCS)/ Consumer Directed Personal Assistance Services (CDPAS) after September 1, 2025. **Must meet the PACE eligibility requirements.*

1-833-CL-CARES/1-833-252-2737 (TTY 711), Monday-Friday, 8AM-8PM

8

with Managed Care Organizations (MCOs) or Certified Home Health Agencies (CHHAs) are required to submit the LS300 Annual Compliance Statement of Wage Parity, Hours, and Expenses to the New York State Department of Labor. **Failure to submit the LS300 form by June 1st of each year for the prior year may result in administrative actions or interruptions to MCO contracting. Submissions should be sent directly to the Department of Labor, and a copy should be sent by email to providerrelationsrequest@centerlight.org. Read More**

# 2025 Change in Minimum Needs Regulations Does Not Apply to PACE

The New York State Department of Health (NYSDOH) announced that effective September 1, 2025, individuals enrolling into Medicaid Managed Long Term Care Program (MLTC) or Medicaid Advantage Plus (MAP) must not only meet the plan's eligibility age, service area, and Medicaid/Medicare eligibility criteria and be in need of CBLTSS for >120 days.They also need to meet the following additional Minimum Needs Requirements:

- At least limited assistance with physical maneuvering with more than two activities of daily living (ADL); or
- Individuals with a Dementia or Alzheimer's diagnosis, at least supervision with more than one ADL.

**The good news: these additional criteria do not apply to PACE.* Your patients can qualify for PACE** if they score an NFLOC of 5 or above.**

**If you have questions or need more information, please speak with your account manager.**

**PARTICIPANT SPOTLIGHT**

## "When I found CenterLight, it changed my life so much."

Meet CenterLight PACE participant **Angel Rincon**, who enrolled in our program on

7

**Barbara Wang**

| | |
|---|---|
| **From:** | CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org> |
| **Sent:** | Wednesday, December 17, 2025 10:01 AM |
| **To:** | Barbara Wang |
| **Subject:** | Happy Holidays from CenterLight Healthcare PACE |

**Volume 3, Issue 4 | December 2025**

Dear Valued Provider,

As we close out the year, we want to extend our heartfelt appreciation for everything you do. Your dedication, compassion, and commitment to supporting the participants we serve make a meaningful difference every day.

Wishing you a joyful holiday season and a new year filled with peace, health, and prosperity. Thank you and we are looking forward to your continued partnership in 2026.

Sincerely,
The CenterLight PACE Team

## CenterLight in the News

Have you seen us in the news lately?
CenterLight Healthcare's Program of All-

5

*Exhibit 26*

Inclusive Care for the Elderly was recently highlighted in the following publications:

- **How to Set Up Home Health Care After a Hospital Stay** (US News and World Report, December 5, 2025)

- **Organizations scramble to fill food gaps for seniors amid SNAP uncertainty** (McKnight's Home Care, November 9, 2025)

- **Festival of Lights Jamaica Celebration: CenterLight Healthcare's Diwali Festivity was an all-inclusive affair** (Queens Chronicle, October 30, 2025)

- 健信医保健康日成功举办 众多机构齐聚支持社区健康 (CenterLight Health and Wellness Day was successfully held, bringing together numerous organizations to support community health, Sinovision, October 28, 2025)

To view more recent articles and recent happenings at CenterLight, visit our What's New page by clicking here.

## Important Reminders

- **Required Trainings:** According to PACE regulations, all Licensed Home Care Services Agencies (LHCSAs) and Alternative Care Settings (ACS) are required to be trained about PACE annually. You should have received a separate email with more information.
- **The Health Outcomes Survey – Modified (HOS-M) is underway!** This annual CMS-required survey asks PACE participants, your patients, about their health status, functioning, and experiences with care. Read more
- **Get access to CenterLight's Provider Portal!** Monitor claim submissions and status by logging in using this link: https://centerlight.ppi.com/provider/sign_in. If you are a first time user, please call 1-800-761-5602 to register.
- **LS300 Annual Compliance Statement of Wage Parity, Hours, and Expenses:** All LHCSAs and the state-wide fiscal intermediary (FI) that contract

6

## Barbara Wang

| | |
|---|---|
| **From:** | CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org> |
| **Sent:** | Monday, December 22, 2025 3:30 PM |
| **To:** | Barbara Wang |
| **Subject:** | Due tomorrow, 12/23: CenterLight Healthcare PACE Annual LHCSA Training |

Dear Valued Provider,

This is a reminder that as part of Program of All-Inclusive Care for the Elderly (PACE) requirements from the Centers for Medicare and Medicaid Services (CMS) and New York State Department of Health (NYSDOH), all Home Health Aides (HHAs), and Personal Care Aides (PCAs) have to be trained on the following topics:

- PACE Overview
- Service Determination Requests (SDRs)
- Grievances (Complaints)
- Appeals
- Annual Compliance Statement of Wage Parity
- Claim Appeals
- Credentialing and Re-Credentialing
- Electronic Funds Transfer (EFT)
- Visit Progress Notes
- Other relevant policies and procedures

**If you have not yet done so, please view our CenterLight Healthcare PACE training by** <u>clicking here</u>. We ask that you review the information carefully and use this deck to train your HHAs and PCAs.

**Upon completion of the training, please submit your attestation by** <u>completing this form</u> **no later than December 23, 2025.**

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel

3

Exhibit 27

free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

Sincerely,

The CenterLight Healthcare PACE Team



This email was sent to bwang@greatcareny.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

## Barbara Wang

| | |
|---|---|
| **From:** | CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org> |
| **Sent:** | Friday, January 23, 2026 11:01 AM |
| **To:** | Barbara Wang |
| **Subject:** | Important: Winter Storm Preparedness and Continuity of Care Reminder |



Dear Valued Provider,

A winter storm is expected to impact New York City and surrounding areas from Sunday, January 25 into Monday, January 26, with the forecast anticipating at least 10 inches of snow.

In anticipation of inclement weather, we would like to remind you of the importance of emergency preparedness and continuity of care for CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants. To ensure the safety and well-being of those we serve, **please ensure appropriate coverage and contingency plans for delayed or disrupted travel.**

We urge you to continue to monitor local weather advisories and follow guidance issued by New York State. Please note that any significant disruptions to services, participant safety concerns, or emergency conditions should be documented and addressed in accordance with applicable New York State Department of Health (NYSDOH) and Centers for Medicare and Medicaid Services (CMS) regulations, as well as applicable policies.

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.



Exhibit 28

Sincerely,

The CenterLight Healthcare PACE Team



This email was sent to bwang@greatcareny.com

*why did I get this?*   unsubscribe from this list   update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

2

# Coronavirus - New York notice

**From:** Sylvester, Deborah (sylvesterd@magellanhealth.com)

**To:** sylvesterd@magellanhealth.com

**Cc:** MARitchie@magellanhealth.com

**Date:** Friday, January 31, 2020 at 10:07 AM EST

## Good Morning Valued Provider,

## SWH has provided **Information on the Coronavirus.**

## Please review the attached.

## Thank you!

Deborah Sylvester

Network Development Specialist

Senior Whole Health – A Magellan Company

15 Metrotech Center, 11th Floor | Brooklyn | NY 11201

Mobile: 347-803-6504

sylvesterd@magellanhealth.com

-

 

Leading humanity
to healthy, vibrant lives

***New Referrals Submission:** SWHintakenyc@magellanhealth.com

***For Authorization Issues:** SWHnycclinicalcoord@magellanhealth.com

***For Billing Issues:** SWHclaimsemail@magellanhealth.com

***For Provider Relations/ Single Case Agreement Issues:**

SWHproviderrelationsny@magellanhealth.com

***Sign up for SWH Provider Portal:** https://swhiweb.seniorwholehealth.com/providerportal/

***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119

*Exhibit 29*

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

 Coronavirus - New York notice.docx
105.9 KB

## Urgent MLTC Policy 20.01 - Transition Policies for Fiscal Intermediaries and Consumers under the CDPAP Program

From: Sylvester, Deborah (sylvesterd@magellanhealth.com)

To: sylvesterd@magellanhealth.com

Cc: MARitchie@magellanhealth.com

Date: Monday, March 9, 2020 at 02:03 PM EDT

Good afternoon,

Dear Health Plan:

On March 6, 2020, the Department of Health issued **Managed Long Term Care Policy 20.01: Transition Policies for Fiscal Intermediaries (FIs) and Consumers under the Consumer Directed Personal Assistance Program (CDPAP).** The policy and related documents are posted on the Department's MLTC Policy page.

This transition policy facilitates the transfer of services from entities currently providing FI services ("Current FIs") that decide or are required to cease operations as a result of **Request for Offers #20039, New York State Fiscal Intermediaries for the Consumer Directed Personal Assistance Program (CDPAP).** This policy is effective immediately and provides guidance primarily to Current FIs and Managed Care Plans for transitions both before and after when the Department will announce the entities selected to provide FI services pursuant to the RFO on the "Contract Notification Date."

To ensure continuity of care and an orderly and efficient transition for CDPAP consumers that may need to select and transition to a Receiving FI, the Department will permit all Current FIs that did not submit an offer and were not included as a Collaborating Partner in any offer under the RFO to continue to operate until the Contract Notification Date.

To be eligible to operate during this time period, Current FIs that did not submit an offer under the RFO, nor were included as a Collaborating Partner in any offer, must notify the Department of their intent to continue operations through this period on or before **March 20, 2020** by submitting an election form, which can be found on the Department's website on the MLTC Policy page, to ConsumerDirected@health.ny.gov.

For ease of use, this policy is broken down into five scenarios. In each scenario, the process, timeframes and responsibilities for Current FIs and other entities regarding how to cease operations may be different. Certain decisions made by Current FIs regarding closure can affect which scenario applies. The five scenarios are as follows:

Exhibit 30

- Current FIs that do not submit an offer as Lead FI under the RFO, are not a Collaborating Partner in any offer made in response to the RFO, and elect to cease operating before the Contract Notification Date;
- Current FIs that do not submit an offer as Lead FI under the RFO, are not a Collaborating Partner in any offer made in response to the RFO, and elect to continue operating until the Contract Notification Date;
- Current FIs that submit an offer as Lead FI under the RFO in any offer made in response to the RFO, but are not selected;
- Collaborating Partners; and
- Current FIs that elect to cease operations immediately.

Please consult the appropriate pages of the policy document for the specific transition requirements that addresses your situation.

Questions regarding these FI Transition Provisions should be directed to the Department of Health at ConsumerDirected@health.ny.gov

Thank you.


New York State Department of Health
Office of Health Insurance Programs
Division of Long Term Care
mltcinfo@health.ny.gov


***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at +19292587600. Thank you.

Speak Up For Compliance
If you have a concern related to suspicious, illegal or unethical activity, you may also report it by calling MAGELLAN'S COMPLIANCE HOTLINE, 24 hours per day/7days a week, at 1-800-915-2108. When calling, you may choose to remain anonymous, as an outside vendor manages the incoming calls. All calls will be treated confidentially and investigated.

Case 1:24-cv-07401-LTS-KHP    Document 165    Filed 02/08/26    Page 83 of 166

# RE: Urgent MLTC Policy 20.01 - Transition Policies for Fiscal Intermediaries and Consumers under the CDPAP Program

From: Sylvester, Deborah (sylvesterd@magellanhealth.com)

To:     sylvesterd@magellanhealth.com

Date:   Monday, March 9, 2020 at 02:34 PM EDT

Dear Valued Provider,

I want to follow up with you regarding the submission of the RFO. Did your Fiscal Intermediary apply to be a "Lead FI" or a "Collaborating Partner FI"?

Please advise.

Thank you.

Deborah Sylvester

Network Development Specialist

Senior Whole Health – A Magellan Company

15 Metrotech Center, 11th Floor | Brooklyn | NY 11201

Mobile: 347-803-6504

sylvesterd@magellanhealth.com

From: Sylvester, Deborah
Sent: Monday, March 9, 2020 2:03 PM
To: Deborah Sylvester <dsylvester@seniorwholehealth.com>
Cc: Ritchie, Michelle <MARitchie@magellanhealth.com>
Subject: Urgent MLTC Policy 20.01 - Transition Policies for Fiscal Intermediaries and Consumers under the CDPAP Program
Importance: High

Good afternoon,

Dear Health Plan:

On March 6, 2020, the Department of Health issued **Managed Long Term Care Policy 20.01: Transition Policies for Fiscal Intermediaries (FIs) and Consumers under the Consumer Directed Personal Assistance Program (CDPAP).** The policy and related documents are posted on the Department's MLTC Policy page.

This transition policy facilitates the transfer of services from entities currently providing FI services ("Current FIs") that decide or are required to cease operations as a result of **Request for Offers #20039, New York State Fiscal Intermediaries for the Consumer Directed Personal Assistance Program (CDPAP).** This policy is effective immediately and provides guidance primarily to Current FIs and Managed Care Plans for transitions both before and after when the Department will announce the entities selected to provide FI services pursuant to the RFO on the "Contract Notification Date."

To ensure continuity of care and an orderly and efficient transition for CDPAP consumers that may need to select and transition to a Receiving FI, the Department will permit all Current FIs that did not submit an offer and were not included as a Collaborating Partner in any offer under the RFO to continue to operate until the Contract Notification Date.

To be eligible to operate during this time period, Current FIs that did not submit an offer under the RFO, nor were included as a Collaborating Partner in any offer, must notify the Department of their intent to continue operations through this period on or before **March 20, 2020** by submitting an election form, which can be found on the Department's website on the MLTC Policy page, to ConsumerDirected@health.ny.gov.

For ease of use, this policy is broken down into five scenarios. In each scenario, the process, timeframes and responsibilities for Current FIs and other entities regarding how to cease operations may be different. Certain decisions made by Current FIs regarding closure can affect which scenario applies. The five scenarios are as follows:

- Current FIs that do not submit an offer as Lead FI under the RFO, are not a Collaborating Partner in any offer made in response to the RFO, and elect to cease operating before the Contract Notification

Date;

• Current FIs that do not submit an offer as Lead FI under the RFO, are not a Collaborating Partner in any offer made in response to the RFO, and elect to continue operating until the Contract Notification Date;

• Current FIs that submit an offer as Lead FI under the RFO in any offer made in response to the RFO, but are not selected;

• Collaborating Partners; and

• Current FIs that elect to cease operations immediately.

Please consult the appropriate pages of the policy document for the specific transition requirements that addresses your situation.

Questions regarding these FI Transition Provisions should be directed to the Department of Health at ConsumerDirected@health.ny.gov

Thank you.

New York State Department of Health

Office of Health Insurance Programs

Division of Long Term Care

mltcinfo@health.ny.gov

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at +19292587600. Thank you.

**Speak Up For Compliance**

If you have a concern related to suspicious, illegal or unethical activity, you may also report it by calling **MAGELLAN'S COMPLIANCE HOTLINE, 24 hours per day/7days a week, at 1-800-915-2108.** When calling, you may choose to remain anonymous, as an outside vendor manages the incoming calls. All calls will be treated confidentially and investigated.

## LHCSA affected by COVID-19

From: Sylvester, Deborah (sylvesterd@magellanhealth.com)

To:     sylvesterd@magellanhealth.com

Cc:     MARitchie@magellanhealth.com

Date:   Tuesday, April 14, 2020 at 03:14 PM EDT

Dear Valued Providers,

Senior Whole Health is conducting a survey on members affected by COVID 19.  Please respond to the below questions.

1. **Do you have any staffing issues due to COVID 19?**
2. **Do you have  any of SWHNY members affected by COVID?**
3. **If you do have COVID 19 members, are you still providing services?**

**Senior Whole Health Thanks you for your services during this difficult time. Please let us know if we can be of assistance with any issues occurring.**

**Thank you and stay safe!**

Deborah Sylvester

Network Development Specialist

Senior Whole Health – A Magellan Company

15 Metrotech Center, 11th Floor | Brooklyn | NY 11201

Mobile: 347-803-6504

sylvesterd@magellanhealth.com



Leading humanity
to healthy, vibrant lives

Senior Whole Health
A MAGELLAN COMPANY

***New Referrals Submission:** SWHintakenyc@magellanhealth.com

***For Authorization Issues:** SWHnycclinicalcoord@magellanhealth.com

***For Billing Issues:** SWHclaimsemail@magellanhealth.com

Exhibit 31

***<u>For Provider Relations/ Single Case Agreement Issues</u>:

<u>SWHproviderrelationsny@magellanhealth.com</u>

***<u>Sign up for SWH Provider Portal</u>: <u>https://swhiweb.seniorwholehealth.com/providerportal/</u>

***<u>Sign up for EFT</u>: <u>http://www.emdeon.com/resourcelibrary/#119</u>

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

## SWHNY & HHA Exchange EVV Implementation- Power Point Presentation

From:   Sylvester, Deborah (sylvesterd@magellanhealth.com)

To:     sylvesterd@magellanhealth.com

Cc:     MARitchie@magellanhealth.com

Date:   Friday, November 6, 2020 at 04:03 PM EST


Dear Valued Provider,

As a follow up to the HHA Exchange EVV implementation letter sent earlier, please find the PowerPoint presentation for your review.
Please take a few minutes to review the information and contact HHA Exchange at
 **EDISupport@hhaexchange.com** to register for the 11/16/2020 Zoom meeting for your staff to attend.

If you have any questions, please let us know.

Thank you.


Deborah Sylvester

Network Development Specialist

Senior Whole Health

15 MetroTech Center 11th Floor | Brooklyn | NY 11201

Mobile: 347-803-6504

sylvesterd@magellanhealth.com

www.seniorwholehealthny.com

-



**Senior Whole Health**
A MAGELLAN COMPANY

**Website:** https://www.seniorwholehealthny.com

***<u>New Referrals Submission:</u>** SWHintakenyc@magellanhealth.com

***<u>For Authorization Issues:</u>** SWHnycclinicalcoordinator@magellanhealth.com

***<u>Care Management:</u>** SWHCareManagement@magellanhealth.com

***<u>For Billing Issues:</u>** SWHclaimsemail@magellanhealth.com or **(866) 233-4773**

*Exhibit 32*

Case 1:24-cv-07401-LTS-KHP    Document 185    Filed 02/06/26    Page 90 of 166

**\*\*\*<u>For Provider Relations/ Single Case Agreement Issues</u>:**

<u>SWHproviderrelationsny@magellanhealth.com</u>

**\*\*\*<u>Sign up for SWH Provider Portal</u>:** <u>https://swhiweb.seniorwholehealth.com/providerportal/</u>

**\*\*\*<u>Sign up for EFT</u>:** <u>http://www.emdeon.com/resourcelibrary/#119</u>

**\*\*\*<u>Member Services</u>: 877-353-0185**

\*\*\*Confidentiality Notice\*\*\* This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.



SWH_Detailed Welcome Letter_09302020.pdf
162.7 KB



SWHNY Information Session_Final.pptx
3.8 MB

***<u>New Referrals Submission</u>:** SWHintakenyc@magellanhealth.com

***<u>For Authorization Issues</u>:** SWHnycclinicalcoordinator@magellanhealth.com

***<u>Care Management</u>:** SWHCareManagement@magellanhealth.com

***<u>For Billing Issues</u>:** SWHclaimsemail@magellanhealth.com or **(866) 233-4773**

***<u>For Provider Relations/ Single Case Agreement Issues</u>:**

SWHproviderrelationsny@magellanhealth.com

***<u>Sign up for SWH Provider Portal</u>:** https://swhiweb.seniorwholehealth.com/providerportal/

***<u>Sign up for EFT</u>:** http://www.emdeon.com/resourcelibrary/#119

***<u>Member Services</u>: 877-353-0185**

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

## RE: SWHNY & HHA Exchange EVV Implementation- Links for registering for Upcoming Training

From:   Sylvester, Deborah (sylvesterd@magellanhealth.com)

To:     sylvesterd@magellanhealth.com

Cc:     MARitchie@magellanhealth.com

Date:   Thursday, November 12, 2020 at 12:21 PM EST

Dear Valued Provider,

Please see below next steps communications which includes the links to register for upcoming HHAX training and upcoming key dates.

**Enterprise:**
https://preview.hs-sites.com/_hcms/preview/content/37360991851?
portalId=5138011&_preview=true&cacheBust=0&preview_key=aGCfzvPk&from_buffer=false

**EDI:**
https://preview.hs-sites.com/_hcms/preview/content/37355439069?
portalId=5138011&_preview=true&cacheBust=0&preview_key=TOXDHtZy&from_buffer=false

**No Portal:**
https://preview.hs-sites.com/_hcms/preview/content/37360999612?
portalId=5138011&_preview=true&cacheBust=0&preview_key=KIQXxlaz&from_buffer=false

Please let me know if you have any questions.

Thank you.

Deborah Sylvester

Network Development Specialist

Senior Whole Health

15 MetroTech Center 11th Floor | Brooklyn | NY 11201

Mobile: 347-803-6504

sylvesterd@magellanhealth.com

*Exhibit 33*

www.seniorwholehealthny.com



**From:** Sylvester, Deborah
**Sent:** Friday, November 6, 2020 4:02 PM
**To:** Sylvester, Deborah <sylvesterd@magellanhealth.com>
**Cc:** Ritchie, Michelle <MARitchie@magellanhealth.com>
**Subject:** SWHNY & HHA Exchange EVV Implementation- Power Point Presentation
**Importance:** High

Dear Valued Provider,

As a follow up to the HHA Exchange EVV implementation letter sent earlier, please find the PowerPoint presentation for your review.

Please take a few minutes to review the information and contact HHA Exchange at **EDISupport@hhaexchange.com** to register for the 11/16/2020 Zoom meeting for your staff to attend.

If you have any questions, please let us know.

Thank you.

Deborah Sylvester
Network Development Specialist
Senior Whole Health
15 MetroTech Center 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com
www.seniorwholehealthny.com




**Website:** https://www.seniorwholehealthny.com

# HAPPY THANKSGIVING!!!

From:  Sylvester, Deborah (sylvesterd@magellanhealth.com)

To:  sylvesterd@magellanhealth.com

Date:  Tuesday, November 24, 2020 at 05:53 PM EST

Dear Valued Providers,

First and foremost I want to say thanks for all that you have done to assist me!

For all of us, the year 2020 will forever resonate as a challenging year, however we have persevered and adapted to all the changes!!

Let us take this time to step back and give thanks for life and adaptation!

Wishing you all the best that life have to offer today and everyday forward. Have a wonderful thanksgiving!!



Sincerely,

Deborah Sylvester

Network Development Specialist

Senior Whole Health

15 MetroTech Center 11th Floor | Brooklyn | NY 11201

Mobile: 347-803-6504

sylvesterd@magellanhealth.com

www.seniorwholehealthny.com

-

Exhibit 34

 

**Senior Whole Health**
A MAGELLAN COMPANY

**Website:** https://www.seniorwholehealthny.com

***\*\*New Referrals Submission:** SWHintakenyc@magellanhealth.com

***\*\*For Authorization Issues:** SWHnycclinicalcoordinator@magellanhealth.com

***\*\*Care Management:** SWHCareManagement@magellanhealth.com

***\*\*For Billing Issues:** SWHclaimsemail@magellanhealth.com or **(866) 233-4773**

***\*\*For Provider Relations/ Single Case Agreement Issues:**
SWHproviderrelationsny@magellanhealth.com

***\*\*Sign up for SWH Provider Portal:** https://swhiweb.seniorwholehealth.com/providerportal/

***\*\*Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119

***\*\*Member Services: 877-353-0185**

\*\*\*Confidentiality Notice\*\*\* This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

Speak Up For Compliance

If you have a concern related to suspicious, illegal or unethical activity, you may also report it by calling MAGELLAN'S COMPLIANCE HOTLINE, 24 hours per day/7days a week, at 1-800-915-2108. When calling, you may choose to remain anonymous, as an outside vendor manages the incoming calls. All calls will be treated confidentially and investigated.

# HHAX contact information

From:  Sylvester, Deborah (sylvesterd@magellanhealth.com)

To:     barbarawang88@yahoo.com

Date:  Monday, November 30, 2020 at 02:23 PM EST

Hi Barbara,

It was a pleasure talking to you today.

Please find the contact information for HHAX support.

Support@hhaexchange.com

Please let me know if I can be of further assistance.

Thank you.

Deborah Sylvester

Network Development Specialist

Senior Whole Health

15 MetroTech Center 11th Floor | Brooklyn | NY 11201

Mobile: 347-803-6504

sylvesterd@magellanhealth.com

www.seniorwholehealthny.com

 

**Website:** https://www.seniorwholehealthny.com

***New Referrals Submission:** SWHintakenyc@magellanhealth.com

***For Authorization Issues:** SWHnycclinicalcoordinator@magellanhealth.com

***Care Management:** SWHCareManagement@magellanhealth.com

***For Billing Issues:** SWHclaimsemail@magellanhealth.com or **(866) 233-4773**

*Exhibit 35*

***<u>For Provider Relations/ Single Case Agreement Issues</u>:

<u>SWHproviderrelationsny@magellanhealth.com</u>

***<u>Sign up for SWH Provider Portal</u>: <u>https://swhiweb.seniorwholehealth.com/providerportal/</u>

***<u>Sign up for EFT</u>: <u>http://www.emdeon.com/resourcelibrary/#119</u>

***<u>Member Services</u>: **877-353-0185**

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

URGENT: EVV Attestation Requirements

From: Sylvester, Deborah (sylvesterd@magellanhealth.com)

To: sylvesterd@magellanhealth.com

Cc: MARitchie@magellanhealth.com

Date: Thursday, December 10, 2020 at 12:02 PM EST

# <u>Good</u> Morning Valued Provider,

-

 **Please find important information below regarding EVV Requirement.**

**EVV Attestation and Enrollment**

**• Providers and Fiscal Intermediaries (FI) subject to EVV must fill out an Attestation form in the eMedNY portal**

**• To submit an electronic Attestation, Providers and FIs are required to be enrolled in the Medicaid program through eMedNY**

**• FIs who are not currently enrolled must submit a signed EVV Attestation PDF to the <u>EVVHelp@Health.ny.govmailbox</u> prior to January 1, 2021 ➤A copy of the print EVV Attestation to complete is found in Appendix A of the EVV Program Guidelines and Requirements document on the EVV Website**

Exhibit 36

**• NYSDOH will reach out and begin enrolling MCO network FIs who are currently operating and have at least one MCO contract in place on or before December 1, 2020.**

**• Once enrolled, the FI will then be required to submit an electronic EVV Attestation, the date of which will signal their annual attestation date • Providers or FIs who do not bill Medicaid fee for service directly, but employ the staff who provide EVV applicable Medicaid services must enroll in eMedNY, implement an EVV system and sign the EVV Attestation.**
**December 10, 2020**

**Thank you.**

Deborah Sylvester
Network Development Specialist
Senior Whole Health
15 MetroTech Center 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com
www.seniorwholehealthny.com

-



***Website: https://www.seniorwholehealthny.com
***New Referrals Submission: SWHintakenyc@magellanhealth.com

\***For Authorization Issues:** SWHnycclinicalcoordinator@magellanhealth.com

\***Care Management:** SWHCareManagement@magellanhealth.com

\***For Billing Issues:** SWHclaimsemail@magellanhealth.com  or **(866) 233-4773**

\***For Provider Relations/ Single Case Agreement Issues:**

SWHproviderrelationsny@magellanhealth.com

\***Sign up for SWH Provider Portal:** https://swhiweb.seniorwholehealth.com/providerportal/

\***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119

\***Member Services:** 877-353-0185

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

# Vaccine Administration Guidance

From: Sylvester, Deborah (sylvesterd@magellanhealth.com)

To:    sylvesterd@magellanhealth.com

Cc:    MARitchie@magellanhealth.com

Date:  Monday, January 11, 2021 at 02:27 PM EST

**Good Afternoon,**

**Please share this information with staff as appropriate.**

**This information is being provided as an FYI.**

**There is new guidance that has been added to DOH website which explains COVID vaccine administration.**
**The guidance can be found at**
**https://health.ny.gov/health_care/medicaid/covid19/guidance/billing_guidance.htm**

**Thank You.**

Deborah Sylvester

Network Development Specialist

Senior Whole Health

15 MetroTech Center 11th Floor | Brooklyn | NY 11201

Mobile: 347-803-6504

sylvesterd@magellanhealth.com

www.seniorwholehealthny.com



Leading humanity
to healthy, vibrant lives

Senior Whole Health
A MAGELLAN COMPANY

***Website:** https://www.seniorwholehealthny.com

***New Referrals Submission:** SWHintakenyc@magellanhealth.com

***For Authorization Issues:** SWHNYCClinicalCoordinator@magellanhealth.com

***Care Management:** SWHCareManagement@magellanhealth.com

Exhibit 37

\*\*\*<u>**For Billing Issues:**</u> SWHclaimsemail@magellanhealth.com  or **(866) 233-4773**

\*\*\*<u>**For Provider Relations/ Single Case Agreement Issues**</u>:

SWHProviderRelationsNY@magellanhealth.com

\*\*\*<u>**Sign up for SWH Provider Portal:**</u> https://swhiweb.seniorwholehealth.com/providerportal/

\*\*\*<u>**Sign up for EFT:**</u> http://www.emdeon.com/resourcelibrary/#119

\*\*\*<u>**Member Services**</u>:  **877-353-0185**

\*\*\*Confidentiality Notice\*\*\* This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

## Final List of Lead FIs for the CDPAS Program

From: (MCC) Sylvester, Deborah (sylvesterd@magellanhealth.com)

To: sylvesterd@magellanhealth.com

Cc: MARitchie@magellanhealth.com

Date: Monday, February 15, 2021 at 01:32 PM EST

Dear Valued Provider

The state propose Lead RFO did not list your agency as a lead FI. To ensure we are compliant with the state recommendation, SWHNY is seeking your help with understanding your agency's next steps.
Can you provide us with your formal process on the next steps? Please keep us informed as soon as possible with any updates as we at SWHNY must adhere to the recommendation of the State.

Thank you.

Deborah Sylvester

Network Development Specialist

Senior Whole Health

15 MetroTech Center 11th Floor | Brooklyn | NY 11201

Mobile: 347-803-6504

sylvesterd@magellanhealth.com

www.seniorwholehealthny.com

 

Senior Whole Health
A MAGELLAN COMPANY

***Website: https://www.seniorwholehealthny.com

***New Referrals Submission: SWHintakenyc@magellanhealth.com

***For Authorization Issues: SWHNYCClinicalCoordinator@magellanhealth.com

***Care Management: SWHCareManagement@magellanhealth.com

***For Billing Issues: SWHclaimsemail@magellanhealth.com or (866) 233-4773

***For Provider Relations/ Single Case Agreement Issues:

SWHProviderRelationsNY@magellanhealth.com

***Sign up for SWH Provider Portal: https://swhiweb.seniorwholehealth.com/providerportal/

Exhibit 38

***<u>Sign up for EFT</u>:** <u>http://www.emdeon.com/resourcelibrary/#119</u>

***<u>Member Services</u>:  877-353-0185**

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

## COVID -19 Vaccine

From: (MCC) Sylvester, Deborah (sylvesterd@magellanhealth.com)

To: sylvesterd@magellanhealth.com

Cc: MARitchie@magellanhealth.com

Date: Thursday, March 4, 2021 at 10:00 AM EST

Dear Valued Provider,

The attached information was received from the Department of Health on COVID-19 vaccinations availability. This is for the entire population and not just for those who are high risk. SWH has been receiving feedback the aides are not being vaccinated, hence placing members at risk. Hopefully this information gets distributed and the aides know where they can go to obtain the vaccine.

As an FYI – We received notice that aides servicing MLTC members are considered essential workers. The vaccine is also FREE!

Kindly disseminate the information to your employees.

Thank you.

Deborah Sylvester
Network Development Specialist
Senior Whole Health
347-803-6504 Cell
sylvesterd@magellanhealth.com

-

***Website:** https://www.seniorwholehealthny.com

***New Referrals Submission:** SWHintakenyc@magellanhealth.com

***For Authorization Issues:** SWHNYCClinicalCoordinator@magellanhealth.com

***Care Management:** SWHCareManagement@magellanhealth.com

***For Billing Issues:** SWHclaimsemail@magellanhealth.com or **(866) 233-4773**

***For Provider Relations/ Single Case Agreement Issues:**
SWHProviderRelationsNY@magellanhealth.com

***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119

Exhibit 39

# ***Member Services: 877-353-0185

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

 Covid Vaccinations update SLT and Care Teams 2-24-2021.pdf
239.7 KB

Case 1:24-cv-07401-LTS-KHP    Document 165    Filed 02/08/26    Page 107 of 166

# REMINDER Provider Notification changes on MLTC Payer ID and Claims Address

From: (MCC) Sylvester, Deborah (sylvesterd@magellanhealth.com)

To:     sylvesterd@magellanhealth.com

Cc:     MARitchie@magellanhealth.com

Date:   Friday, March 19, 2021 at 09:18 AM EDT

Dear Valued Provider,

Please be advised that Senior Whole Health will be changing the Payer ID to:
**SWHNY** effective **4/1/2021**.
Kindly review the notice attached and cascade this information to the relevant staff as needed.

If you have any questions, please contact me.

Thank you.

Deborah Sylvester
Network Development Specialist
Senior Whole Health
15 MetroTech Center 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com
www.seniorwholehealthny.com

 

Senior Whole Health
A MAGELLAN COMPANY

\*\*\***Website:** https://www.seniorwholehealthny.com
\*\*\***New Referrals Submission:** SWHintakenyc@magellanhealth.com
\*\*\***For Authorization Issues:** SWHNYCClinicalCoordinator@magellanhealth.com
\*\*\***Care Management:** SWHCareManagement@magellanhealth.com

*Exhibit 40*

***__For Billing Issues:__ SWHclaimsemail@magellanhealth.com  or **(866) 233-4773**

***__For Provider Relations/ Single Case Agreement Issues__:

SWHProviderRelationsNY@magellanhealth.com

***__Sign up for SWH Provider Portal:__ https://swhiweb.seniorwholehealth.com/providerportal/

***__Sign up for EFT:__ http://www.emdeon.com/resourcelibrary/#119

***__Member Services__:  **877-353-0185**

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

 MTLC_2021_18333 PRO Notification of Payer ID And Claims Address Change_ENG FINAL (003).docx
31.5 KB

## URGENT: HHAX Webinar on Portal changes

From: (MCC) Sylvester, Deborah (sylvesterd@magellanhealth.com)

To: sylvesterd@magellanhealth.com

Cc: MARitchie@magellanhealth.com

Date: Tuesday, March 23, 2021 at 03:02 PM EDT

Dear Valued Provider,

HHAX is having a webinar tomorrow and continuing for the rest of the week, SWH is advising that all providers should attend to avoid any system issues, that may come up 4/1/2021.

**Please click on the link below to register.**

https://hhaexchange.zoom.us/webinar/register/WN_45I1w7o0TYGGmk3TAfxWCA

Welcome! You are invited to join a webinar: Senior Whole Health - Transition Information Session. After registering, you will receive a confirmation email about joining the webinar.

This webinar is being held to review necessary steps that providers need to take to be prepared for the SWH transition to a new Payer ID. Effective 4/1/2021, MLTC members will be transitioned to a new payer ID in HHAX..

If you have any questions, please contact me.

Thank you.

Deborah Sylvester

Network Development Specialist

Senior Whole Health

347-803-6504 Cell

sylvesterd@magellanhealth.com

-

***Website:** https://www.seniorwholehealthny.com

***New Referrals Submission:** SWHintakenyc@magellanhealth.com

***For Authorization Issues:** SWHNYCClinicalCoordinator@magellanhealth.com

***Care Management:** SWHCareManagement@magellanhealth.com

***For Billing Issues:** SWHclaimsemail@magellanhealth.com or **(866) 233-4773**

***For Provider Relations/ Single Case Agreement Issues:**

SWHProviderRelationsNY@magellanhealth.com

Exhibit 41

**\*\*\*Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119

**\*\*\*Member Services:** **877-353-0185**


\*\*\*Confidentiality Notice\*\*\* This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

## URGENT: HHAX Webinar on Portal changes

From: (MCC) Sylvester, Deborah (sylvesterd@magellanhealth.com)

To: sylvesterd@magellanhealth.com

Cc: MARitchie@magellanhealth.com

Date: Wednesday, March 24, 2021 at 11:28 AM EDT

Dear Valued SWH Provider,

HHAX is having a webinar tomorrow and continuing for the rest of the week, SWH is advising that all providers should attend to avoid any system issues, that may come up 4/1/2021 due to the changes for MLTC members.

**Please click on the link below to register.**

https://hhaexchange.zoom.us/webinar/register/WN_45l1w7o0TYGGmk3TAfxWCA

Welcome! You are invited to join a webinar: Senior Whole Health - Transition Information Session. After registering, you will receive a confirmation email about joining the webinar.

This webinar is being held to review necessary steps that providers need to take to be prepared for the SWH transition to a new Payer ID. Effective 4/1/2021, MLTC members will be transitioned to a new payer ID in HHAX..

If you have any questions, please contact me.

Thank you.

Deborah Sylvester

Network Development Specialist

Senior Whole Health

Exhibit 42

347-803-6504 Cell

sylvesterd@magellanhealth.com

-

***Website: https://www.seniorwholehealthny.com

***New Referrals Submission: SWHintakenyc@magellanhealth.com

***For Authorization Issues: SWHNYCClinicalCoordinator@magellanhealth.com

***Care Management: SWHCareManagement@magellanhealth.com

***For Billing Issues: SWHclaimsemail@magellanhealth.com or (866) 233-4773

***For Provider Relations/ Single Case Agreement Issues:
SWHProviderRelationsNY@magellanhealth.com

***Sign up for EFT: http://www.emdeon.com/resourcelibrary/#119

***Member Services: 877-353-0185

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

## URGENT: HHAX Webinar on Portal changes

From: (MCC) Sylvester, Deborah (sylvesterd@magellanhealth.com)

To: sylvesterd@magellanhealth.com

Cc: MARitchie@magellanhealth.com

Date: Friday, March 26, 2021 at 09:56 AM EDT

REMINDER: HHAX Training will begin in 8 minutes. There is still time to register to attend today's webinar.

Dear Valued Provider,

https://hhaexchange.zoom.us/webinar/register/WN_45l1w7o0TYGGmk3TAfxWCA

You are invited to join a webinar: Senior Whole Health - Transition Information Session. After registering, you will receive a confirmation email with instructions for joining the webinar.

This webinar is being held daily for the remainder of the this week until 3/29/2021 and will review the necessary steps needed to be taken by providers to be prepared for the SWH transition to a new Payer ID effective 4/1/2021 when MLTC members will be transitioned to that new payer ID in HHAeXchange.

**Please click on the link to register:**

https://hhaexchange.zoom.us/webinar/register/WN_45l1w7o0TYGGmk3TAfxWCA

**Thank you.**

Deborah Sylvester

Network Development Specialist

Senior Whole Health

347-803-6504 Cell

*Exhibit 43*

sylvesterd@magellanhealth.com

-

***Website:** https://www.seniorwholehealthny.com

***New Referrals Submission:** SWHintakenyc@magellanhealth.com

***For Authorization Issues:** SWHNYCClinicalCoordinator@magellanhealth.com

***Care Management:** SWHCareManagement@magellanhealth.com

***For Billing Issues:** SWHclaimsemail@magellanhealth.com  or **(866) 233-4773**

***For Provider Relations/ Single Case Agreement Issues:**
SWHProviderRelationsNY@magellanhealth.com

***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119

***Member Services:** **877-353-0185**

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

## Provider Dx Management

From: Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To: deborah.sylvester@molinahealthcare.com

Cc: michelle.ritchie@molinahealthcare.com

Date: Wednesday, May 12, 2021 at 12:52 PM EDT

Dear Valued Provider,

**Update on Diagnosis Code for SWH-MLTC Contract:**

As of *Friday, May 14, 2021*, Senior Whole Health is allowing Providers to manage the Billing Diagnosis Code field in the HHAeXchange Provider Portal. Keep in mind that the DX Codes will not be imported on any new authorizations after this date. It is the Provider's responsibility to manage and enter the correct DX Code for the service.

In preparation, please review the Provider-Managed Billing Diagnosis Code Job Aid which provides guidance on how to enter the diagnosis codes moving forward for all SWHNY-MLTC Authorizations. A new *Billing Review* hold has been implemented for any authorizations that do not have a DX loaded. This process prevents any submission of blank DX Codes on a claim.

For further information concerning the contents of this notification, please contact HHAeXchange Customer Support (support@hhaexchange.com).

Thank you.

Deborah Sylvester

Senior Whole Health by Molina Healthcare

**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**

(347) 803-6504 (M)

Email: Deborah.Sylvester@Molinahealthcare.com

Website MAP: https://www.seniorwholehealthny.com

Website MLTC: https://www.swhproviders.com



Senior Whole Health
BY MOLINA HEALTHCARE

*See updated information below*

***For Authorization Issues: SWHNY-ClinicalCoord@MolinaHealthCare.com**

*Exhibit 44*

***<u>For Billing Issues</u>: <u>SWHclaimsEmail@magellanhealth.com</u> (866)233-4773**

*** <u>SWH Care Management</u>: <u>SWHCareManagement@magellanhealth.com</u>**

***<u>For Intake</u>: <u>SWHNY-IntakeNYC@Molinahealthcare.com</u>**

***<u>Sign up for SWH (MAP) Provider Portal</u>:**

<u>https://swhiweb.seniorwholehealth.com/providerportal/</u>

***<u>Sign up for SWHNY MLTC Provider Portal</u>: <u>https://www.availity.com/swh</u>**

***<u>Sign up for EFT</u>: <u>http://www.emdeon.com/resourcelibrary/#119</u> or call 866-371-9066**

***<u>Member Services</u>: 877-353-0185**

If any inquiries about ERA/EFT please contact 866-506-2830 and select option 1

For the claims dept (866)233-4773 Mon-Fri, 8AM-5PM

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

## NYS - 21-14 Adding Section 2.61 Title 10 NYCRR (Prevention of COVID-19 Transmission by Covered Entities)

From:   Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To:     Deborah.Sylvester@MolinaHealthCare.Com

Cc:     Michelle.Ritchie@MolinaHealthCare.Com

Date:   Monday, August 30, 2021 at 10:37 AM EDT

Dear Valued Providers,

Please be advised that health care worker COVID immunization regulations will apply to LHCSAs and other providers licensed or certified under Article 36 of the PHL.

https://www.health.ny.gov/facilities/public_health_and_health_planning_council/meetings/2021-08-26/docs/full_council_agenda.pdf?source=email

Kindly review the attachment provided.

Thank you.

Deborah Sylvester

Senior Whole Health by Molina Healthcare

**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**

(347) 803-6504 (M)

Email: Deborah.Sylvester@Molinahealthcare.com

Website MAP: https://www.seniorwholehealthny.com

Website MLTC: https://www.swhproviders.com



Senior Whole Health.
BY MOLINA HEALTHCARE

*See updated information below*

***__For Authorization Issues:__ SWHNY-ClinicalCoord@MolinaHealthCare.com**

*** __SWHNY Care Management:__ SWHNY-CareMgmt@MolinaHealthCare.Com**

***__For Intake:__ SWHNY-IntakeNYC@Molinahealthcare.com**

*Exhibit 45*

***<u>Sign up for SWH (MAP) Provider Portal</u>:**

**<u>https://swhiweb.seniorwholehealth.com/providerportal/</u>**

***<u>Sign up for SWHNY MLTC Provider Portal</u>:  <u>https://www.availity.com/swh</u>**

***<u>Sign up for EFT</u>: <u>http://www.emdeon.com/resourcelibrary/#119</u> or call (866) 371-9066**

***<u>For Billing Issues:</u> (866) 233-4773**

***<u>Member Services</u>: (877) 353-0185**

If any inquiries about ERA/EFT please contact (866) 506-2830 and select option 1

For the claims dept  (866) 233-4773  Mon-Fri, 8AM-5PM

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.



full_council_agenda.pdf
287.1 KB

# COVID - 19 Vaccine Mandate

From:	Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To:	Deborah.Sylvester@MolinaHealthCare.Com

Cc:	Michelle.Ritchie@MolinaHealthCare.Com

Date:	Friday, September 24, 2021 at 03:49 PM EDT

Hi Valued Provider,

Below are requirements around the COVID -19 Vaccine Mandate.

SWH is requesting an updated as to if this mandate is in place for Aides.   Please advise.

Thank you.

Deborah Sylvester

August 30, 2021 | Vol. 26, No. 29	View this email in your browser

# HPA e-News

## An update of health plan notes and activities

New York	Health Plan Association

*Exhibit 46*

Case 1:24-cv-07401-LTS-KHP          Document 165   ID - Filed 02/08/26

*In This Issue:*

- The Hochul
  Administration Begins
- Administrative Team Takes
  Shape
- Coronavirus Crisis Updates
- Government Programs
  Updates
- It's An Honor
- Quote to Note
- Calendar of Events



# The Hochul Administration Begins

At 12:01 August 24th, Lieutenant Governor Kathy Hochul was sworn in as Governor Hochul, becoming the first female to serve in that position in New York. During a ceremonial swearing in later that day, the new Governor pledged to bring a new style to New York's state government, saying, "I look forward to a fresh, collaborative approach. That's how I've always conducted myself, it'll be nothing new for me, but it's something I'm planning on introducing to the state Capitol."

Also last week Governor Hochul officially announced state Senator Brian Benjamin as her choice for Lieutenant Governor. The appointment won't take effect until after Labor Day. The delay is due to complexities with a new state election law that requires the Governor to "promptly" call special elections within 10 days of a vacancy, with the special election to be held between 40 and 50 days from the declaration. Delaying Benjamin's swearing in until after Labor Day will allow the special election to happen on the same day as the general election, a move that will save taxpayer money for what is expected to be a largely uncontested race for the open Senate seat.

HPA issued statements congratulating Governor Hochul on her swearing in and Senator Benjamin on his appointment as Lieutenant Governor. Both statements reaffirmed health plans' commitment to work collaboratively with the new Administration on health care policies that will build upon the state's progress in

expanding coverage to help ensure that every New Yorker has high-quality, affordable health care.

# Administrative Team Takes Shape

Several hours before her swearing in, Governor Hochul announced two top aides – both women. Karen Persichilli Keogh was named Secretary to the Governor, the highest-ranking appointed position in the state, and Elizabeth Fine was named as Counsel to the Governor. For now, it appears that Budget Director Robert Mujica and Health Commissioner Howard Zucker will remain in their positions. This is in line with reports that Hochul said she plans on taking 45 days to determine staff for her administration. Meanwhile, the Department of Financial Services website was updated to reflect that Shirin Emami is serving as Acting Superintendent following Linda Lacewell's resignation as Superintendent. This is a result of the existing succession plan and does not convey formal action by the Hochul Administration. HPA will continue to update plans as new announcements are made.

# Coronavirus Crisis Updates

Last week's action by the U.S. Food and Drug Administration granting full approval to the Pfizer-BioNTech COVID-19 Vaccine quickly led to calls for vaccine mandates, including President Biden making a plea to private employers to require workers to be vaccinated. A *Crain's New York Business* report said many employers – including health plans – are revisiting their vaccine policies. Other COVID-related news in New York includes:

- **Health Care Worker Vaccine Mandate** – Emergency regulations were approved last week by the Public Health and Health Planning Council (PHHPC) mandating all New York health care workers to be fully vaccinated against COVID-19. The vaccination requirement includes workers at hospitals, nursing homes, diagnostic and treatment centers, licensed home care agencies, hospices and adult care facilities. Hospital and nursing home personnel must get and show proof of having at least their first dose of the COVID-19 shot by September 27th while other health care personnel, including those at certified home health agencies

and long-term home health care programs, have until October 7th. The mandate does not apply to health care workers employed by health plans or consumer directed personal assistance service (CDPAS) workers. The regulation will become effective when filed with the Department of State and then expires 90 days from the date of filing, unless renewed.

- **Schools Masking Up** – In one of her first official actions last week, Governor Hochul <u>instructed</u> the Department of Health to institute a universal mask mandate for students and staff at schools throughout New York State – public and private. The news was a relief to many amid concerns that local school superintendents and school boards were caught in the middle of deciding on policies for their districts and communities. The Governor said the state would also work with DOH on options to establish a mandate that all school staff be vaccinated or be subject to weekly testing for COVID-19.

- **Emergency Regulations** – Just a reminder that some coronavirus-related emergency regulations remain in effect. These include the regulation that requires plans to <u>waive cost-sharing for testing</u> and one that requires <u>waiving cost-sharing for COVID-19 immunizations</u>.

# Government Programs Updates

There are a couple of government programs updates to share with plans this week, including:

- **1115 Waiver Demonstration Conceptual Framework** – Last week DOH submitted an 1115 waiver concept paper to CMS outlining priorities for the next waiver. While the initial draft concept paper included a request for $12 billion, the document submitted to CMS requests $17 billion, which is not allocated among the four outlined goals. Unlike the previous demonstration, it appears that plans will have a central role in the next waiver, serving as key players in furthering the state's efforts in advanced value based payment (VBP) arrangements, strengthening the social care system by addressing social determinants of health – including housing solutions – and having a role in the governance of Health Equity Regional Organizations (HEROs). The submitted concept paper still raises concerns related to the need for flexibility to achieve desired outcomes as well as the potential complexity of managing the HERO structures and processes. HPA is reviewing the paper in greater detail and will follow-up with plans and DOH, and will continue discussions with the Department as the waiver submission process proceeds.

- **OMIG Follow-Up** – As a follow-up to the August 11th HPA meeting with the leadership team at the Office of Medicaid Inspector General (OMIG), last week HPA sent a follow-up letter outlining additional information regarding the COVID rate adjustment and discussing concerns related to encounter reimbursements owed to plans and OMIG audit recoveries. The letter references federal and state COVID guidance intended to ensure that individuals in public programs continued to have health coverage during the public health emergency and outlines HPA's concerns that OMIG has begun seeking recoupments of premiums for individuals who could not be disenrolled – contravening state and federal requirements. The letter also raises a separate concern related to audit recoveries where plans are also owed encounter reimbursement. Since the meeting with OMIG, several plans have shared the amount of premium recoveries that have been recouped from them, along with the amounts of encounter reimbursement they are owed, which we have shared with OMIG. As we discuss in the letter, we ask that OMIG work with DOH to ensure that those two processes are aligned. In the meantime, HPA is still working to schedule a broader meeting among OMIG, DOH and plans to discuss these issues in more detail. We will keep members apprised as those discussions move forward.

## It's An Honor

Congratulations to Nina Lemons, Associate Director of the Community Relations Unit at Metro Plus Health Plan, for being named to *City & State's* Community Engagement Power 50.

## Quote to Note

*"It's a clear indication that she [the Governor] understands the imperative of following the science of public health and confronting the misinformation and lack of clarity that at times has exacerbated the impact of the pandemic."*

— **Dr. Indu Gupta, president, County Health Officials of New York**; Newsday; August 24, 2021

# Calendar of Events



### HPA Offices Closed - Labor Day
September 6, 2021

### Managed Care Policy and Planning Meeting
September 9, 2021 • 10:30am-1:30pm
*Via WebEx*

 NYHPA Facebook Page    NYHPA on Twitter    NYHPA Website

*HPA e-News* is written and distributed by the New York Health Plan Association Council. For questions or comments regarding any information contained within this eNewsletter, contact <u>Leslie Moran</u>, Editor.

Copyright © 2021 New York Health Plan Association, All rights reserved.
You are receiving this email because you are a member of the New York Health Plan Association.

**Our mailing address is:**
New York Health Plan Association
41 State St Ste 900
Albany, NY 12207-2834

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list



IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

 full_council_agenda.pdf
287.1 KB

## Compliance with Executive Order 14042

From: Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To: deborah.sylvester@molinahealthcare.com

Cc: michelle.ritchie@molinahealthcare.com

Date: Friday, October 22, 2021 at 09:54 AM EDT

Good Morning Valued Provider,

Kindly review the attached DOH Executive Order, Ensuring Adequate COVID-19 Safety Protocols for Federal Contractors for Subcontracts.

If you have any questions, please contact us.

Thank you.

Deborah Sylvester

Provider Network Specialist

Senior Whole Health by Molina Healthcare

**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**

(347) 803-6504 (M)

Email: Deborah.Sylvester@Molinahealthcare.com

Website MAP: https://www.seniorwholehealthny.com

Website MLTC: https://www.swhproviders.com



Senior Whole Health.
BY MOLINA HEALTHCARE

**\*\*\*For Authorization Issues: SWHNY-ClinicalCoord@MolinaHealthCare.com**
**\*\*\*SWHNY Care Management: SWHNY-CareMgmt@MolinaHealthCare.Com**
**\*\*\*For Intake: SWHNY-IntakeNYC@Molinahealthcare.com**
**\*\*\*Sign up for SWH (MAP) Provider Portal:**
**https://swhiweb.seniorwholehealth.com/providerportal/**
**\*\*\*Sign up for SWHNY MLTC Provider Portal:  https://www.availity.com/swh**
**\*\*\*Sign up for EFT: http://www.emdeon.com/resourcelibrary/#119 or call (866) 371-9066**
**\*\*\*For Billing Issues: (866) 233-4773**

Exhibit 47

***<u>Member Services</u>: (877) 353-0185**

If any inquiries about ERA/EFT please contact (866) 506-2830 and select option 1

For the claims dept. (866) 233-4773  Mon-Fri, 8AM-5PM

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.


Provider Notice Executive Order 14042.docx
31.4 KB

# Compliance with Executive Order 14042

From: Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To: Deborah.Sylvester@MolinaHealthCare.Com

Cc: Michelle.Ritchie@MolinaHealthCare.Com

Date: Friday, October 29, 2021 at 09:29 AM EDT

Good Morning Valued Provider,

Kindly review the attached DOH Executive Order, SWH is mandated to Ensure that Adequate COVID-19 Safety Protocols for Federal Contractors for Subcontracts are adhered to.

If you have any questions, please contact us.

Thank you.

Deborah Sylvester

Provider Network Specialist

Senior Whole Health by Molina Healthcare

**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**

(347) 803-6504 (M)

Email: Deborah.Sylvester@Molinahealthcare.com

Website MAP: https://www.seniorwholehealthny.com

Website MLTC: https://www.swhproviders.com

*Exhibit 48*



Senior Whole Health.
BY MOLINA HEALTHCARE

**\*\*\*<u>For Authorization Issues:</u> SWHNY-ClinicalCoord@MolinaHealthCare.com**

**\*\*\*<u>SWHNY Care Management:</u> SWHNY-CareMgmt@MolinaHealthCare.Com**

**\*\*\*<u>For Intake:</u> SWHNY-IntakeNYC@Molinahealthcare.com**

**\*\*\*<u>Sign up for SWH (MAP) Provider Portal</u>:**
**https://swhiweb.seniorwholehealth.com/providerportal/**

**\*\*\*<u>Sign up for SWHNY MLTC Provider Portal:  https://www.availity.com/swh</u>**

**\*\*\*<u>Sign up for EFT</u>: http://www.emdeon.com/resourcelibrary/#119 or call (866) 371-9066**

**\*\*\*<u>For Billing Issues:</u> (866) 233-4773**

**\*\*\*<u>Member Services</u>: (877) 353-0185**

If any inquiries about ERA/EFT please contact (866) 506-2830 and select option 1

For the claims dept. (866) 233-4773  Mon-Fri, 8AM-5PM

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.



Provider Notice Executive Order 14042.docx
31.4 KB

## MAP/Medicare Changes Effective 1/1/2022

From:  Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To:    Deborah.Sylvester@MolinaHealthCare.Com

Cc:    Michelle.Ritchie@MolinaHealthCare.Com

Date:  Friday, October 29, 2021 at 03:23 PM EDT

Dear Valued Provider,

Please review the attached document regarding SWH Medicare/MAP billing that will be effective 1/1/2022. Kindly review and note all changes indicated.

Please cascade to anyone in your organization who will be impacted.

If you have any questions, please contact PR email: SWHNY-ProviderRel-NY@MolinaHealthCare.Com or myself.

Thank you.

Deborah Sylvester
Provider Network Specialist
Senior Whole Health by Molina Healthcare
**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**
(347) 803-6504 (M)
Email: Deborah.Sylvester@Molinahealthcare.com
Website MAP: https://www.seniorwholehealthny.com
Website MLTC: https://www.swhproviders.com



Senior Whole Health.
BY MOLINA HEALTHCARE

**\*\*\*For Authorization Issues: SWHNY-ClinicalCoord@MolinaHealthCare.com**
**\*\*\*SWHNY Care Management: SWHNY-CareMgmt@MolinaHealthCare.Com**
**\*\*\*For Intake: SWHNY-IntakeNYC@Molinahealthcare.com**
**\*\*\*Sign up for SWH (MAP) Provider Portal:**
**https://swhiweb.seniorwholehealth.com/providerportal/**
**\*\*\*Sign up for SWHNY MLTC Provider Portal:  https://www.availity.com/swh**

**\*\*\*<u>Sign up for EFT</u>: <u>http://www.emdeon.com/resourcelibrary/#119</u> or call (866) 371-9066**

**\*\*\*<u>For Billing Issues:</u> (866) 233-4773**

**\*\*\*<u>Member Services</u>: (877) 353-0185**

If any inquiries about ERA/EFT please contact (866) 506-2830 and select option 1

For the claims dept. (866) 233-4773 Mon-Fri, 8AM-5PM

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

 IMPORTANT NOTICE FOR ALL NETWORK PROVIDERS SWH NY.pdf
151.3 KB

## Compliance with Executive Order 14042 - Resending

From: Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To: Ducarmel.Sagesse@MolinaHealthCare.Com

Cc: Michelle.Ritchie@MolinaHealthCare.Com

Date: Friday, November 5, 2021 at 09:04 AM EDT

Good Morning Valued Provider,

Kindly review the attached DOH Executive Order, SWH is mandated to Ensure that Adequate COVID-19 Safety Protocols for Federal Contractors for Subcontracts are adhered to.

If you have any questions, please contact us.

Thank you.

Deborah Sylvester

Provider Network Specialist

Senior Whole Health by Molina Healthcare

**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**

(347) 803-6504 (M)

Email: Deborah.Sylvester@Molinahealthcare.com

Website MAP: https://www.seniorwholehealthny.com

Website MLTC: https://www.swhproviders.com



Senior Whole Health
BY MOLINA HEALTHCARE

\*\*\***For Authorization Issues: SWHNY-ClinicalCoord@MolinaHealthCare.com**

\*\*\***SWHNY Care Management: SWHNY-CareMgmt@MolinaHealthCare.Com**

\*\*\***For Intake: SWHNY-IntakeNYC@Molinahealthcare.com**

\*\*\***Sign up for SWH (MAP) Provider Portal:**

**https://swhiweb.seniorwholehealth.com/providerportal/**

\*\*\***Sign up for SWHNY MLTC Provider Portal: https://www.availity.com/swh**

\*\*\***Sign up for EFT: http://www.emdeon.com/resourcelibrary/#119 or call (866) 371-9066**

\*\*\***For Billing Issues: (866) 233-4773**

Exhibit 49

## ***<u>Member Services</u>: (877) 353-0185

If any inquiries about ERA/EFT please contact (866) 506-2830 and select option 1

For the claims dept. (866) 233-4773  Mon-Fri, 8AM-5PM

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

## FW: MAP/Medicare Changes Effective 1/1/2022

From:   Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To:     Deborah.Sylvester@MolinaHealthCare.Com

Cc:     Michelle.Ritchie@MolinaHealthCare.Com

Date:   Friday, November 12, 2021 at 09:09 AM EST

Dear Valued Provider,

Please review the attached document regarding SWH Medicare/MAP billing that will be effective 1/1/2022.

Kindly review and note all changes indicated.

Please cascade to anyone in your organization who will be impacted.

If you have any questions, please contact PR email: SWHNY-ProviderRel-NY@MolinaHealthCare.Com or myself.

Thank you.

Deborah Sylvester

Provider Network Specialist

Senior Whole Health by Molina Healthcare

**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**

(347) 803-6504 (M)

Exhibit 50

Case 1:24-cv-07401-LTS-KHP    Document 106    Filed 02/08/26    Page 135 of 166

Email: Deborah.Sylvester@Molinahealthcare.com

Website MAP: https://www.seniorwholehealthny.com

Website MLTC: https://www.swhproviders.com



Senior Whole Health.
BY MOLINA HEALTHCARE

***For Authorization Issues: SWHNY-ClinicalCoord@MolinaHealthCare.com

***SWHNY Care Management: SWHNY-CareMgmt@MolinaHealthCare.Com

***For Intake: SWHNY-IntakeNYC@Molinahealthcare.com

***Sign up for SWH (MAP) Provider Portal:
https://swhiweb.seniorwholehealth.com/providerportal/

***Sign up for SWHNY MLTC Provider Portal:  https://www.availity.com/swh

***Sign up for EFT: http://www.emdeon.com/resourcelibrary/#119 or call (866) 371-9066

***For Billing Issues: (866) 233-4773

***Member Services: (877) 353-0185

If any inquiries about ERA/EFT please contact (866) 506-2830 and select option 1

For the claims dept. (866) 233-4773  Mon-Fri, 8AM-5PM

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.



IMPORTANT NOTICE FOR ALL NETWORK PROVIDERS SWH NY.pdf
151.3 KB

Case 1:24-cv-07401-LTS-KHP    Document 165    Filed 02/08/26    Page 136 of 166

## MERRY CHRISTMAS AND A HAPPY HOLIDAY SEASON!

From:  Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To:  Deborah.Sylvester@MolinaHealthCare.Com

Date:  Thursday, December 23, 2021 at 01:45 PM EST

Dear Valued Provider,

May the spirit of the season bring you closer to those whom you cherish so much!

WISHING YOU AND YOUR FAMILY A MERRY CHRISTMAS AND A HAPPY HOLIDAY SEASON!



Deborah Sylvester

Provider Network Specialist

Senior Whole Health by Molina Healthcare

**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**

(347) 803-6504 (M)

Email: Deborah.Sylvester@Molinahealthcare.com

Exhibit 51

Website MAP: https://www.seniorwholehealthny.com

Website MLTC: https://www.swhproviders.com



**Senior Whole Health.**
BY MOLINA HEALTHCARE

**\*\*\*For Authorization Issues: SWHNY-ClinicalCoord@MolinaHealthCare.com**

**\*\*\*To request copies of cancelled check or to have reissue checks:**

ProviderPaymentProcessing@MolinaHealthCare.Com

**\*\*\*SWHNY Care Management: SWHNY-CareMgmt@MolinaHealthCare.Com**

**\*\*\*For Intake: SWHNY-IntakeNYC@Molinahealthcare.com**

**\*\*\*Sign up for SWHNY MLTC Provider Portal: https://www.availity.com/swh**

**\*\*\*Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119 or call (866) 371-9066

**\*\*\*For Billing Issues: (866) 233-4773**

**\*\*\*Member Services: (877) 353-0185**

If any inquiries about ERA/EFT please contact (866) 506-2830 and select option 1

For the claims dept. (866) 233-4773 Mon-Fri, 8AM-5PM

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

## REMINDER: MAP/Medicare Changes Effective 1/1/2022 - Resending

From: Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To: Deborah.Sylvester@MolinaHealthCare.Com

Cc: Michelle.Ritchie@MolinaHealthCare.Com

Date: Tuesday, December 28, 2021 at 12:18 PM EST

Dear Valued Provider,

Please review the attached document regarding SWH Medicare/MAP billing that will be effective 1/1/2022. Kindly review and note all changes indicated.

New Billing Address:

**Senior Whole Health of New York by Molina**
**P.O. Box 22637**
**Long Beach, CA 90801**

and Payer ID: **SWHNY**

Please cascade to anyone in your organization who will be impacted by this information.

If you have any questions, please contact PR email: SWHNY-ProviderRel-NY@MolinaHealthCare.Com or myself.

Thank you.

Deborah Sylvester

Provider Network Specialist

Senior Whole Health by Molina Healthcare

**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**

(347) 803-6504 (M)

Email: Deborah.Sylvester@Molinahealthcare.com

Website MAP: https://www.seniorwholehealthny.com

Website MLTC: https://www.swhproviders.com

*Exhibit 52*



**Senior Whole Health.**
BY MOLINA HEALTHCARE

\***For Authorization Issues:** SWHNY-ClinicalCoord@MolinaHealthCare.com

\***SWHNY Care Management:** SWHNY-CareMgmt@MolinaHealthCare.Com

\***For Intake:** SWHNY-IntakeNYC@Molinahealthcare.com

\***Sign up for SWH (MAP) Provider Portal:**

https://swhiweb.seniorwholehealth.com/providerportal/

\***Sign up for SWHNY MLTC Provider Portal:** https://www.availity.com/swh

\***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119 or call (866) 371-9066

\***For Billing Issues:** (866) 233-4773

\***Member Services:** (877) 353-0185

If any inquiries about ERA/EFT please contact (866) 506-2830 and select option 1

For the claims dept. (866) 233-4773 Mon-Fri, 8AM-5PM

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.



IMPORTANT NOTICE FOR ALL NETWORK PROVIDERS SWH NY.pdf
151.3 KB

Case 1:24-cv-07401-LTS-KHP Document 165 Filed 02/08/26 Page 140 of 166

## Dates for the Availity Essential Provider Portal Overview for Molina Providers

From: Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To: Deborah.Sylvester@MolinaHealthCare.Com

Cc: Michelle.Ritchie@MolinaHealthCare.Com

Date: Monday, March 28, 2022 at 11:43 AM EDT

Dear Valued Provider,

Please be advised that we have Combined Availity / SSO Training dates that have been set for providers and we are asking for your help to promote them within your center to encourage the participation of your staff! Please see the attached **Availity Webinar Flyer** to support these efforts.

- Wednesday, March 30 2:00pm-3:30pm EST
- Wednesday, April 13 11:30am-1:00pm EST
- Friday, April 15 1:00-2:30pm EST

To register for one of the above training sessions, log into Availity Essentials and proceed to the Help & Training section located at the top right of the screen and select "Get Trained". Once in the training catalog, go to the "Sessions" tab at the top of the page and then you will see the above trainings listed as "Availity Essential Provider Overview for Molina Providers – Live Webinar" and then Register Here

If there are any issues, please email training@availity.com

If you are not registered with Availity Essentials can you register for the Webinar?

- **Please utilize the attached Core Features Flyer**, or
- Have your admin register your organization on availity.com/molinahealthcare

Curious about what exciting new functionality is coming to Availity Essentials in 2022 and 2023? **Review the attached Availity Functionality Roadmap.**

We look forward to your participation.

Thank you in advance,

Deborah Sylvester
Provider Network Specialist
Senior Whole Health by Molina Healthcare
**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**

Exhibit 53

(347) 803-6504 Mobile

Email: Deborah.Sylvester@Molinahealthcare.com

Website: https://www.Molinahealthcare.com

 

## Please review updated information below

**For Authorization Issues: SWHNY-ClinicalCoord@MolinaHealthCare.com**

**SWHNY Care Management: SWHNY-CareMgmt@MolinaHealthCare.com**

**For New Referrals/Intake: SWHNY-IntakeNYC@MolinahealthCare.com**

**Sign up for MOLINA Provider Portal: https://www.availity.com**

**Sign up for EFT:** Change Healthcare https://providernet.adminisource.com

**For Billing Issues:** (866) 233-4773

**Member Services:** (877) 353-0185

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

 Availity_Webinar flyer_032522.pdf
547 KB

 Availity Core Features_Final.pdf
569.4 KB

 Availity Functionality Roadmap_March 2022.pdf
486.3 KB

## IMPORTANT UPDATE: Senior Whole Health of New York, Inc Vision benefits through Superior Vision

From:  Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To:  ducarmel.sagesse@molinahealthcare.com

Cc:  michelle.ritchie@molinahealthcare.com

Date:  Tuesday, March 29, 2022 at 05:04 PM EDT

Dear Valued Provider,

Kindly review the attached letter regarding SWHNY Vision Benefits Vendor. As of June 01, 2022, SWH will provide vision benefits coverage for our members through Superior Vision.

If you or your members have any questions for Superior, please contact **Superior Customer Service Department at (877) 235-5317.**

Thank you.

Deborah Sylvester

Provider Network Specialist

Senior Whole Health by Molina Healthcare

**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**

(347) 803-6504 (M)

Email: Deborah.Sylvester@Molinahealthcare.com

Website: https://www.Molinahealthcare.com

 

Please review updated information below

**For Authorization Issues:** SWHNY-ClinicalCoord@MolinaHealthCare.com

**SWHNY Care Management:** SWHNY-CareMgmt@MolinaHealthCare.com

**For New Referrals/Intake:** SWHNY-IntakeNYC@MolinahealthCare.com

**Sign up for MOLINA Provider Portal:** https://www.availity.com

**Sign up for EFT:** Change Healthcare https://providernet.adminisource.com

**For Billing Issues:** (866) 233-4773

Exhibit 54

Case 1:24-cv-07401-LTS-RFP    Document 165    Filed 02/06/26    Page 143 of 166

**<u>Member Services</u>: (877) 353-0185**

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

 Vison Provider Notification letter.pdf
119.3 KB

Case 1:24-cv-07401-LTS-KHP    Document 165    Filed 02/08/26    Page 144 of 166

## UPDATE—Change Healthcare ProviderNet Portal Outage: ERA & EOP

From:   Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To:     Deborah.Sylvester@MolinaHealthCare.Com

Cc:     Michelle.Ritchie@MolinaHealthCare.Com

Date:   Monday, August 8, 2022 at 10:13 AM EDT

Dear Valued Provider,

**Update –** The ProviderNet portal is now available, with features being limited to view and download Explanation of Payment (EOP) and 835/Electronic Remittance Advice (ERA).

- **Only existing, authenticated users of ProviderNet can be verified and re-gain access.**

- New enrollments are not being accepted at this time.

- Email Change Healthcare at: WCO.Provider.Registration@ChangeHealthcare.com

- See the specific request process on the ProviderNet portal

Thank you.

Deborah Sylvester

Provider Network Specialist

Senior Whole Health by Molina Healthcare

**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**

(347) 803-6504 (M)

Email: Deborah.Sylvester@Molinahealthcare.com

Website: https://www.Molinahealthcare.com

-



*Exhibit 55*

**For Authorization Issues:** SWHNY-ClinicalCoord@MolinaHealthCare.com
**SWHNY Care Management:** SWHNY-CareMgmt@MolinaHealthCare.com
**For New Referrals/Intake:** SWHNY-IntakeNYC@MolinahealthCare.com
**Sign up for MOLINA Provider Portal:** https://www.availity.com
**Sign up for EFT:** Change Healthcare https://providernet.adminisource.com
**For Billing Issues:** (866) 233-4773
**Member Services:** (877) 353-0185

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

 Comm_Provider ProviderNet Outage 8_5_22 Clean.docx
17.1 KB

 Comm_Provider ProviderNet Outage 8_5_22 Clean.docx
17.1 KB

Case 1:24-cv-07401-LTS-KHP Document 165 Filed 02/08/26 Page 146 of 166

## RE: UPDATE—Change Healthcare ProviderNet Portal Outage: ERA & EOP

From: Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To:     barbarawang88@yahoo.com

Cc:     Michelle.Ritchie@MolinaHealthCare.Com

Date:   Monday, August 8, 2022 at 01:07 PM EDT

You are most welcome, Barbara!

Thank you.

Deborah Sylvester

Provider Network Specialist

15 MetroTech Center 11th Floor

Brooklyn, NY 11201

Phone: 347-803-6504

**From:** wei wang <barbarawang88@yahoo.com>
**Sent:** Monday, August 8, 2022 11:02 AM
**To:** Sylvester, Deborah <Deborah.Sylvester@MolinaHealthCare.Com>; Sylvester, Deborah <Deborah.Sylvester@MolinaHealthCare.Com>

**Cc:** Ritchie, Michelle <Michelle.Ritchie@MolinaHealthCare.Com>
**Subject:** Re: UPDATE—Change Healthcare ProviderNet Portal Outage: ERA & EOP

**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi Deborah,

Case 1:24-cv-07401-LTC-MHP    Document 165    Filed 02/08/26    Page 147 of 166

Thank you so much for your update.

Barbara Wang'

Greatcare Inc.

646-267-5677

On Monday, August 8, 2022 at 10:13:57 AM EDT, Sylvester, Deborah <deborah.sylvester@molinahealthcare.com> wrote:

Dear Valued Provider,

**Update --** The ProviderNet portal is now available, with features being limited to view and download Explanation of Payment (EOP) and 835/Electronic Remittance Advice (ERA).

- **Only existing, authenticated users of ProviderNet can be verified and re-gain access.**

- New enrollments are not being accepted at this time.

- Email Change Healthcare at: WCO.Provider.Registration@ChangeHealthcare.com

- See the specific request process on the ProviderNet portal

Thank you.

Deborah Sylvester

**Provider Network Specialist**

Senior Whole Health by Molina Healthcare

**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**

(347) 803-6504 (M)

Email: Deborah.Sylvester@Molinahealthcare.com

Website: https://www.Molinahealthcare.com



For Authorization Issues: SWHNY-ClinicalCoord@MolinaHealthCare.com

SWHNY Care Management: SWHNY-CareMgmt@MolinaHealthCare.com

For New Referrals/Intake: SWHNY-IntakeNYC@MolinahealthCare.com

Sign up for MOLINA Provider Portal: https://www.availity.com

Sign up for EFT: Change Healthcare https://providernet.adminisource.com

For Billing Issues: (866) 233-4773

Member Services: (877) 353-0185

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

## Settlement Advocate Project Training Materials

From: Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To: Deborah.Sylvester@MolinaHealthCare.Com

Cc: Michelle.Ritchie@MolinaHealthCare.Com

Date: Monday, September 12, 2022 at 05:35 PM EDT

Dear Provider,

Attached please find the ECHO/Settlement Advocate training materials. Please cascade within your company as needed.

These are additional training materials beyond what has been made available on the provider website under the EFT/ERA/EDI tab. (The MolinaHealthcare.com website has been updated to include updated FAQ information as well as instructions on how to register with CHC/ECHO for EFT payments and updated EFT contact information.)

Thank you,

Deborah Sylvester | MHI – Provider Network Specialist
Senior Whole Health by Molina Healthcare
15 MetroTech Center 11th Floor, Brooklyn, NY 11201
Phone (347) 803-6504
Email: Deborah.Sylvester@Molinahealthcare.com
Website: www.molinahealthcare.com

 

**See updated information below**

Member | Senior Whole Health Landing Page (molinahealthcare.com)
**Authorization: SWHNY-ClinicalCoord@MolinaHealthCare.com**
**SWHNY Care Management: SWHNY-CareMgmt@MolinaHealthCare.com**
**New Referrals/Intake: SWHNY-IntakeNYC@MolinahealthCare.com**
**Sign up for MOLINA Provider Portal: https://www.availity.com & (800) 282-4548**
**Availity training Questions: training@availity.com**

*Exhibit 56*

Case 1:24-cv-07401-LTS-KHP Yahoo Mail - Settlement Advocate Project Training Materials Filed 02/06/26

<u>**Sign up for EFT**</u>: ECHO Health Provider Login (echohealthinc.com) manage claims payment and receivables

<u>**For Billing Issues:**</u> **(866) 233-4773**

<u>**Member Services:**</u> **(877) 353-0185 & www.swhnymembers.com**

<u>**Sign up for SWHNY MLTC Provider Portal:  https://www.availity.com/swh**</u>

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

 ECHO_HEALTH_PROVIDER_PORTAL_USER_GUIDE.pdf
1.8 MB

## SENIOR WHOLE HEALTH BY MOLINA HEALTHCARE: Availity trainings for Authorizations and claims Access

From:    Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To:    Deborah.Sylvester@MolinaHealthCare.Com

Cc:    Michelle.Ritchie@MolinaHealthCare.Com

Date:    Wednesday, January 11, 2023 at 09:03 PM EST

Dear Valued Provider,

Happy New Year 2023!

Senior Whole Health has designed a special Availity Billing Webinar Training for our selected Providers and we invite you and your staff to attend. Topics that will be addressed include, How to access claims and remittance information online.

Please follow the instructions to register as provided on the attached Availity Webinar Flyer and we look forward to your attendance. Please share this information with your billing personnel.

Kindly utilize the link below;

https://www.availity.com/molinahealthcare

Thank you,

Deborah Sylvester

Senior Whole Health by Molina Healthcare

Phone (347) 803-6504

Member Services at 877 353 0185

Website: www.molinahealthcare.com


Senior Whole Health
BY MOLINA HEALTHCARE

*Exhibit 57*

See updated information below

**For Authorization Issues:** **SWHNY-ClinicalCoord@MolinaHealthCare.com**

**For New Referrals/Intake:** **SWHNY-IntakeNYC@MolinahealthCare.com**

**Sign up for MOLINA Provider Portal:  https://www.availity.com & 800-282-4548**

**Availity training Questions: training@availity.com;**

https://apps.availity.com/web/registration//#/provider/aboutme/start

**Sign up for EFT:**  ECHO Health Provider Login (echohealthinc.com) edi@echohealthinc.com; 1-800-946-7758.

**For Billing Issues: (855) 838-8002**

**Member Services:** (877) 353-0185 & www.swhnymembers.com

**HHA EX & Placement issues:** Support@hhaexchange.com **or call:**  1-855-400-4429

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

 Availity Webinar Flyer Jan-Feb 2023.pdf
166.8 KB

## Wage Parity Attestation Needed.

From: Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To: Deborah.Sylvester@MolinaHealthCare.Com

Cc: Michelle.Ritchie@MolinaHealthCare.Com; Tiffany.Chen@molinahealthcare.com; Yue.Yu@MolinaHealthCare.Com

Date: Friday, November 3, 2023 at 04:51 PM EDT

Dear Valued Provider,

SWH/Molina is required to submit to the DOH Wage Parity Attestations ensuring that our contracted LHCSAs and FI agencies are paying at Wage Parity.

Kindly complete and return the attached LS300 form no later than **12/15/2023**.

Please ensure that the following is included:

1. LHCSA/FI Business Name: Please enter the **Legal Entity Name**
2. Calendar Year: **2022**
3. MCO Business Name: **Senior Whole Health by Molina Healthcare**
4. MCO Address: **15 Metrotech Center, Suite 1100, Brooklyn, NY 11201**

Kindly return a completed copy for LHCSA and FI entity to Tiffany Chen - tiffany.chen@molinahealthcare.com and Yu, Yue Yue.Yu@MolinaHealthCare.Com (Amy), and they should be contacted if you have any questions.

Thank you!

Deborah Sylvester
Specialist, Provider Contracts HP
Phone (347) 803-6504



**Senior Whole Health**
BY MOLINA HEALTHCARE

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use,

Exhibit 58

disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.



ls300 Form.pdf
702 KB



ls300 Form.pdf
702 KB



**Senior Whole Health**
BY MOLINA HEALTHCARE

**From:** wei wang <barbarawang88@yahoo.com>
**Sent:** Thursday, December 28, 2023 5:45 PM
**To:** Sylvester, Deborah <Deborah.Sylvester@MolinaHealthCare.Com>; wei barbara wang <barbarawang88@yahoo.com>
**Subject:** LS300

**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi Deborah,

Would you please check attachment for Greatcare Ls300, Thanks!

Barbara Wang

Greatcare inc.

646-267-5677

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

Exhibit 59

## FW: LS300

From:    Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To:    Yue.Yu@MolinaHealthCare.Com; Tiffany.Chen@molinahealthcare.com

Cc:    Michelle.Ritchie@MolinaHealthCare.Com; Lissette.Acevedo@MolinaHealthCare.Com;
       Tamjida.Islam@MolinaHealthCare.Com; barbarawang88@yahoo.com

Date:    Friday, December 29, 2023 at 08:03 AM EST


Hi Amy and Tiffany,

Please find the WP attestations for Greatcare, Inc.

Kindly review and process.

Thank you!

Deborah Sylvester

Specialist, Provider Contracts HP

Phone (347) 803-6504

Contact Us | Senior Whole Health of New York by Molina Healthcare



**Senior Whole Health**
BY MOLINA HEALTHCARE

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

**From:** wei wang <barbarawang88@yahoo.com>
**Sent:** Thursday, December 28, 2023 5:45 PM
**To:** Sylvester, Deborah <Deborah.Sylvester@MolinaHealthCare.Com>; wei barbara wang <barbarawang88@yahoo.com>
**Subject:** LS300

**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi Deborah,

Would you please check attachment for Greatcare Ls300, Thanks!

Barbara Wang

Greatcare inc.

646-267-5677

 ls300 - (09.22) SWHNY-MLTC (GCI).pdf
1.4 MB

 Provider Enrollment - Attestation for CDPAP.pdf
52.6 KB

 Provider Enrollment - attestation For PCA.pdf
53.2 KB

 ls300 - (09.22) SWHNY-MLTC (GCI).pdf
1.4 MB

 Provider Enrollment - Attestation for CDPAP.pdf
52.6 KB

 Provider Enrollment - attestation For PCA.pdf
53.2 KB

Case 1:24-cv-07401-LTS-KHP    Document 165    Filed 02/08/26    Page 158 of 166

## IMPORTANT: SWHNY CDPAP PMPM AMENDMENT REVISED

From:   Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To:     Deborah.Sylvester@MolinaHealthCare.Com

Cc:     Michelle.Ritchie@MolinaHealthCare.Com; Lissette.Acevedo@MolinaHealthCare.Com

Date:   Tuesday, August 13, 2024 at 11:00 AM EDT

Good morning Valued Provider,

Kindly accept my humblest of apologies. This email is to inform you that there was an error in the amendment you received on Friday 8/9/2024. You will receive a new amendment today.
Once again, my apologies for any inconvenience that this may have caused.

Thank you,

Updated Address -
Deborah Sylvester | Specialist, Provider Contracts HP
Senior Whole Health of New York by Molina Healthcare
**2900 Extension Street, Suite 202, Bronx, NY 10463**
Email: Deborah.Sylvester@Molinahealthcare.com
Phone (347) 803-6504

Contact Us | Senior Whole Health of New York by Molina Healthcare



**SWH Provider Portal**  https://molina.sapphirethreesixtyfive.com/?ci=ny-medicaid-swh-mltc&network_id=28&geo_location=33.9571,-118.4041&locale=en
**Authorization requests**  SWHNY-ClinicalCoord@MolinaHealthCare.Com
**Intake(Referrals) Department**  SWHNY—IntakeNYC@MolinaHealthCare.comSWH
**MAP Case Mgmt**.  SWHNY-CareMgmt@MolinaHealthCare.Com
**HHA Exchange & Placement issues:** Support@hhaxchange.com
**Eligibility & Claims**  https://apps.availity.com/web/registration//#/provider/aboutme/start

Exhibit 60

**Sign up for EFT** ECHO Health Provider Login (echohealthinc.com )manage claims payment and receivables

**ECHO Phone number** 888.834.3511 or edi@echohealthinc.com for inquiries

**Sign up for SWHNY MLTC Provider Portal** https://www.availity.com/swh

**Availity Essentials Provider Portal** 800-282-4548 Mon- Fri 8:00am-8:00pm

**Provider Relations** SWHNY-ProviderRel-NY@MolinaHealthCare.Com

**Provider Relations Fax** 1-855-818-4871 Attn: Provider Relations

**Member Services** 1-877-353-0185 Monday-Sunday 8AM- 8PM

**For Medicaid Entitlement** SWHNY-EntitleNYC@MolinaHealthcare.com

**For the claims dept (855) 838-8002 & (866)233-4773** Mon-Fri, 8AM-5PM

Please use the following emails for CDPAP/PCA/CHHA inquires for **Affinity by Molina Members**:

**Clinical Needs/service authorizations, CM/UM request/inquires, NYIA referrals and TOC referrals requesting LTSS services:**
  MHNYCLINICALCOORDINATON@MOLINAHEALTCARE.COM

**All vendor changes/authorizations**
  MHNYVENDORCHANGES@MOLINAHEALTHCARE.COM

**HHAX questions/inquires/authorizations:**
HHA_AUTHO@MolinaHealthCare.Com

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

Case 1:24-cv-07401-LTS-KHP    Document 165    Filed 02/08/26    Page 160 of 166

# Consumer Directed Personal Assistance Program (CDPAP) Statewide Fiscal Intermediary Transition

From:   Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To:     Deborah.Sylvester@MolinaHealthCare.Com

Cc:     Michelle.Ritchie@MolinaHealthCare.Com; Lissette.Acevedo@MolinaHealthCare.Com

Date:   Tuesday, December 31, 2024 at 11:38 AM EST

Dear Valued Provider,

Wishing you a Happy and Prosperous New Year!!!

Please find important information attached pertaining to CDPAP Data Transfer.
For your information, NYSDOH has released the attached notification to current Fiscal Intermediaries to provide additional information regarding data transfers from current Fiscal Intermediaries to the Department and Medicaid Managed Care Plans (MMCPs) as part of the transition to the Statewide Fiscal Intermediary.

Questions regarding the Statewide Fiscal Intermediary transition should be directed to the Department at StatewideFI@health.ny.gov.

Thank you,


Updated Address -

Deborah Sylvester | Specialist, Provider Contracts HP

Senior Whole Health of New York by Molina Healthcare

**2900 Extension Street, Suite 202, Bronx, NY 10463**

Email: Deborah.Sylvester@Molinahealthcare.com

Phone (347) 803-6504

Contact Us | Senior Whole Health of New York by Molina Healthcare



Exhibit 61

2/4/26, 3:40 PM    Yahoo Mail - Consumer Directed Personal Assistance Program (CDPAP) Statewide Fiscal Intermediary Transition

Case 1:24-cv-07401-LTS-KHP    Document 165    Filed 02/06/26    Page 161 of 166

**SWH Provider Portal** https://molina.sapphirethreesixtyfive.com/?ci=ny-medicaid-swh-mltc&network_id=28&geo_location=33.9571,-118.4041&locale=en

**Authorization requests** SWHNY-ClinicalCoord@MolinaHealthCare.Com

**Intake(Referrals) Department** SWHNY—IntakeNYC@MolinaHealthCare.comSWH

**MAP Case Mgmt.** SWHNY-CareMgmt@MolinaHealthCare.Com

**HHA Exchange & Placement issues:** Support@hhaxchange.com

**Eligibility & Claims** https://apps.availity.com/web/registration//#/provider/aboutme/start

**Sign up for EFT** ECHO Health Provider Login (echohealthinc.com )manage claims payment and receivables

**ECHO Phone number** 888.834.3511 or edi@echohealthinc.com for inquiries

**Sign up for SWHNY MLTC Provider Portal** https://www.availity.com/swh

**Availity Essentials Provider Portal** 800-282-4548 Mon- Fri 8:00am-8:00pm

**Provider Relations** SWHNY-ProviderRel-NY@MolinaHealthCare.Com

**Provider Relations Fax** 1-855-818-4871 Attn: Provider Relations

**Member Services** 1-877-353-0185 Monday-Sunday 8AM- 8PM

**For Medicaid Entitlement** SWHNY-EntitleNYC@MolinaHealthcare.com

**For the claims dept (855) 838-8002 & (866)233-4773** Mon-Fri, 8AM-5PM

Please use the following emails for CDPAP/PCA/CHHA inquires for **Affinity by Molina Members:**

**Clinical Needs/service authorizations, CM/UM request/inquires, NYIA referrals and TOC referrals requesting LTSS services:**

MHNYCLINICALCOORDINATON@MOLINAHEALTCARE.COM

**All vendor changes/authorizations**

MHNYVENDORCHANGES@MOLINAHEALTHCARE.COM

**HHAX questions/inquires/authorizations:**

HHA_AUTHO@MolinaHealthCare.Com

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

 Letter to Current FIs About Privacy Concerns During Data Transfers_20241223.pdf
109 KB

 Letter to Current FIs About Privacy Concerns During Data Transfers_20241223.pdf
109 KB

Case 1:24-cv-07401-LTS-KHP    Document 165    Filed 02/08/26    Page 162 of 166

## MUST READ: Fiscal Intermediary Member Noticing Transition

From:   Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)

To:     Deborah.Sylvester@MolinaHealthCare.Com

Cc:     Michelle.Ritchie@MolinaHealthCare.Com; Lissette.Acevedo@MolinaHealthCare.Com

Date:   Thursday, January 30, 2025 at 02:35 PM EST

Dear Valued Provider,

Please see the attached document titled *Notice to FIs Regarding Statutory Required Notice of Closure* which was sent to all current Fiscal Intermediaries today and posted to the Department's website.

Questions regarding the Statewide Fiscal Intermediary transition should be directed to the Department at StatewideFI@health.ny.gov.

Thank you,

Updated Address -

Deborah Sylvester | Specialist, Provider Contracts HP

Senior Whole Health of New York by Molina Healthcare

**2900 Extension Street, Suite 202, Bronx, NY 10463**

Email: Deborah.Sylvester@Molinahealthcare.com

Phone (347) 803-6504

Contact Us | Senior Whole Health of New York by Molina Healthcare



**SWH Provider Portal**  https://molina.sapphirethreesixtyfive.com/?ci=ny-medicaid-swh-mltc&network_id=28&geo_location=33.9571,-118.4041&locale=en

**Authorization requests**  SWHNY-ClinicalCoord@MolinaHealthCare.Com

**Intake(Referrals) Department**  SWHNY—IntakeNYC@MolinaHealthCare.comSWH

**MAP Case Mgmt.**  SWHNY-CareMgmt@MolinaHealthCare.Com

**HHA Exchange & Placement issues:** Support@hhaxchange.com

**Eligibility & Claims**  https://apps.availity.com/web/registration//#/provider/aboutme/start

*Exhibit 62*

**Sign up for EFT** <u>ECHO Health Provider Login (echohealthinc.com )</u>manage claims payment and receivables

**ECHO Phone number** 888.834.3511 or <u>edi@echohealthinc.com</u> for inquiries

**Sign up for SWHNY MLTC Provider Portal** <u>https://www.availity.com/swh</u>

<u>Availity Essentials Provider Portal</u> 800-282-4548 Mon- Fri 8:00am-8:00pm

**Provider Relations** <u>SWHNY-ProviderRel-NY@MolinaHealthCare.Com</u>

**Provider Relations Fax** 1-855-818-4871 Attn: Provider Relations

**Member Services** 1-877-353-0185 Monday-Sunday 8AM- 8PM

**For Medicaid Entitlement** <u>SWHNY-EntitleNYC@MolinaHealthcare.com</u>

**For the claims dept (855) 838-8002 & (866)233-4773** Mon-Fri, 8AM-5PM

Please use the following emails for CDPAP/PCA/CHHA inquires for **Affinity by Molina Members:**

**Clinical Needs/service authorizations, CM/UM request/inquires, NYIA referrals and TOC referrals requesting LTSS services:**

<u>MHNYCLINICALCOORDINATON@MOLINAHEALTCARE.COM</u>

**All vendor changes/authorizations**

<u>MHNYVENDORCHANGES@MOLINAHEALTHCARE.COM</u>

**HHAX questions/inquires/authorizations:**

<u>HHA_AUTHO@MolinaHealthCare.Com</u>

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.


Notice to FIs on Notice of Closure.pdf
110.1 KB


Notice to FIs on Notice of Closure.pdf
110.1 KB

FW: Quality Request - Provider Depression Screening Education Training Attestation- DUE 3/24/2025 REMINDER

From: Sylvester, Deborah (deborah.sylvester@molinahealthcare.com)
To: Deborah.Sylvester@MolinaHealthCare.Com
Cc: Michelle.Ritchie@MolinaHealthCare.Com; Lissette.Acevedo@MolinaHealthCare.Com
Date: Tuesday, March 18, 2025 at 06:57 PM EDT

Hi SWHNY LHSCA Provider,

I am following up on the earlier communication requesting completion of Training on Depression Screening Education by the all SWHNY/Molina LHCSA providers.
If you have completed and returned the attestation confirming training on Depression Screening was done, I extend a heartfelt thank you.
If you did not, please review the attached PowerPoint presentation and return the signed attestation confirming training was conducted and provide a listing the persons trained.

Indicated below are the areas that need to be completed on the attestation.

To ensure we are all in compliance with both the State and the company standards, enclosed there is an Attestation form; as shown on the right. Please add the names of all staff to receive the Depression Screening Training; and email back to us at:

SWHNY-QualIncidents@MolinaHealthCare.Com

Click below for the attestation:

Attestation Form -PHQ9_Refresher_12-16-24

### Provider Depression Screening Training & Education Attestation

I have received and understand the training and education provided on **the following topics:**

| Trainee Name | Training Topic | Format | Training date | Trainer sign |
|---|---|---|---|---|
| | Depression screening - Quality dept | PPP | | |
| | Depression screening - Quality dept | PPP | | |
| | Depression screening - Quality dept | PPP | | |
| | Depression screening - Quality dept | PPP | | |
| | Depression screening - Quality dept | PPP | | |

By signing below, I confirm that I have received Depression Education materials from Senior Whole Health of New York by Molina healthcare, a required training on above topics on December 2024.

By signing below, I affirm that I understand what was included in this training and agree to further review and become more familiar with all the materials and related information provided as part of this training.

By signing below, I agree that if I have any questions about anything in this training at any time, I will pose these questions to my supervisor, manager, and or the individual(s) who conducted the training. By signing below, I also agree to abide by all applicable policies, processes and workflows that relate to this training or otherwise pertain to my job at Molina healthcare of NY.

By signing below, I agree to treat the information and materials included in **Above Training** as confidential and will maintain that confidentiality to the best of my ability; that includes not sharing this training information and materials with parties outside of Senior Whole Health Molina Healthcare without prior approval of Health Plan leadership

Provider Name: _____

Staff Supervisor Coordinator name: _____

Signature: _____

Date: _____

Kindly return the completed attestation and names of trainees to email: SWHNY-QualIncidents@MolinaHealthCare.Com by **3/24/2025**.

If you have any questions, please email SWHNY-Quality Incidents at: SWHNY-QualIncidents@MolinaHealthCare.Com

Thank you.

Deborah Sylvester | Specialist, Provider Contracts HP
Senior Whole Health of New York by Molina Healthcare
**2900 Extension Street, Suite 202, Bronx, NY 10463**
Email: Deborah.Sylvester@Molinahealthcare.com
Phone (347) 803-6504
Contact Us | Senior Whole Health of New York by Molina Healthcare

_Exhibit 63_

about:blank                                                                                                    1/3



**SWH Provider Portal**  https://molina.sapphirethreesixtyfive.com/?ci=ny-medicaid-swh-mltc&network_id=28&geo_location=33.9571,-118.4041&locale=en
**Authorization requests**  SWHNY-ClinicalCoord@MolinaHealthCare.Com
**Intake(Referrals) Department**  SWHNY—IntakeNYC@MolinaHealthCare.comSWH
**MAP Case Mgmt.**  SWHNY-CareMgmt@MolinaHealthCare.Com
**HHA Exchange & Placement issues:** Support@hhaxchange.com
**Eligibility & Claims**  https://apps.availity.com/web/registration//#/provider/aboutme/start
**Sign up for EFT**  ECHO Health Provider Login (echohealthinc.com )manage claims payment and receivables
**ECHO Phone number**  888.834.3511 or  edi@echohealthinc.com  for inquiries
**Sign up for SWHNY MLTC Provider Portal**  https://www.availity.com/swh
**Availity Essentials Provider Portal**  800-282-4548 Mon- Fri 8:00am-8:00pm
**Provider Relations**  SWHNY-ProviderRel-NY@MolinaHealthCare.Com
**Provider Relations Fax**  1-855-818-4871  Attn: Provider Relations
**Member Services**  1-877-353-0185  Monday-Sunday 8AM- 8PM
**For Medicaid Entitlement**  SWHNY-EntitleNYC@MolinaHealthcare.com
**For the claims dept**  (855) 838-8002  & (866)233-4773  Mon-Fri, 8AM-5PM

Please use the following emails for CDPAP/PCA/CHHA inquires for **Affinity by Molina Members:**

**Clinical Needs/service authorizations, CM/UM request/inquires, NYIA referrals and TOC referrals requesting LTSS services:**
   MHNYCLINICALCOORDINATON@MOLINAHEALTCARE.COM
**All vendor changes/authorizations**
   MHNYVENDORCHANGES@MOLINAHEALTHCARE.COM
**HHAX questions/inquires/authorizations:**
HHA_AUTHO@MolinaHealthCare.Com

---

**From:** Sylvester, Deborah
**Sent:** Friday, January 3, 2025 5:38 PM
**To:** Sylvester, Deborah <Deborah.Sylvester@MolinaHealthCare.Com>
**Cc:** Ritchie, Michelle <Michelle.Ritchie@MolinaHealthCare.Com>; Acevedo, Lissette <Lissette.Acevedo@MolinaHealthCare.Com>
**Subject:** Quality
**Importance:** High

**Dear Provider,**

**Happy Holidays to you and your entire staff. Senior Whole Health of New York is requesting your assistance with ensuring your staff is adequately trained on identifying and decreasing symptoms related to depression.  Please have the staff review the attach Power Point Presentation fully, either the administrator or DPS can sign off on the attached attestation and return to our quality department.**

**Thanks and let us know if you have any questions**

2/4/26, 3:40 PM
Yahoo Mail - FW: Quality Request - Provider Depression Screening Education Training Attestation- DUE 3/24/2025 REMINDER

Case 1:24-cv-07401-LTS-KHP - Document 165 - Filed 02/08/26 - Page 166 of 166

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

 Providers Depression Screening Education Training-DEC.24.pdf
612.8 KB

 Attestation Form -Provider Depression Training _BLANK.docx
66.6 KB

 Dear Admin Letter for PIP Depression Attestation .docx
32 KB