UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  HEI LI, et al.,

                                          Plaintiffs,                          **24-CV-7401 (JHR) (KHP)**

                        -against-
                                                                                      **ORDER**

GREATCARE, INC., et al.,

                                          Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 19, 2026 Plaintiffs submitted a letter to the Court requesting: (1) an extension of the fact discovery deadline to allow for the deposition of GreatCare's Rule 30(b)(6) representative, in light of counsel's representation that she is currently suffering from a rib fracture and is unable to appear for deposition in the near future; and (2) that GreatCare be ordered to show cause at the Case Management Conference scheduled for March 2, 2026, as to why sanctions should not be imposed based on the deficiencies identified in its February 8, 2026 letter, as well as the additional grounds set forth in Plaintiffs' February 19 submission.

The parties should be prepared to discuss both requests at the upcoming conference.  In the interim, should GreatCare wish to supplement its February 8, 2026 letter consistent with the Court's Order at ECF No. 162 and Plaintiffs' letter, it is free to do so.

        **SO ORDERED.**

DATED:    February 20, 2026
              New York, New York

                                                          _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/20/2026