

**BRENLLA**
LAW FIRM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___03/04/2026

<u>VIA ECF</u>

March 3, 2026

Hon. Katharine Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED:** Counsel is directed to email Judge Parker's chambers with a telephone where they can be connected to the courtroom for the <u>April 8, 2026</u> conference.

**APPLICATION GRANTED**

*(signature)* Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**

**03/03/2026**

*Li, et al v. Greatcare, Inc., CenterLight Health System., et al*
<u>Civil Action No: 24 Civ. 7401 (LTS)(KHP)</u>

Dear Judge Parker:

This law firm represents the Defendant, CenterLight Health System, Inc. ("CenterLight"), in the above-referenced matter.

There was a case management conference originally scheduled for April 21, 2026. The conference has been rescheduled for April 8, 2026 at 2:00 pm. I have a prescheduled vacation out of state that week. I respectfully request to participate in that conference remotely or respectfully request that the conference be adjourned to the following week.

If you should have any questions, please do not hesitate to contact the parties.

Respectfully submitted,

BRENLLA, LLC

By: *(signature)*
_____
George F. Brenlla

**BRENLLA, LLC**
250 Park Avenue, 7th Floor
New York, New York 10177

Office: (212) 364-5173
Fax: (646) 219-0983
gfbrenlla@brenllalaw.com
www.brenllalaw.com