UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

HEI LI, et al.,

                            Plaintiffs,

               -against-

GREATCARE, INC., et al.,

                            Defendants.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 3/30/2026

**24-CV-7401 (LTS) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Before the Court is the motion of Jose Muniz of the Law Office of Jose A. Muniz, to substitute as counsel of record for GreatCare Inc. ("GreatCare") in place of Chaya Mushke Gourarie and Elisabeth Schiffbauer of Bell Law Group PLLC, and to terminate Chaya Mushke Gourarie's and Elisabeth Schiffbauer's appearances on the docket. Because GreatCare will remain represented by counsel and the substitution complies in large part with Local Civil Rule 1.4(b)(2), the motion is GRANTED. Insofar as a fourteen day adjournment was requested to permit GreatCare sufficient time to retain substitute counsel, the request is DENIED as moot.

       **SO ORDERED.**

DATED:     March 30, 2026
             New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge