# LAW OFFICE OF JOSE MUNIZ, ESQ

**Attorney at Law**
39-15 Main Street - Suite 318
Flushing, New York 11354
Office: (718) 939-8880
Cell: (646) 750-2185
jamlaw305@gmail.com

---

**Via ECF**                                                    April 2, 2026
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                              **Re:** Hei Li, et al. v. Greatcare INC. et al,
                              **Case No.** 1:24-cv-07401-LTS-KHP

Dear Judge Parker:

I respectfully submit this letter in response to Plaintiffs' March 30, 2026 submission requesting that the Court order GreatCare to show cause why sanctions should not be imposed.

Plaintiffs' characterization of the recent substitution of counsel as "circular" and undertaken in bad faith is incorrect. I was re-retained by Ms. Barbara Wang last Friday following the withdrawal of prior counsel. The substitution reflects the client's decision regarding representation and does not constitute sanctionable conduct. A party's decision to change counsel, without more, does not demonstrate willfulness, bad faith, or an intent to delay proceedings.

Plaintiffs' letter also omits a material fact affecting scheduling. Ms. Wang recently suffered an injury that has required her to remain on bed rest, which has impacted her immediate availability. Her medical condition has necessarily affected scheduling logistics, including deposition coordination. Any short delay associated with these circumstances is attributable to legitimate health considerations rather than dilatory conduct. (Attached are Ms. Wang's Affidavit and injury paperwork.)

Sanctions under Rule 37 and the Court's inherent powers require a showing of willfulness, bad faith, or fault, as well as prejudice. See *Southern New England Tel. Co. v. Global NAPS Inc.*, 624 F.3d 123, 144 (2d Cir. 2010). Here, there has been no willful violation of a Court order. Rather,

the recent transition in counsel and Ms. Wang's medical limitations explain the present scheduling issues. Courts consistently decline to impose sanctions where circumstances demonstrate good faith and the absence of prejudice.

Plaintiffs' assertion that GreatCare is a "serial abuser of the judicial system" is unsupported and unnecessary to the resolution of any discovery issue. The record reflects that Defendant has participated in discovery and has fully produced all discoverable documents. Nevertheless, to comply with Plaintiffs' counsel's production instructions, GreatCare is preparing a complete resubmission of its discovery responses and production before April 8, 2026.

Undersigned counsel has resumed representation promptly upon being retained and is prepared to coordinate deposition dates that reasonably accommodate Ms. Wang's current medical limitations.

Defendant remains committed to complying with the Court's orders and completing discovery efficiently. Defendant will appear at the April 8 conference prepared to propose dates for Ms. Wang's deposition and to address any remaining scheduling issues in a cooperative manner.

Dispositive sanctions such as default judgment are an extreme remedy reserved for cases involving persistent and willful noncompliance. No such circumstances exist here. The record instead reflects a good-faith transition in counsel combined with a temporary medical impediment affecting availability.

For these reasons, Defendant respectfully submits that sanctions are unwarranted and requests that the Court permit the parties to proceed with discovery on a reasonable schedule.

Respectfully submitted,

LAW OFFICE OF JOSE MUNIZ, ESQ.
*Attorney for Defendant, GreatCare Inc.*

 /s/  Jose A. Muniz
Jose Muniz, Esq.
39-15 Main Street – Suite 318
Flushing, NY 11354
(646) 750-2185
jamlaw305@gmail.com

cc. All counsel of record (via ECF)

-----------------------------------------------------------------------X

HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHENG, XIU X. ZHU,

Case No.: 1:24-CV-7401 (LTS)(KHP)

Plaintiffs,

- against-

GREATCARE, INC., CENTERLIGHT HEALTHCARE, INC., and SENIOR WHOLE HEALTH OF NEW YORK, INC.,

Defendants.

-----------------------------------------------------------------------X

## **AFFIDAVIT**

I am Barbara Wang ("Barbara"), I am GreatCare's administrator. I respectfully submits this affidavit in response to Plaintiffs' letter, dated March 30, 2026 (ECF No. 186), requesting that this Court shall impose sanctions against GreatCare on the basis that GreatCare and I are engaging in "bad faith tactics" and that I am avoiding my deposition which was scheduled on February 26, 2026. **I hereby swear under penalty of perjury to the following:**

1. On February 11, 2026, Plaintiffs' counsel scheduled the deposition of GreatCare employee Zhao Mei Mei. I was told if I want to attend Zhao deposition, I should arrive early. I left my home that morning. Unfortunately, I slipped and fell at my doorstep, sustaining severe injuries that rendered me unable to stand. Fortunately, my daughter was present to assist me. I attempted to get into the vehicle with the help of my daughter and the Uber driver, but at that point, I was in extreme pain. My daughter called an ambulance, and I was transported to the hospital. I was diagnosed with a fracture and placed on strict bed rest by my physician. **(Exhibit A)**

2. Upon learning of this situation, our counsel, Jose A. Muñiz, Esq., notified Plaintiffs' counsel via email that I could not attend my own deposition that was scheduled for February 18, 25, and 26, 2026. Mr. Muñiz attached medical and hospital documentation.

3. In late February, due to an urgent family emergency, it required Mr. Muñiz's presence and attention, our communication was temporarily interrupted. Concerned that attorney Muñiz might be

unable to appear at the March 2, 2026, court conference, I contacted Bell Law Group on February 25, 2026.

4.    The reason I thought the assistance of Bell Law Group, because we spent substantial time explaining the case background to new counsel while I stilled on bedridden. To ensure continuity in representation, GreatCare rehired Mr. Muñiz. This decision was made in good faith to make to assure the progression of these proceedings.

5.    GreatCare and I never intended to delay Court proceedings or substitute counsel in bad faith, as alleged. Instead, I was concerned about our counsel's availability during his family emergency and to ensure the orderly progression of this litigation, not to obstruct it.

6.    I must mention here that during Bell Law Group's representation, Bell Law Group engaged in at least two instances of communication with Plaintiffs' counsel; and, I was actively assisting in organizing case materials.

7.    The Plaintiffs' accusation that GreatCare and I, personally, "obstructed" the deposition and to engage in "tactics" to delay the litigation, is materially inconsistent and false with the following facts. Rather, it's to the contrary. It's the Plaintiffs' that are misusing the discovery privilege by improperly withholding relevant, non-privileged documents, and invoking protection of Plaintiffs under the claim that their deposition will be duplicative; while, at the same time, wanting to depose me again and again. I respectfully submit:

8.    GreatCare has evidence that shows Plaintiffs' counsel's bad faith and abuse of the discovery privilege. For instance, we requested from Plaintiffs' counsel certain discovery materials, including deposition transcripts of GreatCare's employees; but, Plaintiffs' counsel refused. They declined to provide the deposition of the GreatCare administrator, which was my own deposition; and three other employees of GreatCare, let alone sending us a copy of the Plaintiff's deposition, that was taken by another codefendant.

9.    Ironically, while Plaintiffs want to depose me twice for three days, GreatCare asked to depose the remaining Plaintiffs only once. Plaintiffs' counsel refused, alleging the remaining Plaintiffs' deposition will be duplicative. **(Exhibit B)**

10.    On GreatCare discovery requests, it asked for a copy of Plaintiffs' Tax returns and Form W2 wages; which is, one of the main defenses tools, GreatCare can use to defend itself. To date we haven't received, nor has the Plaintiff moved or requested a protective order.

11.     I also want to assert that I was previously deposed by Plaintiffs' counsel on January 7, 2026. Plaintiff's counsel's oppressive language is very clear. For instance, in her original deposition notice, Plaintiffs' counsel requested two days of deposition for me. One for myself, in my personal capacity, as a GreatCare employee; and the other is as a GreatCare representative!

12.     Nevertheless, on February 10, 2026, the Plaintiffs' deposition notice emphasized the need for two days to depose me and made it open for extra days of deposition. I understand that these demands, language, and tactics are clearly calculated to harass and prejudice GreatCare and its administrator. **(Exhibit C)**

**Wherefore,** I ask you Hon. Judge Parker not to impose sanctions on the Defendants.

Respectfully submitted,

**Signature of** Barbara Wang

**Affiant:** _____ Barbara Wang _____ **Date:** _4/2/2026_

Barbara Wang

GreatCare Administrator

# EXHIBIT A

# THE CENTRAL ORTHOPEDIC GROUP, LLP

651 Old Country Road, Plainview, NY 11803
5840 Merrick Road Massapequa NY 11758
Ph: 516-681-8822  Fax: 516-681-3332

77 N. Centre Avenue, Rockville Centre, NY 11570
1022 Broadway Yonkers NY 10701
www.centralorthopedicgroup.com

Date: 2/27/2026

This is to certify that Barbara Wang is under the care of Fernando Checo, M.D. for THE LUMBAR SPINE.

Patient was most recently seen on : 2/27/26

( ) May      (X) May Not      (X) Return to Work

( ) With      ( ) Without      ( ) Restrictions

No work for: 6X WEEKS TO 3MONTHS

Remarks:
PATIENT MAY NOT RETURN BACK TO WORK UNTIL RE-EVALUATED AND MEDICALLY CLEARED.

Fernando Checo M.D.

Electronically Signed.

11:38:11 AM
2/27/2026

Fernando Checo, M.D.





Plainview Hospital
888 Old Country Road, Plainview, NY 11803
Emergency Department: (516) 719-3000 - northwell.edu

and push against other structures or organs.

What are the causes?
This condition is caused by:
Repetitive movements with high force, such as pitching a baseball or having very bad coughing spells.
A direct hit the chest, such as a sports injury, a car crash, or a fall.
Cancer that has spread to the bones, which can weaken bones and cause them to break.
What are the signs or symptoms?
Symptoms of this condition include:
Pain when you breathe in or cough.
Pain when someone presses on the injured area.
Feeling short of breath.
How is this diagnosed?
This condition is diagnosed with a physical exam and medical history. You may also have imaging tests, such as:
Chest X-ray.
CT scan.
MRI.
Bone scan.
Chest ultrasound.
How is this treated?
Treatment for this condition depends on the severity of the fracture. Most rib fractures usually heal on their own in 1–3 months. Healing may take longer if you have a cough or if you do activities that make the injury worse. While you heal, you may be given medicines to control the pain. You will also be taught deep breathing exercises.

Severe injuries may require hospitalization or surgery.

Follow these instructions at home:
Managing pain, stiffness, and swelling

If directed, put ice on the injured area. To do this:
Put ice in a plastic bag.
Place a towel between your skin and the bag.
Leave the ice on for 20 minutes, 2–3 times a day.
Remove the ice if your skin turns bright red. This is very important. If you cannot feel pain, heat, or cold, you have a greater risk of damage to the area.
Take over-the-counter and prescription medicines only as told by your health care provider.
Activity

Avoid doing activities or movements that cause pain. Be careful during activities and avoid bumping the injured rib.
Slowly increase your activity as told by your health care provider.

 **Northwell Health®**

Plainview Hospital
888 Old Country Road, Plainview, NY 11803
Emergency Department: (516) 719-3000 - northwell.edu

**WANG, BARBARA**
**Date of Birth: 4/9/1973**
**MRN/VisitID: 5049557/1319044960**

---

Date of Service: 02/11/2026    Principal Discharge Diagnosis: Fracture, rib

The following providers were involved in your care: Jan Dauer (MD)

---

##  Thank you for choosing Northwell Health to provide care

You have choices when it comes to care.  As a system, we provide:

- **Primary care and specialty care:** If you need to find a provider or if you want to make an appointment, please call our Patient Access Center at **1-888-321- DOCS.**
- **Urgent care:** Please visit one of our Northwell Health-GoHealth Urgent Care Centers. They are open Mon-Fri: 8am-8pm, Sat-Sun: 9am-5pm. Visit www.gohealthuc.com/northwell.
- **Emergency Care:** Visit our website for more information: https://www.northwell.edu/emergency-medicine
- **Emergency Telehealth:** Need to see a doctor for your symptoms? Call us anytime. Open 24 hours a day, including holidays. Use the QR code below or call 833-556-6784.



## Please schedule an appointment with the following healthcare provider(s):

- A member of the Northwell Patient Access Service Team may contact you to assist you with coordinating an appointment OR you may contact them at **1-888-321-DOCS.**
  - Mallen, Jonathan Roy (DR); Orthopaedic Surgery
    651 Old Country Road; Plainview, NY 11803-4938
    Phone: (516)681-8822; Fax: (516)681-3332

##  Instructions from your ED Healthcare Provider

Rest.
Use incentive spirometer 4-5 times per hour for the next 3 to 4 days.
May take meloxicam 1 tablet/day for pain if needed.
Follow-up with your primary care physician next week for reevaluation.
Return here if needed.

Rib Fracture

A rib fracture is a break or crack in one of the bones of the ribs. The ribs are long, curved bones that wrap around your chest and attach to your spine and your breastbone. The ribs protect your heart, lungs, and other organs in the chest.

A broken or cracked rib is often painful but is not usually serious. Most rib fractures heal on their own over time. However, rib fractures can be more serious if multiple ribs are broken or if broken ribs move out of place

---


**Northwell Health®**

Plainview Hospital
888 Old Country Road, Plainview, NY 11803
Emergency Department: (516) 719-3000 - northwell.edu

**WANG, BARBARA**
**Date of Birth: 4/9/1973**
**MRN/VisitID: 5049557/1319044960**

General instructions

Do deep breathing exercises as told by your health care provider. This helps prevent pneumonia, which is a common complication of a broken rib. Your health care provider may instruct you to:
Take deep breaths several times a day.
Try to cough several times a day, holding a pillow against the injured area.
Use a device called incentive spirometer to practice deep breathing several times a day.
Drink enough fluid to keep your urine pale yellow.
Do not wear a rib belt or binder. These restrict breathing, which can lead to pneumonia.
Keep all follow-up visits. This is important.
Contact a health care provider if:
You have a fever.
Get help right away if:
You have difficulty breathing or you are short of breath.
You develop a cough that does not stop, or you cough up thick or bloody sputum.
You have nausea, vomiting, or pain in your abdomen.
Your pain gets worse and medicine does not help.
These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.

Summary
A rib fracture is a break or crack in one of the bones of the ribs.
A broken or cracked rib is often painful but is not usually serious.
Most rib fractures heal on their own over time.
Treatment for this condition depends on the severity of the fracture.
Avoid doing any activities or movements that cause pain.
This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 11/04/2024 Document Reviewed: 11/04/2024
Elsevier Patient Education © 2025 Elsevier Inc.

## Aftercare Instructions

- It is important that you follow up with a doctor, nurse practictioner, or physician assistant for ongoing care.
- If your symptoms become worse or you do not get better as expected and you are unable to reach your usual healthcare provider, you should return to the Emergency Department.
- A member of the Northwell Patient Access Service Team may contact you to assist you with coordinating an appointment OR you may contact them at **1-888-321-DOCS.**
- **Should anything change about today's visit, it's very important that we are able to contact you. The preferred phone number we have on file for you is (646) 2675677. If this is incorrect, please alert a staff member or call us at (516) 719 -3000.**



Plainview Hospital
888 Old Country Road, Plainview, NY 11803
Emergency Department: (516) 719-3000 - northwell.edu

**WANG, BARBARA**
**Date of Birth: 4/9/1973**
**MRN/VisitID: 5049557/1319044960**

##  Medications Prescribed

Please **do not take any other medications** without first consulting with **your** physician. Please bring this form to your next doctor's appointment.  Carry a list of your medications with you at all times in the event of an emergency.

I will **START** or **STAY ON** these medications listed below when I leave the hospital:

| Medication | Date & Time to take Next Dose | Prescription Transmission Status |
| --- | --- | --- |
| **Printed Prescription(s)** | | |
| meloxicam 10 mg oral capsule<br>--1 cap(s) by mouth once a day | | Printed |

##  You Were Given the Following Medications during Your Emergency Visit

HYDROmorphone   Tablet, Dose Given - 2 milliGRAM(s) (1 time)

## Medication Safety Reminder

While in the Emergency Department, you may have received medication that could potentially affect your ability to safely operate a motor vehicle. We caution you against driving after receiving such medication or if you feel at all unable to drive for any reason. If you need assistance in arranging transportation, please ask for help prior to leaving the Emergency Department.

##  Tests Completed in the Emergency Department

You can review the details of your results by visiting the Northwell Health Patient Portal

 **Northwell Health®**

Plainview Hospital
888 Old Country Road, Plainview, NY 11803
Emergency Department: (516) 719-3000 - northwell.edu

**WANG, BARBARA**
**Date of Birth: 4/9/1973**
**MRN/VisitID: 5049557/1319044960**

## Radiology Results

The following test results were completed and shared with you during your visit; please bring this form to your next doctor's appointment.

| Name/Date | Value |
|---|---|
| CT Abdomen and Pelvis No Cont (2/11/2026 1:00:04 PM) | ACC: 72965385 EXAM: CT ABDOMEN AND PELVIS   ORDERED BY: JAN H DAUER PROCEDURE DATE: 02/11/2026      INTERPRETATION: EXAM: CT ABDOMEN AND PELVIS     CLINICAL INFORMATION: blunt trauma to left lower flank COMPARISON: None.   CONTRAST /COMPLICATIONS: IV Contrast: NONE  Oral Contrast: NONE  Complication: None   PROCEDURE: CT of the Abdomen and Pelvis was performed.  Sagittal and coronal reformats were performed. FINDINGS: LOWER CHEST: Within normal limits.   LIVER: Within no rmal limits. BILE DUCTS: Normal caliber. GALLBLADDER: Within normal limits. SPLEEN: Within normal limits. PANCREAS: Within normal limits. ADRENALS: Within normal limits. KIDNEYS/URETERS: There is a 9 mm angiomyolipoma in the upper pole of the right kidney. No renal stones. No hydronephrosis.   BLADDER: Minimally distended. REPRODUCTIVE ORGANS: Hysterectomy.   BOWEL: No definitive evidence of bowel obstruction, allowing for lack of  oral and IV contrast material. Mildly increased coloni c stool burden.  Appendix is normal. PERITONEUM/RETROPERITONEUM: Within normal limits. VESSELS: Within normal limits. LYMPH NODES: No lymphadenopathy. ABDOMINAL WALL: Lower anterior abdominal postsurgical changes. BONES: Acute mildly displaced f ractures involving the posterior aspect of  the left 12th rib (series 301, image 19) along with the left transverse   process of L1 (image 26). Mild degenerative changes. Bilateral  sacroiliitis.   IMPRESSION: Acute mildly displaced fractures invo lving the posterior aspect of the   left 12th rib along with the left transverse process of L1.   Mildly increased colonic stool burden. Correlate clinically for   constipation.      --- End of Report ---      MICHAEL D KARACHALIOS MD; A ttending Radiologist  This document has been electronically signed. Feb 11 2026 12:56PM |
| PACS Image (2/11/2026 1:00:04 PM) | Image(s) Available |

## Fall Risk Education

During your visit today, we identified that you may be at risk of falling, please visit the below websites for information about fall prevention.

1.       2.       3.

Requested By: Dauer, Jan H (MD)      Job ID: 203114939      Printed From:PLV ED Red Zone

 **Northwell Health**®

Plainview Hospital
888 Old Country Road, Plainview, NY 11803
Emergency Department: (516) 719-3000 - northwell.edu

**WANG, BARBARA**
**Date of Birth: 4/9/1973**
**MRN/VisitID: 5049557/1319044960**

---

##  Fall Risk Education

https://www.northwell.edu/news/fall-prevention-protects-and-maintains-health-and-mobility

https://www.northwell.edu/news/fall-prevention-tips-to-avoid-injury

https://www.cdc.gov/steadi/patient.html

##  Patient Portal Instructions

You can access the FollowMyHealth Patient Portal offered by Northwell Health by registering at the following website: **http://northwell.edu/followmyhealth** . By joining Northwell's FollowMyHealth portal, you will also be able to view your health information using other applications (apps) compatible with our system.

##  If You Have Questions About a Bill

You can review our FAQs online at northwell.edu/help or give us a call at (888) 214-4066.

Northwell provides services at a reduced cost to those who are determined to be eligible through Northwell's financial assistance program. Information regarding Northwell's financial assistance program can be found by going to https://www.northwell.edu/assistance or by calling 1(800) 995-5727.

##  Northwell Wellness & Preventative Care

Your everyday choices can improve your health - learn more at northwell.edu/healthyliving

##  Smoking Cessation

If you use tobacco, quitting is the most important step you can take to improve your health and live longer. Second hand smoke is also harmful to you. If I want to quit I can:
- Contact my healthcare provider for help with quitting
- Contact the Center for Tobacco Control at Northwell Health by calling **516-466-1980** or emailing tobaccocenter@northwell.edu
- Contact the New York State Smoker's Quit line at **866-NY-QUITS (697-8487)** or use their website www.nysmokefree.com

##  Everyone Has the Right to Be Safe and free from Neglect, Exploitation, and Verbal, Mental, Physical and Sexual Abuse!

**GET HELP NOW - GET SAFE - STAY SAFE**
**CALL 24HRS A DAY; 800-942-6906 (English) or 800-942-6908 (Spanish)**
We have expanded our network of care! For an additional opportunity to experience quality, affordable care in a convenient location, please visit one of our Northwell Health - GoHealth Urgent Care Centers. They are open Mon-Fri: 8am-8pm, Sat-Sun: 9am-5pm. Visit: www.gohealthuc.com/northwell, or call **844-234-0020**.

---


**Northwell Health®**

Plainview Hospital
888 Old Country Road, Plainview, NY 11803
Emergency Department: (516) 719-3000 - northwell.edu

**WANG, BARBARA**
Date of Birth: 4/9/1973
MRN/VisitID: 5049557/1319044960

 **Mental Health Information from New York State**

 **Office of Mental Health** — **Hope. Recovery. Resilience.**

Andrew M. Cuomo, Governor                    Ann Marie T. Sullivan, MD, Commissioner

## How can I find help after I leave the hospital?

**Planning ahead can help people living with mental illness avoid a crisis situation.** By talking with your doctor and treatment team, you can develop a plan that will help you if you feel your symptoms are returning. **Be sure to have the number of a contact person to call before you leave the hospital.**

The first thing to do if you feel your health worsening is to call your contact person or your mental health professional. If you don't currently have a mental health professional, make an urgent appointment with a primary care physician just as you would for the flu or an infection, so that you can begin finding support quickly.

You can also make an appointment with a mental health professional through OMH's "Find a Mental Health Program" or in New York City by calling NYCWell at **1-888-NYC-WELL** or texting **"WELL" to 65173.**

## Find a Mental Health Program

You can use the OMH **"Find a Mental Health Program"** guide (**https://my.omh.ny.gov/bi/pd/**) to find clinic, outpatient, crisis, and emergency services in your area. The Program Directory provides a list of all programs in New York State that are operated, licensed, or funded by the Office of Mental Health. The directory provides information on all types of mental health services.

## Are you experiencing a crisis?
## Don't have a mental health provider or can't reach them?

Fortunately, there are many organizations that offer help for people going through a difficult time. They can be an important first step in getting the help you need. Some hotlines that can help you find support and services include:

### National Suicide Prevention Lifeline

If your life or someone else's is in imminent danger, **please call 911.** If you are in crisis and need immediate help, please call: **1-800-273-TALK (8255).**

### National Empowerment Center

An advocacy and peer-support organization run by consumers and ex-patients in recovery. Call: **800-power2u (800-769-3728)**

### Crisis Text Line

New York State has partnered with Crisis Text Line, an anonymous texting service available 24/7. Starting a conversation is easy. Text **GOT5** to **741741.**

### National Alliance on Mental Illness

NAMI offers a hotline (**1-800-950-NAMI (6264)** and email address (**info@nami.org**) to help answer your questions about local support groups, services and treatment options.


**Northwell Health®**

Plainview Hospital
888 Old Country Road, Plainview, NY 11803
Emergency Department: (516) 719-3000 - northwell.edu

**WANG, BARBARA**
**Date of Birth: 4/9/1973**
**MRN/VisitID: 5049557/1319044960**

## Domestic Violence

If you or someone else is in a relationship is being controlled by another individual through verbal,physical, or sexual abuse, or other tactics, please call: **1-800-942-6906.**

## The Trevor Project

Provides crisis intervention and suicide prevention services to lesbian, gay, bisexual, transgender and questioning youth. Call: **1-866-488-7386**

## If you still cannot get the help you need and are experiencing a crisis, you should:

- **Call 911** — Tell the operator that it is a "mental health emergency" and ask for emergency responders with Crisis Intervention Team (CIT) training. Many first responders will approach a mental health situation differently if they know what to expect.
- **In New York City,** you can call NYC Well for help in a crisis at **1-888-NYC-WELL** or texting "WELL" to **65173.**
- **Go to the emergency room at your local hospital.** If you are in crisis and it's not possible to get in touch with a mental health or crisis specialist, a visit to an emergency room is your best option.

## Know your rights for insurance coverage

**New York State has a new program** to help people access their insurance coverage for substance use disorders and mental health services.
The new Ombudsman Program, called **Community Health Access to Addiction and Mental Healthcare Project (CHAMP)** can help you better understand your legal rights to behavioral health insurance coverage and help you to access treatment and services. The Ombudsman's Office can also help with health insurance coverage. A general mailbox (Ombuds@oasas.ny.gov) and a hotline number **(888-614-5400)** have been established for questions.

## Remember, it's OKAY to seek support.

Far too many people who have behavioral health concerns for themselves or their family members are reluctant to seek advice or treatment because of the stigma surrounding mental illness. Fortunately, that is changing.
People are realizing that mental illness is not a weakness or personal failing. There is no shame in seeking out mental health services, just as there's no shame in seeking medical treatment for high blood pressure, diabetes, or physical rehabilitation.

**The New York State Office of Mental Health** operates psychiatric centers across the state, and also regulates, certifies and oversees more than 4,500 programs, which are operated by local governments and nonprofit agencies. To contact OMH or one of its Field Offices located across the state:

**New York State Office of Mental Health**
Albany (800) 597-8481, **www.omh.ny.gov**
**Western New York Field Office**
Buffalo (716) 533-4075
**Central New York Field Office**
Syracuse (315) 426-3930

**Hudson River Field Office**
Poughkeepsie (845) 454-8229
**New York City Field Office**
Manhattan (212) 330-1650
**Long Island Field Office**
West Brentwood (631) 761-2886

 **Northwell Health®**

Plainview Hospital
888 Old Country Road, Plainview, NY 11803
Emergency Department: (516) 719-3000 - northwell.edu

**WANG, BARBARA**
**Date of Birth: 4/9/1973**
**MRN/VisitID: 5049557/1319044960**

 **How to Get Assistance with a Substance Use Disorder**

## SUBSTANCE USE RESOURCES

### Addressing Substance Use Together



**Northwell Health** offers remote screening, brief intervention, and referral to treatment for patients and family members to support everyone in achieving their substance use goals. To talk to a team member, call (516) 465-5955, visit https://redcap.link/telephonicsbirt or Scan the QR code.



---

**IMPORTANT INFORMATION: Assistance with a Substance Use Disorder**

If you or someone you know needs care for a substance use disorder, the information below will help you understand the disease of addiction and available services.

**What is a substance use disorder?**
A substance use disorder (SUD) is a chronic medical condition that can impact a person's health, relationships, and their ability to meet major responsibilities At work, school, or home. Loved ones are often the first to recognize an individual who is struggling with a substance use disorder. It can occur gradually over time or suddenly.

---

**1. Speak to your insurance company about your SUD Treatment benefits.** Insurers regulated by New York State are required to cover certain SUD services, when medically necessary:
- **Detoxification services** in a hospital;
- **Inpatient care** in a hospital, inpatient rehabilitation, or residential treatment facility;
- **Outpatient care** in both outpatient facilities or in your provider's office; and
- Outpatient methadone treatment, and **medication for the treatment of substance use disorders**, including methadone, Suboxone, and Subutex, provided that you have a prescription drug benefit in your insurance plan.
**For more information on required covered SUD services, including without prior authorization, visit:**
https://www.dfs.ny.gov/consumers/health_insurance/new_york_health_insurance_policies__programs/mh_sud



**Northwell** Health®

Plainview Hospital
888 Old Country Road, Plainview, NY 11803
Emergency Department: (516) 719-3000 - northwell.edu

**WANG, BARBARA**
**Date of Birth: 4/9/1973**
**MRN/VisitID: 5049557/1319044960**

**2. Get assessed by a medical professional or a SUD Treatment provider.** Deciding to get help for a substance use disorder is the first step on the path toward recovery. There are many approaches to treating individuals with substance use disorder. Below are some common terms you may hear as you navigate the SUD treatment system.
- **Assessment:** Evaluates your level of addiction and determines the best treatment options for you, using an OASAS approved assessment tool.
- **Detoxification:** Generally, a 3-5 day service in a hospital or residential program with a physician and nurses monitoring you as you with draw from drugs or alcohol. Medications may be used to alleviate uncomfortable side effects of withdrawal.
- **Rehabilitation:** About 10-25 day treatment that has many types of group and individual sessions, and materials to educate the patient about the disease of addiction. Also a 1-2 day family program for loved ones about the family disease of addiction and how to support each other in the recovery process.
- **Residential Treatment:** 60-180 days that combines three elements: stabilization, rehabilitation, and reintegration. The length of time in this level of care depends upon an individual's needs.
- **Outpatient:** Weekly sessions that combine individual, group and family counseling; can include medication for addiction treatment. Outpatient clinics are typically open 6-7 days a week and have evening hours.
- **Medication for Addiction Treatment:** The use of behavioral therapy and medications that manage withdrawal symptoms, decrease cravings and prevent relapse to comprehensively address medical, psychiatric, and social problems.

**3. Find a program.** To look for state certified outpatient or bedded programs with openings, go to https://findaddictiontreatment.ny.gov



**Drugs, Alcohol, Gambling**
Call or Text
**1-877-8-HOPENY**
1-877-846-7369
Text: HOPENY (467369)
There is hope and help.

Office of Addiction Services and Supports

**4. Stay Safe.**
- **Overdose Prevention:** Naloxone is a medication is simple to give – generally just a squirt up the nose – that reverses overdoses from opioids, which include heroin, fentanyl, oxycodone, and codeine, and may also be present in other drugs such as cocaine or methamphetamine. Naloxone reverses these overdoses by restoring breathing. You can get naloxone from your local pharmacy; The Naloxone Copayment Assistance Program (N-CAP) will cover co-payments of up to $40. Visit https://health.ny.gov/overdose for more information.
- **Harm Reduction Services:** To find your nearest syringe exchange program, Hepatitis C testing, and pharmacies for naloxone and syringes, visit https://onpointnyc.org

**Confidentiality:** Federal laws and regulations provide enhanced confidentiality protections for people who receive substance use disorder treatment. For this reason, programs and/or insurers cannot release information or respond to inquiries about a patient without patient consent, or if another condition exists that waives the requirements of HIPAA and 42 CFR Part 2.

**For up-to-date information from the NYS Office of Addiction Services and Supports, visit** https://oasas.ny.gov

# *Follow-up Care*
## upon discharge from the Emergency Department

Our goal is to provide you excellent care in every aspect of your visit to the Emergency Department, this includes information on **care *after* you are discharged.**

**Follow-up with the suggested speciality doctor or your primary care physician.**

Be sure to bring your discharge paperwork from your ED visit to all of your **follow-up appointments.**

*Medication–* Your ER provider may have prescribed medication for you while you were here. Be certain to follow the providers instructions on how to take your medication.

Here are some medication tips for home
- Take medication as directed and on time
- Know the side effects of each medication
- Write down the medications you are taking
- Keep the list in an obvious place
- Make taking your meds part of your daily routine
- Keep your medication list up to date and always bring it with you to your doctors appointments and hospital visits.

We are always here for you if you feel you need to come back and see us.

For a Northwell ambulance please call
1-833-259-2367


**Plainview Hospital**
Northwell Health·

---

*Important phone numbers you may need for your **follow-up care***

**Follow up Appointment Coordinator:**
(516) 719-2367

**Northwell Orthopedic Fast Track Appointments:**
1-844-966-7846

**Find a Doctor:**
1-888- 321- DOCS(3627)

**New Cancer Diagnosis Northwell is here to help Cancer Care Navigation Program**
1-833-223-4732

**Adult Behavioral Health Crisis Center- Walk In**
718-470-8300
Monday – Friday 9am-3pm

**Pediatric Behavioral Health Urgent Care Center**
718-470-3148
Monday- Friday 9am-3pm

**South Oaks Hospital**
Behavioral Health Services
631-264-4000
Addiction Services
631-608-5885


**Plainview Hospital**
Northwell Health·

# Medications
## PURPOSE AND POSSIBLE SIDE EFFECTS



## Antibiotic
**Purpose:** Used to treat or prevent bacterial infections

**Common Medication Names:**
**Amoxicillin**
**Amoxicillin/Clavulanate** (Augmentin)
**Azithromycin** (Zithromax)
**Cefpodoxime** (Vantin)
**Ceftin** (Cefuroxime)
**Ciproflaxacin** (Cipro)
**Doxycycline** (Vibramycin)
**Levofloxacin** (Levaquin)
**Macrobid** (Nitrofurantoin)
**Metronidazole** (Flagyl)
**Sulfamethoxazole/Trimethoprim** (Bactrim)

**Possible Side Effects:**

Nausea, Vomiting, Diarrhea
Constipation
Lack of appetite
Abdominal pain or cramps
Muscle pain or weakness
Flushing
Headache



## Inhalers
**Purpose:** Treats asthma, COPD or other breathing symptoms

**Common Medication Names:**

**Albuterol** (Ventolin, Proventil, Proair)
**Budesonide/Formoterol** (Symbicort)
**Fluticasone/Salmeterol** (Advair)
**Tiotropium** (Spiriva)

**Possible Side Effects:**

Nausea, Vomiting
Sore throat or stuffy nose
Common cold symptoms
Dry mouth or mouth sores
Increased heart rate
Back pain



## Pain Relief (Narcotic)
Prescription
**Common Medication Names:**
**Codeine**
**Fentanyl**
**Hydrocodone** (Vicodin, Lortab)
**Hydromorphone** (Dilaudid)
**Morphine**
**Oxycodone**
**Oxycodone + Acetaminophen** (Percocet)
**Tramadol** (Ultram)

**Possible Side Effects:**

Dizziness, Lightheadedness
Drowsiness or Insomnia
Headache
Itching
Constipation, Nausea, Vomiting
Dry Mouth
Shallow Breathing



## Pain Relief (Non-Narcotic)
Over The Counter
**Common Medication Names:**
**Acetaminophen** (*Tylenol)
**Ibuprofen** (Motrin, Advil)
**Lidoderm** (Lidocaine Patch)
**Naproxen** (Aleve)

Ibuprofen and Naproxen help to reduce swelling and inflammation

**Possible Side Effects:**

Itching
Constipation
Nausea, Vomiting, Diarrhea
Abdominal Pain
Fatigue
Swelling (Lidocaine Patch)
  Hives, Rash, Blisters, Bruising (Lidocaine Patch)



**\*\*Do not take more than 4000mg of Acetaminophen within 24 hours\*\***

## Blood Thinner
**Purpose:** Prevents or Treats Blood Clots

**Common Medication Names:**

**Apixaban** (Eliquis)
**Dabigatran** (Pradaxa)
**Rivaroxaban** (Xarelto)
**Warfarin** (Coumadin)
**Enoxaprin** (Lovenox) \*\*Given as an injection into abdominal areas

**Possible Side Effects:**

Increased risk of bruising or bleeding
Red or pink urine
Red or black tarry stools
Coughing up or vomiting blood
Confusion or headache
Swelling
Nausea or abdominal pain



## Blood Pressure Reducer
**Purpose:** Helps lower blood pressure, treat chest pain/pressure or used to treat heart failure (weak heart**)**

**Common Medication Names:**
**Amlodipine** (Norvasc)
**Atenolol** (Tenormin)
**Enalapril** (Vasotec)
**Labetalol**
**Lisinopril** (Zestril)
**Losartan** (Cozaar)
**Metoprolol** (Lopressor/Toprol XL)

**Possible Side Effects:**
Nausea, Vomiting, Diarrhea Fatigue,
Dizziness. Lightheadedness
Headache
Cough
Flushing



# EXHIBIT B

# Re: Deposition Re: Hei Li, et al. v. Greatcare INC. et al



kyau@getmansweeney.com

To: Jose, and 1 other, Cc: me, and 3 others · Mon, Feb 9 at 1:19 PM ⌄

Hi Jose,

Plaintiffs' position is that we will not produce any Plaintiff, including, but not limited to Muzhen Zhang, Xiuxia Zhu, Zhu Huan Li Lin and Li Hei Li for any additional recalled depositions because they have already appeared at depositions.

As we discussed during last Monday and today's meet and confers, Plaintiffs' position is that if GreatCare can identify specific areas that were not already covered by the depositions that they appeared at, then we will consider the request, which you have not done so. However, at this time, we will oppose any recall of the Plaintiffs.

Karen

--

Karen Kithan Yau, Esq. (Bio)
丘潔嫻律師
Getman Sweeney & Dunn PLLC
kyau@getmansweeney.com

---

**From:** Jose Muniz <jamlaw305@gmail.com>
**Date:** Sunday, February 8, 2026 at 5:54 PM
**To:** Karen Kithan Yau <kyau@getmansweeney.com>, Carmela Huang <huang@nclej.org>
**Cc:** George F. Brenlla <gfbrenlla@brenllalaw.com>, Kaitlyn Grajek <KGrajek@stradley.com>, wei wang <barbarawang88@yahoo.com>

# EXHIBIT C

**To:** Grajek, Kaitlyn <KGrajek@stradley.com>
**Cc:** Carmela Huang <huang@nclej.org>, Jose Muniz <jamlaw305@gmail.com>, Caroline Friedman <CFriedman@getmansweeney.com>, George F. Brenlla <gfbrenlla@brenllalaw.com>, GreatCare case <grp-greatcare@nclej.org>
**Subject:** Re: Deposition of Chen Li and Greatcare Witnesses

To Defense Counsel,

Plaintiffs will take Barbara Wang's depositions in her individual and corporate capacities, and to discuss her discovery efforts on Wednesday, 2/18, Tuesday, 2/24, and Wednesday, 2/25. Please note that we have chosen these three days based on Jose and George's schedules. George is unavailable on 2/20th, and Jose is unable on 2/23rd. If there are any concerns with these dates, please inform us immediately.

We will endeavor to keep Ms. Wang's deposition to 2 days. On Wednesday, 2/28, we will first depose Ms. Wang on her discovery efforts and then resume her deposition in her individual and corporate capacities. That should save both time and resources. However, we cannot guarantee that the Plaintiffs can complete all of Ms. Wang's depositions in 2 days.

As requested by Ms. Wang, the depositions on all these days will start at 11 AM. However, if Ms. Wang can start earlier than 11 AM, Plaintiffs would much prefer an earlier start. Please let me know if Ms. Wang's availability changes.

Please confirm as soon as possible whether the SWHNY 30(b)(6) representative is available on Thursday, 2/26, for Plaintiffs to resume her deposition. Your client's deposition will take place in person at Carmela's office at the National Center for Law and Economic Justice, 50 Broadway, and will start at 10 AM.

Links to remote participation will be sent on the morning of the depositions, if not earlier.

If you have any questions, please let us know.