UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

HEI LI, et al.,

                            Plaintiffs,

                -against-

GREATCARE, INC., et al.,

                           Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: __4/6/2026__

**24-CV-7401 (LTS) (KHP)**

**<u>SCHEDULING ORDER</u>**

On March 30, 2026, Plaintiffs filed a letter requesting that a show cause order be entered against GreatCare as a result of its continued failure to comply with the Court's discovery orders, its delays to the depositions of Barbara Wang, and its recently granted substitution of counsel.  The Court construes the letter as a request to file a motion for Rule 37 sanctions.  That request is GRANTED.  Plaintiff's motion for sanctions is due **April 17, 2026**. Plaintiffs should include in their brief a description of the information requested, the basis for their belief that such information exists and is in the possession of GreatCare, the steps taken to meet and confer to obtain compliance, and how their case has been prejudiced. GreatCare's opposition is due **May 1, 2026**.  No reply.

In addition, the 30(b)(6) deposition(s) of GreatCare will be discussed at the upcoming Case Management Conference on Wednesday April 8, 2026.

        **SO ORDERED.**

DATED:    April 6, 2026
           New York, New York

                                    _____
                                     KATHARINE H. PARKER
                                     United States Magistrate Judge