UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F.
CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN,
JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y.
ZHENG, XIU X. ZHU,

                                Plaintiffs,

                - against-

GREATCARE, INC., CENTERLIGHT HEALTHCARE,
INC., and SENIOR WHOLE HEALTH OF NEW YORK,
INC.,

                           Defendants.

-------------------------------------------------------------------X

**Case No.: 1:24-CV-7401
(LTS)(KHP)**

**MEMORANDUM OF LAW
OF DEFENDANT
GREATCARE, INC. IN
OPPOSITION TO
PLAINTIFFS' DISCOVERY
MOTION**

**MEMORANDUM OF LAW OF DEFENDANT GREATCARE, INC. IN OPPOSITION
TO PLAINTIFFS' DISCOVERY MOTION**

**PRELIMINARY STATEMENT**

Plaintiffs seek to portray Defendants GreatCare, Inc. ("GreatCare") as having failed to provide
adequate discovery responses. The record demonstrates the opposite.

Defendants have:

- produced over 3,000 pages of documents
- provided detailed interrogatory responses
- identified relevant custodians and witnesses
- produced payroll, supervision, and policy records
- produced contracts and administrative materials
- produced witnesses for deposition

- participated in meet-and-confer efforts
- supplemented discovery responses in good faith

GreatCare's representative Barbara Wang has already sat for deposition, as have other GreatCare employees with knowledge of payroll, supervision, and employment practices. Despite this extensive discovery record, Plaintiffs continue to assert purported deficiencies, seeking discovery far beyond what is required by Rule 26.

Plaintiffs' motion disregards both the volume of production and the substantial testimonial discovery already completed. Moreover, Plaintiffs' continued demands impose undue burden on Ms. Wang, who is presently suffering from a serious back fracture, a medical condition that materially affects her ability to endure repetitive or cumulative discovery demands.

Rule 26 requires proportional discovery. It does not require parties to engage in duplicative discovery or to produce cumulative information where substantial discovery has already been provided. Because Defendants have acted diligently and in good faith, Plaintiffs' motion should be denied in its entirety.

**STATEMENT OF FACTS**

**A. Defendant Produced Over 3,000 Pages of Responsive Documents**

GreatCare has produced more than 3,000 pages of responsive documents, including:
- payroll records
- aide compensation data
- timekeeping records
- policies governing reporting of hours worked
- supervision materials
- training materials
- administrative records
- contractual materials concerning MLTC entities
- documents identifying custodians of records

This substantial production reflects extensive compliance with discovery obligations. Courts in this District routinely find such production sufficient to demonstrate good faith compliance.

**B. Defendant Identified Individuals with Knowledge**
Defendants identified individuals with knowledge concerning:

- compensation policies;
- payroll practices;
- supervision of aides;
- training materials;
- contracts with MLTC entities;
- custodianship of employment records.

Identified individuals include Barbara Wang, Chen Tzi Wei, Vivian Zhu, Zhao Mei Mei, and Ouyang Peizhen. These disclosures enable Plaintiffs to conduct depositions and obtain relevant testimony.

## C. Plaintiffs Already Deposed Barbara Wang and Other GreatCare Employees

Plaintiffs have already taken the deposition of Barbara Wang, the principal representative of GreatCare, as well as depositions of other GreatCare personnel with knowledge of payroll, supervision, and employment practices. Thus, Plaintiffs have already had the opportunity to examine witnesses regarding:

- pay practices
- supervision practices
- employment conditions
- recordkeeping
- company policies
- contractual relationships

Courts routinely deny motions to compel where the requesting party has already obtained deposition testimony on the relevant subject matter. Duplicative discovery is disfavored.

## D. Barbara Wang's Medical Condition Further Demonstrates Disproportionality

Ms. Wang is presently suffering from a serious back fracture, which significantly limits her ability to participate in repeated and cumulative discovery demands. Rule 26 requires courts to consider:

- burden
- proportionality
- cumulative nature of discovery
- hardship imposed on parties

Courts routinely limit discovery where cumulative requests impose undue burden, particularly where the responding party has already produced documents and testified under oath. Plaintiffs' continued demands risk imposing unnecessary hardship without corresponding evidentiary value.

## E. Defendant Supplemented Discovery in Good Faith

Defendants expressly reserved the right to supplement discovery responses as additional information becomes available. Defendants have continued to provide supplemental information consistent with Rule 26(e).

## F. Defendant's Counsel Supervised Searching GreatCare's Employees' Emails for Releveant Communication

Pursuant to Magistrate Judge Hon. Katharine Parker's order dated February 2, 2026. On the 26th, 27th, and 30th of March 2026, at the office and in the presence of GreatCare's counsel, a professional computer engineer searched the terms suggested by Plaintiffs' counsel. The computer engineer's affidavit and responsive documents are attached. **(Exhibit A)**

**LEGAL STANDARD**

Rule 26(b)(1) Discovery is limited to nonprivileged information that is relevant and proportional to the needs of the case. Factors include:

- importance of issues;
- amount in controversy;
- parties' resources;
- importance of discovery in resolving issues;
- whether burden outweighs benefit.

Fed. R. Civ. P. 26(b)(1) Courts routinely deny discovery that is cumulative or disproportionate. See *Chen-Oster v. Goldman Sachs & Co.,* 285 F.R.D. 294 (S.D.N.Y. 2012); *Treppel v. Biovail Corp.,* 233 F.R.D. 363 (S.D.N.Y. 2006); *Vaigasi v. Solow Mgmt. Corp.,* 2016 WL 616386 (S.D.N.Y. Feb. 16, 2016)

Rule 26(e) Parties must supplement responses when additional information becomes available. Defendants have complied. Wherefore, Rule 37 A motion to compel should be denied where discovery has been provided in good faith.

**ARGUMENT**

**I.  DEFENDANTS HAVE PROVIDED EXTENSIVE DISCOVERY**

Defendants have produced more than 3,000 pages of documents and identified relevant custodians and witnesses. Defendants also provided interrogatory responses identifying individuals with knowledge of:

- payroll practices
- employment policies
- supervision of aides
- training materials
- contractual relationships

Such disclosures satisfy Rule 33 obligations. See *Hertz Corp. v. Avis, Inc.,* 106 F.R.D. 73 (S.D.N.Y. 1985)

**II. PLAINTIFFS HAVE ALREADY OBTAINED DEPOSITION TESTIMONY**

Plaintiffs have already deposed Barbara Wang and other GreatCare personnel. Courts routinely deny additional discovery requests where testimony has already been obtained regarding the relevant subject matter. Duplicative discovery is improper. Rule 26 expressly limits cumulative discovery.

**III. PLAINTIFFS SEEK DISCOVERY BEYOND RULE 26**

Several interrogatories seek information concerning:

- pre-contract negotiations
- legal conclusions
- irrelevant entities
- speculative categories of documents

Courts reject such requests. See *Sequa Corp. v. Gelmin,* 1994 WL 465825 (S.D.N.Y. Aug. 23, 1994); *S.E.C. v. Morelli,* 143 F.R.D. 42 (S.D.N.Y. 1992)

## IV. DEFENDANTS PROPERLY ASSERTED PRIVILEGE

Defendants properly objected to requests seeking:

- attorney communications;
- work product;
- litigation analyses.

Such materials are protected under Rule 26(b)(3).

## V. THE PRODUCTION OF OVER 3,000 PAGES CONFIRMS GOOD FAITH

Courts routinely deny motions to compel where parties have produced substantial documentation. See *Treppel v. Biovail Corp.,* 233 F.R.D. 363 (S.D.N.Y. 2006)

Plaintiffs' attempt to characterize discovery as deficient despite thousands of pages of production demonstrates that Plaintiffs seek discovery beyond what the Rules require.

## VI. PLAINTIFFS' REQUESTS ARE DISPROPORTIONATE GIVEN MS. WANG'S MEDICAL CONDITION

Barbara Wang is currently suffering from a back fracture. Courts routinely consider medical hardship when evaluating proportionality and burden. Requiring cumulative discovery from a previously deposed witness suffering from a serious medical condition is disproportionate. Rule 26 requires balancing burden against likely benefit. Here, Plaintiffs have already received documents and testimony addressing the relevant issues.

## VII. DEFENDANTS ACTED IN GOOD FAITH

Defendants:

- produced documents early
- supplemented responses
- participated in meet-and-confer efforts
- provided witnesses for deposition

Courts deny motions to compel where the responding party demonstrates good faith cooperation. See *In re Weatherford Int'l Sec. Litig.,* 2013 WL 5788686 (S.D.N.Y. Oct. 28, 2013).

## VIII. PLAINTIFFS MISCHARACTERIZE THE DISCOVERY RECORD

Plaintiffs' characterization of discovery as deficient ignores:

- 3,000+ pages of production
- deposition testimony
- identification of custodians
- supplemental interrogatory responses

Plaintiffs' position attempts to impose obligations exceeding Rule 26. Discovery is not intended to be endless.

## CONCLUSION

Plaintiffs' motion should be denied in its entirety.

Defendants have:
- produced extensive documentary evidence
- provided deposition testimony
- identified knowledgeable witnesses
- supplemented responses
- acted in good faith

Plaintiffs' motion seeks cumulative and disproportionate discovery.

For these reasons, the Court should deny Plaintiffs' motion.

**RESPECTFULLY SUBMITTED,**

JOSÉ A. MUÑIZ
*/s/: José A. Muñiz, Esq.*
*Attorney to the Defendant*

April 5, 2026

# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**Re:**   *Li, et al. v. GreatCare, Inc., et al.*, No. 24-CV-7401 (LTS)(KHP)

**AFFIDAVIT OF QINGMIN LIU REGARDING FORENSIC EMAIL COLLECTION**

I, Qingmin Liu, do hereby swear under penalty of perjury:

I am over 18 years of age and competent to testify. I am a computer engineer at Yinker Inc. I have a cumulative 21 years of experience in computer hardware, memory devices, email extraction, and data recovery.

1.      This affidavit is made in support of the collection of Electronically Stored Information (ESI) from the GreatCare, Inc.'s employees and representatives' email pursuant to Magistrate Judge Hon. Katharine Parker's order dated February 2, 2026.

2.      On the 26th, 27th, and 30th of March 2026 at the office and in the presence of GreatCare's attorney Mr. Jose Muniz, Esq. located at 39-15 Main Street #318 Flushing, New York 11354, I took possession of the below listed GreatCare's employees and representatives' devices and searched their communication with GreatCare's employees, partners, and contractors as listed in the below table.

3.      I executed Mr. Muniz's instructions, searching for all and every relevant and responsive communication with insurance companies using the below keyword search terms for the time period from January 2018 through January 2026:

1. "Assessment
2. "Attestation"
3. "Audit"
4. "availity.com"
5. "CenterLight"
6. "Centerlight.com"
7. "CenterLight Healthcare"
8. "Compliance"
9. "Credentialing"
10. "Grievances"
11. "HHAeXchange"

1

12. "HHAX"
13. "LS300"
14. "Magellanhealth.com"
15. "MLTC"
16. "Molina"
17. "Molina Healthcare"
18. "molinahealthcare.com"
19. "provider network"
20. "Senior Whole Health"
21. "Seniorwholehealthny.com"
22. "SWH"
23. "SWHNY"
24. "swhproviders.com"
25. "Train"
26. "Trained"
27. "Training"
28. "UAS"
29. "Visit progress notes"
30. "Wage parity"

4.     I ran each single search term above on the Microsoft Outlook on each of the employees' devices below, as listed:

| Name | Job title | Email Address | Results |
|---|---|---|---|
| Barbara Wang | GreatCare Manager | bwang@greatcareny.com & barbarawang88yahoo.com | Found communications on page 1 to page 185 of the attached PDF |
| Mei Mei Zhao | Intake Specialist | Mzhao@greatcareny.com | Found communications on page 186 to page 188 of the attached PDF |
| Gomattie Dhanpaul | Manager Assistant | gdhanpaul@greatcareny.com | Communications found on page 189 of the attached PDF |
| Kelly Huang | Manager assistant | Khuang@greatcareny.com | Communications found on page 190 of the attached PDF |
| Magan Gao | Office assistant | mgao@greatcareny.com | No responsive outcome found |
| Xiao Jing Liang | Office assistant | Xliang@greatcareny.com | No responsive outcome found |
| Yuan Zhu | Coordinator | Yzhu@greatcareny.com | No responsive outcome found |
| Pei Zhen Ouyang | Coordinator | Pouyang@greatcareny.com | No responsive outcome found |

2

| Tzi Wei Chen | HR | Tchen@greatcareny.com | No responsive outcome found |
|---|---|---|---|

5.    I extracted the matched emails as attached to my affidavit and provided to counsel.

6.    I maintained the custody of the devices from the time of collection until the completion of the extraction process. The original devices were returned to their owners.

7.    The statements made in this affidavit are true and correct to the best of my knowledge, information, and belief.

Signature of Affiant: _____    Date: 3/31/2026

Qingmin Liu

Software Engineers at Yinker Inc.

---

**NOTARY ACKNOWLEDGMENT**

State of New York

County of New York

Subscribed and sworn before me on this 31st day of March 2026 by Qingmin Liu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____    (Signature of Notary Public)

(Seal)

FEILI ZHENG
Notary Public - State of New York
No. 01ZH6235782
Qualified in Queens County
My Commission Expires 04/08/2027

3

**Qingming Liu**
347-245-9377
161-06 46 Ave, Flushing, New York 11358

## Professional Summary

Seasoned Computer Software and Hardware Engineer with 35+ years of progressive experience in IT infrastructure, system upgrades, and cybersecurity solutions. Expert in email security architecture, custom tool development, and client-focused technical consulting. Proven track record of delivering enterprise-grade solutions across diverse industries.

## Education

Shanghai Textile University
Bachelor of Science in Computer Science

## Core Competencies

- Hardware/Software Systems Engineering & Integration
- Email Security & Advanced Malware Detection
- Custom Security Tool Development
- IT Infrastructure Modernization
- Client Requirements Analysis & Solution Design
- Cross-Platform System Optimization

## Professional Experience

**Yinker Inc. |**                    **Chief Software/Hardware Engineer | 2015 – Present**
- Lead enterprise software and hardware upgrade initiatives for diverse corporate clients
- Architect specialized email security solutions, focusing on antivirus and malware detection systems
- Develop proprietary tools to analyze email traffic, extract actionable intelligence from mailboxes, and identify security vulnerabilities
- Translate complex client requirements into customized technical solutions, improving operational security posture.

**Self-Employed**            **Computer Software/Hardware Engineer | 2003 – 2015**
- Provided independent consulting services for computer system upgrades and software engineering projects
- Delivered tailored IT solutions to numerous clients, optimizing system performance and reliability
- Managed end-to-end project lifecycle from needs assessment through implementation

**WJ Inc.**                             **Engineer | 1998 – 2003**
- Executed comprehensive software and hardware upgrade projects across all operational phases
- Collaborated with cross-functional teams to ensure seamless technology transitions.

**Shanghai Textile Import & Export Company**                     **Engineer | 1988 – 1998**
- Spearheaded company-wide computer software and hardware modernization initiatives
- Pioneered early digital transformation efforts during a critical period of technological evolution

Ignore | Block ˅ | Delete | Archive | Report ˅ | Reply | Reply all | Forward ˅ | Meeting | Share to Teams | Zoom | Move ˅ | Sweep | Rules ˅

Delete | Report | Respond | Teams | Zoom | Move

## Together in Care: CenterLight PACE Provider Newsletter | March 2026

CP    CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org> ☺ ↩ ↩ ↪ ⊘ ⓑ

To: ⊗ Barbara Wang    Mon 3/23/2026 10:01 AM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.    Trust sender | Show blocked content

**Volume 3, Issue 5 | March 2026**

## Important Updates to the CenterLight My Needs Card

CenterLight Program of All-Inclusive Care for the Elderly (PACE) participants enjoy medical and social services, prescription drugs, diabetic supplies, and all the services they need as part of their care. Participants also receive a My Needs Card to spend on basic needs such as food, groceries, toiletries, and eligible over the counter (OTC) products, as well as utilities like electric, natural gas, phone and water bills, fitness membership, and non-medical transportation.

Effective **April 1, 2026,** the My Needs Card amount will increase from $170 to **$220 per month.** This amount will be available to participants on the 1st day of each month. Any money not used by the end of the month expires and does not carry over.

Please note that starting April 1, 2026, **OTC medications (such as pain relievers, vitamins) must be purchased through the My Needs Card.** Participants will be

GreatCare Email Extractor affidavit - 000001

 **Outlook**

---

**Together in Care: CenterLight PACE Provider Newsletter | March 2026**

---

**From** CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org>
**Date** Mon 3/23/2026 10:01 AM
**To**   Barbara Wang <bwang@greatcareny.com>

**Volume 3, Issue 5 | March 2026**

# Important Updates to the CenterLight My Needs Card

CenterLight Program of All-Inclusive Care for the Elderly (PACE) participants enjoy medical and social services, prescription drugs, diabetic supplies, and all the services they need as part of their care. Participants also receive a My Needs Card to spend on basic needs such as food, groceries, toiletries, and eligible over the counter (OTC) products, as well as utilities like electric, natural gas, phone and water bills, fitness membership, and non-medical transportation.

Effective **April 1, 2026**, the My Needs Card amount will increase from $170 to **$220 per month.** This amount will be available to participants on the 1st day of each month. Any money not used by the end of the month expires and does not carry over.

Please note that starting April 1, 2026, **OTC medications (such as pain relievers, vitamins) must be purchased through the My Needs Card.** Participants will be formally notified of these changes by March 2026.

## CenterLight in the News

GreatCare Email Extractor affidavit - 000002

Have you seen us in the news lately? CenterLight Healthcare PACE participant Sister Maryanna Euring was recently featured in McKnights Home Care. In the article, Sister Maryanna talks about her art, her story, and being a PACE participant. Read more

CenterLight President and CEO Tara Buonocore-Rut was also quoted in the Bronx Times newspaper's article about the Bronx Borough President's Annual Winter Coat Giveaway. Read more

The 2nd Anniversary of CenterLight's South Asian Alternative Care Setiing was covered by Prothom Alo Newspaper.

Stay up-to-date with recent happenings at CenterLight by visiting our website.

## Change in Minimum Needs Regulations Does Not Apply to PACE

The New York State Department of Health (NYSDOH) announced that effective September 1, 2025, individuals enrolling into Medicaid Managed Long Term Care Program (MLTC) or Medicaid Advantage Plus (MAP) must not only meet the plan's eligibility age, service area, and Medicaid/Medicare eligibility criteria and be in need of CBLTSS for >120 days. They also need to meet the following additional Minimum Needs Requirements:

- At least limited assistance with physical maneuvering with more than two activities of daily living (ADL); or
- Individuals with a Dementia or Alzheimer's diagnosis, at least supervision with more than one ADL.

**The good news: these additional criteria do not apply to PACE.\* Your patients can qualify for PACE\*\* if they score an NFLOC of 5 or above.**

**If you have questions or need more information, please speak with your account manager.**

## Pharmacists are Steady Hands Behind Safe, Reliable Medication Management

Pharmacists serve as steady hands behind safe, reliable medication management for CenterLight Healthcare

GreatCare Email Extractor affidavit - 000003

Program of All-Inclusive Care for the Elderly (PACE) participants. The Pharmacy Team works with the Interdisciplinary Team to help participants continue to live safely and independently in their own homes and communities. Read more

**PARTICIPANT SPOTLIGHT**
## "CenterLight is what I call 'home away from home.'"

CenterLight PACE participant Alice has been enrolled since 2010. In her own words: "When I came here, I couldn't even walk much or do much of anything. But...being with the staff at CenterLight, meeting the other people, it gave me courage to do things."

View Alice's video by clicking here.

## Important Reminders

- **Required Trainings:** According to PACE regulations, all Licensed Home Care Services Agencies (LHCSAs) and Alternative Care Settings (ACS) are required to be trained about PACE annually. You should have received a separate email with more information. If you have not yet completed the training, please do so as soon as possible to ensure compliance with PACE requirements. Below are the links:
  - **LHCSAs** - access the training by clicking here and complete the attestation here.
  - **ACSs** - click here to access the training and here to complete the attestation.
- **The Health Outcomes Survey – Modified (HOS-M) is underway!** This annual CMS-required survey asks PACE participants, your patients, about their health status, functioning, and experiences with care. Read more
- **Get access to CenterLight's Provider Portal!** Monitor claim submissions and status by logging in using this link: https://centerlight.ppi.com/provider/sign_in. If you are a first time user, please call 1-800-761-5602 to register.
- **LS300 Annual Compliance Statement of Wage Parity, Hours, and Expenses:** All LHCSAs and the state-wide fiscal intermediary (FI) that contract with Managed Care Organizations (MCOs) or Certified Home Health Agencies (CHHAs)

GreatCare Email Extractor affidavit - 000004

are required to submit the LS300 Annual Compliance Statement of Wage Parity, Hours, and Expenses to the New York State Department of Labor. **Failure to submit the LS300 form by <u>June 1st of each year</u> for the prior year may result in administrative actions or interruptions to MCO contracting. Submissions should be sent directly to the Department of Labor, and a copy should be sent by email to** <u>providerrelationsrequest@centerlight.org</u>**.** <u>Read More</u>

If you have questions or need assistance, we can help! Please speak with your account manager or reach out to us at <u>providerrelationsrequest@centerlight.org</u>.

*The minimum needs criteria applies to individuals initially seeking Personal Care Services (PCS)/ Consumer Directed Personal Assistance Services (CDPAS) after September 1, 2025. **Must meet the PACE eligibility requirements.*

1-833-CL-CARES/1-833-252-2737 (TTY 711), Monday-Friday, 8AM-8PM

<u>Face book</u>    <u>Link</u>    <u>Link edl n</u>    <u>We bsit e</u>    <u>Ema il</u>

This email was sent to <u>bwang@greatcareny.com</u>
*<u>why did I get this?</u>*    <u>unsubscribe from this list</u>    <u>update subscription preferences</u>
CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

GreatCare Email Extractor affidavit - 000005



# Important: Winter Storm Continuity of Care



**CP**    CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org> ☺ ↩ ↩ ↪    ⊘    🔖

To: ⊗ Barbara Wang                                                    Mon 2/23/2026 12:35 PM

ℹ️ Some content in this message has been blocked because the sender isn't in your Safe senders list.    | Trust sender | Show blocked content |

Dear Valued Provider,

We hope you are staying safe and warm during this winter storm.

This is a reminder regarding the importance of emergency preparedness and continuity of care for CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants. To ensure the safety and well-being of those we serve, **please ensure appropriate coverage and contingency plans for delayed or disrupted travel.**

As we understand the challenges the weather is placing on organizations' operations, we ask that you **please report any missed services for CenterLight PACE.** This information should be sent to us via **encrypted email** to shuang@centerlight.org and zgonzalez@clmservices.com no later than **2PM today, February 23rd.**

We urge you to continue to monitor local weather advisories and follow guidance issued by New York State. Please note that any significant disruptions to services, participant safety concerns, or emergency conditions should be documented and addressed in accordance with applicable New York State Department of Health (NYSDOH) and Centers for Medicare and Medicaid Services (CMS) regulations, as well as applicable policies.

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

GreatCare Email Extractor affidavit - 000006

 Outlook

---

## Important: Winter Storm Continuity of Care

---

**From** CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org>

**Date** Mon 2/23/2026 12:35 PM

**To** Barbara Wang <bwang@greatcareny.com>

Dear Valued Provider,

We hope you are staying safe and warm during this winter storm.

This is a reminder regarding the importance of emergency preparedness and continuity of care for CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants. To ensure the safety and well-being of those we serve, **please ensure appropriate coverage and contingency plans for delayed or disrupted travel.**

As we understand the challenges the weather is placing on organizations' operations, we ask that you **please report any missed services for CenterLight PACE.** This information should be sent to us via **encrypted email** to shuang@centerlight.org and zgonzalez@clmservices.com no later than **2PM today, February 23rd.**

We urge you to continue to monitor local weather advisories and follow guidance issued by New York State. Please note that any significant disruptions to services, participant safety concerns, or emergency conditions should be documented and addressed in accordance with applicable New York State Department of Health (NYSDOH) and Centers for Medicare and Medicaid Services (CMS) regulations, as well as applicable policies.

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

Sincerely,

The CenterLight Healthcare PACE Team

GreatCare Email Extractor affidavit - 000007

F ace bo ok    L ink    L ink edI n    We bsit e    E ma il

This email was sent to bwang@greatcareny.com

_why did I get this?_   unsubscribe from this list   update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

GreatCare Email Extractor affidavit - 000008

**barbarawang88@yahoo.com**

| | |
|---|---|
| **From:** | CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org> |
| **Sent:** | Friday, January 23, 2026 11:01 AM |
| **To:** | barbarawang88@yahoo.com |
| **Subject:** | Important: Winter Storm Preparedness and Continuity of Care Reminder |

Dear Valued Provider,

A winter storm is expected to impact New York City and surrounding areas from Sunday, January 25 into Monday, January 26, with the forecast anticipating at least 10 inches of snow.

In anticipation of inclement weather, we would like to remind you of the importance of emergency preparedness and continuity of care for CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants. To ensure the safety and well-being of those we serve, **please ensure appropriate coverage and contingency plans for delayed or disrupted travel.**

We urge you to continue to monitor local weather advisories and follow guidance issued by New York State. Please note that any significant disruptions to services, participant safety concerns, or emergency conditions should be documented and addressed in accordance with applicable New York State Department of Health (NYSDOH) and Centers for Medicare and Medicaid Services (CMS) regulations, as well as applicable policies.

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

1

GreatCare Email Extractor affidavit - 000009

Sincerely,

The CenterLight Healthcare PACE Team



This email was sent to barbarawang88@yahoo.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

GreatCare Email Extractor affidavit - 000010

**barbarawang88@yahoo.com**

| | |
|---|---|
| **From:** | Gomattie Dhanpaul <gdhanpaul@greatcareny.com> |
| **Sent:** | Tuesday, January 6, 2026 12:04 PM |
| **To:** | DOMINIQUE, CHRISTOPHER; NELSON-JONES, ALICIA; RIBADENEIRA, KARINA; Delegated Vendor Oversight; afairweather@centerlight.org |
| **Cc:** | wei wang |
| **Subject:** | Re: CenterLight FDR Compliance Attestation |
| **Attachments:** | CLHS FDR Compliance Attestation - signed.pdf |

Hi Adrian,

Please see attached, NO is indicated.

Thanks
Samantha

---

From: FAIRWEATHER, ADRIAN <afairweather@centerlight.org>
Sent: Tuesday, January 6, 2026 11:47 AM
To: Gomattie Dhanpaul <gdhanpaul@greatcareny.com>; DOMINIQUE, CHRISTOPHER <cdominique@centerlight.org>; NELSON-JONES, ALICIA <anjones@centerlight.org>; RIBADENEIRA, KARINA <kribadeneira@clmservices.com>; Delegated Vendor Oversight <DelegatedVendorOversight@centerlight.org>
Cc: wei wang <barbarawang88@yahoo.com>
Subject: RE: CenterLight FDR Compliance Attestation

Hi Samantha,

Thank you for getting this signed, but there is no indication if you use offshore contractors or if you do not.

Please indicate YES or NO.

Thank you,



Powered by:



**Adrian Fairweather**
Director of Compliance

**c: 929-505-1346**
**e:** afairweather@centerlight.org
**a:** 596 Prospect Place 3rd Floor, Brooklyn NY 11238



3

GreatCare Email Extractor affidavit - 000011

**Our Partners:** **CENTERLIGHT** Healthcare PACE    Ma**H**er of Care    **TeamCare** medical

**From:** Gomattie Dhanpaul <gdhanpaul@greatcareny.com>
**Sent:** Tuesday, January 6, 2026 11:42 AM
**To:** FAIRWEATHER, ADRIAN <AFairweather@centerlight.org>; DOMINIQUE, CHRISTOPHER <cdominique@centerlight.org>; NELSON-JONES, ALICIA <anjones@centerlight.org>; RIBADENEIRA, KARINA <kribadeneira@clmservices.com>; Delegated Vendor Oversight <DelegatedVendorOversight@centerlight.org>
**Cc:** wei wang <barbarawang88@yahoo.com>
**Subject:** Re: CenterLight FDR Compliance Attestation

Good morning,

Please see attached completed signed document.

Kindly acknowledge receipt.

Thank you
Samantha Dhanpaul
Greatcare

----- Forwarded Message -----
**From:** FAIRWEATHER, ADRIAN <afairweather@centerlight.org>
**To:** FAIRWEATHER, ADRIAN <afairweather@centerlight.org>
**Cc:** DOMINIQUE, CHRISTOPHER <cdominique@centerlight.org>; NELSON-JONES, ALICIA <anjones@centerlight.org>; RIBADENEIRA, KARINA <kribadeneira@clmservices.com>
**Sent:** Tuesday, January 6, 2026 at 10:37:59 AM EST
**Subject:** CenterLight FDR Compliance Attestation

Dear CenterLight Provider,

Attached is the 2026 Compliance Attestation for our First Tier Entities. As a First Tier Entity, CenterLight provides an annual attestation to ensure compliance with state and federal regulations as outlined on the first page. **Each First-Tier Entity must complete the Attestation to confirm CenterLight's FDR Compliance requirements.**

Please have this document reviewed, completed, and signed (wet signature/verified electronic signature) and return no later than **Tuesday, January 20th**. Please return the signed document to **delegatedvendoroversight@centerlight.org**.

4

GreatCare Email Extractor affidavit - 000012

If you have any issues or concerns, feel free to let me know.

Thank you for your attention to this matter.

Regards,



**Adrian Fairweather**
Director of Compliance

**c: 929-505-1346**

**e:** afairweather@centerlight.org
**a:** 596 Prospect Place 3rd Floor, Brooklyn NY
11238

**Powered by:**



**Our Partners:**

NOTICE: The information in this e-mail and its attachments may contain confidential information and/or protected health information. If you are not the intended recipient, please be advised that any review, dissemination, or use of this information is prohibited. Please advise the sender immediately, either by reply e-mail or call the sender, whichever is applicable, and delete this transmission and any attachments without retaining a copy. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by CenterLight Health System or its affiliates for any loss or damage arising in any way from its use.

GreatCare Email Extractor affidavit - 000013

NOTICE: The information in this e-mail and its attachments may contain confidential information and/or protected health information. If you are not the intended recipient, please be advised that any review, dissemination, or use of this information is prohibited. Please advise the sender immediately, either by reply e-mail or call the sender, whichever is applicable, and delete this transmission and any attachments without retaining a copy. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by CenterLight Health System or its affiliates for any loss or damage arising in any way from its use.

*This email has been scanned by Inbound Shield.*

6

GreatCare Email Extractor affidavit - 000014

**barbarawang88@yahoo.com**

| | |
|---|---|
| **From:** | Gomattie Dhanpaul <gdhanpaul@greatcareny.com> |
| **Sent:** | Tuesday, January 6, 2026 11:42 AM |
| **To:** | afairweather@centerlight.org; cdominique@centerlight.org; anjones@centerlight.org; kribadeneira@clmservices.com; delegatedvendoroversight@centerlight.org |
| **Cc:** | wei wang |
| **Subject:** | Re: CenterLight FDR Compliance Attestation |
| **Attachments:** | CLHS FDR Compliance Attestation - signed.pdf |

Good morning,

Please see attached completed signed document.

Kindly acknowledge receipt.

Thank you
Samantha Dhanpaul
Greatcare

----- Forwarded Message -----
From: FAIRWEATHER, ADRIAN <afairweather@centerlight.org>
To: FAIRWEATHER, ADRIAN <afairweather@centerlight.org>
Cc: DOMINIQUE, CHRISTOPHER <cdominique@centerlight.org>; NELSON-JONES, ALICIA <anjones@centerlight.org>; RIBADENEIRA, KARINA <kribadeneira@clmservices.com>
Sent: Tuesday, January 6, 2026 at 10:37:59 AM EST
Subject: CenterLight FDR Compliance Attestation

Dear CenterLight Provider,

Attached is the 2026 Compliance Attestation for our First Tier Entities. As a First Tier Entity, CenterLight provides an annual attestation to ensure compliance with state and federal regulations as outlined on the first page. **Each First-Tier Entity must complete the Attestation to confirm CenterLight's FDR Compliance requirements.**

Please have this document reviewed, completed, and signed (wet signature/verified electronic signature) and return no later than **Tuesday, January 20ᵗʰ**. Please return the signed document to **delegatedvendoroversight@centerlight.org.**

GreatCare Email Extractor affidavit - 000015

If you have any issues or concerns, feel free to let me know.


Thank you for your attention to this matter.



Regards,






**Adrian Fairweather**
Director of Compliance


**c: 929-505-1346**

**e:** afairweather@centerlight.org

**a:** 596 Prospect Place 3rd Floor, Brooklyn NY 11238


Powered by:



---

**Our Partners:**    CENTERLIGHT Healthcare PACE    Matter of Care    TeamCare medical

NOTICE: The information in this e-mail and its attachments may contain confidential information and/or protected health information. If you are not the intended recipient, please be advised that any review, dissemination, or use of this information is prohibited. Please advise the sender immediately, either by reply e-mail or call the sender, whichever is applicable, and delete this transmission and any attachments without retaining a copy. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by CenterLight Health System or its affiliates for any loss or damage arising in any way from its use.

8

GreatCare Email Extractor affidavit - 000016

NOTICE: The information in this e-mail and its attachments may contain confidential information and/or protected health information. If you are not the intended recipient, please be advised that any review, dissemination, or use of this information is prohibited. Please advise the sender immediately, either by reply e-mail or call the sender, whichever is applicable, and delete this transmission and any attachments without retaining a copy. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by CenterLight Health System or its affiliates for any loss or damage arising in any way from its use.

GreatCare Email Extractor affidavit - 000017

**barbarawang88@yahoo.com**

| | |
|---|---|
| **From:** | Gomattie Dhanpaul <gdhanpaul@greatcareny.com> |
| **Sent:** | Tuesday, January 6, 2026 10:57 AM |
| **To:** | wei wang |
| **Subject:** | Re: CenterLight FDR Compliance Attestation |
| **Attachments:** | CLHS FDR Compliance Attestation.pdf |

Hi Barbara,

Please see attached document to be signed.

Thanks
Samantha

---

**From:** wei wang <barbarawang88@yahoo.com>
**Sent:** Tuesday, January 6, 2026 10:40 AM
**To:** Gomattie Dhanpaul <gdhanpaul@greatcareny.com>
**Subject:** Fw: CenterLight FDR Compliance Attestation

----- Forwarded Message -----
**From:** FAIRWEATHER, ADRIAN <afairweather@centerlight.org>
**To:** FAIRWEATHER, ADRIAN <afairweather@centerlight.org>
**Cc:** DOMINIQUE, CHRISTOPHER <cdominique@centerlight.org>; NELSON-JONES, ALICIA <anjones@centerlight.org>; RIBADENEIRA, KARINA <kribadeneira@clmservices.com>
**Sent:** Tuesday, January 6, 2026 at 10:37:59 AM EST
**Subject:** CenterLight FDR Compliance Attestation

Dear CenterLight Provider,

Attached is the 2026 Compliance Attestation for our First Tier Entities. As a First Tier Entity, CenterLight provides an annual attestation to ensure compliance with state and federal regulations as outlined on the first page. **Each First-Tier Entity must complete the Attestation to confirm CenterLight's FDR Compliance requirements.**

Please have this document reviewed, completed, and signed (wet signature/verified electronic signature) and return no later than **Tuesday, January 20th**. Please return the signed document to **delegatedvendoroversight@centerlight.org.**

If you have any issues or concerns, feel free to let me know.

Thank you for your attention to this matter.

Regards,

10

GreatCare Email Extractor affidavit - 000018



**CENTERLIGHT**
Health System

Powered by:

C2Q Health Solutions

**Adrian Fairweather**
Director of Compliance

c: **929-505-1346**
e: afairweather@centerlight.org
a: 596 Prospect Place 3rd Floor, Brooklyn NY 11238



Our Partners:    CENTERLIGHT Healthcare PACE    Ma+er of Care    TeamCare medical

NOTICE: The information in this e-mail and its attachments may contain confidential information and/or protected health information. If you are not the intended recipient, please be advised that any review, dissemination, or use of this information is prohibited. Please advise the sender immediately, either by reply e-mail or call the sender, whichever is applicable, and delete this transmission and any attachments without retaining a copy. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by CenterLight Health System or its affiliates for any loss or damage arising in any way from its use.

NOTICE: The information in this e-mail and its attachments may contain confidential information and/or protected health information. If you are not the intended recipient, please be advised that any review, dissemination, or use of this information is prohibited. Please advise the sender immediately, either by reply e-mail or call the sender, whichever is applicable, and delete this transmission and any attachments without retaining a copy. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by CenterLight Health System or its affiliates for any loss or damage arising in any way from its use.

GreatCare Email Extractor affidavit - 000019

**barbarawang88@yahoo.com**

| | |
|---|---|
| **From:** | FAIRWEATHER, ADRIAN <afairweather@centerlight.org> |
| **Sent:** | Tuesday, January 6, 2026 10:38 AM |
| **To:** | FAIRWEATHER, ADRIAN |
| **Cc:** | DOMINIQUE, CHRISTOPHER; NELSON-JONES, ALICIA; RIBADENEIRA, KARINA |
| **Subject:** | CenterLight FDR Compliance Attestation |
| **Attachments:** | CLHS FDR Compliance Attestation.docx |

Dear CenterLight Provider,

Attached is the 2026 Compliance Attestation for our First Tier Entities. As a First Tier Entity, CenterLight provides an annual attestation to ensure compliance with state and federal regulations as outlined on the first page. **Each First-Tier Entity must complete the Attestation to confirm CenterLight's FDR Compliance requirements.**

Please have this document reviewed, completed, and signed (wet signature/verified electronic signature) and return no later than **Tuesday, January 20th**. Please return the signed document to **delegatedvendoroversight@centerlight.org.**

If you have any issues or concerns, feel free to let me know.

Thank you for your attention to this matter.

Regards,



**CENTERLIGHT**
Health System

**Powered by:**

C2Q Health Solutions

**Adrian Fairweather**
Director of Compliance

**c: 929-505-1346**
**e:** afairweather@centerlight.org
**a:** 596 Prospect Place 3rd Floor, Brooklyn NY 11238

◎ ❻ ⓘⓝ ▶

**Our Partners:** CENTERLIGHT Healthcare PACE    Matter of Care    **TeamCare** medical



NOTICE: The information in this e-mail and its attachments may contain confidential information and/or protected health information. If you are not the intended recipient, please be advised that any review, dissemination, or use of this information is prohibited. Please advise the sender immediately, either by reply e-mail or call the sender, whichever is applicable, and delete this transmission and any attachments without retaining a copy. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the

12

GreatCare Email Extractor affidavit - 000020

recipient to ensure that it is virus free and no responsibility is accepted by CenterLight Health System or its affiliates for any loss or damage arising in any way from its use.


NOTICE: The information in this e-mail and its attachments may contain confidential information and/or protected health information. If you are not the intended recipient, please be advised that any review, dissemination, or use of this information is prohibited. Please advise the sender immediately, either by reply e-mail or call the sender, whichever is applicable, and delete this transmission and any attachments without retaining a copy. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by CenterLight Health System or its affiliates for any loss or damage arising in any way from its use.

GreatCare Email Extractor affidavit - 000021

**barbarawang88@yahoo.com**

| | |
|---|---|
| **From:** | CenterLight NoReply <noreply@centerlight.org> |
| **Sent:** | Friday, January 2, 2026 11:12 AM |
| **To:** | barbarawang88@yahoo.com |
| **Subject:** | [AUTO REPLY] Greatcare 2026 rate amendment |

Thank you for contacting CenterLight. We have received your message and a member of the Provider Relations team will respond shortly.

To submit a **Service Determination Request (SDR),** please contact PACESiteDirectors@centerlight.org or call 1-833-252-2737.

For **new EFT enrollment,** please visit our website to enroll and receive faster, easier payments.

To request **Prior Authorization,** please contact 1-833-252-2737 or visit our website and complete the Prior Authorization Request Form. Copies of prior authorizations may be downloaded from the CenterLight Provider Portal.

For **Credentialing** status, please allow 30 days before submitting a follow up request.

For inquiries related to **Claim Status,** please contact our provider call center at 1-800-761-5602 or access our provider portal. If you are a first-time user, please call 1-800-761-5602 to register.

For **Claim Appeals,** please send a written appeal request to:

CenterLight Healthcare
136-65 37th Avenue
Flushing, NY 11354


Please be sure to include the following required information in your appeal:

• Provider name
• National Provider Identifier (NPI)
• Provider contact information
• Claim number
• Description of the item in dispute, including the participant ID, dates of service, service code billed, units billed, amount billed and reason for contesting the determination and the justification as to why the service should be paid or approved
• Copies of relevant information and supporting documentation required for review of the determination


NOTICE: The information in this e-mail and its attachments may contain confidential information and/or protected health information. If you are not the intended recipient, please be advised that any review,

GreatCare Email Extractor affidavit - 000022

dissemination, or use of this information is prohibited. Please advise the sender immediately, either by reply e-mail or call the sender, whichever is applicable, and delete this transmission and any attachments without retaining a copy. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by CenterLight Health System or its affiliates for any loss or damage arising in any way from its use.


NOTICE: The information in this e-mail and its attachments may contain confidential information and/or protected health information. If you are not the intended recipient, please be advised that any review, dissemination, or use of this information is prohibited. Please advise the sender immediately, either by reply e-mail or call the sender, whichever is applicable, and delete this transmission and any attachments without retaining a copy. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by CenterLight Health System or its affiliates for any loss or damage arising in any way from its use.

15

GreatCare Email Extractor affidavit - 000023

**barbarawang88@yahoo.com**

| | |
|---|---|
| **From:** | CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org> |
| **Sent:** | Monday, December 22, 2025 3:30 PM |
| **To:** | barbarawang88@yahoo.com |
| **Subject:** | Due tomorrow, 12/23: CenterLight Healthcare PACE Annual LHCSA Training |

Dear Valued Provider,

This is a reminder that as part of Program of All-Inclusive Care for the Elderly (PACE) requirements from the Centers for Medicare and Medicaid Services (CMS) and New York State Department of Health (NYSDOH), all Home Health Aides (HHAs), and Personal Care Aides (PCAs) have to be trained on the following topics:

- PACE Overview
- Service Determination Requests (SDRs)
- Grievances (Complaints)
- Appeals
- Annual Compliance Statement of Wage Parity
- Claim Appeals
- Credentialing and Re-Credentialing
- Electronic Funds Transfer (EFT)
- Visit Progress Notes
- Other relevant policies and procedures

**If you have not yet done so, please view our CenterLight Healthcare PACE training by** clicking here. We ask that you review the information carefully and use this deck to train your HHAs and PCAs.

**Upon completion of the training, please submit your attestation by** completing this form **no later than December 23, 2025.**

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel

16

GreatCare Email Extractor affidavit - 000024

free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

Sincerely,

The CenterLight Healthcare PACE Team



This email was sent to barbarawang88@yahoo.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

17

GreatCare Email Extractor affidavit - 000025

**barbarawang88@yahoo.com**

| | |
|---|---|
| **From:** | CenterLight NoReply <noreply@centerlight.org> |
| **Sent:** | Monday, December 15, 2025 10:26 AM |
| **To:** | barbarawang88@yahoo.com |
| **Subject:** | [AUTO REPLY] LS300 for Greatcare Inc. |

Thank you for contacting CenterLight. We have received your message and a member of the Provider Relations team will respond shortly.

To submit a **Service Determination Request (SDR),** please contact PACESiteDirectors@centerlight.org or call 1-833-252-2737.

For **new EFT enrollment,** please visit our website to enroll and receive faster, easier payments.

To request **Prior Authorization,** please contact 1-833-252-2737 or visit our website and complete the Prior Authorization Request Form. Copies of prior authorizations may be downloaded from the CenterLight Provider Portal.

For **Credentialing** status, please allow 30 days before submitting a follow up request.

For inquiries related to **Claim Status**, please contact our provider call center at 1-800-761-5602 or access our provider portal. If you are a first-time user, please call 1-800-761-5602 to register.

For **Claim Appeals,** please send a written appeal request to:

CenterLight Healthcare
136-65 37th Avenue
Flushing, NY 11354

Please be sure to include the following required information in your appeal:

• Provider name
• National Provider Identifier (NPI)
• Provider contact information
• Claim number
• Description of the item in dispute, including the participant ID, dates of service, service code billed, units billed, amount billed and reason for contesting the determination and the justification as to why the service should be paid or approved
• Copies of relevant information and supporting documentation required for review of the determination

NOTICE: The information in this e-mail and its attachments may contain confidential information and/or protected health information. If you are not the intended recipient, please be advised that any review,

18

GreatCare Email Extractor affidavit - 000026

dissemination, or use of this information is prohibited. Please advise the sender immediately, either by reply e-mail or call the sender, whichever is applicable, and delete this transmission and any attachments without retaining a copy. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by CenterLight Health System or its affiliates for any loss or damage arising in any way from its use.


NOTICE: The information in this e-mail and its attachments may contain confidential information and/or protected health information. If you are not the intended recipient, please be advised that any review, dissemination, or use of this information is prohibited. Please advise the sender immediately, either by reply e-mail or call the sender, whichever is applicable, and delete this transmission and any attachments without retaining a copy. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by CenterLight Health System or its affiliates for any loss or damage arising in any way from its use.

GreatCare Email Extractor affidavit - 000027

**barbarawang88@yahoo.com**

| | |
|---|---|
| **From:** | CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org> |
| **Sent:** | Monday, December 15, 2025 9:30 AM |
| **To:** | barbarawang88@yahoo.com |
| **Subject:** | Reminder: CenterLight Healthcare PACE Annual LHCSA Training |

Dear Valued Provider,

This is a reminder that as part of Program of All-Inclusive Care for the Elderly (PACE) requirements from the Centers for Medicare and Medicaid Services (CMS) and New York State Department of Health (NYSDOH), all Home Health Aides (HHAs), and Personal Care Aides (PCAs) have to be trained on the following topics:

- PACE Overview
- Service Determination Requests (SDRs)
- Grievances (Complaints)
- Appeals
- Annual Compliance Statement of Wage Parity
- Claim Appeals
- Credentialing and Re-Credentialing
- Electronic Funds Transfer (EFT)
- Visit Progress Notes
- Other relevant policies and procedures

**If you have not yet done so, please view our CenterLight Healthcare PACE training by** clicking here. We ask that you review the information carefully and use this deck to train your HHAs and PCAs.

**Upon completion of the training, please submit your attestation by** completing this form **no later than December 23, 2025.**

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel

20

GreatCare Email Extractor affidavit - 000028

free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

Sincerely,

The CenterLight Healthcare PACE Team



This email was sent to barbarawang88@yahoo.com
*why did I get this?*    unsubscribe from this list    update subscription preferences
CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

21

GreatCare Email Extractor affidavit - 000029

**barbarawang88@yahoo.com**

| | |
|---|---|
| **From:** | CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org> |
| **Sent:** | Thursday, December 4, 2025 9:15 AM |
| **To:** | barbarawang88@yahoo.com |
| **Subject:** | Influenza Declared Prevalent by New York State Department of Health |

Dear Partner in Healthcare,

As of December 2, 2025, New York State Department of Health Commissioner Dr. James McDonald has declared influenza to be prevalent in New York State for the 2025-26 season.

It is our shared responsibility to ensure the health and safety of those we serve. Effective immediately, we ask that unvaccinated home health aides and personal care aides be required to **wear a surgical mask when providing care** to CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants.

This is a very important requirement, and we appreciate your cooperation on this matter. Together, we can take precautions to help minimize the spread of influenza.

Thank you,

The CenterLight Healthcare PACE Team

22

GreatCare Email Extractor affidavit - 000030



This email was sent to barbarawang88@yahoo.com

*why did I get this?*   unsubscribe from this list   update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

GreatCare Email Extractor affidavit - 000031

**barbarawang88@yahoo.com**

| | |
|---|---|
| **From:** | CenterLight NoReply <noreply@centerlight.org> |
| **Sent:** | Friday, October 3, 2025 4:14 PM |
| **To:** | barbarawang88@yahoo.com |
| **Subject:** | [AUTO REPLY] Re: [URGENT] Annual Compliance Statement of Wage Parity, Hours, and Expenses (Form LS300) |

Thank you for contacting CenterLight. We have received your message and a member of the Provider Relations team will respond shortly.

To submit a **Service Determination Request (SDR)**, please contact PACESiteDirectors@centerlight.org or call 1-833-252-2737.

For **new EFT enrollment**, please visit our website to enroll and receive faster, easier payments.

To request **Prior Authorization**, please contact 1-833-252-2737 or visit our website and complete the Prior Authorization Request Form. Copies of prior authorizations may be downloaded from the CenterLight Provider Portal.

For **Credentialing** status, please allow 30 days before submitting a follow up request.

For inquiries related to **Claim Status**, please contact our provider call center at 1-800-761-5602 or access our provider portal. If you are a first-time user, please call 1-800-761-5602 to register.

For **Claim Appeals**, please send a written appeal request to:

CenterLight Healthcare
136-65 37th Avenue
Flushing, NY 11354


Please be sure to include the following required information in your appeal:

• Provider name
• National Provider Identifier (NPI)
• Provider contact information
• Claim number
• Description of the item in dispute, including the participant ID, dates of service, service code billed, units billed, amount billed and reason for contesting the determination and the justification as to why the service should be paid or approved
• Copies of relevant information and supporting documentation required for review of the determination

24

GreatCare Email Extractor affidavit - 000032

← Back    ↩ ↩ ↪ ✉ ☆ 🗀 🗑 ⊗ ···        ↑ ↓ ✕                    ☆ ▣ More ∨

# Provider Communication - DEPRESSION
# SCREENING 📎 🗀 Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Acevedo, · Fri, Nov 21, 2025 at 9:23 PM ∨

**Dear Provider,**

**Happy Holidays to you and your entire team!**

Senior Whole Health of New York kindly requests your
assistance in ensuring that your staff is adequately
trained to identify and reduce symptoms related to
depression. Please have your team review the attached
communication for important guidance and best
practices.

Thank you for your continued partnership and
commitment to quality care.

Announcement:
In observance of the upcoming holiday, our office will be closed
on Thursday, November 27, 2025, and Friday, November 28, 2025.
We will resume normal business hours on Monday, December 1, 2025.

**Deborah Sylvester | SWHNY Specialist – Provider Contracts**
Molina Healthcare Network Management
Molina Healthcare, Inc.
Email: Deborah.Sylvester@MolinaHealthcare.com
Cell: 347.803.6504



Your Health,
**Our Mission...**
**MOLINA!**

Our mission is to actively engage the
communities we serve and ensure access to
quality care that leads to better health outcomes,
guided by a person-centered approach.

**From:** Acevedo, Lissette <Lissette.Acevedo@MolinaHealthCare.Com>
**Sent:** Friday, November 21, 2025 4:01 PM
**To:** Moskowitz, Jason <Jason.Moskowitz@MolinaHealthCare.Com>; Lee,
Edward <Edward.Lee3@molinahealthcare.com>; Sylvester, Deborah
<Deborah.Sylvester@MolinaHealthCare.Com>
**Subject:** FW: Quality_External Vendor Communication for Providers



★ Re: Contract Invoi...
  Mark J Marble · 7/19/202

★ 1
  me · 5/30/2023

★ 2022 09- Greatca...
  Ana Then · 12/12/2022

★ (No subject)
  me · 11/9/2022

★ Greatcare referra...
  Carol Yu · 10/4/2022

★ You have a new e...
  noreply@barracuda.com

★ RE: Outstanding ...
  Christina Pisanti · 3/4/2(

★ Outstanding Audi...
  Christina Pisanti · 3/1/2(

See all Starred ...  →

GreatCare Email Extractor affidavit - 000033

**y!mail⁺**    Deborah Sylvester    Add keywords    ✕  ☰    Q    🏠 Home    W

GreatCare Email Extractor affidavit - 000034

Hi Team

Please send out this as an email blast to all your LHCSAs.

**Dear Provider,**

**Happy Holidays to you and your entire team!**

**Senior Whole Health of New York kindly requests your assistance in ensuring that your staff is adequately trained to identify and reduce symptoms related to depression. Please have your team review the attached communication for important guidance and best practices.**
**Thank you for your continued partnership and commitment to quality care.**

Thank you

**Lissette Acevedo**  SWHNY Manager – Provider Contracts HP

Molina Healthcare Network Management
Molina Healthcare, Inc.
Phone: 646-753-0187
Email: Lissette.Acevedo@molinahealthcare.com



Your Health,
**Our Mission...**
**MOLINA!**

Our mission is to actively engage the
communities we serve and ensure access to
quality care that leads to better health outcomes,
guided by a person-centered approach.

**From:** Godette, Simone <Simone.Godette@MolinaHealthCare.Com>
**Sent:** Friday, November 14, 2025 8:55 PM
**To:** Acevedo, Lissette <Lissette.Acevedo@MolinaHealthCare.Com>; Li, Rui <Rui.Li@MolinaHealthCare.Com>; Espinal-Rosillo, Rikelme <Rikelme.Espinal-Rosillo@MolinaHealthCare.Com>; Rodriguez-Fukuda, Suechet <Suechet.Rodriguez-Fukuda@molinahealthcare.com>; Jackson, Danyelle <Danyelle.Jackson@MolinaHealthCare.Com>
**Cc:** Parris, Cheryl <Cheryl.Parris@MolinaHealthCare.Com>
**Subject:** RE: Quality_External Vendor Communication for Providers

Hi Everyone,

Please review the attached finalized External Vendor Communication regarding depression screening, as well as the finalized alert outlined below. These materials are intended for distribution to Providers (LHCSAs) to support recognition of potential changes in condition among our members concerning depression. Lissette has included the corresponding alert type below for reference. Lissette, **please advise on the next steps or any**

GreatCare Email Extractor affidavit - 000035

GreatCare Email Extractor affidavit - 000036

GreatCare Email Extractor affidavit - 000037

GreatCare Email Extractor affidavit - 000038

Inbox Emails (71 unread) - barbarawang88@yahoo.com - Yahoo Mail

y!mail⁺    ( Deborah Sylvester )    Add keywords    ✕  ⇶  ( Q )    ( ⌂ Home )   W

GreatCare Email Extractor affidavit - 000039

← Back    ↩ ↩ ↪ ✉ ☆ ☐ 🗑 ⊗ ⋯    ↑ ↓ ✕

☆  ▣    More ⌄

## Coming Soon: Trualta postcard to be assigned to PCA for SWHNY and MHNY 📎 ☐ Inbox

Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...    →

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie,, and 1 other · Mon, Mar 31, 2025 at 7:17 PM ⌄

Dear Valued Provider,

We are excited to announce that Molina Health Plan of New York has partnered with Trualta, an interactive eLearning platform designed to assist in managing care for aging adults at home.

In the coming weeks, your agency will receive postcards to distribute to each aide associated with Senior Whole Health of New York and Molina Health Care of New York. These postcards will provide information on how to utilize Trualta to better manage daily tasks for your assigned members.

A sample of the postcard has been provided for your purview.

Thank you for partnering in this initiative, and we look forward to continuing working with you.

If you have any questions, please contact Care Manager at (877) 353-0185. For more information, you can also visit https://molina.trualta.com/login.

Thank you!


Updated Address -
Deborah Sylvester | Specialist, Provider Contracts HP
Senior Whole Health of New York by Molina Healthcare
**2900 Extension Street, Suite 202, Bronx, NY 10463**
Email: Deborah.Sylvester@Molinahealthcare.com
Phone (347) 803-6504
Contact Us | Senior Whole Health of New York by Molina Healthcare



**SWH Provider Portal** https://molina.sapphirethreesixtyfive.com/?ci=ny-medicaid-swh-mltc&network_id=28&geo_location=33.9571,-118.4041&locale=en
**Authorization requests** SWHNY-ClinicalCoord@MolinaHealthCare.Com
**Intake(Referrals) Department** SWHNY—IntakeNYC@MolinaHealthCare.comSWH
**MAP Case Mgmt.** SWHNY-CareMgmt@MolinaHealthCare.Com

GreatCare Email Extractor affidavit - 000040

HHA Exchange & Placement issues: Support@hhaxchange.com
Eligibility & Claims
https://apps.availity.com/web/registration//#/provider/aboutme/start
Sign up for EFT  ECHO Health Provider Login (echohealthinc.com )manage
claims payment and receivables
ECHO Phone number  888.834.3511 or  edi@echohealthinc.com  for
inquiries
Sign up for SWHNY MLTC Provider Portal  https://www.availity.com/swh
Availity Essentials Provider Portal  800-282-4548 Mon- Fri 8:00am-8:00pm
Provider Relations  SWHNY-ProviderRel-NY@MolinaHealthCare.Com
Provider Relations Fax  1-855-818-4871 Attn: Provider Relations
Member Services  1-877-353-0185 Monday-Sunday 8AM- 8PM
For Medicaid Entitlement  SWHNY-EntitleNYC@MolinaHealthcare.com
For the claims dept  (855) 838-8002  & (866)233-4773  Mon-Fri, 8AM-5PM

Please use the following emails for CDPAP/PCA/CHHA inquires for **Affinity
by Molina Members**:

**Clinical Needs/service authorizations, CM/UM request/inquires, NYIA
referrals and TOC referrals requesting LTSS services:**
     MHNYCLINICALCOORDINATON@MOLINAHEALTCARE.CO
M
**All vendor changes/authorizations**
     MHNYVENDORCHANGES@MOLINAHEALTHCARE.COM
**HHAX questions/inquires/authorizations:**
HHA_AUTHO@MolinaHealthCare.Com

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended
recipient of the transmission. In addition, this email may be a communication that is
privileged by law. If you received this email in error, any review, use, disclosure,
distribution, or copying of this email is strictly prohibited. Please notify us immediately of
the error by return email, and please delete this email from your system. Thank you for
your cooperation.

2 attachments



28633 - Trualta ...  .pdf
PDF · 479.2 KB

28633 - Trualta ...  .pdf
PDF · 479.2 KB

Reply ↩     Reply all ↩     Forward ↪

Storage

GreatCare Email Extractor affidavit - 000041

Inbox Emails (71 unread) - barbarawang88@yahoo.com - Yahoo Mail

y!mail⁺   ( Deborah Sylvester )   Add keywords        ✕  ⇄   ( 🔍 )                    ( 🏠 Home )   W

GreatCare Email Extractor affidavit - 000042

← Back

FW: Quality Request - Provider Depression
Screening Education Training Attestation- DUE
3/24/2025 REMINDER  📎  ☐ Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie,, and 1 other · Tue, Mar 18, 2025 at 6:57 PM ⌄

Hi SWHNY LHSCA Provider,

I am following up on the earlier communication requesting completion of Training on
Depression Screening Education by the all SWHNY/Molina LHCSA providers.
If you have completed and returned the attestation confirming training on Depression
Screening was done, I extend a heartfelt thank you.
If you did not, please review the attached PowerPoint presentation and return the
signed attestation confirming training was conducted and provide a listing the persons
trained.

Indicated below are the areas that need to be completed on the attestation.



To ensure we are all in
compliance with both the State
and the company standards,
enclosed there is an Attestation
form; as shown on the right.
Please add the names of all staff
to receive the Depression
Screening Training; and email
back to us at:

SWHNY-QualIncidents@MolinaHealthCare.Com

**Click below for the attestation:**

Attestation Form -PHQ9_Refresher_12-16-24

Kindly return the completed attestation and names of trainees to email: SWHNY-
QualIncidents@MolinaHealthCare.Com by **3/24/2025.**

If you have any questions, please email SWHNY-Quality Incidents at: SWHNY-
QualIncidents@MolinaHealthCare.Com

Thank you.

Deborah Sylvester |  Specialist, Provider Contracts HP
Senior Whole Health of New York by Molina Healthcare
**2900 Extension Street, Suite 202, Bronx, NY 10463**

☆  ☑  More ⌄

⭐ Re: Contract Invoi...
   Mark J Marble · 7/19/202

⭐ 1
   me · 5/30/2023

⭐ 2022 09- Greatca...
   Ana Then · 12/12/2022

⭐ (No subject)
   me · 11/9/2022

⭐ Greatcare referra...
   Carol Yu · 10/4/2022

⭐ You have a new e...
   noreply@barracuda.com

⭐ RE: Outstanding ...
   Christina Pisanti · 3/4/20

⭐ Outstanding Audi...
   Christina Pisanti · 3/1/20

See all Starred ...  →

GreatCare Email Extractor affidavit - 000043

Email: Deborah.Sylvester@Molinahealthcare.com
Phone (347) 803-6504
Contact Us | Senior Whole Health of New York by Molina Healthcare



**SWH Provider Portal** https://molina.sapphirethreesixtyfive.com/?ci=ny-medicaid-swh-mltc&network_id=28&geo_location=33.9571,-118.4041&locale=en
**Authorization requests** SWHNY-ClinicalCoord@MolinaHealthCare.Com
**Intake(Referrals) Department** SWHNY—IntakeNYC@MolinaHealthCare.comSWH
**MAP Case Mgmt.** SWHNY-CareMgmt@MolinaHealthCare.Com
**HHA Exchange & Placement issues:** Support@hhaxchange.com
**Eligibility & Claims**
https://apps.availity.com/web/registration//#/provider/aboutme/start
**Sign up for EFT** ECHO Health Provider Login (echohealthinc.com )manage claims payment and receivables
**ECHO Phone number** 888.834.3511 or edi@echohealthinc.com for inquiries
**Sign up for SWHNY MLTC Provider Portal** https://www.availity.com/swh
**Availity Essentials Provider Portal** 800-282-4548 Mon- Fri 8:00am-8:00pm
**Provider Relations** SWHNY-ProviderRel-NY@MolinaHealthCare.Com
**Provider Relations Fax** 1-855-818-4871 Attn: Provider Relations
**Member Services** 1-877-353-0185 Monday-Sunday 8AM- 8PM
**For Medicaid Entitlement** SWHNY-EntitleNYC@MolinaHealthcare.com
**For the claims dept (855) 838-8002 & (866)233-4773** Mon-Fri, 8AM-5PM

Please use the following emails for CDPAP/PCA/CHHA inquires for **Affinity by Molina Members**:

**Clinical Needs/service authorizations, CM/UM request/inquires, NYIA referrals and TOC referrals requesting LTSS services:**
        MHNYCLINICALCOORDINATON@MOLINAHEALTCARE.COM
**All vendor changes/authorizations**
        MHNYVENDORCHANGES@MOLINAHEALTHCARE.COM
**HHAX questions/inquires/authorizations:**
HHA_AUTHO@MolinaHealthCare.Com

**From:** Sylvester, Deborah
**Sent:** Friday, January 3, 2025 5:38 PM
**To:** Sylvester, Deborah <Deborah.Sylvester@MolinaHealthCare.Com>
**Cc:** Ritchie, Michelle <Michelle.Ritchie@MolinaHealthCare.Com>; Acevedo, Lissette <Lissette.Acevedo@MolinaHealthCare.Com>
**Subject:** Quality
**Importance:** High

**Dear Provider,**

**Happy Holidays to you and your entire staff. Senior Whole Health of New York is requesting your assistance**

GreatCare Email Extractor affidavit - 000044

GreatCare Email Extractor affidavit - 000045

y!mail+    ( Deborah Sylvester )    Add keywords    × ≋    ( Q )    ( 🏠 Home )    ( W )

GreatCare Email Extractor affidavit - 000046

← Back    ↶  ↞  ↷  ✉  ☆  ▢  🗑  ⊗  •••        ↑  ↓  ✕            ☆  ▣   More  ∨

Inbox

Sent

Drafts

Trash

Spam

Folders

•••

Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...  →

# MUST READ: Fiscal Intermediary Member Noticing Transition  📎  ▢ Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie,, and 1 other · Thu, Jan 30, 2025 at 2:35 PM ∨

Dear Valued Provider,

Please see the attached document titled *Notice to FIs Regarding Statutory Required Notice of Closure* which was sent to all current Fiscal Intermediaries today and posted to the Department's website.

Questions regarding the Statewide Fiscal Intermediary transition should be directed to the Department at StatewideFI@health.ny.gov.

Thank you,

Updated Address -
Deborah Sylvester | Specialist, Provider Contracts HP
Senior Whole Health of New York by Molina Healthcare
**2900 Extension Street, Suite 202, Bronx, NY 10463**
Email: Deborah.Sylvester@Molinahealthcare.com
Phone (347) 803-6504
Contact Us | Senior Whole Health of New York by Molina Healthcare



**SWH Provider Portal**  https://molina.sapphirethreesixtyfive.com/?ci=ny-medicaid-swh-mltc&network_id=28&geo_location=33.9571,-118.4041&locale=en
**Authorization requests**  SWHNY-ClinicalCoord@MolinaHealthCare.Com
**Intake(Referrals) Department**  SWHNY—IntakeNYC@MolinaHealthCare.comSWH
**MAP Case Mgmt.**  SWHNY-CareMgmt@MolinaHealthCare.Com
**HHA Exchange & Placement issues:** Support@hhaxchange.com
**Eligibility & Claims**
https://apps.availity.com/web/registration//#/provider/aboutme/start
**Sign up for EFT**  ECHO Health Provider Login (echohealthinc.com )manage claims payment and receivables
**ECHO Phone number**  888.834.3511 or edi@echohealthinc.com  for inquiries
**Sign up for SWHNY MLTC Provider Portal**  https://www.availity.com/swh
**Availity Essentials Provider Portal**  800-282-4548 Mon- Fri 8:00am-8:00pm
**Provider Relations**  SWHNY-ProviderRel-NY@MolinaHealthCare.Com
**Provider Relations Fax**  1-855-818-4871 Attn: Provider Relations
**Member Services**  1-877-353-0185  Monday-Sunday 8AM- 8PM
**For Medicaid Entitlement**  SWHNY-EntitleNYC@MolinaHealthcare.com
**For the claims dept  (855) 838-8002** & **(866)233-4773** Mon-Fri, 8AM-5PM

GreatCare Email Extractor affidavit - 000047



Please use the following emails for CDPAP/PCA/CHHA inquires for **Affinity by Molina Members**:

**Clinical Needs/service authorizations, CM/UM request/inquires, NYIA referrals and TOC referrals requesting LTSS services:**
    MHNYCLINICALCOORDINATON@MOLINAHEALTCARE.COM
**All vendor changes/authorizations**
    MHNYVENDORCHANGES@MOLINAHEALTHCARE.COM
**HHAX questions/inquires/authorizations:**
HHA_AUTHO@MolinaHealthCare.Com

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

2 attachments

| Notice to Fls on … .pdf | Notice to Fls on … .pdf |
| PDF · 110.1 KB | PDF · 110.1 KB |
| 👁 ⬇ | 👁 ⬇ |

Storage

    Reply ↩        Reply all ↩↩        Forward ↪

GreatCare Email Extractor affidavit - 000048

y!mail+    ( Deborah Sylvester )    Add keywords    ✕  ☰    ( 🔍 )        ( 🏠 Home )  W

GreatCare Email Extractor affidavit - 000049



← Back

# Consumer Directed Personal Assistance Program (CDPAP) Statewide Fiscal Intermediary Transition 📎 ☐ Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie,, and 1 other · Tue, Dec 31, 2024 at 11:38 AM ⌄

Dear Valued Provider,

Wishing you a Happy and Prosperous New Year!!!

Please find important information attached pertaining to CDPAP Data Transfer.
For your information, NYSDOH has released the attached notification to current Fiscal Intermediaries to provide additional information regarding data transfers from current Fiscal Intermediaries to the Department and Medicaid Managed Care Plans (MMCPs) as part of the transition to the Statewide Fiscal Intermediary.

Questions regarding the Statewide Fiscal Intermediary transition should be directed to the Department at StatewideFI@health.ny.gov.

Thank you,

Updated Address -
Deborah Sylvester | Specialist, Provider Contracts HP
Senior Whole Health of New York by Molina Healthcare
**2900 Extension Street, Suite 202, Bronx, NY 10463**
Email: Deborah.Sylvester@Molinahealthcare.com
Phone (347) 803-6504
Contact Us | Senior Whole Health of New York by Molina Healthcare



**SWH Provider Portal** https://molina.sapphirethreesixtyfive.com/?ci=ny-medicaid-swh-mltc&network_id=28&geo_location=33.9571,-118.4041&locale=en
**Authorization requests** SWHNY-ClinicalCoord@MolinaHealthCare.Com
**Intake(Referrals) Department** SWHNY—IntakeNYC@MolinaHealthCare.comSWH
**MAP Case Mgmt.** SWHNY-CareMgmt@MolinaHealthCare.Com
**HHA Exchange & Placement issues:** Support@hhaxchange.com
**Eligibility & Claims**
https://apps.availity.com/web/registration//#/provider/aboutme/start



Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...  →

GreatCare Email Extractor affidavit - 000050

**Sign up for EFT** ECHO Health Provider Login (echohealthinc.com )manage claims payment and receivables

**ECHO Phone number** 888.834.3511 or edi@echohealthinc.com for inquiries

**Sign up for SWHNY MLTC Provider Portal** https://www.availty.com/swh

**Availity Essentials Provider Portal** 800-282-4548 Mon- Fri 8:00am-8:00pm

**Provider Relations** SWHNY-ProviderRel-NY@MolinaHealthCare.Com

**Provider Relations Fax** 1-855-818-4871 Attn: Provider Relations

**Member Services** 1-877-353-0185 Monday-Sunday 8AM- 8PM

**For Medicaid Entitlement** SWHNY-EntitleNYC@MolinaHealthcare.com

**For the claims dept (855) 838-8002** & **(866)233-4773** Mon-Fri, 8AM-5PM

Please use the following emails for CDPAP/PCA/CHHA inquires for **Affinity by Molina Members:**

**Clinical Needs/service authorizations, CM/UM request/inquires, NYIA referrals and TOC referrals requesting LTSS services:**
        MHNYCLINICALCOORDINATON@MOLINAHEALTCARE.COM

**All vendor changes/authorizations**
        MHNYVENDORCHANGES@MOLINAHEALTHCARE.COM

**HHAX questions/inquires/authorizations:**
HHA_AUTHO@MolinaHealthCare.Com

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

2 attachments

Letter to Curren... .pdf
PDF · 109 KB

Letter to Curren... .pdf
PDF · 109 KB


Storage

Reply    Reply all    Forward


GreatCare Email Extractor affidavit - 000051

y!mail+    ( Deborah Sylvester )    Add keywords    ✕ ⚏    ( 🔍 )    ( 🏠 Home )    W

GreatCare Email Extractor affidavit - 000052



← Back

# Consumer Directed Personal Assistance Program (CDPAP) Statewide Fiscal Intermediary Transition Policy for Medicaid Managed Care Plans and Current Fiscal Intermediaries 📎 ▢ Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie,, and 1 other · Wed, Dec 11, 2024 at 6:18 PM ⌄

Dear Valued Provider,

Please find the attached information from the DOH regarding the MCO CDPAP Transition provided to the Healthplan as follow up to Statewide Fiscal Intermediary (SFI) meetings. Please review and share with the appropriate personnel.

Questions regarding the Statewide Fiscal Intermediary transition should be directed to the Department at StatewideFI@health.ny.gov

Thank you,

Updated Address -
Deborah Sylvester | Specialist, Provider Contracts HP
Senior Whole Health of New York by Molina Healthcare
**2900 Extension Street, Suite 202, Bronx, NY 10463**
Email: Deborah.Sylvester@Molinahealthcare.com
Phone (347) 803-6504
Contact Us | Senior Whole Health of New York by Molina Healthcare



**SWH Provider Portal**  https://molina.sapphirethreesixtyfive.com/?ci=ny-medicaid-swh-mltc&network_id=28&geo_location=33.9571,-118.4041&locale=en
**Authorization requests**  SWHNY-ClinicalCoord@MolinaHealthCare.Com
**Intake(Referrals) Department**  SWHNY—IntakeNYC@MolinaHealthCare.comSWH
**MAP Case Mgmt**.  SWHNY-CareMgmt@MolinaHealthCare.Com
**HHA Exchange & Placement issues:** Support@hhaxchange.com
**Eligibility & Claims**
https://apps.availity.com/web/registration//#/provider/aboutme/start
**Sign up for EFT**  ECHO Health Provider Login (echohealthinc.com )manage claims payment and receivables
**ECHO Phone number**  888.834.3511 or edi@echohealthinc.com  for inquiries
**Sign up for SWHNY MLTC Provider Portal**  https://www.availity.com/swh
**Availity Essentials Provider Portal** 800-282-4548 Mon- Fri 8:00am-8:00pm

---

Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/2(

Outstanding Audi...
Christina Pisanti · 3/1/2(

See all Starred ...  →

GreatCare Email Extractor affidavit - 000053

Provider Relations SWHNY-ProviderRel-NY@MolinaHealthCare.Com
Provider Relations Fax 1-855-818-4871 Attn: Provider Relations
Member Services 1-877-353-0185 Monday-Sunday 8AM- 8PM
For Medicaid Entitlement SWHNY-EntitleNYC@MolinaHealthcare.com
For the claims dept (855) 838-8002 & (866)233-4773 Mon-Fri, 8AM-5PM

Please use the following emails for CDPAP/PCA/CHHA inquires for **Affinity
by Molina Members:**

**Clinical Needs/service authorizations, CM/UM request/inquires, NYIA
referrals and TOC referrals requesting LTSS services:**
        MHNYCLINICALCOORDINATON@MOLINAHEALTCARE.CO
M
**All vendor changes/authorizations**
        MHNYVENDORCHANGES@MOLINAHEALTHCARE.COM
**HHAX questions/inquires/authorizations:**
HHA_AUTHO@MolinaHealthCare.Com

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended
recipient of the transmission. In addition, this email may be a communication that is
privileged by law. If you received this email in error, any review, use, disclosure,
distribution, or copying of this email is strictly prohibited. Please notify us immediately of
the error by return email, and please delete this email from your system. Thank you for
your cooperation.

4 attachments                                    Download all ↓

| | |
|---|---|
| **CDPAP Statewi... .pdf** PDF · 250.7 KB  ⊙ ⤓ | **CDPAP Statewi... .pdf** PDF · 371.8 KB  ⊙ ⤓ |
| **CDPAP Statewi... .pdf** PDF · 250.7 KB  ⊙ ⤓ | **CDPAP Statewi... .pdf** PDF · 371.8 KB  ⊙ ⤓ |

Reply ↩        Reply all ↩        Forward ↪

Storage

GreatCare Email Extractor affidavit - 000054

**y!mail+**    ( Deborah Sylvester )   Add keywords      ✕  ⇌   ( 🔍 )                    ( 🏠 Home )  W

GreatCare Email Extractor affidavit - 000055

← Back   ↰   ↰↰   →   ✉   ☆   🗀   🗑   ⊗   •••    ↑   ↓   ✕     ☆   ⊡   More ⌄

Inbox    Sent    Drafts    Trash    Spam    Folders    •••

# IMPORTANT: SWHNY CDPAP PMPM AMENDMENT REVISED  🗀 Inbox

Deborah Sylvester
To: Sylvester,, Cc: Ritchie,, and 1 other · Tue, Aug 13, 2024 at 11:00 AM ⌄

Good morning Valued Provider,

Kindly accept my humblest of apologies.  This email is to inform you that there was an error in the amendment you received on Friday 8/9/2024.  You will receive a new amendment today.
Once again, my apologies for any inconvenience that this may have caused.

Thank you,

Updated Address -
Deborah Sylvester | Specialist, Provider Contracts HP
Senior Whole Health of New York by Molina Healthcare
**2900 Extension Street, Suite 202, Bronx, NY 10463**
Email: Deborah.Sylvester@Molinahealthcare.com
Phone (347) 803-6504
Contact Us | Senior Whole Health of New York by Molina Healthcare



**SWH Provider Portal**  https://molina.sapphirethreesixtyfive.com/?ci=ny-medicaid-swh-mltc&network_id=28&geo_location=33.9571,-118.4041&locale=en
**Authorization requests**  SWHNY-ClinicalCoord@MolinaHealthCare.Com
**Intake(Referrals) Department**  SWHNY—IntakeNYC@MolinaHealthCare.comSWH
**MAP Case Mgmt.**  SWHNY-CareMgmt@MolinaHealthCare.Com
**HHA Exchange & Placement issues:** Support@hhaxchange.com
**Eligibility & Claims**
https://apps.availity.com/web/registration//#/provider/aboutme/start
**Sign up for EFT**  ECHO Health Provider Login (echohealthinc.com )manage claims payment and receivables
**ECHO Phone number**  888.834.3511 or edi@echohealthinc.com  for inquiries
**Sign up for SWHNY MLTC Provider Portal**  https://www.availity.com/swh
**Availity Essentials Provider Portal**  800-282-4548 Mon- Fri 8:00am-8:00pm
**Provider Relations**  SWHNY-ProviderRel-NY@MolinaHealthCare.Com
**Provider Relations Fax**  1-855-818-4871 Attn: Provider Relations
**Member Services**  1-877-353-0185  Monday-Sunday 8AM- 8PM
**For Medicaid Entitlement**  SWHNY-EntitleNYC@MolinaHealthcare.com


Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ... →

GreatCare Email Extractor affidavit - 000056



For the claims dept **(855) 838-8002** & **(866)233-4773** Mon-Fri, 8AM-5PM

Please use the following emails for CDPAP/PCA/CHHA inquires for **Affinity by Molina Members**:

**Clinical Needs/service authorizations, CM/UM request/inquires, NYIA referrals and TOC referrals requesting LTSS services:**
          MHNYCLINICALCOORDINATON@MOLINAHEALTCARE.COM
**All vendor changes/authorizations**
          MHNYVENDORCHANGES@MOLINAHEALTHCARE.COM
**HHAX questions/inquires/authorizations:**
HHA_AUTHO@MolinaHealthCare.Com

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

Reply ↩       Reply all ↩       Forward ↪

Storage

GreatCare Email Extractor affidavit - 000057

**y!mail⁺**    ( Deborah Sylvester )    Add keywords    ✕  ≕    ( Q )    ( ⌂ Home )    W

GreatCare Email Extractor affidavit - 000058



← Back

RE: LS300  ▢ Inbox

**Deborah Sylvester**
To: me, and 1 other, Cc: Ritchie,, and 3 others · Tue, Jan 2, 2024 at 6:14 PM ⌄

Thanks Tifany.

**From:** Chen, Tiffany <Tiffany.Chen@molinahealthcare.com>
**Sent:** Tuesday, January 2, 2024 4:04 PM
**To:** Barbara <barbarawang88@yahoo.com>
**Cc:** Ritchie, Michelle <Michelle.Ritchie@MolinaHealthCare.Com>; Acevedo, Lissette <Lissette.Acevedo@MolinaHealthCare.Com>; Islam, Tamjida <Tamjida.Islam@MolinaHealthCare.Com>; Yu, Yue <Yue.Yu@MolinaHealthCare.Com>; Sylvester, Deborah <Deborah.Sylvester@MolinaHealthCare.Com>
**Subject:** RE: LS300
**Importance:** High

Good Afternoon,

Deborah- Thank you for forwarding the copies.

Barbara – The LS300 form is incomplete and not signed. Also, the representative information is missing. Please kindly fill out the information accordingly and share an updated signed copy.

1. LHCSA/FI Business Name: Please enter the **Legal Entity Name**
2. Calendar Year: **2022**
3. MCO Business Name: **Senior Whole Health by Molina Healthcare**
4. MCO Address: **15 Metrotech Center, Suite 1100, Brooklyn, NY 11201**

**Tiffany C. Chen**
**Sr. Specialist, Provider Contracts HP**
Phone: 929-877-0722
Email: Tiffany.Chen@molinahealthcare.com
15 Metrotech Center, 11th FL
Brooklyn, NY 11201

**From:** Sylvester, Deborah <Deborah.Sylvester@MolinaHealthCare.Com>
**Sent:** Friday, December 29, 2023 8:04 AM
**To:** Yu, Yue <Yue.Yu@MolinaHealthCare.Com>; Chen, Tiffany <Tiffany.Chen@molinahealthcare.com>
**Cc:** Ritchie, Michelle <Michelle.Ritchie@MolinaHealthCare.Com>; Acevedo, Lissette <Lissette.Acevedo@MolinaHealthCare.Com>; Islam, Tamjida <Tamjida.Islam@MolinaHealthCare.Com>; Barbara <barbarawang88@yahoo.com>
**Subject:** FW: LS300

Hi Amy and Tiffany,

Please find the WP attestations for Greatcare, Inc.

Kindly review and process.

**Re: Contract Invoi...**
Mark J Marble · 7/19/202

**1**
me · 5/30/2023

**2022 09- Greatca...**
Ana Then · 12/12/2022

**(No subject)**
me · 11/9/2022

**Greatcare referra...**
Carol Yu · 10/4/2022

**You have a new e...**
noreply@barracuda.com

**RE: Outstanding ...**
Christina Pisanti · 3/4/2(

**Outstanding Audi...**
Christina Pisanti · 3/1/2(

See all Starred ...  →

GreatCare Email Extractor affidavit - 000059



Thank you!

Deborah Sylvester
Specialist, Provider Contracts HP
Phone (347) 803-6504
Contact Us | Senior Whole Health of New York by Molina Healthcare

**Senior Whole Health**
BY MOLINA HEALTHCARE

**From:** wei wang <barbarawang88@yahoo.com>
**Sent:** Thursday, December 28, 2023 5:45 PM
**To:** Sylvester, Deborah <Deborah.Sylvester@MolinaHealthCare.Com>; wei barbara
wang <barbarawang88@yahoo.com>
**Subject:** LS300

 **EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you
 trust the sender and know the content is safe.

Hi Deborah,

Would you please check attachment for Greatcare Ls300, Thanks!

Barbara Wang
Greatcare inc.
646-267-5677

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended
recipient of the transmission. In addition, this email may be a communication that is
privileged by law. If you received this email in error, any review, use, disclosure,
distribution, or copying of this email is strictly prohibited. Please notify us immediately of
the error by return email, and please delete this email from your system. Thank you for
your cooperation.

Reply ↩     Reply all ↩     Forward ↪

Storage

GreatCare Email Extractor affidavit - 000060

**y!mail+**    ( Deborah Sylvester )    Add keywords    ✕ ≡    ( Q )    ⌂ Home    W

GreatCare Email Extractor affidavit - 000061



← Back    ↰ ↰ ↱ ✉ ☆ ▭ 🗑 ⊗ •••    ↑ ↓ ✕

# FW: Notification on Minimum Wage Increase (Mass Communication) 📎 📁 Inbox

**Deborah Sylvester**
To: me, and 1 other · Tue, Dec 19, 2023 at 5:07 PM ⌄

**From:** Sylvester, Deborah <Deborah.Sylvester@MolinaHealthCare.Com>
**Sent:** Tuesday, December 19, 2023 3:56 PM
**To:** Sylvester, Deborah <Deborah.Sylvester@MolinaHealthCare.Com>
**Cc:** Ritchie, Michelle <Michelle.Ritchie@MolinaHealthCare.Com>
**Subject:** Notification on Minimum Wage Increase (Mass Communication)
**Importance:** High

Dear Providers,

Senior Whole Health of New York will be sending out Minimum Wage Increase Amendments starting 12/20/2023. The rates within the amendment allotted for the Department of Health depicted wage increase of $18.55 and the $2.54, specific to operational cost. The rates within the amendment you will received are considered final.

**Operations and Billing**

- Ensure the rates within the amendment are updated with HHAX as of 1/1/2024
- Ensure you are billing per the rates listed within the amendment
- Senior Whole Health of New York will not adjust any claims billed incorrectly as of 1/1/2024

Thank you.

Deborah Sylvester | Specialist, Provider Contracts HP
Senior Whole Health of New York by Molina Healthcare
15 MetroTech Center, 11th Floor, Brooklyn, NY 11201
Phone (347) 803-6504
Email: Deborah.Sylvester@Molinahealthcare.com
Contact Us | Senior Whole Health of New York by Molina Healthcare



**Senior Whole Health**
BY MOLINA HEALTHCARE

See updated information below;
SWHNY-Care Management: SWHNY-
CareMgmt@MolinaHealthCare.Com



☆ 🖾 More ⌄

⭐ Re: Contract Invoi...
Mark J Marble · 7/19/202

⭐ 1
me · 5/30/2023

⭐ 2022 09- Greatca...
Ana Then · 12/12/2022

⭐ (No subject)
me · 11/9/2022

⭐ Greatcare referra...
Carol Yu · 10/4/2022

⭐ You have a new e...
noreply@barracuda.com

⭐ RE: Outstanding ...
Christina Pisanti · 3/4/2(

⭐ Outstanding Audi...
Christina Pisanti · 3/1/2(

See all Starred ...  →

GreatCare Email Extractor affidavit - 000062



For Authorization Issues: SWHNY-ClinicalCoord@MolinaHealthCare.com
For New Referrals/Intake: SWHNY-IntakeNYC@MolinahealthCare.com
Sign up for MOLINA Provider Portal:  https://www.availity.com & 800-282-4548
Availity Training Questions: training@availity.com
https://apps.availity.com/web/registration//#/provider/aboutme/start
Sign up for EFT:  ECHO Health Provider Login (echohealthinc.com)
manage claims payment and receivables
For Billing Issues: (855) 838-8002
Member Services: (877) 353-0185 & www.swhnymembers.com
HHA Exchange & Placement issues: Support@hhaexchange.com or call:
1-855-400-4429

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

Reply ⤺    Reply all ⫷    Forward ⤳

◯ Storage

GreatCare Email Extractor affidavit - 000063

y!mail+    ( Deborah Sylvester )  Add keywords        ✕ ≡   ( Q )                    ( ⌂ Home )  W

GreatCare Email Extractor affidavit - 000064



GreatCare Email Extractor affidavit - 000065



SWHNY Care Management: SWHNY-CareMgmt@MolinaHealthCare.Com

**Authorization Issues:** SWHNY-ClinicalCoord@MolinaHealthCare.com

**New Referrals/Intake:** SWHNY-IntakeNYC@MolinahealthCare.com

**Sign up for MOLINA Provider Portal:** https://www.availity.com or 800-282-4548

**Availity Assistance: training@availity.com**

https://apps.availity.com/web/registration//#/provider/aboutme/start

**Sign up for EFT:** ECHO Health Provider Login (echohealthinc.com) manage claims payment and receivables

**For Billing Issues: (855) 838-8002**

**Member Services: (877) 353-0185** & www.swhnymembers.com

**HHA Exchange & Placement issues: Support@hhaexchange.com or call:**
1-855-400-4429



Please use the following emails for CDPAP/PCA Inquires for Affinity by Molina Members:

    **Clinical Needs/service authorizations, CM/UM request/inquires, NYIA referrals and TOC referrals requesting LTSS services:**

    MHNYCLINICALCOORDINATON@MOLINAHEALTCARE.COM

    **All vendor changes/authorizations**

    MHNYVENDORCHANGES@MOLINAHEALTHCARE.COM

    **HHAX questions/inquires/authorizations:**

    HHA_AUTHO@MolinaHealthCare.Com

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

Reply     Reply all     Forward


Storage

GreatCare Email Extractor affidavit - 000066

**y!mail+**    ( Deborah Sylvester )    Add keywords    ✕  ≋    ( Q )        ( ⌂ Home )   ( W )

GreatCare Email Extractor affidavit - 000067



← Back          ↩ ↩ ↪ ✉ ☆ 🗀 🗑 ⊘ ⋯          ↑ ↓ ✕

# Wage Parity Attestation Needed. 📎 🗀 Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie,, and 2 others · Fri, Nov 3, 2023 at 4:51 PM ⌄

Dear Valued Provider,

SWH/Molina is required to submit to the DOH Wage Parity Attestations
ensuring that our contracted LHCSAs and FI agencies are paying at Wage
Parity.
Kindly complete and return the attached LS300 form no later than **12/15/2023**.

Please ensure that the following is included:

1. LHCSA/FI Business Name: Please enter the **Legal Entity Name**
2. Calendar Year: **2022**
3. MCO Business Name: **Senior Whole Health by Molina Healthcare**
4. MCO Address: **15 Metrotech Center, Suite 1100, Brooklyn, NY 11201**

Kindly return a completed copy for LHCSA and FI entity to Tiffany Chen -
tiffany.chen@molinahealthcare.com and  Yu, Yue
Yue.Yu@MolinaHealthCare.Com (Amy), and they should be contacted if you
have any questions.

Thank you!

Deborah Sylvester
Specialist, Provider Contracts HP
Phone (347) 803-6504



**Senior Whole Health**
BY MOLINA HEALTHCARE

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended
recipient of the transmission. In addition, this email may be a communication that is
privileged by law. If you received this email in error, any review, use, disclosure,
distribution, or copying of this email is strictly prohibited. Please notify us immediately of
the error by return email, and please delete this email from your system. Thank you for
your cooperation.

2 attachments

| ls300 Form.pdf | ls300 Form.pdf |
|---|---|
| PDF · 702 KB | PDF · 702 KB |
| 👁 ⬇ | 👁 ⬇ |



☆ 🖾 More ⌄

★ Re: Contract Invoi...
  Mark J Marble · 7/19/202

★ 1
  me · 5/30/2023

★ 2022 09- Greatca...
  Ana Then · 12/12/2022

★ (No subject)
  me · 11/9/2022

★ Greatcare referra...
  Carol Yu · 10/4/2022

★ You have a new e...
  noreply@barracuda.com

★ RE: Outstanding ...
  Christina Pisanti · 3/4/20

★ Outstanding Audi...
  Christina Pisanti · 3/1/20

See all Starred ... →

GreatCare Email Extractor affidavit - 000068

Storage

Reply ↩    Reply all ↩    Forward ↪

GreatCare Email Extractor affidavit - 000069

y!mail+    ( Deborah Sylvester )    Add keywords    ✕ ☰    ( 🔍 )    ( 🏠 Home )  W

GreatCare Email Extractor affidavit - 000070



← Back        ◄  ◄◄  ➔  ☑  ☆  ▭  🗑  ⊗  •••        ↑  ↓  ✕

# SWH Wage Parity Rates - Delays  📎  ▭ Inbox

**Deborah Sylvester**
To: me, and 1 other · Mon, Jan 30, 2023 at 10:54 AM ⌄

Good Morning,

SWH is experiencing some delays in loading all the new rates into our system and testing for accuracy, hence all claim are still being paid at the old rate. We acknowledge that this is impacting our providers and are working to have all configuration completed as quickly as possible. Please know that all affected claims will be pulled and processed by our claims department to pay the new rates from 10/1/2022 DOS to the date of the load. Providers do not need to send us any files for reprocessing, this will be done by our internal Configuration/PR teams.

These projects are now marked as high priority and processing will be expedited. Please know that when your agency's ticket has been completed and the rates loaded, I will be able to provide an ETA on the reprocessing of the claims as well as the estimated payment amounts that will be expected.

I will follow up on 2/13/2023 with that status.

Thank you for your patience and understanding.

If you have any questions, kindly outreach to me directly.

Thank you.


Deborah Sylvester | MHI – Provider Network Specialist
Senior Whole Health by Molina Healthcare
15 MetroTech Center, 11th Floor, Brooklyn, NY 11201
Phone (347) 803-6504
Email: Deborah.Sylvester@Molinahealthcare.com
Website: www.molinahealthcare.com



See updated information below;
SWHNY-Care Management: SWHNY-
CareMgmt@MolinaHealthCare.Com
**For Authorization Issues: SWHNY-
ClinicalCoord@MolinaHealthCare.com**
**For New Referrals/Intake: SWHNY-IntakeNYC@MolinahealthCare.com**



☆  ▢  More ⌄

★ Re: Contract Invoi...
   Mark J Marble · 7/19/202

★ 1
   me · 5/30/2023

★ 2022 09- Greatca...
   Ana Then · 12/12/2022

★ (No subject)
   me · 11/9/2022

★ Greatcare referra...
   Carol Yu · 10/4/2022

★ You have a new e...
   noreply@barracuda.com

★ RE: Outstanding ...
   Christina Pisanti · 3/4/2(

★ Outstanding Audi...
   Christina Pisanti · 3/1/2(

See all Starred ...  →

GreatCare Email Extractor affidavit - 000071



Sign up for MOLINA Provider Portal: https://www.availity.com & 800-282-4548

Availity Training Questions: training@availity.com

https://apps.availity.com/web/registration//#/provider/aboutme/start

Sign up for EFT: ECHO Health Provider Login (echohealthinc.com)

manage claims payment and receivables

For Billing Issues: (866) 233-4773

Member Services: (877) 353-0185 & www.swhnymembers.com

HHA Exchange & Placement issues: Support@hhaexchange.com or call:
1-855-400-4429

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

Storage

Reply    Reply all    Forward

GreatCare Email Extractor affidavit - 000072

y!mail⁺    ( Deborah Sylvester )    Add keywords    ✕  ≡≡    ( 🔍 Q )            ( 🏠 Home )   W

GreatCare Email Extractor affidavit - 000073

← Back    ↰  ↰↰  ↱  ☑  ☆  ▢  🗑  ⊗  ⋯    ↑  ↓  ✕

☆  ▣    More ∨

# UPDATE—Change Healthcare ProviderNet Portal Outage: ERA & EOP 📎 ▢ Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie · Mon, Aug 8, 2022 at 10:13 AM ∨

Dear Valued Provider,

**Update** – The ProviderNet portal is now available, with features being limited to view and download Explanation of Payment (EOP) and 835/Electronic Remittance Advice (ERA).

- **Only existing, authenticated users of ProviderNet can be verified and re-gain access.**

- New enrollments are not being accepted at this time.

- Email Change Healthcare at: WCO.Provider.Registration@ChangeHealthcare.com

- See the specific request process on the ProviderNet portal

Thank you.

Deborah Sylvester
Provider Network Specialist
Senior Whole Health by Molina Healthcare
**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**
(347) 803-6504 (M)
Email: Deborah.Sylvester@Molinahealthcare.com
Website: https://www.Molinahealthcare.com



**For Authorization Issues:** SWHNY-ClinicalCoord@MolinaHealthCare.com
**SWHNY Care Management:** SWHNY-CareMgmt@MolinaHealthCare.com
**For New Referrals/Intake:** SWHNY-IntakeNYC@MolinahealthCare.com
**Sign up for MOLINA Provider Portal:** https://www.availity.com
**Sign up for EFT:** Change Healthcare https://providernet.adminisource.com
**For Billing Issues:** (866) 233-4773
**Member Services:** (877) 353-0185



Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...  →

GreatCare Email Extractor affidavit - 000074



IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

2 attachments

| Comm_Provide....docx | Comm_Provide....docx |
| DOCX · 17.1 KB | DOCX · 17.1 KB |

Storage

Reply ↩    Reply all ↩    Forward ↪

GreatCare Email Extractor affidavit - 000075

**y!mail⁺**    Deborah Sylvester    Add keywords    ✕  ☰    🔍        ⌂ Home    W

☆  ▣  More ⌄

← Back    ↩  ↩  ↪  ✉  ☆  ☐  🗑  ⊗  ⋯    ↑  ↓  ✕

📥 Inbox

# Meeting with Greatcare Home Care  ☐ Inbox

xiangyun.chen@molinahealthcare.com
To: me, and 1 other, Cc: Mikou,, and 1 other · Wed, May 11, 2022 at 9:11 AM ⌄

Agenda:

   -Provider Network Updates
   -HHA Exchange issues (discuss if needed)
   -Authorization /Claims Issues & Updates (discuss if needed)

   -Address current Administrative Issues (discuss if needed)
   -Open Discussion/Questions

---

## Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

Learn More | Meeting options

---

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended
recipient of the transmission. In addition, this email may be a communication that is
privileged by law. If you received this email in error, any review, use, disclosure,
distribution, or copying of this email is strictly prohibited. Please notify us immediately of
the error by return email, and please delete this email from your system. Thank you for
your cooperation.

**1 attachment**                                    Download ↓

**Untitled**
· 4.1 KB

📥

Reply ↩        Reply all ↩        Forward ↪

### Starred sidebar
★ Re: Contract Invoi...
Mark J Marble · 7/19/202

★ 1
me · 5/30/2023

★ 2022 09- Greatca...
Ana Then · 12/12/2022

★ (No subject)
me · 11/9/2022

★ Greatcare referra...
Carol Yu · 10/4/2022

★ You have a new e...
noreply@barracuda.com

★ RE: Outstanding ...
Christina Pisanti · 3/4/2(

★ Outstanding Audi...
Christina Pisanti · 3/1/2(

See all Starred ...  →

GreatCare Email Extractor affidavit - 000076

3/30/26, 7:16 PM                    Inbox Emails (71 unread) - barbarawang88@yahoo.com - Yahoo Mail

y!mail⁺        ( Deborah Sylvester )  Add keywords       ✕  ☰  ( Q )                    ( 🏠 Home )  ( W )

GreatCare Email Extractor affidavit - 000077

← Back    ↩ ↪ ➠ ⊠ ☆ ▢ 🗑 ⊗ •••    ↑ ↓ ✕          ☆ ▣ More ∨

# IMPORTANT UPDATE: Senior Whole Health of New York, Inc Vision benefits through Superior Vision @ ▢ Inbox

Inbox

Sent

Drafts

Trash

Spam

Folders

•••

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie · Fri, Apr 15, 2022 at 9:28 AM ∨

Dear Valued Provider,

Kindly review the attached letter regarding SWHNY Vision Benefits Vendor. As of June 01, 2022, SWH will provide vision benefits coverage for our members through Superior Vision.

If you or your members have any questions regarding Superior, please contact them directly - **Superior Customer Service Department at (877) 235-5317.**

Thank you.

Deborah Sylvester
Provider Network Specialist
Senior Whole Health by Molina Healthcare
**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**
(347) 803-6504 (M)
Email: Deborah.Sylvester@Molinahealthcare.com
Website: https://www.Molinahealthcare.com

 

Please review updated information below

**For Authorization Issues: SWHNY-ClinicalCoord@MolinaHealthCare.com**
**SWHNY Care Management: SWHNY-CareMgmt@MolinaHealthCare.com**
**For New Referrals/Intake: SWHNY-IntakeNYC@MolinahealthCare.com**
**Sign up for MOLINA Provider Portal: https://www.availity.com**
**Sign up for EFT:** Change Healthcare https://providernet.adminisource.com
**For Billing Issues: (866) 233-4773**
**Member Services: (877) 353-0185**

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of

☆ Re: Contract Invoi...
   Mark J Marble · 7/19/202

☆ 1
   me · 5/30/2023

☆ 2022 09- Greatca...
   Ana Then · 12/12/2022

☆ (No subject)
   me · 11/9/2022

☆ Greatcare referra...
   Carol Yu · 10/4/2022

☆ You have a new e...
   noreply@barracuda.com

☆ RE: Outstanding ...
   Christina Pisanti · 3/4/2(

☆ Outstanding Audi...
   Christina Pisanti · 3/1/2(

See all Starred ...    →

GreatCare Email Extractor affidavit - 000078



the error by return email, and please delete this email from your system. Thank you for your cooperation.

1 attachment                                        Download ↓

Vison Provider N....pdf
PDF · 119.3 KB

Reply ↩    Reply all ↩↩    Forward ↪

Storage

GreatCare Email Extractor affidavit - 000079

**y!mail+**    Deborah Sylvester    Add keywords    ✕ ☰    Q    🏠 Home    W

GreatCare Email Extractor affidavit - 000080



Inbox

Sent

Drafts

Trash

Spam

Folders

...

← Back

# NOTICE: MAP members deployment delayed

☐ Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie, · Wed, Jan 12, 2022 at 12:03 PM ∨

Good Morning Valued Provider,

Unfortunately SWHNY by Molina was just notified within the hour that there is a delay to the deployment of the MAP members authorization file. The file will not be deployed to HHAX today as expected 1/11/2022 and we will notify providers with the upcoming deployment date. We anticipate this delay to be for an additional 1-2 weeks or less.

We mentioned in previous communications that there has been a transition of the MAP product to our Medicare LTSS MAP product line — we are working to have the members authorizations updated quickly in HHAX as the MAP members being our Medicare product have migrated to a new system and their authorizations need to be transferred to the new system then extracted to the HHAX file the delay in this process is due to the dependency on a universe of 46,000 Medicare Authorizations.

In the interim we kindly ask that providers continue to service the members under the existing level of care as we are aware that there is a delay in updating the members to broadcast in the HHAX system.

We are committed to sending an update on this issue to all MAP -Medicare Providers. We however do not want as collaborating teams working with Medicare members to be fined a deficiency for access to care reportable to CMS - So please continue to service the members.

In addition there is a new Medicare Number for MAP members enclosed Please note: Any calls after 1/1/22 should come through the new NY Medicare member services number which is: **1-833-671-0440**.
The existing 1-877-353-0185 number will be specifically for Medicaid (MLTC).

Also you can e-mail MAP Care Management Team through the following e-mail box SWHNY-CareMgmt@MolinaHealthCare.Com

We sincerely appreciate your patience and collaboration working with us on this transition and matter and the plan will work to resolve payment issues resulting from this delay and timely filing claims.

Many thanks and we sincerely regret the delay and any inconvenience this may have caused.

Thank you!

Deborah Sylvester
Provider Network Specialist
Senior Whole Health by Molina Healthcare
**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**



☆  More ∨

Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/2(

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...  →

GreatCare Email Extractor affidavit - 000081

(347) 803-6504 (M)
Email: Deborah.Sylvester@Molinahealthcare.com
Website: https://www.molinahealthcare.com



Please review updated information below

**For Authorization Issues:** SWHNY-
ClinicalCoord@MolinaHealthCare.com
**To request copies of cancelled check or to have reissue checks:**
ProviderPaymentProcessing@MolinaHealthCare.Com
**SWHNY Care Management:** SWHNY-CareMgmt@MolinaHealth.com
**For New Referrals/Intake:** SWHNY-IntakeNYC@Molinahealthcare.com
**Sign up for MOLINA Provider Portal:** https://www.availity.com/swh
**Sign up for EFT:** Change Healthcare https://providernet.adminisource.com
**For Billing Issues:** (866) 233-4773
**Member Services:** (877) 353-0185

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended
recipient of the transmission. In addition, this email may be a communication that is
privileged by law. If you received this email in error, any review, use, disclosure,
distribution, or copying of this email is strictly prohibited. Please notify us immediately of
the error by return email, and please delete this email from your system. Thank you for
your cooperation.

Storage

Reply ↩     Reply all ↩     Forward ↪

GreatCare Email Extractor affidavit - 000082

**y!mail+**    Deborah Sylvester    Add keywords    ✕  ≡    Q    ⌂ Home    W

GreatCare Email Extractor affidavit - 000083

← Back    ↩ ↩ ↪ ☑ ☆ ☐ 🗑 ⊗ ⋯    ↑ ↓ ✕

☆ ⊡ More ∨

# MERRY CHRISTMAS AND A HAPPY HOLIDAY SEASON! ☐ Inbox

**Deborah Sylvester**
To: Sylvester, · Thu, Dec 23, 2021 at 1:45 PM ∨

Dear Valued Provider,

May the spirit of the season bring you closer to those whom you cherish so much!

WISHING YOU AND YOUR FAMILY A MERRY CHRISTMAS  AND A HAPPY HOLIDAY SEASON!



Deborah Sylvester
Provider Network Specialist
Senior Whole Health by Molina Healthcare
**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**
(347) 803-6504 (M)
Email: Deborah.Sylvester@Molinahealthcare.com
Website MAP: https://www.seniorwholehealthny.com
Website MLTC: https://www.swhproviders.com



***For Authorization Issues: SWHNY-ClinicalCoord@MolinaHealthCare.com
***To request copies of cancelled check or to have reissue checks:
ProviderPaymentProcessing@MolinaHealthCare.Com
***SWHNY Care Management: SWHNY-CareMgmt@MolinaHealthCare.Com



★ Re: Contract Invoi...
Mark J Marble · 7/19/202

★ 1
me · 5/30/2023

★ 2022 09- Greatca...
Ana Then · 12/12/2022

★ (No subject)
me · 11/9/2022

★ Greatcare referra...
Carol Yu · 10/4/2022

★ You have a new e...
noreply@barracuda.com

★ RE: Outstanding ...
Christina Pisanti · 3/4/2(

★ Outstanding Audi...
Christina Pisanti · 3/1/2(

See all Starred ...  →

GreatCare Email Extractor affidavit - 000084



***For Intake: SWHNY-IntakeNYC@Molinahealthcare.com
***Sign up for SWHNY MLTC Provider Portal:
https://www.availity.com/swh
***Sign up for EFT: http://www.emdeon.com/resourcelibrary/#119 or call
(866) 371-9066
***For Billing Issues: (866) 233-4773
***Member Services: (877) 353-0185
If any inquiries about ERA/EFT please contact (866) 506-2830 and select option 1
For the claims dept. (866) 233-4773  Mon-Fri, 8AM-5PM

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended
recipient of the transmission. In addition, this email may be a communication that is
privileged by law. If you received this email in error, any review, use, disclosure,
distribution, or copying of this email is strictly prohibited. Please notify us immediately of
the error by return email, and please delete this email from your system. Thank you for
your cooperation.

Storage

Reply ↩      Reply all ↩↩      Forward ↪

GreatCare Email Extractor affidavit - 000085

y!mail+     ( Deborah Sylvester )    Add keywords       ✕ ≣    ( 🔍 )              ( 🏠 Home )   W

GreatCare Email Extractor affidavit - 000086



← Back

# RE: Compliance with Executive Order 14042 - Resending 🖇 🗀 Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie, · Fri, Nov 5, 2021 at 9:20 AM ∨

Good Morning Valued Provider,

Kindly review the attached DOH Executive Order, SWH is mandated to Ensure that Adequate COVID-19 Safety Protocols for Federal Contractors for Subcontracts are adhered to.

If you have any questions, please contact us.

Thank you.


Deborah Sylvester
Provider Network Specialist
Senior Whole Health by Molina Healthcare
**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**
(347) 803-6504 (M)
Email: Deborah.Sylvester@Molinahealthcare.com
Website MAP: https://www.seniorwholehealthny.com
Website MLTC: https://www.swhproviders.com

**S W H**
Senior Whole Health.
BY MOLINA HEALTHCARE

***For Authorization Issues: SWHNY-ClinicalCoord@MolinaHealthCare.com
***SWHNY Care Management: SWHNY-CareMgmt@MolinaHealthCare.Com
***For Intake: SWHNY-IntakeNYC@Molinahealthcare.com
***Sign up for SWH (MAP) Provider Portal:
https://swhiweb.seniorwholehealth.com/providerportal/
***Sign up for SWHNY MLTC Provider Portal:
https://www.availity.com/swh
***Sign up for EFT: http://www.emdeon.com/resourcelibrary/#119
or call (866) 371-9066
***For Billing Issues: (866) 233-4773
***Member Services: (877) 353-0185
If any inquiries about ERA/EFT please contact (866) 506-2830 and select option 1
For the claims dept. (866) 233-4773 Mon-Fri, 8AM-5PM

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of

Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ... →

GreatCare Email Extractor affidavit - 000087



the error by return email, and please delete this email from your system. Thank you for your cooperation.

1 attachment                                        Download ⤓

**Provider Notic... .docx**
DOCX · 31.4 KB

Reply ↩    Reply all ⪻    Forward ↪

Storage

GreatCare Email Extractor affidavit - 000088

y!mail+    ( Deborah Sylvester )   Add keywords        ✕  ≡≡   ( Q )                ( 🏠 Home )   W

GreatCare Email Extractor affidavit - 000089

← Back

# Core features available for Molina Health Plan 📎

☐ Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie, · Wed, Nov 3, 2021 at 2:56 PM ∨

Dear Valued Provider,

Good Afternoon,

Attached please find information related to Core features now available on
SWH/Molina Provider Portal – Availity.
These include Member eligibility and benefits, Claims and remittance
information among other things.

Please drop by and register to explore all the available services.

Please cascade to anyone in your organization as needed.

If you have any questions, please contact PR email: SWHNY-ProviderRel-
NY@MolinaHealthCare.Com or myself.

Thank you.

Deborah Sylvester
Provider Network Specialist
Senior Whole Health by Molina Healthcare
**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**
(347) 803-6504 (M)
Email: Deborah.Sylvester@Molinahealthcare.com
Website MAP: https://www.seniorwholehealthny.com
Website MLTC: https://www.swhproviders.com

**SWH**
Senior Whole Health
BY MOLINA HEALTHCARE

\*\*\***For Authorization Issues: SWHNY-
ClinicalCoord@MolinaHealthCare.com**
\*\*\***To request copies of cancelled check or to have reissue checks:**
ProviderPaymentProcessing@MolinaHealthCare.Com
\*\*\***SWHNY Care Management: SWHNY-
CareMgmt@MolinaHealthCare.Com**
\*\*\***For Intake: SWHNY-IntakeNYC@Molinahealthcare.com**
\*\*\***Sign up for SWHNY MLTC Provider Portal:**
https://www.availity.com/swh
\*\*\***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119 **or call**
(866) 371-9066
\*\*\***For Billing Issues:** (866) 233-4773
\*\*\***Member Services:** (877) 353-0185



Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...  →

GreatCare Email Extractor affidavit - 000090



If any inquiries about ERA/EFT please contact (866) 506-2830 and select option 1
For the claims dept. (866) 233-4773 Mon-Fri, 8AM-5PM

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended
recipient of the transmission. In addition, this email may be a communication that is
privileged by law. If you received this email in error, any review, use, disclosure,
distribution, or copying of this email is strictly prohibited. Please notify us immediately of
the error by return email, and please delete this email from your system. Thank you for
your cooperation.

1 attachment                                              Download ↓

Availity core fea... .pdf
PDF · 568.7 KB

👁  ⤓

Reply ↩        Reply all ↩↩        Forward ↪

Storage

GreatCare Email Extractor affidavit - 000091

y!mail⁺    ( Deborah Sylvester )    Add keywords    ✕  ⩸    ( 🔍 )    ( ⌂ Home )    W

GreatCare Email Extractor affidavit - 000092

← Back    ⤺  ⤻  ⤶  ✉  ☆  ▢  🗑  ⊗  ···    ↑  ↓  ✕

# COVID - 19 Vaccine Mandate 📎 ▢ Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie, · Fri, Sep 24, 2021 at 3:49 PM ⌄

Hi Valued Provider,

Below are requirements around the COVID -19 Vaccine Mandate.

SWH is requesting an updated as to if this mandate is in place for Aides.
Please advise.

Thank you.

Deborah Sylvester

August 30, 2021 | Vol. 26, No. 29        View this email in your browser



# HPA e-News
An update of health plan notes and activities

New York  Health Plan Association

*In This Issue:*



- The Hochul
  Administration Begins
- Administrative Team Takes
  Shape
- Coronavirus Crisis Updates
- Government Programs
  Updates
- It's An Honor
- Quote to Note
- Calendar of Events

## The Hochul Administration Begins

At 12:01 August 24th, Lieutenant Governor Kathy Hochul was sworn in as
Governor Hochul, becoming the first female to serve in that position in New
York. During a ceremonial swearing in later that day, the new Governor pledged
to bring a new style to New York's state government, saying, "I look forward to a

GreatCare Email Extractor affidavit - 000093

fresh, collaborative approach. That's how I've always conducted myself, it'll be nothing new for me, but it's something I'm planning on introducing to the state Capitol."

Also last week Governor Hochul officially announced state Senator Brian Benjamin as her choice for Lieutenant Governor. The appointment won't take effect until after Labor Day. The delay is due to complexities with a new state election law that requires the Governor to "promptly" call special elections within 10 days of a vacancy, with the special election to be held between 40 and 50 days from the declaration. Delaying Benjamin's swearing in until after Labor Day will allow the special election to happen on the same day as the general election, a move that will save taxpayer money for what is expected to be a largely uncontested race for the open Senate seat.

HPA issued statements congratulating Governor Hochul on her swearing in and Senator Benjamin on his appointment as Lieutenant Governor. Both statements reaffirmed health plans' commitment to work collaboratively with the new Administration on health care policies that will build upon the state's progress in expanding coverage to help ensure that every New Yorker has high-quality, affordable health care.

## Administrative Team Takes Shape

Several hours before her swearing in, Governor Hochul announced two top aides – both women. Karen Persichilli Keogh was named Secretary to the Governor, the highest-ranking appointed position in the state, and Elizabeth Fine was named as Counsel to the Governor. For now, it appears that Budget Director Robert Mujica and Health Commissioner Howard Zucker will remain in their positions. This is in line with reports that Hochul said she plans on taking 45 days to determine staff for her administration. Meanwhile, the Department of Financial Services website was updated to reflect that Shirin Emami is serving as Acting Superintendent following Linda Lacewell's resignation as Superintendent. This is a result of the existing succession plan and does not convey formal action by the Hochul Administration. HPA will continue to update plans as new announcements are made.

## Coronavirus Crisis Updates

Last week's action by the U.S. Food and Drug Administration granting full approval to the Pfizer-BioNTech COVID-19 Vaccine quickly led to calls for vaccine mandates, including President Biden making a plea to private employers to require workers to be vaccinated. A *Crain's New York Business* report said many employers – including health plans – are revisiting their vaccine policies. Other COVID-related news in New York includes:

- **Health Care Worker Vaccine Mandate** – Emergency regulations were approved last week by the Public Health and Health Planning Council (PHHPC) mandating all New York health care workers to be fully vaccinated against COVID-19. The vaccination requirement includes workers at hospitals, nursing homes, diagnostic and treatment centers, licensed home care agencies, hospices and adult care facilities. Hospital

GreatCare Email Extractor affidavit - 000094

GreatCare Email Extractor affidavit - 000095

GreatCare Email Extractor affidavit - 000096

y!mail⁺    ( Deborah Sylvester )    Add keywords    ✕  ⊞    ( 🔍 )    ( 🏠 Home )    W

GreatCare Email Extractor affidavit - 000097

3/30/26, 7:21 PM    Inbox Emails (71 unread) - barbarawang88@yahoo.com - Yahoo Mail



← Back

# NYS - 21-14 Adding Section 2.61 Title 10 NYCRR (Prevention of COVID-19 Transmission by Covered Entities) 📎 ▯ Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie, · Mon, Aug 30, 2021 at 10:37 AM ∨

Dear Valued Providers,

Please be advised that health care worker COVID immunization regulations will apply to LHCSAs and other providers licensed or certified under Article 36 of the PHL.

https://www.health.ny.gov/facilities/public_health_and_health_planning_council/meetings/2021-08-26/docs/full_council_agenda.pdf?source=email

Kindly review the attachment provided.

Thank you.

Deborah Sylvester
Senior Whole Health by Molina Healthcare
**15 MetroTech Center, 11th Floor, Brooklyn, NY 11201**
(347) 803-6504 (M)
Email: Deborah.Sylvester@Molinahealthcare.com
Website MAP: https://www.seniorwholehealthny.com
Website MLTC: https://www.swhproviders.com



Senior Whole Health
BY MOLINA HEALTHCARE

*See updated information below*

***For Authorization Issues:** SWHNY-ClinicalCoord@MolinaHealthCare.com
*** SWHNY Care Management:** SWHNY-CareMgmt@MolinaHealthCare.Com
***For Intake:** SWHNY-IntakeNYC@Molinahealthcare.com
***Sign up for SWH (MAP) Provider Portal:**
https://swhiweb.seniorwholehealth.com/providerportal/
***Sign up for SWHNY MLTC Provider Portal:**
https://www.availity.com/swh
***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119
or call (866) 371-9066
***For Billing Issues:** (866) 233-4773
***Member Services:** (877) 353-0185
If any inquiries about ERA/EFT please contact (866) 506-2830 and select option 1
For the claims dept  (866) 233-4773  Mon-Fri, 8AM-5PM

**Starred:**
Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/2(

Outstanding Audi...
Christina Pisanti · 3/1/2(

See all Starred ...  →

GreatCare Email Extractor affidavit - 000098



IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

1 attachment                                                                Download ↓

full_council_age... .pdf
PDF · 287.1 KB

Reply ↩        Reply all ↩        Forward ↪

GreatCare Email Extractor affidavit - 000099

y!mail+    ( Deborah Sylvester )    Add keywords    ✕  ≣    ( 🔍 Q )    ( 🏠 Home )    W

GreatCare Email Extractor affidavit - 000100



## 2021 Mid year meeting agenda ▢ Inbox

**Chu, Wendy**
To: me, and 2 others · Wed, Jun 16, 2021 at 12:51 PM ✓

Good afternoon,
Here is our agenda for today's meeting.

Agenda:

-2021 mid- year referral/enrollment review

-Disenrollment update

-Provider Network Updates
-HHA Exchange issues (discuss if needed)
-Authorization /Claims Issues & Updates (discuss if needed)

-Address current Administrative Issues (discuss if needed)
-Open Discussion/Questions

Thank you.

**Wendy Chu** | Specialist Community Engagement
Senior Whole Health

15 Metrotech Center, Floor 11, Brooklyn, NY 11201
M 917-692-1832 | E Wendy.Chu@MolinaHealthcare.com
www.swhnymembers.com

**S W H**
Senior Whole Health
BY MOLINA HEALTHCARE

\***For Authorization Issues:** SWHNY-ClinicalCoord@MolinaHealthCare.Com
\***For Billing Issues:** SWHclaimsemail@magellanhealth.com
\***For Intake / Referrals:** SWHNY-IntakeNYC@MolinaHealthCare.Com
\***For Single Case Agreement Issues:** providerrelationsny@seniorwholehealth.com
\***Sign up for SWH Provider Portal:** https://swhiweb.seniorwholehealth.com/providerportal/
\***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119
\***Member Services at 877 353 8501

\***Confidentiality Notice\*** This electronic message transmission contains information belonging to
Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which
may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY
PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of this
communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error,
please notify us by telephone at +19292587650. Thank you.

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended
recipient of the transmission. In addition, this email may be a communication that is
privileged by law. If you received this email in error, any review, use, disclosure,

**Starred sidebar:**

Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...    →

GreatCare Email Extractor affidavit - 000101



distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.

Storage

Reply    Reply all    Forward

GreatCare Email Extractor affidavit - 000102

Inbox Emails (71 unread) - barbarawang88@yahoo.com - Yahoo Mail

y!mail⁺    Deborah Sylvester    Add keywords    ✕ ⬛    Q    🏠 Home    W

GreatCare Email Extractor affidavit - 000103



← Back    ↩  ↞  ↦  ✉  ☆  ▢  🗑  ⊗  •••    ↑  ↓  ✕         ☆  ▣   More ∨

# Urgent HHAX Provider Communication - 4/1 Transition  ▢ Inbox

**Deborah Sylvester**
To: (MCC), Cc: (MCC) · Fri, Mar 26, 2021 at 9:59 AM ∨

Dear Senior Whole Health of New York Provider,

Thank you for being a valued part of our network. Effective 4/1/2021, MLTC members will be transitioned to the new payer ID of SWHNY. For dates of service 4/1/2021 and forward, claims for these members will need to be submitted under the new payer ID, or else they will be denied leading to payment being delayed.

Due to this payer update, workflow changes will be required in HHAeXchange to be compliant starting 4/1/2021. The HHAeXchange team will distribute additional information on what these changes look like for you as the provider. Please be on the lookout for additional communications and webinars to review the details and timeline of the change. Immediate attention is required for these changes as there is a strict timeline over the next three weeks to ensure a smooth transition.

If you have any questions or need additional information, please contact the Provider Relations team at SWHProviderRelationsNY@magellanhealth.com or reach out to your dedicated Provider Relations representative.

If you have any questions related to HHAeXchange, please contact support@hhaexchange.com or reach out to your dedicated Client Success Manager.

Thank you.


Deborah Sylvester
Network Development Specialist
Senior Whole Health
347-803-6504 Cell
sylvesterd@magellanhealth.com
-
***Website: https://www.seniorwholehealthny.com
***New Referrals Submission: SWHintakenyc@magellanhealth.com
***For Authorization Issues:
SWHNYCClinicalCoordinator@magellanhealth.com
***Care Management: SWHCareManagement@magellanhealth.com
***For Billing Issues: SWHclaimsemail@magellanhealth.com or
**(866) 233-4773**
***For Provider Relations/ Single Case Agreement Issues:
SWHProviderRelationsNY@magellanhealth.com

---

Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/2(

Outstanding Audi...
Christina Pisanti · 3/1/2(

See all Starred ...  →

GreatCare Email Extractor affidavit - 000104



***Sign up for EFT: http://www.emdeon.com/resourcelibrary/#119
***Member Services: 877-353-0185

***Confidentiality Notice*** This electronic message transmission contains information
belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named
above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or
affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES
APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that
any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED.
If you have received this electronic transmission in error, please notify us at . Thank you.

Reply ↩    Reply all ↞    Forward ↪

GreatCare Email Extractor affidavit - 000105

y!mail⁺    ( Deborah Sylvester )    Add keywords    ✕  ⇶    ( 🔍 )    ( 🏠 Home )    W

GreatCare Email Extractor affidavit - 000106

# Urgent HHAX Provider Communication - 4/1 Transition 🗀 Inbox

**Deborah Sylvester**
To: (MCC), Cc: (MCC) · Tue, Mar 23, 2021 at 9:03 AM ⌄

Dear Senior Whole Health of New York Provider,

Thank you for being a valued part of our network. Effective 4/1/2021, MLTC members will be transitioned to the new payer ID of SWHNY. For dates of service 4/1/2021 and forward, claims for these members will need to be submitted under the new payer ID, or else they will be denied leading to payment being delayed.

Due to this payer update, workflow changes will be required in HHAeXchange to be compliant starting 4/1/2021. The HHAeXchange team will distribute additional information on what these changes look like for you as the provider. Please be on the lookout for additional communications and webinars to review the details and timeline of the change. Immediate attention is required for these changes as there is a strict timeline over the next three weeks to ensure a smooth transition.

If you have any questions or need additional information, please contact the Provider Relations team at SWHProviderRelationsNY@magellanhealth.com or reach out to your dedicated Provider Relations representative.

If you have any questions related to HHAeXchange, please contact support@hhaexchange.com or reach out to your dedicated Client Success Manager.

Thank you.

Deborah Sylvester
Network Development Specialist
Senior Whole Health
347-803-6504 Cell
sylvesterd@magellanhealth.com
-
***Website: https://www.seniorwholehealthny.com
***New Referrals Submission: SWHintakenyc@magellanhealth.com
***For Authorization Issues:
SWHNYCClinicalCoordinator@magellanhealth.com
***Care Management: SWHCareManagement@magellanhealth.com
***For Billing Issues: SWHclaimsemail@magellanhealth.com or
(866) 233-4773
***For Provider Relations/ Single Case Agreement Issues:
SWHProviderRelationsNY@magellanhealth.com



Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...   →

GreatCare Email Extractor affidavit - 000107



\*\*\***Sign up for EFT**: http://www.emdeon.com/resourcelibrary/#119
\*\*\***Member Services**: 877-353-0185

\*\*\*Confidentiality Notice\*\*\* This electronic message transmission contains information
belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named
above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or
affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES
APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that
any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED.
If you have received this electronic transmission in error, please notify us at . Thank you.

Storage

Reply ↩        Reply all ↞        Forward ↪

GreatCare Email Extractor affidavit - 000108

3/30/26, 7:24 PM                    Inbox Emails (71 unread) - barbarawang88@yahoo.com - Yahoo Mail

y!mail+        ( Deborah Sylvester )  Add keywords        ✕  ⇌  ( 🔍 )                ( 🏠 Home )  ( w )

GreatCare Email Extractor affidavit - 000109

← Back    ⤺ ⤼ ⤻ ✉ ☆ 🗁 🗑 ⊗ ⋯    ↑ ↓ ✕    ☆ 🖾 More ⌄

# Urgent HHAX Provider Communication - 4/1 Transition 🗁 Inbox

**Deborah Sylvester**
To: (MCC), Cc: (MCC) · Fri, Mar 19, 2021 at 9:05 AM ⌄

**Dear Senior Whole Health of New York Provider,**

Thank you for being a valued part of our network. Effective 4/1/2021, MLTC members will be transitioned to a new payer ID of SWHNY. For dates of service 4/1/2021 and forward, claims for these members will need to be submitted under the new payer ID, or else they will be denied leading to payment being delayed.

Due to this payer update, workflow changes will be required in HHAeXchange to be compliant starting 4/1/2021. The HHAeXchange team will distribute additional information on what these changes look like for you as the provider. Please be on the lookout for additional communications and webinars to review the details and timeline of the change. Immediate attention is required for these changes as there is a strict timeline over the next three weeks to ensure a smooth transition.

If you have any questions or need additional information, please contact the Provider Relations team at SWHProviderRelationsNY@magellanhealth.com or reach out to your dedicated Provider Relations representative.

If you have any questions related to HHAeXchange, please contact support@hhaexchange.com or reach out to your dedicated Client Success Manager.

Thank you.


Deborah Sylvester
Network Development Specialist
Senior Whole Health
347-803-6504 Cell
sylvesterd@magellanhealth.com
-
***Website:** https://www.seniorwholehealthny.com
***New Referrals Submission:** SWHintakenyc@magellanhealth.com
***For Authorization Issues:**
SWHNYCClinicalCoordinator@magellanhealth.com
***Care Management:** SWHCareManagement@magellanhealth.com
***For Billing Issues:** SWHclaimsemail@magellanhealth.com or
**(866) 233-4773**
***For Provider Relations/ Single Case Agreement Issues:**
SWHProviderRelationsNY@magellanhealth.com



Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...  →

GreatCare Email Extractor affidavit - 000110



***Sign up for EFT: http://www.emdeon.com/resourcelibrary/#119
***Member Services: 877-353-0185

***Confidentiality Notice*** This electronic message transmission contains information
belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named
above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or
affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES
APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that
any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED.
If you have received this electronic transmission in error, please notify us at . Thank you.

Storage

Reply ↩         Reply all ⇜         Forward ↪

GreatCare Email Extractor affidavit - 000111

y!mail⁺    ( Deborah Sylvester )    Add keywords    ✕ ⚏    ( 🔍 )         ( 🏠 Home )  ( W )

GreatCare Email Extractor affidavit - 000112



# COVID -19 Vaccine 🔗 📁 Inbox

**Deborah Sylvester**
To: (MCC), Cc: (MCC) · Thu, Mar 4, 2021 at 10:00 AM ⌄

Dear Valued Provider,

The attached information was received from the Department of Health on COVID-19 vaccinations availability. This is for the entire population and not just for those who are high risk. SWH has been receiving feedback the aides are not being vaccinated, hence placing members at risk. Hopefully this information gets distributed and the aides know where they can go to obtain the vaccine.

As an FYI – We received notice that aides servicing MLTC members are considered essential workers. The vaccine is also FREE!

Kindly disseminate the information to your employees.

Thank you.


Deborah Sylvester
Network Development Specialist
Senior Whole Health
347-803-6504 Cell
sylvesterd@magellanhealth.com
-
***Website:** https://www.seniorwholehealthny.com
***New Referrals Submission:** SWHintakenyc@magellanhealth.com
***For Authorization Issues:**
SWHNYCClinicalCoordinator@magellanhealth.com
***Care Management:** SWHCareManagement@magellanhealth.com
***For Billing Issues:** SWHclaimsemail@magellanhealth.com or
**(866) 233-4773**
***For Provider Relations/ Single Case Agreement Issues:**
SWHProviderRelationsNY@magellanhealth.com
***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119
***Member Services:** 877-353-0185


***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

1 attachment                                    Download ↓

Sidebar (right):

⭐ Re: Contract Invoi...
Mark J Marble · 7/19/202

⭐ 1
me · 5/30/2023

⭐ 2022 09- Greatca...
Ana Then · 12/12/2022

⭐ (No subject)
me · 11/9/2022

⭐ Greatcare referra...
Carol Yu · 10/4/2022

⭐ You have a new e...
noreply@barracuda.com

⭐ RE: Outstanding ...
Christina Pisanti · 3/4/20

⭐ Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...  →

GreatCare Email Extractor affidavit - 000113



Covid Vaccinati... .pdf
PDF · 239.7 KB

Reply ↩    Reply all ⪻    Forward ↪

Storage

GreatCare Email Extractor affidavit - 000114

Inbox Emails (71 unread) - barbarawang88@yahoo.com - Yahoo Mail

**y!mail⁺**        ( Deborah Sylvester )   Add keywords      ✕ ≣    ( 🔍 )                    ( 🏠 Home )   W

GreatCare Email Extractor affidavit - 000115

← Back    ↩ ↩ ↪ ✉ ☆ ☐ 🗑 ⊗ •••    ↑ ↓ ✕        ☆ ▣ More ⌄

# REMINDER Provider Notification of Payer ID Change 4/1/2021 📎 ☐ Inbox

**Deborah Sylvester**
To: (MCC), Cc: (MCC) · Mon, Feb 15, 2021 at 3:23 PM ⌄

Dear Valued Provider,

Please be advised that Senior Whole Health will be changing the Payer ID to: **SWHNY** effective **4/1/2021**. Kindly review the notice attached and cascade this information to the relevant staff as needed.

If you have any questions, please contact me.

Thank you.

Deborah Sylvester
Network Development Specialist
Senior Whole Health
15 MetroTech Center 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com
www.seniorwholehealthny.com



***Website: https://www.seniorwholehealthny.com
***New Referrals Submission: SWHintakenyc@magellanhealth.com
***For Authorization Issues:
SWHNYCClinicalCoordinator@magellanhealth.com
***Care Management: SWHCareManagement@magellanhealth.com
***For Billing Issues: SWHclaimsemail@magellanhealth.com or
(866) 233-4773
***For Provider Relations/ Single Case Agreement Issues:
SWHProviderRelationsNY@magellanhealth.com
***Sign up for SWH Provider Portal:
https://swhiweb.seniorwholehealth.com/providerportal/
***Sign up for EFT: http://www.emdeon.com/resourcelibrary/#119
***Member Services: 877-353-0185

***Confidentiality Notice*** This electronic message transmission contains information
belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named

☆ Re: Contract Invoi...
Mark J Marble · 7/19/202

☆ 1
me · 5/30/2023

☆ 2022 09- Greatca...
Ana Then · 12/12/2022

☆ (No subject)
me · 11/9/2022

☆ Greatcare referra...
Carol Yu · 10/4/2022

☆ You have a new e...
noreply@barracuda.com

☆ RE: Outstanding ...
Christina Pisanti · 3/4/2(

☆ Outstanding Audi...
Christina Pisanti · 3/1/2(

See all Starred ... →

GreatCare Email Extractor affidavit - 000116



above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

**1 attachment**                                          Download ⬇

MTLC_2021_18....DOCX
DOCX · 33.2 KB

👁  ⬇

Reply ↩          Reply all ⪻          Forward ↪

Storage

GreatCare Email Extractor affidavit - 000117

y!mail⁺    ( Deborah Sylvester )    Add keywords    ✕  ⚏    ( Q )    ( ⌂ Home )  W

GreatCare Email Extractor affidavit - 000118



← Back    ↶  ↞  ↠  ☑  ☆  ▭  🗑  ⊗  ⋯    ↑  ↓  ✕

☆  ▣  More ⌄

**IMPORTANT: Winter Storm !! Inclement Weather Calls to High Risk Members - Emergency Preparedness!!** ▭ Inbox

Deborah Sylvester
To: (MCC), Cc: (MCC) · Mon, Feb 1, 2021 at 9:50 AM ⌄

Dear Valued Provider,

We hope that you and your staff are safe and healthy.
Due to the ongoing snow storm (Nor'easter) and inclement weather, SWH is concerned about the care of our members.
Can you send us a copy of the agency's plans to service members during the next 3 days as part of your Emergency Preparedness plan.
You can also send communications via the HHA exchange.

Thank you.


Deborah Sylvester
Network Development Specialist
Senior Whole Health
15 MetroTech Center 11ᵗʰ Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com
www.seniorwholehealthny.com

**SWH** Senior Whole Health A MAGELLAN COMPANY    Leading humanity to healthy, vibrant lives

\*\*\***Website:** https://www.seniorwholehealthny.com
\*\*\***New Referrals Submission:** SWHintakenyc@magellanhealth.com
\*\*\***For Authorization Issues:**
SWHNYCClinicalCoordinator@magellanhealth.com
\*\*\***Care Management:** SWHCareManagement@magellanhealth.com
\*\*\***For Billing Issues:** SWHclaimsemail@magellanhealth.com or
**(866) 233-4773**
\*\*\***For Provider Relations/ Single Case Agreement Issues**:
SWHProviderRelationsNY@magellanhealth.com
\*\*\***Sign up for SWH Provider Portal:**
https://swhiweb.seniorwholehealth.com/providerportal/
\*\*\***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119
\*\*\***Member Services:** 877-353-0185


\*\*\*Confidentiality Notice\*\*\* This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or

---

Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/2(

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...  →

GreatCare Email Extractor affidavit - 000119



affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

Storage

Reply ↩          Reply all ↩          Forward ↪

GreatCare Email Extractor affidavit - 000120

Inbox Emails (71 unread) - barbarawang88@yahoo.com - Yahoo Mail

y!mail⁺    ( Deborah Sylvester )    Add keywords    ✕  ⇌    ( Q )    ( ⌂ Home )  W

GreatCare Email Extractor affidavit - 000121



# Vaccine Administration Guidance    ☐ Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie, · Mon, Jan 11, 2021 at 2:27 PM ∨

**Good Afternoon,**

**Please share this information with staff as appropriate.**

**This information is being provided as an FYI.**

**There is new guidance that has been added to DOH website which explains COVID vaccine administration.**
**The guidance can be found at**
https://health.ny.gov/health_care/medicaid/covid19/guidance/billing_guidance.htm

**Thank You.**

Deborah Sylvester
Network Development Specialist
Senior Whole Health
15 MetroTech Center 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com
www.seniorwholehealthny.com

***Website:** https://www.seniorwholehealthny.com
***New Referrals Submission:** SWHintakenyc@magellanhealth.com
***For Authorization Issues:**
SWHNYCClinicalCoordinator@magellanhealth.com
***Care Management:** SWHCareManagement@magellanhealth.com
***For Billing Issues:** SWHclaimsemail@magellanhealth.com or
(866) 233-4773
***For Provider Relations/ Single Case Agreement Issues:**
SWHProviderRelationsNY@magellanhealth.com
***Sign up for SWH Provider Portal:**
https://swhiweb.seniorwholehealth.com/providerportal/
***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119
***Member Services:** 877-353-0185

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or

### Starred sidebar
Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...  →

GreatCare Email Extractor affidavit - 000122



affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES
APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that
any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED.
If you have received this electronic transmission in error, please notify us at . Thank you.

Storage

Reply ↩    Reply all ⟪↩    Forward ⤳

GreatCare Email Extractor affidavit - 000123

**y/mail⁺**    ( Deborah Sylvester )    Add keywords    ✕  ☰    ( Q )    ( ⌂ Home )  W

GreatCare Email Extractor affidavit - 000124



← Back

## URGENT: EVV Attestation Requirements  ☐ Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie, · Thu, Dec 10, 2020 at 12:02 PM ⌄

**Good Morning Valued Provider,**

–

Please find important information below regarding EVV Requirement.

**EVV Attestation and Enrollment**

• Providers and Fiscal Intermediaries (FI) subject to EVV must fill out an Attestation form in the eMedNY portal

• To submit an electronic Attestation, Providers and FIs are required to be enrolled in the Medicaid program through eMedNY

• FIs who are not currently enrolled must submit a signed EVV Attestation PDF to the EVVHelp@Health.ny.govmailbox prior to January 1, 2021 ➢A copy of the print EVV Attestation to complete is found in Appendix A of the EVV Program Guidelines and Requirements document on the EVV Website

• NYSDOH will reach out and begin enrolling MCO network FIs who are currently operating and have at least one MCO contract in place on or before December 1, 2020.

**Starred emails sidebar:**

☆ Re: Contract Invoi...
Mark J Marble · 7/19/202

★ 1
me · 5/30/2023

★ 2022 09- Greatca...
Ana Then · 12/12/2022

★ (No subject)
me · 11/9/2022

★ Greatcare referra...
Carol Yu · 10/4/2022

★ You have a new e...
noreply@barracuda.com

★ RE: Outstanding ...
Christina Pisanti · 3/4/2(

★ Outstanding Audi...
Christina Pisanti · 3/1/2(

See all Starred ... →

GreatCare Email Extractor affidavit - 000125

• Once enrolled, the FI will then be required to submit an electronic EVV Attestation, the date of which will signal their annual attestation date • Providers or FIs who do not bill Medicaid fee for service directly, but employ the staff who provide EVV applicable Medicaid services must enroll in eMedNY, implement an EVV system and sign the EVV Attestation.

December 10, 2020

Thank you.

Deborah Sylvester
Network Development Specialist
Senior Whole Health
15 MetroTech Center 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com
www.seniorwholehealthny.com

 

Leading humanity
to healthy, vibrant lives

***Website: https://www.seniorwholehealthny.com
***New Referrals Submission: SWHintakenyc@magellanhealth.com
***For Authorization Issues:
SWHnycclinicalcoordinator@magellanhealth.com
***Care Management: SWHCareManagement@magellanhealth.com
***For Billing Issues: SWHclaimsemail@magellanhealth.com or
(866) 233-4773
***For Provider Relations/ Single Case Agreement Issues:
SWHproviderrelationsny@magellanhealth.com
***Sign up for SWH Provider Portal:
https://swhiweb.seniorwholehealth.com/providerportal/
***Sign up for EFT: http://www.emdeon.com/resourcelibrary/#119
***Member Services: 877-353-0185

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that

GreatCare Email Extractor affidavit - 000126

GreatCare Email Extractor affidavit - 000127

Inbox Emails (71 unread) - barbarawang88@yahoo.com - Yahoo Mail

**y!mail⁺**    ( Deborah Sylvester )   Add keywords      ✕  ⊞   ( 🔍 Q )                    ( 🏠 Home )   W

GreatCare Email Extractor affidavit - 000128



# HHAX contact information  📁 Inbox

**Deborah Sylvester**
To: me · Mon, Nov 30, 2020 at 2:23 PM ⌄

Hi Barbara,

It was a pleasure talking to you today.

Please find the contact information for HHAX support.

Support@hhaexchange.com

Please let me know if I can be of further assistance.

Thank you.

Deborah Sylvester
Network Development Specialist
Senior Whole Health
15 MetroTech Center 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com
www.seniorwholehealthny.com

**S | W | H**
Senior Whole Health          Leading humanity
A MAGELLAN COMPANY           to healthy, vibrant lives

**Website:** https://www.seniorwholehealthny.com
***New Referrals Submission:** SWHintakenyc@magellanhealth.com
***For Authorization Issues:**
SWHnycclinicalcoordinator@magellanhealth.com
***Care Management:** SWHCareManagement@magellanhealth.com
***For Billing Issues:** SWHclaimsemail@magellanhealth.com or
**(866) 233-4773**
***For Provider Relations/ Single Case Agreement Issues**:
SWHproviderrelationsny@magellanhealth.com
***Sign up for SWH Provider Portal:**
https://swhiweb.seniorwholehealth.com/providerportal/
***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119
***Member Services:** 877-353-0185

***Confidentiality Notice*** This electronic message transmission contains information
belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named
above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or
affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES
APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that

Starred emails sidebar:

Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...  →

GreatCare Email Extractor affidavit - 000129



any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED.
If you have received this electronic transmission in error, please notify us at . Thank you.

Storage

Reply ⤺          Forward ⤳

GreatCare Email Extractor affidavit - 000130

← Back    ↩ ↪ ✉ ☆ 📁 🗑 ⊗ ⋯    ↑ ↓ ✕                         ☆ ☐  More ∨



☐ Inbox

☐ Sent

☐ Drafts

🗑 Trash

⊗ Spam

📁 Folders

⋯

# HAPPY THANKSGIVING!!!   📁 Inbox

**Deborah Sylvester**
To: Sylvester, · Tue, Nov 24, 2020 at 5:53 PM ∨

Dear Valued Providers,

First and foremost I want to say thanks for all that you have done to assist me!

For all of us, the year 2020 will forever resonate as a challenging year, however we have persevered and adapted to all the changes!!

Let us take this time to step back and give thanks for life and adaptation!

Wishing you all the best that life have to offer today and everyday forward. Have a wonderful thanksgiving!!

Sincerely,

Deborah Sylvester
Network Development Specialist
Senior Whole Health
15 MetroTech Center 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com
www.seniorwholehealthny.com

-

**S W H** · Leading humanity
**Senior Whole Health** to healthy, vibrant lives
A MAGELLAN COMPANY

**Website:** https://www.seniorwholehealthny.com
***__New Referrals Submission:__** SWHintakenyc@magellanhealth.com
***__For Authorization Issues:__**
SWHnycclinicalcoordinator@magellanhealth.com
***__Care Management:__** SWHCareManagement@magellanhealth.com
***__For Billing Issues:__** SWHclaimsemail@magellanhealth.com or
**(866) 233-4773**
***__For Provider Relations/ Single Case Agreement Issues__**:
SWHproviderrelationsny@magellanhealth.com

## Starred sidebar

Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...   →

GreatCare Email Extractor affidavit - 000131



\*\*\*<u>Sign up for SWH Provider Portal</u>:
<u>https://swhiweb.seniorwholehealth.com/providerportal/</u>
\*\*\*<u>Sign up for EFT</u>: <u>http://www.emdeon.com/resourcelibrary/#119</u>
\*\*\*<u>Member Services</u>:  **877-353-0185**

\*\*\*Confidentiality Notice\*\*\* This electronic message transmission contains information belonging to
Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which
may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY
PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you
are not the intended recipient, be aware that any disclosure, copying, distribution or use of this
communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error,
please notify us at . Thank you.

Speak Up For Compliance
If you have a concern related to suspicious, illegal or unethical activity, you may also report it
by calling MAGELLAN'S COMPLIANCE HOTLINE, 24 hours per day/7days a week, at 1-800-
915-2108. When calling, you may choose to remain anonymous, as an outside vendor
manages the incoming calls. All calls will be treated confidentially and investigated.

Storage

Reply &larrhk;        Forward &rarrhk;

GreatCare Email Extractor affidavit - 000132

← Back

☆ ⊡ More ∨

# RE: SWHNY & HHA Exchange EVV Implementation- Links for registering for Upcoming Training ▢ Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie, · Thu, Nov 12, 2020 at 12:21 PM ∨

Dear Valued Provider,

Please see below next steps communications which includes the links to register for upcoming HHAX training and upcoming key dates.

**Enterprise:**
https://preview.hs-sites.com/_hcms/preview/content/37360991851?
portalId=5138011&_preview=true&cacheBust=0&preview_key=aGCfzvPk&from_buffer=false

**EDI:**
https://preview.hs-sites.com/_hcms/preview/content/37355439069?
portalId=5138011&_preview=true&cacheBust=0&preview_key=TOXDHtZy&from_buffer=false

**No Portal:**
https://preview.hs-sites.com/_hcms/preview/content/37360999612?
portalId=5138011&_preview=true&cacheBust=0&preview_key=KIQXxlaz&from_buffer=false

Please let me know if you have any questions.

Thank you.

Deborah Sylvester
Network Development Specialist
Senior Whole Health
15 MetroTech Center 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com
www.seniorwholehealthny.com

-

**S W H**
**Senior Whole Health**
A MAGELLAN COMPANY

Leading humanity
to healthy, vibrant lives

**From:** Sylvester, Deborah
**Sent:** Friday, November 6, 2020 4:02 PM
**To:** Sylvester, Deborah <sylvesterd@magellanhealth.com>



Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...  →

GreatCare Email Extractor affidavit - 000133

Cc: Ritchie, Michelle <MARitchie@magellanhealth.com>
Subject: SWHNY & HHA Exchange EVV Implementation- Power Point Presentation
Importance: High

Dear Valued Provider,

As a follow up to the HHA Exchange EVV implementation letter sent earlier, please find the PowerPoint presentation for your review. Please take a few minutes to review the information and contact HHA Exchange at EDISupport@hhaexchange.com to register for the 11/16/2020 Zoom meeting for your staff to attend.

If you have any questions, please let us know.

Thank you.


Deborah Sylvester
Network Development Specialist
Senior Whole Health
15 MetroTech Center 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com
www.seniorwholehealthny.com

  

**Website:** https://www.seniorwholehealthny.com
***New Referrals Submission:** SWHintakenyc@magellanhealth.com
***For Authorization Issues:**
SWHnycclinicalcoordinator@magellanhealth.com
***Care Management:** SWHCareManagement@magellanhealth.com
***For Billing Issues:** SWHclaimsemail@magellanhealth.com or
(866) 233-4773
***For Provider Relations/ Single Case Agreement Issues:**
SWHproviderrelationsny@magellanhealth.com
***Sign up for SWH Provider Portal:**
https://swhiweb.seniorwholehealth.com/providerportal/
***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119
***Member Services:**  877-353-0185


***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.


Reply ↩        Reply all ⇜        Forward ↪

GreatCare Email Extractor affidavit - 000134



# SWHNY & HHA Exchange EVV Implementation-Power Point Presentation 📎 🗀 Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie, · Fri, Nov 6, 2020 at 4:03 PM ∨

Dear Valued Provider,

As a follow up to the HHA Exchange EVV implementation letter sent earlier, please find the PowerPoint presentation for your review. Please take a few minutes to review the information and contact HHA Exchange at  EDISupport@hhaexchange.com to register for the 11/16/2020 Zoom meeting for your staff to attend.

If you have any questions, please let us know.

Thank you.

Deborah Sylvester
Network Development Specialist
Senior Whole Health
15 MetroTech Center 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com
www.seniorwholehealthny.com

-

**S W H**
**Senior Whole Health**
A MAGELLAN COMPANY

Leading humanity to healthy, vibrant lives

**Website:** https://www.seniorwholehealthny.com
***__New Referrals Submission:__  SWHintakenyc@magellanhealth.com
***__For Authorization Issues:__
SWHnycclinicalcoordinator@magellanhealth.com
***__Care Management:__ SWHCareManagement@magellanhealth.com
***__For Billing Issues:__ SWHclaimsemail@magellanhealth.com  or
**(866) 233-4773**
***__For Provider Relations/ Single Case Agreement Issues__:
SWHproviderrelationsny@magellanhealth.com
***__Sign up for SWH Provider Portal:__
https://swhiweb.seniorwholehealth.com/providerportal/
***__Sign up for EFT__: http://www.emdeon.com/resourcelibrary/#119
***__Member Services__:  877-353-0185

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or

### Starred sidebar

Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...    →

GreatCare Email Extractor affidavit - 000135

affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES
APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that
any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED.
If you have received this electronic transmission in error, please notify us at . Thank you.



4 attachments                                              Download all ⬇

| SWH_Detailed ... .pdf | SWHNY Inform... .pptx |
| PDF · 162.7 KB | PPTX · 3.8 MB |

| SWH_Detailed ... .pdf | SWHNY Inform... .pptx |
| PDF · 162.7 KB | PPTX · 3.8 MB |

Storage

Reply ↩    Reply all ↩↩    Forward ↪

GreatCare Email Extractor affidavit - 000136



GreatCare Email Extractor affidavit - 000137

Please respond to this email by providing the requested information.


Thank you.


Deborah Sylvester

Network Development Specialist

Senior Whole Health

15 MetroTech Center 11th Floor | Brooklyn | NY 11201

Mobile: 347-803-6504

sylvesterd@magellanhealth.com

www.seniorwholehealthny.com


 

**Website:** https://www.seniorwholehealthny.com

***New Referrals Submission:**
SWHintakenyc@magellanhealth.com

***For Authorization Issues:**
SWHnycclinicalcoordinator@magellanhealth.com

***Care Management:**
SWHCareManagement@magellanhealth.com

***For Billing Issues:** SWHclaimsemail@magellanhealth.com
or **(866) 233-4773**

***For Provider Relations/ Single Case Agreement Issues:**
SWHproviderrelationsny@magellanhealth.com

***Sign up for SWH Provider Portal:**
https://swhiweb.seniorwholehealth.com/providerportal/

***Sign up for EFT:**
http://www.emdeon.com/resourcelibrary/#119

***Member Services:**  877-353-0185


***Confidentiality Notice*** This electronic message transmission contains information
belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient
named above and which may be confidential or privileged. MAGELLAN HEALTH, its
subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES
AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended
recipient, be aware that any disclosure, copying, distribution or use of this communication is
STRICTLY PROHIBITED. If you have received this electronic transmission in error, please
notify us at . Thank you.

GreatCare Email Extractor affidavit - 000138

GreatCare Email Extractor affidavit - 000139

← Back      ↩  ↩  ↪  ✉  ☆  ▢  🗑  ⊗  ⋯      ↑  ↓  ✕          ☆  ▣  More ⌄

# Exciting News!!! New SWH Web Page  ▢ Inbox

☆ Re: Contract Invoi...
  Mark J Marble · 7/19/20:

☆ 1
  me · 5/30/2023

☆ 2022 09- Greatca...
  Ana Then · 12/12/2022

☆ (No subject)
  me · 11/9/2022

☆ Greatcare referra...
  Carol Yu · 10/4/2022

☆ You have a new e...
  noreply@barracuda.com

☆ RE: Outstanding ...
  Christina Pisanti · 3/4/2(

☆ Outstanding Audi...
  Christina Pisanti · 3/1/20

See all Starred ...  →

Inbox

Sent

Drafts

Trash

Spam

Folders

...

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie, · Wed, Aug 26, 2020 at 11:53 AM ⌄

Dear Valued Provider,

SWH web page has officially been launched. Please stop by our website to see
our upgrade using the links below.

www.seniorwholehealthny.com

https://www.seniorwholehealthny.com/for-providers-2/provider-materials/

Thank you.

Deborah Sylvester
Network Development Specialist
Senior Whole Health – A Magellan Health Company
15 MetroTech Center 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
Email: sylvesterd@magellanhealth.com
Website: www.seniorwholehealthny.com



***<u>New Referrals Submission</u>:** SWHintakenyc@magellanhealth.com
***<u>For Authorization Issues</u>:**
SWHnycclinicalcoord@magellanhealth.com
***<u>Care Management</u>:** SWHCareManagement@magellanhealth.com
***<u>For Billing Issues</u>:** SWHclaimsemail@magellanhealth.com
***<u>For Provider Relations/ Single Case Agreement Issues</u>:**
SWHproviderrelationsny@magellanhealth.com
***<u>Sign up for SWH Provider Portal</u>:**
https://swhiweb.seniorwholehealth.com/providerportal/
***<u>Sign up for EFT</u>:** http://www.emdeon.com/resourcelibrary/#119

***Confidentiality Notice*** This electronic message transmission contains information
belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named
above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or
affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES
APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that
any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED.
If you have received this electronic transmission in error, please notify us at . Thank you.

GreatCare Email Extractor affidavit - 000140



GreatCare Email Extractor affidavit - 000141

3/30/26, 7:31 PM                    Inbox Emails (71 unread) - barbarawang88@yahoo.com - Yahoo Mail

← Back    ↶ ↷ ✉ ☆ 🗀 🗑 ⊗ ⋯         ↑ ↓ ✕

# Care Management Department email 🗀 Inbox

**Deborah Sylvester**
To: Sylvester, · Mon, Jul 27, 2020 at 3:03 PM ✕

Dear Valued Provider,

Please find below the new email for our Care Management department.

**SWH Care Management:** SWHCareManagement@magellanhealth.com

Thank you.


Deborah Sylvester
Network Development Specialist
Senior Whole Health – A Magellan Health Company
15 MetroTech Center 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com

-

**S W H** Leading humanity
Senior Whole Health   to healthy, vibrant lives
A MAGELLAN COMPANY


***__New Referrals Submission:__** SWHintakenyc@magellanhealth.com
***__For Authorization Issues:__**
SWHnycclinicalcoord@magellanhealth.com
***__Care Management:__** SWHCareManagement@magellanhealth.com
***__For Billing Issues:__** SWHclaimsemail@magellanhealth.com
***__For Provider Relations/ Single Case Agreement Issues__**:
SWHproviderrelationsny@magellanhealth.com
***__Sign up for SWH Provider Portal:__**
https://swhiweb.seniorwholehealth.com/providerportal/
***__Sign up for EFT:__** http://www.emdeon.com/resourcelibrary/#119


***Confidentiality Notice*** This electronic message transmission contains information
belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named
above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or
affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES
APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that
any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED.
If you have received this electronic transmission in error, please notify us at . Thank you.

Reply ↶         Forward ↷


☆ ⊡  More ⌄                   2/3

⭐ Re: Contract Invoi...
   Mark J Marble · 7/19/202

⭐ 1
   me · 5/30/2023

⭐ 2022 09- Greatca...
   Ana Then · 12/12/2022

⭐ (No subject)
   me · 11/9/2022

⭐ Greatcare referra...
   Carol Yu · 10/4/2022

⭐ You have a new e...
   noreply@barracuda.com

⭐ RE: Outstanding ...
   Christina Pisanti · 3/4/2C

⭐ Outstanding Audi...
   Christina Pisanti · 3/1/2C

See all Starred ...  →

GreatCare Email Extractor affidavit - 000142

Inbox Emails (71 unread) - barbarawang88@yahoo.com - Yahoo Mail



GreatCare Email Extractor affidavit - 000143

***<u>For Authorization Issues:</u>
SWHnycclinicalcoord@magellanhealth.com
***<u>For Billing Issues:</u> SWHclaimsemail@magellanhealth.com
***<u>For Provider Relations/ Single Case Agreement Issues</u>:
SWHproviderrelationsny@magellanhealth.com
***<u>Sign up for SWH Provider Portal:</u>
https://swhiweb.seniorwholehealth.com/providerportal/
***<u>Sign up for EFT:</u> http://www.emdeon.com/resourcelibrary/#119


***Confidentiality Notice*** This electronic message transmission contains information
belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named
above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or
affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES
APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that
any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED.
If you have received this electronic transmission in error, please notify us at . Thank you.


Reply ⤺     Reply all ⤻     Forward ⤳

Storage

GreatCare Email Extractor affidavit - 000144



GreatCare Email Extractor affidavit - 000145

**Subject:** SWH Members Refusing Services
**Importance:** High

Dear Provider,

It was brought to our attention that members are refusing aide services due to the COVID-19.

Senior Whole Health is requesting the names of your SWH members that are refusing aide services. In addition, if they have no Social Adult Day Care services, are they looking for additional CDPA or PCA hours?  We would need specifics.

Please let me know as soon as possible via email with the information.

Thank you!

Deborah Sylvester
Network Development Specialist
Senior Whole Health – A Magellan Company
15 Metrotech Center, 11th Floor | Brooklyn | NY 11201
Mobile: 347-803-6504
sylvesterd@magellanhealth.com

-

 

Leading humanity
to healthy, vibrant lives

***New Referrals Submission:** SWHintakenyc@magellanhealth.com
***For Authorization Issues:**
SWHnycclinicalcoord@magellanhealth.com
***For Billing Issues:** SWHclaimsemail@magellanhealth.com
***For Provider Relations/ Single Case Agreement Issues**:
SWHproviderrelationsny@magellanhealth.com
***Sign up for SWH Provider Portal:**
https://swhiweb.seniorwholehealth.com/providerportal/
***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119

***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

Speak Up For Compliance
If you have a concern related to suspicious, illegal or unethical activity, you may also report it by calling MAGELLAN'S COMPLIANCE HOTLINE, 24 hours per day/7days a week, at 1-800-

GreatCare Email Extractor affidavit - 000146

GreatCare Email Extractor affidavit - 000147

← Back    ↩ ↩ ↪ ✉ ☆ 🗀 🗑 ⊗ ⋯    ↑ ↓ ✕

☆ ⊡ More ⌄

# An Important Update on the Coronavirus  🗀 Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie, · Thu, Mar 5, 2020 at 10:33 AM ⌄

Dear Valued Provider,

Senior Whole Health's (Magellan) communication on the Coronavirus.
We would also like to pose the question as to what steps you may be taking to
assist with prevention.



Magellan Health is taking the health implications of the coronavirus (COVID-19) virus ve
seriously. Our leaders and the Enterprise Preparedness Management Team are
monitoring information from the Centers for Disease Control and Prevention (CDC), the
World Health Organization (WHO), the individual state departments of health and other
experts. In addition, we are reviewing all of our preparedness plans to identify if any
updates are needed.

*It is important to recognize that this situation is evolving daily, and we are prepared to
follow federal and state guidance regarding the well-being of all Magellan team member*

In addition, we are providing this update to help you understand what actions we are
taking to address this situation and remind you what each of us should be doing to
minimize risk.

**Support for Our Team Members**
First, your well-being and health is of the utmost important to us. We ask that you follow
these helpful tips from the CDC to help keep you, your team members and families
healthy:

- Do not travel or come in to work if you are sick.
- Avoid close contact with people who are sick.
- Avoid touching your eyes, nose and mouth with unwashed hands.
- Wash your hands often with soap and water for at least 20 seconds.
- If soap and water are not available, use an alcohol-based hand sanitizer.
- Cover your cough or sneeze with a tissue or a sleeve.
- Clean and disinfect frequently touched objects and surfaces.

We encourage you to learn more about how you can help prevent it from spreading and
ways to handle stress in these situations.

Should you have any immediate health concerns, please consult with your local health
care provider. If you have additional questions or concerns, we encourage you to visit th
Centers for Disease Control and Prevention's, the World Health Organization's, and stat

**Re: Contract Invoi...**
Mark J Marble · 7/19/20

**1**
me · 5/30/2023

**2022 09- Greatca...**
Ana Then · 12/12/2022

**(No subject)**
me · 11/9/2022

**Greatcare referra...**
Carol Yu · 10/4/2022

**You have a new e...**
noreply@barracuda.com

**RE: Outstanding ...**
Christina Pisanti · 3/4/20

**Outstanding Audi...**
Christina Pisanti · 3/1/20

See all Starred ...  →

GreatCare Email Extractor affidavit - 000148

department of health websites. They are your best resource for the most up-to-date information regarding the virus.

**Support for Our Customers, Members and Providers**

We are working closely with our customers to address any questions or needs they may have. This includes sharing helpful resources and instructions for contacting Magellan if their members are struggling with stress or anxiety prompted by this situation. Our Magellan Rx Management team is reviewing contingency plans as a precautionary step help ensure that patients' access to needed medication is not disrupted. Magellan Complete Care is working with their state partners on pandemic emergency planning an Behavioral and Specialty Health is coordinating with its customers. We are also in close contact with federal agencies to support any monitoring requests they may have.

**Steps We're Taking Internally**

Following the recommendations from the CDC, we're taking the following precautionary steps:

- We encourage you to please follow the personal hygiene tips found above in Support for our Team Members.
- **The AFSC and Magellan MFLC programs** have issued a cautionary travel advisory. During this time period, when countries around the world are working to contain COVID-19, we strongly recommend that AFSC team members and Magellan MFLCs do not schedule personal travel to other countries where there i travel ban or travel advisories and follow the CDC's guidelines regarding international travel until further notice. We are issuing this guidance for the safety and well-being of our counselors. While we cannot mandate a travel ban, we wan to raise team member awareness of the potential health and safety concerns related to travel at this time. If an installation institutes a travel ban, we expect tha will be honored as in the past.
- **For travel by all other team members**: First, if you have personal travel planned to other countries, we ask that you check the CDC site for travel advisories or trav bans. All team members returning to work within 14 days following a visit to countries where there are travel advisories should contact their manager to determine whether safeguards, such as a temporary work-at-home arrangement, might be warranted. Secondly, wherever appropriate, discretionary work travel should be limited and other meeting arrangements, including Zoom, utilized. We a asking leaders to work directly with clients on travel expectations, and ensure we are deploying the appropriate resources to provide excellent customer service wh also considering the public health concerns and complexities associated with addressing this situation. Team members who visit members in their homes shoul follow guidelines issued by the specific businesses or state authorities.
- We also ask all team members to take special care when interacting with family members returning from impacted countries by limiting close, physical contact an watching for symptoms consistent with COVID-19, including fever, cough and shortness of breath.
- If you come into contact with someone who has been diagnosed or may have symptoms consistent with COVID-19, or if you have traveled recently from an are with widespread or ongoing community spread of COVID-19, you need to contact your doctor. Similarly, if you become ill, do not come to the office. Seek medical attention if your symptoms are similar to those of COVID-19. Then, contact your manager.

We will continue to closely monitor conditions and make adjustments as needed. We commit to communicate those to you in a timely fashion. In the meantime, if you have ar questions or concerns, please contact your manager or HR leader.

© 2020 Magellan Health, Inc.

This email was sent by Magellan Health:
4801 East Washington Street
Phoenix, AZ 85034

**Magellar**
HEALT

GreatCare Email Extractor affidavit - 000149

GreatCare Email Extractor affidavit - 000150

← Back    ↰  ↱  ✉  ☆  ☐  🗑  ⊘  ⋯        ↑  ↓  ✕                    ☆  ☐  More ⌄

**My Holiday Wish** ☐ Inbox

Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/20

Outstanding Audi...
Christina Pisanti · 3/1/20

See all Starred ...  →

**Deborah Sylvester**
To: Sylvester, · Mon, Dec 23, 2019 at 2:17 PM ⌄



Thank you!


Deborah Sylvester
Network Development Specialist
Senior Whole Health – A Magellan Company
15 Metrotech Center, 11th Floor | Brooklyn | NY 11201
Mobile#: 347-803-6504
sylvesterd@magellanhealth.com



SENIOR WHOLE HEALTH
Simple. Secure. Independent.


\*\*\*Senior Whole Health has integrated with our parent company,
Magellan Health.  As part of this process, our email addresses have
been changed.  Please use this new email and be advised that going
forward, all emails from me will come from my new email address:
sylvesterd@magellanhealth.com

\*\*\***New Referrals Submission:**  SWHintakenyc@magellanhealth.com
\*\*\***For Authorization Issues:**
SWHnycclinicalcoord@magellanhealth.com
\*\*\***For Billing Issues:** SWHclaimsemail@magellanhealth.com
\*\*\***For Provider Relations/ Single Case Agreement Issues**:
SWHproviderrelationsny@magellanhealth.com
\*\*\***Sign up for SWH Provider Portal:**
https://swhiweb.seniorwholehealth.com/providerportal/
\*\*\***Sign up for EFT:** http://www.emdeon.com/resourcelibrary/#119

GreatCare Email Extractor affidavit - 000151



***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at . Thank you.

Storage

Reply ↩        Forward ↪

GreatCare Email Extractor affidavit - 000152



← Back

## Urgent MLTC Policy 20.01 - Transition Policies for Fiscal Intermediaries and Consumers under the CDPAP Program ☐ Inbox

**Deborah Sylvester**
To: Sylvester,, Cc: Ritchie, · Mon, Mar 9, 2020 at 2:03 PM ∨

Good afternoon,

Dear Health Plan:

On March 6, 2020, the Department of Health issued **Managed Long Term Care Policy 20.01: Transition Policies for Fiscal Intermediaries (FIs) and Consumers under the Consumer Directed Personal Assistance Program (CDPAP).** The policy and related documents are posted on the Department's MLTC Policy page.

This transition policy facilitates the transfer of services from entities currently providing FI services ("Current FIs") that decide or are required to cease operations as a result of **Request for Offers #20039, New York State Fiscal Intermediaries for the Consumer Directed Personal Assistance Program (CDPAP).** This policy is effective immediately and provides guidance primarily to Current FIs and Managed Care Plans for transitions both before and after when the Department will announce the entities selected to provide FI services pursuant to the RFO on the "Contract Notification Date."

To ensure continuity of care and an orderly and efficient transition for CDPAP consumers that may need to select and transition to a Receiving FI, the Department will permit all Current FIs that did not submit an offer and were not included as a Collaborating Partner in any offer under the RFO to continue to operate until the Contract Notification Date.

To be eligible to operate during this time period, Current FIs that did not submit an offer under the RFO, nor were included as a Collaborating Partner in any offer, must notify the Department of their intent to continue operations through this period on or before **March 20, 2020** by submitting an election form, which can be found on the Department's website on the MLTC Policy page, to ConsumerDirected@health.ny.gov.

For ease of use, this policy is broken down into five scenarios. In each scenario, the process, timeframes and responsibilities for Current FIs and other entities regarding how to cease operations may be different. Certain decisions made by Current FIs regarding closure can affect which scenario applies. The five scenarios are as follows:

- Current FIs that do not submit an offer as Lead FI under the RFO, are not a Collaborating Partner in any offer made in response to the RFO, and elect to cease operating before the Contract Notification Date;



Re: Contract Invoi...
Mark J Marble · 7/19/202

1
me · 5/30/2023

2022 09- Greatca...
Ana Then · 12/12/2022

(No subject)
me · 11/9/2022

Greatcare referra...
Carol Yu · 10/4/2022

You have a new e...
noreply@barracuda.com

RE: Outstanding ...
Christina Pisanti · 3/4/2(

Outstanding Audi...
Christina Pisanti · 3/1/2(

See all Starred ...   →

GreatCare Email Extractor affidavit - 000153

- Current FIs that do not submit an offer as Lead FI under the RFO, are not a Collaborating Partner in any offer made in response to the RFO, and elect to continue operating until the Contract Notification Date;
- Current FIs that submit an offer as Lead FI under the RFO in any offer made in response to the RFO, but are not selected;
- Collaborating Partners; and
- Current FIs that elect to cease operations immediately.

Please consult the appropriate pages of the policy document for the specific transition requirements that addresses your situation.

Questions regarding these FI Transition Provisions should be directed to the Department of Health at ConsumerDirected@health.ny.gov

Thank you.


New York State Department of Health
Office of Health Insurance Programs
Division of Long Term Care
mltcinfo@health.ny.gov


***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health, its subsidiaries or affiliates, that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH, its subsidiaries or affiliates, EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us at +19292587600. Thank you.

Speak Up For Compliance

If you have a concern related to suspicious, illegal or unethical activity, you may also report it by calling MAGELLAN'S COMPLIANCE HOTLINE, 24 hours per day/7days a week, at 1-800-915-2108. When calling, you may choose to remain anonymous, as an outside vendor manages the incoming calls. All calls will be treated confidentially and investigated.

Reply ↩    Reply all ↩↩    Forward ↪


Storage

GreatCare Email Extractor affidavit - 000154



## Together in Care: CenterLight PACE Provider Newsletter | March 2026

**Volume 3, Issue 5 | March 2026**

## Important Updates to the CenterLight My Needs Card

CenterLight Program of All-Inclusive Care for the Elderly (PACE) participants enjoy medical and social services, prescription drugs, diabetic supplies, and all the services they need as part of their care. Participants also receive a My Needs Card to spend on basic needs such as food, groceries, toiletries, and eligible over the counter (OTC) products, as well as utilities like electric, natural gas, phone and water bills, fitness membership, and non-medical transportation.

Effective **April 1, 2026**, the My Needs Card amount will increase from $170 to **$220 per month**. This amount will be available to participants on the 1st day of each month. Any money not used by the end of the month expires and does not carry over.

Please note that starting April 1, 2026, **OTC medications (such as pain relievers, vitamins) must be purchased through the My Needs Card.** Participants will be formally notified of these changes by March 2026.

## CenterLight in the News

Have you seen us in the news lately? CenterLight Healthcare PACE participant Sister Maryanna Euring was recently featured in McKnights Home Care. In the article, Sister Maryanna talks about her art, her story, and being a PACE participant. <u>Read more</u>

about:blank

GreatCare Email Extractor affidavit - 000155

 **Outlook**

---

### Together in Care: CenterLight PACE Provider Newsletter | March 2026

---

**From** CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org>

**Date** Mon 3/23/2026 10:01 AM

**To** Barbara Wang <bwang@greatcareny.com>

**Volume 3, Issue 5 | March 2026**

## Important Updates to the CenterLight My Needs Card

CenterLight Program of All-Inclusive Care for the Elderly (PACE) participants enjoy medical and social services, prescription drugs, diabetic supplies, and all the services they need as part of their care. Participants also receive a My Needs Card to spend on basic needs such as food, groceries, toiletries, and eligible over the counter (OTC) products, as well as utilities like electric, natural gas, phone and water bills, fitness membership, and non-medical transportation.

Effective **April 1, 2026**, the My Needs Card amount will increase from $170 to **$220 per month.** This amount will be available to participants on the 1st day of each month. Any money not used by the end of the month expires and does not carry over.

Please note that starting April 1, 2026, **OTC medications (such as pain relievers, vitamins) must be purchased through the My Needs Card.** Participants will be formally notified of these changes by March 2026.

## CenterLight in the News

GreatCare Email Extractor affidavit - 000156

Have you seen us in the news lately? CenterLight Healthcare PACE participant Sister Maryanna Euring was recently featured in McKnights Home Care. In the article, Sister Maryanna talks about her art, her story, and being a PACE participant. Read more

CenterLight President and CEO Tara Buonocore-Rut was also quoted in the Bronx Times newspaper's article about the Bronx Borough President's Annual Winter Coat Giveaway. Read more

The 2nd Anniversary of CenterLight's South Asian Alternative Care Setiing was covered by Prothom Alo Newspaper.

Stay up-to-date with recent happenings at CenterLight by visiting our website.

## Change in Minimum Needs Regulations Does Not Apply to PACE

The New York State Department of Health (NYSDOH) announced that effective September 1, 2025, individuals enrolling into Medicaid Managed Long Term Care Program (MLTC) or Medicaid Advantage Plus (MAP) must not only meet the plan's eligibility age, service area, and Medicaid/Medicare eligibility criteria and be in need of CBLTSS for >120 days.They also need to meet the following additional Minimum Needs Requirements:

- At least limited assistance with physical maneuvering with more than two activities of daily living (ADL); or
- Individuals with a Dementia or Alzheimer's diagnosis, at least supervision with more than one ADL.

**The good news: these additional criteria do not apply to PACE.\* Your patients can qualify for PACE\*\* if they score an NFLOC of 5 or above.**

**If you have questions or need more information, please speak with your account manager.**

## Pharmacists are Steady Hands Behind Safe, Reliable Medication Management

Pharmacists serve as steady hands behind safe, reliable medication management for CenterLight Healthcare

GreatCare Email Extractor affidavit - 000157

Program of All-Inclusive Care for the Elderly (PACE) participants. The Pharmacy Team works with the Interdisciplinary Team to help participants continue to live safely and independently in their own homes and communities. Read more

**PARTICIPANT SPOTLIGHT**
## "CenterLight is what I call 'home away from home.'"

CenterLight PACE participant Alice has been enrolled since 2010. In her own words: "When I came here, I couldn't even walk much or do much of anything. But...being with the staff at CenterLight, meeting the other people, it gave me courage to do things."

View Alice's video by clicking here.

## Important Reminders

- **Required Trainings:** According to PACE regulations, all Licensed Home Care Services Agencies (LHCSAs) and Alternative Care Settings (ACS) are required to be trained about PACE annually. You should have received a separate email with more information. If you have not yet completed the training, please do so as soon as possible to ensure compliance with PACE requirements. Below are the links:
    - **LHCSAs** - access the training by clicking here and complete the attestation here.
    - **ACSs** - click here to access the training and here to complete the attestation.
- **The Health Outcomes Survey — Modified (HOS-M) is underway!** This annual CMS-required survey asks PACE participants, your patients, about their health status, functioning, and experiences with care. Read more
- **Get access to CenterLight's Provider Portal!** Monitor claim submissions and status by logging in using this link: https://centerlight.ppi.com/provider/sign_in. If you are a first time user, please call 1-800-761-5602 to register.
- **LS300 Annual Compliance Statement of Wage Parity, Hours, and Expenses:** All LHCSAs and the state-wide fiscal intermediary (FI) that contract with Managed Care Organizations (MCOs) or Certified Home Health Agencies (CHHAs)

GreatCare Email Extractor affidavit - 000158

are required to submit the LS300 Annual Compliance Statement of Wage Parity, Hours, and Expenses to the New York State Department of Labor. **Failure to submit the LS300 form by <u>June 1st of each year</u> for the prior year may result in administrative actions or interruptions to MCO contracting. Submissions should be sent directly to the Department of Labor, and a copy should be sent by email to** providerrelationsrequest@centerlight.org. Read More

If you have questions or need assistance, we can help! Please speak with your account manager or reach out to us at providerrelationsrequest@centerlight.org.

*\*The minimum needs criteria applies to individuals initially seeking Personal Care Services (PCS)/ Consumer Directed Personal Assistance Services (CDPAS) after September 1, 2025. \*\*Must meet the PACE eligibility requirements.*

1-833-CL-CARES/1-833-252-2737 (TTY 711), Monday-Friday, 8AM-8PM

Facebook    ink    inkedln    Website    Email

This email was sent to bwang@greatcareny.com
*why did I get this?*    unsubscribe from this list    update subscription preferences
CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

GreatCare Email Extractor affidavit - 000159



## Important: Winter Storm Continuity of Care



CP  CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org> ☺ ↩ ↩ ↗ ⊘ ⬚

To: ⊗ Barbara Wang                                    Mon 2/23/2026 12:35 PM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.        Trust sender    Show blocked content

Dear Valued Provider,

We hope you are staying safe and warm during this winter storm.

This is a reminder regarding the importance of emergency preparedness and continuity of care for CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants. To ensure the safety and well-being of those we serve, **please ensure appropriate coverage and contingency plans for delayed or disrupted travel.**

As we understand the challenges the weather is placing on organizations' operations, we ask that you **please report any missed services for CenterLight PACE.** This information should be sent to us via **encrypted email** to shuang@centerlight.org and zgonzalez@clmservices.com no later than **2PM today, February 23rd.**

We urge you to continue to monitor local weather advisories and follow guidance issued by New York State. Please note that any significant disruptions to services, participant safety concerns, or emergency conditions should be documented and addressed in accordance with applicable New York State Department of Health (NYSDOH) and Centers for Medicare and Medicaid Services (CMS) regulations, as well as applicable policies.

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

GreatCare Email Extractor affidavit - 000160

 **Outlook**

---

## Important: Winter Storm Continuity of Care

---

From  CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org>
Date  Mon 2/23/2026 12:35 PM
To    Barbara Wang <bwang@greatcareny.com>

Dear Valued Provider,

We hope you are staying safe and warm during this winter storm.

This is a reminder regarding the importance of emergency preparedness and continuity of care for CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants. To ensure the safety and well-being of those we serve, **please ensure appropriate coverage and contingency plans for delayed or disrupted travel.**

As we understand the challenges the weather is placing on organizations' operations, we ask that you **please report any missed services for CenterLight PACE.** This information should be sent to us via **encrypted email** to shuang@centerlight.org and zgonzalez@clmservices.com no later than **2PM today, February 23rd.**

We urge you to continue to monitor local weather advisories and follow guidance issued by New York State. Please note that any significant disruptions to services, participant safety concerns, or emergency conditions should be documented and addressed in accordance with applicable New York State Department of Health (NYSDOH) and Centers for Medicare and Medicaid Services (CMS) regulations, as well as applicable policies.

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

Sincerely,

The CenterLight Healthcare PACE Team

GreatCare Email Extractor affidavit - 000161

F
ace
bo
ok

L
ink

L
ink
edl
n

We
bsit
e

E
ma
il

This email was sent to bwang@greatcareny.com

*why did I get this?*    unsubscribe from this list    update subscription preferences

CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

GreatCare Email Extractor affidavit - 000162



## Together in Care: CenterLight PACE Provider Newsletter | March 2026



CP    CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org>

To: ⊗ Barbara Wang    Mon 3/23/2026 10:01 AM

ⓘ  Some content in this message has been blocked because the sender isn't in your Safe senders list.    Trust sender    Show blocked content

**Volume 3, Issue 5 | March 2026**

## Important Updates to the CenterLight My Needs Card

CenterLight Program of All-Inclusive Care for the Elderly (PACE) participants enjoy medical and social services, prescription drugs, diabetic supplies, and all the services they need as part of their care. Participants also receive a My Needs Card to spend on basic needs such as food, groceries, toiletries, and eligible over the counter (OTC) products, as well as utilities like electric, natural gas, phone and water bills, fitness membership, and non-medical transportation.

Effective **April 1, 2026,** the My Needs Card amount will increase from $170 to **$220 per month.** This amount will be available to participants on the 1st day of each month. Any money not used by the end of the month expires and does not carry over.

Please note that starting April 1, 2026, **OTC medications (such as pain relievers, vitamins) must be purchased through the My Needs Card.** Participants will be

GreatCare Email Extractor affidavit - 000163

 Outlook

---

**Together in Care: CenterLight PACE Provider Newsletter | March 2026**

---

**From** CenterLight Healthcare PACE <providerrelationsrequest@centerlight.org>

**Date** Mon 3/23/2026 10:01 AM

**To** Barbara Wang <bwang@greatcareny.com>

**Volume 3, Issue 5 | March 2026**

## Important Updates to the CenterLight My Needs Card

CenterLight Program of All-Inclusive Care for the Elderly (PACE) participants enjoy medical and social services, prescription drugs, diabetic supplies, and all the services they need as part of their care. Participants also receive a My Needs Card to spend on basic needs such as food, groceries, toiletries, and eligible over the counter (OTC) products, as well as utilities like electric, natural gas, phone and water bills, fitness membership, and non-medical transportation.

Effective **April 1, 2026**, the My Needs Card amount will increase from $170 to **$220 per month**. This amount will be available to participants on the 1st day of each month. Any money not used by the end of the month expires and does not carry over.

Please note that starting April 1, 2026, **OTC medications (such as pain relievers, vitamins) must be purchased through the My Needs Card.** Participants will be formally notified of these changes by March 2026.

## CenterLight in the News

GreatCare Email Extractor affidavit - 000164

Have you seen us in the news lately? CenterLight Healthcare PACE participant Sister Maryanna Euring was recently featured in McKnights Home Care. In the article, Sister Maryanna talks about her art, her story, and being a PACE participant. Read more

CenterLight President and CEO Tara Buonocore-Rut was also quoted in the Bronx Times newspaper's article about the Bronx Borough President's Annual Winter Coat Giveaway. Read more

The 2nd Anniversary of CenterLight's South Asian Alternative Care Setiing was covered by Prothom Alo Newspaper.

Stay up-to-date with recent happenings at CenterLight by visiting our website.

## Change in Minimum Needs Regulations Does Not Apply to PACE

The New York State Department of Health (NYSDOH) announced that effective September 1, 2025, individuals enrolling into Medicaid Managed Long Term Care Program (MLTC) or Medicaid Advantage Plus (MAP) must not only meet the plan's eligibility age, service area, and Medicaid/Medicare eligibility criteria and be in need of CBLTSS for >120 days. They also need to meet the following additional Minimum Needs Requirements:

- At least limited assistance with physical maneuvering with more than two activities of daily living (ADL); or
- Individuals with a Dementia or Alzheimer's diagnosis, at least supervision with more than one ADL.

**The good news: these additional criteria do not apply to PACE.\* Your patients can qualify for PACE\*\* if they score an NFLOC of 5 or above.**

**If you have questions or need more information, please speak with your account manager.**

## Pharmacists are Steady Hands Behind Safe, Reliable Medication Management

Pharmacists serve as steady hands behind safe, reliable medication management for CenterLight Healthcare

GreatCare Email Extractor affidavit - 000165

Program of All-Inclusive Care for the
Elderly (PACE) participants. The
Pharmacy Team works with the
Interdisciplinary Team to help participants
continue to live safely and independently
in their own homes and communities.
Read more

**PARTICIPANT SPOTLIGHT**
## "CenterLight is what I call 'home away from home.'"

CenterLight PACE participant Alice has
been enrolled since 2010. In her own
words: "When I came here, I couldn't even
walk much or do much of anything.
But...being with the staff at CenterLight,
meeting the other people, it gave me
courage to do things."

View Alice's video by clicking here.

## Important Reminders

- **Required Trainings:** According to PACE regulations, all Licensed Home Care
  Services Agencies (LHCSAs) and Alternative Care Settings (ACS) are required to be
  trained about PACE annually. You should have received a separate email with more
  information. If you have not yet completed the training, please do so as soon as
  possible to ensure compliance with PACE requirements. Below are the links:
    - **LHCSAs** - access the training by clicking here and complete the attestation
      here.
    - **ACSs** - click here to access the training and here to complete the attestation.
- **The Health Outcomes Survey – Modified (HOS-M) is underway!** This annual
  CMS-required survey asks PACE participants, your patients, about their health
  status, functioning, and experiences with care. Read more
- **Get access to CenterLight's Provider Portal!** Monitor claim submissions and
  status by logging in using this link: https://centerlight.ppi.com/provider/sign_in. If
  you are a first time user, please call 1-800-761-5602 to register.
- **LS300 Annual Compliance Statement of Wage Parity, Hours, and
  Expenses:** All LHCSAs and the state-wide fiscal intermediary (FI) that contract with
  Managed Care Organizations (MCOs) or Certified Home Health Agencies (CHHAs)

GreatCare Email Extractor affidavit - 000166

are required to submit the LS300 Annual Compliance Statement of Wage Parity, Hours, and Expenses to the New York State Department of Labor. **Failure to submit the LS300 form by <u>June 1st of each year</u> for the prior year may result in administrative actions or interruptions to MCO contracting. Submissions should be sent directly to the Department of Labor, and a copy should be sent by email to** <u>providerrelationsrequest@centerlight.org</u>. <u>Read More</u>

If you have questions or need assistance, we can help! Please speak with your account manager or reach out to us at <u>providerrelationsrequest@centerlight.org</u>.

*The minimum needs criteria applies to individuals initially seeking Personal Care Services (PCS)/ Consumer Directed Personal Assistance Services (CDPAS) after September 1, 2025. **Must meet the PACE eligibility requirements.*

1-833-CL-CARES/1-833-252-2737 (TTY 711), Monday-Friday, 8AM-8PM

<u>Face book</u>    <u>ink</u>    <u>ink edl n</u>    <u>We bsit e</u>    <u>E ma il</u>

This email was sent to <u>bwang@greatcareny.com</u>
*why did I get this?*    <u>unsubscribe from this list</u>    <u>update subscription preferences</u>
CenterLight Healthcare PACE · 136-65 37th Avenue · Flushing, NY 11354 · USA

GreatCare Email Extractor affidavit - 000167



# Important: Winter Storm Continuity of Care



**CP**    CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org>  ☺  ↰  ↞  ↱        ⬙        ⎙

To: ⊗ Barbara Wang                                                    Mon 2/23/2026 12:35 PM

ⓘ  Some content in this message has been blocked because the sender isn't in your Safe senders list.        [ Trust sender ]  [ Show blocked content ]

Dear Valued Provider,

We hope you are staying safe and warm during this winter storm.

This is a reminder regarding the importance of emergency preparedness and continuity of care for CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants. To ensure the safety and well-being of those we serve, **please ensure appropriate coverage and contingency plans for delayed or disrupted travel.**

As we understand the challenges the weather is placing on organizations' operations, we ask that you **please report any missed services for CenterLight PACE.** This information should be sent to us via **encrypted email** to shuang@centerlight.org and zgonzalez@clmservices.com no later than **2PM today, February 23rd.**

We urge you to continue to monitor local weather advisories and follow guidance issued by New York State. Please note that any significant disruptions to services, participant safety concerns, or emergency conditions should be documented and addressed in accordance with applicable New York State Department of Health (NYSDOH) and Centers for Medicare and Medicaid Services (CMS) regulations, as well as applicable policies.

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

GreatCare Email Extractor affidavit - 000168



**Ignore**  **Block** ˅    Delete  Archive    Report ˅    Reply  Reply all  Forward  Meeting ˅    Share to Teams    Zoom    Move ˅  Sweep  Rules ˅  >

Delete          Report            Respond            Teams    Zoom        Move          ^

## Grateful to our Network Providers This Thanksgiving!

**CH**    CenterLight Healthcare<providerrelationsrequest@centerlight.org> ☺ ↩ ↩ ↪ ⊘ ▦

To: ⊗ Barbara Wang                                    Mon 11/24/2025 9:31 AM

ℹ Some content in this message has been blocked because the sender isn't in your Safe senders list.    Trust sender    Show blocked content

Dear Valued Provider,

As we get ready to celebrate Thanksgiving, we want to take a moment to express our sincere appreciation for your partnership and the vital role you play in providing high quality care to CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants throughout the year.

Your commitment to working with our care team to provide whole person care helps ensure that our participants receive the attention, compassion, and expertise they deserve. Together, we're improving lives and strengthening our communities — and that's something to truly be thankful for.

We are grateful for your ongoing collaboration, professionalism, dedication, and partnership as we work to fulfill our mission of enriching the lives of our participants and providing complete care that helps them continue to live safely and independently in their own homes.

On behalf of the CenterLight team, I wish you and your loved ones a joyful Thanksgiving surrounded by loved ones and filled with gratitude.

Sincerely,

*Tara Buonocore-Rut*
President and CEO

Copyright © 2025  CenterLight Health Systems  All rights reserved

GreatCare Email Extractor affidavit - 000169



## Happy Holidays from CenterLight Healthcare PACE

As we close out the year, we want to extend our heartfelt appreciation for everything you do. Your dedication, compassion, and commitment to supporting the participants we serve make a meaningful difference every day.

Wishing you a joyful holiday season and a new year filled with peace, health, and prosperity. Thank you and we are looking forward to your continued partnership in 2026.

Sincerely,
The CenterLight PACE Team

## CenterLight in the News

Have you seen us in the news lately? CenterLight Healthcare's Program of All-Inclusive Care for the Elderly was recently highlighted in the following publications:

- **How to Set Up Home Health Care After a Hospital Stay** (US News and World Report, December 5, 2025)

- **Organizations scramble to fill food gaps for seniors amid SNAP uncertainty** (McKnight's Home Care, November 9, 2025)

- **Festival of Lights Jamaica Celebration: CenterLight Healthcare's Diwali Festivity was an all-inclusive affair** (Queens Chronicle, October 30, 2025)

- **健信医保健康日成功举办 众多机构齐聚支持社区健康** (CenterLight Health and Wellness Day was successfully held, bringing together numerous organizations to support community health, Sinovision, October 28, 2025)

GreatCare Email Extractor affidavit - 000170



## Reminder: CenterLight Healthcare PACE Annual LHCSA Training



**CP**   CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org> ☺ ↰ ↰ ↱ ⊘ 🔖

To: ⊗ Barbara Wang                                                    Mon 12/15/2025 9:30 AM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.     [ Trust sender ]  [ Show blocked content ]

Dear Valued Provider,

This is a reminder that as part of Program of All-Inclusive Care for the Elderly (PACE) requirements from the Centers for Medicare and Medicaid Services (CMS) and New York State Department of Health (NYSDOH), all Home Health Aides (HHAs), and Personal Care Aides (PCAs) have to be trained on the following topics:

- PACE Overview
- Service Determination Requests (SDRs)
- Grievances (Complaints)
- Appeals
- Annual Compliance Statement of Wage Parity
- Claim Appeals
- Credentialing and Re-Credentialing
- Electronic Funds Transfer (EFT)
- Visit Progress Notes
- Other relevant policies and procedures

**If you have not yet done so, please view our CenterLight Healthcare PACE training by** clicking here. We ask that you review the information carefully and use this deck to train your HHAs and PCAs.

**Upon completion of the training, please submit your attestation by** completing this form **no later than December 23, 2025.**

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday,

GreatCare Email Extractor affidavit - 000171



# Important: Winter Storm Continuity of Care



**CP**    CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org>

To: ⊗ Barbara Wang                                                Mon 2/23/2026 12:35 PM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.        | Trust sender |    | Show blocked content |

Dear Valued Provider,

We hope you are staying safe and warm during this winter storm.

This is a reminder regarding the importance of emergency preparedness and continuity of care for CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants. To ensure the safety and well-being of those we serve, **please ensure appropriate coverage and contingency plans for delayed or disrupted travel.**

As we understand the challenges the weather is placing on organizations' operations, we ask that you **please report any missed services for CenterLight PACE.** This information should be sent to us via **encrypted email** to shuang@centerlight.org and zgonzalez@clmservices.com no later than **2PM today, February 23rd.**

We urge you to continue to monitor local weather advisories and follow guidance issued by New York State. Please note that any significant disruptions to services, participant safety concerns, or emergency conditions should be documented and addressed in accordance with applicable New York State Department of Health (NYSDOH) and Centers for Medicare and Medicaid Services (CMS) regulations, as well as applicable policies.

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

GreatCare Email Extractor affidavit - 000172



## Important: Winter Storm Preparedness and Continuity of Care Reminder

**CP** CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org>

To: ⊗ Barbara Wang

Fri 1/23/2026 11:01 AM

Some content in this message has been blocked because the sender isn't in your Safe senders list.

Trust sender    Show blocked content

Dear Valued Provider,

A winter storm is expected to impact New York City and surrounding areas from Sunday, January 25 into Monday, January 26, with the forecast anticipating at least 10 inches of snow.

In anticipation of inclement weather, we would like to remind you of the importance of emergency preparedness and continuity of care for CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants. To ensure the safety and well-being of those we serve, **please ensure appropriate coverage and contingency plans for delayed or disrupted travel.**

We urge you to continue to monitor local weather advisories and follow guidance issued by New York State. Please note that any significant disruptions to services, participant safety concerns, or emergency conditions should be documented and addressed in accordance with applicable New York State Department of Health (NYSDOH) and Centers for Medicare and Medicaid Services (CMS) regulations, as well as applicable policies.

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday, 8AM-8PM.

Sincerely

GreatCare Email Extractor affidavit - 000173



## Due tomorrow, 12/23: CenterLight Healthcare PACE Annual LHCSA Training

**CP**    CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org> ☺ ↩ ↩ ↪ ⊘ 🔒

To: ⊗ Barbara Wang    Mon 12/22/2025 3:29 PM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.    Trust sender    Show blocked content

Dear Valued Provider,

This is a reminder that as part of Program of All-Inclusive Care for the Elderly (PACE) requirements from the Centers for Medicare and Medicaid Services (CMS) and New York State Department of Health (NYSDOH), all Home Health Aides (HHAs), and Personal Care Aides (PCAs) have to be trained on the following topics:

- PACE Overview
- Service Determination Requests (SDRs)
- Grievances (Complaints)
- Appeals
- Annual Compliance Statement of Wage Parity
- Claim Appeals
- Credentialing and Re-Credentialing
- Electronic Funds Transfer (EFT)
- Visit Progress Notes
- Other relevant policies and procedures

**If you have not yet done so, please view our CenterLight Healthcare PACE training by** <u>clicking here</u>. We ask that you review the information carefully and use this deck to train your HHAs and PCAs.

**Upon completion of the training, please submit your attestation by** <u>completing this form</u> **no later than December 23, 2025.**

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday,

GreatCare Email Extractor affidavit - 000174

Ignore

Block ⌄

| Delete | Archive |   | Report ⌄ |   | Reply | Reply all | Forward ⌄ | Meeting |   | Share to Teams |   | Zoom |   | Move ⌄ | Sweep | Rules ⌄ | > |

Delete · Report · Respond · Teams · Zoom · Move

## Happy Holidays from CenterLight Healthcare PACE

**CP**    CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org> ☺ ↩ ⤺ ↪ ⊘ 🔗

To: ⊗ Barbara Wang    Wed 12/17/2025 10:05 AM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.    [ Trust sender ]  [ Show blocked content ]

**Volume 3, Issue 4 | December 2025**

Dear Valued Provider,

As we close out the year, we want to extend our heartfelt appreciation for everything you do. Your dedication, compassion, and commitment to supporting the participants we serve make a meaningful difference every day.

Wishing you a joyful holiday season and a new year filled with peace, health, and prosperity. Thank you and we are looking forward to your continued partnership in 2026.

Sincerely,
The CenterLight PACE Team

## CenterLight in the News

Have you seen us in the news lately?

GreatCare Email Extractor affidavit - 000175



# Reminder: CenterLight Healthcare PACE Annual LHCSA Training

**CP**    CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org> ☺ ↩ ⤺ ↗    ⊗    [⊡]

To: ⊗ Barbara Wang    Mon 12/15/2025 9:30 AM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.    Trust sender   Show blocked content

Dear Valued Provider,

This is a reminder that as part of Program of All-Inclusive Care for the Elderly (PACE) requirements from the Centers for Medicare and Medicaid Services (CMS) and New York State Department of Health (NYSDOH), all Home Health Aides (HHAs), and Personal Care Aides (PCAs) have to be trained on the following topics:

- PACE Overview
- Service Determination Requests (SDRs)
- Grievances (Complaints)
- Appeals
- Annual Compliance Statement of Wage Parity
- Claim Appeals
- Credentialing and Re-Credentialing
- Electronic Funds Transfer (EFT)
- Visit Progress Notes
- Other relevant policies and procedures

**If you have not yet done so, please view our CenterLight Healthcare PACE training by** <u>clicking here</u>. We ask that you review the information carefully and use this deck to train your HHAs and PCAs.

**Upon completion of the training, please submit your attestation by** <u>completing this form</u> **no later than December 23, 2025.**

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please feel free to contact us at 1-833-CL-CARES (1-833-252-2737) (TTY 711), Monday-Friday,

GreatCare Email Extractor affidavit - 000176



## Influenza Declared Prevalent by New York State Department of Health

**CP**    CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org> 😊 ↩ ↩ ↪        ⬦    📧

To: ⊗ Barbara Wang                                                            Thu 12/4/2025 9:16 AM

ℹ️ Some content in this message has been blocked because the sender isn't in your Safe senders list.        Trust sender    Show blocked content

Dear Partner in Healthcare,

As of December 2, 2025, New York State Department of Health Commissioner Dr. James McDonald has declared influenza to be prevalent in New York State for the 2025-26 season.

It is our shared responsibility to ensure the health and safety of those we serve. Effective immediately, we ask that unvaccinated home health aides and personal care aides be required to **wear a surgical mask when providing care** to CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants.

This is a very important requirement, and we appreciate your cooperation on this matter. Together, we can take precautions to help minimize the spread of influenza.

Thank you,

The CenterLight Healthcare PACE Team

📄F    📄L    📄L    📄J    📄E
ace    ink    ink    We    ma
bo           edl    bsit    il

GreatCare Email Extractor affidavit - 000177



# CenterLight Healthcare PACE Annual LHCSA Training

**CP**    CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org> ☺ ↩ ↩ ↪ ⊗ 🗔

To: ⊗ Barbara Wang                                                        Tue 11/25/2025 10:06 AM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.    | Trust sender | Show blocked content |

Dear Valued Provider,

As part of Program of All-Inclusive Care for the Elderly (PACE) requirements from the Centers for Medicare and Medicaid Services (CMS) and New York State Department of Health (NYSDOH), all Home Health Aides (HHAs), and Personal Care Aides (PCAs) have to be trained on the following topics:

- PACE Overview
- Service Determination Requests (SDRs)
- Grievances (Complaints)
- Appeals
- Annual Compliance Statement of Wage Parity
- Claim Appeals
- Credentialing and Re-Credentialing
- Electronic Funds Transfer (EFT)
- Visit Progress Notes
- Other relevant policies and procedures

Please view our CenterLight Healthcare PACE training by clicking here. We ask that you review the information carefully and use this deck to train your HHAs and PCAs. There is also an option to attend a live training on December 2 at 2 PM — click here for the Teams meeting link.

**Upon completion of the training, please submit your attestation by completing this form no later than December 23, 2025.**

Thank you for your continued support and partnership as we work together to provide high quality care to CenterLight Healthcare PACE participants. If you have questions, please

GreatCare Email Extractor affidavit - 000178



## Grateful to our Network Providers This Thanksgiving!



**CH**    CenterLight Healthcare<providerrelationsrequest@centerlight.org>

To: ⊗ Barbara Wang

Mon 11/24/2025 9:31 AM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.

Trust sender    Show blocked content

Dear Valued Provider,

As we get ready to celebrate Thanksgiving, we want to take a moment to express our sincere appreciation for your partnership and the vital role you play in providing high quality care to CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants throughout the year.

Your commitment to working with our care team to provide whole person care helps ensure that our participants receive the attention, compassion, and expertise they deserve. Together, we're improving lives and strengthening our communities — and that's something to truly be thankful for.

We are grateful for your ongoing collaboration, professionalism, dedication, and partnership as we work to fulfill our mission of enriching the lives of our participants and providing complete care that helps them continue to live safely and independently in their own homes.

On behalf of the CenterLight team, I wish you and your loved ones a joyful Thanksgiving surrounded by loved ones and filled with gratitude.

Sincerely,

*Tara Buonocore-Rut*
President and CEO

Copyright © 2025  CenterLight Health System. All rights reserved.

GreatCare Email Extractor affidavit - 000179



## Updated Provider Resources Now Available on CenterLight's Website



**CH**   CenterLight Healthcare<providerrelationsrequest@centerlight.org> ☺ ↩ ↩ ↪ ⊗ ▦

To: ⊗ Barbara Wang                                        Wed 11/19/2025 9:21 AM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.    [ Trust sender ]   [ Show blocked content ]



Dear Valued Provider,

At CenterLight Healthcare, we value the strong partnerships we share with our provider network. Your collaboration helps us deliver high-quality, coordinated care to our participants/your patients.

We are pleased to announce that the Provider Manual has been updated and is now available on our website at CenterLightHealthcare.org under the For Providers section.

Through quick links on our website, you can access a range of important tools and information, including:

- **Directories**
- **Forms and documents**
- **Quick Reference Guide**
- **Instructions on *How to Submit a Claim***
- **Annual Enrollment Period information**
- **Formulary Resources**
- **Provider Bulletins**

A reminder that in-network providers may also register for access to our secure electronic portal, which offers real-time information on claims, authorization status, participant eligibility, and other key data to support your practice.

Thank you for your continued partnership and commitment to serving our participants. We encourage you to explore these updated resources and reach out if you need further assistance.

Sincerely,

CenterLight Healthcare PACE

GreatCare Email Extractor affidavit - 000180

◁× Ignore    🗑 Delete    🗄 Archive    ⚠ Report ⌄    ↩ Reply    ↩↩ Reply all    ↪ Forward    📧 Meeting ⌄    👥 Share to Teams    ⊕ Zoom    📁 Move ⌄    ✎ Sweep    📁 Rules ⌄    ›

&o Block ⌄

| Delete | Report | Respond | Teams | Zoom | Move |
|--------|--------|---------|-------|------|------|

# CenterLight Healthcare PACE's Palliative Care Program

**CH**    CenterLight Healthcare<providerrelationsrequest@centerlight.org> ☺ ↩ ↩↩ ↪  ⊘  ▦

To: ⊗ Barbara Wang                                    Thu 11/6/2025 2:03 PM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.    [ Trust sender ]  [ Show blocked content ]

## Can your patient benefit from CenterLight Healthcare PACE's Palliative Care Program?

Dear Provider,

As we continue to work together in providing high quality care to CenterLight Healthcare Program of All-Inclusive Care for the Elderly (PACE) participants, we would like to remind you about the availability of our Palliative Care Program.

As you know, it is important to begin Palliative Care early. Longitudinal palliative care is simultaneous to curative care. It is complementary to our PACE services and represents an addition, not an attenuation, to our participant's care plan.

If any of our mutual patients is a candidate for this program, please let us know right away.

### How we can help you manage our participant's condition:

- Peer to Peer collaboration with CenterLight Healthcare PACE Palliative Care Nurse Practitioners.
- Assistance with medication management for deprescribing and/or prescribing for symptom management.
- Facilitating efficient and effective patient-provider communication.
- Supportive advance care planning/goals of care discussions.
- A Team on Your Side: collaboration with the CenterLight Interdisciplinary Team (IDT) to help improve the quality of care for participants with complex conditions.
- Reducing provider burnout through a collaborative and supportive approach.

GreatCare Email Extractor affidavit - 000181



## All-Day CDPAP Registration Events in NYC



CP  CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org>

To: ⊗ Barbara Wang                                               Wed 3/26/2025 8:51 AM

ⓘ  Some content in this message has been blocked because the sender isn't in your Safe senders list.     [ Trust sender ]  [ Show blocked content ]

## IMPORTANT MESSAGE — TIME SENSITIVE

Dear Partner in Healthcare,

As you know, effective **April 1, 2025,** PPL will be the new statewide fiscal intermediary for New York's Consumer Directed Personal Assistance Program (CDPAP). Due to this state-mandated change, PACE participants who are currently receiving CDPAP services and want to continue to do so must switch to PPL now.

To aid in this effort, PPL is hosting large-scale in-person registration events to assist participants (known as consumers in CDPAP) and personal assistants (PAs) who have not yet started or completed their registration. We ask that you please spread the word to your patients about these events.

Details of the events are as follows:

**Friday, March 28**
9 a.m. to 7 p.m.
New York, NY (Midtown)

**Saturday, March 29**
9 a.m. to 7 p.m.
Flushing, NY

GreatCare Email Extractor affidavit - 000182



# Important Update: Transitioning to PPL

**CP**    CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org>  ☺  ↩  ↞  ↗    ⊘    🔗

To: ⊗ Barbara Wang                                                    Wed 3/12/2025 11:30 AM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.          Trust sender   Show blocked content

Dear Partner in Healthcare,

The State Fiscal Year 2024-25 Enacted Budget amended Social Services Law Section 365-f(4-a) to require the Commissioner of Health to contract with a single statewide fiscal intermediary (SFI) to provide fiscal intermediary services to Consumer Directed Personal Assistance Program (CDPAP) consumers. In response to this legislative requirement, **Public Partnerships LLC (PPL)** was selected as the SFI vendor and **effective April 1, 2025, will be the only entity authorized to provide fiscal intermediary services for the CDPAP** per Social Services Law section 365-f. See the announcement here.

To avoid an interruption in services all Consumers and personal assistants in the CDPAP must change to PPL by **March 28, 2025.**

We understand that these changes might create confusion, but rest assured, we are committed to supporting both you and our participants during this transition.

CenterLight PACE participants have the option to change to a Personal Care Assistant (PCA), who is
certified and trained to provide personal care services. However, please inform them of the following restrictions:

- The PCA cannot be an immediate family member (such as a son, son-in-law, daughter, or daughter-in-law).
- The PCA cannot live in the same household as the member.
- The PCA is not permitted to administer medications.

GreatCare Email Extractor affidavit - 000183



## All-Day CDPAP Registration Events in NYC



**CP**    CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org>

To: ⊗ Barbara Wang                                                    Wed 3/26/2025 8:51 AM

ⓘ Some content in this message has been blocked because the sender isn't in your Safe senders list.        Trust sender    Show blocked content

# IMPORTANT MESSAGE — TIME SENSITIVE

Dear Partner in Healthcare,

As you know, effective **April 1, 2025,** PPL will be the new statewide fiscal intermediary for New York's Consumer Directed Personal Assistance Program (CDPAP). Due to this state-mandated change, PACE participants who are currently receiving CDPAP services and want to continue to do so must switch to PPL now.

To aid in this effort, PPL is hosting large-scale in-person registration events to assist participants (known as consumers in CDPAP) and personal assistants (PAs) who have not yet started or completed their registration. We ask that you please spread the word to your patients about these events.

Details of the events are as follows:

**Friday, March 28**
9 a.m. to 7 p.m.
New York, NY (Midtown)

**Saturday, March 29**
9 a.m. to 7 p.m.
Flushing, NY

about:blank

GreatCare Email Extractor affidavit - 000184

1/1



# Important Update: Transitioning to PPL



**CP** CenterLight Healthcare PACE<providerrelationsrequest@centerlight.org> ☺ ↩ ↩ ↪ ⊘ 🔖

To: ⊗ Barbara Wang                                                    Wed 3/12/2025 11:30 AM

ℹ Some content in this message has been blocked because the sender isn't in your Safe senders list.    Trust sender    Show blocked content

Dear Partner in Healthcare,

The State Fiscal Year 2024-25 Enacted Budget amended Social Services Law Section 365-f(4-a) to require the Commissioner of Health to contract with a single statewide fiscal intermediary (SFI) to provide fiscal intermediary services to Consumer Directed Personal Assistance Program (CDPAP) consumers. In response to this legislative requirement, **Public Partnerships LLC (PPL)** was selected as the SFI vendor and **effective April 1, 2025, will be the only entity authorized to provide fiscal intermediary services for the CDPAP** per Social Services Law section 365-f. See the announcement <u>here</u>.

To avoid an interruption in services all Consumers and personal assistants in the CDPAP must change to PPL by **March 28, 2025.**

We understand that these changes might create confusion, but rest assured, we are committed to supporting both you and our participants during this transition.

CenterLight PACE participants have the option to change to a Personal Care Assistant (PCA), who is
certified and trained to provide personal care services. However, please inform them of the following restrictions:

- The PCA cannot be an immediate family member (such as a son, son-in-law, daughter, or daughter-in-law).
- The PCA cannot live in the same household as the member.
- The PCA is not permitted to administer medications.

GreatCare Email Extractor affidavit - 000185



## RE: SWH update referral version

**CX**  Chen, Xiang

To: ⊗ Mei Mei Zhao

Cc: wei wang <barbarawang88@yahoo.com>

Mon 10/13/2025 3:24 PM

ℹ You replied on Mon 10/13/2025 3:33 PM                    View conversation

Hi Meimei, Deborah will generate EVV report and send to your team once the report ready.


Best Regards

**Jessie Xiang Chen** | Sr Specialist, Community Engagement
Senior Whole Health

15 Metrotech Center – 11th Floor, Brooklyn NY 11201
(M) **6465816645** | E xiangyun.chen@molinahealthcare.com
www.swhnymembers.com

SWH service the following areas and plans:
- Westchester-MLTC and MAP
- Bronx-MLTC and MAP
- Manhattan MLTC and MAP
- Brooklyn-MLTC and MAP
- Queens-MLTC and MAP
- Nassau-MLTC and MAP
- Suffolk- MLTC ONLY
- Rockland- MAP and DSNP
- Orange- MAP and DSNP
- Richmond {Staten Island}– MAP and DSNP





Our mission is to actively engage the communities we serve and ensure access to quality care that leads to better health outcomes, guided by a person-centered approach.

GreatCare Email Extractor affidavit - 000186



# RE: SWH update referral version

**CX**  Chen, Xiang

To: ⊗ Mei Mei Zhao                                                                  Mon 10/13/2025 3:34 PM

Cc: wei wang <barbarawang88@yahoo.com>

---

ⓘ You replied on Mon 10/13/2025 3:49 PM                                          View conversation

Start reply with:  [ Thank you! ]  [ Great, thanks! ]  [ Perfect, thank you! ]

Yes, she will send to Barbara.


**From:** Mei Mei Zhao <mzhao@greatcareny.com>
**Sent:** Monday, October 13, 2025 3:34 PM
**To:** Chen, Xiang <XiangYun.Chen@molinahealthcare.com>
**Cc:** wei wang <barbarawang88@yahoo.com>
**Subject:** Re: SWH update referral version


**This Message Is From An External Sender**

Please do not click any links or open any attachments unless you trust the sender and know the content is safe.

[ Report Suspicious ]

Hi Jessie,

No problem. You may have Deborah send to Barbara directly. Thank you.

---

**From:** Chen, Xiang <XiangYun.Chen@molinahealthcare.com>
**Sent:** Monday, October 13, 2025 3:24 PM
**To:** Mei Mei Zhao <mzhao@greatcareny.com>
**Cc:** wei wang <barbarawang88@yahoo.com>
**Subject:** RE: SWH update referral version

Hi Meimei, Deborah will generate EVV report and send to your team once the report ready.


Best Regards

Jessie Xiang Chen | Sr. Specialist, Community Engagement

about:blank                                                           GreatCare Email Extractor affidavit - 000187                    1/1



## RE: SWH update referral version

**CX**  Chen, Xiang

To: ⊗ Mei Mei Zhao

Cc: wei wang <barbarawang88@yahoo.com>

Mon 10/13/2025 3:24 PM

ⓘ You replied on Mon 10/13/2025 3:33 PM                     View conversation

Hi Meimei, Deborah will generate EVV report and send to your team once the report ready.


Best Regards

**Jessie Xiang Chen** | Sr Specialist, Community Engagement
Senior Whole Health

15 Metrotech Center – 11th Floor, Brooklyn NY 11201
(M) **6465816645** | E xiangyun.chen@molinahealthcare.com
www.swhnymembers.com

SWH service the following areas and plans:
- Westchester-MLTC and MAP
- Bronx-MLTC and MAP
- Manhattan MLTC and MAP
- Brooklyn-MLTC and MAP
- Queens-MLTC and MAP
- Nassau-MLTC and MAP
- Suffolk- MLTC ONLY
- Rockland- MAP and DSNP
- Orange- MAP and DSNP
- Richmond {Staten Island}– MAP and DSNP





Our mission is to actively engage the communities we serve and ensure access to quality care that leads to better health outcomes, guided by a person-centered approach.

GreatCare Email Extractor affidavit - 000188



**FW: Attestation**

SD    Sylvester, Deborah<Deborah.Sylvester@MolinaHealthCare.Com>    ☺ ↩ ↩ ↪ ⬨ 🔲 ⋯

To: MolinaHealthcare.DRA@molinahealthcare.com.    Mon 6/16/2025 10:51 AM

Cc: ⊗ Gomattie Dhanpaul

📄 SWH Attestation - signed.pdf    ⌄
2 MB

Hi,

Please see attached.

Thank you,

Deborah Sylvester

**From:** Gomattie Dhanpaul <gdhanpaul@greatcareny.com>
**Sent:** Friday, June 13, 2025 12:39 PM
**To:** MolinaHealthcare.DRA <MolinaHealthcare.DRA@MolinaHealthCare.Com>; Sylvester, Deborah
<Deborah.Sylvester@MolinaHealthCare.Com>
**Cc:** wei wang <barbarawang88@yahoo.com>
**Subject:** RE: Attestation

**This Message Is From An External Sender**

Please do not click any links or open any attachments unless you trust the sender and know the content is safe.

|   Report Suspicious   |

Good afternoon,

Please find attached signed attestation.

Kindly acknowledge receipt.

Thank you,
Samantha Dhanpaul

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the
transmission. In addition, this email may be a communication that is privileged by law. If you received
this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited.
Please notify us immediately of the error by return email and please delete this email from your system

GreatCare Email Extractor affidavit - 000189



## Important Urgent HHAX  Provider Communication - 4/1 Transition: sent 3/29/2021

**SD**  (MCC) Sylvester, Deborah

To: (MCC) Sylvester, Deborah <sylvesterd@magellanhealth.com>    Mon 3/29/2021 12:27 PM

Cc: (MCC) Ritchie, Michelle <MARitchie@magellanhealth.com>

**! High importance**

- 📄 MLTC_2021_18124 Provider ... ⌄  149 KB
- 📄 SWH_MTLC_2021_18137 PR... ⌄  89 KB

2 attachments (237 KB)  ☁ Save all to OneDrive - Great Care NY  ↓ Download all

**Dear Senior Whole Health of New York Provider,**

Thank you for being a valued part of our network. Effective 4/1/2021, MLTC members will be transitioned to a new payer ID of SWHNY. For dates of service 4/1/2021 and forward, claims for these members will need to be submitted under the new payer ID, or else they will be denied leading to payment being delayed.

Due to this payer update, workflow changes will be required in HHAeXchange to be compliant starting 4/1/2021. The HHAeXchange team will distribute additional information on what these changes look like for you as the provider. Please be on the lookout for additional communications and webinars to review the details and timeline of the change. Immediate attention is required for these changes as there is a strict timeline over the next three weeks to ensure a smooth transition.

If you have any questions or need additional information, please contact the Provider Relations team at **SWHProviderRelationsNY@magellanhealth.com** or reach out to your dedicated Provider Relations representative. If you have any questions related to HHAeXchange, please contact **support@hhaexchange.com** or reach out to your dedicated Client Success Manager.

**PS.**

**PLEASE DO NOT MIX MARCH 31 CLAIMS WITH APRIL 01, 2021 CLAIMS.**

**MARCH 31 & PREVIOUS CLAIMS: USE PAYER ID#:  83035.**

**APRIL 1, 2021 & ONWARDS: USE PAYER ID#:  SWHNY.**

**Thank you.**

Deborah Sylvester
Network Development Specialist

GreatCare Email Extractor affidavit - 000190