# GETMAN, SWEENEY & DUNN, PLLC

Attorneys at Law
260 Fair Street
Kingston, N.Y. 12401
845-255-9370
fax 845-255-8649

April 17, 2026

Honorable Katherine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Submitted via ECF

      Re:    *Hei Li, et al. v. GreatCare, Inc., et al.*,
              No. 24-CV-7401 (LTS) (KHP)

Dear Judge Parker:

Plaintiffs and Defendants GreatCare, Inc. ("GreatCare"), CenterLight Healthcare, Inc. ("CenterLight"), and Senior Whole Health of New York, Inc. ("SWHNY") (together, "the Parties"), as the Court ordered on April 9, 2026 (Dkt. 192), submit this joint status letter informing the Court of the witnesses and counsel's agreed-upon availability for depositions.

The parties have met and conferred and agreed that the following depositions will take place on these dates and times:

- CenterLight and SWHNY's deposition of GreatCare witness Mei Mei Zhao on Wednesday, 4/29/2026, starting at 2:30 PM;

- CenterLight's deposition of Plaintiff Chen Li on Thursday, 4/30/2026, starting at 10 AM;

- Plaintiffs' deposition of GreatCare witness Barbara Wang on Friday, 5/1/2026, starting at 10 AM; and,

- CenterLight and SWHNY's deposition of Barbara Wang on either Tuesday, 5/19/2026, or Wednesday, 5//20/2026.

              Respectfully submitted,

Status Report to Judge Parker
April 17, 2026
Page 2 of 2

<u>/s/ George Brenlla</u>
George Brenlla
BRENLLA, LLC

*Counsel for CenterLight, Inc.*

<u>/s/ Jose Muniz</u>
Jose Muniz

*Counsel for GreatCare, Inc.*

<u>/s/ Kaitlyn Grajek</u>
Kaitlyn Grajek
Brian Seaman
Ethan Scapellati
STRADLEY, RONON, STEVENS &
YOUNG, LLP

*Counsel for Senior Whole Health of New York, Inc.*

<u>/s/ Karen Kithan Yau</u>
Karen Kithan Yau
Caroline Friedman
GETMAN, SWEENEY & DUNN, PLLC

Carmela Huang
Claudia Wilner
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE

*Counsel for Plaintiffs*