

**National Center for Law and Economic Justice**
50 Broadway, Suite 1500 New York, NY 10004 Phone: (212) 633-6967
Email: info@nclej.org

April 17, 2026

Honorable Katharine H. Parker

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007-1312

*Submitted via ECF*

       RE:    *Hei Li, et al. v. GreatCare, Inc., et al.*,
              No. 24-CV-7401 (JHR) (KHP)

Dear Judge Parker:

      Plaintiffs' counsel submit this letter to renew their request that their deadline to submit a motion for sanctions against Defendant GreatCare be extended.

      As was stated in their previous extension request, Plaintiffs' counsel believe that the testimony of Ms. Barbara Wang, GreatCare's Fed. R. Civ. P. 30(b)(6) representative, regarding her and GreatCare's efforts to comply with Plaintiffs' discovery requests will provide information relevant to any motion for Rule 37 sanctions. *See* ECF No. 193. The parties have now agreed that Plaintiffs will conduct Ms. Barbara Wang's deposition on May 1, 2026. *See* ECF No. 195. Plaintiffs therefore request an extension of time to file their motion for sanctions until May 14, 2026.

                                 Sincerely,

*/s/ Carmela Huang*                           */s/ Karen Kithan Yau*
Carmela Huang                               Karen Kithan Yau
National Center for Law and Economic Justice    Getman, Sweeney & Dunn, PLLC

  Cc:  Counsel for Defendants (via ECF)