UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HEI LI, et al.,

                         Plaintiffs,

              -against-

GREATCARE, INC., et al.,

                        Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/23/2026
```

**24-CV-7401 (JHR) (KHP)**

**ORDER**

On April 23, 2026 Plaintiffs filed a status letter concerning deposition scheduling of GreatCare's 30(b)(6) representative, Barbara Wang.  (ECF No. 198)  Plaintiffs represent that Ms. Wang's deposition for them is still set for May 1, 2026, but the separate deposition by CenterLight and SWHNY can no longer happen on May 19 or 20 (as scheduled) because Ms. Wang will be out of the country from May 18 to June 1.  After meeting and conferring, Defendants proposed rescheduling that deposition to June 3 or 4. Plaintiffs argue that further delays to this deposition would further delay the close of fact discovery and would otherwise be prejudicial. The Court has repeatedly accommodated GreatCare and granted multiple extensions to afford it every reasonable opportunity to complete discovery. Even so, discovery has been delayed several times in 2026 due to GreatCare-related issues, including counsel's unavailability in January, Ms. Wang's injury in February, and changes in GreatCare's counsel in late February and March.  There will be no further adjournments to the discovery deadlines in this matter.

Counsel for SWHNY, CenterLight, and GreatCare are directed to meet and confer regarding their respective availability, as well as Ms. Wang's availability, for a deposition to

occur before May 18, 2026. The parties shall then submit a joint status letter by April 30, 2026,

advising the Court of the scheduled date for Ms. Wang's deposition.

       **SO ORDERED.**

DATED:    April 23, 2026
              New York, New York

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge