# GETMAN, SWEENEY & DUNN, PLLC

Attorneys at Law
260 Fair Street
Kingston, N.Y. 12401
845-255-9370
fax 845-255-8649

April 24, 2026

Honorable Katherine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Submitted via ECF

Re:     *Hei Li, et al. v. GreatCare, Inc., et al.*, No. 24-CV-7401 (LTS) (KHP)

Dear Judge Parker:

Plaintiffs write to update the Court on the status of arranging their deposition of Barbara Wang, in her individual and corporate capacities for Defendant GreatCare, Inc. ("GreatCare"), at the the Southern District of New York Courthouse.

Ms. Wang's deposition is confirmed for Friday, May 1, 2026, starting at 10 AM in Jury Room 17D with the assistance of your chambers. Plaintiffs have arranged for a court reporter from SDNY to transcribe the deposition proceeding. Attached is the Plaintiffs' Request for the use of electronic devices and Wi-Fi during the deposition, which Plaintiffs have submitted.

Please advise if Plaintiffs missed arranging for any other items for a deposition at the Courthouse.

Thank you for your assistance.

Respectfully submitted,

*/s/ Karen Kithan Yau*

Karen Kithan Yau
Caroline Friedman
GETMAN, SWEENEY & DUNN, PLLC

Carmela Huang
Claudia Wilner
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————— x


IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING  DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL


———————————————————————————— x


       The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

       ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

_____.

      ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

      The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

      SO ORDERED:


Dated:        _____


                 _____
                         United States Judge


Revised: July 1, 2019.