UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JAIN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHENG, and XIU X. ZHU,<br><br>Plaintiffs,<br><br>- v -<br><br>GREATCARE, INC., CENTERLIGHT HEALTHCARE, INC. and SENIOR HOME HEALTH OF NEW YORK,, INC.,<br><br>Defendants. | Case #24-CV-07401 (LTS) (KHP)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that undersigned counsel, Benjamin Robert Rajotte, Esq.,

respectfully appears as co-counsel for Defendant GREATCARE, INC. in this action.

Respectfully submitted,

Dated: April 24, 2026          MAIDEN LANE LAW GROUP
      New York, New York

_____
Benjamin Robert Rajotte, Esq.
One Maiden Lane, Suite 900
New York, New York 10038
(212) 463-6669 | rajb@mllg.nyc

*Attorneys for Defendant GreatCare, Inc.*