UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HEI LI, et al.,

                                        Plaintiffs,

                -against-

GREATCARE, INC., et al.,

                                        Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2026
```

**24-CV-7401 (JHR) (KHP)**

**ORDER**

The Court is in receipt of Plaintiffs' status update filed on April 24, 2026 and thanks

them for the update.  Use of the jury room in Courtroom 17D on May 1, 2026 for Ms. Wang's

deposition is confirmed.

        **SO ORDERED.**

DATED:        April 27, 2026
              New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge