UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

  HEI LI, et al.,

                                    Plaintiffs,

                     -against-

GREATCARE, INC., et al.,

                                    Defendants.
----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:  4/30/2026

**24-CV-7401 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of Defendants' letter filed on April 30, 2026 and thanks them for the update.  Use of the jury room in Courtroom 17D on May 15, 2026 at 10:00am for Ms. Wang's deposition is confirmed.

        **SO ORDERED.**

DATED:        April 30, 2026
              New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge