# EXHIBIT A

 **Outlook**

---

**Expert Notice**

---

**From** Jose Muniz <jamlaw305@gmail.com>

**Date** Thu 4/16/2026 6:05 PM

**To**    Karen Kithan Yau <kyau@getmansweeney.com>; Carmela Huang <huang@nclej.org>; Kaitlyn Grajek <KGrajek@stradley.com>; George F. Brenlla <gfbrenlla@brenllalaw.com>

📎 1 attachment (217 KB)

GreatCare Supp to RFP (1).pdf;

| Warning! This message is from an outside sender. |
| --- |

Please find enclosed Greatcare's Notice of Expert Witness. He is available for deposition prior to may 8, 2026.

--
Cordially,
Jose

*Jose A Muniz, Esq.*

Law Office of Jose A. Muniz
40-18 80th Street
Elmhurst, New York 11373
646-750-2185| Phone
jamlaw305@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F.
CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN,
JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y.
ZHENG, XIU X. ZHU,

                              Plaintiffs,

                - against-

GREATCARE, INC., CENTERLIGHT HEALTHCARE,
INC., and SENIOR WHOLE HEALTH OF NEW YORK,
INC.,

                              Defendants.

-------------------------------------------------------------------X

**Case No.: 1:24-CV-7401 (LTS)(KHP)**

**DEFENDANT GREATCARE, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUESTS OF PRODUCTION OF DOCUMENTS**

## GREATCARE'S SUPPLEMENTAL ANSWERS TO PLAINTIFF'S FIRST SET OF REQUESTS OF PRODUCTION OF DOCUMENTS

      AND NOW, Defendant GreatCare, Inc. ("GreatCare" or "Defendant") by and through its attorneys Law Office of Jose A. Muniz, hereby serves these supplemental answers to Plaintiffs' Requests for Production of Documents ("Requests").

**INSTRUCTION No. 1**

In responding to the following requests, Defendant shall furnish all information that is available to it, including information in the possession, custody, or control of its attorneys, accountants, investigators, experts, representatives, or other agents.

**RESPONSE:**

**Subject to and without waiving any of the previous general objections in response to the first set, GreatCare, Inc., identifies the following expert witness:**

**JOHN E. HEPWORTH is a registered nurse with experience in the home care industry and insurance sector. John will testify regarding industry standard practices for 24 hour living home care, including customary billing and documentation procedures relating to 13 hour pay provisions under New York State law. (Expert Resume Attached)**

1

Respectfully submitted,

JOSE A. MUNIZ, Esq.
*/s/ Jose Muniz*
*Counsel for Defendants*

2

**CERTIFICATION**

I hereby certify that a true and correct copy of Plaintiff's Responses to Requests for Production of Documents was served upon Defendant's Counsel, by email, on April 16, 2026.


NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
Carmela Huang
Leah Lotto
Claudia Wilner
50 Broadway, 15th Floor
New York, NY 10004-3821
(646) 393-3048
huang@nclej.org
lotto@nclej.org
wilner@nclej.org


GETMAN, SWEENEY & DUNN, PLLC
Karen Kithan Yau
260 Fair Street
Kingston, NY 12401
(845) 255-9370
kyau@getmansweeney.com
*Counsel for Plaintiffs*


                                        JOSE A. MUNIZ, Esq.
                                         */s/ Jose Muniz*
                                        *Counsel for Defendants*

                                         39-15 Main Street - Suite 318
                                         Flushing, New York 11354
                                         Office: (718) 939-8880
                                         Direct Phone Line: (646) 750-2185
                                         Email: jamlaw305@gmail.com
                                         *Attorney for Defendant CreatCare, Inc*

3

# JOHN E. HEPWORTH, RN, BSN, MBA
20 Glendale Avenue
Staten Island, New York 10304
917-670-9570
jheppie123@gmail.com

## PROFILE
- Over 35 years of successful business and clinical management in the healthcare industry.
- A great track record of increasing sales and profits in both licensed and certified firms.
- Leadership skills without equal with ability to motivate staff to peak performance.
- Excellent interpersonal skills which builds loyalty from staff and clients.
- Known as a Turn Around specialist and fast recovery to profit
- Has worked in Management in both Public and Private sector.
- One of the most sought-after Healthcare Consultants in the industry.

## PROFESSIONAL EXPERIENCE

EFFECTIVE HOME CARE (Regional Homecare Company)
Director of Patient Services 2014- Present
- Oversight for all clinical services
- Oversaw Clinical training program
- Responsible for Quality Assurance and Improvement
- Interfaces with Board of Directors on all Clinical matters
-Discipline Nurses and Home Health aides as needed

CONDOR HEALTHCARE CONSULTING (National Company)
Managing Partner 2014-2022
-Mergers and Acquisitions on a national scale
- Compliance Prep, Contract Appropriations, Collections.
-New Company start-ups, IT Overhaul. Clinical expert
-Executive Search nationally.

THE HEPWORTH GROUP, INC. (Healthcare Consultants)
Chief Executive Officer 2014-present
-National Healthcare Consultants
- All levels of Consulting –Clinical Expert, Sales, Execu-search, New Company start-ups.
- Mergers and Acquisitions, Clinical and business trouble –shooting, IT overhaul

1

John E. Hepworth, RN (continued)

- Compliance Prep, Contract Appropriations, Clinical Coding, Collections.

  - Executive in charge of entire operation.

## PERSONAL TOUCH, INC. (Certified Homecare Company)
EXECUTIVE VP OPERATIONS  2007-2014
- Took a failing CHHA and turned it into the Fourth Largest CHHA (NYS).
- Grew Revenue to 10 times its original size in three years. (22million to over 280 million)
- Recognized as one of the top Executives in Home Care.
- Helped develop the MLTC Program for Company.
- Understands and taught the new roadmap for growth in the CHHA/MLTC industry.
- Coordinating care/services with all inter-disciplines and community agencies on a daily basis.

## PATIENT CARE, INC. (Certified Homecare Company),    New Jersey
Senior Vice President Operations, 2005 to 2007
- Responsible for overall growth (65% increase) and profitability of the company.
- Restructured the profit margins of the company via careful analysis and research.
- Took a struggling operation from negative profit to a very profitable entity.
- Able to remove substantial overhead dollars from the G&A seamlessly.
- Sustained employee loyalty despite making some difficult business decisions.
- Was brought in to prepare company for Sale (Successful sale completed 207)

## NEW AGE HOME CARE, INC. (Tri-State Healthcare Firm), New York
Senior Vice President of Operations/ COO   2002 to 2005
- Oversaw sales force as well as Clinical Operation structure and teach sales strategies.
- Consulted daily with CEO regarding company growth and operations.
- Increased company sales 50% the first fiscal year. (18million to over 37 million)
- Redirected business mix (margins doubled) toward a very profitable enterprise.

## PRIDECARE INC. (National Home Care Company), Westchester
National Director of Operations, 1997 to 2002
- Responsible for operation inclusive of business, sales and nursing.
- Obtained and executed contracts in many markets nationwide.
- Provided leadership in the development and motivation of staff.
- Grew Revenue by 300% during my tenure with new initiatives.

## STAFFBUILDERS, INC. (Healthcare Franchise Operation) New York
Owner/ Operator, COO 1992 to 1997
- Improved profitability and operational efficiency by 100%.
- Franchise owner with complete P/L and overall independent financial control.                2

John E. Hepworth, RN (continued)

- Sales grew dramatically (350%) during my ownership along with the gross margins.
- Established firm as a major Medicare and Medicaid Provider in New York.

## UNITY HEALTHCARE, INC (International Healthcare Firm), New York
Senior Vice President Business Development, 1990 to 1992
- Restructured the sales direction of the company facilitating a tremendous rise in sales and profitability.
- Opened certified locations in Florida, New Jersey, Georgia and Pennsylvania.
- Developed marketing / business strategies for profit centers in New York, New Jersey, Pennsylvania, Florida, Georgia and London, England.

## EDUCATION

K.W. UNIVERSITY, Thousand Oaks, California
EXECUTIVE   M.B.A. 2000

COLLEGE OF STATEN ISLAND, Staten Island, New York
BACHELOR OF SCIENCE in NURSING 1984 –Deans List

## AWARDS

Executive of the Year 1991 Unity Healthcare
Sales Leader Extraordinaire 1995 –Staff builders
Business Innovator Platinum Star 2000 Pride care
Executive of the Year 2003 New Age Home Care
Executive of the Year 2009 Personal Touch

## LICENSE

Registered Professional Nurse 1979 –present   License #319325-1
New York State

3