# EXHIBIT B

Q511WAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

HEI LI, *et al.*,

                    Plaintiffs,

          v.                    24 CV 7401 (LTS)(KHP)

GREATCARE, INC., *et al.*,

                    Defendants.
-------------------------------x
          Continued Deposition Under Oath of **BARBARA**

   **WANG**, held on May 1, 2026, at 10:08 a.m., at the

   United States Courthouse, Southern District of

   New York, 500 Pearl Street, New York, New York,

   before Khristine D. Sellin, RDR-CRR-CRC-CSR,

   Notary Public in and for the State of New York.


                         APPEARANCES

GETMAN SWEENEY & DUNN, PLLC
     Attorneys for Plaintiffs
BY:  KAREN K. YAU, ESQ.
     CAROLINE FRIEDMAN, ESQ.

NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
     Attorneys for Plaintiffs
BY:  CARMELA HUANG, ESQ.

LAW OFFICE OF JOSE A. MUNIZ
     Attorneys for Defendant GreatCare, Inc.
BY:  JOSE A. MUNIZ, ESQ.

STRADLEY RONON STEVENS & YOUNG, LLP
     Attorneys for Defendant Senior Whole Health
BY:  KAITLYN GRAJEK, ESQ.

BRENLLA, LLC
     Attorneys for Defendant CenterLight Health
BY:  GEORGE F. BRENLLA, ESQ.


                 SOUTHERN DISTRICT REPORTERS, P.C.
                       (212) 805-0300

Q.    February 26, 2026.

A.    Yeah, most likely, yeah.

Q.    I don't want to know anything that was discussed between your counsel or you, any of your counsel and you, but I want to know the circumstances surrounding the hiring of Bell Law Group.  How did you find the Bell Law Group?

A.    I called—I called—I find like Google and I searched one of the lawyer, I asked them whether they do the lawsuit to defend defendant, they said—he said, I will introduce one, then I found Bell Group.

Q.    To be clear, did you call Bell Law Group directly after doing Google research?

A.    Yeah.

Q.    After you found Bell Law Group, did you meet with the lawyers in person?

A.    No.

Q.    How did you communicate with them?

A.    Just a Teams meeting, and it's like they called and then, you know, I'm using the phone to FaceTime with them.

Q.    Please pull up Exhibit U.

A.    Mm-hmm.  Okay.

Q.    Which is a letter that was submitted

Q511WAND                    Wang - By Ms. Yau

the bathroom for about a week because my bottom had actually——my——how do you say?  How can I describe it?  It's like——I don't know how to describe it.

Q.    Ms. Wang, you don't have to go into details.

A.    Okay.

Q.    You have already said that the hospital records will show everything that you went through.

A.    Yeah.

Q.    Correct?

A.    Yeah.

Q.    So you described limited activities that you were able to do after your injury, but I want to get into it a little bit more.

What kind of activities were you able to do?

A.    What do you mean activities?  I can't——I can't do any exercise.  I only can walk a little bit to go to the bathroom.  Somebody hold me to the bathroom.

Q.    Right.  Ms. Wang, were you able to do any work-related activities, like answering emails?

Q511WAND                    Wang - By Ms. Yau

A.   I can, using my phone.

Q.   Okay.  Were you able to engage in a
Teams meeting?

A.   I don't engage Teams meeting.  You
mean——I did Teams meeting with the lawyer.  I
lied on the bed.

Q.   Right.

A.   Yeah.

Q.   Were you able to do that?

A.   Have to be very short time and it
cannot be long because——actually, I——in the
middle of the meeting, I have very painful and I
was screaming, so that's why, and then they take
a very short time to have a little meeting with
me.

Q.   You say you were bedridden.  When were
you able to get out of bed?

A.   I think a few weeks, two or
three weeks.

Q.   Two or three weeks.

A.   Yeah.

Q.   After February——

A.   The end of March or something?  I
don't know.  Middle March?  And the thing is
that the painful still happens and I couldn't

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300