# EXHIBIT C

Q511WAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

HEI LI, *et al.*,

                    Plaintiffs,

          v.                    24 CV 7401 (LTS)(KHP)

GREATCARE, INC., *et al.*,

                    Defendants.
-------------------------------x
          Continued Deposition Under Oath of **BARBARA
WANG**, held on May 1, 2026, at 10:08 a.m., at the
United States Courthouse, Southern District of
New York, 500 Pearl Street, New York, New York,
before Khristine D. Sellin, RDR-CRR-CRC-CSR,
Notary Public in and for the State of New York.


                         APPEARANCES

GETMAN SWEENEY & DUNN, PLLC
     Attorneys for Plaintiffs
BY:   KAREN K. YAU, ESQ.
      CAROLINE FRIEDMAN, ESQ.

NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
     Attorneys for Plaintiffs
BY:   CARMELA HUANG, ESQ.

LAW OFFICE OF JOSE A. MUNIZ
     Attorneys for Defendant GreatCare, Inc.
BY:   JOSE A. MUNIZ, ESQ.

STRADLEY RONON STEVENS & YOUNG, LLP
     Attorneys for Defendant Senior Whole Health
BY:   KAITLYN GRAJEK, ESQ.

BRENLLA, LLC
     Attorneys for Defendant CenterLight Health
BY:   GEORGE F. BRENLLA, ESQ.


                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

Q511WAND                    Wang - By Ms. Yau

A.    Yes.

Q.    And where do you keep those contracts
and amendments?

A.    Same thing.

Q.    When you say same thing, you mean
keeping them on a thumb drive?

A.    Yes.

Q.    Okay.  Did you search that thumb drive
when we sent you our document requests?

A.    Search, you mean the contract?

Q.    Search for the contract and any other
relevant information that the plaintiffs
request.

A.    You mean the contract that you request
for CenterLight or Senior Whole Health?

Q.    That would be one of the documents.
I'm asking generally, did you search for
documents on those thumb drives for documents
that are responsive to the plaintiffs' requests?

A.    I still don't understand.  And what
kind of documents?  If you said the contract
documents, yes, I save it, which, as you said,
thumb drive, and if you talking about other
things, and give me an example that I can tell
you where I can search.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300