UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HEI LI, et al.,

                                        Plaintiffs,

                  -against-

GREATCARE, INC., et al.,

                                        Defendants.
------------------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:___5/8/2026____           │
└─────────────────────────────────────┘
```

**24-CV-7401 (JHR) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 7, 2026 Defendant, GreatCare Inc. filed a letter requesting (1) that expert discovery be reopened for the limited purpose of allowing GreatCare to formally designate John Hepworth as its expert witness on specified topics, and to establish related deadlines for any rebuttal expert disclosures and expert depositions; (2) the Court set a briefing schedule for any *Daubert* motions; and (3) to revise the schedule for dispositive-motion briefing. Plaintiffs oppose the request. GreatCare's request is DENIED as the Court finds no good cause exists to warrant an additional extension to the discovery deadlines. Notwithstanding, the Court modifies the previous briefing schedule for summary judgment motions at ECF No. 118 as follows: Motions are due on **July 2, 2026**. Oppositions are due on **August 3, 2026**. Replies, if any, are due on **August 17, 2026**.

        **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 206**

        SO ORDERED.

DATED:      May 8, 2026
            New York, New York

                                        *Katharine H Parker*
                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge