UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEI LI, ZHU H.L. LIN, LI CHEN, XIU F.
CHEN, MEI F. CHEN, HUI HE, HUI LI,
ZHAN J. LI, HUI X. RUAN, JIAN R.
XIAO, MEI Z. XIAO, MU Z. ZHANG, BI
Y. ZHENG, XIU X. ZHU,

                          Plaintiffs,

           -against-

GREATCARE, INC., CENTERLIGHT
HEALTHCARE, INC., SENIOR WHOLE
HEALTH OF NEW YORK, INC.,

                          Defendants.

Case No. 1:24-cv-07401 (LTS) (KHP)

## PLAINTIFFS' MOTION FOR SANCTIONS AGAINST
## DEFENDANT GREATCARE, INC.

**Please take notice** that, upon the accompanying Memorandum of Law in Support of their Motion, the accompanying Declaration of Carmela Huang and the exhibits thereto, and all prior pleadings and proceedings in this action, Plaintiffs, by and through their counsel, will move this Court, before the Honorable Katharine H. Parker, at the Thurgood Marshall United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, at a place and time to be determined by the Court, for entry of an Order sanctioning Defendant GreatCare, Inc. for its failure to comply with the Court's discovery orders and for other malfeasance, awarding Plaintiffs their attorneys' fees and costs, and any other relief deemed appropriate by the Court.

**Please take further notice** that Defendant GreatCare, Inc. is required to respond by May 22, 2026 pursuant to the briefing schedule set forth by the Court's April 21, 2026 Order (ECF No. 197).

Dated: May 8, 2026
   New York, New York

Respectfully submitted,

NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE

By: /s/ Carmela Huang
Carmela Huang
huang@nclej.org
50 Broadway, Suite 1500
New York, NY 10004
(646) 393-3048

GETMAN, SWEENEY & DUNN, PLLC
Karen Kithan Yau
kyau@getmansweeney.com
Caroline Friedman
cfriedman@getmansweeney.com
260 Fair Street
Kingston, NY 12401
(845) 255-9370

*Counsel for Plaintiffs*