

**NEW YORK STATE OF OPPORTUNITY. | Department of Labor**

Division of Labor Standards

## Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: 11/21/2022

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one):   ☐ Employer    ☒ Complainant/Claimant

Client/Member Name: Bi Yu Zheng

Client Business Name: N/A

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

UNPAID WAGES, HOME HEALTH AIDE(24-HOUR SHIFT)

**Representative Information (all fields must be completed)**

Name: Yueheng Zhang

Organization/Firm Name: Chinese Staff and Workers Association

Signature: _____

Title: ORGANIZER

Choose One: ☐ Attorney  ☒ Advocate  ☐ Accountant  ☐ Other: _____

Address: 345 GRAND ST, NEW YORK, NY 10002

Telephone: 212-334-2333        Fax: 212-334-1974

Email: zhangyueheng@gmail.com

Are you being compensated by the claimant?   ☐ Yes   ☒ No

**Client/Member Authorization:** I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature: _____

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240

**WE ARE YOUR DOL**

NEW YORK STATE | **Department of Labor**

www.labor.ny.gov

| Office Use Only: |
|---|
| LS ID _____ |
| LCM _____ |
| PV ☐ Priority _____ |
| Taken by _____ |
| Date _____ |

# Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:** This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

**We cannot accept the following wage or supplement claims:**

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

## Part 1. Person Filing Claim (Employee/Complainant Information)

1.  Name:(first) Bi Yu _____ (middle) _____ (last) Zheng _____

2.  Another name known by at work: _____

3.  Mailing address: No: 64 _____ Street: East Broadway _____ Apt. # Apt 2A _____

    City/town: NY. _____ County: New York _____ State: NY ____ Zip code: 10002 _____

4.  Phone: ( 646 ) 238-7453 _____ 5. Other phone:( _____ ) _____

6.  Email: _____ 7. Your primary/preferred language: Chinese _____

## Part 2. Claim Filed Against (Business/Business Owner Information)

8a.  Business name: Great Care Inc. _____

8b.  Legal name (if different): _____

8c.  Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☐ Corporation ☐ Other: _____

8d.  Mailing address: No.: 110 _____ Street: West 34th St. _____ Fl/Rm/Suite#: # 1207 _____

    City/town: NY. _____ County: New York _____ State: NY ___ Zip code: 10001 _____

8e.  Business phone: ( 212 ) 564-7192 _____ 8f. Email: _____

LS 223 (03/21)                                                                                Page 1 of 6

9a.  Owner(s) name(s) and title(s): _____

9b.  Mailing address: No.: _____ Street: _____ Apt. #: _____

City/town: _____ County: _____ State: _____ Zip code: _____

9c.  Owner phone: ( _____ ) _____ 9d. Email: _____

10.  Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☐ other: **Home health**

11.  Business hours of operation: _____ 12. Total # of employees: _____

13a. Is the company still in business? ☑ Yes  ☐ No  13b. If "No," when did business close? _____

14.  Employer's bank name and location (attach copy of check or check stub): _____

15.  Has the employer filed for bankruptcy? ☐ Yes  ■ No  ☐ Unknown

## Part 3.  Person Filing Claim (Employment Information)

16.  Your job title: **Home attendant** _____ 17. Type of work you performed: **Caring for sick and infirmed in their homes**

18.  Date hired: **September 2018** 19. Name and title of person who hired you: _____

20.  Name/s of your manager/supervisor/foreman: *DON'T REMEMBER*

21.  Name of person who paid your wages: _____

22.  Worksite address: No.: _____ Street: **(Patient's home, see Part 11)** _____ Fl/Rm/Suite#: _____

City/town: _____ County: _____ State: _____ Zip code: _____

23.  Did you regularly travel outside New York State for work? ☐ Yes  ■ No

24.  Your relationship with business: ☐ Still employed ☐ Discharged ■ Quit ☐ Temporarily laid-off

25a. Last day worked: _____ 8/21/2021 _____ 25b. Reason for leaving: **Work for other company**

26a. Were you a member of a union? ☐ Yes  ■ No  26b. If "Yes," union name and Local no.: _____

27a. Your rate of pay: $ **14 to $17** per  ☐ Day ☐ Week ■ Hour ☐ Other _____

27b. Your overtime rate of pay: $ _____

28a. Did you earn tips on a regular basis?  ☐ Yes  ■ No  28b. If "Yes," how much on average per hour? _____

28c. Has your employer kept your or any other employee's tips? ☐ No ☐ Yes – yours ☐ Yes – others'

28d. If "Yes," how much? Please Explain: _____

29a. What was your payday? ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ■ Fri ☐ Sat ☐ Sun

29b. What period did this cover? (e.g. Sat through Fri) **Saturday to Friday**

30.  How often were you paid? ☐ Daily ■ Weekly ☐ Every two weeks ☐ Other _____

31.  How were your wages paid? ☐ Cash ☐ Check ■ Direct Deposit ☐ Pay Card

☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a.  Were you required to wear a uniform?  ☐ Yes  ■ No  32b. If "Yes," describe the uniform:

32c. Were uniforms free of charge? ☐ Yes  ☐ No  32d. If "No," how were uniforms purchased and how much did they cost?

## Part 4. Unpaid Wages Claim

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay).** Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A. Payroll Week Ending Date | B. Number of Days Worked in the Week | C. Hours Worked in the Week | D. Rate of Pay (Earned or Promised) | E. Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F. Gross Wages Owed for the Week | G. Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H. Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **I. Total** | |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check: _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: ____9/15/2018____ to: ____8/21/21____

## Part 5. Unpaid Paid Sick Leave

**Fill in this section for Paid Sick Leave you are owed.** Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A. Time Period Paid Sick Leave Accrued | B. Amount of Paid Sick Leave Accrued | C. Date(s) when Paid Sick Leave used | D. Amount of Benefit Time Owed | E. Regular Rate of Pay | F. Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **G. Total** | |

LS 223 (03/21)    Page 3 of 6

## Part 6.  Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed**. Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.    Explain the benefits promised or attach a copy of the written policy/handbook: _____

_____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | G. Total | |

## Part 7.  Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.    Are you paid the minimum wage for each hour worked? ☐ Yes ☑ No

35b.    Are you paid time and ½ for the hours worked over 40? ☐ Yes ☑ No

35c.    Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No    35d.    If "Yes," how much per hour?_____

35e.    Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

☐ Yes ☑ No

35f.    If "No" to any of the above, please explain and fill in the schedule of your work week below: _____

_____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : | | |
| Monday | : | : | | |
| Tuesday | : | : | | |
| Wednesday | : | : | | |
| Thursday | : | : | | |
| Friday | : | : | | |
| Saturday | : | : | | |
| | | | F. Weekly Total | |

36a.  Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b.  If "No," please provide your estimate of average number of hours worked per week: _____

36c.  Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d.  Claim Range: What time-period does your minimum wage or overtime claim cover?
       Date from: _____9/15/2018_____ to: _____8/21/21_____

36e.  Provide information on your regular and overtime rates of pay during the above claim range.
       Date from: _____         to: _____
       Regular: $ _____ per _____     Overtime: $ _____ per _____
       Date from: _____         to: _____
       Regular: $ _____ per _____     Overtime: $ _____ per _____
       Date from: _____         to: _____
       Regular: $ _____ per _____     Overtime: $ _____ per _____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a.  ☐ Provide a 30-minute meal period _____

       Were you paid for the time worked when the employer failed to provide the meal period? ☐ Yes ☐ No

37b.  ☐ Provide a wage statement (pay stub) _____

37c.  ☐ Provide a day of rest _____

37d.  ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/
       Direct Deposit/Payroll Debit Card (Pay Card) _____

37e.  ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

_____

37f.  ☐ Provide a termination notice _____

37g.  ☐ Provide a notice of pay rate with all required information _____

37h.  ☐ Pay wages on time _____

37i.  ☐ Pay wages "on the books" _____

37j.  ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k.  ☐ Post required notices/Minimum Wage Poster _____

37l.  ☐ Follow rules for employment of minors (under 18) _____

37m. ☐ Other _____

## Part 9.  Claim Background

38a.  Did you ask for your wages?  ☐ Yes ■ No

38b.  If "Yes," please explain.  Who and when did you ask, and what happened?

_____

_____

38c.  Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes  ☑ No

38d.  If "Yes," please explain: _____

## Part 10.  Retaliatory Action

39a.  Did you complain to your employer about this or another labor law violation?  ☐ Yes  ☑ No

39b.  If "Yes," what happened? _____

39c.  Do you now want to file a retaliation claim against this employer?  ☐ Yes  ☑ No

## Part 11.  Claim Assistance

40a.  Do you have a representative (e.g. private attorney, advocacy group)?  ☑ Yes  ☐ No

40b.  If "Yes," provide name of person or group: _Chinese Staff and Workers Association_

40c.  Has this representative assisted you in filing this claim?  ☑ Yes  ☐ No

40d.  Have you paid, or do you plan to pay, this representative?  ☐ Yes  ☑ No

40e.  Do you want us to speak with this representative about your claim?  ☑ Yes  ☐ No
      If so, representatives must submit a Letter of Representation (LS 11).

40f.  Did anyone, other than the representative, help you fill out this form?  ☐ Yes  ☑ No

40g.  If "Yes," who helped you and why did they help you? _____

**Additional Comments/Useful Information:**
See attached.

_____
_____
_____
_____
_____
_____
_____

I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.

_____              ___11/21/2022___
        Claimant Signature                              Date

Return your completed form to the address on Page 1.

ATTACHMENT TO CASE: BI YU ZHENG Great Care

**PART 11 - Additional Comments/Useful Information:**

From 9/15/2018 to 8/21/21, Claimant worked 24 hours a day for 3 days a week. Claimant cared for a female patient over 90 years old, Ms. Sai Yun Yeung, at 2 Eldridge St., Apt 12, NYC. The patient has dementia, diabetes, high blood pressure and used a walker to get around with Claimant's assistance. Claimant had to get up at least 3-4 times a night to assist the patient with using the toilet. Claimant did not get 5 hours of uninterrupted sleep and had 30 minutes of meal time per meal.

*Summary.* During the aforementioned periods, for every 24-hour shift worked, Claimant only received 13 hours of pay.

Pay rate:

2018 - $14/hr, from 2019 to 2021 - $16/hr



**NEW YORK** STATE OF OPPORTUNITY. | **Department of Labor**

Division of Labor Standards

## Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: __7/20/22__

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one):    ☐ Employer    ☒ Complainant/Claimant

Client/Member Name: __Hei Li__

Client Business Name: __N/A__

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

__UNPAID WAGES, HOME HEALTH AIDE(24-HOUR SHIFT)__

### Representative Information (all fields must be completed)

Name: __Yueheng Zhang__

Organization/Firm Name: __Chinese Staff and Workers Association__

Signature: _____

Title: __ORGANIZER__

Choose One:  ☐ Attorney   ☒ Advocate   ☐ Accountant   ☐ Other: _____

Address: __345 GRAND ST, NEW YORK, NY 10002__

Telephone: __212-334-2333__          Fax: __212-334-1974__

Email: __zhangyueheng@gmail.com__

Are you being compensated by the claimant?    ☐ Yes    ☒ No

**Client/Member Authorization:** I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature: __Heili__

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240

# WE ARE YOUR DOL

**NEW YORK STATE** | **Department of Labor**

www.labor.ny.gov

| Office Use Only: |
|---|
| LS ID _____ |
| LCM _____ |
| PV ☐ Priority _____ |
| Taken by _____ |
| Date _____ |

## Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:** This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

### We cannot accept the following wage or supplement claims:

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

### Part 1. Person Filing Claim (Employee/Complainant Information)

1. Name:(first) Hei _____ (middle) _____ (last) Li _____

2. Another name known by at work: _____

3. Mailing address: No: 146 _____ Street: Dahill Rd _____ Apt. # # 1Fl _____

   City/town: Brooklyn _____ County: Kings _____ State: NY ____ Zip code: 11218

4. Phone: ( 929 ) 239-1626 _____ 5. Other phone:( _____ ) _____

6. Email: _____ 7. Your primary/preferred language: Fuzhounese _____

### Part 2. Claim Filed Against (Business/Business Owner Information)

8a. Business name: Great Care Inc. _____

8b. Legal name (if different): _____

8c. Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☑ Corporation ☐ Other: _____

8d. Mailing address: No.: 110 _____ Street: West 34th St. _____ Fl/Rm/Suite#: # 1207 _____

   City/town: NY. _____ County: New York _____ State: NY ___ Zip code: 10001

8e. Business phone: ( 212 ) 564-7192 _____ 8f. Email: _____

LS 223 (03/21)                                                                 Page 1 of 6

9a.  Owner(s) name(s) and title(s): _____

_____

9b.  Mailing address: No.: _____ Street: _____ Apt. #: _____

City/town: _____County: _____ State: _____ Zip code: _____

9c.  Owner phone: (_____)_____ 9d. Email: _____

10.  Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☐ other: **Home health**

11.  Business hours of operation: _____ 12. Total # of employees: _____

13a.  Is the company still in business? ☑ Yes ☐ No  13b. If "No," when did business close? _____

14.  Employer's bank name and location (attach copy of check or check stub): _____

15.  Has the employer filed for bankruptcy? ☐ Yes ☒ No ☐ Unknown

## Part 3.  Person Filing Claim (Employment Information)

16.  Your job title: **Home attendant** 17. Type of work you performed: **Caring for sick and infirmed in their homes**

18.  Date hired: **June 2017** 19. Name and title of person who hired you: _____

20.  Name/s of your manager/supervisor/foreman: **Ms. Chu** _____

21.  Name of person who paid your wages: _____

22.  Worksite address: No.: _____ Street: **(Patient's home, see Part 11)** Fl/Rm/Suite#: _____

City/town: _____County: _____ State: _____ Zip code: _____

23.  Did you regularly travel outside New York State for work? ☐ Yes ☒ No

24.  Your relationship with business: ☐ Still employed ☐ Discharged ☒ Quit ☐ Temporarily laid-off

25a.  Last day worked: *DEC 2021* 25b. Reason for leaving: *Too FAR* _____

26a.  Were you a member of a union? ☐ Yes ☒ No  26b. If "Yes," union name and Local no.: _____

27a.  Your rate of pay: $ **11 to $17** per ☐ Day ☐ Week ☐ Hour ☐ Other **See additional comments**

27b.  Your overtime rate of pay: $ _____

28a.  Did you earn tips on a regular basis? ☐ Yes ☒ No  28b. If "Yes," how much on average per hour? _____

28c.  Has your employer kept your or any other employee's tips? ☐ No ☐ Yes – yours ☐ Yes – others'

28d.  If "Yes," how much? Please Explain: _____

29a.  What was your payday? ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ☒ Fri ☐ Sat ☐ Sun

29b.  What period did this cover? (e.g. Sat through Fri) **Saturday to Friday**

30.  How often were you paid? ☐ Daily ☒ Weekly ☐ Every two weeks ☐ Other _____

31.  How were your wages paid? ☐ Cash ☐ Check ☒ Direct Deposit ☐ Pay Card

☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a.  Were you required to wear a uniform? ☐ Yes ☒ No  32b. If "Yes," describe the uniform:

_____

32c.  Were uniforms free of charge? ☐ Yes ☐ No  32d. If "No," how were uniforms purchased and how much did they cost?

## Part 4.  Unpaid Wages Claim

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay).** Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A. Payroll Week Ending Date | B. Number of Days Worked in the Week | C. Hours Worked in the Week | D. Rate of Pay (Earned or Promised) | E. Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F. Gross Wages Owed for the Week | G. Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H. Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | I. Total | |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check: _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: _____ June 2017 _____ to: _____ March 2021 _____

## Part 5.  Unpaid Paid Sick Leave

**Fill in this section for Paid Sick Leave you are owed.** Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A. Time Period Paid Sick Leave Accrued | B. Amount of Paid Sick Leave Accrued | C. Date(s) when Paid Sick Leave used | D. Amount of Benefit Time Owed | E. Regular Rate of Pay | F. Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | G. Total | |

## Part 6. Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed.** Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.    Explain the benefits promised or attach a copy of the written policy/handbook: _____

_____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | **G. Total** | |

## Part 7. Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.    Are you paid the minimum wage for each hour worked? ☐ Yes ☑ No

35b.    Are you paid time and ½ for the hours worked over 40? ☐ Yes ☑ No

35c.    Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No    35d.    If "Yes," how much per hour?_____

35e.    Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

☐ Yes ☑ No

35f.    If "No" to any of the above, please explain and fill in the schedule of your work week below: _____

_____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : | | |
| Monday | : | : | | |
| Tuesday | : | : | | |
| Wednesday | : | : | | |
| Thursday | : | : | | |
| Friday | : | : | | |
| Saturday | : | : | | |
| | | | **F. Weekly Total** | |

36a. Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b. If "No," please provide your estimate of average number of hours worked per week: _____

36c. Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d. Claim Range: What time-period does your minimum wage or overtime claim cover?
     Date from: _____ June 2017 _____ to: _____ March 2021 _____

36e. Provide information on your regular and overtime rates of pay during the above claim range.
     Date from: _____ to: _____
     Regular: $ _____ per _____ Overtime: $ _____ per _____
     Date from: _____ to: _____
     Regular: $ _____ per _____ Overtime: $ _____ per _____
     Date from: _____ to: _____
     Regular: $ _____ per _____ Overtime: $ _____ per _____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a. ☐ Provide a 30-minute meal period _____

     Were you paid for the time worked when the employer failed to provide the meal period? ☐ Yes ☐ No

37b. ☐ Provide a wage statement (pay stub) _____

37c. ☐ Provide a day of rest _____

37d. ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/ Direct Deposit/Payroll Debit Card (Pay Card) _____

37e. ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

_____

37f. ☐ Provide a termination notice _____

37g. ☐ Provide a notice of pay rate with all required information _____

37h. ☐ Pay wages on time _____

37i. ☐ Pay wages "on the books" _____

37j. ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k. ☐ Post required notices/Minimum Wage Poster_____

37l. ☐ Follow rules for employment of minors (under 18) _____

37m. ☐ Other _____

## Part 9.  Claim Background

38a. Did you ask for your wages?  ☐ Yes ■ No

38b. If "Yes," please explain. Who and when did you ask, and what happened?

_____

_____

     

38c.  Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes ☑ No

38d.  If "Yes," please explain: _____

## Part 10.  Retaliatory Action

39a.  Did you complain to your employer about this or another labor law violation?  ☐Yes ☑ No

39b.  If "Yes," what happened?  _____

39c.  Do you now want to file a retaliation claim against this employer? ☐ Yes ☑ No

## Part 11.  Claim Assistance

40a.  Do you have a representative (e.g. private attorney, advocacy group)? ☑ Yes ☐ No

40b.  If "Yes," provide name of person or group: _Chinese Staff and Workers Association_

40c.  Has this representative assisted you in filing this claim?  ☑ Yes ☐ No

40d.  Have you paid, or do you plan to pay, this representative? ☐ Yes ☑ No

40e.  Do you want us to speak with this representative about your claim? ☑ Yes ☐ No
       If so, representatives must submit a Letter of Representation (LS 11).

40f.  Did anyone, other than the representative, help you fill out this form? ☐ Yes ☑ No

40g.  If "Yes," who helped you and why did they help you?_____

## Additional Comments/Useful Information:
See attached.

_____
_____
_____
_____
_____
_____
_____

**I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.**

_Heili_                                              7/20/22
Claimant Signature                                   Date

Return your completed form to the address on Page 1.

LS 223 (03/21)                                                      Page 6 of 6

ATTACHMENT TO CASE: HEI LI Great Care

**PART 11 - Additional Comments/Useful Information:**

From June 2017 to March 2021, Claimant worked 24 hours a day for 1 day a week. During these periods, Claimant cared for a 70+ year old male, Paul Chiu, who lived at 1951 A 80th St., East Elmhurst, NYC. The patient has dementia, high blood pressure, incontinence, and uses a walker or wheelchair to get around. At night, the Claimant had to get up at least 3 to 4 times to address the patient's toileting needs, by helping the patient use the bathroom. The Claimant had to get up 3 to 4 times a night to assist and watch the patient (9pm to 6:30am), unable to get 5 hours of uninterrupted sleep. Claimant only had 30 minutes of meal time per meal.

*Summary*. During the aforementioned periods, for every 24-hour shift worked, Claimant only received 13 hours of pay.

Pay rate: 2017 ($11/hr), 2018 ($14/hr), 2019 to 2021 ($17/hr)



Division of Labor Standards
## Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: 9/1/22

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one):    [ ] Employer    [X] Complainant/Claimant

Client/Member Name: Hui HE

Client Business Name: N/A

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

UNPAID WAGES, HOME HEALTH AIDE (24-HOUR SHIFT)

**Representative Information (all fields must be completed)**

Name: Yueheng Zhang

Organization/Firm Name: CHINESE STAFF AND WORKERS ASSOCIATION

Signature:

Title: ORGANIZER

Choose One: [ ] Attorney [X] Advocate  [ ] Accountant [ ] Other: _____

Address: 345 GRAND ST, NEW YORK, NY 10002

Telephone:  212-334-2333      Fax: 212-334-1974

Email: zhangyueheng@gmail.com

Are you being compensated by the claimant?  [ ] Yes  [X] No

**Client/Member Authorization:** I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature: X HE, HUi

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240

**WE ARE YOUR DOL**

NEW YORK STATE | **Department of Labor**

www.labor.ny.gov

| Office Use Only: |
|---|
| LS ID _____ |
| LCM _____ |
| PV ☐ Priority _____ |
| Taken by _____ |
| Date _____ |

## Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:** This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

**We cannot accept the following wage or supplement claims:**

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

### Part 1. Person Filing Claim (Employee/Complainant Information)

1. Name:(first) Hui _____ (middle) _____ (last) He _____

2. Another name known by at work: _____

3. Mailing address: No: 882 Street: 58th St. _____ Apt. # _____

   City/town: Brooklyn _____ County: Kings _____ State: NY Zip code: 11220

4. Phone: ( 347 ) 925-8393 _____  5. Other phone:( _____ ) _____

6. Email: _____  7. Your primary/preferred language: Cantonese _____

### Part 2. Claim Filed Against (Business/Business Owner Information)

8a. Business name: Great Care Inc. _____

8b. Legal name (if different): _____

8c. Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☑ Corporation ☐ Other: _____

8d. Mailing address: No.: 110 Street: West 34th St. _____ Fl/Rm/Suite#: # 1207 _____

   City/town: NY. _____ County: New York _____ State: NY Zip code: 10001

8e. Business phone: ( 212 ) 564-7192 _____ 8f. Email: _____

LS 223 (03/21)

Page 1 of 6

**Part 4. Unpaid Wages Claim**

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay).** Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A.<br>Payroll Week Ending Date | B.<br>Number of Days Worked in the Week | C.<br>Hours Worked in the Week | D.<br>Rate of Pay (Earned or Promised) | E.<br>Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F.<br>Gross Wages Owed for the Week | G.<br>Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H.<br>Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.:<br>4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **I. Total** | |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check: _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: _____7/2/2016_____ to: _____7/14/2018_____

**Part 5. Unpaid Paid Sick Leave**

**Fill in this section for Paid Sick Leave you are owed.** Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A.<br>Time Period Paid Sick Leave Accrued | B.<br>Amount of Paid Sick Leave Accrued | C.<br>Date(s) when Paid Sick Leave used | D.<br>Amount of Benefit Time Owed | E.<br>Regular Rate of Pay | F.<br>Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | **G. Total** | | |

36a.  Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b.  If "No," please provide your estimate of average number of hours worked per week:_____

36c.  Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d.  Claim Range: What time-period does your minimum wage or overtime claim cover?
        Date from:_____7/2/2016_____to:_____7/14/2018_____

36e.  Provide information on your regular and overtime rates of pay during the above claim range.
        Date from: _____        to: _____
        Regular: $ _____per_____        Overtime: $ _____per_____
        Date from: _____        to: _____
        Regular: $ _____per_____        Overtime: $ _____per_____
        Date from: _____        to: _____
        Regular: $ _____per_____        Overtime: $ _____per_____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a.  ☐ Provide a 30-minute meal period _____

         Were you paid for the time worked when the employer failed to provide the meal period? ☐ Yes ☐ No

37b.  ☐ Provide a wage statement (pay stub) _____

37c.  ☐ Provide a day of rest _____

37d.  ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/
         Direct Deposit/Payroll Debit Card (Pay Card) _____

37e.  ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

_____

37f.  ☐ Provide a termination notice _____

37g.  ☐ Provide a notice of pay rate with all required information _____

37h.  ☐ Pay wages on time _____

37i.  ☐ Pay wages "on the books" _____

37j.  ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k.  ☐ Post required notices/Minimum Wage Poster_____

37l.  ☐ Follow rules for employment of minors (under 18) _____

37m. ☐ Other _____

## Part 9.  Claim Background

38a.  Did you ask for your wages?  ☐ Yes ☒ No

38b.  If "Yes," please explain. Who and when did you ask, and what happened?

_____

_____

ATTACHMENT TO CASE: HUI HE Great Care

**PART 11 - Additional Comments/Useful Information:**

From 7/2/2016 to 7/14/2018, Claimant worked 24 hours per day for 3 days per week. During this period, Claimant cared for a male patient over 80 years old who lives on Fulton St., NYC. The patient has dementia and a walking disability, and uses a walker or wheelchair to move around. From 6/1/2017 and on, the patient became bed bound and has bed sores, needing his body turned every 3 hours or so. The patient goes to the toilet 2 to 3 times per night, using diapers and commode. Claimant needed to get up 3 times per night from 11pm to 5:30am, and was unable to get 5 hours uninterrupted sleep. Claimant only had 30 minutes of meal time per meal.

*Summary*. During the aforementioned periods, for every 24-hour shift worked, Claimant only received 13 hours of pay.



NEW YORK STATE OF OPPORTUNITY. | **Department of Labor**

Division of Labor Standards

## Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: __10/30/22__

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one):  ☐ Employer    ☒ Complainant/Claimant

Client/Member Name: __Hui Li__

Client Business Name: _____

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

__UNPAID WAGES, HOME HEALTH AIDE(24-HOUR SHIFT)__

### Representative Information (all fields must be completed)

Name: __Yueheng Zhang__

Organization/Firm Name: __Chinese Staff and Workers Association__

Signature: _____

Title: __ORGANIZER__

Choose One: ☐ Attorney  ☒ Advocate  ☐ Accountant  ☐ Other: _____

Address: __345 GRAND ST, NEW YORK, NY 10002__

Telephone: __212-334-2333__     Fax: __212-334-1974__

Email: __zhangyueheng@gmail.com__

Are you being compensated by the claimant?   ☐ Yes   ☒ No

**Client/Member Authorization:** I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature: __Hui L__

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240

**WE ARE YOUR DOL**

NEW YORK STATE | **Department of Labor**

www.labor.ny.gov

| Office Use Only: |
|---|
| LS ID _____ |
| LCM _____ |
| PV ☐ Priority _____ |
| Taken by _____ |
| Date _____ |

## Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:** This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

### We cannot accept the following wage or supplement claims:

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

### Part 1. Person Filing Claim (Employee/Complainant Information)

1.  Name:(first) Hui _____ (middle) _____ (last) Li _____

2.  Another name known by at work: _____

3.  Mailing address: No: 3102 ____ Street: Fulton St. _____ Apt. # _____

    City/town: Brooklyn _____ County: Kings _____ State: NY ____ Zip code: 11208 ____

4.  Phone: ( 646 ) 204-3542 _____     5. Other phone:( _____ ) _____

6.  Email: _____     7. Your primary/preferred language: Cantonese _____

### Part 2. Claim Filed Against (Business/Business Owner Information)

8a.  Business name: Great Care Inc. _____

8b.  Legal name (if different): _____

8c.  Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☑ Corporation ☐ Other: _____

8d.  Mailing address: No.: 110 ____ Street: West 34th St. _____ Fl/Rm/Suite#: # 1207 ____

    City/town: NY. _____ County: New York _____ State: NY ____ Zip code: 10001 ____

8e.  Business phone: ( 212 ) 564-7192 _____     8f. Email: _____

9a.   Owner(s) name(s) and title(s): _____

9b.   Mailing address: No.: _____ Street: _____ Apt. #: _____

City/town: _____ County: _____ State: _____ Zip code: _____

9c.   Owner phone: (_____) _____ 9d. Email: _____

10.   Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☐ other: __Home health__

11.   Business hours of operation: _____ 12.  Total # of employees: _____

13a.  Is the company still in business? ☑ Yes  ☐ No  13b. If "No," when did business close? _____

14.   Employer's bank name and location (attach copy of check or check stub): _____

15.   Has the employer filed for bankruptcy? ☐ Yes  ■ No  ☐ Unknown

## Part 3.  Person Filing Claim (Employment Information)

16.   Your job title: __Home attendant__   17.  Type of work you performed: __Caring for sick and infirmed in their homes__

18.   Date hired: __July 2017__   19.  Name and title of person who hired you: _____

20.   Name/s of your manager/supervisor/foreman: __Au Yang__

21.   Name of person who paid your wages: _____

22.   Worksite address: No.: _____ Street: __(Patient's home, see Part 11)__ Fl/Rm/Suite#: _____

City/town: _____ County: _____ State: _____ Zip code: _____

23.   Did you regularly travel outside New York State for work?  ☐ Yes  ■ No

24.   Your relationship with business:  ☐ Still employed  ☐ Discharged  ■ Quit  ☐ Temporarily laid-off

25a.  Last day worked: __November 2018__  25b.  Reason for leaving: __Work for other company__

26a.  Were you a member of a union?  ☐ Yes  ■ No  26b.  If "Yes," union name and Local no.: _____

27a.  Your rate of pay: $ __11 to $14__ per  ☐ Day  ☐ Week  ■ Hour  ☐ Other __See additional comments__

27b.  Your overtime rate of pay: $ _____

28a.  Did you earn tips on a regular basis?  ☐ Yes  ■ No  28b.  If "Yes," how much on average per hour? _____

28c.  Has your employer kept your or any other employee's tips?  ☐ No  ☐ Yes – yours  ☐ Yes – others'

28d.  If "Yes," how much? Please Explain: _____

29a.  What was your payday?  ☐ Mon  ☐ Tues  ☐ Wed  ☐ Thurs  ■ Fri  ☐ Sat  ☐ Sun

29b.  What period did this cover? (e.g. Sat through Fri) __Saturday to Friday__

30.   How often were you paid?  ☐ Daily  ■ Weekly  ☐ Every two weeks  ☐ Other _____

31.   How were your wages paid?  ☐ Cash  ☐ Check  ■ Direct Deposit  ☐ Pay Card

☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a.  Were you required to wear a uniform?  ☐ Yes  ■ No  32b.  If "Yes," describe the uniform: _____

32c.  Were uniforms free of charge?  ☐ Yes  ☐ No  32d.  If "No," how were uniforms purchased and how much did they cost?

## Part 4. Unpaid Wages Claim

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay).** Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A. Payroll Week Ending Date | B. Number of Days Worked in the Week | C. Hours Worked in the Week | D. Rate of Pay (Earned or Promised) | E. Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F. Gross Wages Owed for the Week | G. Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H. Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **I. Total** | |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check:  _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: _____July 2017_____ to: ___November 2018___

## Part 5. Unpaid Paid Sick Leave

**Fill in this section for Paid Sick Leave you are owed.** Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A. Time Period Paid Sick Leave Accrued | B. Amount of Paid Sick Leave Accrued | C. Date(s) when Paid Sick Leave used | D. Amount of Benefit Time Owed | E. Regular Rate of Pay | F. Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | **G. Total** | |

## Part 6.  Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed.** Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.    Explain the benefits promised or attach a copy of the written policy/handbook: _____

_____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | G. Total | |

## Part 7.  Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.   Are you paid the minimum wage for each hour worked? ☐ Yes ☑ No

35b.   Are you paid time and ½ for the hours worked over 40? ☐ Yes ☑ No

35c.   Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No    35d.   If "Yes," how much per hour?_____

35e.   Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

   ☐ Yes ☑ No

35f.   If "No" to any of the above, please explain and fill in the schedule of your work week below: _____

_____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : | | |
| Monday | : | : | | |
| Tuesday | : | : | | |
| Wednesday | : | : | | |
| Thursday | : | : | | |
| Friday | : | : | | |
| Saturday | : | : | | |
| | | | F. Weekly Total | |

36a. Are the hours worked listed above the same every week? ☐ Yes ☐ No

36b. If "No," please provide your estimate of average number of hours worked per week: _____

36c. Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d. Claim Range: What time-period does your minimum wage or overtime claim cover?
Date from: _____July 2017_____ to: ____November 2018____

36e. Provide information on your regular and overtime rates of pay during the above claim range.
Date from: _____ to: _____
Regular: $ _____ per _____ Overtime: $ _____ per _____
Date from: _____ to: _____
Regular: $ _____ per _____ Overtime: $ _____ per _____
Date from: _____ to: _____
Regular: $ _____ per _____ Overtime: $ _____ per _____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a. ☐ Provide a 30-minute meal period _____

Were you paid for the time worked when the employer failed to provide the meal period? ☐ Yes ☐ No

37b. ☐ Provide a wage statement (pay stub) _____

37c. ☐ Provide a day of rest _____

37d. ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/ Direct Deposit/Payroll Debit Card (Pay Card) _____

37e. ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

_____

37f. ☐ Provide a termination notice _____

37g. ☐ Provide a notice of pay rate with all required information _____

37h. ☐ Pay wages on time _____

37i. ☐ Pay wages "on the books" _____

37j. ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k. ☐ Post required notices/Minimum Wage Poster_____

37l. ☐ Follow rules for employment of minors (under 18) _____

37m. ☐ Other_____

## Part 9.  Claim Background

38a. Did you ask for your wages?  ☐ Yes ■ No

38b. If "Yes," please explain.  Who and when did you ask, and what happened?

_____
_____

38c. Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes ☑ No

38d. If "Yes," please explain: _____

## Part 10. Retaliatory Action

39a. Did you complain to your employer about this or another labor law violation?   ☐ Yes ☑ No

39b. If "Yes," what happened?   _____

39c. Do you now want to file a retaliation claim against this employer? ☐ Yes ☒ No

## Part 11. Claim Assistance

40a. Do you have a representative (e.g. private attorney, advocacy group)? ☑ Yes ☐ No

40b. If "Yes," provide name of person or group: _Chinese Staff and Workers Association_____

40c. Has this representative assisted you in filing this claim? ☑ Yes ☐ No

40d. Have you paid, or do you plan to pay, this representative? ☐ Yes ☑ No

40e. Do you want us to speak with this representative about your claim? ☑ Yes ☐ No
     If so, representatives must submit a Letter of Representation (LS 11).

40f. Did anyone, other than the representative, help you fill out this form? ☐ Yes ☑ No

40g. If "Yes." who helped you and why did they help you?_____

**Additional Comments/Useful Information:**
See attached.

_____
_____
_____
_____
_____
_____

**I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.**

X Hui C.
_____    10/30/22
Claimant Signature               Date

Return your completed form to the address on Page 1.

ATTACHMENT TO CASE: HUI LI Great Care

**PART 11 - Additional Comments/Useful Information:**

From July 2017 to November 2018, Claimant worked 24 hours a day for 3 to 4 days a week. During this period, Claimant took care of a female patient over 90-years-old, Bao Bao (Old lady), who lives on Delancey St., NYC. The patient has dementia, Parkinson's disease, can't walk and needed assistance with a wheelchair to get around, is bed bound, and claimant needed to turn her body every 2 hours, and needed assistance to be fed. Patient cried all night, and used the toilet 3 to 4 times a night. Claimant needed to get up 3 to 4 times a night to help the patient do toileting by changing diapers and going to the commode (9pm to 6:30 am), and was unable to get 5 hours uninterrupted sleep. Claimant only had 30 minutes of meal time per meal

*Summary*. During the aforementioned periods, for every 24-hour shift worked, Claimant only received 13 hours of pay.

Pay rate:

2017 - $11/hr or $143 per diem

2018 - $14/hr



Division of Labor Standards
## Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: __5/12/22__

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one):  [ ] Employer  [X] Complainant/Claimant

Client/Member Name: __HUI XIU RUAN__

Client Business Name: N/A

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

UNPAID WAGES, HOME HEALTH AIDE (24-HOUR SHIFT)

**Representative Information (all fields must be completed)**

Name: Yueheng Zhang

Organization/Firm Name: CHINESE STAFF AND WORKERS ASSOCIATION

Signature:

Title: ORGANIZER

Choose One: [ ] Attorney [X] Advocate [ ] Accountant [ ] Other: _____

Address: 345 GRAND ST, NEW YORK, NY 10002

Telephone: 212-334-2333    Fax: 212-334-1974

Email: zhangyueheng@gmail.com

Are you being compensated by the claimant? [ ] Yes  [X] No

**Client/Member Authorization:** I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature: X HUI XIU RUAN

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240

**WE ARE YOUR DOL**

NEW YORK STATE | **Department of Labor**

www.labor.ny.gov

| Office Use Only: |
|---|
| LS ID _____ |
| LCM _____ |
| PV ☐ Priority _____ |
| Taken by _____ |
| Date _____ |

# Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:** This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

**We cannot accept the following wage or supplement claims:**

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

## Part 1. Person Filing Claim (Employee/Complainant Information)

1.  Name:(first) Hui Xiu _____ (middle) _____ (last) Ruan _____

2.  Another name known by at work: _____

3.  Mailing address: No: 1458 ___ Street: W 8th St. _____ Apt. # 2 R ____

    City/town: Brooklyn _____ County: Kings _____ State: NY ___ Zip code: 11204

4.  Phone: ( 646 ) 575-8500 _____  5. Other phone:( ____ ) _____

6.  Email: _____  7. Your primary/preferred language: Cantonese _____

## Part 2. Claim Filed Against (Business/Business Owner Information)

8a.  Business name: Great Care Inc. _____

8b.  Legal name (if different): _____

8c.  Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☐ Corporation ☐ Other: _____

8d.  Mailing address: No.: 110 ___ Street: West 34th St. _____ Fl/Rm/Suite#: # 1207 ____

    City/town: NY. _____ County: New York _____ State: NY ___ Zip code: 10001

8e.  Business phone: ( 212 ) 564-7192 _____ 8f. Email: _____

LS 223 (03/21)

Page 1 of 6

9a. Owner(s) name(s) and title(s): _____

_____

9b. Mailing address: No.: _____ Street: _____ Apt. #: _____

City/town: _____ County: _____ State: _____ Zip code: _____

9c. Owner phone: (_____) _____ 9d. Email: _____

10. Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☐ other: **Home health**

11. Business hours of operation: _____ 12. Total # of employees: _____

13a. Is the company still in business? ☑ Yes ☐ No 13b. If "No," when did business close? _____

14. Employer's bank name and location (attach copy of check or check stub): _____

15. Has the employer filed for bankruptcy? ☐ Yes ■ No ☐Unknown

## Part 3. Person Filing Claim (Employment Information)

16. Your job title: **Home attendant** 17. Type of work you performed: **Caring for sick and infirmed in their homes**

18. Date hired: **2/1/15** 19. Name and title of person who hired you: _____

20. Name/s of your manager/supervisor/foreman: **Ms. Ou Yang** _____

21. Name of person who paid your wages: _____

22. Worksite address: No.: _____ Street: **(Patient's home, see Part 11)** Fl/Rm/Suite#: _____

City/town: _____ County: _____ State: _____ Zip code: _____

23. Did you regularly travel outside New York State for work? ☐ Yes ■ No

24. Your relationship with business: ◉ Still employed ☐ Discharged ☐ Quit ☐ Temporarily laid-off

25a. Last day worked: _____ 25b. Reason for leaving: _____

26a. Were you a member of a union? ☐ Yes ■ No 26b. If "Yes," union name and Local no.: _____

27a. Your rate of pay: $ _____ per ☐ Day ☐ Week ☐ Hour ☐ Other _____

27b. Your overtime rate of pay: $ _____

28a. Did you earn tips on a regular basis? ☐ Yes ■ No 28b. If "Yes," how much on average per hour? _____

28c. Has your employer kept your or any other employee's tips? ☐ No ☐ Yes – yours ☐ Yes – others'

28d. If "Yes," how much? Please Explain: _____

29a. What was your payday? ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ■ Fri ☐ Sat ☐ Sun

29b. What period did this cover? (e.g. Sat through Fri) **Saturday to Friday** _____

30. How often were you paid? ☐ Daily ■ Weekly ☐ Every two weeks ☐ Other _____

31. How were your wages paid? ☐ Cash ☐ Check ■ Direct Deposit ☐ Pay Card

☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a. Were you required to wear a uniform? ☐ Yes ■ No 32b. If "Yes," describe the uniform:

_____

32c. Were uniforms free of charge? ☐ Yes ☐ No 32d. If "No," how were uniforms purchased and how much did they cost? _____

## Part 4. Unpaid Wages Claim

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay).** Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A. Payroll Week Ending Date | B. Number of Days Worked in the Week | C. Hours Worked in the Week | D. Rate of Pay (Earned or Promised) | E. Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F. Gross Wages Owed for the Week | G. Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H. Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **I. Total** | |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check: _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: _____3/1/18_____ to: _____12/31/21_____

## Part 5. Unpaid Paid Sick Leave

**Fill in this section for Paid Sick Leave you are owed.** Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A. Time Period Paid Sick Leave Accrued | B. Amount of Paid Sick Leave Accrued | C. Date(s) when Paid Sick Leave used | D. Amount of Benefit Time Owed | E. Regular Rate of Pay | F. Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | **G. Total** | |

## Part 6.  Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed.** Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.    Explain the benefits promised or attach a copy of the written policy/handbook: _____

_____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | **G. Total** | |

## Part 7.  Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.   Are you paid the minimum wage for each hour worked? ☐ Yes ☑ No

35b.   Are you paid time and ½ for the hours worked over 40? ☐ Yes ☑ No

35c.   Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No   35d.   If "Yes," how much per hour?_____

35e.   Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

   ☐ Yes ☑ No

35f.   If "No" to any of the above, please explain and fill in the schedule of your work week below: _____

_____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : | | |
| Monday | : | : | | |
| Tuesday | : | : | | |
| Wednesday | : | : | | |
| Thursday | : | : | | |
| Friday | : | : | | |
| Saturday | : | : | | |
| | | | **F. Weekly Total** | |

36a.  Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b.  If "No," please provide your estimate of average number of hours worked per week: _____

36c.  Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d.  Claim Range: What time-period does your minimum wage or overtime claim cover?

Date from: _____3/1/18_____ to: _____12/31/21_____

36e.  Provide information on your regular and overtime rates of pay during the above claim range.

Date from: _____     to: _____
Regular: $ _____per_____     Overtime: $ _____per_____
Date from: _____     to: _____
Regular: $ _____per_____     Overtime: $ _____per_____
Date from: _____     to: _____
Regular: $ _____per_____     Overtime: $ _____per_____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a.  ☐ Provide a 30-minute meal period _____

Were you paid for the time worked when the employer failed to provide the meal period? ☐ Yes ☐ No

37b.  ☐ Provide a wage statement (pay stub) _____

37c.  ☐ Provide a day of rest _____

37d.  ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/ Direct Deposit/Payroll Debit Card (Pay Card) _____

37e.  ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

_____

37f.  ☐ Provide a termination notice _____

37g.  ☐ Provide a notice of pay rate with all required information _____

37h.  ☐ Pay wages on time _____

37i.  ☐ Pay wages "on the books" _____

37j.  ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k.  ☐ Post required notices/Minimum Wage Poster_____

37l.  ☐ Follow rules for employment of minors (under 18) _____

37m. ☐ Other _____

## Part 9.  Claim Background

38a.  Did you ask for your wages?  ☐ Yes ■ No

38b.  If "Yes," please explain. Who and when did you ask, and what happened?

_____

_____

38c. Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes ☑ No

38d. If "Yes," please explain: _____

## Part 10. Retaliatory Action

39a. Did you complain to your employer about this or another labor law violation?    ☐ Yes ☑ No

39b. If "Yes," what happened?    _____

39c. Do you now want to file a retaliation claim against this employer? ☐ Yes ☑ No

## Part 11. Claim Assistance

40a. Do you have a representative (e.g. private attorney, advocacy group)? ☑ Yes ☐ No

40b. If "Yes," provide name of person or group: _Chinese Staff and Workers Association_

40c. Has this representative assisted you in filing this claim? ☑ Yes ☐ No

40d. Have you paid, or do you plan to pay, this representative? ☐ Yes ☑ No

40e. Do you want us to speak with this representative about your claim? ☑ Yes ☐ No
If so, representatives must submit a Letter of Representation (LS 11).

40f. Did anyone, other than the representative, help you fill out this form? ☐ Yes ☑ No

40g. If "Yes." who helped you and why did they help you?_____

**Additional Comments/Useful Information:**
See attached.

_____
_____
_____
_____
_____
_____
_____

I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.

X HUI XIU RUAN
_____
Claimant Signature

5/12/22
_____
Date

Return your completed form to the address on Page 1.

LS 223 (03/21)

Page 6 of 6

ATTACHMENT TO CASE: HUI XIU RUAN Great Care

**PART 11 - Additional Comments/Useful Information:**

From 3/1/18 to 12/31/21, Claimant worked 24 hours a day for 2-3 days a week. During these periods, Claimant cares for a 90+ year-old female patient, who lives at 20 Confucius Plaza, #17J, NYC. The patient has serious dementia, incontinence, and can't walk (uses a walker or wheelchair to get around). At night, Claimant had to get up at least 3 times to address the patient's toileting needs, by either changing diapers or helping with the use of commode. Claimant had to get up 3 times per night, from 10:30pm to 4:30am, and was unable to get uninterrupted sleep. Claimant only had 15 minutes of meal time per meal.

*Summary.* During the aforementioned periods, for every 24-hour shift worked, Claimant only received 13 hours of pay.



Division of Labor Standards
## Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: ___5/18/23___

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one):  [ ] Employer   [X] Complainant/Claimant

Client/Member Name: ___Jian Rong Xiao___

Client Business Name: N/A

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

UNPAID WAGES, HOME HEALTH AIDE (24-HOUR SHIFT)

**Representative Information (all fields must be completed)**

Name: Yueheng Zhang

Organization/Firm Name: CHINESE STAFF AND WORKERS ASSOCIATION

Signature:

Title: ORGANIZER

Choose One: [ ] Attorney [X] Advocate  [ ] Accountant [ ] Other: _____

Address:  345 GRAND ST, NEW YORK, NY 10002

Telephone:  212-334-2333      Fax: 212-334-1974

Email: zhangyueheng@gmail.com

Are you being compensated by the claimant?  [ ] Yes  [X] No

**Client/Member Authorization:** I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature: Xiao Jian Rong

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240

**WE ARE YOUR DOL**

NEW YORK STATE | **Department of Labor**

www.labor.ny.gov

| Office Use Only: |
|---|
| LS ID _____ |
| LCM _____ |
| PV ☐ Priority _____ |
| Taken by _____ |
| Date _____ |

## Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:** This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

### We cannot accept the following wage or supplement claims:

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

### Part 1. Person Filing Claim (Employee/Complainant Information)

1. Name:(first) Jian Rong _____ (middle) _____ (last) Xiao _____

2. Another name known by at work: _____

3. Mailing address: No: 2548 ___ Street: 73rd St. _____ Apt. # 2 Fl ___

   City/town: East Elmhurst _____ County: Queens _____ State: NY ___ Zip code: 11370 ___

4. Phone: ( 917 ) 251-3336 _____ 5. Other phone:( ____ ) _____

6. Email: _____ 7. Your primary/preferred language: Fuzhounese ___

### Part 2. Claim Filed Against (Business/Business Owner Information)

8a. Business name: Great Care Inc. _____

8b. Legal name (if different): _____

8c. Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☑ Corporation ☐ Other: _____

8d. Mailing address: No.: 110 ___ Street: West 34th St. _____ Fl/Rm/Suite#: # 1207 ___

   City/town: NY. _____ County: New York _____ State: NY ___ Zip code: 10001 ___

8e. Business phone: ( 212 ) 564-7192 _____ 8f. Email: _____

LS 223 (03/21)

9a.  Owner(s) name(s) and title(s): _____

_____

9b.  Mailing address: No.: _____ Street: _____ Apt. #: _____

City/town: _____ County: _____ State: _____ Zip code: _____

9c.  Owner phone: ( _____ ) _____ 9d.  Email: _____

10.  Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☐ other: **Home health**

11.  Business hours of operation: _____ 12.  Total # of employees: _____

13a.  Is the company still in business? ☑ Yes  ☐ No  13b.  If "No," when did business close? _____

14.  Employer's bank name and location (attach copy of check or check stub): _____

15.  Has the employer filed for bankruptcy? ☐ Yes  ■ No  ☐Unknown

## Part 3.  Person Filing Claim (Employment Information)

16.  Your job title: **Home attendant**  17.  Type of work you performed: **Caring for sick and infirmed in their homes**

18.  Date hired: **11/10/2020**  19.  Name and title of person who hired you: _____

20.  Name/s of your manager/supervisor/foreman: **Ouyang** _____

21.  Name of person who paid your wages: _____

22.  Worksite address: No.: _____ Street: **(Patient's home, see Part 11)** Fl/Rm/Suite#: _____

City/town: _____ County: _____ State: _____ Zip code: _____

23.  Did you regularly travel outside New York State for work? ☐ Yes  ■ No

24.  Your relationship with business:  ■ Still employed ☐ Discharged ☐ Quit ☐ Temporarily laid-off

25a.  Last day worked: _____ 25b.  Reason for leaving: _____

26a.  Were you a member of a union? ☐ Yes  ■ No  26b.  If "Yes," union name and Local no.: _____

27a.  Your rate of pay: $ **17 to $19** per ☐ Day ☐ Week ■ Hour ☐ Other **See Additional Comments**

27b.  Your overtime rate of pay: $ _____

28a.  Did you earn tips on a regular basis?  ☐ Yes  ■ No  28b.  If "Yes," how much on average per hour? _____

28c.  Has your employer kept your or any other employee's tips? ☐ No  ☐ Yes – yours ☐ Yes – others'

28d.  If "Yes," how much? Please Explain: _____

29a.  What was your payday? ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ■ Fri ☐ Sat ☐ Sun

29b.  What period did this cover? (e.g. Sat through Fri) **Saturday to Friday** _____

30.  How often were you paid? ☐ Daily ■ Weekly ☐ Every two weeks ☐ Other _____

31.  How were your wages paid? ☐ Cash ☐ Check ■ Direct Deposit ☐ Pay Card

☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a.  Were you required to wear a uniform?  ☐ Yes ■ No  32b.  If "Yes," describe the uniform:

_____

32c.  Were uniforms free of charge? ☐ Yes  ☐ No  32d. If "No," how were uniforms purchased and how much did they cost? _____

## Part 4.  Unpaid Wages Claim

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay).** Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A. Payroll Week Ending Date | B. Number of Days Worked in the Week | C. Hours Worked in the Week | D. Rate of Pay (Earned or Promised) | E. Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F. Gross Wages Owed for the Week | G. Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H. Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | I. Total | |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check:  _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: _____11/10/20_____ to: _____present_____

## Part 5.  Unpaid Paid Sick Leave

**Fill in this section for Paid Sick Leave you are owed.** Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A. Time Period Paid Sick Leave Accrued | B. Amount of Paid Sick Leave Accrued | C. Date(s) when Paid Sick Leave used | D. Amount of Benefit Time Owed | E. Regular Rate of Pay | F. Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | G. Total | |

## Part 6.  Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed.** Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.    Explain the benefits promised or attach a copy of the written policy/handbook: _____

_____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | **G. Total** | |

## Part 7.  Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.    Are you paid the minimum wage for each hour worked? ☐ Yes ☑ No

35b.    Are you paid time and ½ for the hours worked over 40? ☐ Yes ☑ No

35c.    Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No    35d.    If "Yes," how much per hour?_____

35e.    Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

☐ Yes ☑ No

35f.    If "No" to any of the above, please explain and fill in the schedule of your work week below: _____

_____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : | | |
| Monday | : | : | | |
| Tuesday | : | : | | |
| Wednesday | : | : | | |
| Thursday | : | : | | |
| Friday | : | : | | |
| Saturday | : | : | | |
| | | | **F. Weekly Total** | |

36a.   Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b.   If "No," please provide your estimate of average number of hours worked per week: _____

36c.   Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d.   Claim Range: What time-period does your minimum wage or overtime claim cover?
       Date from: _____11/10/20_____   to: _____present_____

36e.   Provide information on your regular and overtime rates of pay during the above claim range.
       Date from: _____        to: _____
       Regular: $ _____ per _____    Overtime: $ _____ per _____
       Date from: _____        to: _____
       Regular: $ _____ per _____    Overtime: $ _____ per _____
       Date from: _____        to: _____
       Regular: $ _____ per _____    Overtime: $ _____ per _____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a.   ☐ Provide a 30-minute meal period _____

       Were you paid for the time worked when the employer failed to provide the meal period?  ☐ Yes ☐ No

37b.   ☐ Provide a wage statement (pay stub) _____

37c.   ☐ Provide a day of rest _____

37d.   ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/
       Direct Deposit/Payroll Debit Card (Pay Card) _____

37e.   ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

_____

37f.   ☐ Provide a termination notice _____

37g.   ☐ Provide a notice of pay rate with all required information _____

37h.   ☐ Pay wages on time _____

37i.   ☐ Pay wages "on the books" _____

37j.   ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k.   ☐ Post required notices/Minimum Wage Poster_____

37l.   ☐ Follow rules for employment of minors (under 18) _____

37m.  ☐ Other _____

## Part 9.  Claim Background

38a.   Did you ask for your wages?  ☐ Yes ■ No

38b.   If "Yes," please explain.  Who and when did you ask, and what happened?

_____
_____

38c.  Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes ☑ No

38d.  If "Yes," please explain: _____

## Part 10.  Retaliatory Action

39a.  Did you complain to your employer about this or another labor law violation?  ☐ Yes ☑ No

39b.  If "Yes," what happened?  _____

39c.  Do you now want to file a retaliation claim against this employer? ☐ Yes ☑ No

## Part 11.  Claim Assistance

40a.  Do you have a representative (e.g. private attorney, advocacy group)? ☑ Yes ☐ No

40b.  If "Yes," provide name of person or group: Chinese Staff and Workers Association

40c.  Has this representative assisted you in filing this claim?  ☑ Yes ☐ No

40d.  Have you paid, or do you plan to pay, this representative? ☐ Yes ☑ No

40e.  Do you want us to speak with this representative about your claim? ☑ Yes ☐ No
If so, representatives must submit a Letter of Representation (LS 11).

40f.  Did anyone, other than the representative, help you fill out this form? ☐ Yes ☑ No

40g.  If "Yes." who helped you and why did they help you?_____

## Additional Comments/Useful Information:
See attached.
_____
_____
_____
_____
_____
_____
_____

**I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.**

Xiao Jian Rong                          5/18/23
_____          _____
Claimant Signature                              Date

Return your completed form to the address on Page 1.

ATTACHMENT TO CASE: JIAN RONG XIAO Great Care

**PART 11 - Additional Comments/Useful Information:**

From 11/10/20 to present, claimant worked 24 hours a day, 3 days a week, caring for a patient, 90+, female, Sai Yun Yeung, who lives at 2 Eldridge St., Apt 12, NYC. Patient has dementia, diabetes, high blood pressure, deafness, can't walk and uses wheelchair to move around, uses abusive language, has incontinence, goes to toilet 4 to 5 times a night (from 9pm to 8am), and Claimant needed to get up 4 to 5 times a night to assist the patient to do toilet by changing diapers and helping the patient to use commode or bathroom. Claimant was unable to get 5 hours of uninterrupted sleep. Claimant had 25 minutes of meal time per meal.

*Summary.* During the aforementioned periods, for every 24-hour shift worked, Claimant only received 13 hours of pay.

Pay rate:

From 1/2020 to 9/30/2022 - $17/hr

From 10/1/22 to present - $19/hr



Division of Labor Standards
## Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: 05/01/2021

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one):    [ ] Employer    [**X**] Complainant/Claimant

Client/Member Name: LI CHEN

Client Business Name: N/A

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

UNPAID WAGES, HOME HEALTH AIDE (24-HOUR SHIFT)

**Representative Information (all fields must be completed)**

Name: Yueheng Zhang

Organization/Firm Name: CHINESE STAFF AND WORKERS ASSOCIATION

Signature: _____

Title: ORGANIZER

Choose One: [ ] Attorney [**X**] Advocate  [ ] Accountant [ ] Other: _____

Address:  345 GRAND ST, NEW YORK, NY 10002

Telephone:  212-334-2333        Fax: 212-334-1974

Email: zhangyueheng@gmail.com

Are you being compensated by the claimant?  [ ] Yes   [**X**] No

**Client/Member Authorization:** I authorize the above named individual or organization to  represent me in matters involving my complaint/claim. You have my permission to  communicate or share information with my representative as necessary.

Client/Member Signature:_____ Li  Chen _____

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240



**W E   A R E   Y O U R   D O L**

NEW YORK STATE | **Department of Labor**

www.labor.ny.gov

Office Use Only:
LS ID _____
LCM _____
PV ☐ Priority _____
Taken by _____
Date _____

# Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:** This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

**We cannot accept the following wage or supplement claims:**

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

## Part 1.  Person Filing Claim (Employee/Complainant Information)

1. Name:(first) _____ (middle) _____ (last) _____

2. Another name known by at work: _____

3. Mailing address: No: _____ Street: _____ Apt. # _____

   City/town: _____ County: _____ State: _____ Zip code: _____

4. Phone: ( _____ ) _____    5. Other phone:( _____ ) _____

6. Email: _____    7. Your primary/preferred language: _____

## Part 2.  Claim Filed Against (Business/Business Owner Information)

8a. Business name: _____

8b. Legal name (if different): _____

8c. Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☐ Corporation ☐ Other: _____

8d. Mailing address: No.: _____ Street: _____ Fl/Rm/Suite#: _____

   City/town: _____ County: _____ State: _____ Zip code: _____

8e. Business phone: ( _____ ) _____ 8f. Email: _____

9a.  Owner(s) name(s) and title(s): _____

_____

9b.  Mailing address: No.: _____ Street: _____ Apt. #: _____

City/town: _____County: _____ State: _____ Zip code: _____

9c.  Owner phone: ( _____ ) _____9d.  Email: _____

10.  Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☐ other: _____

11.  Business hours of operation: _____12.  Total # of employees: _____

13a.  Is the company still in business? ☐ Yes ☐ No  13b.  If "No," when did business close? _____

14.  Employer's bank name and location (attach copy of check or check stub): _____

15.  Has the employer filed for bankruptcy? ☐ Yes ☐ No ☐Unknown

## Part 3.  Person Filing Claim (Employment Information)

16.  Your job title: _____17.  Type of work you performed: _____

_____

18.  Date hired: _____19.  Name and title of person who hired you: _____

20.  Name/s of your manager/supervisor/foreman: _____

21.  Name of person who paid your wages: _____

22.  Worksite address: No.: _____Street:_____Fl/Rm/Suite#: _____

City/town: _____County: _____State: _____Zip code: _____

23.  Did you regularly travel outside New York State for work? ☐ Yes ☐ No

24.  Your relationship with business: ☐ Still employed ☐ Discharged ☐ Quit ☐ Temporarily laid-off

25a.  Last day worked: _____25b.  Reason for leaving: _____

26a.  Were you a member of a union? ☐ Yes ☐ No  26b.  If "Yes," union name and Local no.: _____

27a.  Your rate of pay: $_____per ☐ Day ☐ Week ☐ Hour ☐ Other _____

27b.  Your overtime rate of pay: $ _____

28a.  Did you earn tips on a regular basis? ☐ Yes ☐ No  28b.  If "Yes," how much on average per hour? _____

28c.  Has your employer kept your or any other employee's tips? ☐ No ☐ Yes – yours ☐ Yes – others'

28d.  If "Yes," how much? Please Explain: _____

29a.  What was your payday? ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ☐ Fri ☐ Sat ☐ Sun

29b.  What period did this cover? (e.g. Sat through Fri) _____

30.  How often were you paid? ☐ Daily ☐ Weekly ☐ Every two weeks ☐ Other _____

31.  How were your wages paid? ☐ Cash ☐ Check ☐ Direct Deposit ☐ Pay Card

☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a.   Were you required to wear a uniform? ☐ Yes ☐ No  32b.  If "Yes," describe the uniform:

_____

32c.  Were uniforms free of charge? ☐ Yes ☐ No  32d.  If "No," how were uniforms purchased and how much did they cost?

_____

## Part 4.  Unpaid Wages Claim

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay)**. Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A. Payroll Week Ending Date | B. Number of Days Worked in the Week | C. Hours Worked in the Week | D. Rate of Pay (Earned or Promised) | E. Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F. Gross Wages Owed for the Week | G. Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H. Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | I. Total |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check:  _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: _____  to: _____

## Part 5.  Unpaid Paid Sick Leave

**Fill in this section for Paid Sick Leave you are owed**. Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A. Time Period Paid Sick Leave Accrued | B. Amount of Paid Sick Leave Accrued | C. Date(s) when Paid Sick Leave used | D. Amount of Benefit Time Owed | E. Regular Rate of Pay | F. Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | G. Total | |

## Part 6.  Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed**. Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.    Explain the benefits promised or attach a copy of the written policy/handbook: _____

_____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | **G. Total** | |

## Part 7.  Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.   Are you paid the minimum wage for each hour worked? ☐ Yes ☐ No

35b.   Are you paid time and ½ for the hours worked over 40? ☐ Yes ☐ No

35c.   Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No    35d.   If "Yes," how much per hour?_____

35e.   Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

☐ Yes ☐ No

35f.   If "No" to any of the above, please explain and fill in the schedule of your work week below: _____

_____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : | | |
| Monday | : | : | | |
| Tuesday | : | : | | |
| Wednesday | : | : | | |
| Thursday | : | : | | |
| Friday | : | : | | |
| Saturday | : | : | | |
| | | | **F. Weekly Total** | |

36a.  Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b.  If "No," please provide your estimate of average number of hours worked per week: _____

36c.  Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d.  Claim Range: What time-period does your minimum wage or overtime claim cover?
Date from:  _____  to:  _____

36e.  Provide information on your regular and overtime rates of pay during the above claim range.
Date from:  _____          to: _____
Regular: $ _____ per _____          Overtime: $ _____ per _____
Date from:  _____          to: _____
Regular: $ _____ per _____          Overtime: $ _____ per _____
Date from:  _____          to: _____
Regular: $ _____ per _____          Overtime: $ _____ per _____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a.  ☐ Provide a 30-minute meal period _____

Were you paid for the time worked when the employer failed to provide the meal period? ☐ Yes ☐ No

37b.  ☐ Provide a wage statement (pay stub) _____

37c.  ☐ Provide a day of rest  _____

37d.  ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/ Direct Deposit/Payroll Debit Card (Pay Card) _____

37e.  ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

_____

37f.  ☐ Provide a termination notice  _____

37g.  ☐ Provide a notice of pay rate with all required information  _____

37h.  ☐ Pay wages on time _____

37i.  ☐ Pay wages "on the books" _____

37j.  ☐ Provide for accrual of required New York State Paid Sick Leave  _____

37k.  ☐ Post required notices/Minimum Wage Poster_____

37l.  ☐ Follow rules for employment of minors (under 18) _____

37m. ☐ Other _____

## Part 9.  Claim Background

38a.  Did you ask for your wages?  ☐ Yes ☐ No

38b.  If "Yes," please explain.  Who and when did you ask, and what happened?

_____

_____

38c.  Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes ☐ No

38d.  If "Yes," please explain: _____

## Part 10.  Retaliatory Action

39a.  Did you complain to your employer about this or another labor law violation?   ☐ Yes ☐ No

39b.  If "Yes," what happened?   _____

39c.  Do you now want to file a retaliation claim against this employer? ☐ Yes ☐ No

## Part 11.  Claim Assistance

40a.  Do you have a representative (e.g. private attorney, advocacy group)? ☐ Yes ☐ No

40b.  If "Yes," provide name of person or group: _____

40c.  Has this representative assisted you in filing this claim?  ☐ Yes ☐ No

40d.  Have you paid, or do you plan to pay, this representative? ☐ Yes ☐ No

40e.  Do you want us to speak with this representative about your claim? ☐ Yes ☐ No
       If so, representatives must submit a Letter of Representation (LS 11).

40f.  Did anyone, other than the representative, help you fill out this form? ☐ Yes ☐ No

40g.  If "Yes." who helped you and why did they help you? _____


**Additional Comments/Useful Information:**

_____
_____
_____
_____
_____
_____
_____
_____


**I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.**


_Li Chen_
_____          _____
Claimant Signature                                      Date


Return your completed form to the address on Page 1.

LS 223 (03/21)                                                                                   Page 6 of 6

ATTACHMENT TO CASE: LI CHEN Great Care

**PART 11 - Additional Comments/Useful Information:**

From 1/2015 to 04/30/2016, the claimant worked 24 hours a day, 3 days a week. During this period, the claimant took care of a 90+-year-old female patient, Xi Yin Wu, who lives on 6602 60th St, #1F, Ridgewood, NY 11385. The patient has Alzheimer's, high blood pressure, incontinence, and uses a walker and wheelchair to get around. At nighttime, from 11pm to 6am, the claimant needs to get up at least 3 times to assist the patient use the commode, watch the patient, assist the patient to get up from bed, cook or feed water, and clean up the bed and clothing. The patient needs to use the commode 2 to 3 times on average each night. The claimant is not able to get 5 hours of uninterrupted sleep. The claimant only can have 10 minutes of meal time per meal.

*Summary*. During the aforementioned periods, for every 24-hour shift worked, Claimant only received 13 hours of pay.



**NEW YORK Department of Labor**

Division of Labor Standards
## Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: 05/01/2022

Case File ID or Order to Comply Number:

Client/Member Represented (check one):   [ ] Employer   [X] Complainant/Claimant

Client/Member Name: MEI FANG CHEN

Client Business Name: N/A

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

UNPAID WAGES, HOME HEALTH AIDE (24-HOUR SHIFT)

**Representative Information (all fields must be completed)**

Name: Yueheng Zhang

Organization/Firm Name: CHINESE STAFF AND WORKERS ASSOCIATION

Signature:

Title: ORGANIZER

Choose One: [ ] Attorney [X] Advocate [ ] Accountant [ ] Other:

Address:  345 GRAND ST, NEW YORK, NY 10002

Telephone:  212-334-2333     Fax: 212-334-1974

Email: zhangyueheng@gmail.com

Are you being compensated by the claimant?  [ ] Yes  [X] No

**Client/Member Authorization:** I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature:_____ chen Mei Fang

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240

**WE ARE YOUR DOL**

NEW YORK STATE | **Department of Labor**

www.labor.ny.gov

Office Use Only:
LS ID _____
LCM _____
PV ☐ Priority _____
Taken by _____
Date _____

# Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:**  This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

**We cannot accept the following wage or supplement claims:**

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

## Part 1. Person Filing Claim (Employee/Complainant Information)

1.   Name:(first) Mei Fang _____ (middle) _____ (last) Chen _____

2.   Another name known by at work: _____

3.   Mailing address: No: 535 ___ Street: 51st Street _____ Apt. # # 2R ___

   City/town: Brooklyn _____ County: Kings _____ State: NY ___ Zip code: 11220 ___

4.   Phone: ( 817 ) 243-6286 _____   5. Other phone:( ____ ) _____

6.   Email: _____   7. Your primary/preferred language: Chinese _____

## Part 2. Claim Filed Against (Business/Business Owner Information)

8a.   Business name: Great Care Inc. _____

8b.   Legal name (if different): _____

8c.   Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☑ Corporation ☐ Other: _____

8d.   Mailing address: No.: 110 ___ Street: West 34th St. _____ Fl/Rm/Suite#: # 1207 ___

   City/town: NY. _____ County: New York _____ State: NY ___ Zip code: 10001 ___

8e.   Business phone: ( 212 ) 564-7192 _____ 8f. Email: _____

LS 223 (03/21)                                                                                       Page 1 of 6

9a. Owner(s) name(s) and title(s): _____

_____

9b. Mailing address: No.: _____ Street: _____ Apt. #: _____

City/town: _____ County: _____ State: _____ Zip code: _____

9c. Owner phone: ( _____ ) _____ 9d. Email: _____

10. Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☑ other: Home health

11. Business hours of operation: _____ 12. Total # of employees: _____

13a. Is the company still in business? ☑ Yes ☐ No  13b. If "No," when did business close? _____

14. Employer's bank name and location (attach copy of check or check stub): _____

15. Has the employer filed for bankruptcy? ☐ Yes ☑ No ☐ Unknown

## Part 3. Person Filing Claim (Employment Information)

16. Your job title: Home Health Aide  17. Type of work you performed: caring for sick and infirmed in their homes

18. Date hired: April 2016  19. Name and title of person who hired you: _____

20. Name/s of your manager/supervisor/foreman: Ms. Wong or Huang

21. Name of person who paid your wages: _____

22. Worksite address: No.: _____ Street: (Patient's home, see Part 11)  Fl/Rm/Suite#: _____

City/town: _____ County: _____ State: _____ Zip code: _____

23. Did you regularly travel outside New York State for work? ☐ Yes ☑ No

24. Your relationship with business: ☐ Still employed ☐ Discharged ☐ Quit ☑ Temporarily laid-off

25a. Last day worked: April 2017  25b. Reason for leaving: Patient passed away

26a. Were you a member of a union? ☐ Yes ☑ No  26b. If "Yes," union name and Local no.: _____

27a. Your rate of pay: $ 10 to $11  per ☐ Day ☐ Week ☑ Hour ☐ Other _____

27b. Your overtime rate of pay: $ _____

28a. Did you earn tips on a regular basis? ☐ Yes ☑ No  28b. If "Yes," how much on average per hour? _____

28c. Has your employer kept your or any other employee's tips? ☐ No ☐ Yes – yours ☐ Yes – others'

28d. If "Yes," how much? Please Explain: _____

29a. What was your payday? ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ☑ Fri ☐ Sat ☐ Sun

29b. What period did this cover? (e.g. Sat through Fri) Saturday to Friday

30. How often were you paid? ☐ Daily ☑ Weekly ☐ Every two weeks ☐ Other _____

31. How were your wages paid? ☐ Cash ☐ Check ☑ Direct Deposit ☐ Pay Card

☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a. Were you required to wear a uniform? ☐ Yes ☑ No  32b. If "Yes," describe the uniform:

_____

32c. Were uniforms free of charge? ☐ Yes ☐ No  32d. If "No," how were uniforms purchased and how much did they cost?

## Part 4.  Unpaid Wages Claim

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay).** Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A. Payroll Week Ending Date | B. Number of Days Worked in the Week | C. Hours Worked in the Week | D. Rate of Pay (Earned or Promised) | E. Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F. Gross Wages Owed for the Week | G. Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H. Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | I. Total |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check: _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: _____ April 2016 _____ to: _____ April 2017 _____

## Part 5.  Unpaid Paid Sick Leave

**Fill in this section for Paid Sick Leave you are owed.** Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A. Time Period Paid Sick Leave Accrued | B. Amount of Paid Sick Leave Accrued | C. Date(s) when Paid Sick Leave used | D. Amount of Benefit Time Owed | E. Regular Rate of Pay | F. Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | G. Total | |

## Part 6. Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed**. Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.    Explain the benefits promised or attach a copy of the written policy/handbook: _____

_____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | G. Total | |

## Part 7. Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.    Are you paid the minimum wage for each hour worked? ☐ Yes ☑ No

35b.    Are you paid time and ½ for the hours worked over 40? ☐ Yes ☑ No

35c.    Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No    35d.    If "Yes," how much per hour?_____

35e.    Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

☐ Yes ☑ No

35f.    If "No" to any of the above, please explain and fill in the schedule of your work week below: see Part 11 _____

_____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : | | |
| Monday | : | : | | |
| Tuesday | : | : | | |
| Wednesday | : | : | | |
| Thursday | : | : | | |
| Friday | : | : | | |
| Saturday | : | : | | |
| | | | F. Weekly Total | |

36a.  Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b.  If "No," please provide your estimate of average number of hours worked per week:_____

36c.  Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d.  Claim Range: What time-period does your minimum wage or overtime claim cover?

Date from: _____April 2016_____  to:  _____April 2017_____

36e.  Provide information on your regular and overtime rates of pay during the above claim range.

Date from: _____          to: _____

Regular: $ _____ per _____          Overtime: $ _____ per _____

Date from: _____          to: _____

Regular: $ _____ per _____          Overtime: $ _____ per _____

Date from: _____          to: _____

Regular: $ _____ per _____          Overtime: $ _____ per _____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a.  ☐ Provide a 30-minute meal period _____

Were you paid for the time worked when the employer failed to provide the meal period? ☐ Yes ☐ No

37b.  ☐ Provide a wage statement (pay stub) _____

37c.  ☐ Provide a day of rest _____

37d.  ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/ Direct Deposit/Payroll Debit Card (Pay Card) _____

37e.  ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

_____

37f.  ☐ Provide a termination notice _____

37g.  ☐ Provide a notice of pay rate with all required information _____

37h.  ☐ Pay wages on time _____

37i.  ☐ Pay wages "on the books" _____

37j.  ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k.  ☐ Post required notices/Minimum Wage Poster_____

37l.  ☐ Follow rules for employment of minors (under 18) _____

37m. ☐ Other_____

## Part 9.  Claim Background

38a.  Did you ask for your wages?  ☐ Yes ■ No

38b.  If "Yes," please explain. Who and when did you ask, and what happened?

_____

_____

38c. Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes ☑ No

38d. If "Yes," please explain: _____

## Part 10. Retaliatory Action

39a. Did you complain to your employer about this or another labor law violation?   ☐ Yes ☑ No

39b. If "Yes," what happened? _____

39c. Do you now want to file a retaliation claim against this employer? ☐ Yes ☑ No

## Part 11. Claim Assistance

40a. Do you have a representative (e.g. private attorney, advocacy group)? ☑ Yes ☐ No

40b. If "Yes," provide name of person or group: Chinese Staff and Workers Association

40c. Has this representative assisted you in filing this claim?  ☑ Yes ☐ No

40d. Have you paid, or do you plan to pay, this representative? ☐ Yes ☑ No

40e. Do you want us to speak with this representative about your claim? ☑ Yes ☐ No
If so, representatives must submit a Letter of Representation (LS 11).

40f. Did anyone, other than the representative, help you fill out this form? ☐ Yes ☑ No

40g. If "Yes." who helped you and why did they help you? _____

## Additional Comments/Useful Information:
See attached.

I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.

_chen Mei Fang_____          05/01/2022
Claimant Signature                                   Date

Return your completed form to the address on Page 1.

ATTACHMENT TO CASE: MEI FANG CHEN Great Care

**PART 11 - Additional Comments/Useful Information:**

From April 2016 to April 2017 - She worked 24 hours a day, 2 days a week. Claimant cared for a 100-year-old female patient, Ms. Niu, who lived at 229 W 97th St., NYC. Patient had dementia, high blood pressure, disability (used the walkers to go around), and abusive language. At night, the Claimant had to get up at least 3 to 4 times to help the patient with toileting, either by changing diapers, helping with the use of a commode or going to the bathroom. Claimant was unable to get 5 hours of uninterrupted sleep. Claimant had only 15 minutes of meal period per meal.

*Summary.* During the aforementioned periods, for every 24-hour shift worked, Claimant only received 13 hours of pay.

ATTACHMENT TO CASE: MEI FANG CHEN Great Care



Division of Labor Standards
## Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: _5/18/23_

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one): [ ] Employer  [X] Complainant/Claimant

Client/Member Name: _Mei zhen Xiao_

Client Business Name: N/A

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

UNPAID WAGES, HOME HEALTH AIDE (24-HOUR SHIFT)

**Representative Information (all fields must be completed)**

Name: Yueheng Zhang

Organization/Firm Name: CHINESE STAFF AND WORKERS ASSOCIATION

Signature:

Title: ORGANIZER

Choose One: [ ] Attorney [X] Advocate [ ] Accountant [ ] Other: _____

Address: 345 GRAND ST, NEW YORK, NY 10002

Telephone: 212-334-2333    Fax: 212-334-1974

Email: zhangyueheng@gmail.com

Are you being compensated by the claimant? [ ] Yes [X] No

**Client/Member Authorization:** I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature: _XIAO MEIZHEN_

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240



**WE ARE YOUR DOL**

NEW YORK STATE | **Department of Labor**

www.labor.ny.gov

| Office Use Only: |
|---|
| LS ID _____ |
| LCM _____ |
| PV ☐ Priority _____ |
| Taken by _____ |
| Date _____ |

## Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:** This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

### We cannot accept the following wage or supplement claims:

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

### Part 1. Person Filing Claim (Employee/Complainant Information)

1. Name:(first) _Mei Zhen_____ (middle) _____ (last) _Xiao_____

2. Another name known by at work: _____

3. Mailing address: No: _84____ Street: _Madison St._____ Apt. # _____

   City/town: _New York_____ County: _New York_____ State: _NY___ Zip code: _10002_

4. Phone: ( _352_ ) _433-6605_____   5. Other phone:( _____ ) _____

6. Email: _____   7. Your primary/preferred language: _Fuzhounese_____

### Part 2. Claim Filed Against (Business/Business Owner Information)

8a. Business name: _Great Care Inc._____

8b. Legal name (if different): _____

8c. Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☑ Corporation ☐ Other: _____

8d. Mailing address: No.: _110____ Street: _West 34th St._____ Fl/Rm/Suite#: _# 1207_____

   City/town: _NY._____ County: _New York_____ State: _NY__ Zip code: _10001_

8e. Business phone: ( _212_ ) _564-7192_____ 8f. Email: _____

LS 223 (03/21)

Page 1 of 6

9a.   Owner(s) name(s) and title(s): _____

9b.   Mailing address: No.: _____ Street: _____ Apt. #: _____

      City/town: _____ County: _____ State: _____ Zip code: _____

9c.   Owner phone: ( _____ ) _____ 9d.  Email: _____

10.   Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☐ other: <u>Home health</u>

11.   Business hours of operation: _____ 12.  Total # of employees: _____

13a.  Is the company still in business? ☑ Yes ☐ No  13b.  If "No," when did business close? _____

14.   Employer's bank name and location (attach copy of check or check stub): _____

15.   Has the employer filed for bankruptcy? ☐ Yes ☑ No ☐Unknown

## Part 3.  Person Filing Claim (Employment Information)

16.   Your job title: <u>Home attendant</u>      17.  Type of work you performed: <u>Caring for sick and</u>
      <u>infirmed in their homes</u>

18.   Date hired: <u>4/2014</u>        19.  Name and title of person who hired you: _____

20.   Name/s of your manager/supervisor/foreman: <u>Ms. Ouyang</u>

21.   Name of person who paid your wages: _____

22.   Worksite address: No.: _____ Street: <u>(Patient's home, see Part 11)</u>      Fl/Rm/Suite#: _____

      City/town: _____ County: _____ State: _____ Zip code: _____

23.   Did you regularly travel outside New York State for work? ☐ Yes ☑ No

24.   Your relationship with business:  ☑ Still employed ☐ Discharged ☐ Quit ☐ Temporarily laid-off

25a.  Last day worked: _____ 25b.  Reason for leaving: _____

26a.  Were you a member of a union? ☐ Yes ☑ No  26b.  If "Yes," union name and Local no.: _____

27a.  Your rate of pay: $ <u>14 to $19</u>   per  ☐ Day ☐ Week ☐ Hour ☐ Other <u>See Additional Comments</u>

27b.  Your overtime rate of pay: $ _____

28a.  Did you earn tips on a regular basis?   ☐ Yes ☑ No  28b.  If "Yes," how much on average per hour? _____

28c.  Has your employer kept your or any other employee's tips? ☐ No ☐ Yes – yours ☐ Yes – others'

28d.  If "Yes," how much? Please Explain: _____

29a.  What was your payday? ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ☑ Fri ☐ Sat ☐ Sun

29b.  What period did this cover? (e.g. Sat through Fri) <u>Saturday to Friday</u>

30.   How often were you paid? ☐ Daily ☑ Weekly ☐ Every two weeks ☐ Other _____

31.   How were your wages paid? ☐ Cash ☐ Check ☑ Direct Deposit ☐ Pay Card

      ☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a.   Were you required to wear a uniform?   ☐ Yes ☑ No  32b.  If "Yes," describe the uniform:

32c.  Were uniforms free of charge? ☐ Yes ☐ No  32d.  If "No," how were uniforms purchased and how much did they cost? _____

## Part 4.  Unpaid Wages Claim

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay).** Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A.<br>Payroll Week Ending Date | B.<br>Number of Days Worked in the Week | C.<br>Hours Worked in the Week | D.<br>Rate of Pay (Earned or Promised) | E.<br>Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F.<br>Gross Wages Owed for the Week | G.<br>Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H.<br>Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **I. Total** | |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check: _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: _____4/2018_____ to: _____present_____

## Part 5.  Unpaid Paid Sick Leave

**Fill in this section for Paid Sick Leave you are owed.** Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A.<br>Time Period Paid Sick Leave Accrued | B.<br>Amount of Paid Sick Leave Accrued | C.<br>Date(s) when Paid Sick Leave used | D.<br>Amount of Benefit Time Owed | E.<br>Regular Rate of Pay | F.<br>Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **G. Total** | |

## Part 6.  Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed.** Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.    Explain the benefits promised or attach a copy of the written policy/handbook: _____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | **G. Total** | |

## Part 7.  Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.    Are you paid the minimum wage for each hour worked? ☐ Yes ☑ No

35b.    Are you paid time and ½ for the hours worked over 40? ☐ Yes ☑ No

35c.    Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No    35d.   If "Yes," how much per hour?_____

35e.    Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

☐ Yes ☑ No

35f.    If "No" to any of the above, please explain and fill in the schedule of your work week below: _____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : | | |
| Monday | : | : | | |
| Tuesday | : | : | | |
| Wednesday | : | : | | |
| Thursday | : | : | | |
| Friday | : | : | | |
| Saturday | : | : | | |
| | | | **F. Weekly Total** | |

36a.  Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b.  If "No," please provide your estimate of average number of hours worked per week: _____

36c.  Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d.  Claim Range: What time-period does your minimum wage or overtime claim cover?
        Date from:  _____ 4/2018 _____  to:  _____ present _____

36e.  Provide information on your regular and overtime rates of pay during the above claim range.
        Date from:  _____         to: _____
        Regular: $  _____ per _____         Overtime: $ _____ per _____
        Date from:  _____         to: _____
        Regular: $  _____ per _____         Overtime: $ _____ per _____
        Date from:  _____         to: _____
        Regular: $  _____ per _____         Overtime: $ _____ per _____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a.  ☐ Provide a 30-minute meal period _____

        Were you paid for the time worked when the employer failed to provide the meal period? ☐ Yes ☐ No

37b.  ☐ Provide a wage statement (pay stub) _____

37c.  ☐ Provide a day of rest _____

37d.  ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/
        Direct Deposit/Payroll Debit Card (Pay Card) _____

37e.  ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

        _____

37f.  ☐ Provide a termination notice _____

37g.  ☐ Provide a notice of pay rate with all required information _____

37h.  ☐ Pay wages on time _____

37i.  ☐ Pay wages "on the books" _____

37j.  ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k.  ☐ Post required notices/Minimum Wage Poster _____

37l.  ☐ Follow rules for employment of minors (under 18) _____

37m.  ☐ Other _____

## Part 9.  Claim Background

38a.  Did you ask for your wages?  ☐ Yes ■ No

38b.  If "Yes," please explain. Who and when did you ask, and what happened?

_____

38c.  Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes  ☑ No

38d.  If "Yes," please explain: _____

## Part 10.  Retaliatory Action

39a.  Did you complain to your employer about this or another labor law violation?   ☐ Yes  ☑ No

39b.  If "Yes," what happened?  _____

39c.  Do you now want to file a retaliation claim against this employer?  ☐ Yes  ☑ No

## Part 11.  Claim Assistance

40a.  Do you have a representative (e.g. private attorney, advocacy group)?  ☑ Yes  ☐ No

40b.  If "Yes," provide name of person or group:  Chinese Staff and Workers Association

40c.  Has this representative assisted you in filing this claim?  ☑ Yes  ☐ No

40d.  Have you paid, or do you plan to pay, this representative?  ☐ Yes  ☑ No

40e.  Do you want us to speak with this representative about your claim?  ☑ Yes  ☐ No
      If so, representatives must submit a Letter of Representation (LS 11).

40f.  Did anyone, other than the representative, help you fill out this form?  ☐ Yes  ☑ No

40g.  If "Yes." who helped you and why did they help you?_____

## Additional Comments/Useful Information:
See attached.

_____
_____
_____
_____
_____
_____
_____

**I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.**

_XIAO MEI ZHEN_                          _5/18/23_
                Claimant Signature                                           Date

Return your completed form to the address on Page 1.

ATTACHMENT TO CASE: MEI ZHEN XIAO Great Care

**PART 11 - Additional Comments/Useful Information:**

From April 2018 to present, claimant worked 24 hours a day, 3 days a week, except from May 2022 to 4/28/23 when claimant did not work. Claimant cared for a patient, 90+, female, Sai Yun Yeung, who lives at 2 Eldridge St, Apt 12, NYC. Patient has dementia, diabetes, high blood pressure, deafness, can't walk and uses wheelchair to move around, uses abusive language, has incontinence, goes to toilet 5 times a night (from 11pm to 7am), and Claimant needed to get up 5 to 6 times a night to assist the patient to do toilet by changing diapers and helping the patient to use commode or bathroom. Claimant was unable to get 5 hours of uninterrupted sleep. Claimant had 15 minutes of meal time per meal.

*Summary.* During the aforementioned periods, for every 24-hour shift worked, Claimant only received 13 hours of pay.

Pay rate:

From 4/2018 to 12/31/18 - $14/hr

From 1/1/2019 to 5/2022 - $17/hr

2023 - $19/hr



**NEW YORK STATE OF OPPORTUNITY. | Department of Labor**

Division of Labor Standards

## Letter of Representation

Fill in each item if you are representing an employer or complainant in a Labor Standards matter.

Date: 9/12/23

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one):  ☐ Employer    ☒ Complainant/Claimant

Client/Member Name: Mu Zhen Zhang

Client Business Name: N/A

Subject of Client's Claim (e.g. minimum wage, overtime etc.):
UNPAID WAGES, HOME HEALTH AIDE(24-HOUR SHIFT)

Representative Information (all fields must be completed)

Name: Yueheng Zhang

Organization/Firm Name: Chinese Staff and Workers Association

Signature: _____

Title: ORGANIZER

Choose One:  ☐ Attorney  ☒ Advocate  ☐ Accountant  ☐ Other: _____

Address: 345 GRAND ST, NEW YORK, NY 10002

Telephone: 212-334-2333    Fax: 212-334-1974

Email: zhangyueheng@gmail.com

Are you being compensated by the claimant?  ☐ Yes   ☒ No

Client/Member Authorization: I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature: Mu Zhen Zhang

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240

**WE ARE YOUR DOL**

NEW YORK STATE | Department of Labor

www.labor.ny.gov

Office Use Only:
LS ID _____
LCM _____
PV ☐ Priority _____
Taken by _____
Date _____

## Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:** This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

**We cannot accept the following wage or supplement claims:**
- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

### Part 1. Person Filing Claim (Employee/Complainant Information)

1.  Name:(first) Mu Zhen _____ (middle) _____ (last) Zhang _____

2.  Another name known by at work: _____

3.  Mailing address: No: 6145 ____ Street: 62nd Rd _____ Apt. # _____

    City/town: Middle Village _____ County: Queens _____ State: NY ____ Zip code: 11379 ____

4.  Phone: ( 212 ) 671-0559 _____     5. Other phone:( _____ ) _____

6.  Email: _____     7. Your primary/preferred language: Cantonese _____

### Part 2. Claim Filed Against (Business/Business Owner Information)

8a.  Business name: Great Care Inc. _____

8b.  Legal name (if different): _____

8c.  Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☐ Corporation ☐ Other: _____

8d.  Mailing address: No.: 110 ____ Street: West 34th St. _____ Fl/Rm/Suite#: # 1207 ____

    City/town: NY. _____ County: New York _____ State: NY ____ Zip code: 10001 ____

8e.  Business phone: ( 212 ) 564-7192 _____ 8f. Email: _____

LS 223 (03/21)                                                                                   Page 1 of 6

9a.　Owner(s) name(s) and title(s): _____

_____

9b.　Mailing address: No.: _____ Street: _____ Apt. #: _____

City/town: _____County: _____ State: _____Zip code: _____

9c.　Owner phone: ( _____ ) _____9d. Email: _____

10.　Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☐ other: Home health

11.　Business hours of operation: _____12. Total # of employees: _____

13a.　Is the company still in business? ☑ Yes ☐ No 13b. If "No," when did business close? _____

14.　Employer's bank name and location (attach copy of check or check stub): _____

15.　Has the employer filed for bankruptcy? ☐ Yes ■ No ☐Unknown

## Part 3.  Person Filing Claim (Employment Information)

16.　Your job title: Home attendant_____　17. Type of work you performed: Caring for sick and____
infirmed in their homes_____

18.　Date hired: Sep 2014_____　19. Name and title of person who hired you: _____

20.　Name/s of your manager/supervisor/foreman: Ms. Ouyang and Ms. Zhu_____

21.　Name of person who paid your wages: _____

22.　Worksite address: No.: _____Street: (Patient's home, see Part 11)_____ Fl/Rm/Suite#: _____

City/town: _____County: _____State: _____Zip code: _____

23.　Did you regularly travel outside New York State for work? ☐ Yes ■ No

24.　Your relationship with business: ■ Still employed ☐ Discharged ☐ Quit ☐ Temporarily laid-off

25a.　Last day worked: _____25b. Reason for leaving: _____

26a.　Were you a member of a union? ☐ Yes ■ No 26b. If "Yes," union name and Local no.: _____

27a.　Your rate of pay: $ See Pt. 11____ per ☐ Day ☐ Week ☐ Hour ☐ Other _____

27b.　Your overtime rate of pay: $ _____

28a.　Did you earn tips on a regular basis? ☐ Yes ■ No 28b. If "Yes," how much on average per hour? _____

28c.　Has your employer kept your or any other employee's tips? ☐ No ☐ Yes – yours ☐ Yes – others'

28d.　If "Yes," how much? Please Explain: _____

29a.　What was your payday? ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ☐ Fri ☐ Sat ☐ Sun

29b.　What period did this cover? (e.g. Sat through Fri) Saturday to Friday_____

30.　How often were you paid? ☐ Daily ☐ Weekly ☐ Every two weeks ☐ Other _____

31.　How were your wages paid? ☐ Cash ☐ Check ■ Direct Deposit ☐ Pay Card

☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a.　Were you required to wear a uniform? ☐ Yes ■ No 32b. If "Yes," describe the uniform:

_____

32c.　Were uniforms free of charge? ☐ Yes ☐ No 32d. If "No," how were uniforms purchased and how much did they cost?

_____

LS 223 (03/21)　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 6

## Part 4. Unpaid Wages Claim

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay)**. Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A. Payroll Week Ending Date | B. Number of Days Worked in the Week | C. Hours Worked in the Week | D. Rate of Pay (Earned or Promised) | E. Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F. Gross Wages Owed for the Week | G. Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H. Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | I. Total |

33a. If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check: _____

33b. Claim Range: What time period does your wage claim cover?

Date from: _____Jan 2015_____ to: _____Mar 2021_____

## Part 5. Unpaid Paid Sick Leave

**Fill in this section for Paid Sick Leave you are owed**. Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A. Time Period Paid Sick Leave Accrued | B. Amount of Paid Sick Leave Accrued | C. Date(s) when Paid Sick Leave used | D. Amount of Benefit Time Owed | E. Regular Rate of Pay | F. Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | G. Total | |

## Part 6.  Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed**. Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.    Explain the benefits promised or attach a copy of the written policy/handbook: _____

_____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy<br>☐ verbal promise |
| | | | | | ☐ written policy<br>☐ verbal promise |
| | | | | | ☐ written policy<br>☐ verbal promise |
| | | | | | ☐ written policy<br>☐ verbal promise |
| | | | | **G. Total** | |

## Part 7.  Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.  Are you paid the minimum wage for each hour worked? ☐ Yes ☑ No

35b.  Are you paid time and ½ for the hours worked over 40? ☐ Yes ☑ No

35c.  Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No    35d.  If "Yes," how much per hour?_____

35e.  Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

☐ Yes ☑ No

35f.  If "No" to any of the above, please explain and fill in the schedule of your work week below: _____

_____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : | | |
| Monday | : | : | | |
| Tuesday | : | : | | |
| Wednesday | : | : | | |
| Thursday | : | : | | |
| Friday | : | : | | |
| Saturday | : | : | | |
| | | | **F. Weekly Total** | |

36a.  Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b.  If "No," please provide your estimate of average number of hours worked per week: _____

36c.  Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d.  Claim Range: What time-period does your minimum wage or overtime claim cover?

Date from: _____ Jan 2015 _____ to: _____ Mar 2021 _____

36e.  Provide information on your regular and overtime rates of pay during the above claim range.

Date from: _____     to: _____
Regular: $ _____ per _____     Overtime: $ _____ per _____
Date from: _____     to: _____
Regular: $ _____ per _____     Overtime: $ _____ per _____
Date from: _____     to: _____
Regular: $ _____ per _____     Overtime: $ _____ per _____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a.  ☐ Provide a 30-minute meal period _____

Were you paid for the time worked when the employer failed to provide the meal period? ☐ Yes ☐ No

37b.  ☐ Provide a wage statement (pay stub) _____

37c.  ☐ Provide a day of rest _____

37d.  ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/
Direct Deposit/Payroll Debit Card (Pay Card) _____

37e.  ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

_____

37f.  ☐ Provide a termination notice _____

37g.  ☐ Provide a notice of pay rate with all required information _____

37h.  ☐ Pay wages on time _____

37i.  ☐ Pay wages "on the books" _____

37j.  ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k.  ☐ Post required notices/Minimum Wage Poster_____

37l.  ☐ Follow rules for employment of minors (under 18) _____

37m. ☐ Other _____

## Part 9.  Claim Background

38a.  Did you ask for your wages?  ☐ Yes ■ No

38b.  If "Yes," please explain.  Who and when did you ask, and what happened?

_____

_____

38c.  Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes ☑ No

38d.  If "Yes," please explain: _____

## Part 10.  Retaliatory Action

39a.  Did you complain to your employer about this or another labor law violation?  ☐ Yes ☑ No

39b.  If "Yes," what happened?  _____

39c.  Do you now want to file a retaliation claim against this employer? ☐ Yes ☑ No

## Part 11.  Claim Assistance

40a.  Do you have a representative (e.g. private attorney, advocacy group)? ☑ Yes ☐ No

40b.  If "Yes," provide name of person or group:  Chinese Staff and Workers Association _____

40c.  Has this representative assisted you in filing this claim?  ☑ Yes ☐ No

40d.  Have you paid, or do you plan to pay, this representative? ☐ Yes ☑ No

40e.  Do you want us to speak with this representative about your claim? ☑ Yes ☐ No
      If so, representatives must submit a Letter of Representation (LS 11).

40f.  Did anyone, other than the representative, help you fill out this form? ☐ Yes ☑ No

40g.  If "Yes." who helped you and why did they help you? _____

**Additional Comments/Useful Information:**
See attached.

_____
_____
_____
_____
_____
_____

I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.

_____          9/12/23
Claimant Signature                          Date

Return your completed form to the address on Page 1.

ATTACHMENT TO CASE: MU ZHEN ZHANG Great Care

**PART 11 - Additional Comments/Useful Information:**

From 1/2015 to 12/31/2017, the claimant worked 24 hours a day, 4 days a week. From 1/2018 to 3/2021, the claimant worked 24 hours a day, 2 days a week.

During the periods above, the claimant took care of a 90+-year-old female patient, Xi Yin Wu, who lives on 6602 60th St, #1F, Ridgewood, NY 11385. The patient has Alzheimer's, high blood pressure, incontinence, and uses a walker and wheelchair to get around. At nighttime, from 11:30pm to 7:30am, the claimant needs to get up every 2 hours to assist the patient use the commode, watch the patient, assist the patient to get up from bed, cook or feed water, and clean up the bed and clothing. The patient needs to use the commode 2 to 3 times on average each night. The claimant is not able to get 5 hours of uninterrupted sleep. The claimant only can have 10 minutes of meal time per meal.

The patient passed away in 3/2021, after which the claimant stopped working 24-hour shifts.

*Summary.* During the aforementioned periods, for every 24-hour shift worked, Claimant only received 13 hours of pay.

Rate of pay:

- 2018 - $14
- 2019 - $17
- 2020 - $17
- 2021 - $17



### Division of Labor Standards
## Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: 07/17/2022

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one):   [ ] Employer   [X] Complainant/Claimant

Client/Member Name: XIU FANG CHEN

Client Business Name: N/A

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

UNPAID WAGES, HOME HEALTH AIDE (24-HOUR SHIFT)

**Representative Information (all fields must be completed)**

Name: Yueheng Zhang

Organization/Firm Name: CHINESE STAFF AND WORKERS ASSOCIATION

Signature:

Title: ORGANIZER

Choose One: [ ] Attorney [X] Advocate  [ ] Accountant [ ] Other: _____

Address: 345 GRAND ST, NEW YORK, NY 10002

Telephone:  212-334-2333      Fax: 212-334-1974

Email: zhangyueheng@gmail.com

Are you being compensated by the claimant?  [ ] Yes  [X] No

**Client/Member Authorization:** I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature: chen xiu fang

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240



**W E  A R E  Y O U R  D O L**

NEW YORK STATE | Department of Labor

www.labor.ny.gov

| Office Use Only: |
| --- |
| LS ID _____ |
| LCM _____ |
| PV ☐ Priority _____ |
| Taken by _____ |
| Date _____ |

# Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:**  This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

**We cannot accept the following wage or supplement claims:**

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

## Part 1.  Person Filing Claim (Employee/Complainant Information)

1.  Name:(first) Xiu Fang \_\_\_\_ (middle) \_\_\_\_ (last) Chen \_\_\_\_

2.  Another name known by at work: \_\_\_\_

3.  Mailing address: No: 14215 \_\_ Street: Franklin Ave \_\_\_\_ Apt. # Apt 2H \_\_\_\_

    City/town: Flushing \_\_\_\_ County: Queens \_\_\_\_ State: NY \_\_ Zip code: 11355 \_\_

4.  Phone: ( 917 ) 860-3326 \_\_\_\_    5. Other phone:( \_\_\_\_ ) \_\_\_\_

6.  Email: \_\_\_\_    7. Your primary/preferred language: Fuzhounese \_\_\_\_

## Part 2.  Claim Filed Against (Business/Business Owner Information)

8a.  Business name: Great Care Inc. \_\_\_\_

8b.  Legal name (if different): \_\_\_\_

8c.  Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☐ Corporation ☐ Other: \_\_\_\_

8d.  Mailing address: No.: 110 \_\_ Street: West 34th St. \_\_\_\_ Fl/Rm/Suite#: # 1207 \_\_\_\_

    City/town: NY. \_\_\_\_ County: New York \_\_\_\_ State: NY \_\_ Zip code: 10001 \_\_

8e.  Business phone: ( 212 ) 564-7192 \_\_\_\_    8f. Email: \_\_\_\_

LS 223 (03/21)

9a.   Owner(s) name(s) and title(s): _____

_____

9b.   Mailing address: No.: _____ Street: _____ Apt. #: _____

City/town: _____ County: _____ State: _____ Zip code: _____

9c.   Owner phone: (_____) _____ 9d.  Email: _____

10.   Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☐ other: **Home health**

11.   Business hours of operation: _____ 12.  Total # of employees: _____

13a.  Is the company still in business? ☑ Yes  ☐ No  13b. If "No," when did business close? _____

14.   Employer's bank name and location (attach copy of check or check stub): _____

15.   Has the employer filed for bankruptcy? ☐ Yes  ■ No ☐ Unknown

## Part 3.  Person Filing Claim (Employment Information)

16.   Your job title: **Home attendant**                17. Type of work you performed: **Caring for sick and infirmed in their homes**

18.   Date hired: **2/20/2016**            19. Name and title of person who hired you: _____

20.   Name/s of your manager/supervisor/foreman: **Ms. Ou Yang**

21.   Name of person who paid your wages: _____

22.   Worksite address: No.: _____ Street: **(Patient's home, see Part 11)**        Fl/Rm/Suite#: _____

City/town: _____ County: _____ State: _____ Zip code: _____

23.   Did you regularly travel outside New York State for work?  ☐ Yes  ■ No

24.   Your relationship with business:  ◉ Still employed ☐ Discharged ☐ Quit ☐ Temporarily laid-off

25a.  Last day worked: _____ 25b. Reason for leaving: _____

26a.  Were you a member of a union? ☐ Yes  ■ No  26b. If "Yes," union name and Local no.: _____

27a.  Your rate of pay: $ _____ per  ☐ Day ☐ Week ☐ Hour ☐ Other _____

27b.  Your overtime rate of pay: $ _____

28a.  Did you earn tips on a regular basis?  ☐ Yes  ■ No  28b. If "Yes," how much on average per hour? _____

28c.  Has your employer kept your or any other employee's tips?  ☐ No  ☐ Yes – yours  ☐ Yes – others'

28d.  If "Yes," how much? Please Explain: _____

29a.  What was your payday? ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ◉ Fri ☐ Sat ☐ Sun

29b.  What period did this cover? (e.g. Sat through Fri) **Saturday to Friday**

30.   How often were you paid? ☐ Daily ◉ Weekly ☐ Every two weeks ☐ Other _____

31.   How were your wages paid? ☐ Cash ☐ Check ■ Direct Deposit ☐ Pay Card

☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a.  Were you required to wear a uniform?  ☐ Yes ■ No  32b. If "Yes," describe the uniform: _____

32c.  Were uniforms free of charge? ☐ Yes  ☐ No  32d. If "No," how were uniforms purchased and how much did they cost?

_____

## Part 4.  Unpaid Wages Claim

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay).** Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A. Payroll Week Ending Date | B. Number of Days Worked in the Week | C. Hours Worked in the Week | D. Rate of Pay (Earned or Promised) | E. Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F. Gross Wages Owed for the Week | G. Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H. Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **I. Total** | |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check: _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: _____2/20/2016_____ to: _____March 2021_____

## Part 5.  Unpaid Paid Sick Leave

**Fill in this section for Paid Sick Leave you are owed.** Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A. Time Period Paid Sick Leave Accrued | B. Amount of Paid Sick Leave Accrued | C. Date(s) when Paid Sick Leave used | D. Amount of Benefit Time Owed | E. Regular Rate of Pay | F. Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **G. Total** | |

## Part 6.  Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed.** Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.    Explain the benefits promised or attach a copy of the written policy/handbook: _____

_____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | **G. Total** | |

## Part 7.  Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.    Are you paid the minimum wage for each hour worked? ☐ Yes ☑ No

35b.    Are you paid time and ½ for the hours worked over 40? ☐ Yes ☑ No

35c.    Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No    35d.   If "Yes," how much per hour?_____

35e.    Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

☐ Yes ☑ No

35f.    If "No" to any of the above, please explain and fill in the schedule of your work week below: _____

_____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : | | |
| Monday | : | : | | |
| Tuesday | : | : | | |
| Wednesday | : | : | | |
| Thursday | : | : | | |
| Friday | : | : | | |
| Saturday | : | : | | |
| | | | **F. Weekly Total** | |

36a.  Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b.  If "No," please provide your estimate of average number of hours worked per week: _____

36c.  Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d.  Claim Range: What time-period does your minimum wage or overtime claim cover?

Date from: _____2/20/2016_____  to: _____March 2021_____

36e.  Provide information on your regular and overtime rates of pay during the above claim range.

Date from: _____     to: _____
Regular: $ _____per_____     Overtime: $ _____per_____
Date from: _____     to: _____
Regular: $ _____per_____     Overtime: $ _____per_____
Date from: _____     to: _____
Regular: $ _____per_____     Overtime: $ _____per_____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a.  ☐ Provide a 30-minute meal period _____

      Were you paid for the time worked when the employer failed to provide the meal period?  ☐ Yes ☐ No

37b.  ☐ Provide a wage statement (pay stub) _____

37c.  ☐ Provide a day of rest _____

37d.  ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/ Direct Deposit/Payroll Debit Card (Pay Card) _____

37e.  ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

_____

37f.  ☐ Provide a termination notice _____

37g.  ☐ Provide a notice of pay rate with all required information _____

37h.  ☐ Pay wages on time _____

37i.  ☐ Pay wages "on the books" _____

37j.  ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k.  ☐ Post required notices/Minimum Wage Poster _____

37l.  ☐ Follow rules for employment of minors (under 18) _____

37m. ☐ Other _____

## Part 9.  Claim Background

38a.  Did you ask for your wages?  ☐ Yes ■ No

38b.  If "Yes," please explain.  Who and when did you ask, and what happened?

_____

38c.  Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes ☑ No

38d.  If "Yes," please explain: _____

## Part 10.  Retaliatory Action

39a.  Did you complain to your employer about this or another labor law violation?  ☐ Yes ☑ No

39b.  If "Yes," what happened?  _____

39c.  Do you now want to file a retaliation claim against this employer? ☐ Yes ☑ No

## Part 11.  Claim Assistance

40a.  Do you have a representative (e.g. private attorney, advocacy group)? ☑ Yes ☐ No

40b.  If "Yes," provide name of person or group: _Chinese Staff and Workers Association_____

40c.  Has this representative assisted you in filing this claim?  ☑ Yes ☐ No

40d.  Have you paid, or do you plan to pay, this representative? ☐ Yes ☑ No

40e.  Do you want us to speak with this representative about your claim? ☑ Yes ☐ No
      If so, representatives must submit a Letter of Representation (LS 11).

40f.  Did anyone, other than the representative, help you fill out this form? ☐ Yes ☑ No

40g.  If "Yes." who helped you and why did they help you?_____


**Additional Comments/Useful Information:**
See attached.

_____
_____
_____
_____
_____
_____
_____

**I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.**

_Chen Xiu fang_____                    _8/3/22_____
        Claimant Signature                                    Date


Return your completed form to the address on Page 1.

ATTACHMENT TO CASE: XIU FANG CHEN Great Care

**PART 11 - Additional Comments/Useful Information:**

From 2/20/2016 to March 2016, Claimant worked 24 hours a day for 2 days a week. Then from March 2016 to March 2021, Claimant worked 24 hours a day for 3 days a week. During this time, Claimant cared for a 99 year old female patient Ms. Xi Yin Wu, who lives at 6602 60th St., Ridgewood, NY 11385. The patient has heart problems, uses a wheelchair and walker to get around and requires support, sleeps in the same room as Claimant and uses the bathroom and commode 2-3 times a night. Each night, Claimant had to get up 2-3 times to help the patient use the bathroom and commode. Claimant was unable to get 5-hours of uninterrupted sleep. Claimant only had 10 minutes of meal time per meal.

*Summary.* During the aforementioned periods, for every 24-hour shift worked, Claimant only received 13 hours of pay.



Division of Labor Standards

# Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: 12/27/2021

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one):   [ ] Employer   [X] Complainant/Claimant

Client/Member Name: XIU XIA ZHU

Client Business Name: _____

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

UNPAID WAGES, HOME HEALTH AIDE (24-HOUR SHIFT)

## Representative Information (all fields must be completed)

Name: YUEHENG ZHANG

Organization/Firm Name: CHINESE STAFF AND WORKERS ASSOCIATION

Signature: _____

Title: ORGANIZER

Choose One: [ ] Attorney [X] Advocate [ ] Accountant [ ] Other: _____

Address: 345 GRAND ST, NEW YORK, NY 10002

Telephone: 212-334-2333          Fax: 212-334-1974

Email: zhangyueheng@gmail.com

Are you being compensated by the claimant?  [ ] Yes   [X] No

**Client/Member Authorization:** I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature: Xiu Xia Zhu

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240

**WE ARE YOUR DOL**

NEW YORK STATE | **Department of Labor**

www.labor.ny.gov

| Office Use Only: |
|---|
| LS ID _____ |
| LCM _____ |
| PV ☐ Priority _____ |
| Taken by _____ |
| Date _____ |

## Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:** This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

### We cannot accept the following wage or supplement claims:

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

### Part 1. Person Filing Claim (Employee/Complainant Information)

1. Name:(first) Xiu Xia _____ (middle) _____ (last) Zhu _____

2. Another name known by at work: _____

3. Mailing address: No: 1644 _____ Street: E 38th St., _____ Apt. # PD _____

   City/town: Brooklyn _____ County: _____ State: NY _____ Zip code: 11234 _____

4. Phone: ( 347 ) 217-1992 _____    5. Other phone:( _____ ) _____

6. Email: _____    7. Your primary/preferred language: Cantonese _____

### Part 2. Claim Filed Against (Business/Business Owner Information)

8a. Business name: Premier _____

8b. Legal name (if different): Premier Home Health Care Services, Inc. _____

8c. Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☑ Corporation ☐ Other: _____

8d. Mailing address: No.: 1 _____ Street: North Lexington Ave _____ Fl/Rm/Suite#: Suite 200 _____

   City/town: White Plains _____ County: _____ State: NY _____ Zip code: 10601 _____

8e. Business phone: ( 914 ) 428-7722 _____    8f. Email: _____

9a.   Owner(s) name(s) and title(s): Arthur Schwabe, CEO

9b.   Mailing address: No.: _____ Street: _____ Apt. #: _____

      City/town: _____ County: _____ State: _____ Zip code: _____

9c.   Owner phone: (_____) _____ 9d.  Email: _____

10.   Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☑ other: Home health

11.   Business hours of operation: _____ 12.  Total # of employees: _____

13a.  Is the company still in business? ☑ Yes ☐ No  13b.  If "No," when did business close? _____

14.   Employer's bank name and location (attach copy of check or check stub): _____

15.   Has the employer filed for bankruptcy? ☐ Yes ☐ No ☐Unknown

## Part 3. Person Filing Claim (Employment Information)

16.   Your job title: Home Health Aide _____ 17.  Type of work you performed: caring for sick and infirmed in their homes

18.   Date hired: _____ 19.  Name and title of person who hired you: _____

20.   Name/s of your manager/supervisor/foreman: _____

21.   Name of person who paid your wages: _____

22.   Worksite address: No.: _____ Street: varied locations at patients homes _____ Fl/Rm/Suite#: _____

      City/town: _____ County: _____ State: _____ Zip code: _____

23.   Did you regularly travel outside New York State for work? ☐ Yes ☐ No

24.   Your relationship with business: ☐ Still employed ☐ Discharged ☐ Quit ☐ Temporarily laid-off

25a.  Last day worked: _____ 25b.  Reason for leaving: _____

26a.  Were you a member of a union? ☑ Yes ☐ No  26b.  If "Yes," union name and Local no.: SEIU 1199 _____

27a.  Your rate of pay: $ varied _____ per ☐ Day ☐ Week ☑ Hour ☐ Other _____

27b.  Your overtime rate of pay: $ varied _____

28a.  Did you earn tips on a regular basis?  ☐ Yes ☑ No  28b.  If "Yes," how much on average per hour? _____

28c.  Has your employer kept your or any other employee's tips? ☐ No ☐ Yes – yours ☐ Yes – others'

28d.  If "Yes," how much? Please Explain: _____

29a.  What was your payday? ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ☐ Fri ☐ Sat ☐ Sun

29b.  What period did this cover? (e.g. Sat through Fri) _____

30.   How often were you paid? ☐ Daily ☑ Weekly ☐ Every two weeks ☐ Other _____

31.   How were your wages paid? ☐ Cash ☐ Check ☑ Direct Deposit ☐ Pay Card

      ☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a.  Were you required to wear a uniform?  ☐ Yes ☑ No  32b.  If "Yes," describe the uniform:

      _____

32c.  Were uniforms free of charge? ☐ Yes ☐ No  32d.  If "No," how were uniforms purchased and how much did they cost?

LS 223 (03/21)                                                                                      Page 2 of 6

## Part 4. Unpaid Wages Claim

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay).** Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A. Payroll Week Ending Date | B. Number of Days Worked in the Week | C. Hours Worked in the Week | D. Rate of Pay (Earned or Promised) | E. Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F. Gross Wages Owed for the Week | G. Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H. Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | I. Total | |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check:  _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: _____ to: _____

## Part 5. Unpaid Paid Sick Leave

**Fill in this section for Paid Sick Leave you are owed.** Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A. Time Period Paid Sick Leave Accrued | B. Amount of Paid Sick Leave Accrued | C. Date(s) when Paid Sick Leave used | D. Amount of Benefit Time Owed | E. Regular Rate of Pay | F. Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | G. Total | |

## Part 6. Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed.** Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.    Explain the benefits promised or attach a copy of the written policy/handbook: _____

_____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy ☐ verbal promise |
|  |  |  |  |  | ☐ written policy ☐ verbal promise |
|  |  |  |  |  | ☐ written policy ☐ verbal promise |
|  |  |  |  |  | ☐ written policy ☐ verbal promise |
|  |  |  | G. Total |  |  |

## Part 7. Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.   Are you paid the minimum wage for each hour worked? ☐ Yes ☑ No

35b.   Are you paid time and ½ for the hours worked over 40? ☐ Yes ☑ No

35c.   Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No   35d.   If "Yes," how much per hour?_____

35e.   Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

☐ Yes ☑ No

35f.   If "No" to any of the above, please explain and fill in the schedule of your work week below: See Part 11. _____

_____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : |  |  |
| Monday | : | : |  |  |
| Tuesday | : | : |  |  |
| Wednesday | : | : |  | ` |
| Thursday | : | : |  |  |
| Friday | : | : |  |  |
| Saturday | : | : |  |  |
|  |  |  | F. Weekly Total |  |

36a.  Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b.  If "No," please provide your estimate of average number of hours worked per week:_____

36c.  Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d.  Claim Range: What time-period does your minimum wage or overtime claim cover?
Date from:  _____  to:  _____

36e.  Provide information on your regular and overtime rates of pay during the above claim range.
Date from:  _____  to:  _____
Regular: $  _____ per _____  Overtime: $ _____ per _____
Date from:  _____  to:  _____
Regular: $  _____ per _____  Overtime: $ _____ per _____
Date from:  _____  to:  _____
Regular: $  _____ per _____  Overtime: $ _____ per _____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a.  ☐ Provide a 30-minute meal period _____

Were you paid for the time worked when the employer failed to provide the meal period? ☐ Yes ☐ No

37b.  ☐ Provide a wage statement (pay stub) _____

37c.  ☐ Provide a day of rest  _____

37d.  ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/
Direct Deposit/Payroll Debit Card (Pay Card) _____

37e.  ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

_____

37f.  ☐ Provide a termination notice _____

37g.  ☐ Provide a notice of pay rate with all required information _____

37h.  ☐ Pay wages on time _____

37i.  ☐ Pay wages "on the books" _____

37j.  ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k.  ☐ Post required notices/Minimum Wage Poster_____

37l.  ☐ Follow rules for employment of minors (under 18) _____

37m. ☐ Other _____

## Part 9.  Claim Background

38a.  Did you ask for your wages?  ☐ Yes ■ No

38b.  If "Yes," please explain. Who and when did you ask, and what happened?

_____

_____

38c.   Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes ☑ No

38d.   If "Yes," please explain: _____

## Part 10.  Retaliatory Action

39a.   Did you complain to your employer about this or another labor law violation?   ☐ Yes ☑ No

39b.   If "Yes," what happened?   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

39c.   Do you now want to file a retaliation claim against this employer? ☐ Yes ☐ No

## Part 11.  Claim Assistance

40a.   Do you have a representative (e.g. private attorney, advocacy group)? ☑ Yes ☐ No

40b.   If "Yes," provide name of person or group: _Chinese Staff and Workers Association_

40c.   Has this representative assisted you in filing this claim?   ☑ Yes ☐ No

40d.   Have you paid, or do you plan to pay, this representative? ☐ Yes ☑ No

40e.   Do you want us to speak with this representative about your claim? ☑ Yes ☐ No
        If so, representatives must submit a Letter of Representation (LS 11).

40f.   Did anyone, other than the representative, help you fill out this form? ☐ Yes ☑ No

40g.   If "Yes." who helped you and why did they help you?_____

## Additional Comments/Useful Information:
See attached.

_____
_____
_____
_____
_____
_____
_____

**I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.**

Xih Xia ZHG                                1/3/2022
_____                    _____
Claimant Signature                         Date

Return your completed form to the address on Page 1.

ATTACHMENT TO CASE: XIU XIA ZHU

**PART 11 - Additional Comments/Useful Information:**

During the period of January 2015 to December 2017, Claimant worked 12 hours a day, 3 days week, but did not receive spread-of-hour pay for each 10-hour period worked.

During the period from May 2018 to May 2019, Claimant worked 24 hours a day, 2 days a week, caring for a bed-bound, 90-year-old female patient with minor dementia, disability, and severe foot pain living on Eldridge Street, NYC. Claimant had to push wheelchair for the patient to get around. At night, Claimant had to get up every 2 hours to turn the patient's body in bed; in addition, Claimant had to get up 3 times to help the patient with using diapers and commode. Claimant was unable to obtain 5 hours of uninterrupted sleep.

From May 2019 to May 2020, Claimant worked 24 hours a day, 2 days a week, caring for an almost bed-bound, 97-year-old female patient in Brooklyn. The patient had dementia, disability, severe body pain, and needed wheelchair to get around. At night, Claimant had to get up 4 times to help the patient with changing diapers and using the commode. Claimant was unable to obtain 5 hours of uninterrupted sleep.

From June 2020 to February 2021, Claimant worked 24 hours a day, 2 days a week, caring for a 90-year-old female patient with walking disability, obesity, incontinence, and stomach disease on Forsyth Street, NYC. The patient had to use walker and wheelchair to get around. At night, Claimant had to get up 2-3 times to help the patient using diapers and commode. Claimant was unable to obtain 5 hours of uninterrupted sleep.

Throughout her employment, Claimant only received 13 hours of pay for every 24-hour shifts worked.



Division of Labor Standards
## Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: _9/8/22_

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one):   [ ] Employer   [X] Complainant/Claimant

Client/Member Name: _ZHAN  JIN  LI_

Client Business Name: N/A

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

UNPAID WAGES, HOME HEALTH AIDE (24-HOUR SHIFT)

**Representative Information (all fields must be completed)**

Name: Yueheng Zhang

Organization/Firm Name: CHINESE STAFF AND WORKERS ASSOCIATION

Signature:

Title: ORGANIZER

Choose One: [ ] Attorney [X] Advocate [ ] Accountant [ ] Other: _____

Address: 345 GRAND ST, NEW YORK, NY 10002

Telephone: 212-334-2333     Fax: 212-334-1974

Email: zhangyueheng@gmail.com

Are you being compensated by the claimant?  [ ] Yes  [X] No

**Client/Member Authorization:** I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature: X _Zhan Jin Li_

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240

**WE ARE YOUR DOL**

NEW YORK STATE | Department of Labor

www.labor.ny.gov

| Office Use Only: |
| --- |
| LS ID _____ |
| LCM _____ |
| PV ☐ Priority _____ |
| Taken by _____ |
| Date _____ |

# Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:** This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

**We cannot accept the following wage or supplement claims:**

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

## Part 1. Person Filing Claim (Employee/Complainant Information)

1.  Name:(first) Zhan Jin _____ (middle) _____ (last) Li _____

2.  Another name known by at work: _____

3.  Mailing address: No.: 150-60 Street: 60th Ave _____ Apt. # # 16 _____
    City/town: Flushing _____ County: Queens _____ State: NY Zip code: 11355 _____

4.  Phone: (347) 615-6957 _____      5. Other phone:( ) _____

6.  Email: _____      7. Your primary/preferred language: Cantonese _____

## Part 2. Claim Filed Against (Business/Business Owner Information)

8a.  Business name: Great Care Inc. _____

8b.  Legal name (if different): _____

8c.  Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☑ Corporation ☐ Other: _____

8d.  Mailing address: No.: 110 Street: West 34th St. _____ Fl/Rm/Suite#: # 1207 _____
     City/town: NY. _____ County: New York _____ State: NY Zip code: 10001 _____

8e.  Business phone: (212) 564-7192 _____ 8f. Email: _____

LS 223 (03/21)

9a.  Owner(s) name(s) and title(s): _____

_____

9b.  Mailing address: No.: _____ Street: _____ Apt. #: _____

City/town: _____ County: _____ State: _____ Zip code: _____

9c.  Owner phone: ( _____ ) _____ 9d.  Email: _____

10.  Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☑ other: **Home health**

11.  Business hours of operation: _____ 12.  Total # of employees: _____

13a.  Is the company still in business? ☑ Yes ☐ No  13b.  If "No," when did business close? _____

14.  Employer's bank name and location (attach copy of check or check stub): _____

15.  Has the employer filed for bankruptcy? ☐ Yes ■ No ☐ Unknown

## Part 3.  Person Filing Claim (Employment Information)

16.  Your job title: **Home attendant**  17.  Type of work you performed: **Caring for sick and infirmed in their homes**

18.  Date hired: **9/20/16**  19.  Name and title of person who hired you: _____

20.  Name/s of your manager/supervisor/foreman: **Ms. Ou Yang**

21.  Name of person who paid your wages: _____

22.  Worksite address: No.: _____ Street: **(Patient's home, see Part 11)** Fl/Rm/Suite#: _____

City/town: _____ County: _____ State: _____ Zip code: _____

23.  Did you regularly travel outside New York State for work? ☐ Yes ■ No

24.  Your relationship with business: ☐ Still employed ☐ Discharged ☐ Quit ■ Temporarily laid-off

25a.  Last day worked: **03/25/2021**  25b.  Reason for leaving: **Lack of work**

26a.  Were you a member of a union? ☐ Yes ■ No  26b.  If "Yes," union name and Local no.: _____

27a.  Your rate of pay: $ **$10 to $17** per ☐ Day ☐ Week ■ Hour ☐ Other _____

27b.  Your overtime rate of pay: $ _____

28a.  Did you earn tips on a regular basis? ☐ Yes ■ No  28b.  If "Yes," how much on average per hour? _____

28c.  Has your employer kept your or any other employee's tips? ☐ No ☐ Yes – yours ☐ Yes – others'

28d.  If "Yes," how much? Please Explain: _____

29a.  What was your payday? ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ■ Fri ☐ Sat ☐ Sun

29b.  What period did this cover? (e.g. Sat through Fri) **Saturday to Friday**

30.  How often were you paid? ☐ Daily ■ Weekly ☐ Every two weeks ☐ Other _____

31.  How were your wages paid? ☐ Cash ☐ Check ☑ Direct Deposit ☐ Pay Card

☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a.  Were you required to wear a uniform? ☐ Yes ■ No  32b.  If "Yes," describe the uniform: _____

_____

32c.  Were uniforms free of charge? ☐ Yes ☐ No  32d.  If "No," how were uniforms purchased and how much did they cost?

_____

## Part 4. Unpaid Wages Claim

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay).** Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A. Payroll Week Ending Date | B. Number of Days Worked in the Week | C. Hours Worked in the Week | D. Rate of Pay (Earned or Promised) | E. Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F. Gross Wages Owed for the Week | G. Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H. Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **I. Total** | |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check: _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: _____9/20/16_____ to: _____3/25/21_____

## Part 5. Unpaid Paid Sick Leave

**Fill in this section for Paid Sick Leave you are owed.** Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A. Time Period Paid Sick Leave Accrued | B. Amount of Paid Sick Leave Accrued | C. Date(s) when Paid Sick Leave used | D. Amount of Benefit Time Owed | E. Regular Rate of Pay | F. Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | **G. Total** | | |

## Part 6.  Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed.** Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.    Explain the benefits promised or attach a copy of the written policy/handbook: _____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | **G. Total** | |

## Part 7.  Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.    Are you paid the minimum wage for each hour worked? ☐ Yes ☑ No

35b.    Are you paid time and ½ for the hours worked over 40? ☐ Yes ☑ No

35c.    Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No    35d.    If "Yes," how much per hour?_____

35e.    Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

☐ Yes ☑ No

35f.    If "No" to any of the above, please explain and fill in the schedule of your work week below: _____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : | | |
| Monday | : | : | | |
| Tuesday | : | : | | |
| Wednesday | : | : | | |
| Thursday | : | : | | |
| Friday | : | : | | |
| Saturday | : | : | | |
| | | | **F. Weekly Total** | |

36a.  Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b.  If "No," please provide your estimate of average number of hours worked per week: _____

36c.  Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d.  Claim Range: What time-period does your minimum wage or overtime claim cover?
Date from: _____9/20/16_____ to: _____3/25/21_____

36e.  Provide information on your regular and overtime rates of pay during the above claim range.
Date from: _____     to: _____
Regular: $ _____ per _____     Overtime: $ _____ per _____
Date from: _____     to: _____
Regular: $ _____ per _____     Overtime: $ _____ per _____
Date from: _____     to: _____
Regular: $ _____ per _____     Overtime: $ _____ per _____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a.  ☐ Provide a 30-minute meal period _____
         Were you paid for the time worked when the employer failed to provide the meal period? ☐ Yes ☐ No

37b.  ☐ Provide a wage statement (pay stub) _____

37c.  ☐ Provide a day of rest _____

37d.  ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/
         Direct Deposit/Payroll Debit Card (Pay Card) _____

37e.  ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

_____

37f.  ☐ Provide a termination notice _____

37g.  ☐ Provide a notice of pay rate with all required information _____

37h.  ☐ Pay wages on time _____

37i.  ☐ Pay wages "on the books" _____

37j.  ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k.  ☐ Post required notices/Minimum Wage Poster _____

37l.  ☐ Follow rules for employment of minors (under 18) _____

37m. ☐ Other _____

## Part 9.  Claim Background

38a.  Did you ask for your wages?  ☐ Yes ■ No

38b.  If "Yes," please explain.  Who and when did you ask, and what happened?

_____

_____

38c.  Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes ☑ No

38d.  If "Yes," please explain: _____

## Part 10.  Retaliatory Action

39a.  Did you complain to your employer about this or another labor law violation?   ☐ Yes ☑ No

39b.  If "Yes," what happened?  _____

39c.  Do you now want to file a retaliation claim against this employer? ☐ Yes ☑ No

## Part 11.  Claim Assistance

40a.  Do you have a representative (e.g. private attorney, advocacy group)? ☑ Yes ☐ No

40b.  If "Yes," provide name of person or group: _Chinese Staff and Workers Association_

40c.  Has this representative assisted you in filing this claim?  ☑ Yes ☐ No

40d.  Have you paid, or do you plan to pay, this representative? ☐ Yes ☑ No

40e.  Do you want us to speak with this representative about your claim? ☑ Yes ☐ No
       If so, representatives must submit a Letter of Representation (LS 11).

40f.  Did anyone, other than the representative, help you fill out this form? ☐ Yes ☑ No

40g.  If "Yes." who helped you and why did they help you? _____

### Additional Comments/Useful Information:
See attached.

_____
_____
_____
_____
_____
_____
_____

**I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.**

✗ Zhan Jin Li

Claimant Signature

9/8/22

Date

Return your completed form to the address on Page 1.

ATTACHMENT TO CASE: ZHAN JIN LI Great Care

**PART 11 - Additional Comments/Useful Information:**

From 9/20/16 to 11/30/16, Claimant worked 24 hours a day for 2 days a week. During this period, Claimant cares for a 80+ year-old female patient, who lives in Uptown Manhattan, NYC. The patient has dementia, high blood pressure, incontinence, and uses a walker or wheelchair to get around. At night, Claimant had to get up at least 2 to 3 times to address the patient's toileting needs, by helping with the use of commode. Claimant had to get up 2 to 3 times per night, from 9:30pm to 6am, and was unable to get uninterrupted sleep. Claimant only had 15 minutes of meal time per meal.

From 12/1/16 to 12/31/16, Claimant worked 24 hours a day for 3 days a week. During this period, Claimant cares for a 90+ year-old female patient, who lives at 147th St., Flushing, NYC. The patient has serious dementia, diabetes, and can't walk (uses a walker or wheelchair to get around), and uses abusive language. At night, Claimant had to get up at least 8 to 9 times to address the patient's toileting needs, by helping with the use of commode. Claimant had to get up 10 times per night, from 11:30pm to 5am, and was unable to get uninterrupted sleep. Claimant had no time for any meals.

From 12/1/16 to 2/28/2, Claimant worked 24 hours a day for 1 day a week, and from 3/1/17 to 3/22/20, Claimant worked 24 hours a day for 3 days a week. During these periods, Claimant cares for a 90+ year-old couple, Mr. Bai and Ms. Chen, who lives at 102 Delancey St., 2 Fl, NYC. The main, female patient has dementia, and can't walk (uses a walker or wheelchair to get around). At night, Claimant had to get up at least 1 to 2 times to address the patient's toileting needs, by either changing diapers or helping with the use of commode. Claimant had to get up 3 times per night and was unable to get uninterrupted sleep. Claimant only had 15 minutes of meal time per meal.

From 1/1/17 to 12/1/17 Claimant worked 24 hours a day for 2 days a week. During these periods, Claimant cares for a 80+ year-old female patient, Rui Ying Chen who lives at Confucius Plaza, NYC. The patient has dementia, uses abusive language, uses a walker or wheelchair to get around, and needs to be watched all night. At night, the Claimant had to get up at least 1 time to address the patient's toileting needs, by either helping change diapers or by helping with the use of commode. Claimant had to get up 3 to 4 times per night, from 9:30pm to 6:30am, and was unable to get uninterrupted sleep. Claimant only had 15 minutes of meal time per meal.

From 1/1/21 to 3/25/21, Claimant worked 24 hours a day for 1 day a week. During these periods, Claimant cares for a 100+ year-old female patient, Ms. Chen, who lives E 4th St., NYC. The patient has dementia, asthma and uses breathing equipment to breathe. At night, the Claimant had to get up at least 2 to 3 times to address the patient's toileting needs, by helping with the use of a commode. Claimant had to get up 3 to 4 times per night, from 9:30pm to 6:30am, and was unable to get uninterrupted sleep. Claimant only had 15 minutes of meal time per meal.

*Summary.* During the aforementioned periods, for every 24-hour shift worked, Claimant only received 13 hours of pay.



**NEW YORK** STATE OF OPPORTUNITY. | **Department of Labor**

Division of Labor Standards

## Letter of Representation

**Fill in each item if you are representing an employer or complainant in a Labor Standards matter.**

Date: ___5/25/22___

Case File ID or Order to Comply Number: _____

Client/Member Represented (check one):   ☐ Employer   ☒ Complainant/Claimant

Client/Member Name: ___Zhu Huan L Lin___

Client Business Name: _____

Subject of Client's Claim (e.g. minimum wage, overtime etc.):

UNPAID WAGES, HOME HEALTH AIDE(24-HOUR SHIFT)

### Representative Information (all fields must be completed)

Name: ___Yueheng Zhang___

Organization/Firm Name: ___Chinese Staff and Workers Association___

Signature: _____

Title: ___ORGANIZER___

Choose One: ☐ Attorney   ☒ Advocate   ☐ Accountant   ☐ Other: _____

Address: 345 GRAND ST, NEW YORK, NY 10002

Telephone: 212-334-2333        Fax: 212-334-1974

Email: zhangyueheng@gmail.com

Are you being compensated by the claimant?   ☐ Yes   ☒ No

**Client/Member Authorization:** I authorize the above named individual or organization to represent me in matters involving my complaint/claim. You have my permission to communicate or share information with my representative as necessary.

Client/Member Signature: ✕ _Zhu Huan Huan_

LS 11 (10/16)

Division of Labor Standards
Harriman State Office Campus
Building 12, Room 266B
Albany, NY 12240

**WE ARE YOUR DOL**

NEW YORK STATE | **Department of Labor**

www.labor.ny.gov

| Office Use Only: |
| --- |
| LS ID _____ |
| LCM _____ |
| PV ☐ Priority _____ |
| Taken by _____ |
| Date _____ |

## Labor Standards Complaint Form

Use this form to claim unpaid wages, illegal deductions, wage supplements, minimum wage, overtime, no meal period, etc.

**Note:** This complaint form is available in languages other than English. Anyone working in New York State may make a complaint to the New York State Department of Labor. Be sure to read Information About Filing a Claim (LS223.2) before filling out this form.

Please answer all questions for each part related to your claim. Providing complete information helps us review your complaint and accept it for investigation. Return your completed form to the address above.

We will contact you if we do not have enough information to proceed or if your claim appears invalid. If you have questions about how to complete this form call (888) 469-7365.

**We cannot accept the following wage or supplement claims:**

- For work performed outside of New York State.
- From anyone employed in an administrative, executive, or professional capacity who earns over $900 gross per week (they are excluded from coverage under Sections 190[7] and 198-c[3]).
- From individuals employed by a public entity such as a town, county, or city.
- From individuals who are in business for themselves.
- For work performed on a public work project (use form PW-4).

## Part 1. Person Filing Claim (Employee/Complainant Information)

1. Name:(first) Zhu Huan _____ (middle) _____ (last) Li Lin _____

2. Another name known by at work: _____

3. Mailing address: No: 66-11 ___ Street: Booth St _____ Apt. # _____

   City/town: Rego Park ____ County: Queens ____ State: NY ____ Zip code: 11374

4. Phone: ( 929 ) 245-7036 _____ 5. Other phone:( ____ ) _____

6. Email: _____ 7. Your primary/preferred language: Cantonese _____

## Part 2. Claim Filed Against (Business/Business Owner Information)

8a. Business name: Great Care Inc. _____

8b. Legal name (if different): _____

8c. Legal entity type: ☐ Individual ☐ LLC ☐ Partnership ☑ Corporation ☐ Other: _____

8d. Mailing address: No.: 110 ____ Street: West 34th St. ____ Fl/Rm/Suite#: # 1207 ____

   City/town: NY. ____ County: New York ____ State: NY ____ Zip code: 10001

8e. Business phone: ( 212 ) 564-7192 _____ 8f. Email: _____

LS 223 (03/21)                                                    Page 1 of 6

9a.  Owner(s) name(s) and title(s): _____

_____

9b.  Mailing address: No.: _____ Street: _____ Apt. #: _____

City/town: _____ County: _____ State: _____ Zip code: _____

9c.  Owner phone: ( _____ ) _____ 9d.  Email: _____

10.  Business type: ☐ restaurant ☐ retail store ☐ domestic help ☐ construction ☐ office ☐ other: Home health

11.  Business hours of operation: _____ 12.  Total # of employees: _____

13a.  Is the company still in business? ☑ Yes ☐ No  13b.  If "No," when did business close? _____

14.  Employer's bank name and location (attach copy of check or check stub): _____

15.  Has the employer filed for bankruptcy? ☐ Yes ■ No ☐Unknown

## Part 3. Person Filing Claim (Employment Information)

16.  Your job title: Home attendant _____ 17.  Type of work you performed: Caring for sick and

infirmed in their homes

18.  Date hired: 3/1/2015 _____ 19.  Name and title of person who hired you: _____

20.  Name/s of your manager/supervisor/foreman: Ms. Zhu or Chu _____

21.  Name of person who paid your wages: _____

22.  Worksite address: No.: _____ Street: (Patient's home, see Part 11) _____ Fl/Rm/Suite#: _____

City/town: _____ County: _____ State: _____ Zip code: _____

23.  Did you regularly travel outside New York State for work? ☐ Yes ■ No

24.  Your relationship with business: ☐ Still employed ☐ Discharged ☐ Quit ☑ Temporarily laid-off

25a.  Last day worked: 3/8/2021 _____ 25b.  Reason for leaving: Infected With Covid-19

26a.  Were you a member of a union? ☐ Yes ■ No  26b.  If "Yes," union name and Local no.: _____

27a.  Your rate of pay: $ 14 to $17 ____ per ☐ Day ☐ Week ■ Hour ■ Other Before 2018, $143 per diem

27b.  Your overtime rate of pay: $ _____

28a.  Did you earn tips on a regular basis?  ☐ Yes ■ No  28b.  If "Yes," how much on average per hour? _____

28c.  Has your employer kept your or any other employee's tips? ☐ No ☐ Yes – yours ☐ Yes – others'

28d.  If "Yes," how much? Please Explain: _____

29a.  What was your payday? ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ■ Fri ☐ Sat ☐ Sun

29b.  What period did this cover? (e.g. Sat through Fri) Saturday to Friday _____

30.  How often were you paid? ☐ Daily ■ Weekly ☐ Every two weeks ☐ Other _____

31.  How were your wages paid? ☐ Cash ☐ Check ■ Direct Deposit ☐ Pay Card

☐ Combination: (please explain - e.g. part in cash and part by check) _____

32a.  Were you required to wear a uniform?  ☐ Yes ■ No  32b.  If "Yes," describe the uniform:

_____

32c.  Were uniforms free of charge? ☐ Yes ☐ No  32d.  If "No," how were uniforms purchased and how much did they cost?

_____

**Part 4. Unpaid Wages Claim**

**Fill in this section if you are owed wages (see Part 6 if you are due overtime pay).** Use one row for each week. Gross wages mean the amount earned before taxes or other deductions. Attach a separate sheet(s) for additional weeks, or to give more information.

| A. Payroll Week Ending Date | B. Number of Days Worked in the Week | C. Hours Worked in the Week | D. Rate of Pay (Earned or Promised) | E. Illegal Deductions from Wages (e.g. fines, breakage, etc.) | F. Gross Wages Owed for the Week | G. Gross Wages Paid (If employer paid some of the wages owed write the amount here) | H. Difference Between Gross Wages Owed and Gross Wages Paid |
|---|---|---|---|---|---|---|---|
| Ex.: 4/4/2017 | 7 | 35 | $16.00 per hour | | $560 (CxD) | $0 | $560 (F-G) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **I. Total** | |

33a.  If your paycheck was not honored by the bank, please provide check number and payroll week ending date. If available, provide a copy of the check: _____

33b.  Claim Range: What time period does your wage claim cover?

Date from: _____3/15/16_____  to: _____3/8/21_____

**Part 5. Unpaid Paid Sick Leave**

**Fill in this section for Paid Sick Leave you are owed.** Section 196-b of the New York State Labor law requires employers with five or more employees or net income of more than $1 million to provide paid sick leave to employees. On September 30, 2020, covered employees in New York State began to accrue leave at a rate of one hour for every 30 hours worked. On January 1, 2021, employees may start using accrued leave.

| A. Time Period Paid Sick Leave Accrued | B. Amount of Paid Sick Leave Accrued | C. Date(s) when Paid Sick Leave used | D. Amount of Benefit Time Owed | E. Regular Rate of Pay | F. Amount of Benefit Payment Due |
|---|---|---|---|---|---|
| Ex.: 9/30/20-1/8/21 | 16.5 hours | 1/11/21 | 8 hours | $20/hour | $160 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **G. Total** | |

## Part 6.  Unpaid Wage Supplement Claim

**Fill in this section for wage supplements you are owed.** Wage supplements are fringe benefit payments promised by the employer such as: vacation pay, expenses, and holiday pay, etc.

34.    Explain the benefits promised or attach a copy of the written policy/handbook: _____

| A. Type of Benefit Owed | B. Time Period Benefit Earned | C. Date Benefit Payment Due | D. Amount of Benefit Time Owed | E. Amount of Benefit Payment Due | F. Benefit Promised by: |
|---|---|---|---|---|---|
| Ex.: Vacation pay | 1/1/16–12/31/16 | 1/1/17 | 1 week | $700 | ☑ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | | ☐ written policy ☐ verbal promise |
| | | | | **G. Total** | |

## Part 7.  Unpaid Minimum Wage or Overtime Claim

**Fill in this section** if you were paid below the State Minimum Hourly Wage and/or you were not paid overtime, or if you are owed extra pay for working 2 shifts in one day, or for working more than 10 hours in one day. Most employees must be paid at least the minimum wage and time and ½ if they work more than 40 hours per week.

35a.   Are you paid the minimum wage for each hour worked? ☐ Yes ☑ No

35b.   Are you paid time and ½ for the hours worked over 40? ☐ Yes ☑ No

35c.   Are you paid any wages for the hours worked over 40? ☐ Yes ☐ No    35d.   If "Yes," how much per hour?_____

35e.   Are you paid an extra hour for working 2 shifts in one day or for working more than 10 hours in one day?

         ☐ Yes ☑ No

35f.   If "No" to any of the above, please explain and fill in the schedule of your work week below: _____

| A. Workday | B. Time Workday Started | C. Time Workday Ended | D. Time off for Meals | E. Total Hours |
|---|---|---|---|---|
| Example | 10:00 am | 11:00 pm | 30 min | 12.5 hours |
| Sunday | : | : | | |
| Monday | : | : | | |
| Tuesday | : | : | | |
| Wednesday | : | : | | |
| Thursday | : | : | | |
| Friday | : | : | | |
| Saturday | : | : | | |
| | | | **F. Weekly Total** | |

36a.  Are the hours worked listed above the same every week?  ☐ Yes ☐ No

36b.  If "No," please provide your estimate of average number of hours worked per week: _____

36c.  Are you owed call-in pay, or uniform maintenance pay? If yes, please explain and provide dates.

_____

36d.  Claim Range: What time-period does your minimum wage or overtime claim cover?
Date from: _____ 3/15/16 _____ to: _____ 3/8/21 _____

36e.  Provide information on your regular and overtime rates of pay during the above claim range.
Date from: _____    to: _____
Regular: $ _____ per _____    Overtime: $ _____ per _____
Date from: _____    to: _____
Regular: $ _____ per _____    Overtime: $ _____ per _____
Date from: _____    to: _____
Regular: $ _____ per _____    Overtime: $ _____ per _____

## Part 8.  Non-Wage Complaint

**Check those that apply if you want to make a non-wage related complaint. Check all that apply. Please explain and provide an additional sheet if needed.**

The employer failed to:

37a.  ☐ Provide a 30-minute meal period _____

Were you paid for the time worked when the employer failed to provide the meal period? ☐ Yes ☐ No

37b.  ☐ Provide a wage statement (pay stub) _____

37c.  ☐ Provide a day of rest _____

37d.  ☐ Provide payment of employee wages by at least one of these permissible methods: Cash/Check/ Direct Deposit/Payroll Debit Card (Pay Card) _____

37e.  ☐ Obtain written employee authorization for payment of wages by Direct Deposit or Payroll Debit Card.

_____

37f.  ☐ Provide a termination notice _____

37g.  ☐ Provide a notice of pay rate with all required information _____

37h.  ☐ Pay wages on time _____

37i.  ☐ Pay wages "on the books" _____

37j.  ☐ Provide for accrual of required New York State Paid Sick Leave _____

37k.  ☐ Post required notices/Minimum Wage Poster _____

37l.  ☐ Follow rules for employment of minors (under 18) _____

37m.  ☐ Other _____

## Part 9.  Claim Background

38a.  Did you ask for your wages?  ☐ Yes ■ No

38b.  If "Yes," please explain.  Who and when did you ask, and what happened?

_____

38c.  Have you already taken action, such as filing in small claims court or a lawsuit, to recover your wages?

☐ Yes  ☑ No

38d.  If "Yes," please explain: _____

## Part 10.  Retaliatory Action

39a.  Did you complain to your employer about this or another labor law violation?   ☐Yes  ☑ No

39b.  If "Yes," what happened?  _____

39c.  Do you now want to file a retaliation claim against this employer?  ☐ Yes  ☑ No

## Part 11.  Claim Assistance

40a.  Do you have a representative (e.g. private attorney, advocacy group)?  ☑ Yes  ☐ No

40b.  If "Yes," provide name of person or group:  Chinese Staff and Workers Association

40c.  Has this representative assisted you in filing this claim?  ☑ Yes  ☐ No

40d.  Have you paid, or do you plan to pay, this representative?  ☐ Yes  ☑ No

40e.  Do you want us to speak with this representative about your claim?  ☑ Yes  ☐ No
      If so, representatives must submit a Letter of Representation (LS 11).

40f.  Did anyone, other than the representative, help you fill out this form?  ☐ Yes  ☑ No

40g.  If "Yes." who helped you and why did they help you? _____

**Additional Comments/Useful Information:**
See attached.

_____
_____
_____
_____
_____
_____
_____

**I certify the above information is true to the best of my knowledge, and I am aware there are penalties for making false statements. I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim. I will notify the New York State Department of Labor if my contact information changes.**

_____
Claimant Signature

_____
5/25/22
Date

Return your completed form to the address on Page 1.

ATTACHMENT TO CASE: ZHU HUAN LI LIN Great Care

**PART 11 - Additional Comments/Useful Information:**

From 3/15/16 to 8/30/16, Claimant worked 24 hours a day for 1 day a week. Then from 9/1/16 to 12/31/16, Claimant worked 24 hours a day for 2 days a week. Finally from 1/1/17 to 3/8/21, Claimant worked 24 hours a day for 3 days a week. During these periods, Claimant has the same female patient whose name is Ms. Sau King Chin. The female patient is 100+ years old and lives at 56 E 4th St, #2C, NYC. The female patient has dementia, inability to walk, uses walker or wheelchair to go around, goes to the toilet frequently, 10 times a night, and uses diapers, commode or bathroom. Claimant needed to get up 10 times a night (10 pm to 5 am), and was unable to get 5 hours uninterrupted sleep. Claimant only had 10 minutes of meal time per meal.

*Summary.* During the aforementioned periods, for every 24-hour shift worked, Claimant only received 13 hours of pay.