This exhibit has been filed under seal.