# Deposition Transcript

Case Number: 24-CV-7401(LTS)(KHP)

Date: February 11, 2026

In the matter of:

# HEI LI et al. v GREATCARE, INC., et al.

# MEI MEI ZHAO



**CERTIFIED COPY**

Reported by:
MIRIAM SCHWEKE

Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
HEI LI, ZHU H.L. LIN, XIU F. CHEN, MEI F.
CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X.
RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z.
ZHANG, BI Y. ZHENG, XIU X. ZHU,

                              PLAINTIFFS,


        -against-    Case No.:
                     24-CV-7401(LTS)(KHP)


GREATCARE, INC., CENTERLIGHT HEALTHCARE,
INC., and SENIOR WHOLE HEALTH OF NEW YORK,
INC.,

                              DEFENDANTS.
-------------------------------------------X


              DATE: February 11, 2026

              TIME: 10:53  A.M.




        DEPOSITION of the Defendant, MEI

MEI ZHAO, taken by the Plaintiff, pursuant

to a Court Order and to the Federal Rules

of Civil Procedure, held at the offices of

National Center for Law and Economic

Justice, 50 Broadway, Suite 1500,

New York, New York 10004, before Miriam

Schweke, a Notary Public of the State of

MEI MEI ZHAO                                                         JOB NO. 2411679
FEBRUARY 11, 2026

New York.

A P P E A R A N C E S:


NATIONAL CENTER FOR LAW AND ECONOMIC
JUSTICE
   Attorneys for the Plaintiffs
   HEI LI, ZHU H.L. LIN, XIU F. CHEN, MEI F.
   CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X.
   RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z.
   ZHANG, BI Y. ZHENG, XIU X. ZHU,
   50 Broadway, Suite 1500
   New York, New York 10004
   BY:  CARMELA HUANG, ESQ.


GETMAN, SWEENEY & DUNN, PLLC
   Attorneys for the Defendant
   HEI LI, ZHU H.L. LIN, XIU F. CHEN, MEI F.
   CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X.
   RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z.
   ZHANG, BI Y. ZHENG, XIU X. ZHU,
   260 Fair Street
   Kingston, New York 12401
   BY:  CAROLINE FRIEDMAN, ESQ.
   BY:  KAREN YAU, ESQ


LAW OFFICE OF JOSE MUNIZ
   Attorneys for the Defendant
   GREATCARE, INC.
   277 Broadway
   New York, New York 10007
   BY:  JOSE MUNIZ, ESQ.


BRENLLA LLC
   Attorneys for the Defendant
   CENTERLIGHT HEALTHCARE, INC.
   250 Park Avenue, 7th Floor
   New York, New York 10177
   BY:  GEORGE BRENLLA, ESQ.

STRADLEY RONON
   Attorneys for the Defendant
   SENIOR WHOLE HEALTH OF NEW YORK, INC.,
   One Riverfront Plaza
   1037 Raymond Boulevard, Suite 920
   Newark, New Jersey 07102
   BY:  KAITLYN GRAJEK, ESQ.


ALSO PRESENT:
UNA WILKINSON - Cantonese Interpreter

               *          *          *

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*     *     *     *

M. ZHAO

U N A   W I L K I N S O N, a Cantonese interpreter, solemnly swore to translate the following questions from English to Cantonese and answers from Cantonese to English:

M E I   M E I   Z H A O, called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MS. HUANG:

Q.    Please state your name for the record.

A.    Mei Mei Zhao.

Q.    What is your address?

A.    2510 Bath Avenue, Brooklyn, New York 11214.

MS. FRIEDMAN:  I'm requesting a copy of today's deposition.

MS. GRAJEK:  I'm requesting a copy of today's deposition.

Q.    Morning, Ms. Zhao, my name is Carmela Huang.  I'm one of the attorneys

M. ZHAO

A.    Are you talking about the record that such as maybe a patient's taken a fall or that patient goes to the hospital, that sort?

Q.    Yes, those kinds of records and others.

A.    I don't know about other records but then usually I will be, you know, reporting such as like a patient's fall, patients go to hospital or patients having vacationed.

Q.    Okay.  Well, records regarding patient's falls or vacations or hospitalizations, where are those records kept?

A.    You mean which patient?

Q.    All patients.

A.    I believe that there is a binder which was kept in the company.

Q.    So is it accurate to say that every customer or patient of GreatCare's has a binder with information in it?

A.    The record that you're talking about was the record that I was talking

M. ZHAO

those incidents to the case manager.

Q.    Besides reporting incidents to the case manager, what other sorts of communications would you have with the case managers at Senior Whole Health?

A.    No, really.  Basically I would only contact them if -- for the patient's fall, vacations, going to hospital or if their condition has changed.

Q.    Besides case managers, did you have any other communications with other people at Senior Whole Health?

A.    You mean what kind of people, member service, do they count?

Q.    They would count.

A.    Then in that case member services as well.  But every time I call it would be a different person in member service.

Q.    What would you call member services for?

A.    Just the same thing, to report about the hospitalization, having a fall, going for vacation or any condition change.

M. ZHAO

specified and then the schedule they have provided us with, so I don't know whether there are any other rules, I don't know.

Q. Is GreatCare allowed to schedule an aide to work for more than 40 hours per week for a Senior Whole Health member?

A. Can you please repeat that question?

Q. Is GreatCare allowed to schedule an aide to work more than 40 hours per week for a Senior Whole Health member?

A. You're talking about up to 40 hours or over 40 hours?

Q. Over 40 hours.

A. I cannot recall that -- whether that happened, I am not sure. And also I'm not sure that how many hours a home aide can actually do, you know, whether they can actually -- able -- whether they are able to work so much. But then as to whether they can work overtime, it is possible, but I am not sure. I don't recall.

Q. Earlier you testified that when

M. ZHAO

e-mail to them, I don't know.

Q.    Did you send e-mails to other people at GreatCare?

A.    Others in GreatCare, who are you talking about?

Q.    Anybody else who worked at GreatCare?

A.    Usually I'll be making phone calls with Ouyang.  And then Kenny, who worked downstairs, would be using telephone as well.  I'm not sure whether I did send e-mail to others.

THE INTERPRETER:  Actually, I made a mistake, the interpreter made a mistake then.  For other -- to communicate with other assigners in the office, I would be just talking with them face to face like now, but then since Kelly is working downstairs, so I'll be making phone calls with her.

Q.    Okay.  You said earlier that you would report to Senior Whole Health when one of their members went into the

M. ZHAO

hospital, correct?

A.    Yes, if a patient going into the hospital, then we'd need to report that to the insurance company.

Q.    How did you know you needed to report that to the insurance company?

A.    Because Miss Wang had told me that.

Q.    Do you know why you needed to report that information to the insurance company?

A.    I am unable to say why we need to do that, it's just that Miss Wang told me that we need to make that report.

Q.    How would you know when members were going into the hospital?

A.    We will receive phone calls.

Q.    From whom?

A.    Depends, sometimes it would be the aide, sometimes it would be the patient.

Q.    So you also had to report changes in conditions and vacations, did you also report changes in medication?