# Greatcare Inc.
110 W 34th St Suite 1207 New York, NY 10001
Tel: 646-267-5677 Fax: 212-419-1284


**March 10, 2020**


**ATTN:** Case Manager/Authorization          **From: (Cindy) Wei Yang** 212-564-3882

**FAX**: 1855-818-4871


**RE:** ██████████████████████████████████

**Member went to Emergency Room 5:30 PM 03/09/2020**

**Aide request get full paid from 8:00 AM of 03/09/20 to 8:00 AM of 03/10/20**

**Incident Report:**

We are informed member ███████████ went to NY Presbyterian Hospital Lower Manhattan on 03/09/2020.  The aide called ambulance around 4:00 PM, ambulance came and drop off Emergency Room around 5:30 PM.  The member has PCA service.  The Aide worked from 8:00 AM of 03/09/2020 to 8:00 AM of 03/10/2020. No sure if member is hospitalized or not.

If you have question, please contact me. Thank you!

Best Regard,


Wei Yang

ATTORNEYS' EYES ONLY                                                              SWHNY004516
PAGE 1/1 * RCVD AT 3/10/2020 12:22:11 PM [Eastern Daylight Time] * SVR:SWHFAX/13 * DNIS:8907 * CSID:+13157504068 * ANI:3157504068 * DURATION (mm-ss):00-41

# Greatcare Inc.

110 W 34th St Suite 1207 New York, NY 10001

Tel: 646-267-5677   Fax: 212-419-1284

**Date: 3/9/2021**

**ATTN:** CM     **From:** Meimei 212-564-3882

**FAX**:

**RE:** ███████████████████████

Please be advised that member escorted to ER of Downtown Hospital around 9pm on 3/8/2021. Later member admitted to the hospital. Member is tested positive for COVID-19. Last day of service is 3/8/2021.

Thank you.

ATTORNEYS' EYES ONLY                    SWHNY002738
PAGE 1/1 * RCVD AT 3/9/2021 11:14:09 AM [Eastern Standard Time] * SVR:MARIGHTFAX01/19 * DNIS:8907 * CSID:+13157504068 * ANI:3157504068 * DURATION (mm-ss):00-29