Greatcare Inc.
Policy Manual

## Nursing Assessment

Client: ▮▮▮▮▮▮▮▮  Age: ___ Height: 5'5" Weight: 130lb  Date 4/1/18

Diagnosis: BPH / GERD  Hyperlipidemia

Physical Presentation: _____

Mental Presentation: _____

| Physical Assessment | | normal | abnormal | not examined | description |
|---|---|---|---|---|---|
| Skin | Color | ✓ | | | |
| | Condition | ✓ | | | |
| | Temperature | ✓ | | | 92°F |
| | Turgor | ✓ | | | |
| Head | Hair | ✓ | | | |
| | Shape | ✓ | | | |
| Eyes | Appearance | ✓ | | | |
| | Vision | ✓ | ✓ | | glass |
| | Pupils | ✓ | | | |
| Ears | Appearance | ✓ | | | |
| | Hearing | ✓ | | | |
| Mouth | Teeth and gums | | ✓ | | Denture |
| | Throat | ✓ | | | |
| | Tongue | ✓ | | | |
| Nose | | ✓ | | | |
| Neck | Appearance | ✓ | | | |
| | Mobility | ✓ | | | |
| Chest | Configuration | ✓ | | | |
| | Auscultation | ✓ | | | |
| | Respirations | ✓ | | | 16/m |
| Breasts | Appearance | ✓ | | | |
| Heart | Auscultation | ✓ | | | 72/m |
| | Pulse apical | ✓ | | | |
| | Pulse radial | ✓ | | | 130/8 |
| | Blood pressure | ✓ | | | |
| | Circulation | ✓ | | | |
| Extremities | Upper | ✓ | | | |
| | Lower | | ✓ | | w too back pain |
| Abdomen | Shape | ✓ | | | |
| | Bowel sounds | ✓ | | | |
| | Palpation | ✓ | | | |
| Genitalia | Menstruation | | | ✓ | |
| | Prostate | | | ✓ | |

GC 06.30.2025 002582

## Greatcare Inc.
## Policy Manual

### FUNCTIONAL ASSESSMENT

| | INDEPENDENT | ASSISTANCE NEED | UNABLE | DESCRIBE |
|---|---|---|---|---|
| | | | | One |
| Ambulation | | ✓ | | |
| Stairs | | ✓ | | |
| Dressing | | ✓ | | |
| Feeding | ✓ | | | |
| Home care | | | ✓ | |
| Bathing | | ✓ | | |
| Phys. Therapy | | | | |
| Sleep | ✓ | | | |
| Elimination | | ✓ | | |
| Communication | ✓ | | | |

Orientation: Aw x 3

Affect:

Adjustment to Health Status:

Usual Day: Morning

Afternoon

Evening

Diet: 1 ___ lwo    Understanding    Yes    Compliance    Yes

Hx Medical:

Hx Surgical

Medications  Tamsulosin 0.4my tab ol Po  Synthroid 25mcg ol Po keb
Esomeprazole 40f keb ol Po  Tamsulosin 0.4my ol Po
crestor 5my keb ol Po

**RECOMMENDATION**

RN visit pe for Assess. presere was pt. al int pret. pe caph
to back pan. al wed to use jelos al rese, to help. ke el
ke al tot pret on fall meaure al stated postwo. chaye a
more postwar sly, proper diee One al verbal wtersch
pe left in no aree dortess al no emotionel heal owel.

SIGNATURE ___Hole___    LICENSE # 67720 DATE 6/1/18

GC 06.30.2025 002583

**Greatcare Inc.**

**NURSING PROGRESS NOTES**

Patient Name: ▮▮▮▮▮▮▮▮▮▮  D.O.B. ▮▮▮▮▮

Allergies: _____ NKA /

Time: 1600   VS: T 97  HR 72  RR 16  BP 130/80

**1. Skin:**
- Integrity: (✓) intact  ( ) bruising  ( ) dryness  ( ) rash  ( ) wound  ( ) drainage
- Temp: (✓) warm  ( ) cool  ( ) diaphoretic
- Turgor: (✓) normal  ( ) loose  ( ) taut
- Oral Cavity: (✓) moist  ( ) dry  ( ) cracked  ( ) sores

**2. Neuromuscular/ Behavioral:**
- Activity State: ( ) active  (✓) quiet/alert  ( ) crying  ( ) lethargic  ( ) sleeping  ( ) unresponsive  ( ) seizures  ( ) PERRLA
- Movement of Extremities:  ( ) equal  ( ) unequal  (✓) weakness  ( ) flaccid  ( ) rigid  ( ) spastic  ( ) normal
- Pain:  ( ) none  ( ) yes, location/ intensity _____
- Fontanels:  ( ) normal  ( ) full  ( ) sunken  ( ) bulging  ( ) soft  ( ) tense  (✓) N/A

**3. Respiratory:**
- Respirations:  (✓) no distress  ( ) grunting  ( ) flaring  ( ) stridor  ( ) retractions  ( ) suction  ( ) oxymetry stats  ( ) trach  ( ) vent  ( ) CPAP  ( ) neb treatments _____  ( ) cough  ( ) O2@ ___ L via ___  (✓) clear/ equal bilaterally  (✓) symmetrical  ( ) sputum (amount, color, consistency, odor): _____

**4. Cardiovascular:**
- Rhythm:  (✓) regular  ( ) irregular  ( ) murmur  ( ) IVs/lines _____
- Pulses:  (✓) normal  ( ) bounding  ( ) weak  ( ) absent site appearance _____
- Capillary Refill: (✓) Normal  ( ) prolonged ___ sec.  Liver (✓) N/A  ( ) palpable __ cm edema __

**5. GI:**
- Bowel sounds: (✓) normal  ( ) hypoactive  ( ) hyperactive  ( ) absent
- Abdomen:  (✓) soft  ( ) firm  ( ) distended  CURRENT WEIGHT _____
- Feeding Tubes via: _____  ( ) placement  ( ) tolerating  ( ) not tolerating
- Diet: ___ in__ lur es  ( ) NPO last BM ____ other tubes ____

**6. GU:**
- ( ) voiding  ( ) catheter (type/ size) ____  (✓) continent  ( ) incontinent  ( ) diaper
- Color / odor/ pain: _____

**7. Endo/ Metabolic:**
- ( ) blood  ( ) controls  ( ) urine
  Sugars  glucose
- Disposal of waste: _____  Total Intake: _____  Total Output: _____
- ( ) MD Orders/ Care Plan Reviewed  ( ) MD Contact (✓) No  ( ) Yes  Response/Result

**Time/ Narrative:**
pt A+O x3. denies chest pain or sob. pt sleeping and appetite is not good

Status upon Departure: _____

Employee Name /Status / Signature: _____
Date: 4/1/18  Time In: 16—  Time Out: 1620

GC 06.30.2025 002584

Greatcare Inc.
Policy Manual

PCA _____ HHA  **CARE PLAN**

**PATIENT NAME** _____

**ADDRESS** _____

**PATIENT TELEPHONE** _____

**ADM DATE** _____ **DOB** _____

**PHYSICIAN** Andy  HT-Ng  **PHONE** 212-226-?1

**EMERG CONTACT** _____ **PHONE** _____

**PHONE** _____ **DIRECTIONS** _____

**RELATIONSHIP** _____

**CASE MGR** _____

**ORGANIZATION** _____ **PHONE** _____

**ALLERGIES** nₒₐ **ADV. DIR.** ____ **YES** ____ **NO**

| NUTRITION/MEAL PREPARATION | PERSONAL CARE/FREQUENCY | ACTIVITIES |
|---|---|---|
| Prepare Breakfast seven times/ey veal | Bed Bath | Ambulate Ad Lib |
| Prepare Lunch seven times/ey veal | Tub Bath | Ambulate w/ cane ✓ |
| Prepare Dinner seven times/ey veal | Shower seven time/ey veel | Ambulate / walker |
| Prepare Snack | Shave | Restrictions |
| Extra Fluids | Skin Care ✓ | |
| Special Diet book tune | Nail Care ✓ | Transfers |
| Assist to Eat | Mouth Care ✓ | |
| | | Passive ROM |
| | | Bedrest |
| | | Turn and Position q ___ hours |

| ELIMINATION | DATE    MEDICATION | HOMEMAKING |
|---|---|---|
| Toilet ✓ | Name  Dose  Route      Time | Linen Change ✓ |
| Commode | Tamsulosin 0.4 al. P₂ | Laundry ✓ |
| Bedpan | | Light Housekeeping ✓ |
| Urinal | synthroid 37 al. P₂ | Vacuum ✓ |
| Catheter | | Dust ✓ |
| I & O | Esomeprazole 47 al. P₂ | Mop Floors ✓ |
| Empty urine drainage bag | | Clean Bathroom ✓ |
| | Tamsulosin 0.4 al P₂ | Grocery Shopping ✓ |
| | Crestor 57 al. P₂ | |

**TREATMENTS**

Type  Duration    Time   Equipment

**OXYGEN - HHA ONLY**

Liters per minute _____

PRN _____

Continuous _____

Cannula _____

Mask _____

____ ✓ Assist with self administered medication   Clean equipment ____

____ Significant other assists with meds   Check oxygen left ____

____ Patient independent with meds   Clean Nebulizer ____

Change nonsterile dsg _____  **SPECIAL OBSERVATIONS/REPORTS**  Emergency Backup System ____

Reinforce dsg _____  TPR _____ BP _____ WT ____

T 97° P 72/m R 16/m

**PATIENT PROFILE** _____  BP 130/8 WT 130lb

**RN REVIEW/DATE/SIGN**

_Gdefn_

**SERVICE SCHEDULE** 7days x 24hrs Living-in case 13hrs per day, 8am-8am  4/1/18 assess

GC 06.30.2025 002587



**Greatcare Inc.**
**Policy Manual**
**Nursing Assessment**

Client: ██████████████ Age: _____ Height: 5'3" Weight: 118 lb Date: 5/25/19

Diagnosis: _____ hyperchlore ___ BP4 _____

Physical Presentation: _____

Mental Presentation: _____

| Physical Assessment | | Normal | Abnormal | Not Examined | Description |
|---|---|---|---|---|---|
| **Skin** | Color | ✓ | | | |
| | Condition | ✓ | | | |
| | Temperature | ✓ | | | 97°T |
| | Turgor | ✓ | | | |
| **Head** | Hair | ✓ | | | |
| | Shape | ✓ | | | |
| **Eyes** | Appearance | ✓ | | | |
| | Vision | | ✓ | | glass |
| | Pupils | ✓ | | | |
| **Ears** | Appearance | ✓ | | | |
| | Hearing | ✓ | | | |
| **Mouth** | Teeth and Gums | ⨉ | ✓ | | Denture |
| | Throat | ✓ | | | |
| | Tongue | ✓ | | | |
| **Nose** | | ✓ | | | |
| **Neck** | Appearance | ✓ | | | |
| | Mobility | ✓ | | | |
| **Chest** | Configuration | ✓ | | | |
| | Auscultation | ✓ | | | |
| | Respirations | ✓ | | | 16/mm |
| **Breasts** | Appearance | ✓ | | | |
| **Heart** | Auscultation | ✓ | | | |
| | Pulse apical | ✓ | | | 72/r |
| | Pulse radial | ✓ | | | |
| | Blood pressure | ✓ | | | 130/8 |
| | Circulation | ✓ | | | |
| **Extremities** | Upper | ✓ | | | |
| | Lower | | ✓ | | L back pa |
| **Abdomen** | Shape | ✓ | | | |
| | Bowel sounds | ✓ | | | |
| | Palpation | ✓ | | | |
| **Genitalia** | Menstruation | | | ✓ | |
| | Prostate | | | ✓ | |

1

GC 06.30.2025 002593



**Greatcare Inc.**
**Policy Manual**
**Functional Assessment**

|  | Independent | Assistance Need | Unable | Describe |
|---|---|---|---|---|
| Ambulation |  | ✓ |  | On |
| Stairs |  | ✓ |  |  |
| Dressing |  | ✓ |  |  |
| Feeding | ✓ |  |  |  |
| Home care |  |  | ✓ |  |
| Bathing |  | ✓ |  |  |
| Phys. Therapy |  |  |  |  |
| Sleep | ✓ |  |  |  |
| Elimination |  | ✓ |  |  |
| Communication | ✓ |  |  |  |

Orientation: _____ A to x 3 _____

Affect: _____

Adjustment to Health Status: _____

Usual Day: Morning_____

Afternoon_____

Evening_____

Diet: _____ low _____ Understanding _yes_ Compliance _yes_

Hx Medical _____

Hx Surgical: _____

Medications: Rosuvastatin 5J ub al ⊘7 zolpidem 5J ub al PM
Ducasteride 0·5J ub al ⊘7 meloclcam 15J ub al ⊘7
Tamsulosin 0·4J ub al ⊘7

Recommendations: RN visit pc for assess, presence wcs pc al comport — pc apt ( bed pan) al ned to use relbox al rest to help. pc/ edul pc al chagng on fall prosoar al salel presenr. chene al move poston shly, l proper ohte On all testrulel wl ⊘7n7). pc left m np/ audet disease al no environl hul rwled.

Signature _____ WdL _____ License # _67720/_ Date _5/25/19_

2



**Greatcare Inc.**
**Policy Manual**

CA _____ HHA    CAREPLAN

Patient Name: _____
Address: _____

Emergency Contact: _____
Relationship: _____ Phone: _____
Case MGR: _____
Organization: _____ MYA _____ Phone: _____
Allergies: _____ MYA _____ ADV. Dir. ___ Y ___ N

Patient Telephone: _____
ADM Date: _____ DOB: _____
Physician: N9, Huy Fai Phone: _____
_____ Fax: _____
Directions: _____

### Nutrition/ Meal Preparation
Prepare Breakfast *three ones /ef week*
Prepare Lunch *thee ones /ef veek*
Prepare Dinner *three time /ef week*
Prepare Snack _____
Extra Fluids _____
Special Diet _L-f L-th_
Assist to Eat _____✓

### Personal Care/Frequency
Bed Bath _____
Tub Bath _____
Shower _____ *three times /ef veek*
Shave _____
Skin Care _____✓
Nail Care _____✓
Mouth Care _____✓

### Activities
Ambulate Ad Lib _____
Ambulate w/ Cane _____✓
Ambulate/ Walker/ Crutches _____
Restrictions _____

Transfers _____

Passive ROM _____

### Elimination
Toilet _____✓
Commode _____✓
Bedpan _____
Urinal _____
Catheter _____
I & O _____
Empty urine drainage bag _____

### Medication
Date _____

| Name | Dose | Route | Time |
|------|------|-------|------|
| Rosuvastatin | 5 | al | PO |
| zolpidem | 5 | al | PRN |
| Dutasteride | 0.5 | al | PO |
| melochoan | 15 | a | PO |
| Tam Su losi | 0.4 | a | PO |

Bedrest _____
Turn and Position q ___ hours

### HomeMaking
Linen Change _____✓
Laundry _____✓
Light House Keeping _____✓
Vacuum _____✓
Dust _____✓
Mop Floors _____✓
Clean Bathroom _____✓
Grocery Shopping _____✓

### Treatments
Type   Duration   Time   Equipment

Change nonsterile dsg _____
Reinforce dsg _____

_____✓ Assist with self administered medication
_____ Significant other assists with meds
_____ Patient independent with meds

### Special Observations/Reports
TPR _____ BP _____ WT _____
T 97 - P 72/m R 16/m
BP 110/87 wT 118lb

### Oxygen – HHA ONLY
Liters per minute _____
PRN _____
Continuous _____
Cannula _____
Mask _____
Clean Equipment _____
Check oxygen left _____
Clean Nebulizer _____
Emergency Backup System _____

**RN Review/ Date/ Sign**
_____ 5/25/19

**AIDE Signature/Date**
X Zhah Jin Li

### Patient Profile

Service Schedule  3 days X 24 hrs
Living-in case 13 hrs per day, 8am-8am
3 hrs meal time, 8 hrs sleeping time (5 hrs uninterrupted sleep time)

4

GC 06.30.2025 002595

**Greatcare Inc.**
**Nursing Progress Notes**

Patient Name: _____     D.O.B: _____

Allergies: _____ N/A _____

Time: _____    VS:   T: 97   HR: 72   RR: 16   BP: 130/80

### 1. Skin:
Integrity:   (✓) intact   ( ) bruising   ( ) dryness   ( ) rash   ( ) wound   ( ) drainage

Temp:   (✓) warm   ( ) cool   ( ) diaphoretic

Turgor:   (✓) normal   ( ) loose   ( ) taut

Oral Cavity:   (✓) moist   ( ) dry   ( ) cracked   ( ) sores

### 2. Neuromuscular/Behavioral:
Activity State:   ( ) active   (✓) quiet/alert   ( ) crying   ( ) lethargic   ( ) sleeping   ( ) unresponsive

   ( ) seizures   ( ) PERRLA

Movement of Extremities:   ( ) equal   ( ) unequal   (✓) weakness   ( ) flaccid   ( ) rigid

   ( ) spastic   ( ) normal

Pain:   ( ) none   (✓) yes, location/ intensity: _low back pa~_

Fontanels:   ( ) normal   ( ) full   ( ) sunken   ( ) bulging   ( ) soft   ( ) tense

   (✓) N/A

### 3. Respiratory:
Respirations:   (✓) no distress   ( ) grunting   ( ) flaring   ( ) stridor   ( ) retractions   ( ) suction

   ( ) oxymetry stats   ( ) trach   ( ) vent   ( ) CDPAP

   ( ) neb treatments_____   ( ) cough   ( ) O2 @_____ L via_____

   (✓) clear/ equal bilaterally   (✓) symmetrical

   ( ) sputum (amount, color, consistency, odor):_____

### 4. Cardiovascular:
Rhythm:   (✓) regular   ( ) irregular   ( ) murmur   ( ) IVs/lines_____

Pulse:   (✓) normal   ( ) bounding   ( ) weak   ( ) absent site appearance

Capillary Refill:   (✓) normal   ( ) prolonged____ sec   Liver ( ) N/A ( ) palpable____cm edema_____

### 5. GI:
Bowel sounds:   (✓) normal   ( ) hypoactive   ( ) hyperactive   ( ) absent

Abdomen:   (✓) soft   ( ) firm   ( ) distended   ( ) CURRENT WEIGHT_____

Feeding Tubes via: _____   ( ) placement   ( ) tolerating   ( ) not tolerating

Diet: _____ N/A _____   ( ) NPO last BM_____ other tubes_____

### 6. GU:
( ) voiding   ( ) catheter (type/size)_____   (✓) continent   ( ) incontinent   ( ) diaper

Color/ odor/ pain: _____

### 7. Endo/Metabolic:
( ) blood   ( ) controls   ( ) urine

Disposal of waste: _____ Total Intake: _____ Total Output: _____

( ) MD Orders/ Care Plan Review    ( ) MD Contact (✓) No ( ) Yes   Responsive/Result

Time/Narrative: _Pt A/o x 3. Denies chest pa~ or SOB pt_

_sleep al appetite is not good._

Status upon Departure: _____

Employee Name /Status /Signature: _Lidl M_

Date: _5/25/19_   Time In: _15:30_   Time Out: _18:15_

5

GC 06.30.2025 002596



## Greatcare Inc.
## Policy Manual
## Functional Assessment

|  | Independent | Assistance Need | Unable | Describe |
|---|---|---|---|---|
| Ambulation |  | ✓ |  | Oe |
| Stairs |  | ✓ |  |  |
| Dressing |  | ✓ |  |  |
| Feeding | ✓ |  |  |  |
| Home care |  |  | ✓ |  |
| Bathing |  | ✓ |  |  |
| Phys. Therapy |  |  |  |  |
| Sleep | ✓ |  |  |  |
| Elimination |  | ✓ |  |  |
| Communication | ✓ |  |  |  |

Orientation: ___A&ox 3___
Affect: _____
Adjustment to Health Status: _____
Usual Day: Morning_____
Afternoon_____
Evening_____
Diet: __L~f~ h~/~___ Understanding _7_ ___ Compliance _y~_
Hx Medical_____

Hx Surgical: _____

Medications: __Dutasteenole 0.5 1tab al Bz__

Recommendations: RN vôic pe fr Assess, presore was pe al morng pe aphl Bll leg weakness, al well to use silcax al sore to help. RN cedml pe al moms on fall precm ar salet precaum, chofe al more portom shly, may dioc Oe pe left in No awee drawl did no emmont hel cver.

Signature___llol____ License # _67770_ Date _12/16/19_

GC 06.30.2025 002600

**Greatcare Inc.**
**Nursing Progress Notes**

Patient Name: ▮▮▮▮▮▮▮▮▮▮    D.O.B: ▮▮▮▮▮

Allergies: _____ NKA

Time: _____ (1200)    VS:    T: 97    HR: 72    RR: 16    BP: 130/80

**1. Skin:**
Integrity: (✓) intact    ( ) bruising    ( ) dryness    ( ) rash    ( ) wound    ( ) drainage
Temp: (✓) warm    ( ) cool    ( ) diaphoretic
Turgor: (✓) normal    ( ) loose    ( ) taut
Oral Cavity: (✓) moist    ( ) dry    ( ) cracked    ( ) sores

**2. Neuromuscular/Behavioral:**
Activity State:    ( ) active    (✓) quiet/alert    ( ) crying    ( ) lethargic    ( ) sleeping    ( ) unresponsive
( ) seizures    ( ) PERRLA
Movement of Extremities:    ( ) equal    ( ) unequal    ( ) weakness    ( ) flaccid    ( ) rigid
( ) spastic    ( ) normal
Pain:    ( ) none    ( ) yes, location/ intensity: BIL leg weekness
Fontanels:    ( ) normal    ( ) full    ( ) sunken    ( ) bulging    ( ) soft    ( ) tense
(✓) N/A

**3. Respiratory:**
Respirations:    (✓) no distress    ( ) grunting    ( ) flaring    ( ) stridor    ( ) retractions    ( ) suction
( ) oxymetry stats    ( ) trach    ( ) vent    ( ) CDPAP
( ) neb treatments_____    ( ) cough    ( ) O2 @_____ L via_____
(✓) clear/ equal bilaterally    (✓) symmetrical
( ) sputum (amount, color, consistency, odor):_____

**4. Cardiovascular:**
Rhythm:    (✓) regular    ( ) irregular    ( ) murmur    ( ) IVs/lines_____
Pulse:    (✓) normal    ( ) bounding    ( ) weak    ( ) absent site appearance
Capillary Refill:    (✓) normal    ( ) prolonged____ sec    Liver ( ) N/A ( ) palpable____cm edema_____

**5. GI:**
Bowel sounds:    (✓) normal    ( ) hypoactive    ( ) hyperactive    ( ) absent
Abdomen:    (✓) soft    ( ) firm    ( ) distended    ( ) CURRENT WEIGHT_____
Feeding Tubes via:_____    ( ) placement    ( ) tolerating    ( ) not tolerating
Diet: _____ two    ( ) NPO last BM _____ other tubes _____

**6. GU:**
( ) voiding    ( ) catheter (type/size) _____    ( ) continent    (✓) incontinent    ( ) diaper
Color/ odor/ pain: _____

**7. Endo/Metabolic:**
( ) blood    ( ) controls    ( ) urine

Disposal of waste: _____ Total Intake: _____ Total Output: _____
( ) MD Orders/ Care Plan Review    ( ) MD Contact (✓) No ( ) Yes    Responsive/Result
Time/Narrative: _____ pc A+o x3. comes close pr ol 503.
_____ pc sleepy nt appetive is nt good.
_____
_____
_____

Status upon Departure: _____

Employee Name /Status /Signature: _____ John
Date: 10/16/19    Time In: 1200    Time Out: 1240

5

GC 06.30.2025 002601

# Uniform Assessment System - New York
## Comprehensive Community Health Assessment Report

**Date of Birth:** ███████        *Medicaid ID:* ████

███████

### Assessment Date: 09/14/2022   Finalized Date: 09/16/2022

# Community Health Assessment

### Section Reference Date

| | |
|---|---|
| Assessment Reference Date: | **09/14/2022** |
| Type of Assessment: | **Community Health Assessment** |
| Organization which conducted this assessment: | **FIVE BOROUGH HOME CARE INC (LHCSA)** |
| Organization for which this assessment is being performed: | **Senior Whole Health of New York** |

### Section A: Intake/History

| | |
|---|---|
| Others Present at Assessment: | **Daughter presented** |
| Reason for assessment: | **Routine reassessment** |
| Immediate need assessment: | **No** |
| Mode of assessment: | **In-Person only** |
| Caregiver assistance during assessment: | **Yes** |
| Person's expressed goals of care: | **Unable to state** |
| One or more care goals met in the last 90 days (or since last assessment if less than 90 days): | **Yes** |
| Care Goals Comments: | **Member remains free of injury** |
| Residential / Living Status at time of assessment: | **Private home / apartment / rented room** |
| Living arrangement: | **Alone** |

Residential history over LAST 5 YEARS
Code for all settings person lived in during 5 YEARS prior to date case opened

| | |
|---|---|
| Adult care facility: | **No** |
| Adult care facility with assisted living services: | **No** |
| Adult housing offered by Office of Mental Health: | **No** |
| Housing offered through Office of People with Developmental Disabilities: | **No** |
| Psychiatric hospital or unit: | **No** |
| Nursing home: | **No** |
| Rehabilitation hospital / unit: | **No** |
| Hospice facility / palliative care unit: | **No** |
| Acute care hospital: | **No** |
| Correctional facility: | **No** |
| Homeless (with or without shelter): | **No** |
| Education highest level completed: | **8th grade or less** |
| History of Attendance at a Special Education Program or Setting? | **No** |
| Employment Status: | **Unemployed, not seeking employment** |
| Employment arrangements - exclude volunteering: | **Not Applicable** |

Involvement in structured activities

| | |
|---|---|
| Formal education program: | **No** |
| Volunteerism - e.g., for community services : | **No** |
| Day program: | **No** |

### Section B: Cognition

Cognitive skills for daily decision making

Classified by the New York State Department of Health as "restricted confidential"
This report contains information the disclosure of which is restricted by New York State law

ATTORNEYS' EYES ONLY

SWHNY001822

| Assessment Date: 09/14/2022   Finalized Date: 09/16/2022 |
|---|

| | |
|---|---|
| Making decisions regarding tasks of daily life - e.g., when to get up or have meals, which clothes to wear or activities to do: | **Moderately impaired - Decisions consistently poor or unsafe; cues/supervision required at all times** |

Memory / Recall Ability
 Code for recall of what was learned or known

| | |
|---|---|
| Short-term memory OK - Seems/appears to recall after 5 minutes: | **Memory Problem** |
| Procedural memory OK - Can perform all or almost all steps in a multi-task sequence without cues: | **Memory Problem** |
| Change in decision making as compared to 90 days ago (or since last assessment): | **No change** |
| Section B Comments: | **Alert, oriented x1. Member unable to state needs. Unable to call 911. In term of making decisions of activities of daily living; Member decisions consistently poor / supervision required at all times. Member received live-in/ is not left alone. Member unable to state 3 words after 3 minutes after the words were stated. Member unable to perform multi-steps tasks.** |

### Section C: Communication/Vision

| | |
|---|---|
| Making self understood (expression) Expressing information content - both verbal and non-verbal: | **Often understood - Difficulty finding words or finishing thoughts AND prompting usually required** |
| Ability to understand others (comprehension) Understanding verbal information content (however able; with hearing appliance normally used): | **Often understands - Misses some part / intent of message BUT with repetition or explanation can often comprehend conversation** |
| Hearing Ability to hear (with hearing appliance normally used): | **Minimal difficulty - Difficulty in some environments (e.g., when person speaks softly or is more than 6 feet [2 meters] away)** |
| Vision Ability to see in adequate light (with glasses or with other visual appliance normally used): | **Minimal difficulty - Sees large print, but not regular print in newspapers/books** |
| Section C Comments: | **In term of making self understood - Member presented with difficulty finding words or finishing thoughts. In term of understanding in communication - Member misses some part / intent of message and with repetition or explanation member often can understand** |

### Section D: Mood/Behavior

Indicators of possible depressed, anxious, or sad mood
 Code for indicators observed in last 3 days, irrespective of the assumed cause. Note: whenever possible, ask person

| | |
|---|---|
| Made negative statements - e.g.,"Nothing matters; Would rather be dead; What's the use; Regret having lived so long; Let me die": | **Not present** |
| Persistent anger with self or others - e.g., easily annoyed, anger at care received : | **Not present** |
| Expressions, including non-verbal, of what appear to be unrealistic fears - e.g., fear of being abandoned, being left alone, being with others, intense fear of specific objects or situations: | **Not present** |
| Repetitive health complaints - e.g., persistently seeks medical attention, incessant concern with body functions: | **Not present** |
| Repetitive anxious complaints/concerns (non-health related) - e.g., persistently seeks attention/reassurance regarding schedules, meals, laundry, clothing, relationships : | **Not present** |
| Sad, pained, or worried facial expressions - e.g., furrowed brow, constant | **Not present** |

Classified by the New York State Department of Health as "restricted confidential"
This report contains information the disclosure of which is restricted by New York State law

Name: ▮▮▮▮▮▮▮▮        Subscriber ID#: ▮▮▮▮▮▮▮▮

---

**Full Text View**

| | | | |
|---|---|---|---|
| Source: | Assignment | Date: | 7/21/2023 9:54:53 AM |
| Subject: | Patient Assignments are removed | Registrar: | Jenny Jiang |
| Security Level: | Level 4 | | |

Body:

User Name:                          Role:                          Primary:

| | | | |
|---|---|---|---|
| Source: | Case | Date: | 7/21/2023 9:54:52 AM |
| Subject: | Case status changed: Member Deceased | Registrar: | Jenny Jiang |
| Case: | 010387052 - General Case Management | Security Level: | Level 4 |

Body:

| | | | |
|---|---|---|---|
| Case Name: | General Case Management | Case ID: | 010387052 |
| Assigned To: | Jenny Jiang | Case Acuity: | Low |
| Original Open Date: | 08/28/2022 | | |
| Close Date: | 07/21/2023 | | |
| Original Status: | Open | New Status: | Close |
| Reason: | Member Deceased | Close Notes: | TermDate5/30/2023 |

| | | | |
|---|---|---|---|
| Source: | Case | Date: | 7/21/2023 9:54:35 AM |
| Subject: | Case status changed: Member Deceased | Registrar: | Jenny Jiang |
| Case: | 010969059 - Arthritis | Security Level: | Level 4 |

Body:

| | | | |
|---|---|---|---|
| Case Name: | Arthritis | Case ID: | 010969059 |
| Assigned To: | Jenny Jiang | Case Acuity: | Low |
| Original Open Date: | 03/21/2023 | | |
| Close Date: | 07/21/2023 | | |
| Original Status: | Open | New Status: | Close |
| Reason: | Member Deceased | Close Notes: | TermDate5/30/2023 |

| | | | |
|---|---|---|---|
| Source: | Task | Date: | 6/7/2023 12:24:21 PM |
| Subject: | Task Completed: HHAx communications -member expired | Registrar: | Jenny Jiang |
| Security Level: | Level 4 | | |

Body:

| | | | |
|---|---|---|---|
| Task Subject: | HHAx communications -member expired | Task Source: | Allen Li |
| Task Priority: | Medium | | |
| Late: | Yes | | |

| | | | |
|---|---|---|---|
| Source: | Manual | Date: | 6/7/2023 12:21:35 PM |
| Subject: | TC-CMT monthly 6/7/2023-SC-Precall 6/7/2023 | Registrar: | Jenny Jiang |
| Case: | 010387052 - General Case Management | Security Level: | Level 4 |
| Category: | Caregiver Contact | | |

Body:

---

### *Member Contact Record*

**Member Name:** ▮▮▮▮▮▮   **Current Date:** *June 07, 2023*

---

**System Address:** ▮▮▮▮▮▮▮▮▮▮   *NEW YORK, NY  10002*

**System Phone Number:** ▮▮▮▮▮▮   **Updated Phone Number:**

**Phone Source***:*

---

**Contact Type:** *General Contact*
  *Mandatory*

**Contact Date: 6/7/2023** *Mandatory*

**Contact Method:** *Phone*
  *Mandatory*

**Contact Method Other:**

**Contact Direction: Outbound**

ATTORNEYS' EYES ONLY                         SWHNY001793

*Mandatory*

**Contact Target:**

**Respondent:** *Caregiver Family*
 *Mandatory*

**Respondent Other:**

**HIPAA Identity/Authority Verification**

*(Mandatory - Select Minimum of 2 items if contacted):*

**Address**
 **DOB**

**Purpose of Contact:** *Mandatory* Assessment
 Pre-Call Review: QNXT, Member 360, authorizations, claims, utilization, prescription drug events, documentation, assessments, historical case management documentation

**Findings to be discussed with member and addressed in care plan as appropriate:**

Reviewed CCA, QNXT and SF360. Member is active with SWHNY Molina health care as of 1/1/2021. MEDICARE:7KU1NH7NP15 , SSN#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, Last HRA on 9/14/2022, NFLOC score is 26. PCA service 24 hours live in.

Member is Chinese speaking, lives alone, A&Ox1, family assist with directing care. Dx includes OA, BPH, GERD, HLD, Hypothyroidism.

EC: Ping Xia Bai(daughter) (646) 280-5531 and (212) 966-2018.

Zhao Zhong Bai (son) (646) 346-3855.

PCP: Dr. Hung Fai Ng 212-226-2925

No HEDIS alert. Hospitalized at Lower Manhattan NYP on 5/16/2023

**Purpose of Contact Other:**

**Program(s) for Contact**

*HM Programs:*

*BH Programs:*

*MLTSS Programs:*

*SDoH Programs:*

*CM Programs:*  Complex Care Management/NCQA

**Outcome of Contact:** *Successful Contact*
 *Mandatory*

**Outcome of Contact Other:**

**Length of Contact: 10 Minute** *(Please enter time in minutes)*

---

**_Provider / Agency Contacts_**

**Name of Provider:**

**Contact Method:**        **Contact Time:**

**Contact Type:**

**Contact Purpose:**

**Referral To:** *(If referral is chosen above, please specify)*

ATTORNEYS' EYES ONLY                                SWHNY001794