Greatcare Inc.
Policy Manual

**Nursing Assessment**

Client: [redacted]　Age: ___　Height: 5'7"　Weight: 160 lb　Date: 4/28/17

Diagnosis: ___ BPH　DM (2)　HTN

Physical Presentation: ___

Mental Presentation: ___

| Physical Assessment | | normal | abnormal | not examined | description |
|---|---|---|---|---|---|
| Skin | Color | ✓ | | | |
| | Condition | ✓ | | | |
| | Temperature | ✓ | | | 97.2 F |
| | Turgor | ✓ | | | |
| Head | Hair | ✓ | | | |
| | Shape | ✓ | | | |
| Eyes | Appearance | ✓ | | | |
| | Vision | ✓ | ✓ | | glass |
| | Pupils | ✓ | | | |
| Ears | Appearance | ✓ | | | |
| | Hearing | ✓ | | | |
| Mouth | Teeth and gums | | ✓ | | |
| | Throat | ✓ | | | |
| | Tongue | | | | |
| Nose | | ✓ | | | |
| Neck | Appearance | ✓ | | | |
| | Mobility | ✓ | | | |
| Chest | Configuration | ✓ | | | |
| | Auscultation | ✓ | | | |
| | Respiration | ✓ | | | 16/m |
| Breasts | Appearance | ✓ | | | |
| Heart | Auscultation | ✓ | | | |
| | Pulse apical | ✓ | | | 72/m |
| | Pulse radial | ✓ | | | |
| | Blood pressure | ✓ | | | 130/8? |
| | Circulation | ✓ | | | |
| Extremities | Upper | | ✓ | | left side weakness |
| | Lower | | ✓ | | |
| Abdomen | Shape | ✓ | | | |
| | Bowel sounds | ✓ | | | |
| | Palpation | | | | |
| Genitalia | Menstruation | | | | |
| | Prostate | | | ✓ | |

Adapt Resources 11.02

GC 06.30.2025 002488

**Greatcare Inc.**
**Policy Manual**

## FUNCTIONAL ASSESSMENT

| | INDEPENDENT | ASSISTANCE NEED | UNABLE | DESCRIBE |
|---|---|---|---|---|
| Ambulation | | ✓ | | Eye Care |
| Stairs | | ✓ | | |
| Dressing | | ✓ | | |
| Feeding | ✓ | | | |
| Home care | | | ✓ | |
| Bathing | | ✓ | | |
| Phys. Therapy | ✓ | | | |
| Sleep | ✓ | | | |
| Elimination | | ✓ | | |
| Communication | ✓ | | | |

Orientation: A+O x 3

Affect: _____

Adjustment to Health Status: _____

Usual Day: Morning _____

Afternoon _____

Evening _____

Diet: W+ Cf low NA ADA  Understanding  yes  Compliance  yes

Hx Medical: _____

Hx Surgical  Brain surgical

Medications  Tamsulosin 0.4mg [poop] oml Dg  Tamsul Metfo
metformin Hcl 1000mg /tab oral Dg / Finasteride 5mg tab
oml Dg  Losartan potassiu 100mg tab oral Dg
Hydralazine 10mg tab oral Dg / Amlodipine 5f tab oml Dg
Indapamide 1.25mg tab oral Dg / Hydralazine Hcl 10mg tab/oml Bid

### RECOMMENDATION

RN visit pt for assessment. Present was pt and med/[reg]. pt complain
left side weakness. al need to use relax and rest, to help. RN
educated pt al med/med on fall, precaution al stand and preventn change
al move position slowly. change and move position slowly. proper
diet care al verbalized understanding. pt left m no acute distress
al no environment hazard noted.

SIGNATURE  [signature]  LICENSE # 67720  DATE 4/18/17

Adopt Resources 11.02

**Greatcare Inc.**
**Policy Manual**

_____ PCA _____ HHA    **CARE PLAN**

PATIENT NAME _____  PATIENT TELEPHONE _____

ADDRESS _____  ADM DATE _____  DOB _____

PHYSICIAN  _Ming zhu_  PHONE _____

EMERG CONTACT _____  PHONE _____  PHONE _____

PHONE _____  DIRECTIONS _____

RELATIONSHIP _____ / _____

CASE MGR _____

ORGANIZATION _____  PHONE _____

ALLERGIES  _NA_  ADV. DIR. _____ YES _____ NO

| MEAL PREPARATION | | PERSONAL CARE/EMERGENCY | | ACTIVITIES | |
|---|---|---|---|---|---|
| Prepare Breakfast | ✓ | Bed Bath | | Ambulate A&LB | |
| Prepare Lunch | | Tub Bath | | Ambulate w/ cane | ✓ |
| Prepare Dinner | ✓ | Shower | ✓ | Ambulate / walker | |
| Prepare Snack | | Shave | | Restrictions | |
| Extra Fluids | | Skin Care | | | |
| Special Diet | Infed for Na AMA | Nail Care | | Transfers | |
| Assist to Eat | | Mouth Care | | | |
| | | | | Passive ROM | |
| | | | | Bedsore | |
| | | | | Turn and Position q ___ hours | |

| ELIMINATION | | DATE | MEDICATION | | | | HOMEMAKING | |
|---|---|---|---|---|---|---|---|---|
| Toilet | ✓ | Name | Dose | Route | Time | Linen Change | ✓ |
| Commode | | Tamsulosin | 0.4 | ml | PO | Laundry | ✓ |
| Bedpan | | | | | | Light Housekeeping | ✓ |
| Urinal | | metformin | HCL 1000 | oral | PO | Vacuum | ✓ |
| Catheter | | | | | | Dust | ✓ |
| I & O | | Finasteride | 5 | ml | PO | Mop Floors | ✓ |
| Empty urine drainage bag | | | | | | Clean Bathroom | ✓ |
| | | losartan | potassium | oral | B | Grocery Shopping | ✓ |
| | | Hydralazine | 15 | oral | Day | | |
| TREATMENTS | | amlodipine | 5 | ml | PO | | |
| Type Duration Time Equipment | | Indapamide | 1.25 | oral | Day | OXYGEN - HHA ONLY | |
| | | Hydralazine | HCL 10 | oral | 13:10 | Liters per minute | |
| | | | | | | PRN | |
| | | | | | | Continuous | |
| | | | | | | Cannula | |
| | | | | | | Mask | |
| | | ✓ Assist with self administered medication | | | | Clean equipment | |
| | | Significant other assists with meds | | | | Check oxygen left | |
| Change nasal c/o day | | Patient independent with meds | | | | Clean Nebulizer | |
| Reinforce dsg | | SPECIAL OBSERVATIONS/PROCEDURES | | | | Emergency Backup System | |
| | | TPR _____ BP _____ WT _____ | | | | | |
| | | T 97.4  P 73/m  R 16/m | | | | | |

PATIENT PROFILE _____

BP 130/87  WT 160 lb

SERVICE SCHEDULE  4 days X 24 hrs, living-in 13hrs per day  8am - 8am

NURSE'S SIGNATURE / DATE
Nolae /26
4/24/17

GC 06.30.2025 002493

**Greatcare Inc.**
**Policy Manual**

## FUNCTIONAL ASSESSMENT

| | INDEPENDENT | ASSISTANCE NEED | UNABLE | DESCRIBE |
|---|---|---|---|---|
| Ambulation | | ✓ | | Cane |
| Stairs | | ✓ | | |
| Dressing | | ✓ | | |
| Feeding | ✓ | | | |
| Home care | | ✓ | ✓ | |
| Bathing | | ✓ | | |
| Phys. Therapy | | | | |
| Sleep | ✓ | | | |
| Elimination | ✓ | ✓ | | |
| Communication | ✓ | | | |

Orientation: A+o x 3

Affect: _____

Adjustment to Health Status: _____

Usual Day: Morning _____

Afternoon _____

Evening _____

Diet: Inf lown ADA  Understanding  Yes  Compliance  Yes

Hx Medical: _____

Hx Surgical  Brain  surgical  (2016)

Medications  Januvia  100 f  1 tab  on  B  , Bisoprolol  Fumarate,
5 f  tab al  B  Remm  8f f  1tb al  B  Amlodipine Besylate
5 f tab el  B  Simvastatin  20 f  tab al  B  Losartan potassium
100 f  tab al  B  Tamsulosin  0.4 f  tab al  Bed
Metformin  hl,  1000 f  tab ml, 3rd

## RECOMMENDATION

RN visit pe for Assess, present was pt al und MA on fall precaun
al stairs/ precaun, change al move positin slwly. proper diet
Con. all verbled understdf. Pt left in no acute / distress al no
environmnt  hom  need.

SIGNATURE  Lioh  LICENSE # 67229/  DATE 7/26/18

Adapt Resources 11.02

GC 06.30.2025 002498

**Greatcare Inc.**
**Policy Manual**

_____ PCA _____ HHA  **CARE PLAN**

**PATIENT NAME** ████████          **PATIENT TELEPHONE** _____
**ADDRESS** ████████              **ADM DATE** _____ **DOB** ████
                                  **PHYSICIAN** _zhu Min_ **PHONE** _____
**EMERG CONTACT** _____ **PHONE** _____   **PHONE** _____
                            **PHONE** _____ **DIRECTIONS** _____
**RELATIONSHIP** _____ / _____
**CASE MGR** _____
**ORGANIZATION** _____ **PHONE** _____
**ALLERGIES** _NKA_ **ADV. DIR.** _____ **YES** _____ **NO**

| NUTRITION/MEAL PREPARATION | PERSONAL CARE/FREQUENCY | ACTIVITIES |
|---|---|---|
| Prepare Breakfast _four times/eg week_ | Bed Bath _____ | Ambulate Ad Lib _____ |
| Prepare Lunch _four times/eg week_ | Tub Bath _____ | Ambulate w/ cane ✓ |
| Prepare Dinner _four times/eg week_ | Shower _four times/eg week_ | Ambulate / walker _____ |
| Prepare Snack _____ | Shave _____ | Restrictions _____ |
| Extra Fluids _____ | Skin Care ✓ | |
| Special Diet _1 for low Na/H_ | Nail Care ✓ | Transfers _____ |
| Assist to Eat _____ | Mouth Care ✓ | |
| | | Passive ROM _____ |
| | | Bedrest _____ |
| | | Turn and Position q ___ hours |

| ELIMINATION | DATE | MEDICATION | | | HOMEMAKING |
|---|---|---|---|---|---|
| Toilet ✓ | Name | Dose | Route | Time | Linen Change ✓ |
| Commode _____ | Januvia | 100 | al | PO | Laundry ✓ |
| Bedpan _____ | | | | | Light Housekeeping ✓ |
| Urinal _____ | EBsoprolol | Fumarate | | | Vacuum ✓ |
| Catheter _____ | | 5t | al | PO | Dust _____ |
| I & O _____ | Asprin | 8t | al | PO | Mop Floors ✓ |
| Empty urine drainage bag | | | | | Clean Bathroom ✓ |
| | Amlodipine | Besylate | 5t | al PO | Grocery Shopping ✓ |
| | Simvastatin | 20t | al | PO | |
| **TREATMENTS** | Losartan | Potassium | 100t | al PO | |
| Type  Duration  Time  Equipment | Tamsulosin | 0.4t | oral | Bid | **OXYGEN - HHA ONLY** |
| | Metformin | Hc | 100t | al Bid | Liters per minute _____ |
| | | | | | PRN _____ |
| | | | | | Continuous _____ |
| | | | | | Cannula _____ |
| | | | | | Mask _____ |
| | ✓ Assist with self administered medication | | | | Clean equipment _____ |
| | Significant other assists with meds | | | | Check oxygen left _____ |
| | Patient independent with meds | | | | Clean Nebulizer _____ |
| Change nonsterile dsg _____ | **SPECIAL OBSERVATIONS/REPORTS** | | | | Emergency Backup System _____ |
| Reinforce dsg _____ | TPR _____ BP _____ WT _____ | | | | |

T 97  P 72/m  R 16/m
BP 130/8t · WT 189 lb

**PATIENT PROFILE**

**RN REVIEW/DATE/SIGN**
_signature_
_7/26/18_  Assess

**SERVICE SCHEDULE** _4 days x 24hrs; living-in 13hrs per day_
_8am-8am_

Greatcare Inc.

**ING PROGRESS NOTES**

Patient Name: _____ D.O.B. _____

Allergies: _____ NKA

Time: ___12ª___                     VS:    T _97_ HR _72_ RR _16_ BP _134/80_

**1. Skin:**
Integrity:      (✓) intact      ( ) bruising      ( ) dryness   ( ) rash      ( ) wound   ( ) drainage
Temp:          (✓) warm       ( ) cool         ( ) diaphoretic
Turgor:         (✓) normal      ( ) loose        ( ) taut
Oral Cavity:  (✓) moist       ( ) dry          ( ) cracked   ( ) sores

**2. Neuromuscular/ Behavioral:**
Activity State: ( ) active    (✓) quiet/alert   ( ) crying      ( ) lethargic  ( ) sleeping ( ) unresponsive
                      ( ) seizures   ( ) PERRLA
Movement of Extremities:    ( ) equal      ( ) unequal   (✓) weakness ( ) flaccid   ( ) rigid
                      ( ) spastic    ( ) normal
Pain:            ( ) none      (✓) yes, location/ intensity _____
Fontanels:      ( ) normal    ( ) full      ( ) sunken   ( ) bulging   ( ) soft      ( ) tense
                  (✓) N/A

**3. Respiratory:**
Respirations:   (✓) no distress ( ) grunting   ( ) flaring    ( ) stridor   ( ) retractions ( ) suction
                  (✓) oxymetry stats            ( ) trach      ( ) vent      ( ) CPAP
                  ( ) neb treatments _____ ( ) cough      ( ) O2@___ L via____
                  (✓) clear/ equal bilaterally  (✓) symmetrical
                  ( ) sputum (amount, color, consistency, odor): _____

**4. Cardiovascular:**
Rhythm:          (✓) regular     ( ) irregular   ( ) murmur ( ) IVs/lines_____
Pulses:          (✓) normal      ( ) bounding  ( ) weak     ( ) absent site appearance_____
Capillary Refill :( ) Normal    ( ) prolonged __ sec.    Liver ( ) N/A ( ) palpable__ cm edema__

**5. GI:**
Bowel sounds:  (✓) normal      ( ) hypoactive ( ) hyperactive ( ) absent
Abdomen:        (✓) soft        ( ) firm        ( ) distended   CURRENT WEIGHT_____
Feeding Tubes via: _____  ( ) placement   ( ) tolerating ( ) not tolerating
Diet: ____ ʃ ʃ ____            ( ) NPO last BM _____ other tubes _____

**6. GU:**
( ) voiding    ( ) catheter (type/ size) _____ (✓) continent   ( ) incontinent      ( ) diaper
Color / odor/ pain: _____

**7. Endo/ Metabolic:**
( ) blood      ( ) controls      ( ) urine
   Sugars                        glucose
Disposal of waste: _____ Total Intake: _____ Total Output: _____
( ) MD Orders/ Care Plan Reviewed          ( ) MD Contact ( ) No   ( ) Yes    Response/Result

**Time/ Narrative:**
pt A+O x3. Denies chest pain al SOB. pt
sleepy al appetite is not good

Status upon Departure: _____

Employee Name /Status / Signature: _____ Licle /M _____
Date: __7/26/18__   Time In: __12__   Time Out: __12:45__

GC 06.30.2025 002500

**CHN SEMI ANNUAL VISIT   (Visit  08/02/2017)**                              2531502

| Customer: | | Customer ID: | | Admit ID: | |

---

**Clinical Note**

73 years old male, alert and oriented x 3. His short memory remains very poor and decreased again at this period time, difficulty to recall events, information past 24 hrs.   Member follows direction well.  Speak clearly and make needs know. Slight impaired hearing and vision. Use glasses for reading. Member's mood remains stable, no s/s depression noted.  Member lives in the apartment by him self in the basement, brother visit the member often to meet his need.   Medication takes well with reminder.  He able to give insulin by him self with reminds, aware how to alternate the site. For this period time injection medication change to Victoza / liraglutide, F/S has bee unstable, CHN check member's F/S at home at each visit.  Member check his F/S daily, No s/s hypo or hyperglycemia noted.  Hemoglobin A1C is above 10. CHN continue instructed member to have routine schedule to have insulin, continue instructed the member to adherent to diet regimen.  Member's ADL and IADL function remains same.  Still remains Lt Side weak, member verbalized Lt Hand and feet feeling numbness. He is Difficulty to use Lt Hand such as holding the cup.  CHN encourage member to use Lt Hand as he tolerate. He verbalized Lt Leg weaker then RT leg.  Encourage member to ambulate as he tolerate. Member ambulates with unsteady gait and poor balance.   Intermittent dizziness still noted, especially during the night when change position such as sitting to standing, relieved well with resting. Urine frequency persists, especially during the night, member waking up 2-3 time to urination and skin remains intact.  No urine burning sensation or dysuria noted. PCW provide assist with ADL and IADL care/ dressing, skin care, shopping, cooking and cleaning. No fall, injury, or no hospitalization reported.  Continue pcw 24 hr living services.

**Plan For Next Visit**

CHN follow up next visit the member and PCW monitoring to ensure member's safety, monitor s/s complication rt DM
Goal - member will continue remains safer in the community with home care services over the next period time.
Teaching- CHN reviewed plan of care with PCW; reinforced fall and safety precaution, universal precaution and infection control. Instructed PCW to monitor member with medication compliance and instructed PCW to remind member to take meds on time and report  fall or changes in pt's condition to CHN and MD promptly.  Monitor member's skin closely, report  any skin condition changes. reinforced to continue monitor any s/s complication rt DM, adherent to diet regimen.  PCW  verbalized understand and will follow up the instruction

---

**Created:**     8/2/2017   1:04:00PM                              **Printed:**     7/3/2025   4:44:19PM
**Completed:**      8/7/2017  11:40:00AM
**Author:**     DING, QI  RN
Braden Scale © Barbara Braden and Nancy Bergstrom 1988
Fall Risk Assessment - Delmarva Foundation and adapted by CIMRO of Nebraska. 8SOW-NE-HH-680
Reprinted with permission, Mary E. Tinetti, M.D. © Copyright; 2006

**CHN REVISIT** (Visit 06/08/2018)    ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖    **4195483**

| **Customer:** | ■■■■■ | **Customer ID:** | ■■■■■ | **Admit ID:** | ■■■■■ |
|---|---|---|---|---|---|

**Clinical Note**

CHN visit the member at home. Upon the visit observed member lying bed resting. He speaks clearly and make needs know. Member walks out from bed room to the living room. Sitting in the chair at side of table. CHN spoken to the member and encourage the member not lying bed too long, need attend activity as he tolerated, member state some times he feeling tire. CHN spoken to the PCW to encourage member and involved member have activities such as walking outside as he tolerated. Member breaths well via the room air, no sob or wheezing. Member state he gets out off bed during the night 2-3 time to urinate. No s/s infection, no dysuria noted. CHN checked member's F/S and noted WNL. CHN reinforced to continue diet and meds as ordered, keep monitor for any s/s hypo or hyperglycemia. Member is able to give insulin by him self with reminds, aware how to alternate the site, CHN instructed the member continue check his F/S daily, monitor any s/s hypo or hyperglycemia, and report. PCW assist the member for ADL and IADL Care, no ADL function changes. Continue PCW 7 day/24 hrs living. No fall reported.

**Plan For Next Visit**

CHN to follow up next visit to monitor member's BP, and any s/s cardiac dysfunction.

Goal - member will be free from s/s cardiac dysfunction, maintain normal B/P stable

Teaching - Instructed pcw to monitor s/s HTN, such as dizziness, blurred vision, and fatigue and chest pain. Instructed family and PCW the measure to prevent HTN by avoid excess stress, avoid saturated fats in diet and avoid sodium and take meds exactly as prescribed. Exercised as member tolerated. Member and pcw verbalized understand and will follow up the instruction.

---

| **Created:** | 6/10/2018 7:07:00PM | | **Printed:** | 8/27/2025 4:23:35PM |
|---|---|---|---|---|
| **Completed:** | 6/10/2018 7:27:00PM | | | |
| **Author:** | DING, QI RN | | | |

**Braden Scale © Barbara Braden and Nancy Bergstrom 1988**
**Fall Risk Assessment - Delmarva Foundation and adapted by CIMRO of Nebraska. 8SOW-NE-HH-680**
Reprinted with permission, Mary E. Tinetti, M.D. © Copyright; 2006

**CHN REVISIT** (Visit 07/06/2018)                                                                                    4249593

| Customer: ███████ | Customer ID: ███████ | Admit ID: ███████ |

**Clinical Note**

CHN visit the member at home. Upon the visit observed member lying bed resting. Member is alert and oriented x 3. Poor memory persists. Member walks out from bed room to the living room. CHN observed member breathing well via the room air, no sob or wheezing o2 sat 98%. Member informed that he needs social work for the paper work. CHN informed Social worker about member's request. Also member informed that he often get out off bed to urinate during the night due to BPH. CHN reinforced fall precaution. CHN checked member's F/S record, and noted F/S remains stable. CHN checked member's F/S today that WNL, CHN reinforced to adherent to diet and meds regimen, during the night don't eat too much food, keep monitor for any s/s hypo or hyperglycemia. Member is able to give insulin by him self with reminds, aware how to alternate the site, CHN instructed the member continue check his F/S daily, monitor any s/s hypo or hyperglycemia, and report. No fall reported.

**Plan For Next Visit**

CHN follow up next visit to monitor member if adherent to diet regimen.

Goal - member will adherent to diet regimen over the next month

Teaching - Instructed pcw to monitor and assist member to adherent to diet as ordered. Avoid excess stress, avoid saturated fats in diet and avoid add sodium and concentrated sweet in diet. Avoid food such fatty meats, bacon, gravy and whole milk and cheesed. Member and pcw verbalized understand and will follow up the instruction.

**Created:** 7/8/2018  2:06:00AM                                        **Printed:** 8/27/2025  4:24:35PM
**Completed:** 7/10/2018 12:42:00AM
**Author:** DING, QI  RN

Braden Scale © Barbara Braden and Nancy Bergstrom 1988
Fall Risk Assessment - Delmarva Foundation and adapted by CIMRO of Nebraska. 8SOW-NE-HH-680
Reprinted with permission, Mary E. Tinetti, M.D. © Copyright; 2006

**Document Signed Electronically  7/10/2018  12:42:00AM**                          Confidential 00xxx  Page 10 of 10