**Greatcare Inc.**
**Policy Manual**

## FUNCTIONAL ASSESSMENT

| | INDEPENDENT | ASSISTANCE NEED | UNABLE | DESCRIBE |
|---|---|---|---|---|
| Ambulation | | ✓ | | _Scooter wheelchair. Cane_ |
| Stairs | | ✓ | | |
| Dressing | | ✓ | | |
| Feeding | ✓ | | | |
| Home care | | | ✓ | |
| Bathing | | ✓ | | |
| Phys. Therapy | | | | |
| Sleep | ✓ | | | |
| Elimination | | ✓ | | |
| Communication | ✓ | | | |

Orientation: _A+O X 3_

Affect: _____

Adjustment to Health Status: _____

Usual Day: Morning _____

Afternoon _____

Evening _____

Diet: _low fat, low Na_   Understanding _Yes_   Compliance _Yes_

Hx Medical: _____

Hx Surgical _Gallbladder surgical (2006)_

Medications _Furosemide 20mg 1tabs oral Daily. Warfarin 5mg 1mg 1tabs oral Daily Calcium +D 500mg 1tabs oral Bid. Metoprolol Tartrat 50mg tabs oral Bid Omeprazole 20mg 1 caps oral Daily Thera M 1tabs oral Daily. Losartan /HCTZ 50-112.5mg 1tabs oral Daily Potassium chloride 20mEQ X ½ caps Daily. oral_

## RECOMMENDATION

_RN visit pt for Assessment. present was pt. and. Hhlo /pca be complaned Bll knee pain and weakness. and meal relax and rest to help her. RN educated pt and Hhlo /pca on fall precaution and standard precaution. Change and move position slowly. keep a good lighting with light, Area. all verbalized understanding. pt left in no acute distress and no environmental hazard noted._

SIGNATURE _Lichen_   LICENSE # _67730_   DATE _4/3/15_

Adapt Resources 11.02

GC 07.28.2025 006663

18

**Greatcare Inc.**
**Policy Manual**

| | | PCA | HHA | **CARE PLAN** |
|---|---|---|---|---|

PATIENT NAME _____ PATIENT TELEPHONE _____
ADDRESS _____ ADM DATE _____ DOB _____
PHYSICIAN _Cho kent B._ PHONE _718-353-2536_
PHONE _____

EMERG CONTACT _Ai chun Hui_ PHONE _718-762-7734_
PHONE _____ DIRECTIONS _____

RELATIONSHIP _daughter_
CASE MGR. _____
ORGANIZATION _____ PHONE _____
ALLERGIES _NKA_ ADV. DIR. _____ YES _____ NO

**NUTRITIONAL PREPARATION**
Prepare Breakfast ___✓___
Prepare Lunch ___✓___
Prepare Dinner ___✓___
Prepare Snack ___✓___
Extra Fluids _____
Special Diet _____
Assist to Eat _____

**PERSONAL CARE/FREQUENCY**
Bed Bath _____
Tub Bath _____
Shower ___✓___
Shave _____
Skin Care _____
Nail Care _____
Mouth Care _____

**ACTIVITIES**
Ambulate Ad Lib _____
Ambulate w/ cane ___✓___
Ambulate / walker ___✓___
Restrictions _____
Transfers ___✓___
Passive ROM _____
Bedrest _____
Turn and Position q _____ hours

**HOMEMAKING**
Linen Change ___✓___
Laundry ___✓___
Light Housekeeping ___✓___
Vacuum ___✓___
Dust ___✓___
Mop Floors ___✓___
Clean Bathroom ___✓___
Grocery Shopping ___✓___

**ELIMINATION**
Toilet ___✓___
Commode ___✓___
Bedpan _____
Urinal _____
Catheter _____
I & O _____
Empty urine drainage bag _____

**DATE   MEDICATION**

| Name | Dose | Route | Time |
|---|---|---|---|
| for Furosemide | 20mg | oral | Daily |
| Warfarin SoD | 1mg | Oral | Daily |
| Calcium + D | 500mg | oral | Bid |
| metoprolol Tartrat | 50mg | oral | Bid |
| omeprazole | 20mg | oral | Daily |
| Thera M | tabs | oral | Daily |
| Losartan HCTz | 50-12.5mg | oral | Daily |
| potassium chloride | 20mEQ x ½ | oral | Daily |

_✓_ Assist with self administered medication
___ Significant other assists with meds
___ Patient independent with meds

**TREATMENTS**
Type   Duration   Time   Equipment

Change nonsterile dsg _____
Reinforce dsg _____

**OXYGEN - HHA ONLY**
Liters per minute _____
PRN _____
Continous _____
Cannula _____
Mask _____
Clean equipment _____
Check oxygen left _____
Clean Nebulizer _____
Emergency Backup System _____

**SPECIAL OBSERVATIONS/REPORTS**

| TPR | BP | WT |
|---|---|---|
| 97.2°F | P 80/min | R 16/min |
| | BP 120/80 mmHg | wT 140lb |

**PATIENT PROFILE**

**RN REVIEW/DATE/SIGN**
_hchen / RN_

SERVICE SCHEDULE _1 days x 24hrs Living-in Case 13hrs per day, 8am-8am_

GC 07.28.2025 006666

**Greatcare Inc.**
**Policy Manual**
**Functional Assessment**

|  | Independent | Assistance Need | Unable | Describe |
|---|---|---|---|---|
| Ambulation |  | ✓ |  | Cee |
| Stairs |  | ✓ |  |  |
| Dressing |  | ✓ |  |  |
| Feeding | ✓ |  |  |  |
| Home care |  |  | ✓ |  |
| Bathing |  | ✓ |  |  |
| Phys. Therapy | ✓ |  |  |  |
| Sleep | ✓ | ✓ |  |  |
| Elimination |  | ✓ |  |  |
| Communication | ✓ |  |  |  |

Orientation: _____A↓x 3_____

Affect: _____

Adjustment to Health Status: _____

Usual Day: Morning_____

Afternoon _____

Evening _____

Diet: ____ (nva_____ Understanding ___Yes___ Compliance ___Yes___

Hx Medical: _____

Hx Surgical: _____

Medications: _metoprolol 50g tab al Bid  losartan / HCTZ 50-12.5g_
tab al Day  omeprazole 20g tab al Day  DoulSate 100g tab
al Bid  simvastatin 20g tab al Day , warfarin sod 2g
tab al Day  vesicare 5g tab al Day  thera-m Enhanced
90-a 3-150-30 tab al Day  Calcium + D 600- 400g tab al Bid

Recommendations: _RN visit, pt for ADLess. present was pt al info/mA.
pt c/old l balk pain. Ll need to use relx l al. rest to help.
RN l edwill, pe al limp rid on fall precaution al steral
precaum, change al lmove postion slly, proper dice Cee.
al verbal interalin. pt left in no) al al soberens
al no environl Had mvd.

Signature _____Lich_____ License # _67720l_ Date _1/26/19_

GC 07.28.2025 006680

 

**Greatcare Inc.**
**Policy Manual**

_____ PCA _____ HHA   CAREPLAN   ▮▮▮▮▮

Patient Name: ▮▮▮▮▮
Address: ▮▮▮▮▮

Patient Telephone: _____
ADM Date: _____ DOB: ▮▮▮▮
Physician: _Cao Kome B_ Phone: _____
Fax: _____

Emergency Contact: _____
Relationship: _____ Phone: _____
Case MGR: _____
Organization: _____ Phone: _____
Allergies: _NKA_  ADV. Dir. ___ Y ___ N

Directions: _____
_____
_____
_____

### Nutrition/ Meal Preparation
Prepare Breakfast _Seven time/ per week_
Prepare Lunch _Seven times/ per week_
Prepare Dinner _Seven times/ per week_
Prepare Snack _____
Extra Fluids _____
Special Diet _life line_
Assist to Eat _____

### Personal Care/Frequency
Bed Bath _____
Tub Bath _____
Shower _Seven times/ per week_
Shave _____ ✓
Skin Care _____
Nail Care _____ ✓
Mouth Care _____ ✓

### Activities
Ambulate Ad Lib _____
Ambulate w/ Cane _____ ✓
Ambulate/ Walker/ Crutches _____ ✓
Restrictions _____

Transfers _____

Passive ROM _____

### Elimination
Toilet _____ ✓
Commode _____
Bedpan _____
Urinal _____
Catheter _____
I & O _____
Empty urine drainage bag _____

### Medication
Date _____

| Name | Dose | Route | Time |
|------|------|-------|------|
| metoprolol | 50J | al | BID |
| losartan 1HG72 | 50~ 12.5J | al | B) |
| omeprazole | 20J | al | B> |
| oomsere | 100J | al | Be |
| simvastatin | 20J | al | B> |
| warfarin god | 20J | al | B> |
| vescare | 5J | al | B> |
| Thera-M Enhanced tab | 90-0.3-130-30 | al | B> |
| Calcium+D | 600-400J | al | Bed |

✓ Assist with self administered medication
___ Significant other assists with meds
___ Patient independent with meds

Bedrest _____
Turn and Position q ___ hours

### HomeMaking
Linen Change _____ ✓
Laundry _____ ✓
Light House Keeping _____ ✓
Vacuum _____ ✓
Dust _____ ✓
Mop Floors _____ ✓
Clean Bathroom _____ ✓
Grocery Shopping _____ ✓

### Treatments
Type   Duration   Time   Equipment
_____
_____
_____
_____
_____
_____
Change nonsterile dsg _____
Reinforce dsg _____
_____
_____
_____

### Special Observations/Reports
TPR _____ BP _____ WT _____
T 97°  P 72/m  R 16/m
BP 120/8J   WT 140 lb

### Oxygen – HHA ONLY
Liters per minute _____
PRN _____
Continuous _____
Cannula _____
Mask _____
Clean Equipment _____
Check oxygen left _____
Clean Nebulizer _____
Emergency Backup System _____

### RN Review/ Date/ Sign
_Lid h_   1/26/19

### AIDE Signature/Date
X _chen yiu fang_

### Patient Profile
_____
### Service Schedule
_7 days x 24 hrs_
_Living-in Case 13 hrs per day, 8am-8am_
_3 hrs meal time, 3 hrs sleeping time (5 hrs uninterrupted sleep time)_  4

GC 07.28.2025 006681



**Greatcare Inc.**
**Nursing Progress Notes**

Patient Name: _____    D.O.B: _____

Allergies: _____ NKA _____

Time: _____ 1820o _____    VS:    T: 97    HR: 72    RR: 16    BP: 120/80

**1. Skin:**

Integrity:   (✓) intact    ( ) bruising    ( ) dryness    ( ) rash    ( ) wound    ( ) drainage
Temp:       (✓) warm     ( ) cool       ( ) diaphoretic
Turgor:     (✓) normal    ( ) loose      ( ) taut
Oral Cavity: (✓) moist    ( ) dry        ( ) cracked    ( ) sores

**2. Neuromuscular/Behavioral:**

Activity State:   ( ) active    (✓) quiet/alert    ( ) crying    ( ) lethargic    ( ) sleeping    ( ) unresponsive
                  ( ) seizures   ( ) PERRLA
Movement of Extremities:   ( ) equal    ( ) unequal    (✓) weakness    ( ) flaccid    ( ) rigid
                  ( ) spastic    ( ) normal
Pain:             ( ) none    (✓) yes, location/ intensity: ____ L back pa ____
Fontanels:        ( ) normal    ( ) full    ( ) sunken    ( ) bulging    ( ) soft    ( ) tense
                  (✓) N/A

**3. Respiratory:**

Respirations:   (✓) no distress    ( ) grunting    ( ) flaring    ( ) stridor    ( ) retractions    ( ) suction
                ( ) oxymetry stats              ( ) trach    ( ) vent    ( ) CDPAP
                ( ) neb treatments _____    ( ) cough    ( ) O2 @ _____ L via _____
                (✓) clear/ equal bilaterally    (✓) symmetrical
                ( ) sputum (amount, color, consistency, odor): _____

**4. Cardiovascular:**

Rhythm:          (✓) regular    ( ) irregular    ( ) murmur    ( ) IVs/lines _____
Pulse:           (✓) normal     ( ) bounding    ( ) weak    ( ) absent site appearance
Capillary Refill: (✓) normal    ( ) prolonged ____ sec    Liver (✓) N/A ( ) palpable ____ cm edema ____

**5. GI:**

Bowel sounds:   (✓) normal    ( ) hypoactive    ( ) hyperactive    ( ) absent
Abdomen:        (✓) soft      ( ) firm         ( ) distended    ( ) CURRENT WEIGHT _____
Feeding Tubes via: _____    ( ) placement    ( ) tolerating    ( ) not tolerating
Diet: ____ Lo— hva ____    ( ) NPO last BM _____ other tubes _____

**6. GU:**

                ( ) voiding    ( ) catheter (type/size) _____    ( ) continent    (✓) incontinent    (✓) diaper
                Color/ odor/ pain: _____

**7. Endo/Metabolic:**

                ( ) blood    ( ) controls    ( ) urine

Disposal of waste: _____ Total Intake: _____ Total Output: _____
( ) MD Orders/ Care Plan Review    ( ) MD Contact (✓) No ( ) Yes Responsive/Result
Time/Narrative: ___ Pt AtoX 3. benes chese pn ol SoB. pe sleepy ___
___ all oppeae is not good. ___
_____
_____

Status upon Departure: _____

Employee Name /Status /Signature: _____
Date: 1/26/19    Time In: 182    Time Out: 1845

5

**Greatcare Inc.**
**Nursing Progress Notes**

Patient Name: _____    D.O.B: _____

Allergies: _____ NKA

Time: ____18___    VS:    T: 97    HR: 72    RR: 16    BP: 130/80

**1. Skin:**

Integrity:    (✓) intact    ( ) bruising    ( ) dryness    ( ) rash    ( ) wound    ( ) drainage
Temp:    (✓) warm    ( ) cool    ( ) diaphoretic
Turgor:    (✓) normal    ( ) loose    ( ) taut
Oral Cavity:    (✓) moist    ( ) dry    ( ) cracked    ( ) sores

**2. Neuromuscular/Behavioral:**

Activity State:    ( ) active    (✓) quiet/alert    ( ) crying    ( ) lethargic    ( ) sleeping    ( ) unresponsive
    ( ) seizures    ( ) PERRLA
Movement of Extremities:    ( ) equal    ( ) unequal    (✓) weakness    ( ) flaccid    ( ) rigid
    ( ) spastic    ( ) normal
Pain:    ( ) none    (✓) yes, location/ intensity: _L back pain_
Fontanels:    ( ) normal    ( ) full    ( ) sunken    ( ) bulging    ( ) soft    ( ) tense
    (✓) N/A

**3. Respiratory:**

Respirations:    (✓) no distress    ( ) grunting    ( ) flaring    ( ) stridor    ( ) retractions    ( ) suction
    ( ) oxymetry stats    ( ) trach    ( ) vent    ( ) CDPAP
    ( ) neb treatments_____    ( ) cough    ( ) O2 @_____ L via_____
    (✓) clear/ equal bilaterally    (✓) symmetrical
    ( ) sputum (amount, color, consistency, odor):_____

**4. Cardiovascular:**

Rhythm:    (✓) regular    ( ) irregular    ( ) murmur    ( ) IVs/lines_____
Pulse:    (✓) normal    ( ) bounding    ( ) weak    ( ) absent site appearance
Capillary Refill:    (✓) normal    ( ) prolonged____ sec    Liver ( ) N/A ( ) palpable____cm edema_____

**5. GI:**

Bowel sounds:    (✓) normal    ( ) hypoactive    ( ) hyperactive    ( ) absent
Abdomen:    (✓) soft    ( ) firm    ( ) distended    ( ) CURRENT WEIGHT_____
Feeding Tubes via: _____    ( ) placement    ( ) tolerating    ( ) not tolerating
Diet: _____ L-w/o_____    ( ) NPO last BM _____ other tubes _____

**6. GU:**

    ( ) voiding    ( ) catheter (type/size) _____    ( ) continent    (✓) incontinent    (✓) diaper
    Color/ odor/ pain: _____

**7. Endo/Metabolic:**

    ( ) blood    ( ) controls    ( ) urine

Disposal of waste: _____ Total Intake: _____ Total Output: _____
    ( ) MD Orders/ Care Plan Review    ( ) MD Contact (✓) No ( ) Yes  Responsive/Result
Time/Narrative: ___ he has 23. Denies chest pain al sob, ___
___ is sleeping al appetite is not good. ___
_____
_____
_____

Status upon Departure: _____

Employee Name /Status /Signature:_____ Wd _____
Date: __7/30/19__    Time In:__18 00__    Time Out:__18:45__

5

GC 07.28.2025 006688

## Greatcare Inc.
## Nursing Progress Notes

Patient Name: _____    D.O.B: _____

Allergies: _____ N/A

Time: _____ 18⁰⁰ _____    VS:    T: 97    HR: 72    RR: 16    BP: 130/80

**1. Skin:**

Integrity:  (✓) intact    ( ) bruising    ( ) dryness    ( ) rash    ( ) wound    ( ) drainage

Temp:  (✓) warm    ( ) cool    ( ) diaphoretic

Turgor:  (✓) normal    ( ) loose    ( ) taut

Oral Cavity:  (✓) moist    ( ) dry    ( ) cracked    ( ) sores

**2. Neuromuscular/Behavioral:**

Activity State:  ( ) active    (✓) quiet/alert    ( ) crying    ( ) lethargic    ( ) sleeping    ( ) unresponsive

( ) seizures    ( ) PERRLA

Movement of Extremities:    ( ) equal    ( ) unequal    (✓) weakness    ( ) flaccid    ( ) rigid

( ) spastic    ( ) normal

Pain:  ( ) none    (✓) yes, location/ intensity: ____ L back ____

Fontanels:  ( ) normal    ( ) full    ( ) sunken    ( ) bulging    ( ) soft    ( ) tense

(✓) N/A

**3. Respiratory:**

Respirations:  (✓) no distress    ( ) grunting    ( ) flaring    ( ) stridor    ( ) retractions    ( ) suction

( ) oxymetry stats    ( ) trach    ( ) vent    ( ) CDPAP

( ) neb treatments_____    ( ) cough    ( ) O2 @_____ L via_____

(✓) clear/ equal bilaterally    (✓) symmetrical

( ) sputum (amount, color, consistency, odor):_____

**4. Cardiovascular:**

Rhythm:  (✓) regular    ( ) irregular    ( ) murmur    ( ) IVs/lines_____

Pulse:  (✓) normal    ( ) bounding    ( ) weak    ( ) absent site appearance

Capillary Refill:  (✓) normal    ( ) prolonged____ sec    Liver ( ) N/A ( ) palpable____cm edema_____

**5. GI:**

Bowel sounds:  (✓) normal    ( ) hypoactive    ( ) hyperactive    ( ) absent

Abdomen:  (✓) soft    ( ) firm    ( ) distended    ( ) CURRENT WEIGHT_____

Feeding Tubes via: _____    ( ) placement    ( ) tolerating    ( ) not tolerating

Diet: ____ L.F. hsh ____    ( ) NPO last BM_____ other tubes_____

**6. GU:**

( ) voiding    ( ) catheter (type/size) _____    ( ) continent    (✓) incontinent    (✓) diaper

Color/ odor/ pain: _____

**7. Endo/Metabolic:**

( ) blood    ( ) controls    ( ) urine

Disposal of waste: _____    Total Intake: _____    Total Output: _____

( ) MD Orders/ Care Plan Review    ( ) MD Contact (✓) No ( ) Yes    Responsive/Result

Time/Narrative: ____ pt Aeo x3, pomus dose p~ ol 3cB ____

____ pa sleepg al appear i) are goul. ____

_____

_____

_____

Status upon Departure: _____

Employee Name /Status /Signature: _____ LoL _____

Date: __ 12/4/19 __    Time In: __ 18~ __    Time Out: __ 1845 __

5

GC 07.28.2025 006692

# Uniform Assessment System - New York

## Community [REDACTED]

[REDACTED]

*Medicaid ID:* [REDACTED]

---

### Assessment Date: 01/28/2019    Finalized Date: 01/28/2019

---

#### Section A: Intake/History

| | |
|---|---|
| Section A Comments: | Member 96 years old mandarin speaking female resides alone in a one-bedroom apartment on the 1st floor with a few front steps without handicap accessible. Member receives 24 hour live in PCS services x 7 days/week from Great Care, Tel: (646) 267-5677. CDPAS educated, not interested in it at this time. PCP: Dr. Kent B Cao MD, Tel: 718-353-2536, address: 13621 Roosevelt Ave # 205, Flushing, NY 11354, visits q monthly. Ophthalmologist: Dr. Alexander C. Wu, MD Tel: (718) 762-2113, 133-47 Sanford Ave #2b, Flushing, NY 11355. Visits q monthly. PT: Dr. Lu, Fong, address: 3907 prince street #4a Flushing NY 11354 Tel: 718-661-9909, visits x one time / per week week. PHI/AOR- daughter Ammy Klein, (917) 916-3426. |

#### Section B: Cognition

| | |
|---|---|
| Section B Comments: | Member A& O x3, episodes of forgetfulness, self directing, able to provide consent. Has difficulty talking over the phone due to HOH. Daughter calls to check on member at times. |

#### Section C: Communication/Vision

| | |
|---|---|
| Section C Comments: | Member HOH, has refused to wear hearing aid, voice raised /spoken slowly face to face to be heard. Member wear glasses for reading. |

#### Section D: Mood/Behavior

| | |
|---|---|
| Section D Comments: | mbr is talkative, appears calm and pleasant during the visit. member has no behavioral issues and concerns , denies any thoughts of suicidal and homecidal ideation . |

#### Section E: Psychosocial Well-Being

| | |
|---|---|
| Section E Comments: | No major life stressor in last 90 days. She enjoys watching TV and reading newspaper. Member doing PT once / per week and needs transportation services. |

#### Section F: Functional Status

| | |
|---|---|
| Section F Comments: | mbr weakness in the legs, chronic pain and limited ROM due to aging and OA. Observed mbr getting up from a seated position with some difficulty, poor balance, unsteady gait, walking in home for a short distance with quad cane and aide assistance. Wheeled by aide when going outside. hx of multiple falls. |

#### Section G: Continence

| | |
|---|---|
| Section G Comments: | Member reported that she is able to control both bowel and bladder, had episodes of incontinence, would not like to use supplies regularly, may use pads when going outside. ==Needs assistance with getting up 1-2 times to urinate at night.== Has a bedside commode in place. Member/PCA educated on inspecting skin daily and keeping skin clean and dry to prevent skin breakdown. |

#### Section H: Disease Diagnoses

| | |
|---|---|
| Section H Comments: | hx of head injury from a fall incident in home at night, residing at NH for several months. hx of embolism in the legs, c/w anticoagulant med. f/u with MD monthly or prn. |

#### Section I: Health Conditions

| | |
|---|---|
| Section I Comments: | No falls in the past 90 days. Reports dizziness when getting up from a seated /lying position. Taught methods to decrease dizziness such as rising slowly, remaining seated several minutes before standing, flexing feet upward several times while sitting. RN educated member/PCA to use the walking aid when walking and /or transferring, and to keep it within reach at all times. Member |

Classified by the New York State Department of Health as "restricted confidential"

This report contains information the disclosure of which is restricted by New York State law

ATTORNEYS' EYES ONLY

SWHNY005350

## Assessment Date: 01/28/2019   Finalized Date: 01/28/2019

reported chronic pain over both knees, mild, moderately controlled by medications/rest/repositioning.

### Section  J: Nutritional

Section J Comments:     c/w low salt, low fat soft diet. Has a lot teeth missing, no dentures present, requires soft foods, no difficulty with swallowing reported.

### Section  K: Medications/Allergies

Section K Comments:     Able to state the purpose of her meds. c/w meds. aide assists with meds management /reminder / opening the container /passing water.

### Section  L: Treatments/Procedures

Section L Comments:     Member received the flu vaccine for the season. RN discussed and educate the importance and benefit of preventive measures. No hospitalizations or ER visits in the last 90 days.

### Section  M: Social Supports

Section M Comments:     mbr has 3 daughters and 1 son. The daughter Ammy klein lives in Flushing, other children live in other states. They visit once a month, available in important events /occasions.

### Section  N: Environmental

Section N Comments:     The apt. appears clean and slightly cluttered, safe and clear walking pathway. There are 3 steps to enter building and inside home there are no stairs. Member requires ambulette for transportation.

Classified by the New York State Department of Health as "restricted confidential"

This report contains information the disclosure of which is restricted by New York State law