**Greatcare Inc.**
**Policy Manual**

**FUNCTIONAL ASSESSMENT**

| | INDEPENDENT | ASSISTANCE NEED | UNABLE | DESCRIBE |
|---|---|---|---|---|
| Ambulation | | ✓ | | wheelchair |
| Stairs | | ✓ | | |
| Dressing | | ✓ | | |
| Feeding | ✓ | | | |
| Home care | | | ✓ | |
| Bathing | | | | |
| Phys. Therapy | | | | |
| Sleep | ✓ | | | |
| Elimination | | ✓ | | |
| Communication | ✓ | | | |

Orientation: AOx3

Affect: ___

Adjustment to Health Status: ___

Usual Day: Morning ___

Afternoon ___

Evening ___

Diet: Low fat low Na Understanding: yes Compliance: yes

Hx Medical: Cataract

Hx Surgical ___

Medications: Synthroid 125MCG tabs oral Day. Folic Acid 1mg tab oral Day Calcium 500mg tab oral Day levetiracetam 250mg tab oral day-tid Amlodipine 10mg oral Day Metoprolol 25mg tab oral Day Ranitidine 150mg tab oral prn to clonazepam 0.25mg tab oral Day Quetiapine 25mg tab oral Day

RECOMMENDATION

RN visit pt for assessment. patient was pt al w/A/POA. pt complaint B/L leg weakness, al need to use relax and rest to help her. RN educated pt al w/A/POA on fall prevention al standard precaution. change al move position slowly. proper diet care, all verbalized understanding, pt left in no acute distress and no environmental hazard noted.

SIGNATURE [signature] LICENSE # 67720 DATE 11/5/16

Adept Resources 11.02

**Greatcare Inc.**
**Policy Manual**

PATIENT NAME [redacted] PCA ___ HHA ___

**CARE PLAN**

ADDRESS [redacted]

PATIENT TELEPHONE [redacted]
ADM DATE ___ DOB [redacted]
PHYSICIAN William Cheung PHONE [redacted]
PHONE ___
DIRECTIONS ___

EMERG CONTACT ___ PHONE ___
RELATIONSHIP ___ PHONE ___
CASE MGR ___
ORGANIZATION ___ PHONE ___
ALLERGIES NKA ADV. DIR. ___ YES ___ NO

**NUTRITION/MEAL PREPARATION**
Prepare Breakfast ___
Prepare Lunch ✓
Prepare Dinner ___
Prepare Snack ___
Extra Fluids ___
Special Diet ___
Assist to Eat ___

**PERSONAL CARE/FREQUENCY**
Bed Bath ___
Tub Bath ___
Shower ✓
Shave ___
Skin Care ___
Nail Care ___
Mouth Care ___

**ACTIVITIES**
Ambulate Ad Lib ___
Ambulate w/ cane ✓
Ambulate / walker ___
Restrictions ___
Transfers ___
Passive ROM ___
Bedrest ___
Turn and Position q ___ hours

**ELIMINATION**
Toilet ✓
Commode ___
Bedpan ___
Urinal ___
Catheter ___
I & O ___
Empty urine drainage bag ___

**DATE ___ MEDICATION**

| Name | Dose | Route | Time |
|---|---|---|---|
| Synthroid | 125mcg | oral | QD |
| Folic Acid | 1mg | oral | QD |
| Calcium | 500mg | oral | QD |
| levetiracetam | 250mg | oral | bid |
| Amlodipine | 10mg | oral | QD |
| Metoprolol | 25mg | oral | QD |
| Ranitidine | 150mg | oral | QD |
| clonazepam | 0.25mg | oral | QD |
| Quetiapine | 25mg | oral | QD |

✓ Assist with self administered medication
___ Significant other assists with meds
___ Patient independent with meds

**HOMEMAKING**
Linen Change ✓
Laundry ✓
Light Housekeeping ✓
Vacuum ✓
Dust ✓
Mop Floors ✓
Clean Bathroom ✓
Grocery Shopping ✓

**TREATMENTS**
Type Duration Time Equipment

Change nonsterile dsg ___
Reinforce dsg ___

**SPECIAL OBSERVATIONS/REPORTS**
TPR ___ BP ___ WT ___
T 97.4°F P 72/m R 16/m
BP 130/80 WT 120lb

**OXYGEN - HHA ONLY**
Liters per minute ___
PRN ___
Continuous ___
Cannula ___
Mask ___
Clean equipment ___
Check oxygen left ___
Clean Nebulizer ___
Emergency Backup System ___

**PATIENT PROFILE**

**RN REVIEW/DATE/SIGN**
[signature]
11/6/2016

SERVICE SCHEDULE 7 days x 24hrs
Living-in case 13hrs per day, 8am-8am

[illegible]

[illegible]

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|
| [illegible] | | ✓ | | walker . wheelchair |
| [illegible] | | ✓ | | |
| [illegible] | ✓ | | | |
| [illegible] | ✓ | | | |
| [illegible] | | | ✓ | |
| [illegible] | | ✓ | | |
| [illegible] | | | | |
| [illegible] | ✓ | | | |
| [illegible] | | ✓ | | |
| [illegible] | ✓ | | | |

[illegible]: Ar x3

[illegible]:

[illegible]:

[illegible]:

[illegible]:

[illegible]:

[illegible]: [illegible] lang [illegible]: yes [illegible]: yes

[illegible]:

[illegible] [illegible]: metoprolol 25mg tab oral Day, levothyroxin sod 125mCG tab oral Day levetiracetam HCl 250mg tab oral Day. and Calcium 500mg tab oral Day zolpidem tartrate 5mg oral tab Day. Memantine 5mg tab oral Day vitamin D3 2000IU tab oral Day synthroid 10mCG tab oral Day ~~Calcium 500mg tab oral Day~~

[illegible]: RN visit pt for Assessment. patient was pt. out with [illegible] pt complained of ~~knee~~ leg pain and weakness, and need to use [illegible] and rest to help. RN educated pt and [illegible] on fall prevention and standard precaution, change and move position slowly, proper diet care. all verbalized understanding. pt left in no acute distress and no environment hazard noted.

[illegible]: [signature] [illegible] 67720 [illegible] 1/6/18

[illegible]

Cheung, William

seven times / every week
seven times / every week
seven times / every week

seven times / every week

metoprolol 25mg ... qd
levothyroxine 50 ... mcg ... qd
levetiracetam ... qd
Calcium 500mg ... qd
zolpidem tartrate 5mg ... qd
memantine 5mg ... qd
vitamin D3 2000 ... qd
synthroid 10mcg ... qd

T 97.2 P 72/min R 16/m
BP 110/70

7 days x 24hrs

D.O.B.

N/A

Pt AAOx3. Denies chest pain and SOB. Pt sleeping and appetite is not good.

**Greatcare Inc.**
**Policy Manual**

_____ PCA _____ HHA  **CARE PLAN**

PATIENT NAME _____  PATIENT TELEPHONE _____

ADDRESS _____ so contagus agza 177 nj 1002 _____  ADM DATE _____ DOB _____

PHYSICIAN _william chey_ PHONE _____

PHONE _____

EMERG CONTACT _____ PHONE _____

PHONE _____  DIRECTIONS _____

RELATIONSHIP _____ / _____

CASE MGR _____

ORGANIZATION _____ PHONE _____

ALLERGIES ____ n/y+ ____ ADV. DIR. ____ YES ____ NO

| NUTRITION/MEAL PREPARATION | PERSONAL CARE/FREQUENCY | ACTIVITIES |
|---|---|---|
| Prepare Breakfast seven times/ey week | Bed Bath | Ambulate Ad Lib |
| Prepare Lunch seven times/ey week | Tub Bath | Ambulate w/ cane X |
| Prepare Dinner seven times/eny here | Shower sepn times/ey week | Ambulate / walker ✓ |
| Prepare Snack | Shave | Restrictions |
| Extra Fluids | Skin Care ✓ | |
| Special Diet 1 to two | Nail Care ✓ | Transfers |
| Assist to Eat | Mouth Care ✓ | Passive ROM |
| | | Bedrest |
| | | Turn and Position q ___ hours |

| ELIMINATION | | DATE MEDICATION | | | HOMEMAKING | |
|---|---|---|---|---|---|---|
| | | Name Dose Route Time | | | Linen Change | ✓ |
| Toilet | ✓ | Synthroid 125mcl ul O2 | | | Laundry | ✓ |
| Commode | ✓ | | | | Light Housekeeping | ✓ |
| Bedpan | | leverorave+am 207 ul tid | | | Vacuum | ✓ |
| Urinal | | | | | Dust | ✓ |
| Catheter | | Calcium 500 oil O2 | | | Mop Floors | ✓ |
| I & O | | | | | Clean Bathroom | ✓ |
| Empty urine drainage bag | | vitamin D3 2,000zu ol O2 | | | Grocery Shopping | ✓ |
| | | Folic Acid teb a l O2 | | | | |

| TREATMENTS | | | | |
|---|---|---|---|---|
| Type | Duration | Time | Equipment | |

Amlodipine 107 ul O2

Ranitidine 150 ul D2

Clonazepam a25 ul Bid

memantine 57 al B2

Quetiapine 257 a O2

zolpidem Tartrate 57 ul D2

✓ Assist with self administered medication
___ Significant other assists with meds
___ Patient independent with meds

**SPECIAL OBSERVATIONS/REPORTS**

TPR _____ BP _____ WT _____

97.7  p 72/n  R 16/m

B/n 130/70 wT 140lb

Change nonsterile dsg _____

Reinforce dsg _____

**PATIENT PROFILE** _____

| OXYGEN - HHA ONLY |
|---|
| Liters per minute |
| PRN |
| Continuous |
| Cannula |
| Mask |
| Clean equipment |
| Check oxygen left |
| Clean Nebulizer |
| Emergency Backup System |

**RN REVIEW/DATE/SIGN**

Jolee Pr

7/4/18 ASPS)

**SERVICE SCHEDULE** ___ Living-in case 13hrs per day 8am-8am ___ 7days X 24hrs

GC 07.28.2025 005057

**Greatcare Inc.**

**PROGRESS NOTES**

Patient Name: [redacted] D.O.B. [redacted]
Allergies: NKA

Time: 1610 VS: T 97 HR 72 RR 18 BP 132/80

**1. Skin:**
Integrity: (✓) intact ( ) bruising ( ) dryness ( ) rash ( ) wound ( ) drainage
Temp: (✓) warm ( ) cool ( ) diaphoretic
Turgor: (✓) normal ( ) loose ( ) taut
Oral Cavity: (✓) moist ( ) dry ( ) cracked ( ) sores

**2. Neuromuscular/ Behavioral:**
Activity State: ( ) active (✓) quiet/alert ( ) crying ( ) lethargic ( ) sleeping ( ) unresponsive ( ) seizures ( ) PERRLA
Movement of Extremities: ( ) equal ( ) unequal (✓) weakness ( ) flaccid ( ) rigid ( ) spastic ( ) normal
Pain: ( ) none (✓) yes, location/ intensity lo back pain
Fontanels: ( ) normal ( ) full ( ) sunken ( ) bulging ( ) soft ( ) tense (✓) N/A

**3. Respiratory:**
Respirations: (✓) no distress ( ) grunting ( ) flaring ( ) stridor ( ) retractions ( ) suction
( ) oxymetry stats ( ) trach ( ) vent ( ) CPAP
( ) neb treatments ______ ( ) cough ( ) O2@ ___ L via ___
(✓) clear/ equal bilaterally (✓) symmetrical
( ) sputum (amount, color, consistency, odor): ______

**4. Cardiovascular:**
Rhythm: (✓) regular ( ) irregular ( ) murmur ( ) IVs/lines ______
Pulses: (✓) normal ( ) bounding ( ) weak ( ) absent site appearance ______
Capillary Refill :() Normal ( ) prolonged __ sec. Liver ( ) N/A ( ) palpable __ cm edema __

**5. GI:**
Bowel sounds: (✓) normal ( ) hypoactive ( ) hyperactive ( ) absent
Abdomen: (✓) soft ( ) firm ( ) distended CURRENT WEIGHT ______
Feeding Tubes via: ______ ( ) placement ( ) tolerating ( ) not tolerating
Diet: lo fat [illegible] ( ) NPO last BM ____ other tubes ____

**6. GU:**
( ) voiding ( ) catheter (type/ size) ____ ( ) continent (✓) incontinent (✓) diaper
Color / odor/ pain: ______

**7. Endo/ Metabolic:**
( ) blood Sugars ( ) controls ( ) urine glucose
Disposal of waste: ______ Total Intake: ______ Total Output: ______
( ) MD Orders/ Care Plan Reviewed ( ) MD Contact (✓) No ( ) Yes Response/Result

**Time/ Narrative:**
pt A&O x 3. denies chest pain and SOB. pt sleepy and appetite is not good.

Status upon Departure: ______

Employee Name /Status / Signature: [signature]
Date: 7/21/18 Time In: 1610 Time Out: 1650

**Greatcare Inc.**
**Nursing Progress Notes**

Patient Name: [redacted] D.O.B: [redacted]
Allergies: NKA
Time: 1700 VS: T: 97 HR: 72 RR: 16 BP: 130/80

**1. Skin:**
Integrity: (✓) intact ( ) bruising ( ) dryness ( ) rash ( ) wound ( ) drainage
Temp: (✓) warm ( ) cool ( ) diaphoretic
Turgor: (✓) normal ( ) loose ( ) taut
Oral Cavity: (✓) moist ( ) dry ( ) cracked ( ) sores

**2. Neuromuscular/Behavioral:**
Activity State: ( ) active (✓) quiet/alert ( ) crying ( ) lethargic ( ) sleeping ( ) unresponsive
( ) seizures ( ) PERRLA
Movement of Extremities: ( ) equal ( ) unequal (✓) weakness ( ) flaccid ( ) rigid
( ) spastic ( ) normal
Pain: ( ) none (✓) yes, location/ intensity: L back pain
Fontanels: (✓) normal ( ) full ( ) sunken ( ) bulging ( ) soft ( ) tense
(✓) N/A

**3. Respiratory:**
Respirations: (✓) no distress ( ) grunting ( ) flaring ( ) stridor ( ) retractions ( ) suction
( ) oxymetry stats ( ) trach ( ) vent ( ) CDPAP
(✓) neb treatments____ ( ) cough ( ) O2 @____ L via____
(✓) clear/ equal bilaterally (✓) symmetrical
( ) sputum (amount, color, consistency, odor):____

**4. Cardiovascular:**
Rhythm: (✓) regular ( ) irregular ( ) murmur ( ) IVs/lines____
Pulse: (✓) normal ( ) bounding ( ) weak ( ) absent site appearance
Capillary Refill: (✓) normal ( ) prolonged___ sec Liver ( ) N/A ( ) palpable___cm edema___

**5. GI:**
Bowel sounds: (✓) normal ( ) hypoactive ( ) hyperactive ( ) absent
Abdomen: (✓) soft ( ) firm ( ) distended ( ) CURRENT WEIGHT____
Feeding Tubes via:____ ( ) placement ( ) tolerating ( ) not tolerating
Diet: L fat/ld ( ) NPO last BM____ other tubes____

**6. GU:**
( ) voiding ( ) catheter (type/size)____ ( ) continent (✓) incontinent (✓) diaper
Color/ odor/ pain:____

**7. Endo/Metabolic:**
( ) blood ( ) controls ( ) urine

Disposal of waste:____ Total Intake:____ Total Output:____
( ) MD Orders/ Care Plan Review ( ) MD Contact (✓) No ( ) Yes Responsive/Result
Time/Narrative: pt AtoX3, [illegible] chest pain at 5:00. pt sleeping and appetite is not good.

Status upon Departure:____

Employee Name /Status /Signature: [signature]
Date: 3/30/19 Time In: 17:00 Time Out: 17:45

**Greatcare Inc.**
**Policy Manual**

_____ CA _____ HHA   CAREPLAN

Patient Name: ███████████████████
Address: ████████████████████

Patient Telephone: _____
ADM Date: _____ DOB: ███████
Physician: _Cheung, william_ Phone: _32-226-225_
_____ Fax: _____

Emergency Contact: _____
Relationship: _____ Phone: _____
Case MGR: _____
Organization: _____ Phone: _____
Allergies: __NVA__ ADV. Dir. ___ Y ___ N

Directions: _____
_____
_____
_____
_____

### Nutrition/ Meal Preparation
Prepare Breakfast _9/10 times/ej reek_
Prepare Lunch _teen times/ej reel_
Prepare Dinner _soon times/ej reel_
Prepare Snack _____
Extra Fluids _____
Special Diet _LF   NVA_
Assist to Eat _____

### Personal Care/Frequency
Bed Bath _____
Tub Bath _____times_____
Shower _7 days/ej week_
Shave _____
Skin Care ✓
Nail Care ✓
Mouth Care ✓

### Activities
Ambulate Ad Lib _____
Ambulate w/ Cane ____✓____
Ambulate/ Walker/ Crutches _____
Restrictions _____

Transfers _____

Passive ROM _____

### Elimination
Toilet _____
Commode ___✓___
Bedpan _____
Urinal _____
Catheter _____
I & O _____
Empty urine drainage bag _____

### Medication
Date _____

| Name | Dose | Route | Time |
|------|------|-------|------|
| Folic Acid | 1mg | ~l | BP |
| meco pr-lob | 25f | ~l | BP |
| memantine | 5f | ol | BP |
| zolpidem Tererace | 5f | ~l | BP |
| U-D3 | 2000 | ~l | BP |
| levetracera | 250 | ~l | BP |
| Ambelope Bey/lul | 10f | ~l | BP |

✓ Assist with self administered medication
___ Significant other assists with meds
___ Patient independent with meds

### Special Observations/Reports
TPR _____ BP _____ WT _____
T 97.27 p 72/m R 16h
BP 130/89 ~T ✓

### Treatments
Type   Duration   Time   Equipment
_____
_____
_____
_____
_____
_____
_____

Change nonsterile dsg _____
Reinforce dsg _____

### HomeMaking
Linen Change ____✓____
Laundry ____✓____
Light House Keeping ____✓____
Vacuum ____✓____
Dust ____✓____
Mop Floors ____✓____
Clean Bathroom ____✓____
Grocery Shopping ____✓____

Bedrest _____
Turn and Position q ____ hours

### Oxygen – HHA ONLY
Liters per minute _____
PRN _____
Continuous _____
Cannula _____
Mask _____
Clean Equipment _____
Check oxygen left _____
Clean Nebulizer _____
Emergency Backup System _____

RN Review/ Date/ Sign
_____ 12/21/09

AIDE Signature/Date
X HUi XIU RUAN

### Patient Profile
_____

Service Schedule   7 days x 24 hrs
Living-in case 13 hrs per day
3 hrs mealtime, 8 hrs sleeping time (5 hrs uninterrupted sleep time)

4

**Greatcare Inc.**
**Nursing Progress Notes**

Patient Name: [redacted] D.O.B: [redacted]
Allergies: NKA
Time: 1700 VS: T: 97.2 HR: 72 RR: 16 BP: 130/80

**1. Skin:**
Integrity: (✓) intact ( ) bruising ( ) dryness ( ) rash ( ) wound ( ) drainage
Temp: (✓) warm ( ) cool ( ) diaphoretic
Turgor: (✓) normal ( ) loose ( ) taut
Oral Cavity: (✓) moist ( ) dry ( ) cracked ( ) sores

**2. Neuromuscular/Behavioral:**
Activity State: ( ) active (✓) quiet/alert ( ) crying ( ) lethargic ( ) sleeping ( ) unresponsive
( ) seizures ( ) PERRLA
Movement of Extremities: ( ) equal ( ) unequal (✓) weakness ( ) flaccid ( ) rigid
( ) spastic ( ) normal
Pain: ( ) none ( ) yes, location/ intensity: ____
Fontanels: ( ) normal ( ) full ( ) sunken ( ) bulging ( ) soft ( ) tense
(✓) N/A

**3. Respiratory:**
Respirations: (✓) no distress ( ) grunting ( ) flaring ( ) stridor ( ) retractions ( ) suction
( ) oxymetry stats ( ) trach ( ) vent ( ) CDPAP
( ) neb treatments____ ( ) cough ( ) O2 @____ L via____
(✓) clear/ equal bilaterally (✓) symmetrical
( ) sputum (amount, color, consistency, odor): ____

**4. Cardiovascular:**
Rhythm: (✓) regular ( ) irregular ( ) murmur ( ) IVs/lines____
Pulse: (✓) normal ( ) bounding ( ) weak ( ) absent site appearance
Capillary Refill: (✓) normal ( ) prolonged____ sec Liver ( ) N/A ( ) palpable____cm edema____

**5. GI:**
Bowel sounds: (✓) normal ( ) hypoactive ( ) hyperactive ( ) absent
Abdomen: (✓) soft ( ) firm ( ) distended ( ) CURRENT WEIGHT____
Feeding Tubes via: ____ ( ) placement ( ) tolerating ( ) not tolerating
Diet: Reg/low ( ) NPO last BM ____ other tubes ____

**6. GU:**
( ) voiding ( ) catheter (type/size) ____ ( ) continent (✓) incontinent (✓) diaper
Color/ odor/ pain: ____

**7. Endo/Metabolic:**
( ) blood ( ) controls ( ) urine

Disposal of waste: ____ Total Intake: ____ Total Output: ____
( ) MD Orders/ Care Plan Review ( ) MD Contact (✓) No ( ) Yes Responsive/Result
Time/Narrative: Pt AO x 3. Denies chest pain and SOB
pt sleeping and appetite is not good.

Status upon Departure: ____

Employee Name /Status /Signature: [signature]
Date: 12/21/19 Time In: 1700 Time Out: 1724

GC 07.28.2025 005068

# Uniform Assessment System - New York
# Comprehensive Community Health Assessment Report

***Date of Birth:*** [redacted] ***Medicaid ID:*** [redacted]

**Assessment Date: 01/12/2019 Finalized Date: 01/13/2019**

## Community Health Assessment

***Section Reference Date***

| | |
|---|---|
| Assessment Reference Date: | **01/12/2019** |
| Type of Assessment: | **Community Health Assessment** |
| Organization which conducted this assessment: | **LONGEVITY HEALTH SERVICES, LLC (LHCSA)** |
| Organization for which this assessment is being performed: | **Aetna Better Health** |

***Section A: Intake/History***

| | |
|---|---|
| Others Present at Assessment: | **Daughter Emily Chin and Guo Yi Huang/PCA from Great care** |
| Physician Information | |
| Is there a physician's order? | **No** |
| If yes, ordering physician's name: | **Dr. Cheung 212-226-2251** |
| Reason for assessment: | **Routine reassessment** |
| Person's expressed goals of care: | **Consumer has dementia, unable to verbalize goal.** |
| One or more care goals met in the last 90 days (or since last assessment if less than 90 days): | **Yes** |
| Care Goals Comments: | **Mbr remains safe in community. No ER/Fall/Hospitalization reported within last 90 days.** |
| Residential / Living Status at time of assessment: | **Private home / apartment / rented room** |
| Living arrangement: | **Alone** |
| Residential history over LAST 5 YEARS<br>Code for all settings person lived in during 5 YEARS prior to date case opened | |
| Adult care facility: | **No** |
| Adult care facility with assisted living services: | **No** |
| Adult housing offered by Office of Mental Health: | **No** |
| Housing offered through Office of People with Developmental Disabilities: | **No** |
| Psychiatric hospital or unit: | **No** |
| Nursing home: | **Yes** |
| Rehabilitation hospital / unit: | **No** |
| Hospice facility / palliative care unit: | **No** |
| Acute care hospital: | **Yes** |
| Correctional facility: | **No** |
| Homeless (with or without shelter): | **No** |
| Education<br>highest level completed: | **8th grade or less** |
| History of Attendance at a Special Education Program or Setting? | **No** |
| Employment Status: | **Unemployed, not seeking employment** |
| Employment arrangements - exclude volunteering: | **Not Applicable** |
| Involvement in structured activities | |
| Formal education program: | **No** |
| Volunteerism - e.g., for community services : | **No** |
| Day program: | **No** |
| Section A Comments: | **Mbr is a 85 yrs old Cantonese speaking female,** |

Classified by the New York State Department of Health as "restricted confidential"
This report contains information the disclosure of which is restricted by New York State law

*Date of Birth:* [redacted] *Medicaid ID:* [redacted]

**Assessment Date: 01/12/2019 Finalized Date: 01/13/2019**

**lives alone in a studio, 15fl with elevator access. Mbr has 24hrs PCA live-in service. PCP: William Cheung 19 Bowery 2nd Floor, Ste 8 New York, NY 10002 PH: 212 226 2251 Neurologist: Andrew Chan 17 Elizabeth Street Ste 502 New York, NY 10013 Ph: 212 431 9884.**

***Section B: Cognition***

Cognitive skills for daily decision making

| | |
|---|---|
| Making decisions regarding tasks of daily life - e.g., when to get up or have meals, which clothes to wear or activities to do: | **Severely impaired - Never or rarely makes decisions** |

Memory / Recall Ability

Code for recall of what was learned or known

| | |
|---|---|
| Short-term memory OK - Seems/appears to recall after 5 minutes: | **Memory Problem** |
| Procedural memory OK - Can perform all or almost all steps in a multi-task sequence without cues: | **Memory Problem** |
| Change in decision making as compared to 90 days ago (or since last assessment): | **No change** |
| Section B Comments: | **Mbr is responsive, only oriented to people she often sees. Dx of dementia with hallucinations and delusions sometimes. All direct care are made by Daughter/Emily Chin Tel: 917-215-5347. Mbr has 24hrs live-in PCA service.** |

***Section C: Communication/Vision***

| | |
|---|---|
| Making self understood (expression)<br>Expressing information content - both verbal and non-verbal: | **Often understood - Difficulty finding words or finishing thoughts AND prompting usually required** |
| Ability to understand others (comprehension)<br>Understanding verbal information content (however able; with hearing appliance normally used): | **Sometimes understands - Responds adequately to simple, direct communication only** |
| Hearing<br>Ability to hear (with hearing appliance normally used): | **Minimal difficulty - Difficulty in some environments (e.g., when person speaks softly or is more than 6 feet [2 meters] away)** |
| Vision<br>Ability to see in adequate light (with glasses or with other visual appliance normally used): | **Minimal difficulty - Sees large print, but not regular print in newspapers/books** |
| Section C Comments: | **Mbr is HOH, need to speak louder and closer when communicate. Hx b/l cataract extraction** |

***Section D: Mood/Behavior***

Indicators of possible depressed, anxious, or sad mood

Code for indicators observed in last 3 days, irrespective of the assumed cause. Note: whenever possible, ask person

| | |
|---|---|
| Made negative statements - e.g.,"Nothing matters; Would rather be dead; What's the use; Regret having lived so long; Let me die": | **Not present** |
| Persistent anger with self or others - e.g., easily annoyed, anger at care received : | **Not present** |
| Expressions, including non-verbal, of what appear to be unrealistic fears - e.g., fear of being abandoned, being left alone, being with others, intense fear of specific objects or situations: | **Not present** |
| Repetitive health complaints - e.g., persistently seeks medical attention, incessant concern with body functions: | **Not present** |
| Repetitive anxious complaints/concerns (non-health related) - e.g., persistently seeks attention/reassurance regarding schedules, meals, laundry, clothing, relationships : | **Not present** |
| Sad, pained, or worried facial expressions - e.g., furrowed brow, constant frowning: | **Not present** |

Classified by the New York State Department of Health as "restricted confidential"
This report contains information the disclosure of which is restricted by New York State law

[redacted] *Date of Birth:* [redacted] *Medicaid ID:* [redacted]

**Assessment Date: 01/12/2019 Finalized Date: 01/13/2019**

| | |
|---|---|
| Crying, tearfulness: | **Not present** |
| Withdrawal from activities of interest - e.g., long-standing activities, being with family and friends : | **Not present** |
| Reduced social interactions: | **Not present** |
| Behavior Symptoms<br>Code for indicators observed in last 3 days, irrespective of the assumed cause | |
| Wandering - Moved with no rational purpose, seemingly oblivious to needs or safety: | **Not present** |
| Verbal abuse - e.g., others were threatened, screamed at, cursed at: | **Exhibited on 1-2 days of last 3 days** |
| Physical abuse - e.g., others were hit, shoved, scratched, sexually abused: | **Not present** |
| Socially inappropriate or disruptive behavior - e.g., made disruptive sounds or noises, screamed out, smeared or threw food or feces, hoarding, rummaged through other's belongings: | **Not present** |
| Inappropriate public sexual behavior or public disrobing: | **Not present** |
| Resists care - e.g., taking medications/injections, ADL assistance, eating: | **Exhibited on 1-2 days of last 3 days** |
| Self-reported mood<br>Ask: "In the last 3 days, how often have you felt..."? | |
| Little interest or pleasure in things you normally enjoy? | **Person could not (would not) respond** |
| Anxious, restless, or uneasy? | **Person could not (would not) respond** |
| Sad, depressed, or hopeless? | **Person could not (would not) respond** |
| Section D Comments: | **AS report, mbr is happy when daughter visits. Mbr yells at PCA and refuses care at times, mbr is compliant with care when daughter calls to tell her.** |

***Section E: Psychosocial Well-Being***

| | |
|---|---|
| Social Relationships<br>Note: Whenever possible, ask person | |
| Participation in social activities of long-standing interest: | **More than 30 days ago** |
| Visit with long-standing social relation or family member: | **8 to 30 days ago** |
| Other interaction with long-standing social relation or family member - e.g., telephone, e-mail: | **In last 3 days** |
| Openly expresses conflict or anger with family or friends: | **Never** |
| Fearful of a family member or close acquaintance: | **Never** |
| Neglected, abused, or mistreated : | **Never** |
| Lonely<br>Says or indicates that he/she feels lonely: | **No** |
| Change in social activities in last 90 days (or since last assessment if less than 90 days ago) | |
| Decline in level of participation in social, religious, occupational or other preferred activities: | **No decline** |
| Length of time alone during the day (morning and afternoon): | **Less than 1 hour** |
| Major life stressors in last 90 days - e.g., episode of severe personal illness; death or severe illness of close family member or friend; loss of home; major loss of income/assets; victim of a crime such as robbery or assault; loss of driving license/car: | **No** |
| Section E Comments: | **Mbr seldom goes out or visits others except for MD appointments d/t can't walk and impaired cognition. Daughter visits 4-5days/wk, and she calls on the day that she doesn't visit, and other families visit mbr once a while.** |

***Section F: Functional Status***

Meal preparation - How meals are prepared (e.g., planning meals,

Classified by the New York State Department of Health as "restricted confidential"
This report contains information the disclosure of which is restricted by New York State law

Printed: 12/24/2025 9:26 AM Page 3 of 22

CONFIDENTIAL AET CHIN 0000826

*Date of Birth:* [redacted] *Medicaid ID:* [redacted]

Assessment Date: 01/12/2019 Finalized Date: 01/13/2019

assembling ingredients, cooking, setting out food and utensils)

| | |
|---|---|
| Meal preparation - PERFORMANCE: | **Total dependence - Full performance by others during entire period** |
| Meal preparation - CAPACITY: | **Total dependence - Full performance by others during entire period** |

Ordinary housework - How ordinary work around the house is performed (e.g., doing dishes, dusting, making bed, tidying up, laundry)

| | |
|---|---|
| Ordinary housework - PERFORMANCE: | **Total dependence - Full performance by others during entire period** |
| Ordinary housework - CAPACITY : | **Total dependence - Full performance by others during entire period** |

Managing finances - How bills are paid, checkbook is balanced, household expenses are budgeted, credit card account is monitored

| | |
|---|---|
| Managing finances - PERFORMANCE: | **Activity did not occur - During entire period** |
| Managing finances - CAPACITY: | **Total dependence - Full performance by others during entire period** |

Managing medications - How medications are managed (e.g., remembering to take medicines, opening bottles, taking correct drug dosages, giving injections, applying ointments)

| | |
|---|---|
| Managing medications - PERFORMANCE: | **Maximal assistance - Help throughout task, but performs less than 50% of task on own** |
| Managing medications - CAPACITY: | **Maximal assistance - Help throughout task, but performs less than 50% of task on own** |

Phone use - How telephone calls are made or received (with assistive device such as large numbers on telephone, amplification as needed)

| | |
|---|---|
| Phone use - PERFORMANCE: | **Maximal assistance - Help throughout task, but performs less than 50% of task on own** |
| Phone use - CAPACITY: | **Maximal assistance - Help throughout task, but performs less than 50% of task on own** |

Stairs - How full flight of stairs is managed (12-14 stairs)

| | |
|---|---|
| Stairs - PERFORMANCE: | **Activity did not occur - During entire period** |
| Stairs - CAPACITY: | **Total dependence - Full performance by others during entire period** |

Shopping - How shopping is performed for food and household items (e.g., selecting items, paying money) EXCLUDE TRANSPORTATION

| | |
|---|---|
| Shopping - PERFORMANCE: | **Total dependence - Full performance by others during entire period** |
| Shopping - CAPACITY: | **Total dependence - Full performance by others during entire period** |

Transportation - How travels by public transportation (navigating system, paying fare) or driving self (including getting out of house, into and out of vehicles)

| | |
|---|---|
| Transportation - PERFORMANCE: | **Activity did not occur - During entire period** |
| Transportation - CAPACITY: | **Total dependence - Full performance by others during entire period** |

Equipment Management - (includes ONLY oxygen, IV/infusion therapy, enteral/parenteral nutrition equipment or supplies): Ability to set up, monitor and change equipment reliably and safely, add appropriate fluids or medication, clean/store/dispose of equipment or supplies using proper technique.

| | |
|---|---|
| Equipment Management - PERFORMANCE: | **Activity did not occur - During entire period** |

ADL Performance
If all episodes are performed at the same level, score ADL at that level.
If any episodes at the level of Total dependence, and others less dependent, score ADL as a Maximal assistance.

Classified by the New York State Department of Health as "restricted confidential"
This report contains information the disclosure of which is restricted by New York State law

Printed: 12/24/2025 9:26 AM Page 4 of 22

CONFIDENTIAL AET CHIN 0000827

[REDACTED]    ***Date of Birth:*** [REDACTED]    ***Medicaid ID:*** [REDACTED]

**Assessment Date: 01/12/2019   Finalized Date: 01/13/2019**

Otherwise, focus on the three most dependent episodes [or all episodes if performed fewer than 3 times].

If most dependent episode is Independent, setup help only, score ADL as Independent, setup help only.

If not, score ADL as least dependent of those episodes in between Supervision to Maximal assistance.

Bathing - How takes bath or shower. Includes how transfers in and out of tub or shower AND how each part of body is bathed: arms, upper and lower legs, chest, abdomen, perineal area - EXCLUDE WASHING OF BACK AND HAIR.
**Maximal assistance - Weight-bearing support (including lifting limbs) by 2+ helpers - OR - weight-bearing support for more than 50% of subtasks**

Personal hygiene - How manages personal hygiene, including combing hair, brushing teeth, shaving, applying make-up, washing and drying face and hands - EXCLUDE BATHS AND SHOWERS:
**Extensive assistance - Weight-bearing support (including lifting limbs) by 1 helper where person still performs 50% or more of subtasks**

Dressing Upper Body - How dresses and undresses (street clothes, underwear) above the waist, including prostheses, orthotics, fasteners, pullovers, etc.
**Extensive assistance - Weight-bearing support (including lifting limbs) by 1 helper where person still performs 50% or more of subtasks**

Dressing Lower Body - How dresses and undresses (street clothes, underwear) from the waist down including prostheses, orthotics, belts, pants, skirts, shoes, fasteners, etc.
**Maximal assistance - Weight-bearing support (including lifting limbs) by 2+ helpers - OR - weight-bearing support for more than 50% of subtasks**

Walking - How walks between location on same floor indoors:
**Activity did not occur - During entire period**

Locomotion - how moves between locations on same floor (walking or wheeling). If in wheelchair, self-sufficiency once in chair:
**Total dependence - Full performance by others during all episodes**

Transfer toilet - How moves on and off toilet or commode:
**Extensive assistance - Weight-bearing support (including lifting limbs) by 1 helper where person still performs 50% or more of subtasks**

Toilet use - How uses the toilet room (or commode, bedpan, urinal), cleanses self after toilet use or incontinent episode(s), changes pad, manages ostomy or catheter, adjust clothes EXCLUDE TRANSFER ON AND OFF TOILET:
**Maximal assistance - Weight-bearing support (including lifting limbs) by 2+ helpers - OR - weight-bearing support for more than 50% of subtasks**

Bed mobility - How moves to and from lying position, turns side to side, and positions body while in bed:
**Extensive assistance - Weight-bearing support (including lifting limbs) by 1 helper where person still performs 50% or more of subtasks**

Eating - How eats and drinks (regardless of skill). Includes intake of nourishment by other means (e.g., tube feeding, total parenteral nutrition):
**Limited assistance - Guided maneuvering of limbs, physical guidance without taking weight**

Primary mode of locomotion indoors:
**Wheelchair, scooter**

Activity Level

Total hours of exercise or physical activity in LAST 3 DAYS - e.g., walking:
**None**

In the LAST 3 DAYS, number of days went out of the house or building in which he/she lives (no matter how short the period):
**No days out**

Change in ADL status as compared to 90 days ago, or since last assessment if less than 90 days ago:
**No change**

Overall self-sufficiency has changed significantly as compared to status 90 days ago, or since last assessment if less than 90 days:
**No change**

Driving

Drove car (vehicle) in the LAST 90 DAYS:
**No**

If drove in LAST 90 DAYS, assessor is aware that someone suggested person limits OR stops driving:
**No, or does not drive**

Transportation

Able to tolerate the duration and method of transportation to access community based programs and other medical services outside the home:
**Yes**

Section F Comments:
**Mbr can't stand or walk, chronic pain, generalized weakness, and impaired cognition,**

Classified by the New York State Department of Health as "restricted confidential"

This report contains information the disclosure of which is restricted by New York State law

[REDACTED] *Date of Birth:* [REDACTED] *Medicaid ID:* [REDACTED]

**Assessment Date: 01/12/2019 Finalized Date: 01/13/2019**

| | |
|---|---|
| | **mbr requires supervision all the time and assist with all IADLs and ADLs. Observed PCA assists mbr to rise from lying to sitting position. As reported, mbr use a commode for toilet, 2 persons for bath, PCA wheels mbr for medical appointments. Fall precaution educated to aide, instructed to change positions every 2 hours, and to report if mbr's pain increased. Hx got loss when mbr can walk, b/l cataract extraction, intracerebral hemorrhage DME: commode, S/C, grab bar, wheelchair, pull ups, chux.** |

### *Section G: Continence*

| | |
|---|---|
| Bladder continence: | **Frequently incontinent - Daily, but some control present** |
| Bowel continence: | **Continent - Complete control; DOES NOT USE any type of ostomy device** |
| Section G Comments: | **Mbr wears pull up and use of chux for bladder incontinence. RN educated on scheduled toileting, must change soiled clothing as soon as possible and to keep skin clean and dry to prevent skin breakdown.** |

### *Section H: Disease Diagnoses*

| | |
|---|---|
| Musculoskeletal | |
| Hip fracture during last 30 days (or since last assessment if less than 30 days): | **Not present** |
| Other fracture during last 30 days (or since last assessment if less than 30 days): | **Not present** |
| Neurological | |
| Alzheimer's disease: | **Not present** |
| Dementia other than Alzheimer's disease: | **Primary diagnosis/diagnosis for stay/placement** |
| Stroke/CVA: | **Not present** |
| Cardiac or Pulmonary | |
| Coronary heart disease: | **Not present** |
| Chronic obstructive pulmonary disease: | **Not present** |
| Congestive heart failure: | **Not present** |
| Psychiatric | |
| Anxiety: | **Diagnosis present, receiving active treatment** |
| Bipolar disorder: | **Not present** |
| Depression: | **Not present** |
| Schizophrenia: | **Not present** |
| Other | |
| Cancer: | **Not present** |
| Diabetes mellitus: | **Not present** |
| Section H Comments: | **Dementia, and anxiety present, mbr takes memantine, clonazepam, and quetiapine.** |

### *Section I: Health Conditions*

| | |
|---|---|
| Falls: | **No fall in last 90 days** |

Number of falls (Not interRAI item)
Indicate the number of falls in the last 90 days that resulted in: (If more than 99, enter 99)

Classified by the New York State Department of Health as "restricted confidential"
This report contains information the disclosure of which is restricted by New York State law