**Greatcare Inc.**
**Policy Manual**

HHA ___ CARE PLAN

PATIENT TELEPHONE _____

PATIENT NAME _____

ADDRESS _____

ADM DATE _____ DOB ___

PHYSICIAN _____ Maria Bun-Chiy Lee _____ PHONE 74-865-4333

PHONE 888-972-7123

EMERG CONTACT _daughter_ PHONE 347-223-7256

(NG, U MEI FONG) PHONE

DIRECTIONS ___ 700

Living-at-home-Medical PC

RELATIONSHIP _____ 347-223-7256  7165 3rd Avenue, #523

CASE MGR _____  Brooklyn NY 11209

ORGANIZATION _____ PHONE _____

ALLERGIES _NKDA_ ADV. DIR. _YES_ _NO_

| NUTRITION/MEAL PREPARATION | PERSONAL CARE/FREQUENCY | ACTIVITIES |
|---|---|---|
| Prepare Breakfast ✓ | Bed Bath ___ | Ambulate Ad Lib ___ |
| Prepare Lunch ✓ | Tub Bath ___ | Ambulate w/ cane ___ |
| Prepare Dinner ✓ | Shower _3 times per week_ | Ambulate / walker ✓ |
| Prepare Snack ✓ | Shave ___ | Restricted _wheel chair_ |
| Extra Fluids ___ | Skin Care ✓ | |
| Special Diet ___ | Nail Care ___ | Transfers ___ |
| Assist to Eat ___ | Mouth Care ___ | |
| | | Passive ROM ___ |
| | | Bedrest ___ |
| | | Turn and Position q ___ hours |

| ELIMINATION | DATE 7-13-14 MEDICATION | HOMEMAKING |
|---|---|---|
| Toilet ✓ _diaper_ | Name Dose Route Time | Linen Change ✓ |
| Commode ✓ | Amlodipine Besylate 5 mg oral QD | Laundry ___ |
| Bedpan ___ | Thera-M tab 1 oral BD | Light Housekeeping ✓ |
| Urinal ___ | Cetirizine 10 mg oral QD | Vacuum ___ |
| Catheter ___ | Memantine XR 2 mg oral QD | Dust ✓ |
| I & O ___ | Senna d-bnf tab 1-2 oral Q12 | Mop Floors ✓ |
| Empty urine drainage bag ___ | MAPAP ES (OTC) 500 MG | Clean Bathroom ✓ |
| | tab 1-2 810 prn | Grocery Shopping ✓ |
| | Montelukase 10 mg oral QD | |

| TREATMENTS | | | |
|---|---|---|---|
| Type | Duration | Time | Equipment |

Albuterol Sulfate 0.083% Sol
use one vial (3 ml) via
nebulizer 3 times per day prn

HHA

7 days x 24 hours

| OXYGEN - HHA ONLY |
|---|
| Liters per minute ___ |
| PRN ___ |
| Continuous ___ |
| Cannula ___ |
| Mask ___ |

✓ Assist with self administered medication
Significant other assists with meds
Patient independent with meds

Clean equipment ___
Check oxygen left ___
Clean Nebulizer ___
Emergency Backup System ___

| SPECIAL OBSERVATIONS/REPORTS |
|---|
| TPR ___ BP ___ WT 115 lb |
| Respiration rate: 26/min |
| Pulse rate: 74/min |

Change nonsterile dsg ___
Reinforce dsg ___

RN REVIEW/DATE/SIGN
_Grda Tz Syll_
7-13-2014

PATIENT PROFILE _____

SERVICE SCHEDULE _7 days x 24 hrs_
_Living-in case 13 hrs per day, 8am-8am_

Family Plus Pharmacy Corp
Tel: 212-732-3388

HHA signature: ZHU XIU XIA

( ZHU , XIU XIA )

**Greatcare Inc.**
**Policy Manual**

_____ A _____ HHA    CAREPLAN _____

Patient Name: ████████████████          Patient Telephone: ████████
Address: █████████████████              ADM Date: _____ DOB: ████████
█████████████████████                   Physician: _Monta Bun_ Phone: _____
Emergency Contact: _____              _Chrf_           Fax: _____
Relationship: _____ Phone: _____  Directions: _____
Case MGR: _____        _____
Organization: _____ Phone: _____  _____
Allergies: _NKA_ ADV. Dir. ___ Y ___ N    _____

### Nutrition/ Meal Preparation
Prepare Breakfast _Seven time (Even) relc_
Prepare Lunch _Seven time Fo Week_
Prepare Dinner _Seven time Fe/ reell_
Prepare Snack _____
Extra Fluids _____
Special Diet _Lfl- NG_
Assist to Eat _____
_____
_____

### Elimination
Toilet _____
Commode _____
Bedpan _✓_
Urinal _____
Catheter _____
I & O _____
Empty urine drainage bag _____
_____
_____

### Treatments
Type   Duration   Time   Equipment
_____
_____
_____
_____
_____
_____
_____
Change nonsterile dsg _____
Reinforce dsg _____
_____
_____

**Patient Profile** _____
_____
**Service Schedule** _Tday x 24hrs_
_Living-in case 13hrs per day_
_3hrs meal time, 8 hrs sleeping time (5hrs uninterrupted sleep time)_ 4

### Personal Care/Frequency
Bed Bath _____
Tub Bath _____
Shower _Seven thes/e_
Shave _____
Skin Care _____
Nail Care _____
Mouth Care _____
_____

Date _____    **Medication**
Name      Dose      Route      Time
_Vitamin D2    sour   al   8M_
_Montelukast   10j   al   8p_
_mapap   50vj   al   p/2/_
_Antacid   5v7   al   B/o_
_mem onteme   21-j   al   P7_
_Senna 8.6j   al   P7_
_Thera-on   90-0-30-15   al   P7_

___ ✓ ___ Assist with self administered medication
_____ Significant other assists with meds
_____ Patient independent with meds

**Special Observations/Reports**
TPR           BP           WT
_T 97.7-_   _P 72/m_   _72   16/w_
_BP 130/84_           _wT   109lb_

### Activities
Ambulate Ad Lib _____
Ambulate w/ Cane _X_
Ambulate/ Walker/ Crutches _____
Restrictions _✓_
_____
Transfers _✓_
_____
Passive ROM _____
_____
Bedrest _____
Turn and Position q ____ hours

### HomeMaking
Linen Change _____
Laundry _✓_
Light House Keeping _✓_
Vacuum _✓_
Dust _✓_
Mop Floors _✓_
Clean Bathroom _✓_
Grocery Shopping _✓_

### Oxygen – HHA ONLY
Liters per minute _____
PRN _____
Continuous _____
Cannula _____
Mask _____
Clean Equipment _____
Check oxygen left _____
Clean Nebulizer _____
Emergency Backup System _____

**RN Review/ Date/ Sign**
_Liol-h_   _1/10/19_

**AIDE Signature/Date**
_Lin zhu Huang Li_

**Greatcare Inc.**
**Nursing Progress Notes**

Patient Name: _____    D.O.B: _____

Allergies: _____

Time: _____16_____    VS:  T: 97.2  HR: 72  RR: 16  BP: 130/80

**1. Skin:**

Integrity: (✓) intact    ( ) bruising    ( ) dryness    ( ) rash    ( ) wound    ( ) drainage
Temp: (✓) warm    ( ) cool    ( ) diaphoretic
Turgor: (✓) normal    ( ) loose    ( ) taut
Oral Cavity: (✓) moist    ( ) dry    ( ) cracked    ( ) sores

**2. Neuromuscular/Behavioral:**

Activity State: ( ) active    (✓) quiet/alert    ( ) crying    ( ) lethargic    ( ) sleeping    ( ) unresponsive
( ) seizures    ( ) PERRLA
Movement of Extremities: ( ) equal    ( ) unequal    (✓) weakness    ( ) flaccid    ( ) rigid
( ) spastic    ( ) normal
Pain: ( ) none    (✓) yes, location/ intensity: __in back of B/L knee__
Fontanels: ( ) normal    ( ) full    ( ) sunken    ( ) bulging    ( ) soft    ( ) tense
(✓) N/A

**3. Respiratory:**

Respirations: (✓) no distress    ( ) grunting    ( ) flaring    ( ) stridor    ( ) retractions    ( ) suction
( ) oxymetry stats    ( ) trach    ( ) vent    ( ) CDPAP
( ) neb treatments_____    ( ) cough    ( ) O2 @_____ L via_____
(✓) clear/ equal bilaterally    (✓) symmetrical
( ) sputum (amount, color, consistency, odor):_____

**4. Cardiovascular:**

Rhythm: (✓) regular    ( ) irregular    ( ) murmur    ( ) IVs/lines_____
Pulse: (✓) normal    ( ) bounding    ( ) weak    ( ) absent site appearance
Capillary Refill: (✓) normal    ( ) prolonged____ sec    Liver ( ) N/A ( ) palpable____cm edema_____

**5. GI:**

Bowel sounds: (✓) normal    ( ) hypoactive    ( ) hyperactive    ( ) absent
Abdomen: (✓) soft    ( ) firm    ( ) distended    ( ) CURRENT WEIGHT_____
Feeding Tubes via: _____    ( ) placement    ( ) tolerating    ( ) not tolerating
Diet: __lift tray__    ( ) NPO last BM_____ other tubes_____

**6. GU:**

( ) voiding    ( ) catheter (type/size)_____    ( ) continent    (✓) incontinent    (✓) diaper
Color/ odor/ pain: _____

**7. Endo/Metabolic:**

( ) blood    ( ) controls    ( ) urine

Disposal of waste:_____ Total Intake:_____ Total Output:_____
( ) MD Orders/ Care Plan Review    ( ) MD Contact (✓) No  ( ) Yes  Responsive/Result

Time/Narrative: __pt pro +3. benne cheese po at 905,__
__pt sleepy at appetite is not good.__

Status upon Departure: _____

Employee Name /Status /Signature:_____
Date: 1/10/19    Time In: 16    Time Out: 16:45

5

GC 06.30.2025 002405



**Greatcare Inc.**
**Policy Manual**

_____ PCA _____ HHA  CAREPLAN ████████

Patient Name: ████████
Address: ████████

Patient Telephone: _____
ADM Date: _____ DOB: ████
Physician: T.P. Seeophin  Phone: 718-865-9333
Fax: _____

Emergency Contact: _____
Relationship: _____ Phone: _____
Case MGR: _____
Organization: _____ Phone: _____
Allergies: NKA  ADV. Dir. ___ Y ___ N

Directions: _____

### Nutrition/ Meal Preparation
Prepare Breakfast seal-thes/ef veek
Prepare Lunch sea thes/ef veeb
Prepare Dinner sem-thes/ef veek
Prepare Snack _____
Extra Fluids _____
Special Diet low fiber low _____
Assist to Eat _____

### Personal Care/Frequency
Bed Bath _____
Tub Bath _____
Shower sean thes/ef veek
Shave _____
Skin Care ✓
Nail Care ✓
Mouth Care ✓

### Medication
Date _____

| Name | Dose | Route | Time |
|------|------|-------|------|
| A-belife Besy | 2·5† | o | 10 |
| mem ant fine | 2† | o | 10 |
| Mepap | 50† | o | P2 |
| Senna | 8b† | o | P |

### Activities
Ambulate Ad Lib _____
Ambulate w/Cane _____
Ambulate/ Walker/ Crutches ✓
Restrictions _____

Transfers _____

Passive ROM _____

Bedrest _____
Turn and Position q ___ hours

### HomeMaking
Linen Change ✓
Laundry ✓
Light House Keeping ✓
Vacuum ✓
Dust ✓
Mop Floors ✓
Clean Bathroom ✓
Grocery Shopping ✓

### Elimination
Toilet _____
Commode ✓
Bedpan _____
Urinal _____
Catheter _____
I & O ·
Empty urine drainage bag _____

### Treatments
Type  Duration  Time  Equipment

Change nonsterile dsg _____
Reinforce dsg _____

✓ Assist with self administered medication
___ Significant other assists with meds
___ Patient independent with meds

### Special Observations/Reports

| TPR | BP | WT |
|-----|-----|-----|
| 97°F | p72/m | R16/m |
| BP 130/8° | | WT 96lb |

### Oxygen – HHA ONLY
Liters per minute _____
PRN _____
Continuous _____
Cannula _____
Mask _____
Clean Equipment _____
Check oxygen left _____
Clean Nebulizer _____
Emergency Backup System _____

### RN Review/ Date/ Sign
Lil /12  7/13/19

### AIDE Signature/Date
X x14 x/a 24h

### Patient Profile

**Service Schedule**  7 days x 24 hrs
Living-in case 13 hrs per day, 8am-8am.
3 hrs meal time, 8hrs sleeping time (5hrs uninterrupted sleep time)  4

GC 06.30.2025 002409

**Greatcare Inc.**
**Policy Manual**

_____ PCA    _____ HHA    CAREPLAN

Patient Name: ███████

Address: ███████

Patient Telephone: _____
ADM Date: _____  DOB: ███████
Physician: _In Stephen_ Phone: 718-865-9333
Lee Morro  Fax: _____
Directions: _____

Emergency Contact: _____
Relationship: _____ Phone: _____
Case MGR: _____
Organization: _____ Phone: _____
Allergies: _n/a_ ADV. Dir. ___ Y ___ N

### Nutrition/ Meal Preparation
Prepare Breakfast _seven times /a week_
Prepare Lunch _seven times /a week_
Prepare Dinner _seven times /a week_
Prepare Snack _____
Extra Fluids _____
Special Diet _inf lung_
Assist to Eat _____

### Elimination
Toilet _____
Commode ✓
Bedpan _____
Urinal _____
Catheter _____
I & O _____
Empty urine drainage bag _____

### Treatments
Type   Duration   Time   Equipment

Change nonsterile dsg _____
Reinforce dsg _____

### Personal Care/Frequency
Bed Bath _____
Tub Bath _____
Shower _seven times /a week_
Shave _____
Skin Care ✓
Nail Care _____
Mouth Care _____

Date _____   **Medication**
| Name | Dose | Route | Time |
|------|------|-------|------|
| Senna | 8·6 | u | P.O |
| memantine | 15 | d | P.O |
| Vicomm | D2 | prob E4 | al DM |
| therar | M | 9-0-30-15 | u P |

✓ Assist with self administered medication
_____ Significant other assists with meds
_____ Patient independent with meds

### Special Observations/Reports
TPR        BP        WT
T 97.7  P 72/m  R 16/m
Bp 130/87  WT 110 16

### Activities
Ambulate Ad Lib _____
Ambulate w/ Cane _____
Ambulate/ Walker/ Crutches _____
Restrictions _____

Transfers _____

Passive ROM _____

Bedrest _____
Turn and Position q ____ hours

### HomeMaking
Linen Change ✓
Laundry ✓
Light House Keeping ✓
Vacuum ✓
Dust ✓
Mop Floors ✓
Clean Bathroom ✓
Grocery Shopping ✓

### Oxygen – HHA ONLY
Liters per minute _____
PRN _____
Continuous _____
Cannula _____
Mask _____
Clean Equipment _____
Check oxygen left _____
Clean Nebulizer _____
Emergency Backup System _____

### RN Review/ Date/ Sign
_Lidia_  11/9/19

### AIDE Signature/Date
X _Xia Xia_ 24G

Patient Profile _____

Service Schedule _7 days x 24 hrs Living-in case 13hrs per day, 8am-8am 3 hrs meal time, 8 hrs sleeping time (5 hrs uninterrupted sleep time)_

**Greatcare Inc.**
**Nursing Progress Notes**

Patient Name:_____  D.O.B:_____
Allergies:_____
Time:_____(15-4)_____  VS:  T:97  HR:12  RR:16  BP:130/80

**1. Skin:**
Integrity:  (✓) intact  ( ) bruising  ( ) dryness  ( ) rash  ( ) wound  ( ) drainage
Temp:  (✓) warm  ( ) cool  ( ) diaphoretic
Turgor:  (✓) normal  ( ) loose  ( ) taut
Oral Cavity:  (✓) moist  ( ) dry  ( ) cracked  ( ) sores

**2. Neuromuscular/Behavioral:**
Activity State:  ( ) active  (✓) quiet/alert  ( ) crying  ( ) lethargic  ( ) sleeping  ( ) unresponsive
( ) seizures  ( ) PERRLA
Movement of Extremities:  ( ) equal  ( ) unequal  (✓) weakness  ( ) flaccid  ( ) rigid
( ) spastic  ( ) normal
Pain:  ( ) none  ( ) yes, location/ intensity: _____
Fontanels:  ( ) normal  ( ) full  ( ) sunken  ( ) bulging  ( ) soft  ( ) tense
(✓) N/A

**3. Respiratory:**
Respirations:  (✓) no distress  ( ) grunting  ( ) flaring  ( ) stridor  ( ) retractions  ( ) suction
( ) oxymetry stats  ( ) trach  ( ) vent  ( ) CDPAP
( ) neb treatments_____  ( ) cough  ( ) O2 @_____ L via_____
(✓) clear/ equal bilaterally  (✓) symmetrical
( ) sputum (amount, color, consistency, odor):_____

**4. Cardiovascular:**
Rhythm:  (✓) regular  ( ) irregular  ( ) murmur  ( ) IVs/lines_____
Pulse:  (✓) normal  ( ) bounding  ( ) weak  ( ) absent site appearance
Capillary Refill:  (✓) normal  ( ) prolonged____ sec  Liver ( ) N/A ( ) palpable____cm edema____

**5. GI:**
Bowel sounds:  (✓) normal  ( ) hypoactive  ( ) hyperactive  ( ) absent
Abdomen:  (✓) soft  ( ) firm  ( ) distended  ( ) CURRENT WEIGHT_____
Feeding Tubes via: _____  ( ) placement  ( ) tolerating  ( ) not tolerating
Diet: ____ hefs (mth) ____  ( ) NPO last BM_____ other tubes_____

**6. GU:**
( ) voiding  ( ) catheter (type/size)_____  ( ) continent  (✓) incontinent (✓) diaper
Color/ odor/ pain: _____

**7. Endo/Metabolic:**
( ) blood  ( ) controls  ( ) urine

Disposal of waste:_____  Total Intake:_____  Total Output:_____
( ) MD Orders/ Care Plan Review  ( ) MD Contact  (✓) No  ( ) Yes  Responsive/Result
Time/Narrative:____ pt bp x 3. Denies chest pr ol sob. _____
____ pt sleepy nl appetite is not good. _____
_____
_____
_____

Status upon Departure: _____

Employee Name /Status /Signature:____ Hole ____
Date:__ 1/9/19__  Time In:__15:45__  Time Out:__16:30__

5

GC 06.30.2025 002415

# Uniform Assessment System - New York
# Community Assessment Comments Report

**Date of Birth:** ███████    *Medicaid ID:* ███████

| Assessment Date: 11/09/2017 |
| --- |

### Section A: Intake/History

Section A Comments:
**99 y/o Cantonese speaking female member lives alone in a studio apartment on the 3rd floor of a walkup building. Member's DTR and PCA present over the visit. PCA: Current services 24hrs x 7days Great Care PCP: Maria bun-Ching Lee (718)865-9333 Emergency contact: Mei Fong Ng (daughter) 347-223-8256**

### Section B: Cognition

Section B Comments:
**Member is A&Ox2 to person and place, not time. Member has dementia and is very confused, not safe to be left alone, has 24hr X 7d PCA services. Member is not self directed, family member is able to direct care**

### Section C: Communication/Vision

Section C Comments:
**Member has HOH, Member has glasses although does not use them anymore**

### Section D: Mood/Behavior

Section D Comments:
**Denies SI/HI, loneliness or depression. Member observed calm. No Depression.**

### Section E: Psychosocial Well-Being

Section E Comments:
**Member looks positive, denies any stress. Member's DTR visited 2-3 times a week and provides social support. Member has 7dx24h live in care, is never left alone.**

### Section F: Functional Status

Section F Comments:
**Member has limited ROM in upper/lower extremities due to OA and age. Member observed walking using walker, Member is total assistance needed with IADLs and extensive to maximal with ADLs. She is unable to manage stairs and lives on the 3rd floor of a walkup building. Her doctor visits her at home every 3 month**

### Section G: Continence

Section G Comments:
**Member is continent of bladder and bowel, member uses 2-3 pull ups daily. Educated daughter and PCA on importance of proper perineal care, both verbalized understanding. Bedside commode available.**

### Section H: Disease Diagnoses

Section H Comments:
**Member's Dtr stated her mother condition control by current meds.**

### Section I: Health Conditions

Section I Comments:
**Daughter reported no fall in the last 90 days, no internal injury was found. RN educated member and PCA to use the cane when walking and/or transferring, and to keep it within reach at all times. PCA verbalized understanding. Member mild pain on B/L LE and lower back pain.Member sleeps a lot during day and is up at night. Member does simple exercises and stretches which helps it. Member and daughter instructed on pain management and fall prevention. Member and daughter verbalized understanding**

### Section J: Nutritional

Section J Comments:
**Daughter reports her mother appetite is good . Member is on low salt, low fat diet, soft diet. RN instructed on low sodium, low fat, soft diet, member and daughter verbalized**

Classified by the New York State Department of Health as "restricted confidential"

This report contains information the disclosure of which is restricted by New York State law

| Assessment Date: 11/09/2017 |
|---|

understanding

### Section K: Medications/Allergies

Section K Comments: **Member's Daughter administers medication as Physician ordered.**

### Section L: Treatments/Procedures

Section L Comments: **Daughter reported that member had one fall, no hospitalization, no ER visit in the last. Member had yearly flu vaccination @ home. Daughter was educated on following-up with MD appoints, medication compliance, early recognition of symptoms and to report these symptoms to MD immediately. If condition worsens, go to the hospital, or call 911.**

### Section M: Social Supports

Section M Comments: **Daughter visits 2-3 times a week, grandson lives in the same building and visits daily.**

### Section N: Environmental

Section N Comments: **Member's apartment is clean and free of clatter, well kept and safe for member**

Classified by the New York State Department of Health as "restricted confidential"

This report contains information the disclosure of which is restricted by New York State law