RE: Living-In (24 hours) Cases Declaration Letter for Greatcare Inc

Name: █████████
DOB: █████████
CIN: █████████
Address: █████████████████████████

To Whom It May Concern,

I, ███████ am here to verify that caregiver Hei Li (Tel 929-239-1626) worked from period 6/17/2017 to 2/28/2021. During the period, on the days that caregiver Hei Li (Tel 929-239-1626) worked, she only provided 13 hours per day of home care service to me. Beside the 13 hours per day home care service, caregiver Hei Li (Tel 929-239-1626) also received all of the following accommodations on the days she worked during 6/17/2017 to 2/28/2021:

- 3 one-hour meal times in total for each service day

- 5 consecutive hours of uninterrupted sleep during the 8-hour scheduled sleep period every night

- Adequate sleeping facilities that are provided by me

**Greatcare has verbally explained above message to me in Chinese.*

**Greatcare 已经用中文解释以上的内容给我。*

Regards,



_____        _____        03/30/2023
(member/member representative name)        (signature)                (date)

_____        _____        03/30/2023
(family witness & relationship)  Wife        (signature)                (date)

GC 07.28.2025 003468

RE: Living-In (24 hours) Cases Declaration Letter for Greatcare Inc

Name: █████████
DOB: █████████
CIN: █████████
Address: ████████████████████

To Whom It May Concern,

I, ███████████ am here to verify that caregiver Hui Li (Tel 646-204-3542) worked for me and my expired spouse ██████████████████ from 9/2/2015 to 10/26/2018. During period 9/2/2015 to 10/26/2018, on the days that caregiver Hui Li (Tel 646-204-3542) worked, she only provided 13 hours per day of home care service to me and my expired spouse ██████████ together. Beside the 13 hours per day home care service, caregiver Hui Li (Tel 646-204-3542) also receives all of the following accommodations on the days she worked from 9/2/2015 to 10/26/2018:

3 one-hour meal times in total for each service day

5 consecutive hours of uninterrupted sleep during the 8-hour scheduled sleep period every night

Adequate sleeping facilities that are provided by me

**Greatcare has verbally explained above message to me in Chinese.*

**Greatcare 已经用中文解释以上的内容给我。*

Regards,



| ████████████ | ████████████ | 3.31.23 |
| (member/member representative name) | (signature) | (date) |
| ████████████ (Son) | ████████████ | 3-31-23 |
| (family witness & relationship) | (signature) | (date) |

GC 07.28.2025 003781

RE: Living-In (24 hours) Cases Declaration Letter for Greatcare Inc

Name: ██████████
DOB: ████████
CIN: ██████████
Address: ████████████████████████

To Whom It May Concern,

I, ████████████ am here to verify that caregiver ZhanJin Li (Tel 347-615-6957) worked for me and my expired spouse ███████████████ from 10/31/2016 to 3/22/2020. During period 10/31/2016 to 3/22/2020, on the days that caregiver ZhanJin Li (Tel 347-615-6957) worked, she only provided 13 hours per day of home care service to me and my expired spouse ███████ together. Beside the 13 hours per day home care service, caregiver ZhanJin Li (Tel 347-615-6957) also receives all of the following accommodations on the days she worked from 10/31/2016 to 3/22/2020:

3 one-hour meal times in total for each service day

5 consecutive hours of uninterrupted sleep during the 8-hour scheduled sleep period every night

Adequate sleeping facilities that are provided by me

**Greatcare has verbally explained above message to me in Chinese.*

**Greatcare 已经用中文解释以上的内容给我。*

Regards,



███████████████     ████████████     3,31,23
(member/member representative name)     (signature)     (date)

(Son)

GC 07.28.2025 004136

RE: Living-In (24 hours) Cases Declaration Letter for Greatcare Inc

Name: ███████████
DOB: ███████████
CIN: ███████
Address: ████████████████████

To Whom It May Concern,

      I, ███████████ am here to verify that caregiver HuiXiu Ruan (Tel 646-575-8500) worked for me and my expired spouse ████████████████ on 8/3/2019 and 8/4/2019. On 8/3/2019 and 8/4/2019, caregiver HuiXiu Ruan (Tel 646-575-8500) only provided 13 hours per day of home care service to me and my expired spouse ████████ together. Beside the 13 hours per day home care service, caregiver HuiXiu Ruan (Tel 646-575-8500) also receives all of the following accommodations when she worked on 8/3/2019 and 8/4/2019:

3 one-hour meal times in total for each service day

5 consecutive hours of uninterrupted sleep during the 8-hour scheduled sleep period every night

Adequate sleeping facilities that are provided by me

**\*\*Greatcare has verbally explained above message to me in Chinese.**

**\*\*Greatcare 已经用中文解释以上的内容给我。**

Regards,



█████████████      ████████████    *3.31.23*
*(member/member representative name)*    *(signature)*     *(date)*

████████████████    █████████████    *3-31-23*
*(family witness & relationship)* (Son)   *(signature)*    *(date)*

GC 07.28.2025 005478

RE: Living-In (24 hours) Cases Declaration Letter for Greatcare Inc

Name:
DOB:
CIN:
Address:

To Whom It May Concern,

I, ████████████ am here to verify that caregivers Biyu Zheng (Tel 646-238-7453) worked from period 10/18/2018 to 8/20/2021. During the period, on the days that caregivers Biyu Zheng (Tel 646-238-7453) worked, she only provided 13 hours per day of home care service to me. Beside the 13 hours per day home care service, caregivers Biyu Zheng (Tel 646-238-7453) also received all of the following accommodations on the days she worked during 10/18/2018 to 8/20/2021:

- 3 one-hour meal times in total for each service day

- 5 consecutive hours of uninterrupted sleep during the 8-hour scheduled sleep period every night

- Adequate sleeping facilities that are provided by me

**Greatcare has verbally explained above message to me in Chinese.*

**Greatcare 已经用中文解释以上的内容给我。*

Regards,



_____          _____    3/20/2023
(member/member representative name)       (signature)                (date)

_____          _____    3/20/2023
(family witness & relationship)           (signature)                (date)

daughter

GC 07.28.2025006805

RE: Living-In (24 hours) Cases Declaration Letter for Greatcare Inc

Name: ███████████
DOB: ████████
CIN: ███████
Address: ███████████████████

To Whom It May Concern,

I, ████████ am here to verify that caregivers MeiZhen Xiao (Tel 352-433-6605) works for me from 05/02/2018 to 05/06/2022. From 05/02/2018 to 05/06/2022, on the days that caregivers MeiZhen Xiao (Tel 352-433-6605) works, she only provides 13 hours per day of home care service to me. Beside the 13 hours per day home care service, caregiver MeiZhen Xiao (Tel 352-433-6605) also receives all of the following accommodations on the days she works from 9/30/2017 to present.:

- 3 one-hour meal times in total for each service day

- 5 consecutive hours of uninterrupted sleep during the 8-hour scheduled sleep period every night

- Adequate sleeping facilities that are provided by me

**Greatcare has verbally explained above message to me in Chinese.*

**Greatcare 已经用中文解释以上的内容给我。*

Regards,



_____     _____   3/20/2023
(member/member representative name)     (signature)                (date)

_____     _____   3/20/2023
(family witness & relationship)          (signature)                (date)
Christopher

GC 07.28.2025 005984

RE: Living-In (24 hours) Cases Declaration Letter for Greatcare Inc

Name: ███████████
DOB: ███████████
CIN: ████████
Address: ████████████████████

To Whom It May Concern,

I, ███████████ am here to verify that caregivers JianRong Xiao (Tel 917-251-3336) works for me from 11/10/2020 to present. From 11/10/2020 to present, on the days that caregivers JianRong Xiao (Tel 917-251-3336) works, she only provides 13 hours per day of home care service to me. Beside the 13 hours per day home care service, caregiver JianRong Xiao (Tel 917-251-3336) also receives all of the following accommodations on the days he works from 11/10/2020 to present.:

- 3 one-hour meal times in total for each service day

- 5 consecutive hours of uninterrupted sleep during the 8-hour scheduled sleep period every night

- Adequate sleeping facilities that are provided by me

**Greatcare has verbally explained above message to me in Chinese.*

**Greatcare 已经用中文解释以上的内容给我。*



Regards,

_____    _____    3/20/2023
(member/member representative name)    (signature)    (date)

_____    _____    3/20/2023
(family witness & relationship)    (signature)    (date)

daughter

GC 07.28.2025 006142