# Uniform Assessment System - New York
# Community Assessment Comments Report

███████████    *Date of Birth:* ███████████    *Medicaid ID:* ███████████

## Assessment Date: 09/04/2019   Finalized Date: 09/04/2019

### Section A: Intake/History

Section A Comments:    Member is a 92 years old female who lives with spouse in a studio apartment on the second floor with elevator access. room is clean, safe and clutter free. Member has no fall, no ER visit and no hospitalization in the last 90 days. Member is mutual case with spouse, who has PCA service 7Dx13H, Live in from Great Care. Spouse is able to provide help as needed. Spouse: Pak, Pik Cheung is member's primary resource. MD PCP Chan, Samuel Q6M 212-406-2301 Member's SON is responsible person,sons and daughters visit member as needed. EC: SON-BAI,ZHAOZHONG. Tel: 646-346-3855 Requesting gloves,

### Section B: Cognition

Section B Comments:    Member is AOX1, is oriented to person only. cannot make decisions of daily activities. spouse helps make basic needs. she is not able to call family member, active PERS in an emergency event. spouse and PCA are always accompanied with member at all times. Member is not able to sign papers by herself, spouse/daughter signs all documentations on behalf of member.

### Section C: Communication/Vision

Section C Comments:    Member expressed ideas with difficulty. Member has HOH ,needs speak loudly and closed to member ,

### Section D: Mood/Behavior

Section D Comments:    Family denies any recent mood issues and any suicidal ideation.

### Section E: Psychosocial Well-Being

Section E Comments:    member has no issues of life stressors, psych and auditory/visual hallucinations. Member denies loneliness

### Section F: Functional Status

Section F Comments:    Member is bed-bound due to generalized weakness , requires total assist with IADls ad IADLs. Member was observed unable to stand up, change position side to side by her self. sons and daughters and PCA help member bathing twice a week. member needs PCA's help with putting medications into her mouth and giving water to member, member has no problem of swallowing reported. Nurse educated spouse and PCA to change position frequently ,and use soft pillow pad in different parts to avoid pressure on same area ,verbalized understanding .Member needs assist change position every 2 hours to avoid ulcer .

### Section G: Continence

Section G Comments:    Wears pull-ups

### Section H: Disease Diagnoses

Section H Comments:    Alzheimer's disease is primary disease

### Section I: Health Conditions

Section I Comments:    Member receives yearly flu vaccine . member denied has history of hospitalization or ER visit in the past 90 days. Member denied SOB. AS per PCA, member was experiencing mild pain in lower back, the intensity of pain can be acceptable. Instructed PCA on hot compression to relieve pain, gentle massage pain area and discuss any uncontrolled pain w MD if occurs.

### Section J: Nutritional

Section J Comments:    PCA gives her pureed, liquid food. No problem with swallowing

Classified by the New York State Department of Health as "restricted confidential"

This report contains information the disclosure of which is restricted by New York State law

ATTORNEYS' EYES ONLY                SWHNY004048

# Uniform Assessment System - New York
# Comprehensive Community Assessment Report

|  |  |  |
|---|---|---|
| ██████████ | *Date of Birth:* ████████ | *Medicaid ID:* ██████████ |

**Assessment Date: 03/28/2018   Finalized Date: 03/28/2018**

# Community Assessment

*CA Section Reference Date*

| | |
|---|---|
| Assessment Reference Date: | **03/28/2018** |
| Type of Assessment: | **Community Assessment** |
| Organization which conducted this assessment: | **PREMIER HOME HEALTH CARE SERVICE INC** |
| Organization for which this assessment is being performed: | **Senior Whole Health of New York, Inc.** |

*CA Section A: Intake/History*

| | |
|---|---|
| Others Present at Assessment: | **Husband** ████████████ **PCA BaiChung Tao from Great Care** |
| Physician Information | |
| Is there a physician's order? | **No** |
| Reason for assessment: | **Routine reassessment** |
| Person's expressed goals of care: | **Member unable to express goal due to impaired cognition** |
| One or more care goals met in the last 90 days (or since last assessment if less than 90 days): | **Yes** |
| Care Goals Comments: | **Member is safe and does not fall in 3 months** |
| Residential / Living Status at time of assessment: | **Private home / apartment / rented room** |
| Living arrangement: | **With spouse/partner only** |
| Residential history over LAST 5 YEARS | |
| Code for all settings person lived in during 5 YEARS prior to date case opened | |
| Adult care facility: | **No** |
| Adult care facility with assisted living services: | **No** |
| Adult housing offered by Office of Mental Health: | **No** |
| Housing offered through Office of People with Developmental Disabilities: | **No** |
| Psychiatric hospital or unit: | **No** |
| Nursing home: | **No** |
| Rehabilitation hospital / unit: | **No** |
| Hospice facility / palliative care unit: | **No** |
| Acute care hospital: | **No** |
| Correctional facility: | **No** |
| Homeless (with or without shelter): | **No** |
| Education highest level completed: | **8th grade or less** |
| History of Attendance at a Special Education Program or Setting? | **No** |
| Employment Status: | **Unemployed, not seeking employment** |
| Employment arrangements - exclude volunteering: | **Not Applicable** |
| Involvement in structured activities | |
| Formal education program: | **No** |
| Volunteerism - e.g., for community services : | **No** |
| Day program: | **No** |
| Section A Comments: | **Member is a 91 years old female lives in a studio apartment of an elevator bldg with husband. Member is currently receiving 7D24HRS LIVE IN PCA/WK, has mutual care w husband. MD PCP Chan, Samuel Q6M 212-406-2301** |

Classified by the New York State Department of Health as "restricted confidential"

This report contains information the disclosure of which is restricted by New York State law

| Assessment Date: 03/28/2018   Finalized Date: 03/28/2018 |
|---|

## CA Section B: Cognition

Cognitive skills for daily decision making

Making decisions regarding tasks of daily life - e.g., when to get up or have meals, which clothes to wear or activities to do: — **Moderately impaired - Decisions consistently poor or unsafe; cues/supervision required at all times**

Memory / Recall Ability

Code for recall of what was learned or known

Short-term memory OK - Seems/appears to recall after 5 minutes: — **Memory Problem**

Procedural memory OK - Can perform all or almost all steps in a multi-task sequence without cues: — **Memory Problem**

Change in decision making as compared to 90 days ago (or since last assessment): — **Declined**

Section B Comments: — **Member is AOX1, is oriented to person only. As per husband, member is very forgetful and gets confused often, unable to direct care and make safe decisions. Husband assists member to direct care, manage finance and meds. SON and husband assist w decision making. Member cannot be left home alone due to impaired cognition, has 7/24 PCA, member never left home alone. Member does not know to use PERS in emergency.**

## CA Section C: Communication/Vision

Making self understood (expression)

Expressing information content - both verbal and non-verbal: — **Usually understood - Difficulty finding words or finishing thoughts BUT if given time, little or no prompting required**

Ability to understand others (comprehension)

Understanding verbal information content (however able; with hearing appliance normally used): — **Often understands - Misses some part / intent of message BUT with repetition or explanation can often comprehend conversation**

Hearing

Ability to hear (with hearing appliance normally used): — **Minimal difficulty - Difficulty in some environments (e.g., when person speaks softly or is more than 6 feet [2 meters] away)**

Vision

Ability to see in adequate light (with glasses or with other visual appliance normally used): — **Minimal difficulty - Sees large print, but not regular print in newspapers/books**

Section C Comments: — **Member does not want to talk much during assessment, has HOH, RN needed to speak loud w repetition for member to hear the speech. Member does not respond to RN questions most of the time due to HOH and dementia. Husband & PCA assists w interview.**

## CA Section D: Mood/Behavior

Indicators of possible depressed, anxious, or sad mood

Code for indicators observed in last 3 days, irrespective of the assumed cause. Note: whenever possible, ask person

Made negative statements - e.g.,"Nothing matters; Would rather be dead; What's the use; Regret having lived so long; Let me die": — **Not present**

Persistent anger with self or others - e.g., easily annoyed, anger at care received : — **Exhibited on 1-2 days of last 3 days**

Expressions, including non-verbal, of what appear to be unrealistic fears - e.g., fear of being abandoned, being left alone, being with others, intense fear of specific objects or situations: — **Not present**

Repetitive health complaints - e.g., persistently seeks medical attention, incessant concern with body functions: — **Not present**

Repetitive anxious complaints/concerns (non-health related) - e.g., persistently seeks attention/reassurance regarding schedules, meals, laundry, clothing, relationships : — **Not present**

— **Not present**

Sad, pained, or worried facial expressions - e.g., furrowed brow, constant

Classified by the New York State Department of Health as "restricted confidential"

This report contains information the disclosure of which is restricted by New York State law

ATTORNEYS' EYES ONLY    SWHNY004073

**Assessment Date: 03/28/2018   Finalized Date: 03/28/2018**

| | |
|---|---|
| frowning: | |
| Crying, tearfulness: | **Not present** |
| Withdrawal from activities of interest - e.g., long-standing activities, being with family and friends : | **Not present** |
| Reduced social interactions: | **Not present** |

Behavior Symptoms

Code for indicators observed in last 3 days, irrespective of the assumed cause

| | |
|---|---|
| Wandering - Moved with no rational purpose, seemingly oblivious to needs or safety: | **Not present** |
| Verbal abuse - e.g., others were threatened, screamed at, cursed at: | **Exhibited on 1-2 days of last 3 days** |
| Physical abuse - e.g., others were hit, shoved, scratched, sexually abused: | **Present but not exhibited in last 3 days** |
| Socially inappropriate or disruptive behavior - e.g., made disruptive sounds or noises, screamed out, smeared or threw food or feces, hoarding, rummaged through other's belongings: | **Present but not exhibited in last 3 days** |
| Inappropriate public sexual behavior or public disrobing: | **Not present** |
| Resists care - e.g., taking medications/injections, ADL assistance, eating: | **Exhibited daily in last 3 days** |

Self-reported mood

Ask: "In the last 3 days, how often have you felt..."?

| | |
|---|---|
| Little interest or pleasure in things you normally enjoy? | **Person could not (would not) respond** |
| Anxious, restless, or uneasy? | **Person could not (would not) respond** |
| Sad, depressed, or hopeless? | **Person could not (would not) respond** |
| Section D Comments: | **As per PCA, member gets agitated easily and resists care often due to dementia, member resists to eat and resists to coorperate w scheduled toileting often, infreq spitting/kicking on PCA when PCA assists w eating. Member needed additional time to persuade/reapproah/reinforce member to perform tasks. Member experiences Sundown Syndrome occasionally. Is taking med to control symptoms. Suggested PCA to discuss issue w MD, allow additional time to member to perform adls.** |

### CA Section E: Psychosocial Well-Being

Social Relationships

Note: Whenever possible, ask person

| | |
|---|---|
| Participation in social activities of long-standing interest: | **More than 30 days ago** |
| Visit with long-standing social relation or family member: | **More than 30 days ago** |
| Other interaction with long-standing social relation or family member - e.g., telephone, e-mail: | **More than 30 days ago** |
| Openly expresses conflict or anger with family or friends: | **Never** |
| Fearful of a family member or close acquaintance: | **Never** |
| Neglected, abused, or mistreated : | **Never** |
| Lonely | **No** |

Says or indicates that he/she feels lonely:

Change in social activities in last 90 days (or since last assessment if less than 90 days ago)

| | |
|---|---|
| Decline in level of participation in social, religious, occupational or other preferred activities: | **No decline** |
| Length of time alone during the day (morning and afternoon): | **Less than 1 hour** |
| Major life stressors in last 90 days - e.g., episode of severe personal illness; death or severe illness of close family member or friend; loss of home; major loss of income/assets; victim of a crime such as robbery or assault; loss of driving license/car: | **No** |
| Section E Comments: | **Member lives in a studio apartment of an elevator bldg with husband. Husband is 93 years old,** |

Classified by the New York State Department of Health as "restricted confidential"

This report contains information the disclosure of which is restricted by New York State law

| Assessment Date: 03/28/2018    Finalized Date: 03/28/2018 |
| --- |

limits OR stops driving:

Transportation

Able to tolerate the duration and method of transportation to access community based programs and other medical services outside the home:    **Yes**

Section F Comments:    **Member refuses to walk when requested. As per PCA, member has difficulty walking, can barely walk and unable to stand w/o assistance at all due to general weakness, member does not use assistive device for indoor locomotion, needed 1-2 person weight/arm support to walk, to stand and to transfer commode safely. Member has general weakness, dementia, difficulty walking, and low back pain, needed max level of assistance to perform adls. Due to impaired cognition, member needed reminders, and supervision to perform adls safely. Member needed additional time and additional rest period to complete adls due to fatigue and care resistance, member resists to eat often and needed continuous cues and assistance to perform task.**

## CA Section G: Continence

Bladder continence:    **Incontinent - No control present**

Bowel continence:    **Occasionally incontinent - Less than daily**

Section G Comments:    **Member uses pullups (L) and chux for freq urinary and occasional urinary incontinence. PCA established scheduled toileting at Q2HRS, member refuses to cooperate often. Member needed max assistance for toileting and incontinence care due to impaired cognition and general weakness. Member only uses incontinence supply and commode for toileting, has difficulty walking to regular bathroom. Instructed PCA regarding incontinence care.**

## CA Section H: Disease Diagnoses

Musculoskeletal

Hip fracture during last 30 days (or since last assessment if less than 30 days):    **Not present**

Other fracture during last 30 days (or since last assessment if less than 30 days):    **Not present**

Neurological

Alzheimer's disease:    **Not present**

Dementia other than Alzheimer's disease:    **Primary diagnosis/diagnosis for stay/placement**

Stroke/CVA:    **Not present**

Cardiac or Pulmonary

Coronary heart disease:    **Not present**

Chronic obstructive pulmonary disease:    **Not present**

Congestive heart failure:    **Not present**

Psychiatric

Anxiety:    **Not present**

Bipolar disorder:    **Not present**

Depression:    **Not present**

Schizophrenia:    **Not present**

Other

Cancer:    **Not present**

Diabetes mellitus:    **Not present**

Classified by the New York State Department of Health as "restricted confidential"

This report contains information the disclosure of which is restricted by New York State law

ATTORNEYS' EYES ONLY    SWHNY004077