

**Extended Managed Long Term Care**

## ACTIVITY FORM

Member Name: ███████████████████     DOB: ███████████

Mental Status: Alert ✓____ Oriented____ Time 80 - 8AM Person____ Place ████████

Can member activate a PERS unit? Yes____ No____    2 ?

| Time(s) | Duration | Activity | Performance | | Person providing Human Assistance | Capacity | |
|---|---|---|---|---|---|---|---|
| | | | | | **DAY TIME** | | |
| | | Getting out of bed | ☐ Without Human Assist | ☐ With Human Assist | | ☐ Without Human Assist | ☐ With Human Assist |
| | | AM care | ☐ Without Human Assist | ☐ With Human Assist | | ☐ Without Human Assist | ☐ With Human Assist |
| | | Bathing | ☐ Without Human Assist | ☐ With Human Assist | | ☐ Without Human Assist | ☐ With Human Assist |
| | | Dressing | ☐ Without Human Assist | ☐ With Human Assist | | ☐ Without Human Assist | ☐ With Human Assist |
| | | Eating | ☐ Without Human Assist | ☐ With Human Assist | | ☐ Without Human Assist | ☐ With Human Assist |
| | | Taking medications | ☐ Without Human Assist | ☐ With Human Assist | | ☐ Without Human Assist | ☐ With Human Assist |
| | | Using Toilet | ☐ Without Human Assist | ☐ With Human Assist | | ☐ Without Human Assist | ☐ With Human Assist |
| | | Using Bedside Commode | ☐ Without Human Assist | ☐ With Human Assist | | ☐ Without Human Assist | ☐ With Human Assist |
| | | Walking Indoors | ☐ Without Human Assist | ☐ With Human Assist | | ☐ Without Human Assist | ☐ With Human Assist |
| | | Watching TV/Reading/Napping | ☐ Without Human Assist | ☐ With Human Assist | | ☐ Without Human Assist | ☐ With Human Assist |
| | | PM Care/Going to bed | ☐ Without Human Assist | ☐ With Human Assist | | ☐ Without Human Assist | ☐ With Human Assist |
| | | OTHER: | ☐ Without Human Assist | ☐ With Human Assist | | ☐ Without Human Assist | ☐ With Human Assist |

GSD-ExtendedMLTC00001258

## NIGHT TIME

| | | | | |
|---|---|---|---|---|
| | Using Toilet | ☐ Without Human Assist<br>☑ With Human Assist | | ☐ Without Human Assist<br>☐ With Human Assist |
| | Using Bedside Commode | ☐ Without Human Assist<br>☑ With Human Assist | | ☐ Without Human Assist<br>☐ With Human Assist |
| | Walking Indoors | ☐ Without Human Assist<br>☑ With Human Assist | | ☐ Without Human Assist<br>☐ With Human Assist |
| | Other: | ☐ Without Human Assist<br>☑ With Human Assist | | ☐ Without Human Assist<br>☐ With Human Assist |

Are there any pets in the home? _____ NO _____

Does anyone, other than member, sleep in the room?
_____ Yes    Cuide _____

How many bedrooms in member's home _____ 1 _____ Room available for live in _____ NO _____

What are the sleeping arrangements for the member?

Sleeps alone ___✓___ Sleeps with Spouse _____ Personal Bed ___✓___ Hospital Bed _____

Does member use any of the following?

Oxygen __N/A__ BIPAP/CPAP __N/A__ Feeding Tube __N/A__ Foley Catheter __N/A__ Wound Vac __N/A__

Who manages the member's medication?
Clients daughter said the HHA
manages clients medication

COMMENTS One bedroom apartment. There
are two beds in the bedroom

ADMINISTRATIVE
OVERVIEW Observation done by Jacqueline Nazano. Recevud and
Reviewed on 3/2/2020

Revised 12.13.19- mf

GSD-ExtendedMLTC00001259

**NIGHT SHIFT:**

8:00PM:

When i arrived Client was walking around in apartment with aide xiav

8:30 PM:

Client in her bedroom talking to xiao meizhen (aid)

9:00PM:

Client Fell asleep

9:30PM:

Client is asleep

10:00PM:

Client woke up talking to xiao meizhen

10:30PM:

Client is awake laying in her bed

GSD-ExtendedMLTC00001260

11:00PM:

Client is awake in her bed. asked xiao meizhen (aid) to help her to the commode

11:30PM:

Xiao meizhen(aid) helped Client back to her bed

12:00AM:

Client is laying in her bed talking to xiao meizhen (aid)

12:30AM:

Client is awake

1:00AM:

Client fell back to sleep

1:30AM:

Client is asleep

2:00AM:

Client is asleep

2:30AM:

Client is asleep

GSD-ExtendedMLTC00001261

3:00AM:

Client is awake laying in her bed

3:30AM:

Client is awake laying in her bed

4:00AM:

Client is asleep

4:30AM:

Client is asleep

5:00AM:

Client is asleep

5:30Am Client is up, laying in her bed.

6:00AM:

Client is up awake talking to Kico maiben aid

6:30AM:

Client is awake

7:00AM:

Client fell back to sleep

GSD-ExtendedMLTC00001262

7:30AM:

Client is awake

8:00AM:

Client fell back to sleep.

COMMENTS: No one spoke english.
I did ask Clients daughter if Client
was able to activate a bed unit
Clients daughter did not understand
my question.

OBSERVERS NAME: Jacqueline Narcizio

SIGNATURE: J Narcizi

DATE: 7-1/2 2020

GSD-ExtendedMLTC00001263

PatID:
AdmID:

MLTC Monthly TCM Version 1.6
MLTC Monthly TCM Version 1.6
Document ID:     18504506                           Created:    04/14/2021   8:43:00PM
Author:     BERGONETTE LAPORTE                      Completed:  04/14/2021   9:27:00PM     OASIS Correction:   Not Extracted

| | |
|---|---|
| General Health Changes Comments | None reported |
| Cognitive Status Changes | No |
| Cognitive Status Changes Comments | Mbr is A&Ox2 (self, place) forgetful due to unspecified dementia |
| Ambulation/Transfer Status Changes | No |
| Use of Assistive Device | Yes |
| Use of Assistive Device Comments | DME Home: Cane, Commode, Walker |
| Energy Level | Fair |
| Energy Level Comments | RN continues re-enforced take frequent rest periods to manage fatigue, maintain slow and steady movement when walking, dangle feet before getting out of bed, use assistive device for support at all times for safety/support, member/CG voiced understanding. |
| Sleep Pattern | Mbr sleeps 7-8 hours. Has Nocturia and goes to toilet with assistance and takes nap during the day |
| Current Diet | Low Sodium Diet<br>Low Fat Diet<br>Low Cholesterol Diet |
| Appetite | Fair |
| Comment Appetite | Mbr consumes 3 meals with small portion daily and sometimes takes snacks |
| Elimination Pattern | Fair |
| Last BM | 4/12/21 |
| Comment Elimination Pattern | BM q2-3day, managed with increase fluids intake, eating fruits and vegetables as per client |
| Pain Rate in the Past Week | Mbr has generalized joints pain, managed with analgesics and rest. |
| Skin Integrity Changes | Intact |
| Specify Other Skin Integrity Changes | Mbr reports sweeling to BLLE are subsding. No skin impairment reported. |
| Falls | No |
| Falls Comments | None reported |
| Other Incidents | No |
| Other Incidents Comments | None reported |
| ER Visits/Hospitalization | No |
| ER/Hospitalization Comments | None reported |
| PCP Changes | Yes |
| PCP Comments | Eric Zhou<br>212-966-2699 |
| Last apt/Outcomes | PCP-3/2021; 2nd dose of Covid Vaccine-3/30/21 |
| Next MD Apt.Dates | TBD |
| Medications Changes | No |
| Medication Changes Comments | No medication changes reported |
| Problems with Medication Adherence | No |
| Problems with Medication Adherence Comments | Mbr is compliant with all medicaitons. |
| Support Systems/Finances/Insurance Changes | No |
| Support System/Finances/Insurance Changes Comments | Mbr 's dtr lives nearby and visits frequently and assist as needed. |
| Changes in Emergency Plan | No |
| Changes in Emergency Plan Comments | Mbr has live-in PA who able to arrange for evacuation in the event of an emergency. |
| Planned Vacation/Time Away/Service Interruption | N/A |

Braden Scale © Barbara Braden and Nancy Bergstrom 1988. Used with permission.
Fall Risk Assessment - Delmarva Foundation and adapted by CIMRO of Nebraska. 8SOW-NE-HH-680
Reprinted with permission, Mary E. Tinetti, M.D. © Copyright. 2006

Homecare Advisor ™   and Hospice Advisor ™

GSD-ExtendedMLTC00001721