UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHENG, XIU X. ZHU,

                             PLAINTIFFS,


          -against-          Case No.:
                             24-CV-7401
                             (LTS) (KHP)


GREATCARE, INC., CENTERLIGHT HEALTHCARE, INC., and SENIOR WHOLE HEALTH OF NEW YORK, INC.,

                             DEFENDANTS.

------------------------------------------X

              DATE: December 22, 2025

              TIME: 10:10 A.M.


          EXAMINATION BEFORE TRIAL of the Plaintiff, ZHAN JIN LI, taken by the Defendants, pursuant to a Court Order and to the Federal Rules of Civil Procedure, held at the offices of Veritext - NYC, 7 Times Square, 16th Floor, New York, New York 10036, before JANNA LIRTSMAN, a Notary Public of the State of New York.

A P P E A R A N C E S:

GETMAN, SWEENEY & DUNN, PLLC
  Attorneys for the Plaintiffs
  260 Fair Street
  Kingston, New York 12401
  BY: KAREN KITHAN YAU, ESQ.
      CAROLINE FRIEDMAN, ESQ.

JOSE A. MUNIZ, ESQ.
  Attorney for the Defendant
  GREATCARE, INC.
  40-18 80th Street
  Elmhurst, New York 11373
  BY: JOSE A. MUNIZ, ESQ.

BRENLLA LAW FIRM
  Attorneys for the Defendant
  CENTERLIGHT HEALTHCARE, INC.
  250 Park Avenue, 7th Floor
  New York, New York 10177
  BY: GEORGE BRENLLA, ESQ. (Via Zoom)

STRADLEY RONON
  Attorneys for the Defendant
  SENIOR WHOLE HEALTH OF NEW YORK, INC.
  One Riverfront Plaza
  1037 Raymond Boulevard, Suite 920
  Newark, New Jersey 07102
  BY: KAITLYN GRAJEK, ESQ.

ALSO PRESENT:
  ARTHUR KWOK, CANTONESE INTERPRETER,
  COURTSIDE INTERPRETERS

          *          *          *

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*      *      *      *

ZHAN JIN LI

A R T H U R   K W O K, a Cantonese interpreter, solemnly swore to translate the following questions from English to Cantonese and answers from Cantonese to English:

Z H A N   J I N   L I, called as a witness, having been first duly sworn, through an interpreter, by a Notary Public of the State of New York, was examined and testified as follows:

THE REPORTER:  Please state your name for the record.

THE WITNESS:  Zhan Jin Li.

THE REPORTER:  What is your address?

THE WITNESS:  150-16 60th Avenue, Flushing, New York 11355.

MS. YAU:  We would like to, as plaintiffs, preserve all objections to interpretation for us to be able to correct them on the errata sheet.

EXAMINATION BY

MR. MUNIZ:

ZHAN JIN LI

MS. YAU:  I couldn't hear.

Did you submit work what?

MR. MUNIZ:  Sheets.  I'm sorry.
Not worksheets.  Strike that.

Q.    Timesheets.

A.    What do you mean did I submit
timesheet?  I don't understand.

Q.    Did you sign a timesheet, let's
say weekly or every other week, for the
time you worked for those three days each
week?

A.    Yes, yes.  However, initially
no, actually.  Eventually, yes.  Eventually
something was given for me to sign, yes.

Q.    Do you know what year that was
that you started signing your timesheets?

A.    Should be sometime in 2019.

Q.    How do you know that that's
2019 and not some other year?  Is there
something about 2019 that brings it to your
attention?

A.    Well, they send over -- gave
us -- gave me a form indicating 24-hour
shift work.  So yes, then it was a 24-hour

Page 58

ZHAN JIN LI

shift and we were given a sheet to supposedly indicate how much time we spend eating, sleeping.

MR. MUNIZ:  Mark this, please.

(Whereupon, the timesheet was marked as Defendant's Exhibit 2 for identification as of this date by the Reporter.)

Q.    I want to show you what's been marked as Exhibit 2.

MR. MUNIZ:  For the record, it's Great Care, Inc. home health care live-in timesheet, dated November 11th, 2019, for a patient by the last name Pak, P-A-K.  And on the back side also Pak, with the same November 11th, 2019.

Q.    I ask if you would take a look at that.  Do you recognize that?

A.    Yes.  Yes, I do recognize it. And this is what I signed.  That's what I was talking about that I signed, yes.

Q.    So that's your signature there?

A.    Yes.

Page 59

ZHAN JIN LI

Q.    And on the other side, as well?

A.    Yes.  I did sign this, yes.

Q.    And that timesheet is dated November 11th, 2019, correct?

A.    Well, I do remember it was in 2019 that I started signing, yes.

Q.    Thank you.

MR. MUNIZ:  Mark this, please.

(Whereupon, the timesheet was marked as Defendant's Exhibit 3 for identification as of this date by the Reporter.)

Q.    Ms. Li, if you can look at this and see if you can recognize it and identify it?

MS. YAU:  Is there a copy for counsel?

MR. MUNIZ:  Of course there is.

Q.    If you can take a look at that and both sides and look at the signature and tell us if that's your signature?

A.    Yes, it is my signature.

MR. MUNIZ:  Mark this, please.

(Whereupon, the timesheet was

Page 60

ZHAN JIN LI

marked as Defendant's Exhibit 4 for identification as of this date by the Reporter.)

Q.    I'm going to show you Exhibit 4 for identification.  If you can take a look at both the front and the back of it.

A.    Yes.  These are signatures I signed.  Yes.

Q.    Is it fair to say, if you recall, that similar timesheets were given to you until the end of your employment with Great Care in 2021?

A.    Yes.  Well, I signed.  However, I didn't fill in those numeric numbers.  My colleague did.

Q.    Your colleague?

A.    So the timesheet is filled in correctly.  It's filled correctly.  But in reality, it's not like that.  In reality that's not what it is.

Q.    Let me just get the first part of it.  You said that it's filled in correctly?

A.    Yes.  How many hours or what

Page 61

ZHAN JIN LI

hours we eat or how many hours we sleep. However, in reality, our actual time was not like that.  We did not have that much time to actually eat, nor do we or I have that much time for sleeping, actually.

Q.    Exhibit 4, I'm going to show it to you again.  If you can take a look at it.

That's your signature at the bottom; is that correct?

A.    Yes.

Q.    And there is Chinese translation on that sheet; is that correct?

A.    Yes.

Q.    Are you able to read it?

A.    So this was distributed for us to sign.  And they said if we don't sign, then we won't have a job.

MS. YAU:  Objection interpretation.  There was a little bit in between.

MR. MUNIZ:  I'm sorry.  In between meaning --

MS. YAU:  In between the two