UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------x

HEI LI, ZHU H.L. LIN,

LI CHEN, XIU F. CHEN,

MEI F. CHEN, HUI HE,

HUI LI, ZHAN J. LI,

HUI X. RUAN, JIAN R. XIAO,

MEI Z. XIAO, MU Z. ZHANG,

BI Y. ZHENG, XIU X. ZHU,

                                    Case No.:

          Plaintiffs,        24-cv-7401(LTS)(KHP)


                  -against-


GREATCARE, INC., CENTERLIGHT

HEALTHCARE, INC., and SENIOR

WHOLE HEALTH OF NEW YORK, INC.,


          Defendants.

-------------------------------x

100 Park Avenue

New York, New York

January 20, 2026

10:00 a.m.


     DEPOSITION OF MU Z. ZHANG, appearing at the above-mentioned time and place before ANNMARIE OAKLEY, a Notary Public of the State of New York.

A P P E A R A N C E S

NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
Attorneys for Plaintiffs
     50 Broadway, 15th Floor
     New York, NY 10004-3821
BY: CARMELA HUANG, ESQ.

STRADLEY RONON STEVENS & YOUNG, LLP
Attorneys for Defendant-WHOLE HEALTH OF NEW YORK
     1037 Raymond Blvd., Suite 2497
     Newark, NJ 07102
BY:  KAITLYN GRAJEK, ESQ.

Also present:  I Ching Ng, interpreter,

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before a Notary Public with the same force and effect as if signed and sworn to before the court.

*    *    *    *

Page 4

I  C H I N G  N G, having first been duly sworn or affirmed by a Notary Public of the State of New York translated the testimony as follows:

M U Z. Z H A N G, having first been duly sworn or affirmed by a Notary Public of the State of New York, was examined and testified as follows:

COURT REPORTER:  Would you state your name for the record, please.

THE WITNESS:  Mu Z. Zhang.

COURT REPORTER:  Would you state your address for the record, please.

THE WITNESS:  6145 62nd Road, Middle Village, New York 11379.

EXAMINATION BY MS. GRAJEK:

Q.  Good morning Ms. Zhang, how are you?

A.  Fine, thank you.

Q.  Ms. Zhang, you just stated your name for the record.  Have you ever gone by another name?

A.  No.

Q.  Are you married?

A.  Yes.

Q.  Did you have a maiden name?

A.  No.

Q.  My name is Kaitlyn Grajek, I'm an.

M.Z. ZHANG

packet of documents that's Zhang 7?

A.   I have finished reading it.

Q.   Okay.  There are many signatures set forth in that exhibit.  Are any of the signatures yours?

A.   They are all my signatures.

Q.   Every page that has a signature contains your signature?

A.   Yes.

Q.   Do you remember reviewing this document?

A.   I can not remember it clearly but it was very strange for this date, at that time it should be calling the HHA instead of filling out the forms. I was asked to go into the office for one day and sign them all.  So we were so familiar with each other so whenever they asked me to sign it I just go to the office and sign it.  I saw it stated Great Care so I just sign them.  So I signed them all in one day.  It was not the case that I had this worksheet for everyday.  Later on they asked me to go in and sign them all in one day.

Q.   So there are many dates listed on these documents.

A.   Yes.  Yes, these are the worksheets for my work.  At the time we should be calling the phone

Page 108

M.Z. ZHANG

number instead of filling out those forms.
Obviously it was the case that later on someone at
the company asked me to go into the office to sign
it.  So they asked me to come in and sign it.  So in
one day I signed all those papers.

Anyhow, all those were work related.  So I just
sign them all in one day.  You can see there all for
one day so one sheet per week, so one page for each
week and I signed them all because they asked me to
sign them all in one day.

Q.    When you say someone at the company is the
company Great Care?

A.    Yes, Great Care.  These are the worksheets
for Great Care.  So one page per week.  You can see
that Monday, Tuesday, Wednesday, Thursday, Friday
and so forth, so one sheet per week.  If you look at
the date it's dated 2021.  At that time in 2021 we
should not be filing out the forms instead we should
have just called HHA number to clock in, and later
on, much later on.

Maybe it is because I sued them they asked me
to come in and to sign them all in one day.  So I
went into the office and I trusted them and I see
it's Great Care, it's work related so I just sign

Page 109

M.Z. ZHANG

them.  I would say that I signed them all in one day not each week.  It should be one page per week. This is the worksheet for the week but, anyhow, since we have been using the phone number for a very long time to clock in we should not be filling out the forms.

Q.   Do you recall what day, the date, that you went into Great Care to sign all those forms?

A.   I cannot remember.  I only remember that we have been clocking in for many years for this time period in 2021.  I think the grandma died in '21 and we have been clocking in for a long time and then later on she died.  And here you see that I was filling out the lines here, I should not be doing that, instead I should be calling the HHA phone number.  And they just asked me to come in and sign this big pile of papers and to fill it out.  I went into the office to sign them in one day.  Anyhow, I forgot exactly.  They just asked me to sign it and I never refused.  Since it was work related matters I just signed them.

Q.   Did you say that the day that you went into Great Care to sign all that was after you had filed this lawsuit?

Page 110

M.Z. ZHANG

A.   Yes.  Yes.  Yes, they asked us to sign it and I cannot remember what I signed.  They just asked me to sign it in one day.  I just went there and signed them.  At that time there should be no need to fill out the forms for the worksheets, it was all clocking in through HHA.  So they asked me to come in and sign that.  Actually there was no need to sign them, we were already clocking in for very long time.  There's no need to fill out these forms.

Q.   When you say someone at Great Care had you come in to sign do you know who that person was?

A.   It was over the phone and I could not recognize that voice.  Anyhow, that person asked me to sign and I never refused.  So in one day I signed them.  You can see there are for 2021, 2022, etc. At the time we were already clocking in, you can check my records from HHA for my clock ins, but these are the worksheets.  If there's a need to fill out the worksheets then there no need to clock in and vice versa.  At the time there should be one worksheet per week and there's so many worksheets here.

Q.   Who was in the room when you signed these

Page 111

M.Z. ZHANG

worksheets?  Did anyone witness this?

A.   Anyhow, it was their staff member or someone from the front desk.  I don't know exactly. I was asked to go there to sign them.  And you can see that there's signature for each week so it's very troublesome and I was not supposed to go there because I had to work everyday at the patient's home but they asked me to sign it.  It was very troublesome.  So why would I have the time to sign each week.  I must have signed them all this one day.  It should be the case that I sign them all in one day.  At the time we were already clocking in. There's no need for the form.  There is the HHA record, so there's no need to double the work and there's a record there.

Q.   When you went in that one day did you just sign or did you also fill in any of the writing on these forms including the date?

A.   I did not write all that, I only signed. They wrote it.  They asked me to sign and I did not date it.  So I only signed and it was okay and then I left.

Q.   Was Ms. Xhu present when you signed those documents?