Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN,
MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI,
HUI X. RUAN, JIAN R. XIAO, MEI Z. XIAO, MU
Z. ZHANG, BI Y. ZHENG, XIU X. ZHU,

                              PLAINTIFFS,


            -against-          Case No.:
                              24-CV-7401
                              (LTS) (KHP)


GREATCARE, INC., CENTERLIGHT HEALTHCARE,
INC., and SENIOR WHOLE HEALTH OF NEW YORK,
INC.,

                              DEFENDANTS.
-------------------------------------------X

               DATE: January 12, 2026
               TIME: 12:50 P.M.


          CONTINUED EXAMINATION BEFORE
TRIAL of the Plaintiff, HUI X. RUAN, taken
by the Defendants, pursuant to a Court
Order and to the Federal Rules of Civil
Procedure, held at the offices of Veritext
- NYC, 7 Times Square, 16th Floor, New
York, New York 10036, before JANNA
LIRTSMAN, a Notary Public of the State of
New York.

A P P E A R A N C E S:

GETMAN, SWEENEY & DUNN, PLLC
  Attorneys for the Plaintiffs
  260 Fair Street
  Kingston, New York 12401
  BY: KAREN KITHAN YAU, ESQ.
       CAROLINE FRIEDMAN, ESQ.

JOSE A. MUNIZ, ESQ.
  Attorney for the Defendant
  GREATCARE, INC.
  40-18 80th Street
  Elmhurst, New York 11373
  BY: JOSE A. MUNIZ, ESQ.

BRENLLA LAW FIRM
  Attorneys for the Defendant
  CENTERLIGHT HEALTHCARE, INC.
  250 Park Avenue, 7th Floor
  New York, New York 10177
  BY: GEORGE BRENLLA, ESQ. (Via Zoom)

STRADLEY RONON
  Attorneys for the Defendant
  SENIOR WHOLE HEALTH OF NEW YORK, INC.
  One Riverfront Plaza
  1037 Raymond Boulevard, Suite 920
  Newark, New Jersey 07102
  BY: KAITLYN GRAJEK, ESQ.

ALSO PRESENT:
  STANLEY KWON, TOISHANESE INTERPRETER,
  NUANCE INTERPRETERS
  BARBARA WONG (Via Zoom)
  TONYA MORA

            *         *         *

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*     *     *     *

H.X. RUAN

S T A N L E Y   K W O N, a Toishanese interpreter, solemnly swore to translate the following questions from English to Toishanese and answers from Toishanese to English:

H U I   X.   R U A N, called as a witness, having been first duly sworn, through an interpreter, by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. MUNIZ:

    Q.    Please state your name for the record.

    A.    Hui X. Ruan.

       MS. YAU:  I will order a copy of the transcript.

       (Whereupon, the identifications were marked as Defendant's Exhibit 1 for identification as of this date by the Reporter.)

EXAMINATION BY

MR. MUNIZ:

Page 8

H.X. RUAN

EXAMINATION BY MS. GRAJEK:

Q.   Good morning, Ms. Ruin, my name is Kaitlyn Grajek, I'm an attorney and I represent Senior Whole Health of New York Inc. in this matter.  I'm going to be asking you questions today.

A.   Okay.

Q.   I'm going to be asking you questions today relating to the lawsuit that you have filed against Senior Whole Health and others.

A.   Okay.

Q.   So I will start with covering a few ground rules on how we will proceed today.  First question: Do you understand English?

A.   No.

Q.   Can you read in English?

A.   I don't know how to write.

Q.   Could you read in English?

A.   No, I don't understand English.

Q.   So if I showed you a document that was written in English you would not be able to understand it?

A.   I don't understand.  I don't think I would be able to understand.

Q.   Understood.  Have you ever been deposed

Page 78

H.X. RUAN

MS. YAU:  She said "yes, and I use my language," right?

THE INTERPRETER:  She said uh-huh.  She didn't even answer verbally.

MS. YAU:  She said uh-huh?

THE INTERPRETER:  Yes.

MS. YAU:  And then "I speak to her in my language," okay.  So I'm going to ask one more time.

Q.    So, Ms. Ruan, please articulate your answer.

Do you speak with Ms. Ouyang in Toishanese?

A.    Yes.

Q.    Now I'm going to show you Exhibits 5, 6, 7, and 8.  They are all Great Care home health aide live-in timesheets.

A.    Yes.

Q.    Do you recognize these forms?

A.    Yes.  I fill them out.

Q.    How do you know how to fill them out?

Page 79

H.X. RUAN

A.    Yes.  Yes.  Yes.

Q.    How?  How do you know how to fill out these times?

A.    Okay.  Great Care, a form that they show me.  If it's yes, fill this in. No, I don't do it.  So I just follow that form.  Yes.  Yes.

Q.    Ms. Ruan, does Great Care tell you what to fill out?

A.    Yeah.  I talk with them and they showed me a format.  That if I did this and I am sure I did this, I put that information.

MS. YAU:  Okay.

FURTHER EXAMINATION BY

MR. MUNIZ:

Q.    Has Great Care ever told you to falsify or lie on anything that you had to sign?

A.    No.  No.  I'm an honest person. I did the work for this elderly lady, put the information.

Q.    And as far as you know, those documents that you signed regarding your