UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN,
MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI,
HUI X. RUAN, JIAN R. XIAO, MEI Z. XIAO, MU
Z. ZHANG, BI Y. ZHENG, XIU X. ZHU,
                          PLAINTIFFS,


         -against-          Case No.:
                            24-CV-7401
                            (LTS) (KHP)


GREATCARE, INC., CENTERLIGHT HEALTHCARE,
INC., and SENIOR WHOLE HEALTH OF NEW YORK,
INC.,
                          DEFENDANTS.
-------------------------------------------X

                DATE: January 16, 2026
                TIME: 10:31 A.M.


         DEPOSITION of the Plaintiff, ZHU
H.L. LIN, taken by the Defendants, pursuant
to a Court Order and to the Federal Rules
of Civil Procedure, held at the offices of
STRADLEY RONON STEVENS & YOUNG LLP, 100
Park Ave, Suite 2000 New York, New York
10017, before JANNA LIRTSMAN, a Notary
Public of the State of New York.

                     1

A P P E A R A N C E S:

GETMAN, SWEENEY & DUNN, PLLC
   Attorneys for the Plaintiffs
   260 Fair Street
   Kingston, New York 12401
   BY: KAREN KITHAN YAU, ESQ.

NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
   Attorneys for the Plaintiffs
   50 Broadway, Suite 1500
   New York, New York 10004-3821
   BY: CARMELA HUANG, ESQ.

JOSE A. MUNIZ, ESQ.
   Attorney for the Defendant
   GREATCARE, INC.
   40-18 80th Street
   Elmhurst, New York 11373
   BY: (NOT PRESENT)

BRENLLA LAW FIRM
   Attorneys for the Defendant
   CENTERLIGHT HEALTHCARE, INC.
   250 Park Avenue, 7th Floor
   New York, New York 10177
   BY: GEORGE BRENLLA, ESQ.

STRADLEY RONON STEVENS & YOUNG LLP
   Attorneys for the Defendant
   SENIOR WHOLE HEALTH OF NEW YORK, INC.
   One Riverfront Plaza
   1037 Raymond Boulevard, Suite 920
   Newark, New Jersey 07102
   BY: KAITLYN GRAJEK, ESQ.

ALSO PRESENT:
   STEPHANIE LIU, CANTONESE INTERPRETER,
   HAAG LANGUAGE ASSOCIATES

             *          *          *
                    2

Page 3

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*    *    *    *

3

ZHU H.L. LIN

S T E P H A N I E   L I U, a Cantonese interpreter, solemnly swore to translate the following questions from English to Cantonese and answers from Cantonese to English:

Z H U   H.   L.   L I N, called as a witness, having been first duly sworn, through an interpreter, by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MS. GRAJEK:

Q.   Please state your name and address for the record.

A.   Zhu H.l. Lin.  66-11 Booth Street, Rego Park, New York 11374.

Q.   Good morning, Ms. Lin.

A.   Good morning.

Q.   My name is Kaitlyn Grajek.  I'm an attorney and I represent Senior Whole Health of New York in this case.

I'm going to be asking you questions today relating to the lawsuit

4

ZHU H.L. LIN

have told us, definitely, we must do that.
Yes.  We have to keep track.

Q.    Who at Great Care explained
that to you?

A.    Everyone that call me told me
to do that.

Q.    So Ms. Zhu?

A.    Yes.

Q.    Ms. Ouyang?

A.    Yes, including Ms. Ouyang.

Q.    Could you explain for me how
you would keep track of the hours you
worked at Great Care?

A.    I don't recall.  Whatever they
told us or instruct us to do, I follow
suit.

Q.    What did they instruct you to
do?

A.    There is a form.  There is a
particular form that they have already
prepared and then they told us to just copy
the format the way the form is and I follow
what they told me.

Q.    So to keep track of your hours

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 130

ZHU H.L. LIN

THE INTERPRETER:  I'm sorry.  I don't understand.

A.    Referring to Bates number 004583, looks like my signature.  But it was copied from my signature and then paste on it, I think.

Q.    By who?

A.    I don't know who did that.  And also I did not complete the information above it on the timesheet.  On the last -- referring to Bates number 4636, I did not work for -- so on that day I actually got off work at 9:00 p.m., so it could not have been that I worked to 6:00 a.m.  This shows 10:00 p.m. to 6:00 a.m.  I finished work at 10:00.  That was the last day.  It's not possible.

Q.    What's the Bates number on that?

A.    So at 9:00 p.m., I already clocked out.  So how could it be that on March 12, 20 -- no.  Sorry.  Correction.  So my last day of work, March 8, 2021, I finished work at 9:00 p.m.  I already

130

Page 131

ZHU H.L. LIN

called out.  So how could it be that I could be sleeping or working shown in the timetable here, saying that it is from 10:00 p.m. to 6:00 a.m.?  It's not possible.  This is not right.

Q.   Well, that's not what I asked you.

MS. GRAJEK:  Madam Interpreter, what are the last four Bates numbers?

THE INTERPRETER:  This page reference number is 004636.

MS. YAU:  Let's just be clear. When you say that this page Bates stamp 4636 is dated March 8th, 2021?

MS. GRAJEK:  For the record, my --

A.   The week ending March 12.

MS. GRAJEK:  The week ending date is March 12th, but the date that the witness is referring to is March 8th.

Q.   But my question is, on that form, 4636, is that your signature?

A.   Definitely cannot be my

131

ZHU H.L. LIN

signature.  So I would be an idiot if I signed something like that.  Because I finished work at 9:00 p.m.  How can I sign it to confirm that I worked until 6:00 a.m.?  It's not possible.

Q.  How are you so sure what you were doing in March of 2021?

A.  Because on that day the old lady already went into the hospital.  She was hospitalized.  So I call off work.

Q.  So you remember that day very vividly then?

A.  Of course.  Because my disaster has happened.

Q.  If somebody else testified that they watched you sign this document, would they be lying?

A.  Definitely that person is lying.  That person is definitely lying.  So at 9:00 p.m. I already call off work.  So how could I be signing a document to confirm that I was there to the next day, 6:00 a.m.?  No.  How could it be?

Q.  You say that because you

132