UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

HEI LI; ZHU H.L. LIN; LI CHEN; XIU F. CHEN; MEI F. CHEN; HUI HE; HUI LI; ZHAN J. LI; HUI X. RUAN; JIAN R. XIAO; MEI Z. XIAO; MU Z. ZHANG; BI Y. ZHENG; XIU X. ZHU,

      Plaintiffs,

  v.               Case No.

GREATCARE, INC.; CENTERLIGHT    1:24-cv-07401

HEALTHCARE, INC.; SENIOR WHOLE  (LTS)(KHP)

HEALTH OF NEW YORK, INC.,

      Defendants.

_____

DEPOSITION OF JIAN RONG XIAO

DATE:        Tuesday, December 16, 2025

TIME:        11:46 a.m.

LOCATION:    Veritext

              89-00 Sutphin Boulevard, Suite 201

              Queens, NY 11435

REPORTED BY:  Patricia Peticolas

JOB NO.:     7770406

A P P E A R A N C E S

ON BEHALF OF PLAINTIFFS HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHENG, XIU X. ZHU:

    CARMELA HUANG, ESQUIRE

    National Center for Law and Economic Justice

    50 Broadway, Suite 1500

    New York, NY 10004

    huang@nclej.org

    (646) 393-3048

ON BEHALF OF PLAINTIFFS HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHENG, XIU X. ZHU:

    CAROLINE FRIEDMAN, ESQUIRE

    Getman Sweeney & Dunn PLLC

    260 Fair Street

    Kingston, NY 12401

    cfriedman@getmansweeney.com

    (845) 255-9370

A P P E A R A N C E S (Cont'd)

ON BEHALF OF DEFENDANT GREATCARE, INC. AND BARBARA WANG:

    JOSE A. MUNIZ, ESQUIRE

    Jose A. Muniz Esq.

    39-15 Main Street

    Flushing, NY 11354

    jamlaw305@gmail.com

    (718) 880-0475

ALSO PRESENT:

    Barbara Wang, Vice President, Greatcare, Inc.

    Arthur Kwok, Mandarin Interpreter, Courtside

    Interpreters

Page 52

J. XIAO

to show it to the witness.

BY MR. MUNIZ:

Q    Ms. Xiao, if you could look at the employee signature line and tell me if you recognize that?

MS. HUANG:  Sorry.  Wait a minute. This is I, just the first page?

MR. MUNIZ:  Yeah, because it's all the same thing, but it's different dates. So I'm going to go page by page.

THE INTERPRETER (FOR THE WITNESS): This I did not sign.

BY MR. MUNIZ:

Q    If you could turn it over?

A    This one here is -- I did sign.

MR. MUNIZ:  Okay.  And that is, for the record, is the back of Exhibit I dated November 20, 2020.

BY MR. MUNIZ:

Q    Okay.  Still with Exhibit I, and this is November 27, 2020.  If you could take a look at that and advise me -- or advise us if that's your signature?

A    This seems like -- it does not

Page 57

J. XIAO

please, for the record?

A    January 15, '21.

Q    And on the other side, we can agree is January 8, 2021?

A    Yes.  Yes.

Q    Okay.  Thank you.  Okay.  Next one.  Still on Exhibit I, and the dates for this one will be January 22, 2021, and January 29, 2021.  If you could look at the bottom where a signature appears and identify if that's your signature?

A    I didn't sign this.  I didn't sign this.  I feel like this is not mine signature.

Q    On both sides, that is --

A    At that time period, I don't think there were so many supplementary paperwork like this, not so many at that time.

Q    Okay.  Signature or not?  That's my question.  Is that your signature for January 22, 2021, and January 29, 2021?

A    I can't really tell.

Q    Okay.  So I'm going to show you

Page 58

J. XIAO

same Exhibit I, but now for December -- February 5 and February 12th, and I ask for you to look at the bottom where the signature is for the 5th of February, 2021 and advise us if that's your signature?

A    Well, I don't think I can tell right now.

Q    Does it look like your signature?

A    No, it does not look like it when I look at it.  Does not.  Looking at it, does not look like it now that -- now that I'm looking at it.

Q    Okay.  What about that time for what date?  That's for the 12th?  What about February 5th, 2021?

A    I feel, I feel, it does not look similar, I feel.

Q    Okay.  Let me ask you.  On the ones that you feel that they're not yours, are you claiming that someone forged your signature?

A    Correct.  I only remember at that time there were a lot of call in for

Page 59

J. XIAO

timekeeping, not so much of these type of supplementary documents.  Where did they come from?  I don't remember ever having so many.

Q    Well, you worked for Greatcare at that time, and you had to sign things showing or evidencing your work and what you performed; is that right?

A    So I take care of Grandma 24 hours a day, and at night she gets up six, seven -- six, seven times a -- a night.

Q    I understand.  But I'm going to show you another exhibit, part of I, for dates of February 19, 2021, and February 26, 2021, and I ask you to look at the bottom where the signature is?

A    No, it's not mine, not my signature, no.

Q    Turn it over.  What's the date on the one you just turned over?

A    February 26.

Q    Can you identify whether that's your signature or not?