IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

HEI LI; ZHU H.L. LIN; LI CHEN; XIU F. CHEN; MEI F. CHEN; HUI HE; HUI LI; ZHAN J. LI; HUI X. RUAN; JIAN R. XIAO; MEI Z. XIAO; MU Z. ZHANG; BI Y. ZHENG; XIU X. ZHU,

          Plaintiffs,

     v.

GREATCARE INC.; CENTERLIGHT HEALTHCARE, INC.; SENIOR WHOLE HEALTH OF NEW YORK, INC.; and DOE MANAGED LONG-TERM CARE PLANS 1-14,

          Defendants.

Case No. 1:24-cv-07401-LTS-KHP

_____

                    DEPOSITION OF MEI ZHEN XIAO

DATE:            Friday, December 12, 2025

TIME:            12:21 p.m.

LOCATION:        Veritext Conference Suites

                 89-00 Sutphin Boulevard, Suite 201

                 Jamaica, NY 11435

REPORTED BY:   Abagail Rodriguez

A P P E A R A N C E S

ON BEHALF OF PLAINTIFFS BI Y. ZHENG, HEI LI, HUI HE, HUI X. RUAN, JIAN R. XIAO, LI CHEN, MEI F. CHEN, MEI Z. XIAO, MU Z. ZHANG, XIU F. CHEN, XIU X. ZHU, ZHAN J. LI, ZHU H.L. LIN, AND HUI LI:

    CARMELA HUANG, ESQUIRE

    National Center for Law and Economic Justice

    50 Broadway, Suite 1500

    New York, NY 10004-3821

    huang@nclej.org

    (646) 393-3048


    CAROLINE FRIEDMAN, ESQUIRE

    Getman, Sweeney & Dunn, PLLC

    260 Fair Street

    Kingston, NY 12401

    cfriedman@getmansweeney.com

    (845) 255-9370

A P P E A R A N C E S (Cont'd)

ON BEHALF OF BARBARA WANG AND DEFENDANT GREATCARE INC.:

    JOSE A. MUNIZ, ESQUIRE

    Jose A. Muniz

    39-15 Main Street

    Flushing, NY 11354

    jamlaw305@gmail.com

    (718) 880-0475

ALSO PRESENT:

    De Jie Zheng, Fuzhounese Interpreter, Avila Nvanced Interpretation

    Barbara Wang, Representative of GreatCare

Page 68

M. XIAO

this, I'm going to show you what's been marked as Defendants' Exhibit Number F, or letter F.

(Defendant Exhibit F was marked for identification.)

And it starts on the first page, January 3, 2020, the last page being May 19, 2023.

MR. MUNIZ:  Yeah, you can show her the --

THE INTERPRETER (FOR THE WITNESS): Okay.

MR. MUNIZ:  Yeah, you can show her the last page, all the way to the back.

BY MR. MUNIZ:

Q    Do you remember signing timesheets when you worked at GreatCare?

A    So once again, when it comes to the timesheet, it's always the elderly's daughter will bring a form and ask me to, you know, just write my name and -- and fill that out.

Q    And this is the patient's daughter that would have you sign this.

Page 69

M. XIAO

Is that right?

A    Yes.  She would go to the company and get the form and told me what to write.

Q    All right.  But she wasn't an employee of the company; was she?

A    Yes, she does not work for the company.  But the daughter knows that I don't -- I do not know how to read or write English, so she basically told me what to say -- write.

Q    And she explained to you that you were working three days a week, 13-hour days, and that you would be signing for that; right?

A    No.  No.  She just told me just write, just write.  Yeah, so I -- I remember a form like this.  She would bring it back home.  Then she would tell me.

Q    Okay.  To your recollection, when you signed these forms, were they in blank, or were they already filled out?

A    So she would bring back a form

Page 70

M. XIAO

that is already filled out, then she would bring another one where she asks me just copy exactly what's on the filled-out form.

Q    And in it, it would have the dates, the time you started working, how many hours you worked.  Is that right, to your recollection?

A    Yeah, that's what she said, just -- you know, just -- all she told me, just fill out, just copy exactly what's on the form.

Q    And you did it, from your recollection -- I have here the first page being January 3, 2020, and the last page being May 19, 2023.

And if you could take a look at the signature for the first page and the last page and any other page you want to look at?

A    So the signature, I do not -- it does not look like my signature.  The signature, it does not look like my signature.