Page 1

UNITED STATES DISTRICT COURT.
SOUTHERN DISTRICT OF NEW YORK
Case #:  24-CV-7401 (LTS)(KHP)
- - - - - - - - - - - - - - - - - - - - - - - -x

HEI LI, ZHU H.L. LIN, LI CHEN, XIU F.
CHEN, MEI F. CHEN HUI HE, HUI LI, ZHAN
J. LI, HUI X. RUAN, JIAN R. XIAO, MEI Z.
XIAO, MU Z. ZHANG, BI Y. ZHENG, XIU X.
ZHU,

                         Plaintiffs,

        -against-

GREATCARE, INC., CENTRALLIGHT
HEALTHCARE, INC., and SENIOR WHOLE
HEALTH OF NEW YORK,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - -x
          100 Park Avenue, Suite 2000
          New York, New York 10017

          January 29, 2026
          10:28 a.m.

    DEPOSITION of HUI LI, a Plaintiff in
the above-entitled action, held at the
above time and place, taken before
SAMUEL HITTIN, a Shorthand Reporter and
Notary Public of the State of New York,
pursuant to the Federal Rules of Civil
Procedure, Order and stipulations between
Counsel.
                *      *      *

Page 2

APPEARANCES:

   NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE

   Attorneys for Plaintiffs

   HEI LI, ET AL

      50 Broadway, 15th floor

      New York, New York 10004-3821

      (646) 393-3048

   BY:  CARMELA HUANG, ESQ.

   Huang@nclej.org


   STRADLEY, RONON, STEVENS & YOUNG LLP

   Attorneys for Defendant

   SENIOR WHOLE HEALTH OF NEW YORK

      100 Park Avenue, Suite 2000

      New York, New York 10017

   BY:  KAITLYN GRAJEK, ESQ.

   AND:  TONYA MORA, ESQ. (Virtual Zoom)

   KGrajek@stradley.com


ALSO PRESENT:

   HAAG LANGUAGE ASSOCIATES LLC

   Mandarin Interpreter


   BY:  I CHING NG

Page 74

H. LI

question again?

Q.   When she was there in the home with you did you ever help out with the old man?

A.   I was far too busy, I had to feed the wife and feeding her with one meal it would take hours.

Q.   Other than the call in to clock in and out did you ever have to fill out a for at GreatCare to record your time?

A.   No.  Well, before we clocked in and out we used to fill out the worksheet. Once we started clocking in and out we no longer had to fill out any forms.

Q.   Could you describe the process of the worksheet for us; would you go in to GreatCare to fill it out or did you just have copies at the patients' house?

THE INTERPRETER:  The interpreter would like to clarify.

A.   Before we could clock in and out we had to fill out the form, in the form we had to state the date from which hour to which hour we worked, what time we