Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -x
HEI LI, ZHU H.L. LIN, LI CHEN, XIU F.
CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J.
LI, HUI X. RUAN, JIAN R. XIAO, MEI Z.
XIAO, MU Z. ZHANG, BI Y. ZHENG, XIU X.
ZHU,

                          Plaintiffs,
          -against-
                  Civil Action No.
                  1:24-cv-7401

GREATCARE, INC., CENTERLIGHT HEALTHCARE,
INC., and SENIOR WHOLE HEALTH OF NEW YORK,
INC.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - -x

                  7 Times Square
                  New York, New York
                  January 19, 2026
                  10:29 a.m.


    EXAMINATION UNDER OATH of XIU X. ZHU,
the Plaintiff in the above-entitled
action, held at the above time and place,
taken before Helen Wandzilak, a Shorthand
Reporter and Notary Public of the State of
New York, pursuant to the Federal Rules of
Civil Procedure, Notice and stipulations
between Counsel.

            *       *       *

Page 2

APPEARANCES:

GETMAN, SWEENEY & DUNN
        Attorneys for Plaintiff
        XIU X. ZHU
        260 Fair Street
        Kingston, New York 12401
BY:  KAREN KITHAN YAU, ESQ.


STRADLEY RONON STEVENS & YOUNG, LLP
        Attorneys for Defendant
        SENIOR WHOLE HEALTH OF
        NEW YORK, INC.
        260 Fair Street
        Kingston, New York 12401

BY:  KAITLYN GRAJEK, ESQ.

ALSO PRESENT:
Yanna Liang, Toishanese Interpreter
             *      *      *

Page 103

XIU X. ZHU

particular, the lines that say "employee's signature" at the bottom and page by page, I'd like you to tell me if any of the signatures on these pages are not your signature, if they're not your signature create a separate pile.

A     Yes, I saw it.

Q     Are they all your signature?

A     Yes.

Q     So every signature, in Zhu 8, from page one to the last page, all of these are your signature -- contain your signature?

A     Yes.

Q     Thank you.

A     They forced me to do that, so they give me the copy to copy it.

Q     Who was that?

A     The company provided me the form and had me sign.

Q     Which company?

A     GreatCare.

Q     And so they -- who, at GreatCare, was it Ms. Zhu (ph)?

Page 104

XIU X. ZHU

A    There was dispute by the company, so they read the form and fill out the form and then sign the name.  If I don't sign the name, I will not get work.

Q    How did you know that?  Did somebody tell you that?

A    Yeah, they dispute it to me and had me sign.

Q    GreatCare?

A    Yes.

Q    Do you have any additional detail about the circumstances surrounding your signing these documents?

A    No.

Q    Ms. Zhu, earlier in the day, I failed to ask you if you could -- if you have ever gone by another name?

A    No.

Q    Did you have a maiden name?

A    No.

Q    Are there any patients, other than the patient that we've discussed today, that you serviced at GreatCare that form the basis of your claims in this

Page 143

XIU X. ZHU

call, to fill out the forms.

Q    When was that?

A    I don't remember.

Q    So at one point, during your employment with Great Care, you were instructed not to call, to clock-in and out anymore, right?

A    Yes.

Q    Who told you that?

A    I don't remember.

Q    But someone at GreatCare?

A    Those, from Ouyang.

Q    Ouyang, at GreatCare?

A    Yes.

Q    So you got a blank form from GreatCare and then you would fill it out?

A    Yes, let me fill that out.

Q    And, then, you would return it to GreatCare?

A    Yes.

Q    Would you sign it, the ones that you -- the ones that you say you sign, would you sign it at GreatCare or somewhere else?