Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

HEI LI, ZHU H.L. LIN, LI CHEN,
XIU F. CHEN, MEI F. CHEN, HUI HE,
HUI LI, ZHAN J. LI, HUI X. RUAN,
JIAN R. XIAO, MEI Z. XIAO, MU Z.
ZHANG, BI Y. ZHENG, XIU X. ZHU,

      Plaintiffs,

   -against-      Case No.
             24-cv-7401

GREATCARE, INC., CENTERLIGHT   (LTS)(KHP)
HEALTHCARE, INC., and SENIOR
WHOLE HEALTH OF NEW YORK, INC.,

      Defendants.

----------------------------------------x

      January 28, 2026
      10:24 a.m.


  Deposition of XIU CHEN, taken by
Defendants, held at the offices of Stradley
Ronon Stevens & Young LLP, 100 Park Avenue,
New York, New York, before Joseph Ramon Danyo,
a Shorthand Reporter and Notary Public within
and for the State of New York.


   VERITEXT CORPORATE SERVICES, LLC
 290 West Mount Pleasant Avenue, Suite 3200
   Livingston, New Jersey 07036
    (800)227-8440

Page 2

A P P E A R A N C E S :


    NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
    Attorneys for Plaintiffs
        50 Broadway
        Suite 1500
        New York, New York 10004
    By:   CARMELA HUANG, ESQ.


    STRADLEY RONON STEVENS & YOUNG LLP
    Attorneys for Senior Whole Health of New York
        One Riverfront Plaza
        1037 Raymond Boulevard, Suite 920
        Newark, New Jersey 07102
    By:   KAITLYN GRAJEK, ESQ.


  Also Present:
    LILY LAU, Fuzhou Interpreter
                ~oOo~

Page 64

Xiu Chen

you to jobs, can you think of any other conversations that you had with Ms. Ouyang or Ms. Zhu?

A. No. No others.

Q. At any time when you worked at GreatCare did you have to on a weekly basis provide a time sheet for the hours that you had worked with Ms. ███

A. No.

Q. Do you remember how frequently you received your pay when you worked at GreatCare?

A. Once a week.

Q. Do you recall ever having an issue with your pay?

A. No. No problems.

Q. If you had an issue with your pay at GreatCare, who would you have gone to?

A. I will call the company's number, and if I have any issue, then it would be transferred to someone.

Q. Which company?

A. GreatCare.

Q. Can you think of anyone specifically that you would speak to about that at GreatCare?