UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X

HEI LI, ZHU H.L., LIN LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHENG, XIU X. ZHU,

                         PLAINTIFFS,


        -against-         Case No.:
                    1:24-cv-7401 (LTS)(KHP)


GREATCARE, INC., CENTERLIGHT HEALTHCARE, INC. and SENIOR WHOLE HEALTH OF NEW YORK, INC.,

                         DEFENDANTS.
---------------------------------------------X

            DATE: January 15, 2026
            TIME: 10:15 a.m.




        DEPOSITION of a Plaintiff, HUI HE, taken by a Defendant and the Plaintiff, pursuant to the Federal Rules of Civil Procedure, held at the offices of Stradley Ronon Stevens & Young, LLP, 100 Park Avenue, Suite 200, New York, New York 10017, before JANNA LIRTSMAN, a Notary Public of the State of New York.

                    1

A P P E A R A N C E S:

GETMAN, SWEENEY & DUNN, PLLC
   Attorneys for the Plaintiffs
   HEI LI, ZHU H.L., LIN LI CHEN, XIU F.
   CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN
   J. LI, HUI X. RUAN, JIAN R. XIAO, MEI Z.
   XIAO, MU Z. ZHANG, BI Y. ZHENG,
   XIU X. ZHU
   260 Fair Street
   Kingston, New York 12401
   BY: KAREN KITHAN YAU, ESQ.


STRADLEY RONON STEVENS & YOUNG, LLP
   Attorneys for the Defendant
   SENIOR WHOLE HEALTH OF NEW YORK, INC.
   100 Park Avenue, Suite 200
   New York, New York 10017
   BY: KAITLYN GRAJEK, ESQ.


ALSO PRESENT:
   Una Wilkinson, Cantonese Interpreter
        Haag Language Associates


NOT PRESENT:
   Jose Muniz
   George F. Brenlla

              *           *           *

2

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*     *     *     *

3

Page 4

H. HE

U N A  W I L K I N S O N, a Cantonese interpreter, solemnly swore to translate the following questions from English to Cantonese and answers from Cantonese to English:

H U I  H E, called as a witness, having been first duly sworn, through an interpreter, by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MS. GRAJEK:

Q.    Please state your name and address for the record.

A.    Hui He, 336 61st Street, Apartment 3F, Brooklyn, New York 11220.

Q.    Good morning, Ms. He.

A.    Good morning.

Q.    My name is Kaitlyn Grajek.  I'm an attorney, and I represent Senior Whole Health of New York in this case.

I'm going to be asking you questions today relating to the lawsuit

4

Page 57

H. HE

break for lunch.

(Whereupon, at 12:35 p.m., a lunch break was taken.

At 1:24 p.m., the deposition resumed.)

Q.    Do you remember we discussed earlier your clock-in procedure at Greatcare?

A.    Yes.

Q.    Did you ever have a situation where the phone clock in or clock out didn't work?

A.    No, I did not have that.

Q.    Did you ever have to fill out the hours you worked in writing?

A.    No.

Q.    Did Greatcare ever show you any of your pay records?

A.    Well, you know, why would I need to look at these pay record because we pay every two weeks and it's auto payment is there?

Q.    While you were working at Greatcare, did you ever look at your

57