Case 1:24-cv-07401-LTS-KHP   Document 214-28   Filed 05/08/26   Page 1 of 26

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _HUi XiU RUAN_          HHA **V** PCA _____          WEEK ENDING DATE: _11/8/19_

CLIENT'S NAME: ████████████████

WORK LOCATION: ██████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | 11/8/19 | 8am | 9am-9:30am | 12:30pm-1:00pm | 7:00pm-7:30pm | 12am-7am | Y | Y | 8am | 15 小时 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X _HUi XiU RUAN_          Date: _11/9/19_

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001          Telephone Number: 212-564-3882

GC 07.28.2025 005378

Case 1:24-cv-07401-LTS-KHP    Document 214-28    Filed 05/08/26    Page 2 of 26

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: HUI XIU RUAN          HHA __✓__ PCA _____          WEEK ENDING DATE: 12)20)19

CLIENT'S NAME: ███████████████

WORK LOCATION: ███████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 12)14)19 | 8am | 8:30-9 am | 12:30-1:00 PM PM | 6:PM 7:PM | 10PM-2:00am 3-am 7.am | Y | Y | 8am | 13 |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | 12)20)19 | 8am | 8:30-9: am am | 12:30-1:00 PM PM | 6-PM-7 PM | 10PM-2:00am 3-am 7.am | Y | Y | 8am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: x HUI XIU RUAN _____          Date: 12)21)19

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001          Telephone Number: 212-564-3882

GC 07.28.2025 005384

Case 1:24-cv-07401-LTS-KHP   Document 214-28   Filed 05/08/26   Page 3 of 26

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

1/3/20

PRINT EMPLOYEE NAME: HUi XiU RUAN          HHA __√__ PCA _____     WEEK ENDING DATE: 12/28/19

CLIENT'S NAME: ███████████

WORK LOCATION: ███████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 12/28/19 | 8am | 8:30-9: am am | 12:30-1:00 PM PM | 6:PM-7 PM | 10-7: PM am | Y | Y | 8am | 13 |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

**Employee's Signature: X** HUi XiU RUAN          Date: 12/29/19

**Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001      Telephone Number: 212-564-3882**

GC 07.28.2025 005386

Case 1:24-cv-07401-LTS-KHP   Document 214-28   Filed 05/08/26   Page 4 of 26

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _HUI XIU RUAN_       HHA __V__ PCA _____       WEEK ENDING DATE: _3/6/2020_

CLIENT'S NAME: ███████████████████

WORK LOCATION: ████████████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | 3/6/2020 | 8.am | 8.am-9.am | 12.pm-1.pm | 6.-7.pm | 10-7.30 am | Y | Y | 8.am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X_HUI XIU RUAN_                    Date: _3/7/2020_

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001       Telephone Number: 212-564-3882

GC 07.28.2025 005390

Case 1:24-cv-07401-LTS-KHP   Document 214-28   Filed 05/08/26   Page 5 of 26

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

7/3/2020

PRINT EMPLOYEE NAME: __HUI XIU RUAN__     HHA __✓__ PCA ____     WEEK ENDING DATE: __6/28/2020__

CLIENT'S NAME: ████████████

WORK LOCATION: ████████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 6/27/2020 | 8 am | 8 am-9 am | 12 Pm-1 Pm | 6 Pm-7 Pm | 10 Pm-7:30 am | Y | Y | 8 am | 13 |
| Sunday | 6/28/2020 | 8 am | 8 am-9 am | 12 Pm-1 Pm | 6 Pm-7 Pm | 10 Pm-7:30 am | Y | Y | 8 am | 13 |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | 7/3/2020 | 8 am | 8 am-9 am | 12 Pm-1 Pm | 6 Pm-7 Pm | 10 Pm-7:30 am | Y | Y | 8 am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X __HUI XIU RUAN__     Date: __6/28/2020__

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001     Telephone Number: 212-564-3882

GC 07.28.2025 005408

Case 1:24-cv-07401-LTS-KHP    Document 214-28    Filed 05/08/26    Page 6 of 26

**GREATCARE INC.**
**Home Health Aide Living-In Time Sheet**

PRINT EMPLOYEE NAME: Hui Xiu RUAN        HHA __✓__ PCA _____        WEEK ENDING DATE: 5/14/2021

CLIENT'S NAME: ████████████████████

WORK LOCATION: ████████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 5/8/2021 | 8am | 8am - 9am | 12Pm - 1Pm | 6Pm - 7Pm | 10Pm 8am | Y | Y | 8am | 13 |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | 5/14/2021 | 8 am | 8am - 9am | 12Pm - 1Pm | 6Pm - 7Pm | 10Pm - 8am | Y | Y | 8am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: **x** Hui Xiu RUAN        Date: 5/15/2021

Bring in or mail it to: Greatcare Inc.   Address: 110 W 34 St Suite 1207 New York NY 10001        Telephone Number: 212-564-3882

GC 07.28.2025 005448

Case 1:24-cv-07401-LTS-KHP   Document 214-28   Filed 05/08/26   Page 7 of 26

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _Hui Xiu RuAN_   HHA __V__ PCA ____   WEEK ENDING DATE: _6/4/2021_

CLIENT'S NAME: ████████████████

WORK LOCATION: ████████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 5/29/2021 | 8am | 8am – 9am | 12Pm – 1Pm | 6Pm – 7Pm | 10Pm – 8am | Y | Y | 8am | 13 |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | 6/4/2021 | 8am | 8am – 9am | 12Pm – 1Pm | 6Pm – 7Pm | 10Pm – 8am | Y | Y | 8am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: x _Hui Xiu RuAN_   Date: _6/5/2021_

Bring in or mail it to: Greatcare Inc. Address: 110 W 34 St Suite 1207 New York NY 10001   Telephone Number: 212-564-3882

GC 07.28.2025 005451

Case 1:24-cv-07401-LTS-KHP   Document 214-28   Filed 05/08/26   Page 8 of 26

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: **HUI XIU RUAN**     HHA __✓__ PCA _____     WEEK ENDING DATE: **11)12)2021**

CLIENT'S NAME: ███████████████████

WORK LOCATION: ████████████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 11)7)2021 | 8.am | 8.am-9.am | 12.Pm-1.Pm | 6.Pm-7Pm | 10.Pm-7.30 am | y | y | 8.am | 13 |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: **x HUI XIU RUAN**     Date: **11) 8)2021**

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001     Telephone Number: 212-564-3882

GC 07.28.2025 005473

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: **HUI XIU RUAN**     HHA **V** PCA ____     WEEK ENDING DATE: **11) 14) 2021**

CLIENT'S NAME: ████████████

WORK LOCATION: ████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 11) 14) 2021 | 8.am | 8.am-9am | 12-Pm-1Pm | 6Pm-7Pm | 10Pm-7:30am | y | Y | 8.am | 13 |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: **x HUI XIU RUAN**     Date: **11) 15) 2021**

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001     Telephone Number: 212-564-3882

GC 07.28.2025 005474

Case 1:24-cv-07401-LTS-KHP   Document 214-28   Filed 05/08/26   Page 10 of 26

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: **HUI XIU RUAN**    HHA **√** PCA _____    WEEK ENDING DATE: **12/5/2021** (10)

CLIENT'S NAME: ████████████████

WORK LOCATION: ████████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 12/5/2021 | 8am | 8am-9am | 12 Pm-1 Pm | 6 Pm-7 Pm | 10 Pm-7:30 am | Y | Y | 8am | 13 |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: **X HUI XIU RUAN**    Date: **12/6/2021**

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001    Telephone Number: 212-564-3882

GC 07.28.2025 005477

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _Un  rben , 2hong_    HHA __V__ PCA _____    WEEK ENDING DATE: ___3/12/2021___

CLIENT'S NAME: _[redacted]_____

WORK LOCATION: __[redacted]_____

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | 3/12/2021 | 8am | 8am-9am | 1Pm-2Pm | 7Pm-8Pm | 10Pm-6am | Yes | Yes | 8am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X_____Un  rben  rhong)_____    Date: ___3/12/2021___

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001    Telephone Number: 212-564-3882

GC 07.28.2025 006378

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _My Zhen , Zhang_    HHA __V__ PCA ____    WEEK ENDING DATE: _2/12/2021_

CLIENT'S NAME: _████████████████_

WORK LOCATION: _██████████████████████_

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | 2/12/2021 | 8am | 8am - 9am | 1Pm -2Pm | 7Pm- 8Pm | 10Pm-6am | Yes | Yes | 8am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X _My Zhen Zhang_    Date: _2/12/2021_

Bring in or mail it to: Greatcare Inc. Address: 110 W 34 St Suite 1207 New York NY 10001    Telephone Number: 212-564-3882

GC 07.28.2025 006382

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _Mu Zhen, Zhang_  HHA _√_ PCA ____  WEEK ENDING DATE: _2/5/2021_

CLIENT'S NAME: ███████████████

WORK LOCATION: █████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | 2/5/2021 | 8am | 8am - 9am | 1Pm-2Pm | 7Pm-8Pm | 10Pm-6am | Yes | Yes | 8am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X _Mu Zhen Zhang_    Date: _2/5/2021_

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001    Telephone Number: 212-564-3882

GC 07.28.2025 006383

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _Mu zhen, zheng_    HHA _✓_ PCA ____    WEEK ENDING DATE: _1/29/2021_

CLIENT'S NAME: ██████████████

WORK LOCATION: ████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | 1/29/2021 | 8am | 8am-9am | 1Pm-2Pm | 7Pm-8Pm | 10Pm-6am | Yes | Yes | 8am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X _Mu zhen zheng_    Date: _1/29/2021_

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001    Telephone Number: 212-564-3882

GC 07.28.2025 006384

Case 1:24-cv-07401-LTS-KHP    Document 214-28    Filed 05/08/26    Page 15 of 26

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _Mu zhen, zhug)_    HHA __V__ PCA _____    WEEK ENDING DATE: ____12/4/2020____

CLIENT'S NAME: ███████████████████

WORK LOCATION: ██████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | 12/4/2020 | 8am | 8am-9am | 1Pm-2Pm | 7Pm-8Pm | 10Pm-6am | Yes | Yes | 8am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts □STARTED □ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X_____    Date: ___12/4/2020___

Bring in or mail it to: Greatcare Inc.   Address: 110 W 34 St Suite 1207 New York NY 10001      Telephone Number: 212-564-3882

GC 07.28.2025 006392

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _____   HHA __√__ PCA _____   WEEK ENDING DATE: __6/5/2020__

CLIENT'S NAME: _____

WORK LOCATION: _____

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 5/30/2020 | 8am | 8am-9am | 1Pm-2Pm | 7Pm-8Pm | 10Pm-6am | Yes | Yes | 8am | 13 |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | 6/4/2020 | 8am | 8am-9am | 1Pm-2Pm | 7Pm-8Pm | 10Pm-6am | Yes | Yes | 8am | 13 |
| Friday | 6/5/2020 | 8am | 8am-9am | 1Pm-2Pm | 7Pm-8Pm | 10Pm-6am | Yes | Yes | 8am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____ . By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week.  For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____ . If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period.  I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X _____   Date: __6/5/2020__

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001     Telephone Number: 212-564-3882

GC 07.28.2025 006418

Case 1:24-cv-07401-LTS-KHP   Document 214-28   Filed 05/08/26   Page 17 of 26

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _(signature)_     HHA __V__ PCA _____     WEEK ENDING DATE: ___5/29/2020___

CLIENT'S NAME: ___[redacted]___

WORK LOCATION: ___[redacted]___

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 5/23/2020 | 8am | 8am – 9am | 1Pm – 2Pm | 7Pm – 8Pm | 10Pm – 6am | Yes | Yes | 8am | 13 |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | 5/28/2020 | 8am | 8am – 9am | 1Pm – 2Pm | 7Pm – 8Pm | 10Pm – 6am | Yes | Yes | 8am | 13 |
| Friday | 5/29/2020 | 8am | 8am – 9am | 1Pm – 2Pm | 7Pm – 8Pm | 10Pm – 6am | Yes | Yes | 8am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X _(signature)_     Date: ___5/29/2020___

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001     Telephone Number: 212-564-3882

GC 07.28.2025 006419

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _Mu___ zhen , Mury_____ HHA __V__ PCA _____ WEEK ENDING DATE: __5/15/2020___

CLIENT'S NAME: ████████████████████

WORK LOCATION: ██████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 5/9/2020 | 8am | 8am - 9am | 1Pm -2Pm | 7Pm - 8Pm | 10Pm -6am | Yes | Yes | 8am | 13 |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | 5/14/2020 | 8am | 8am - 9am | 1Pm -2Pm | 7Pm-8Pm | 10Pm-6am | Yes | Yes | 8am | 13 |
| Friday | 5/15/2020 | 8am | 8am - 9am | 1Pm -2Pm | 7Pm-8Pm | 10Pm 6am | Yes | Yes | 8am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption:_____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X __Mu___ zhen ___Mury_____ Date: __5/15/2020__

Bring in or mail it to: Greatcare Inc. Address: 110 W 34 St Suite 1207 New York NY 10001    Telephone Number: 212-564-3882

GC 07.28.2025 006421

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _Mu zhen, zhen_   HHA _✓_ PCA ____   WEEK ENDING DATE: _5/1/2020_

CLIENT'S NAME: ██████████████████████

WORK LOCATION: ██████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 4/25/2020 | 8am | 8am – 9am | 1Pm – 2Pm | 7Pm – 8Pm | 10Pm – 6am | Yes | Yes | 8am | 13 |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | 4/30/2020 | 8am | 8am – 9am | 1Pm – 2Pm | 7Pm – 8Pm | 10Pm – 6am | Yes | Yes | 8am | 13 |
| Friday | 5/1/2020 | 8am | 8am – 9am | 1Pm – 2Pm | 7Pm – 8Pm | 10Pm – 6am | Yes | Yes | 8am | 13 |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X _Mu zhen zhen_   Date: _5/1/2020_

Bring in or mail it to: Greatcare Inc.   Address: 110 W 34 St Suite 1207 New York NY 10001   Telephone Number: 212-564-3882

GC 07.28.2025 006423

Case 1:24-cv-07401-LTS-KHP    Document 214-28    Filed 05/08/26    Page 20 of 26

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _M Vlen rly_  HHA **V** PCA ____  WEEK ENDING DATE: _1/3/2020_

CLIENT'S NAME: _Xi Yim Wu_

WORK LOCATION: _662 60TH ST, 1TH FLOOR, REDGE WOOD, NY, 11385_

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | 1/2/2020 | 8am | 8am - 9am | 1Pm - 2Pm | 7Pm - 8Pm | 10Pm - 6am | Yes | Yes | 8am | 13 |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X _M rlm rly_    Date: _1/3/2020_

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001    Telephone Number: 212-564-3882

GC 07.28.2025 006440

Case 1:24-cv-07401-LTS-KHP    Document 214-28    Filed 05/08/26    Page 21 of 26

## GREATCARE INC.
### Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: __Xiao Meizhen__     HHA __V__ PCA _____     WEEK ENDING DATE: __1/3/2020__

CLIENT'S NAME: _____ ███████████ _____

WORK LOCATION: ___██████████████████_____

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | ## | | | | | | | | | |
| Sunday | 12/29/2019 | 830Am | 9-30 Am | 1-2pm | I-6pm | 12-8Am | Y | Y | 830Am | 13 |
| Monday | 12/30/2019 | 830Am | 9-10Am | 1-2pm | 5-6pm | 12-8Am | Y | Y | 830Am | 13 |
| Tuesday | 12/31/2019 | 830Am | 9-10Am | 1-2pm | 5-6pm | 12-8Am | Y | Y | 830Am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week.  For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period.  I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X __XIAO MEI ZHEN__                              Date: __1/3/2020__

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001   ·  Telephone Number: 212-564-3882

GC 07.28.2025 005648

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _Xiao mei zhen_     HHA __V__ PCA _____     WEEK ENDING DATE: _5/8/2020_

CLIENT'S NAME: _____

WORK LOCATION: _____

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 5/3/2020 | 830AM | 9-10AM | 1-2pm | 5-6pm | 12-8AM | Y | Y | 830AM | 13 |
| Monday | 5/4/2020 | 830AM | 9-10AM | 1-2pm | 5-6pm | 12-8AM | Y | Y | 830AM | 13 |
| Tuesday | 5/5/2020 | 820AM | 9-10AM | 1-2pm | 5-6pm | 12-8AM | Y | Y | 830AM | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption:_____

I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X _XIAO MEI ZHEN_     Date: _5/8/2020_

Bring in or mail it to: Greatcare Inc. Address: 110 W 34 St Suite 1207 New York NY 10001 · Telephone Number: 212-564-3882

GC 07.28.2025 005666

## GREATCARE INC.
### Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _Xiao mei zhen_    HHA _V_ PCA ____    WEEK ENDING DATE: _4/10/2020._

CLIENT'S NAME: _____

WORK LOCATION: _____

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE. UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 4/5/2020 | 830AM | 9-10AM | 1-2pm | 5-6pm | 12-8am | Y | Y | 830AM | 13 |
| Monday | 4/6/2020 | 830AM | 9-10AM | 1-2pm | 5-6pm | 12-8am | Y | Y | 830AM | 13 |
| Tuesday | 4/7/2020. | 830AM | 9-10am | 1-2pm | 5-6pm | 12-8am | Y | Y | 830AM | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week.  For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time.  As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period.  I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X _XIAO MEI ZHEN_    Date: _4/10/2020._

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001    Telephone Number: 212-564-3882

GC 07.28.2025 005662

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _Xiao Mei zhen_   HHA **V** PCA ___   WEEK ENDING DATE: _8/14/2020._

CLIENT'S NAME: ███████████

WORK LOCATION: ███████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 8/9/2020 | 830Am | 9-10Am | 1-2pm | 5-6pm | 12-8Am | Y | Y | 830Am | 13 |
| Monday | 8/10/2020 | 830Am | 9-10Am | 1-2pm | 5-6pm | 12-8Am | Y | Y | 830Am | 13 |
| Tuesday | 8/11/2020 | 830Am | 9-10Am | 1-2pm | 5-6pm | 12-8Am | Y | Y | 830Am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X _XIAO MEI ZHEN_   Date: _8/14/2021._

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001   Telephone Number: 212-564-3882

GC 07.28.2025 005680

Case 1:24-cv-07401-LTS-KHP    Document 214-28    Filed 05/08/26    Page 25 of 26

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: ___Xiao Mei zhen___    HHA __V__ PCA _____    WEEK ENDING DATE: __09/03/2021__

CLIENT'S NAME: ___██████████████___

WORK LOCATION: ___██████████████___

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | 9/1/2021 | 8:30 AM | 9:00AM-10:00AM | 1:00PM-2:00PM | 6:00PM-7:00PM | 12:30AM-8:30AM | Yes | Yes | 8:30AM | 13hrs |
| Thursday | 9/2/2021 | 8:30 AM | 9:00AM-10:00AM | 1:00PM-2:00PM | 6:00PM-7:00PM | 12:30AM-8:30AM | Yes | Yes | 8:30AM | 13 hrs |
| Friday | 9/3/2021 | 8:30AM | 9:00AM-10:00AM | 1:00PM-2:00PM | 6:00PM-7:00PM | 12:30AM-8:30AM | Yes | Yes | 8:30AM | 13 hrs |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: **X XIAO MEI ZHEN**    Date: __09/03/2021__

Bring in or mail it to: Greatcare Inc. Address: 110 W 34 St Suite 1207 New York NY 10001    Telephone Number: 212-564-3882

GC 07.28.2025 005693

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: __Xiao mei zhen__     HHA __V__ PCA ____     WEEK ENDING DATE: __10/29/2021__

CLIENT'S NAME: _____

WORK LOCATION: _____

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | 10/27/2021 | 8:30 Am | 9AM – 10Am | 1:00PM-2:00PM | 6PM – 7PM | 12:30Am-8:30Am | yes | yes | 8:30Am | 13hrs |
| Thursday | 10/28/2021 | 8:30Am | 9AM – 10AM | 1PM – 2PM | 6PM – 7PM | 12:30AM-8:30AM | yes | yes | 8:30Am | 13hrs |
| Friday | 10/29/2021 | 8:30Am | 9AM – 10AM | 1PM – 2PM | 6PM – 7PM | 12:30AM-8:30 AM | yes | yes | 8:30Am | 13hrs |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption:_____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: x __XIAo MEIZHEN__     Date: __10/29/2021__

Bring in or mail it to: Greatcare Inc. Address: 110 W 34 St Suite 1207 New York NY 10001     Telephone Number: 212-564-3882

GC 07.28.2025 005701