Case 1:24-cv-07401-LTS-KHP    Document 214-30    Filed 05/08/26    Page 1 of 24

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: __Zhan Jin Li__    HHA __✓__ PCA ____    WEEK ENDING DATE: __12/27/2019__

CLIENT'S NAME: ████████████████████

WORK LOCATION: ████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 12/21/2019 | 8AM | 8²-9⁰⁰ | 12AM-1PM | 7PM-8PM | 10PM-6AM | Y | Y | 8AM | 13 |
| Sunday | 12/22/2019 | 8AM | 7³⁰-8⁰⁰ | 12AM-1PM | 7PM-8PM | 10PM-6AM | Y | Y | 8AM | 13 |
| Monday | 12/23/2019 | 8AM | 7³⁰-8⁰⁰ | 12AM-1PM | 7PM-8PM | 10PM-6AM | Y | Y | 8AM | 13 |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X__Li Zhan Jin__    Date: __12/23/2019__

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001    Telephone Number: 212-564-3882

GC 07.28.2025 004112

Case 1:24-cv-07401-LTS-KHP   Document 214-30   Filed 05/08/26   Page 2 of 24

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Zhuh Jin Li    HHA __V__ PCA ____    WEEK ENDING DATE: 12/6/2019

CLIENT'S NAME: ███████████

WORK LOCATION: ███████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 11/30/2019 | 8AM | 8³⁰ – 9⁰⁰ | 12AM–1PM | 7PM–8PM | 10PM–6AM | Y | Y | 8AM | 13 |
| Sunday | 12/1/2019 | 8AM | 7³⁰ – 8⁰⁰ | 12AM–1PM | 7PM–8PM | 10PM–6AM | Y | Y | 8AM | 13 |
| Monday | 12/2/2019 | 8AM | 7³⁰ – 8⁰⁰ | 12AM–1PM | 7PM–8PM | 10PM–6AM | Y | Y | 8AM | 13 |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X_____Li zhah Jin_____    Date: 12/2/2019

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001    Telephone Number: 212-564-3882

GC 07.28.2025 004107

Case 1:24-cv-07401-LTS-KHP    Document 214-30    Filed 05/08/26    Page 3 of 24

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Zhen Jin Li          HHA __V__ PCA _____     WEEK ENDING DATE: 12/6/2019

CLIENT'S NAME: ████████████████████

WORK LOCATION: ████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 11/30/2019 | 8AM | 8³⁰ – 9⁰⁰ | 12AM–1PM | 7PM–8PM | 10PM–6AM | Y | Y | 8AM | 13 |
| Sunday | 12/1/2019 | 8AM | 7³⁰ – 8⁰⁰ | 12AM–1PM | 7PM–8PM | 10PM–6AM | Y | Y | 8AM | 13 |
| Monday | 12/2/2019 | 8AM | 7³⁰ – 8⁰⁰ | 12AM–1PM | 7PM–8PM | 10PM–6AM | Y | Y | 8AM | 13 |
| Tuesday |  |  |  |  |  |  |  |  |  |  |
| Wednesday |  |  |  |  |  |  |  |  |  |  |
| Thursday |  |  |  |  |  |  |  |  |  |  |
| Friday |  |  |  |  |  |  |  |  |  |  |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week.  For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period.  I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X___Li Zhan Jin___          Date: 12/2/2019

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001      Telephone Number: 212-564-3882

GC 07.28.2025 004107

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: _Zhan Jin Li_    HHA _V_ PCA _____    WEEK ENDING DATE: _2/7/2020_

CLIENT'S NAME: ██████████████████████

WORK LOCATION: ██████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 2/1/2020 | 8AM | 8³⁰ - 9⁰⁰ | 12 - 1⁰⁰ | 7³⁰ - 8⁰⁰ | 10 - 6⁰⁰ | Y | Y | 8AM | 13 |
| Sunday | 2/2/2020 | 8AM | 7³⁰ - 8⁰⁰ | 12 - 1⁰⁰ | 7³⁰ - 8⁰⁰ | 10 - 6⁰⁰ | Y | Y | 8AM | 13 |
| Monday | 2/3/2020 | 8AM | 7³⁰ - 8⁰⁰ | 12 - 1⁰⁰ | 7³⁰ / 8⁰⁰ | 10 - 6⁰⁰ | Y | Y | 8AM | 13 |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts □STARTED □ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X _Li Zhan Jin_    Date: _2/3/2020_

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001    Telephone Number: 212-564-3882

GC 07.28.2025 004123

Case 1:24-cv-07401-LTS-KHP   Document 214-30   Filed 05/08/26   Page 5 of 24

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Zhan Jin Li          HHA __✓__ PCA _____          WEEK ENDING DATE: 2/24/2020

CLIENT'S NAME: ███████████████████████████

WORK LOCATION: ██████████████████████████ _____

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | 2/15/2020 | 8AM | 8³⁰–9⁰⁰ | 12–1⁰⁰ | 7⁰⁰–8⁰⁰ | 10–6⁰⁰ | Y | Y | 8AM | 13 |
| Sunday | 2/16/2020 | 8AM | 7³⁰–8⁰⁰ | 12–1⁰⁰ | 7⁰⁰–8⁰⁰ | 10–6⁰⁰ | Y | Y | 8AM | 13 |
| Monday | 2/17/2020 | 8AM | 7³⁰–8⁰⁰ | 12–1⁰⁰ | 7⁰⁰–8⁰⁰ | 10–6⁰⁰ | Y | Y | 8AM | 13 |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Li Zhan Jin _____          Date: 2/17/2020

Bring in or mail it to: Greatcare Inc. Address: 110 W 34 St Suite 1207 New York NY 10001          Telephone Number: 212-564-3882

GC 07.28.2025 004127

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: **Li, Zhan Jin**     HHA **√** PCA _____     WEEK ENDING DATE: **3/6/2020**

CLIENT'S NAME: ████████████

WORK LOCATION: ████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Monday | 3/2/2020 | 8.00am | 8.30am-9.30am | 12.00pm-1.00pm | 5.30pm-6.30pm | 10.00pm-6.00am | Yes | Yes | 8.00am | 13hrs |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: **X** _Zhah Jin Li_     Date: **3/6/2020**

Bring in or mail it to: Greatcare Inc. Address: 110 W 34 St Suite 1207 New York NY 10001     Telephone Number: 212-564-3882

Case 1:24-cv-07401-LTS-KHP   Document 214-30   Filed 05/08/26   Page 6 of 24

GC 07.28.2025 004131

Case 1:24-cv-07401-LTS-KHP   Document 214-30   Filed 05/08/26   Page 7 of 24

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: __Li, Zhan Jin__   HHA __√__ PCA _____   WEEK ENDING DATE: __3/13/2020__

CLIENT'S NAME: ███████████

WORK LOCATION: ██████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Monday | 3/9/2020 | 8.00am | 8.30am-9.30am | 12.00pm-1.00pm | 5.30pm-6.30pm | 10.00pm-6.00am | Yes | Yes | 8.00am | 13hrs |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week.   For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period.  I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X _Zhan Jin Li_   Date: __3/13/2020__

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001       Telephone Number: 212-564-3882

GC 07.28.2025 004133

Case 1:24-cv-07401-LTS-KHP    Document 214-30    Filed 05/08/26    Page 8 of 24

## GREATCARE INC.
### Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: __Xiao Jian Rong__   HHA __V__ PCA ____   WEEK ENDING DATE: __11/13/2020__

CLIENT'S NAME: ████████████████████

WORK LOCATION ████████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Monday | | | | | | | | | | |
| Tuesday | 11/10/2020 | 8:30 am | 9a - 9:30a | 1P - 2P | 6P-7P | 11.PM | Yes | Yes | 8:30 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X__Xiao Jian Rong__   Date: __11/13/2020__

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001   Telephone Number: 212-564-3882

GC 07.28.2025 006001

Case 1:24-cv-07401-LTS-KHP    Document 214-30    Filed 05/08/26    Page 9 of 24

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Xiao Jian Rong          HHA __V__ PCA _____          WEEK ENDING DATE: 11 / 20 / 2020

CLIENT'S NAME: ██████████████████

WORK LOCATION: ████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 11/15/2020 | 8:30 am | 9a – 9:30a | 1P-2P | 6P-7P | 11.PM | Yes | Yes | 8:30 am | 13 |
| Monday | 11/16/2020 | 8:30 am | 9a – 9:30a | 1P-2P | 6P-7P | 11.PM | Yes | Yes | 8:30 am | 13 |
| Tuesday | 11/17/2020 | 8:30 am | 9a – 9:30a | 1P-2P | 6P-7P | 11.PM | Yes | Yes | 8:30 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong                    Date: 11 / 20 / 2020

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001      Telephone Number: 212-564-3882

GC 07.28.2025 006002

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Xiao Jian Rong    HHA __V__ PCA ____    WEEK ENDING DATE: 11/27/2020

CLIENT'S NAME: ████████████████████

WORK LOCATION: ████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 11/22/2020 | 830 am | 9a - 9.30a | 1P - 2P | 6P - 7P | 11.PM | Yes | Yes | 830 am | 13 |
| Monday | 11/23/2020 | 8.30 am | 9a - 9.30a | 1P - 2P | 6P - 7P | 11.PM | Yes | Yes | 830 am | 13 |
| Tuesday | 11/24/2020 | 830 am | 9a - 9.30a | 1P - 2P | 6P - 7P | 11.PM | Yes | Yes | 830 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong      Date: 11/27/2020

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001     Telephone Number: 212-564-3882

GC 07.28.2025 006003

## GREATCARE INC.
### Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Xiao Jian Rong    HHA _✔_ PCA _____    WEEK ENDING DATE: 12 / 4 / 2020

CLIENT'S NAME: ███████████████████

WORK LOCATION: ███████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 11/29/2020 | 8.30 am | 9a – 9.30a | 1P - 2P | 6P - 7P | 11.PM | Yes | Yes | 8.30 | 13 |
| Monday | 11/30/2020 | 8.30 am | 9a – 9.30a | 1P - 2P | 6P - 7P | 11.PM | Yes | Yes | 8.30 am | 13 |
| Tuesday | 12/1/2020 | 8.30 am | 9a – 9.30a | 1P - 2P | 6P - 7P | 11.PM | Yes | Yes | 8.30 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong      Date: 12/4/2020

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001     Telephone Number: 212-564-3882

GC 07.28.2025 006004

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Xiao Jian Rong          HHA __V__ PCA _____          WEEK ENDING DATE: 12/11/2020

CLIENT'S NAME: ███████████████████████

WORK LOCATION: ████████████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 12/6/2020 | 8:30 am | 9a - 9:30a | 1P - 2P | 6P - 7P | 11.PM | Yes | Yes | 8:30 am | 13 |
| Monday | 12/7/2020 | 8:30 am | 9a - 9:30a | 1P - 2P | 6P - 7P | 11.PM | Yes | Yes | 8:30 am | 13 |
| Tuesday | 12/8/2020 | 8:30 am | 9a - 9:30a | 1P - 2P | 6P - 7P | 11.PM | Yes | Yes | 8:30 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts □STARTED □ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong          Date: 12/11/2020

Bring in or mail it to: Greatcare Inc. Address: 110 W 34 St Suite 1207 New York NY 10001          Telephone Number: 212-564-3882

GC 07.28.2025 006005

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Xiao Jian Rong          HHA __✓__ PCA _____          WEEK ENDING DATE: 12/18/2020

CLIENT'S NAME: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

WORK LOCATION: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 12/13/2020 | 8:30 am | 9a – 930a | 1P – 2P | 6P – 7P | 11.PM | Yes | Yes | 8:30 am | 13 |
| Monday | 12/14/2020 | 8:30 am | 9a – 9.30a | 1P – 2P | 6P – 7P | 11.PM | Yes | Yes | 8:30 am | 13 |
| Tuesday | 12/15/2020 | 8:30 am | 9a – 930a | 1P – 2P | 6P – 7P | 11.PM | Yes | Yes | 8:30 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong          Date: 12/18/2020

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001          Telephone Number: 212-564-3882

GC 07.28.2025 006006

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Xiao Jian Rong          HHA __V__ PCA _____          WEEK ENDING DATE: 12/25/2020

CLIENT'S NAME: ███████████████████

WORK LOCATION: ████████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 12/20/2020 | 830 am | 9a – 9.30a | 1P–2P | 6P–7P | 11.PM | Yes | Yes | 830 am | 13 |
| Monday | 12/21/2020 | 830 am | 9a – 9.30a | 1P–2P | 6P–7P | 11.PM | Yes | Yes | 830 am | 13 |
| Tuesday | 12/22/2022 | 830 am | 9a – 9.30a | 1P–2P | 6P–7P | 11.PM | Yes | Yes | 8.30 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong          Date: 12/25/2020

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001     Telephone Number: 212-564-3882

GC 07.28.2025 006007

Case 1:24-cv-07401-LTS-KHP    Document 214-30    Filed 05/08/26    Page 15 of 24

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Xiao Jian Rong          HHA __V__ PCA _____     WEEK ENDING DATE: 1/1/2021

CLIENT'S NAME: ███████████████████████

WORK LOCATION: ███████████████████████

| DAY | DATE | TIME WORK STARTED | 1st MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 12/27/2020 | 830 am | 9a – 930a | 1P – 2P | 6P – 7P | 11.PM | Yes | Yes | 830 am | 13 |
| Monday | 12/28/2020 | 830 am | 9a – 930a | 1P – 2P | 6P – 7P | 11.PM | Yes | Yes | 830 am | 13 |
| Tuesday | 12/29/2020 | 830 am | 9a – 930a | 1P – 2P | 6P – 7P | 11.PM | Yes | Yes | 830 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong          Date: 1/1/2021

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001     Telephone Number: 212-564-3882

GC 07.28.2025 006008

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Xiao Jian Rong          HHA __✓__ PCA _____     WEEK ENDING DATE: 3/11/2022

CLIENT'S NAME: ██████████████████

WORK LOCATION: ████████████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 3/6/2022 | 830 am | 9a. 930a | 1P-2P | 6P-7P | 11P m | yes | yes | 830 am | 13 |
| Monday | 3/7/2022 | 830 am | 9a. 930a | 1P-2P | 6P-7P | 11P m | yes | yes | 830 am | 13 |
| Tuesday | 3/8/2022 | 830 am | 9a. 930a | 1P-2F | 6P-7P | 11P m | yes | yes | 830 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts □STARTED □ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong                Date: 3/11/2022

Bring in or mail it to: Greatcare Inc.   Address: 110 W 34 St Suite 1207 New York NY 10001        Telephone Number: 212-564-3882

GC 07.28.2025 006070

Case 1:24-cv-07401-LTS-KHP   Document 214-30   Filed 05/08/26   Page 17 of 24

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: **Xiao Jian Rong**      HHA __V__  PCA _____      WEEK ENDING DATE: **9/16/2022**

CLIENT'S NAME: ████████████████

WORK LOCATION: ████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 9/11/2022 | 830 am | 9a - 930a | 1P-2P | 6P-7P | 11.P M | Yes | Yes | 830 am | 13 |
| Monday | 9/12/2022 | 830 am | 9a - 930a | 1P-2P | 6P-7P | 11.P M | Yes | Yes | 830 am | 13 |
| Tuesday | 9/13/2022 | 830 am | 9a - 930a | 1P-2P | 6P-7P | 11.P M | Yes | Yes | 830 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X **Xiao Jian Rong**                                      Date: **9/16/2022**

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001      Telephone Number: 212-564-3882

GC 07.28.2025 006097

**GREATCARE INC.**
**Home Health Aide Living-In Time Sheet**

PRINT EMPLOYEE NAME: Xiao Jian Rong          HHA __V__ PCA ____          WEEK ENDING DATE: 11/12/2021

CLIENT'S NAME: ████████████████████

WORK LOCATION: ████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 11/7/2021 | 830 am | 9a. - 930a | 1P - 2P | 6P - 7P | 11.P M | yes | yes | 830 am | 13 |
| Monday | 11/8/2021 | 830 am | 9a. - 9.30a | 1P - 2P. | 6P - 7P | 11.P M | yes | yes | 830 am | 13 |
| Tuesday | 11/9/2021 | 830. am | 9a. - 930a | 1P - 2P | 6P - 7P | 11.P M | yes | yes | 830 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong          Date: 11/12/2021

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001          Telephone Number: 212-564-3882

GC 07.28.2025 006053

## GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Xiao Jian Rong     HHA __V__  PCA _____     WEEK ENDING DATE: 5/20/2020

CLIENT'S NAME: ████████████████████  ████████████

WORK LOCATION: ████████████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 5/15/2022 | 830 am | 830a – 930a | 1P – 2P | 6P – 7P | 11pm – 7am | Yes | Yes | 830 am | 13 |
| Monday | 5/16/2022 | 830 am | 830a – 930a | 1P – 21P | 6P – 7P | 11pm – 7am | Yes | Yes | 830 am | 13 |
| Tuesday | 5/17/2022 | 830 am | 830a – 930a | 1P – 21P | 6P – 41P | 11pm – 7am | Yes | Yes | 830 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong                    Date: 5/20/2022

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001     Telephone Number: 212-564-3882

GC 07.28.2025 006080

Case 1:24-cv-07401-LTS-KHP   Document 214-30   Filed 05/08/26   Page 20 of 24

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Xiao Jian Rong      HHA __V__  PCA _____      WEEK ENDING DATE: 12/30/2022

CLIENT'S NAME: ████████████

WORK LOCATION: ████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 12/25/2022 | 830 am | 9a – 9.30a | 1P-2P | 6P-7P | 11.P M | Yes | Yes | 830 am | 13 |
| Monday | 12/26/2022 | 830 am | 9a – 9.30a | 1P-2P | 6P-7P | 11.P M | Yes | Yes | 830 am | 13 |
| Tuesday | 12/27/2022 | 830 am | 9a – 930a | 1P-2P | 6P-7P | 11.P M | Yes | Yes | 830 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-In shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong      Date: 12/30/2022

Bring in or mail it to: Greatcare Inc. Address: 110 W 34 St Suite 1207 New York NY 10001      Telephone Number: 212-564-3882

GC 07.28.2025 006112

Case 1:24-cv-07401-LTS-KHP   Document 214-30   Filed 05/08/26   Page 21 of 24

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Xiao Jian Rong   HHA **✓** PCA _____   WEEK ENDING DATE: 1.27.2023

CLIENT'S NAME: ████████████████████

WORK LOCATION: ████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 1.22.2023 | 830 am | 9 am – 10 am | 1 pm – 2 pm | 6 pm – 7 pm | 9 pm – 10 pm | Yes | Yes | 830 am | 13 |
| Monday | 1.23.2023 | 830 am | 9 am – 10 am | 1 pm – 2 pm | 6 pm – 7 pm | 9 pm – 10 am | Yes | Yes | 830 am | 13 |
| Tuesday | 1.24.2023 | 830 am | 9 am – 10 am | 1 pm – 2 pm | 6 pm – 7 pm | 9 pm – 10 pm | Yes | Yes | 830 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong   Date: 1.27.2023

**Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001   Telephone Number: 212-564-3882**

GC 07.28.2025 006116

Case 1:24-cv-07401-LTS-KHP   Document 214-30   Filed 05/08/26   Page 22 of 24

# GREATCARE INC.
## Home Health Aide Living-In Time Sheet

PRINT EMPLOYEE NAME: Xiao Jian Rong          HHA __V__  PCA _____          WEEK ENDING DATE: 3/31/2023

CLIENT'S NAME: ████████████████

WORK LOCATION: ████████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 3/26/2023 | 8:30 am | 9a. – 9:30 a | 1P–2P | 6P–7P | 11.PM | Yes | Yes | 8:30 am | 13 |
| Monday | 3/27/2023 | 8:30 am | 9a – 9:30 a | 1P–2P | 6P–7P | 11.PM | Yes | Yes | 8:30 am | 13 |
| Tuesday | 3/28/2023 | 8:30 am | 9a – 9:30 a | 1P–2P | 6P–7P | 11.PM | Yes | Yes | 8:30 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts ☐STARTED ☐ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong                                      Date: 3/31/2023

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001      Telephone Number: 212-564-3882

GC 07.28.2025 006125

**GREATCARE INC.**
**Home Health Aide Living-In Time Sheet**

PRINT EMPLOYEE NAME: Xiao Jian Rong      HHA __V__ PCA _____      WEEK ENDING DATE: 5/26/2023

CLIENT'S NAME: ▮▮▮▮▮▮▮▮

WORK LOCATION: ▮▮▮▮▮▮▮▮

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 5/21/2023 | 830 am | 9a. — 9.30 a | 1P - 2P | 6P - 7P | 11. PM | Yes | Yes | 830 am | 13 |
| Monday | 5/22/2023 | 830 am | 9a. — 9.30 a | 1P - 2P | 6P - 7P | 11. PM | Yes | Yes | 830 am | 13 |
| Tuesday | 5/23/2023 | 830 am | 9a. — 9.30 a | 1P - 2P | 6P - 79 | 11. PM | Yes | Yes | 830 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week.   For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts □STARTED □ DID NOT START at the designated sleep time.  As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____.  If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period.  I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong      Date: 5/26/2023

Bring in or mail it to: Greatcare Inc.  Address: 110 W 34 St Suite 1207 New York NY 10001      Telephone Number: 212-564-3882

GC 07.28.2025 006133

**GREATCARE INC.**
**Home Health Aide Living-In Time Sheet**

PRINT EMPLOYEE NAME: Xiao Jian Rong    HHA __V__ PCA _____    WEEK ENDING DATE: 6/23/2023

CLIENT'S NAME: ████████████

WORK LOCATION: ████████████████████

| DAY | DATE | TIME WORK STARTED | 1ST MEAL BREAK (Enter start and stop times for the full meal break) | 2nd MEAL BREAK (Enter start and stop times for the full meal break) | 3rd MEAL BREAK (Enter start and stop times for the full meal break) | SLEEP TIME (Enter start and stop times for the full sleep period) | DID YOU RECEIVE 5 CONSECUTIVE UNINTERRUPTED HOURS OF SLEEP? (Enter Yes or No) | DID YOU RECEIVE ADEQUATE SLEEPING FACILITIES? (Enter Yes or No) | QUIT TIME | TOTAL HOURS OF WORK FOR THE DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturday | | | | | | | | | | |
| Sunday | 6/18 2023 | 830 am | 9a. 9.30 a | 1P - 2P | 6P - 7P | 11.PM | Yes | Yes | 830 am | 13 |
| Monday | 6/19/2023 | 630 am | 9a - 930 a | 1P - 2P | 6P - 7P | 11.PM | Yes | Yes | 830 am | 13 |
| Tuesday | 6/20/2023 | 830 am | 9a - 930 a | 1P - 2P | 6P - 7P | 11.PM | Yes | Yes | 830 am | 13 |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |

To the extent there were any interruptions to your Sleep or Meal Periods, identify the date/shift when the interruption occurred, the time the interruption started/ended, and the total length of the interruption: _____. By signing this timesheet, I certify that I received, read, and agreed to the terms in the Sleep and Meal Period Agreement for 24-Hour Caregivers. By signing this timesheet, I certify that the above hours are accurate and complete. All work time has been reported by me on this timesheet. There is no other work time in this week. For each live-in shift worked, I certify that I have a regularly scheduled sleep period and, in this pay period, all my sleep time on 24-hour shifts □STARTED □ DID NOT START at the designated sleep time. As per the agreement with the Agency, I was scheduled to take a 8-hour sleep period between the hours of _____. If my Bona Fide Sleep Period did not start at my regularly scheduled time, I hereby certify that the chart above states the correct start and end time of my Bona Fide Sleep Period. I also certify, under the threat of disciplinary action and potential prosecution, that the below signature is my own and that I personally provided the services identified above.

Employee's Signature: X Xiao Jian Rong    Date: 6/23/2023

Bring in or mail it to: Greatcare Inc. Address: 110 W 34 St Suite 1207 New York NY 10001    Telephone Number: 212-564-3882

GC 07.28.2025 006137