



GSD 05.01.2026 - 000021