2026年5月8日.

我的名字叫 ████████████████.
由于我目前居住在中国, 本人是 ████
的爱人. ██████████ 于9/6/2016结婚.
在9/6/2016直到他去世. 我们共同居住
在 ████████ 的公寓中。

Hei Li是从2017年6月到2021年2月
为我的丈夫提供照护. 我知道Hei Li
在夜间无法获得充足睡眠. 首先. 我
丈夫患有多种病. 主要是糖尿病需要多
餐次数. 所以他夜间要进食. 随后使用
洗手间. 其次. Hei Li唯一可以休息的地
方是一张靠近厨房餐桌摆放的沙发.
她根本无法获得三小时的用餐时间和连
续五小时的睡眠时间.

本人王英实事求是. 说时护理员在夜间得
不到充足的休息.

████████████████

May 8, 2026

My name is ▮▮▮▮▮▮▮▮▮. I currently reside in China. I am ▮▮▮▮▮▮ wife. We were married on March 6, 2016. From June 9, 2016 until his death, we lived together in ▮▮▮ ▮▮▮ apartment.

Hei Li provided care for my husband from June 2007 to December 2012. I know that Hei Li was unable to get sufficient sleep at night. First, my husband suffered from several illnesses, mainly diabetes, which required him to eat multiple meals, including during the night, and then use the restroom afterward. Second, the only place where Hei Li could rest was a sofa placed right next to the kitchen dining table. She simply could not obtain three hours of meal time or five consecutive hours of sleep.

I, ▮▮▮▮▮▮ truthfully testify that the caregiver did not receive adequate rest during the night.

▮▮▮▮▮▮▮▮

Signature

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

HEI LI, ZHU H.L. LIN, LI CHEN, XIU
F. CHEN, MEI F. CHEN, HUI HE, HUI
LI, ZHAN J. LI, HUI X. RUAN, JIAN R.
XIAO, MEI Z. XIAO, MU Z. ZHANG,
BI Y. ZHENG, XIU X. ZHU,

                **Plaintiffs**

-against-

GREATCARE, INC., CENTERLIGHT
HEALTHCARE, INC., and SENIOR
WHOLE HEALTH OF NEW YORK,
INC.,

                **Defendants.**

Case No. 24-CV-7401 (LTS) (KHP)

**DECLARATION**

Pursuant to 28 U.S.C. § 1746, I, LILY LAU, declare under penalty of perjury that the following is true:

1. I am fluent in both English and Chinese, having the proficiency to read, write, and understand both languages.

2. I have translated the attached letter written to the Court from ▮▮▮▮▮▮▮ from simplified Chinese into English and that the attached translation is complete and accurate to the best of my knowledge and ability.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 05/08/2026 , 2026.

Lily Lau (May 8, 2026 22:49:04 GMT+2)

LILY LAU