# Exhibit 1

# GETMAN, SWEENEY & DUNN, PLLC

Attorneys at Law
260 Fair Street
Kingston, N.Y. 12401
845-255-9370
fax 845-255-8649

May 12, 2026

**VIA E-MAIL**
George Brenlla, Esq.
Brenlla, LLC
250 Park Avenue, 7th Floor
New York, NY 10177

Dear George,

We would like to note that CenterLight's First Request for the Production of Documents sought only documents "submitted to the New York State Department of Labor or any other administrative agency" related to claims against the Defendants in this legal action. We have tried to be as cooperative as possible and get you the additional information you've asked for. Here is Plaintiffs' supplementary disclosure with regard to your April 30th letter, which we had planned to provide after our Meet and Confer, and addressing any other discovery concerns from you:

Please find attached Chen Li's NYSDOL complaint form against Prestige Care, Inc.

Chen Li was a class member in a suit against Amazing. She did not file a complaint. She filed a claim form and received $4,600 through the claim settlement process.

Hui Ruan is a Plaintiff in the recently filed action in state court. The case is against Barbara Wang and other defendants that are not named in this lawsuit. I have attached the Complaint. It is available on the public docket.

With regard to the interrogatory responses, we assure you that the responses to the Interrogatories are, in fact, accurate and can be relied upon by the parties.

Respectfully submitted,

*/s/ Caroline Friedman*
GETMAN, SWEENEY & DUNN, PLLC