# Exhibit 2

 **Outlook**

---

**Re: Plaintiffs' Refusal to Comply with Discovery**

---

From  Caroline Friedman <CFriedman@getmansweeney.com>
Date  Mon 5/11/2026 4:46 PM
To    George F. Brenlla <gfbrenlla@brenllalaw.com>; Karen Kithan Yau <kyau@getmansweeney.com>
Cc    Kaitlyn Grajek <KGrajek@stradley.com>; Jose Muniz <jamlaw305@gmail.com>; Brian Seaman
      <bseaman@stradley.com>; GreatCare case <GRP-greatcare@nclej.org>

George,

You reached out to us for a meet and confer on Friday afternoon. Karen is out through Wednesday, and
it is she who has the greatest familiarity with the issues you raise and the interrogatory responses. Karen
is available, at earliest, Thursday morning. Plaintiffs have complied with all of their discovery
obligations.

Caroline Friedman
Getman, Sweeney & Dunn, PLLC

---

**From:** George F. Brenlla <gfbrenlla@brenllalaw.com>
**Sent:** Monday, May 11, 2026 1:02 PM
**To:** Karen Kithan Yau <kyau@getmansweeney.com>
**Cc:** Kaitlyn Grajek <KGrajek@stradley.com>; Jose Muniz <jamlaw305@gmail.com>; Brian Seaman
<bseaman@stradley.com>; GreatCare case <GRP-greatcare@nclej.org>
**Subject:** Re: Plaintiffs' Refusal to Comply with Discovery

| Warning! This message is from an outside sender. |
|---|

This is long overdue.   I am available tomorrow all morning and Wednesday morning.  Please
Let me know which is acceptable.   I will no longer wait for plaintiffs to comply.

George F. Brenlla, Esq.
Brenlla, LLC
250 Park Avenue, 7th floor
New York, New York 10177
Tele:  (212) 364-5173
Fax:   (646) 219-0983
E-mail: gfbrenlla@brenllalaw.com
Website: www.brenllalaw.com

On May 11, 2026, at 1:00 PM, Karen Kithan Yau <kyau@getmansweeney.com> wrote:

Hi George and Kaitlyn,

If both of you would like a Meet and Confer, then I would like to be there as well.

I would propose that we meet and confer at 9 AM on Thursday (5/14/2026).

Also, I will not be responding to any more emails today as I was not supposed to be working at all. Caroline will handle the rest.

Until Thursday. . .

Karen

--
Karen Kithan Yau, Esq. ([Bio](#))
丘潔嫻律師
kyau@getmansweeney.com

***

This email is intended for the recipient(s) only and it is a privileged and confidential communication. If you are not the recipient(s), please do not open or read the email and/or the attachments. Please do not disseminate the email and/or the attachments further and immediately delete them from your mailbox. Please also notify me immediately at kyau@getmansweeney.com.

---

**From:** George F. Brenlla <gfbrenlla@brenllalaw.com>
**Sent:** Monday, May 11, 2026 12:53 PM
**To:** Karen Kithan Yau <kyau@getmansweeney.com>
**Cc:** Kaitlyn Grajek <KGrajek@stradley.com>; Jose Muniz <jamlaw305@gmail.com>; Brian Seaman <bseaman@stradley.com>; GreatCare case <GRP-greatcare@nclej.org>
**Subject:** Re: Plaintiffs' Refusal to Comply with Discovery

| Warning! This message is from an outside sender. |
| --- |

Please email me the proposed date and time.   I believe Senior Whole may also join as they requested prior complaints and none have been produced.   I am available tomorrow morning.

George F. Brenlla, Esq.
Brenlla, LLC
250 Park Avenue, 7th floor
New York, New York 10177
Tele:  (212) 364-5173
Fax:  (646) 219-0983
E-mail: gfbrenlla@brenllalaw.com
Website: www.brenllalaw.com

5/12/26, 1:42 PM
Case 1:24-cv-07401-LTS-KHP
Document 218-2
Filed 05/12/26
Page 4 of 6
Sent Items - Caroline Friedman - Outlook

On May 11, 2026, at 10:28 AM, Karen Kithan Yau
<kyau@getmansweeney.com> wrote:

Hi George,

In that case, Caroline will email you shortly and propose a time for a
Meet and Confer.

Karen

--
Karen Kithan Yau, Esq. (Bio)
丘潔嫻律師
kyau@getmansweeney.com

***

This email is intended for the recipient(s) only and it is a privileged and
confidential communication. If you are not the recipient(s), please do not
open or read the email and/or the attachments. Please do not
disseminate the email and/or the attachments further and immediately
delete them from your mailbox. Please also notify me immediately at
kyau@getmansweeney.com.

---

**From:** George F. Brenlla <gfbrenlla@brenllalaw.com>
**Sent:** Monday, May 11, 2026 10:20 AM
**To:** Karen Kithan Yau <kyau@getmansweeney.com>; Kaitlyn Grajek
<kgrajek@stradley.com>; Jose Muniz <jamlaw305@gmail.com>; Brian Seaman
<bseaman@stradley.com>
**Cc:** GreatCare case <grp-greatcare@nclej.org>
**Subject:** Re: Plaintiffs' Refusal to Comply with Discovery

| Warning! This message is from an outside sender. |
| --- |

Discovery ends Friday so if possible I would like to discuss beforehand in case
we have to go to the Judge.

---

**From:** Karen Kithan Yau <kyau@getmansweeney.com>
**Date:** Monday, May 11, 2026 at 10:19 AM
**To:** "George F. Brenlla" <gfbrenlla@brenllalaw.com>, Kaitlyn Grajek
<kgrajek@stradley.com>, Jose Muniz <jamlaw305@gmail.com>, Brian Seaman
<bseaman@stradley.com>
**Cc:** GreatCare case <grp-greatcare@nclej.org>
**Subject:** Re: Plaintiffs' Refusal to Comply with Discovery

Hi George,

I hope you had a good weekend. We did not get a chance to respond to your email because we were filing the Motion for Sanctions last Friday.

I will be available for a Meet and Confer this Thursday afternoon. How about 1:30 PM?

I am out of the office until this Thursday.

Karen

--
Karen Kithan Yau, Esq.  (Bio)
丘潔嫻律師
kyau@getmansweeney.com

***

This email is intended for the recipient(s) only and it is a privileged and confidential communication. If you are not the recipient(s), please do not open or read the email and/or the attachments. Please do not disseminate the email and/or the attachments further and immediately delete them from your mailbox. Please also notify me immediately at kyau@getmansweeney.com.

---

**From:** George F. Brenlla <gfbrenlla@brenllalaw.com>
**Sent:** Friday, May 8, 2026 1:47 PM
**To:** Karen Kithan Yau <kyau@getmansweeney.com>; Carmela Huang <huang@nclej.org>; Caroline Friedman <CFriedman@getmansweeney.com>; Kaitlyn Grajek <kgrajek@stradley.com>; Jose Muniz <jamlaw305@gmail.com>; Brian Seaman <bseaman@stradley.com>
**Subject:** Re: Plaintiffs' Refusal to Comply with Discovery

| Warning! This message is from an outside sender. |
|---|

Good afternoon.  I am requesting to meet and confer with Plaintiffs' counsel in order to discuss outstanding discovery as set forth in my April 30th letter.  Please let me know your availability.

George

---

**From:** "George F. Brenlla" <gfbrenlla@brenllalaw.com>
**Date:** Thursday, April 30, 2026 at 1:21 PM
**To:** Karen Kithan Yau <kyau@getmansweeney.com>, Carmela Huang <huang@nclej.org>, Caroline Friedman <CFriedman@getmansweeney.com>, Kaitlyn Grajek <kgrajek@stradley.com>, Jose Muniz <jamlaw305@gmail.com>, Brian Seaman <bseaman@stradley.com>
**Subject:** Plaintiffs' Refusal to Comply with Discovery

Dear Karen:

Please see attached letter.

Regards,

George


<image001.png>
George F. Brenlla, Esq.
Brenlla, LLC
250 Park Avenue, 7th floor
New York, New York 10177
Tele:  (212) 364-5173
Fax:   (646) 219-0983
E-mail: gfbrenlla@brenllalaw.com
Website: www.brenllalaw.com