# Exhibit 3



CenterLight and SWHNY: Meet and Confer re Plaintiffs' Discovery Responses - Meeting - Calendar

Accept    Decline    Follow    Tentative    Viva Insights    Join    Chat

CenterLight and SWHNY: Meet and Confer re Plaintiffs' Discovery Responses    Sensitivity

Karen Kithan Yau;  Kaitlyn Grajek;  George F. Brenlla;  Caroline Friedman    Tracking

Thu 5/14/2026 9:00 AM - 9:30 AM    Scheduler

No location added

Teams meeting

_____

**Microsoft Teams meeting**

Join: https://teams.microsoft.com/meet/219530182103428?p=MlVxb0IrXwRgta1Pky

Meeting ID: 219 530 182 103 428

Passcode: 4qw7Wc3y

_____

Need help? | System reference

For organizers: Meeting options

_____

**Tracking**

Organizer

Karen Kithan Yau
Sent on Monday, 5/11/2026 at 1:01 PM

Attendees

You didn't respond

Declined: 1

GB    George F. Brenlla
Required

Didn't respond: 2

KG    Kaitlyn Grajek
Required

CF    Caroline Friedman
Required