

**BRENLLA**
LAW FIRM

<u>**VIA ECF**</u>
May 13, 2026

Hon. Katharine Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Li, et al v. Greatcare, Inc., CenterLight Health System., et al*
<u>Civil Action No: 24 Civ. 7401 (LTS)(KHP)</u>

Dear Judge Parker:

This law firm represents the Defendant, CenterLight Health System, Inc. ("CenterLight"), in the above-referenced matter. CenterLight wishes to briefly respond to Plaintiffs' March 12, 2026, letter to this Court.

Plaintiffs continue to refuse to produce relevant documents. CenterLight explained the deficiencies in a letter dated Today to Plaintiffs' counsel. Furthermore, CenterLight needs to subpoena various entities to obtain records and take depositions as well as reopen some of Plaintiffs' depositions to ask questions regarding the documents, once Plaintiffs fully comply with the requests. Notably, these other lawsuits and Department of Labor complaints allege that some of the Plaintiffs worked during the exact time period for other employers that Plaintiffs alleged they worked for Greatcare and assert that somehow CenterLight was a joint employer. Plaintiffs refused to disclose these documents when requested, placing CenterLight at a great disadvantage during discovery.

CenterLight requested various days to meet and confer, however, Plaintiffs would only meet and confer the day before discovery was to end. Plaintiffs should comply with discovery and CenterLight should be allowed additional discovery based on the Plaintiffs' refusal to produce discovery.

Respectfully submitted,

BRENLLA, LLC

By: _____

Cc: Counsel of Record via ECF

**B** **BRENLLA, LLC**
250 Park Avenue, 7th Floor
New York, New York 10177

Office: (212) 364-5173
Fax: (646) 219-0983
gfbrenlla@brenllalaw.com
www.brenllalaw.com