UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HEI LI, et al.,

                                        Plaintiffs,

                    -against-

GREATCARE, INC., et al.,

                                        Defendants.
------------------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY  FILED                │
│ DOC #:_____                │
│ DATE FILED:___5/13/2026___           │
└─────────────────────────────────────┘
```

**24-CV-7401 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 11, 2026 Defendant, CenterLight Health System, Inc. ("CenterLight") filed a letter requesting a conference and/or an extension to the discovery in the above-entitled action. Having carefully considered both CenterLight's submissions and Plaintiffs' response, CenterLight's request for a conference and/or an extension of the discovery schedule is DENIED. As noted in the Order at ECF No. 209, save for the remaining deposition, which is scheduled to be completed on May 15, 2026, the time for discovery in this matter is at an end and a briefing schedule for summary judgment motions has been set.  CenterLight has moreover failed to establish good cause to extend these deadlines.

          **SO ORDERED.**

DATED:        May 13, 2026
              New York, New York

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge