# Exhibit 1

# New York State Home Care Registry

## Home Care Worker Profile

### Personal Information

| | | | |
|---|---|---|---|
| **Name:** | HEI LI | | |
| **Registry Number:** | 475884 | **Date of Birth:** | |
| **Address:** | | | |

| | | | |
|---|---|---|---|
| **County:** | Kings | **Ethnicity:** | |
| **Gender:** | Female | **Race:** | |
| **Approved for Employment:** | Yes | | |
| **As of:** | 10/31/2014 | | |
| **Reason:** | | | |

### Additional known Names

No Names Found.

### Previously Assigned Registry Numbers

No Data Found

### Security Information

No Data Found.

### Certifications

| Type | | | |
|---|---|---|---|
| Home Health Aide | Huaqiao Yihu Institute, Inc. | 10/04/2014 | 10/22/2014 |
| Personal Care Aide | Huaqiao Yihu Institute | 09/24/2014 | 10/22/2014 |

### Employment

| Home Care Agency | | |
|---|---|---|
| Preferred Home Care of New York  Preferred Gold-BROOKLYN-1267 57TH STREET | 06/11/2015 | |
| AGELESS HOME HEALTH CARE, LLC-BROOKLYN-1809 GRAVESEND NECK ROAD | 11/06/2014 | |

### Convictions/Findings

No Data Found.

06/06/2017 05:37 PM

GC 07.28.2025 003519