# Exhibit 2

**Change in Aide Authorization**
**08/27/2025 11:53AM**

Patient: <span style="background-color:black;color:red">redacted</span>＿＿＿＿＿＿＿＿＿＿＿  CCM#: 58633  Plan: PACE＿＿＿＿＿

Address: <span style="background-color:black;color:red">redacted</span>＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿  Nurse: Qi Ding＿＿＿＿＿＿＿＿＿＿＿

Provider: Preferred Home Care, Inc＿＿＿＿  Date of Communication: 04/20/17

Type of Communication:

[ ] Temp. Coverage Suspension    From: ＿＿＿＿＿ To: ＿＿＿＿＿
[ ] One day change in hours      Date: ＿＿＿＿＿ Total Hours: ＿＿＿＿＿
[ ] Change in Service Category
[ ] Change Instructions
[ ] Other (use comments)

[X] Permanent change in hours:(Affects authorization in Care Plan)  Start Date: 04/20/17
[ ] Temporary change in hours:      Start Date: ＿＿＿＿＿ End Date: ＿＿＿＿＿

Coverage Needed:  [ ] Holidays        [ ] Weekends        [ ] Weekdays
                  [ ] Shared/Mutual   [ ] Cluster         [X] Live In

| | Total Hrs | Time | Time | | Comments |
|---|---|---|---|---|---|
| MON | 13.00 | 08:00AM | 08:00AM | ＿＿ | Eff.4/17/17 Preferred will |
| TUE | 13.00 | 08:00AM | 08:00AM | ＿＿ | cover Mon - Wed |
| WED | 13.00 | 08:00AM | 08:00AM | ＿＿ | |
| THU | 13.00 | 08:00AM | 08:00AM | ＿＿ | Eff. 4/20/17 - Great Care |
| FRI | 13.00 | 08:00AM | 08:00AM | ＿＿ | will cover Thrus. - Sun |
| SAT | 13.00 | 08:00AM | 08:00AM | ＿＿ | |
| SUN | 13.00 | 08:00AM | 08:00AM | ＿＿ | |

Comments:

Effective 4/17/17 Preferred will cover Mon - Wed
Eff. 4/20/17 - Great Care  will cover Thurs. - Sun
Cantonese/Mandarin Female Speaking Aide

Informed by: SHARON BELLAMY.＿＿＿＿  Date: 04/13/17  TIME: 11:58AM

Signed: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Contact nurse at 7183214200 for any questions

Confidential 003317