# Exhibit 4

| Client Name | Caregiver Name | Service procedure code | Agency Name | MCO | Visit Date | EVV Clock in time | EVV Clock out time | Total Hours |
|---|---|---|---|---|---|---|---|---|
| redacted | Li Hei | PCA-LivingIn | Greatcare. Inc | Centerlight | 9/17/2017 0:00 | 9/17/2017 7:57 | 9/18/2017 7:59 | 24:02:00 |
| | Li Hei | PCA-LivingIn | Greatcare. Inc | Centerlight | 9/24/2017 0:00 | 9/24/2017 7:58 | 9/25/2017 8:07 | 24:09:00 |
| | Li Hei | PCA-LivingIn | Greatcare. Inc | Centerlight | 10/1/2017 0:00 | 10/1/2017 7:43 | 10/2/2017 8:01 | 24:18:00 |
| | Li Hei | PCA-LivingIn | Greatcare. Inc | Centerlight | 10/8/2017 0:00 | 10/8/2017 7:55 | 10/9/2017 7:59 | 24:04:00 |
| | Li Hei | PCA-LivingIn | Greatcare. Inc | Centerlight | 10/15/2017 0:00 | 10/15/2017 7:51 | 10/16/2017 8:02 | 24:11:00 |
| | Li Hei | PCA-LivingIn | Greatcare. Inc | Centerlight | 10/22/2017 0:00 | 10/22/2017 8:01 | 10/23/2017 8:00 | 23:59 |
| | Li Hei | PCA-LivingIn | Greatcare. Inc | Centerlight | 10/29/2017 0:00 | 10/29/2017 7:56 | 10/30/2017 7:58 | 24:02:00 |
| | Li Hei | PCA-LivingIn | Greatcare. Inc | Centerlight | 11/5/2017 0:00 | 11/5/2017 7:57 | 11/6/2017 8:02 | 24:05:00 |