UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JAIN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHENG, and XIU X. ZHU,<br><br>Plaintiffs,<br><br>- v -<br><br>GREATCARE, INC., CENTERLIGHT HEALTHCARE, INC. and SENIOR HOME HEALTH OF NEW YORK, INC.,<br><br>Defendants. | Case #24-CV-07401 (LTS) (KHP)<br><br>**ATTORNEY DECLARATION** |

Pursuant to 28 U.S.C. § 1746, I, Benjamin Robert Rajotte, declare, under penalty of perjury, that the following is true and correct:

1.      On April 24, 2026, I filed a Notice of Appearance as co-counsel for Defendant GREATCARE, INC. ("GreatCare") in this action.

3.      On April 29, 2026, five days after my appearance, GreatCare and I mutually terminated the engagement.

4.      Withdrawal is therefore sought because the attorney-client relationship between GreatCare and undersigned counsel has been mutually terminated. Undersigned counsel respectfully submits that this constitutes a satisfactory reason for withdrawal under Local Civil Rule 1.4.

5.      The requested withdrawal will not prejudice GreatCare. The representation was terminated shortly after undersigned counsel appeared in this action, and undersigned counsel's involvement in the matter was limited in scope and term.

6.      The requested withdrawal will not prejudice any other party or materially disrupt the posture of the case. To undersigned counsel's knowledge, no trial date is imminent, and withdrawal will not require adjournment of any existing deadline or court appearance.

7.      Undersigned counsel does not assert a retaining lien or charging lien in this action.

8.      Pursuant to Local Civil Rule 1.4, undersigned counsel has served this motion on GreatCare and is filing proof of such service on the docket. All other parties who receive ECF service will be served through ECF.

9.      Pursuant to Section A.2.b of Chief Judge Swain's Individual Practices, undersigned counsel certifies that he has used best efforts to resolve informally the matters raised by this motion.

10.     No confidential or privileged information is disclosed in this public filing. Undersigned counsel respectfully submits that no further detail is necessary to establish good cause for withdrawal. To the extent the Court requires additional information concerning the basis for withdrawal, undersigned counsel respectfully requests leave to submit such information *in camera*, under seal, or by other procedure that the Court deems appropriate.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order permitting undersigned counsel and law firm to withdraw as counsel of record for Defendant GreatCare, and upon such terms and relief as the Court deems just and proper.

Executed on:

May 19, 2026                          MAIDEN LANE LAW GROUP
Hartford County, Connecticut

_____
Benjamin Robert Rajotte, Esq.
(212) 463-6669 | rajb@mllg.nyc

-2-