UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JAIN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHENG, and XIU X. ZHU,<br><br>Plaintiffs,<br><br>- v -<br><br>GREATCARE, INC., CENTERLIGHT HEALTHCARE, INC. and SENIOR HOME HEALTH OF NEW YORK, INC.,<br><br>Defendants. | Case #24-CV-07401 (LTS) (KHP)<br><br>**<u>CERTIFICATE OF SERVICE</u>** |

Pursuant to 28 U.S.C. § 1746, I, Benjamin Robert Rajotte, declare, under penalty of perjury, that the following is true and correct:

On May 15, 2026, I served a true and correct copy of the foregoing Notice of Motion to Withdraw as Counsel, the Attorney Declaration in support thereof, and the [Proposed] Order upon Defendant GREATCARE, INC. ("GreatCare") by email addressed to Ms. Barbara Wang as authorized representative for GreatCare as client.

I further certify that the email was transmitted to the email address customarily used by Ms. Wang for communications concerning this matter, and that I did not receive any bounce-back, failure notice, or other indication that the transmission was not delivered.

Dated: May 19, 2026
Hartford County, Connecticut

MAIDEN LANE LAW GROUP

_____
Benjamin Robert Rajotte, Esq.
(212) 463-6669 | rajb@mllg.nyc