UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JAIN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHENG, and XIU X. ZHU,

Plaintiffs,

- v -

GREATCARE, INC., CENTERLIGHT HEALTHCARE, INC. and SENIOR HOME HEALTH OF NEW YORK, INC.,

Defendants.

Case #24-CV-07401 (LTS) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2026

Upon the motion of Benjamin Robert Rajotte and Maiden Lane Law Group ("Maiden Lane") to withdraw as counsel for Defendant GreatCare, Inc. ("GreatCare"), it is hereby:

ORDERED that the motion is GRANTED, and Rajotte and Maiden Lane are relieved as counsel of record for GreatCare in this action; and it is further

ORDERED that the Clerk of Court shall terminate Benjamin Robert Rajotte, Esq. and Maiden Lane from the docket and ECF service list for Defendant GreatCare; and it is further

ORDERED that withdrawing counsel shall serve a copy of this Order upon GreatCare and file proof of such service on the docket.

SO ORDERED.

New York, New York
May 20, 2026

_____
Hon. Katharine H. Parker
United States Magistrate Judge