UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 HEI LI, et al.,

                              Plaintiffs,

                -against-

GREATCARE, INC., et al.,

                            Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 7/29/2026

**24-CV-7401 (JHR) (KHP)**

<u>**SCHEDULING ORDER**</u>

On July 27, 2026, Defendant CenterLight Health System, Inc. ("CenterLight") filed a letter requesting a two-week extension to the summary judgment briefing schedule set forth at ECF No. 230. Centerlight's counsel represents that a personal family matter has arisen and that counsel for GreatCare, Inc. and Senior Whole Health of New York consent to the request. He also represents that Plaintiffs' counsel do not oppose the request. Notwithstanding the Court's prior Order at ECF No. 230 stating "further extensions to the briefing schedule are unlikely to be granted," the Court finds that good cause has been demonstrated and therefore the instant request is GRANTED. Summary judgment motions are now due **August 28, 2026**; oppositions are now due **October 2, 2026**; and replies, if any, are now due **October 16, 2026**. The parties are reminded to comply with Local Rule 56.1 in their submissions and that a failure to do so "may constitute grounds for denial of the motion."

      **SO ORDERED.**

DATED:    July 29, 2026
           New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge