UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HEI LI, et al.,

                                    Plaintiffs,

                    -against-

GREATCARE, INC., et al.,

                                    Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

24-CV-7401 (LTS) (KHP)

**ORDER**

In connection with their pending motion for sanctions pursuant to Federal Rule of Civil Procedure 37, the Court requires additional information to evaluate the motion. Plaintiffs are directed to file a spreadsheet or chart setting forth, for each Plaintiff, the following information:

1. The dates of employment during the relevant period;

2. For each Plaintiff, the number of hours for which compensation was not received in each week during their employment;

3. For each Plaintiff, the documents they contend are missing from GreatCare that would corroborate their claim that they worked additional hours for which they were not paid, including the date range such missing documents encompass for each Plaintiff;

4. For each category of document that is missing, provide the number of the document request to which it was responsive.

Provide a clear description of the categories of missing documents from GreatCare for each Plaintiff, state whether there are other documents that were produced by GreatCare or other sources that nevertheless can be used to fill in the gaps, or if there are none, please so state. For each category of documents that is missing, please state whether Plaintiffs contend that

each missing document was destroyed or merely not produced.  For documents that Plaintiffs contend were destroyed, state whether they were destroyed in 2022 or thereafter and the basis for which they contend the documents were destroyed.

Plaintiffs are directed to file the spreadsheet or chart described above by **Thursday, August 13, 2026**. GreatCare may file a response to the filing by **August 20, 2026** to the extent it contends any of the information provided in the above submission is incorrect.

**SO ORDERED.**

DATED:    August 6, 2026
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2