USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEI LI, et al.,

Plaintiffs,

-against-

GREATCARE, INC., et al.,

Defendants.

**24-CV-7401 (LTS) (KHP)**

**ORDER ON MOTION TO SEAL**

**KATHARINE H. PARKER, United States Magistrate Judge**

This action arises from Plaintiffs' Hei Li, Zhu H.L. Lin, Li Chen, Xiu F. Chen, Mei F. Chen, Hui He, Hui Li, Zhan J. Li, Hui X. Ruan, Jian R. Xiao, Mei Z. Xiao, Mu Z. Zhang, Bi Y. Zheng, and Xiu X. Zhu (collectively, "Plaintiffs") allegations that Defendants GreatCare, Inc., CenterLight Healthcare Inc. ("CenterLight"), and Senior Whole Health of New York ("SWHNY") (collectively "Defendants") failed to pay minimum wage, overtime, and spread hours of pay as required by the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") for 24-hour "live-in" shifts caring for elderly and disabled Medicaid recipients. On August 13, 2026, pursuant to the Court's Order at ECF No. 242, Plaintiffs filed a spreadsheet in connection with their pending motion for Rule 37 sanctions. Before the Court is Plaintiffs' motion to file, in redacted form, portions of the spreadsheet to "protect the privacy interests of the non-party care recipients named in the spreadsheet." (ECF No. 243) All Parties consent to the request. After careful review of the submission, and for substantially the same reasons as set forth in the Court's prior Order at ECF No. 239 allowing the sealing of the identical type of information, the motion is GRANTED. The Court finds the privacy interests of the non-party care recipients identified in the spreadsheet outweigh the presumption of public access, particularly because the proposed

redactions are narrowly tailored to information that could compromise the recipients' privacy and do not concern matters material to the resolution of the underlying motion.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 243.**

**SO ORDERED.**

Dated: New York, New York
August 14, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge