UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHENG, and XIU X ZHU,

Civil Action No:
24 Civ. 07401 (LTS)(KHP)

Plaintiffs,

-against-

GREAT CARE, INC., CENTERLIGHT HEALTHCARE, INC., AND SENIOR WHOLE HEALTH OF NEW YORK, INC.

Defendants.
---------------------------------------------------------------------x

**DEFENDANT CENTERLIGHT HEALTHCARE, INC.**
**NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO**
**FED.R.CIV.P. 56**

**PLEASE TAKE NOTICE** that Defendant, CENTERLIGHT HEALTHCARE, INC. ("DEFENDANT"), pursuant to Fed.R.Civ.56. shall move this Court, before the Honorable Chief Judge Laura Taylor Swain, at the courthouse located at 500 Pearl Street, New York, New York 10007, at a place and time to be determined by the Court, for an Order, pursuant to Fed.R.Civ. P. 56, granting summary judgment to Defendant (a) dismissing the Amended Complaint against Defendant because (i) Defendant was not Plaintiffs' employer and thus, there is no cause of action against Defendant and (ii) Plaintiffs' claims are barred by the applicable statute of limitations and no Plaintiff has a federal claim against Defendant and (b) awarding such and other further relief as the Court deems just and proper.

Defendant's Memorandum of Law in Support of its Motion for Summary Judgement, Defendant's Local Rule 56.1 Statement and Declaration of George F. Brenlla along with the attached exhibits are submitted herewith.

The parties throughout the litigation have discussed the facts, the claims and the law on various occasions and have not been able to reach a resolution, and thus, the motion is required to resolve the claims. All parties have used their best efforts.

Dated: August 28, 2026
New York, New York

Respectfully submitted,
BRENLLA, LLC
*Attorneys for Defendant*

George F. Brenlla (GB-9612)
100 Park Avenue, 16th floor
New York, New York 10017
(212) 364-5173