# GETMAN, SWEENEY & DUNN, PLLC

Attorneys at Law
260 Fair Street
Kingston, N.Y. 12401
845-255-9370
fax 845-255-8649

August 30, 2026

*Submitted via ECF*
Tammi M. Hellwig
Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Hei Li, et al. v. GreatCare, Inc., et al.*, No. 24-CV-7401 (LTS) (KHP)

Dear Ms. Hellwig:

We represent the Plaintiffs in the above-referenced action. We submit this statement explaining how technical difficulties prevented Plaintiffs from timely filing, via ECF, the related papers in support of their Motion for Partial Summary Judgment. ECF No. 255.

On Friday, August 28, 2026, Plaintiffs attempted to file 147 exhibits to the Declaration of Caroline Friedman in support of their Motion, her Declaration, and the 56.1 Statement of Facts, and the sealed versions of these documents. Plaintiffs were unable to do so before the filing deadline. It is unclear whether the technical difficulties were related to our own equipment or the exhibits themselves.

On August 28th, when Plaintiffs first attempted to file the 147 exhibits, we received an error message stating that the certain exhibits were unable to be filed because they contained security measures. We then culled the offending exhibits from the exhibits and attempted a second filing. We then received an error message stating that an exhibit was too large to be uploaded. After we broke up that document into two PDF files, we attempted filing a third time. We then received an error message stating that "[an] internal error has occurred; could not open context file 377710259661338." We then tried to file a fourth time, this time splitting the 147 exhibits in three separate filings. We again received the same error message.

Today we successfully filed the exhibit list, 147 exhibits, and their sealed versions via ECF, taking nearly the same actions we did when we attempted filing them the first time on Friday.

Given these difficulties, Plaintiffs respectfully request that all related papers to Plaintiffs' Motion for Partial Summary Judgment, ECF. Nos. 258 through 270, be deemed timely filed. Thank you for your kind assistance.

Respectfully submitted,
*/s/ Karen Kithan Yau*

Karen Kithan Yau
GETMAN, SWEENEY & DUNN, PLLC

*Counsel for Plaintiffs*