UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHENG, XIU X. ZHU,

Plaintiffs,

-against-

Case No. 1:24-cv-07401 (LTS) (KHP)

GREATCARE, INC., CENTERLIGHT HEALTHCARE, INC., SENIOR WHOLE HEALTH OF NEW YORK, INC.,

Defendants.

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, copies of all related papers filed under seal with all proposed redactions in highlighted form, ECF No. 261, 262, 266, 267 (unhighlighted versions), ECF Nos. 269-270 (with highlighted proposed redactions) in support of Plaintiffs' Motion in Support of Partial Summary Judgment, ECF No. 255, were electronically served upon all three Defendants in the above-refence action by serving their counsel at the following email addresses. The documents were sent through SendThisFile link: https://app.sendthisfile.com/2DRH-NXNC-K2Z9-KX2M and the password to access the sealed documents was sent to the same counsel also at the same following email addresses in a separate email.

Jose Muniz, Esq.
39-15 Main Street, Suite 318
Flushing, NY 11354
Jamlaw305@gmail.com
jamlaw305@aol.com
Counsel for GreatCare, Inc.

B. Robert Liu, Esq.
BALANCE LAW FIRM
One World Trade Ctr, Ste 8500
New York, NY 10007
robert.liu@balancelawfirm.com
Counsel for GreatCare, Inc.

George Brenlla
BRENLLA, LLC

100 Park Avenue, 16th Floor
New York, New York 10017
gfbrenlla@brenllalaw.com
Counsel for CenterLight, Inc.

Kaitlyn Grajek
STRADLEY, RONON, STEVENS & YOUNG, LLP
1037 Raymond Blvd, Suite 920
Newark, NJ 07102
kgrajek@stradley.com
Counsel for Senior Whole Health of New York, Inc.

Brian Seaman
STRADLEY, RONON, STEVENS & YOUNG, LLP
100 Park Ave., Suite 2000
New York, NY 10017
bseaman@stradley.com
Counsel for Senior Whole Health of New York, Inc.

By: *_/s/ Karen Kithan Yau_*
Karen Kithan Yau
GETMAN, SWEENEY & DUNN, PLLC
Counsel for Plaintiffs