UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEI LI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT CARE, INC., CENTERLIGHT HEALTHCARE, INC., and SENIOR WHOLE HEALTH OF NEW YORK, INC.<br><br>Defendants. | 1:24-CV-07401-LTS-KHP |

ORDER

Plaintiffs' Counsel has contacted the Court via email to request the sealing of specified documents that were inadvertently filed on the public record, as detailed in email messages appended to this Order as Exhibit A.[1] Those documents have been sealed temporarily, and the Clerk of Court is authorized to maintain the documents under seal pending further order of the Court. Plaintiffs' letter motion requesting to seal and redact those documents (docket entry no. 260) remains under advisement. Plaintiffs are directed to re-file properly redacted exhibits on the public record by **September 8, 2026**.

SO ORDERED.

Dated: New York, New York

September 4, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

[1] The Court has redacted the contact information of the SDNY employee who corresponded with the parties via email.

# EXHIBIT A

Outlook

**Li et al. v. Greatcare, Inc. et al. 24-cv-07401-LTS-KHP**

**From** Karen Kithan Yau <kyau@getmansweeney.com>
**Date** Wed 9/2/2026 3:38 PM
**To** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Cc** George F. Brenlla <gfbrenlla@brenllalaw.com>; Grajek, Kaitlyn <kgrajek@stradley.com>; Seaman, Brian <bseaman@stradley.com>; Jose Muniz <jamlaw305@gmail.com>; Jose Muniz <jamlaw305@aol.com>; B. Robert Liu <robert.liu@balancelawfirm.com>

2 attachments (1 MB)

Email 1 [EMERGENCY SEALING REQUEST] Case 1_24-cv-07401-LTS-KHP Li et al v. Greatcare, Inc. et al.pdf; Email 2 [EMERGENCY SEALING REQUEST] Case 1_24-cv-07401-LTS-KHP Li et al v. Greatcare, Inc. et al [additional Documents].pdf;

**CAUTION - EXTERNAL:**

Li et al. v. GreatCare, Inc. et al. 24-cv-07401-LTS-KHP

Additional Exhibits to be Sealed in Connection with Plaintiffs' Motion for Partial Summary Judgment

***

Dear Chief Judge Swain:

We represent the Plaintiffs in this action and write respectfully to request that, pursuant to ECF Filing Rule 27.1, the filings that were temporarily sealed yesterday (see attached e-mails) be formally sealed. If this request is approved, Plaintiffs will refile the exhibits by Friday, September 4, 2026.

The exhibits were filed in support of Plaintiffs' Motion for Partial Summary Judgment. ECF Nos. 263-265. After reviewing the filings, Plaintiffs identified instances in which sensitive information should have been redacted. Thus, to prevent the disclosure of sensitive information, as we detailed in Plaintiffs' letter motion to seal (ECF No. 260), Plaintiffs request that the Court permanently seal the exhibits so that Plaintiffs may refile properly redacted exhibits.

Respectfully yours,

Karen Yau

--
Karen Kithan Yau, Esq. (Bio)
丘潔嫻律師
she/her/hers
Partner
Getman Sweeney & Dunn PLLC

260 Fair Street
Kingston, NY 12401
Reception: 845-255-9370
Fax: 845-255-8649
kyau@getmansweeney.com

Confidentiality Notice

---

This e-mail message is intended only for the confidential use of the intended recipient(s). This message may contain information that is legally protected by the attorney-client and/or work product protections; as such, this message is privileged and may not be disclosed except to the intended recipient(s). If you have received this message in error, you are directed that retention of the message may be a violation of law. Please notify the sender immediately by e-mail, and delete all copies of this message and any attachments. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Caroline Friedman**

| | |
|---|---|
| **From:** | Anibal Garcia |
| **Sent:** | Tuesday, September 1, 2026 4:30 PM |
| **To:** | Eve Bates; Matt Dunn |
| **Cc:** | Scott Workman; Caroline Friedman; Karen Kithan Yau; James Sherwood |
| **Subject:** | Fw: [EMERGENCY SEALING REQUEST] Case 1:24-cv-07401-LTS-KHP Li et al v. Greatcare, Inc. et al |

---

**From:** Help Desk <help_desk@nysd.uscourts.gov>
**Sent:** Tuesday, September 1, 2026 4:14 PM
**To:** Anibal Garcia <agarcia@getmansweeney.com>
**Subject:** RE: [EMERGENCY SEALING REQUEST] Case 1:24-cv-07401-LTS-KHP Li et al v. Greatcare, Inc. et al

Warning! This message is from an outside sender.

Good afternoon,

We have placed the entries under seal.

Please be advised that you must make a proper application to the Judge pursuant to ECF filing Rule 21.7 to keep these entries under seal.

We have informed Chambers of your request.

[redacted]

---

**From:** Anibal Garcia <agarcia@getmansweeney.com>
**Sent:** Tuesday, September 1, 2026 3:49 PM
**To:** Help Desk <help_desk@nysd.uscourts.gov>
**Cc:** Eve Bates <ebates@getmansweeney.com>; Matt Dunn <mdunn@getmansweeney.com>
**Subject:** [EMERGENCY SEALING REQUEST] Case 1:24-cv-07401-LTS-KHP Li et al v. Greatcare, Inc. et al

**CAUTION - EXTERNAL:**

Dear Clerk,

We write regarding the above-referenced matter to respectfully advise the Court that the following documents were inadvertently filed with sensitive and/or confidential information:

- Docket No. 263-7
- Docket No. 263-17
- Docket No. 263-27
- Docket No. 263-38
- Docket No. 263-43
- Docket No. 263-45
- Docket No. 263-46
- Docket No. 263-47
- Docket No. 263-48
- Docket No. 263-49
- Docket No. 263-50
- Docket No. 264-8
- Docket No. 264-15
- Docket No. 264-18
- Docket No. 264-19
- Docket No. 264-20
- Docket No. 264-21
- Docket No. 264-22
- Docket No. 264-25
- Docket No. 264-26
- Docket No. 264-27
- Docket No. 264-28
- Docket No. 264-29
- Docket No. 264-31
- Docket No. 264-34
- Docket No. 264-36
- Docket No. 264-38
- Docket No. 264-39
- Docket No. 264-40
- Docket No. 264-41
- Docket No. 264-42
- Docket No. 264-44
- Docket No. 264-45
- Docket No. 264-46
- Docket No. 264-48
- Docket No. 264-49
- Docket No. 264-50
- Docket No. 265-1
- Docket No. 265-2
- Docket No. 265-3
- Docket No. 265-4
- Docket No. 265-5
- Docket No. 265-15
- Docket No. 265-16
- Docket No. 265-19
- Docket No. 265-20
- Docket No. 265-21
- Docket No. 265-22

- Docket No. 265-23
- Docket No. 265-26
- Docket No. 265-27
- Docket No. 265-28

Accordingly, we respectfully request emergency sealing of the documents listed above to prevent further public access to the sensitive and confidential information contained therein.

Following the emergency sealing of these documents, we will request that the presiding Judge formally seal the filings pursuant to the Court's procedures.

We sincerely apologize for the inadvertent filing and respectfully request that the Court take the necessary action to seal these documents as soon as practicable.

Please feel free to contact us if you have any questions or require any additional information regarding this request.

Thank you for your attention to this matter.

Respectfully,

Aníbal R. Garcia
Paralegal

Getman, Sweeney & Dunn, PPLC
260 Fair Street
Kingston, NY 12401
phone: (845) 255-9370
fax: (845) 255-8649
www.getmansweeney.com
*Fighting for Fair Pay. Nationwide.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Outlook

---

**Fw: [EMERGENCY SEALING REQUEST] Case 1:24-cv-07401-LTS-KHP Li et al v. Greatcare, Inc. et al [additional Documents]**

---

**From** Anibal Garcia <agarcia@getmansweeney.com>
**Date** Tue 9/1/2026 4:29 PM
**To** Matt Dunn <mdunn@getmansweeney.com>; Eve Bates <ebates@getmansweeney.com>

---

**From:** Help Desk <help_desk@nysd.uscourts.gov>
**Sent:** Tuesday, September 1, 2026 4:25 PM
**To:** Anibal Garcia <agarcia@getmansweeney.com>
**Subject:** RE: [EMERGENCY SEALING REQUEST] Case 1:24-cv-07401-LTS-KHP Li et al v. Greatcare, Inc. et al [additional Documents]

Warning! This message is from an outside sender.

Good afternoon,

We have placed the entries under seal.

Please be advised that you must make a proper application to the Judge pursuant to ECF filing Rule 21.7 to keep these entries under seal.

We have informed Chambers of your request.

[redacted]

---

**From:** Anibal Garcia <agarcia@getmansweeney.com>
**Sent:** Tuesday, September 1, 2026 4:07 PM
**To:** Help Desk <help_desk@nysd.uscourts.gov>
**Cc:** Eve Bates <ebates@getmansweeney.com>; Matt Dunn <mdunn@getmansweeney.com>
**Subject:** [EMERGENCY SEALING REQUEST] Case 1:24-cv-07401-LTS-KHP Li et al v. Greatcare, Inc. et al [additional Documents]

**CAUTION - EXTERNAL:**

Dear Clerk,

We write regarding the above-referenced matter to respectfully advise the Court that the following documents were inadvertently filed with sensitive and/or confidential information:

- Docket No. 264-32
- Docket No.263-27
- Docket No.264-47
- Docket No. 263-7

Accordingly, we respectfully request emergency sealing of the documents listed above to prevent further public access to the sensitive and confidential information contained therein.

Following the emergency sealing of these documents, we will request that the presiding Judge formally seal the filings pursuant to the Court's procedures.

We sincerely apologize for the inadvertent filing and respectfully request that the Court take the necessary action to seal these documents as soon as practicable.

Please feel free to contact us if you have any questions or require any additional information regarding this request.

Thank you for your attention to this matter.

Respectfully,

Aníbal R. Garcia
Paralegal

Getman, Sweeney & Dunn, PPLC
260 Fair Street
Kingston, NY 12401
phone: (845) 255-9370
fax: (845) 255-8649
www.getmansweeney.com
*Fighting for Fair Pay. Nationwide.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.