AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Hei Li, et al.,
*Plaintiff*
v.
GreatCare, Inc., et al.,
*Defendant*

Case No. 1:24-cv-07401

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Hei Li and all other named Plaintiffs .

Date: 9/8/2026

*s/ Matt Dunn*
*Attorney's signature*

Matt Dunn MD1103
*Printed name and bar number*

Getman, Sweeney & Dunn,PLLC
260 Fair Street
Kingston, NY 12401
*Address*

mdunn@getmansweeney.com
*E-mail address*

(845) 255-9370
*Telephone number*

(845) 255-8649
*FAX number*