UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEI LI, ZHU H.L. LIN, LI CHEN, XIU F. CHEN, MEI F. CHEN, HUI HE, HUI LI, ZHAN J. LI, HUI X. RUAN, JIAN R. XIAO, MEI Z. XIAO, MU Z. ZHANG, BI Y. ZHENG, XIU X. ZHU,

Plaintiffs,

-against-

Case No. 1:24-cv-07401 (LTS) (KHP)

GREATCARE, INC., CENTERLIGHT HEALTHCARE, INC., SENIOR WHOLE HEALTH OF NEW YORK, INC.,

Defendants.

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that effective immediately, Karen Kithan Yau is withdrawing as counsel for the Plaintiffs in this case. Please note that attorneys Caroline Friedman of Getman, Sweeney & Dunn, PLLC, and Carmela Huang and Claudia Wilner of the National Center for Law and Economic Justice will continue as counsel for the Plaintiffs in this case.

By electronically filing this notice with the Southern District of New York using the CM/ECF system, all attorneys who have noticed an appearance in this case have been notified.

Dated: September 8, 2026
Kingston, NY

Respectfully Submitted,

*<u>/s/ Caroline Friedman</u>*
Caroline Friedman
cfriedman@getmansweeney.com
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, NY 12401
Phone: (845)255-9370
Fax: (845) 255-8649