StradleyRonon

100 Park Avenue
Suite 2000
New York, NY 10017
T: 212.812.4124

**Kaitlyn Grajek, Esq.**
Partner
kgrajek@stradley.com
862.682.7255

September 22, 2026

**MEMO ENDORSED**

The below request is granted. The parties shall file their briefing in accordance with the schedule set forth below. DE 288 resolved.

SO ORDERED.
9/24/2026
/s/ Laura Taylor Swain, Chief USDJ

**VIA ECF**

Chief District Judge
Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Li, et al. v. GreatCare, Inc., et al.*, Case No.: 1:24-cv-07401**
**Joint Request for Extension of Time To Complete Briefing**

Dear Judge Swain:

I am counsel of record for Defendant, Senior Whole Health of New York, Inc. ("SWHNY") in the above-referenced matter. On behalf of all counsel in this case, I write to respectfully request a two (2) week extension of all impending deadlines relating to the three (3) motions for summary judgment currently pending before the Court (the "Motions"). These Motions were filed: (1) by Defendant CenterLight Healthcare, Inc. ("CenterLight") on Aug. 28, 2026 [ECF Docs. 247-250], (2) by Defendant SWHNY on Aug. 28, 2026 [ECF Docs. 251-254], and (3) by Plaintiffs from Aug. 28-30, 2026 and on Sept. 4, 2026 [ECF Docs. 255-270, 277-79].

The current deadline for the parties to file oppositions to the Motions (together with responses to the parties' respective Rule 56.1 Statements) is October 2, 2026. [ECF Doc. 241]. Replies, if any, are to be filed by October 16, 2026. Id.

The parties jointly seek this two-week extension, first, because the Motions involve an unusually large volume of documents, exhibits, and data runs that the parties must analyze and respond to as part of their respective oppositions. For example, Plaintiffs submitted a declaration that attached approximately 150 separate exhibits [ECF Doc. 269]. They also attached an additional 50 exhibits to their Motion, some of which aggregate hundreds of pages of documents and thousands of lines of data relating to fourteen separate home care aides. [ECF Doc. 263]. Plaintiffs also filed a 59-page Statement of Material Facts pursuant to Local Rule 56.1 [ECF Doc. 258] that contains 318 individual paragraphs. A majority of those paragraphs include multiple references to separate exhibits or records, all of which must be individually reviewed and

confirmed.[1] While the parties have been working diligently to review these voluminous documents and draft their responses, the work is highly detailed and thus slow going.[2]

Second, this request is made because several of the parties are responding to multiple Motions: Plaintiffs are preparing two oppositions to the Motions filed by Defendants, CenterLight and SWHNY. Defendant GreatCare is preparing responsive submissions to all three Motions. Even with the parties devoting significant time and effort to their responses, the highly detailed nature of the allegations, and the remarkably large record, suggest it will be challenging to meet the October 2 deadline.

Third, this short extension is necessary so that the parties can fully review the submissions and exhibits accompanying Plaintiffs' Motion, the last of which were filed by Plaintiffs on September 4, 2026, one week after the original filing deadline of August 28, 2026.[3] [ECF Docs. 258-270, 277-78]. Because many of these filings were updated or revised versions of related, previously-filed pleadings or redacted versions of exhibits attached elsewhere in a different form, it was challenging for the other parties to understand which version should be considered in the opposition. The requested extension is necessary to parse through the final form of Plaintiffs' Motion and prepare appropriate responses to same.

Accordingly, for the foregoing reasons, the parties respectfully request that the Court enter an order extending the deadlines identified in ECF Doc. 241, as follows:

- Deadline to file Oppositions to the Motions: October 16, 2026; and
- Deadline to file Reply Briefs, if any: November 6, 2026.

The parties appreciate Your Honor's consideration of this request. Should there be any questions – or if Your Honor would like to address this request with the parties directly – please contact me or any other counsel of record to discuss.

Respectfully submitted,

***/s/ Kaitlyn Grajek***
Kaitlyn Grajek, Esq.

cc: All Counsel of Record

---

[1] For example, Paragraphs 107 and 123 of Plaintiffs' Rule 56.1 Statement include six separate references to exhibits in the record. [ECF Doc. 258]. Paragraph 230 includes almost thirty separate references to member assessment records, and Paragraph 237 references multiple cites relating to eight separate care aides. Id.

[2] The time and effort necessary to review these hundreds of exhibits – and to confirm that each version of that exhibit is the correct one – was made more challenging due to the protracted issues relating to Plaintiffs' production of a final version of their exhibits.

[3] With regard to these submissions, Plaintiffs have sought leave to file a Motion to Accept Late Filings [ECF Doc. 272]. Defendants intend to address the effect of these post-deadline filings in separate submissions per the Court's directive.